**EXHIBIT 1**

**ORIGINAL**

1  THOMAS L. SANSONETTI
   Assistant Attorney General

2  Environment and Natural Resources Division

3  JEAN WILLIAMS, Chief
   Wildlife and Marine Resources Section

4  KRISTEN L. GUSTAFSON, Trial Attorney
   Wildlife & Marine Resources Section

5  ANN D. NAVARO, Senior Attorney
   General Litigation Section

6  United States Department of Justice
   Environment & Natural Resources Division

7  Benjamin Franklin Station - P. O. Box 7369 and 663
   Washington, D.C. 20530

8  (202) 305-0211/ (202) 305-0462
   (202) 305-0275 (fax)/ (202) 305-0267 (fax)

9
   KEVIN V. RYAN (SBN 118321)

10 United States Attorney
   JAMES A. CODA (SBN 1012669 (WI))

11 Assistant United States Attorney
   Environment & Natural Resources Unit

12 450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102

13 Telephone No: (415) 436-6967
   Facsimile No· (415) 436-6748

14
   Attorneys for Defendants

15

16
                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION

17

18 NATURAL RESOURCES DEFENSE COUNCIL, INC.,    )    Civ. No. 02-3805-EDL
   et al.,                                      )

19                                              )
   Plaintiffs,                                  )

20                                              )    **STIPULATION REGARDING**
        v.                                      )    **PERMANENT INJUNCTION**

21                                              )
   DONALD L. EVANS,                             )

22 et al.,                                      )
                                                )

23 Defendants.                                  )

24                                              I hereby certify that the annexed
                                                instrument is a true and correct copy
                                                of the original on file in my office.
25                                              ATTEST:
                                                RICHARD W. WIEKING
26                                              Clerk, U.S. District Court
                                                Northern District of California
27                                              By _GINA AGUSTINE-RIVAS__
                                                          Deputy Clerk
28                                              Date _DEC/3 1 2003__

1

Stipulation Regarding Permanent Injunction
Civ. No. 02-3805-EDL

1    Pursuant to the Court's August 26, 2003, Opinion and Order on Cross Motions for

2    Summary Judgment (Opinion and Order) in this matter, and after the meet and confer

3    process directed by that Opinion and Order, the parties have arrived at the following

4    Stipulation:

5       1.    Neither party waives any right of appeal from the Opinion and Order or from

6    the Order entering this Stipulation by entering into the meet and confer process or by

7    submitting this agreed upon Stipulation.

8       2.    The parties agree that all negotiations leading up to this Stipulation are

9    confidential.

10      3.    The parties agree that this Stipulation shall remain in effect unless modified by the

11   Court until the earlier of: (a) the expiration of the Final Rule, 50 C.F.R. Part 216, Subpart Q

12   (Taking of Marine Mammals Incidental to Navy Operations of Surveillance Towed Array

13   Sensor System Low Frequency Active (SURTASS LFA) Sonar) (Final Rule);  (b) the

14   determination by this Court, pursuant to a noticed motion or stipulation by the parties, that the

15   Opinion and Order and this Stipulation are superseded by subsequent relevant events or

16   authority, including but not limited to the outcome of any appeal; or (c) the issuance of a

17   mandate by a higher court which overturns this Court's Opinion and Order and vacates the

18   injunction.

19      4.    The parties agree that if the Navy wishes to seek an alteration to the stipulated

20   operational areas (described in paragraph 5 below) for the final two years of the Final Rule,

21   the parties shall engage in a meet and confer process with the assistance of a court-

22   designated mediator.  This meet and confer process shall be subject to the Opinion and

23   Order and any subsequent relevant opinions, orders, or other applicable authority.   No

24   later than April 1, 2005, the parties agree to submit a joint status report to the Court stating

25   whether there is a need for a further meet and confer process. The parties agree to

26   complete this meet and confer process no later than August 1, 2005. If the meet and confer

27   process does not yield an agreement, any party may apply to the Court for resolution of the

28   dispute.

2

1     5.    The parties agree that the attached maps and associated text describing
2  coordinates and seasonal restrictions (Tabs 1, 2, 3, 4) will govern operations of SURTASS
3  LFA sonar under the current Letters of Authorization ("LOAs") or any future LOAs issued
4  during the pendency of the Stipulation until one of the events described in paragraphs 3 and
5  4 above occurs. The associated map text reflects the following coastal exclusion zones
6  wherein received sound pressure levels shall not exceed 180 dB: (a) for the Stipulated
7  Area within the Philippine Sea, a coastal exclusion zone of at least 60 nautical miles or 30
8  nautical miles seaward of the 200 meter isobath, whichever is greater, except for waters
9  adjacent to Taiwan, which shall be subject to "(b)" below; and (b) for all other areas, a
10  coastal exclusion zone of at least 30 nautical miles. In the event of a discrepancy between
11  the maps in Tabs 1 through 4 and the associated map text, the associated text controls.
12  Likewise, in the event of a discrepancy between this paragraph's description of the
13  associated map text ((5)(a) and (b) above) and the map text itself, the map text controls.
14  The parties agree that the Navy shall also observe a coastal exclusion zone of 30 nautical
15  miles around any islands occurring within the stipulated areas of operation.

16     6.    The Navy agrees that if SURTASS LFA sonar transmissions are delayed or
17  suspended as a result of the detection by the HF/M3 sonar, passive sonar, or visual
18  observation within the 180 dB plus the one-kilometer buffer zone, as set forth in 50 C.F.R.
19  § 216.184(b), of a marine mammal, sea turtle, or other marine species, transmissions will
20  not resume until 15 minutes after there are no further detections by the HF/M3 sonar or by
21  visual observations of the marine mammal, sea turtle, or other marine species within the
22  180 dB plus the one-kilometer buffer zone.

23     7.    The parties agree that the Navy is not required to conduct "pre-operation
24  surveys," as described in the Opinion and Order, for the duration of this Stipulation.

25     8.    Operation of SURTASS LFA pursuant to this Stipulation shall remain subject
26  to the applicable Letters of Authorization issued by the National Marine Fisheries Service.
27  In the event of a conflict between this Stipulation and any Letter of Authorization, the more
28  restrictive condition, provision, or requirement will apply.

3

1        9.    This Stipulation shall not be deemed a waiver by either party of the right to

2    claim or oppose attorney's fees.

3        10.   This Stipulation is not to be construed as a concession by either party as to (a)

4    the potential impacts on marine mammals or other animals of operating SURTASS LFA

5    sonar, (b) the absence or presence of marine mammals or other animals in any areas

6    depicted on the attached maps, or (c) the validity of any other fact or legal position

7    concerning the claims or defenses in this action.

8        11.   Nothing in this Stipulation shall prevent any party from returning to the Court

9    at any time to seek relief from its terms.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1    SO STIPULATED.

2

3    Respectfully stipulated to and submitted this 8th day of October 2003,

4                                      THOMAS L. SANSONETTI
                                       Assistant Attorney General
5                                          Environment and Natural Resources Division

6                                      JEAN WILLIAMS, Chief
                                       Wildlife and Marine Resources Section
7

8                                      _Kristen L. Gustafson_
                                       KRISTEN L. GUSTAFSON, Trial Attorney
9                                      Wildlife & Marine Resources Section

10                                     ANN D. NAVARO, Senior Attorney
                                       General Litigation Section
11                                     United States Department of Justice
                                       Environment & Natural Resources Division
12                                     Benjamin Franklin Station, P.O. Box 7369
                                       and 663
13                                     Washington, D.C. 20530
                                       (202) 305-0211/ (202) 305-0462
14                                     (202) 305-0275 (fax)/ (202) 305-0267 (fax)

15                                     Attorneys for Federal Defendants

16

17                                     _____
                                       ANDREW B. SABEY (SBN 160416)
18                                     ROBIN S. STAFFORD (SBN 200950)
                                       Morrison & Foerster LLP
19                                     425 Market Street
                                       San Francisco, California 94105-2482
20                                     (415) 268-7000
                                       (415) 268-7522 (fax)
21
                                       JOEL R. REYNOLDS
22                                     ANDREW E. WETZLER
                                       NATURAL RESOURCES DEFENSE COUNCIL
23                                     6310 San Vicente Boulevard, Suite 250
                                       Los Angeles, California 90048
24                                     (323) 934-6900
                                       (323) 934-1210 (fax)
25

26

27

28

5

1    SO STIPULATED.

2

3    Respectfully stipulated to and submitted this 8th day of October 2003,

4                                 THOMAS L. SANSONETTI
                                  Assistant Attorney General
5                                      Environment and Natural Resources Division

6                                 JEAN WILLIAMS, Chief
                                  Wildlife and Marine Resources Section
7

8
                                  _____
9                                 KRISTEN L. GUSTAFSON, Trial Attorney
                                  Wildlife & Marine Resources Section

10                                ANN D. NAVARO, Senior Attorney
                                  General Litigation Section
11                                United States Department of Justice
                                  Environment & Natural Resources Division
12                                Benjamin Franklin Station, P.O. Box 7369
                                  and 663
13                                Washington, D.C. 20530
                                  (202) 305-0211/ (202) 305-0462
14                                (202) 305-0275 (fax)/ (202) 305-0267 (fax)

15                                Attorneys for Federal Defendants

16

17                                _____
                                  ANDREW B. SABEY (SBN 160416)
18                                ROBIN S. STAFFORD (SBN 200950)
                                  Morrison & Foerster LLP
19                                425 Market Street
                                  San Francisco, California 94105-2482
20                                (415) 268-7000
                                  (415) 268-7522 (fax)
21
                                  JOEL R. REYNOLDS
22                                ANDREW E. WETZLER
                                  NATURAL RESOURCES DEFENSE COUNCIL
23                                6310 San Vicente Boulevard, Suite 250
                                  Los Angeles, California 90048
24                                (323) 934-6900
                                  (323) 934-1210 (fax)
25
                                  Attorneys for Plaintiffs
26

27

28
                                        5

1      The terms of the above Stipulation are hereby approved and so ORDERED.

2      Dated:     October __14__, 2003

3

                                Magistrate Judge Elizabeth D. LaPorte

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          **PROOF OF SERVICE**

2

3          I declare that I am employed with the law firm of Morrison & Foerster LLP, whose
           address is 425 Market Street, San Francisco, California 94105. I am not a party to the within
4          cause and am over the age of eighteen years.

5          On October 8, 2003, I caused to be served a true copy of the within:

6          **STIPULATION REGARDING PERMANENT INJUNCTION**

7
           ☒ BY FACSIMILE AND UPS OVERNIGHT DELIVERY
8
           addressed to the following persons:
9
           Ann D. Navaro                                    Maureen Rudolph
10         General Litigation Section                       Policy, Legislation and Special Litigation
           Environment & Natural Resources Division         Section
11         U.S. Department of Justice                       ENRD / U.S. Department of Justice
           601 D Street NW, Room 3142                       601 D Street NW, Room 8025
12         Washington, DC 20004                             Washington, DC 20004
           Telephone: (202) 305-0462                        Telephone: (202) 305-0544
13         Facsimile: (202) 305-0267                        Facsimile: (202) 616-8543

14         Kristen Gustafson
           Adam Issenberg
15         Wildlife and Marine Resources Section
           ENRD / U.S. Department of Justice
16         601 D Street NW, Room 3906
           Washington, DC 20004
17         Telephone: (202) 305-0211 / (202) 305-0202
           Facsimile: (202) 305-0275
18

19

20

21

22

23
           I declare under penalty of perjury under the laws of the State of California that the above
24         is true and correct.

25         Executed at San Francisco, California, this 8th day of October 2003.

26

27         _____Millie Calvo_____         _____
                    (typed)                              (signature)
28
                                              7

           Stipulation Regarding Permanent Injunction
           Civ. No. 02-3805-EDL

Philippine Sea Area



| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---|---|---|---|---|---|
| Philippine Sea | | | | | |
| Year-Round | | | | | |
| 1 | 10 00.0 N | 127 09.5 E | 19 | 31 34.6 N | 132 38.6 E |
| 2 | 10 00.0 N | 137 16.0 E | 20 | 30 05.1 N | 132 02.4 E |
| 3 | 11 00.0 N | 137 37.0 E | 21 | 27 41.6 N | 130 54.9 E |
| 4 | 11 00.0 N | 140 44.6 E | 22 | 25 33.5 N | 128 19.4 E |
| 5 | 10 00.0 N | 141 31.9 E | 23 | 25 26.9 N | 126 48.3 E |
| 6 | 10 00.0 N | 155 00.0 E | 24 | 24 19.4 N | 125 50.8 E |
| 7 | 40 00.0 N | 155 00.0 E | 25 | 23 26.6 N | 123 42.3 E |
| 8 | 40 00.0 N | 143 32.7 E | 26 | 23 53.4 N | 122 53.3 E |
| 9 | 35 09.6 N | 141 55.4 E | 27 | 24 01.3 N | 122 15.8 E |
| 10 | 34 17.2 N | 140 55.2 E | 28 | 23 02.2 N | 121 56.4 E |
| 11 | 33 06.7 N | 140 58.4 E | 29 | 21 29.7 N | 122 13.8 E |
| 12 | 31 02.2 N | 141 17.3 E | 30 | 21 22.6 N | 122 39.9 E |
| 13 | 28 24.4 N | 142 52.1 E | 31 | 20 55.4 N | 123 04.8 E |
| 14 | 27 01.8 N | 140 47.1 E | 32 | 17 03.5 N | 123 35.4 E |
| 15 | 30 10.7 N | 139 10.3 E | 33 | 15 33.5 N | 123 01.2 E |
| 16 | 32 45.7 N | 138 35.4 E | 34 | 14 41.2 N | 125 07.0 E |
| 17 | 33 34.3 N | 138 14.5 E | 35 | 12 31.1 N | 126 28.9 E |
| 18 | 32 29.3 N | 136 12.3 E | | | |
| Philippine Sea Exclusion Zone | | | | | |
| Restricted | | | | | |
| 1 | 28 49.9 N | 141 53.9 E | 20 | 12 40.5 N | 144 35.8 E |
| 2 | 28 24.0 N | 142 52.8 E | 21 | 12 52.2 N | 144 14.9 E |
| 3 | 27 39.4 N | 143 15.9 E | 22 | 13 19.9 N | 144 01.1 E |
| 4 | 26 33.3 N | 143 16.6 E | 23 | 13 57.6 N | 144 15.4 E |
| 5 | 25 51.3 N | 142 57.4 E | 24 | 14 45.4 N | 145 01.0 E |
| 6 | 24 54.2 N | 142 22.7 E | 25 | 15 00.0 N | 144 37.4 E |
| 7 | 24 22.9 N | 142 26 2 E | 26 | 16 44.9 N | 144 46.6 E |
| 8 | 23 57.5 N | 142 24.2 E | 27 | 19 17.6 N | 144 31.1 E |
| 9 | 21 26.0 N | 144 44.6 E | 28 | 20 15.0 N | 144 00.7 E |
| 10 | 21 24.5 N | 145 13.5 E | 29 | 20 32.5 N | 143 56.1 E |
| 11 | 21 01.1 N | 145 43.5 E | 30 | 20 50.2 N | 143 59.3 E |
| 12 | 19 55.5 N | 146 21.7 E | 31 | 23 20.0 N | 141 41.6 E |
| 13 | 18 14.8 N | 146 46.6 E | 32 | 23 19.3 N | 141 18.8 E |
| 14 | 17 33.4 N | 146 49.8 E | 33 | 23 31.0 N | 140 50.2 E |
| 15 | 16 30.0 N | 146 42.4 E | 34 | 23 55.9 N | 140 31.0 E |
| 16 | 15 00.0 N | 146 43.0 E | 35 | 24 51.7 N | 140 15.3 E |
| 17 | 14 51.2 N | 146 13.5 E | 36 | 25 39.0 N | 140 18.3 E |
| 18 | 13 47.4 N | 145 44.3 E | 37 | 27 10.0 N | 140 44.8 E |
| 19 | 12 50.1 N | 145 04.4 E | 38 | 28 50.0 N | 141 53.9 E |

Sea of Japan Area



| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---|---|---|---|---|---|
| | Sea of Japan | | | Yamato Rise | |
| | Restricted May thru July | | | Restricted | |
| 1 | 42 00.0 N | 131 14.9 E | 1 | 40 05.9 N | 135 31.3 E |
| 2 | 40 28.7 N | 139 10.7 E | 2 | 39 34.0 N | 136 12.0 E |
| 3 | 39 58.3 N | 138 57.5 E | 3 | 39 06.0 N | 135 45.4 E |
| 4 | 39 18.1 N | 139 13.9 E | 4 | 39 01.9 N | 135 32.9 E |
| 5 | 39 13.4 N | 138 27.5 E | 5 | 39 02.4 N | 135 11.6 E |
| 6 | 38 43.6 N | 138 03.1 E | 6 | 38 41.8 N | 134 15.0 E |
| 7 | 37 33.6 N | 135 51.5 E | 7 | 39 01.9 N | 133 42.9 E |
| 8 | 36 53.0 N | 135 57.6 E | | | |
| 9 | 36 18.2 N | 135 19.2 E | | | |
| 10 | 36 48.9 N | 133 27.8 E | | | |
| 11 | 37 24.1 N | 132 13.0 E | | | |
| 12 | 38 07.6 N | 130 57.8 E | | | |
| 13 | 37 45.7 N | 129 43.1 E | | | |
| 14 | 39 31.2 N | 128 33.2 E | | | |
| 15 | 40 25.3 N | 130 12.2 E | | | |
| 16 | 40 51.4 N | 130 28.4 E | | | |
| 17 | 41 24.1 N | 130 28.9 E | | | |

East China Sea Area



| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---------|----------|-----------|---------|----------|-----------|
| East China Sea Year-Round | | | | | |
| 1 | 31 49.2 N | 127 40.3 E | 15 | 25 27.9 N | 124 05.0 E |
| 2 | 30 55.6 N | 128 50.1 E | 16 | 25 48.9 N | 124 15.8 E |
| 3 | 30 36.6 N | 128 49.5 E | 17 | 26 16.2 N | 124 14.7 E |
| 4 | 30 18.0 N | 129 09.4 E | 18 | 26 29.1 N | 123 39.5 E |
| 5 | 28 56.1 N | 128 22.3 E | 19 | 26 20.4 N | 123 17.6 E |
| 6 | 28 23.6 N | 128 20.8 E | 20 | 25 44.5 N | 122 42.6 E |
| 7 | 28 23.2 N | 127 52.5 E | 21 | 26 03.9 N | 122 25.3 E |
| 8 | 28 03.7 N | 127 38.8 E | 22 | 26 10.2 N | 122 06.9 E |
| 9 | 27 18.5 N | 127 25.9 E | 23 | 26 04.6 N | 121 42.8 E |
| 10 | 27 00.5 N | 126 53.1 E | 24 | 25 46.3 N | 121 17.3 E |
| 11 | 26 45.7 N | 126 17.0 E | 25 | 26 16.9 N | 121 03.3 E |
| 12 | 25 24.0 N | 124 59.3 E | 26 | 27 11.8 N | 121 33.8 E |
| 13 | 25 08.7 N | 124 14.0 E | 27 | 28 41.6 N | 122 47.9 E |
| 14 | 24 54.1 N | 123 25.7 E | 28 | 30 54.3 N | 123 33.5 E |

South China Sea Area



| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---------|----------|-----------|---------|----------|-----------|
| South China Sea Year-Round | | | South China Sea Restricted Nov thru Apr | | |
| 1 | 18 00.0 N | 119 56.4 E | 2A | 18 00.0 N | 112 58.9 E |
| 2A | 18 00.0 N | 112 58.9 E | 2 | 18 00.0 N | 110 43.5 E |
| 8 | 19 55.9 N | 116 35.5 E | 3 | 19 30.2 N | 113 06.3 E |
| 9 | 20 35.8 N | 117 32.2 E | 4 | 19 58.1 N | 114 03.7 E |
| 10 | 21 40.2 N | 116 38 4 E | 5 | 19 56.0 N | 114 32.1 E |
| 11 | 22 10.8 N | 118 46.4 E | 6 | 20 14.3 N | 115 02.9 E |
| 12 | 22 34.1 N | 119 41.6 E | 7 | 20 54.1 N | 115 53.2 E |
| 13 | 22 23.4 N | 119 44.7 E | 8 | 19 55.9 N | 116 35.5 E |
| 14 | 22 00.9 N | 119 51.6 E | | | |
| 15 | 21 32.9 N | 120 17.7 E | | | |
| 16 | 20 49.5 N | 121 15.1 E | | | |
| 17 | 19 24.2 N | 120 42.2 E | | | |
| 18 | 18 39.4 N | 119 57.2 E | | | |
| | | | | | |

All Areas



**EXHIBIT  2**

1    KELLY A. JOHNSON
     Acting Assistant Attorney General
2    Environment and Natural Resources Division

3    JEAN WILLIAMS, Chief
     Wildlife and Marine Resources Section
4    KRISTEN L. GUSTAFSON, Trial Attorney        **FILED**
     Wildlife & Marine Resources Section
5    ANN D. NAVARO, Senior Attorney
     General Litigation Section                  JUL X 8 2005
6    United States Department of Justice
     Environment & Natural Resources Division    RICHARD W. WIEKING
7    Benjamin Franklin Station - P. O. Box 7369 and 66   CLERK, U.S. DISTRICT COURT
     Washington, D.C. 20530                      NORTHERN DISTRICT OF CALIFORNIA
8    Telephone No: (202) 305-0211/ (202) 305-0462
     Facsimile No: (202) 305-0275/ (202) 305-0267

9
     KEVIN V. RYAN (SBN 118321)
10   United States Attorney
     JAMES A. CODA (SBN 1012669 (WI))
11   Assistant United States Attorney            RECEIVED
     Environment & Natural Resources Unit
12   450 Golden Gate Avenue, Box 36055           JUL 1 1 2005
     San Francisco, California 94102
13   Telephone No: (415) 436-6967                MORRISON | FOERSTER
     Facsimile No: (415) 436-6748

14
     Attorneys for Defendants
15
                  UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
17

18   NATURAL RESOURCES DEFENSE COUNCIL, INC.,    )
     et al.,                                     )
19                                               )
     Plaintiffs,                                 ) Civ. No. 02-3805-EDL
20                                               )
     v.                                          ) **AMENDMENT TO**
21                                               ) **THE STIPULATION**
     CARLOS M. GUTIERREZ,                        ) **REGARDING**
22   et al.,                                     ) **PERMANENT**
                                                 ) **INJUNCTION**
23   Defendants.                                 )
     _____ )

24

25

26

27

28

                              1

1    On October 8, 2003, the parties executed and filed a Stipulation Regarding Permanent

2    Injunction, which the Court entered as an order on October 14, 2003 ("Stipulation"). Paragraph 5

3    of the Stipulation and Tabs 1-4 describe coordinates and seasonal restrictions governing the

4
     United States Department of the Navy's ("Navy") operation of the SURTASS LFA sonar system
5
     under Letters of Authorization ("LOAs") issued by the National Marine Fisheries Service
6
7    ("NMFS") during the pendency of the Stipulation until one of the events described in paragraph 3

8    of the Stipulation occurs. In the event that the Navy needs to alter the operational areas described

9    in paragraph 5 for the final two years of the Final Rule, 50 C.F.R. Part 216, Subpart Q (Taking of

10   Marine Mammals Incidental to Navy Operations of Surveillance Towed Array Sensor System

11   Low Frequency Active (SURTASS LFA) Sonar) ("Final Rule"), paragraph 4 of the Stipulation
12
     establishes a procedure for the parties to meet and confer with the assistance of a court-designated
13
14   mediator.

15   In accordance with the procedure outlined in paragraph 4, counsel for Defendants

16   contacted Plaintiffs and the Court regarding amending the stipulated operating areas for the final

17   two years of the Final Rule. The Navy seeks to amend the operational areas described in

18   paragraph 5 of the Stipulation based on its conclusion that updated national security requirements
19
     dictate a need to operate the SURTASS LFA sonar system in an expanded area of the
20
     Northwestern Pacific Ocean.
21

22   Pursuant to the Court's Order of April 12, 2005, on May 18, 2005, the parties engaged in

23   mediation assisted by Magistrate Judge Joseph C. Spero to discuss the Navy's request for an

24   expansion of the authorized operating areas. Through mediation the parties agreed to the

25   following Amendment to the Stipulation Regarding Permanent Injunction ("Amendment"):

26
27   1.    Except as amended herein, the parties agree that all terms of the Stipulation

28   remain in full force and effect.

2

2.    The parties agree that all negotiations leading up to this Amendment are confidential.

3.    The parties agree that the Stipulation, as amended herein, shall remain in effect unless modified by the Court until the earlier of: (a) the expiration of the Final Rule, 50 C.F.R. Part 216, Subpart Q (Taking of Marine Mammals Incidental to Navy Operations of Surveillance Towed Array Sensor System Low Frequency Active (SURTASS LFA) Sonar); (b) the determination by this Court, pursuant to a noticed motion or stipulation by the parties, that the Court's Opinion and Order and the Stipulation, as amended herein, are superseded by subsequent relevant events or authority, including but not limited to the outcome of any appeal; or (c) the issuance of a mandate by a higher court which overturns this Court's Opinion and Order and vacates the injunction.

4.    The parties agree that paragraph 5 of the Stipulation is amended as follows: (a) The eastern boundary of the northwestern Pacific Ocean area in which the Navy is currently authorized to operate SURTASS LFA sonar under LOAs is enlarged from 10 degrees N/ 150 degrees E and 40 degrees N/ 150 degrees E to 10 degrees N/ 180 degrees E and 40 degrees N/ 180 degrees E ("Expanded Northwestern Pacific Ocean Area") with certain exclusion zones described below in subsections (b) and (c); (b) a coastal exclusion zone of at least 30nm wherein received sound pressure levels shall not exceed 180 dB will apply within the Expanded Northwestern Pacific Ocean Area, including the islands indicated on the map and associated text attached hereto at Tab 1, except for waters adjacent to the islands of Taka/Utrik, Rongelap, and Bikini, where a greater exclusion zone will apply, as indicated; (c) the map and associated text attached hereto at Tab 2 identify an exclusion zone for the protection of the Hawaiian monk seal, wherein received sound pressure levels shall not exceed 180 dB. In the event of a discrepancy between the maps at Tabs 1 and 2 and the associated map text, the associated text controls. Likewise, in the event of a discrepancy between this paragraph's description of the associated map text and the map text itself, the map text controls.

3

1        5.    This Amendment is not to be construed as a concession by either party as to

2  (a) the potential impacts on marine mammals or other animals of operating SURTASS LFA

3  sonar, (b) the absence or presence of marine mammals or other animals in any areas

4  depicted on the attached maps, or (c) the validity of any other fact or legal position

5  concerning the claims or defenses in this action.

6        6.    Nothing in this Amendment shall prevent any party from returning to the

7  Court at any time to seek relief from the terms of the Stipulation, as amended.

8        SO STIPULATED.

9

10  Respectfully stipulated to and submitted this 30th day of June 2005,

11

12                        KELLY A. JOHNSON
                             Acting Assistant Attorney General

13                        Environment and Natural Resources Division

14                        JEAN E. WILLIAMS, Chief
                        Wildlife and Marine Resources Section

15

16

17

18                        KRISTEN L. GUSTAFSON, Trial Attorney
                        Wildlife & Marine Resources Section

19

20                        ANN D. NAVARO, Senior Attorney
                        General Litigation Section
                        United States Department of Justice

21                        Environment & Natural Resources Division
                        Benjamin Franklin Station,

22                        P.O. Box 7369 and 663
                        Washington, D.C. 20530

23                        (202) 305-0211/ (202) 305-0462
                        (202) 305-0275 (fax)/ (202) 305-0267 (fax)

24                        Attorneys for Federal Defendants

25

26

27

28

4

1   Respectfully stipulated to and submitted this 30TH day of June 2005,

2

3

4

5   ANDREW B. SABEY (SBN 160416)
    ROBIN S. STAFFORD (SBN 200950)
6   Morrison & Foerster LLP
    425 Market Street
7   San Francisco, California 94105-2482
    (415) 268-7000
8   (415) 268-7522 (fax)

9   JOEL R. REYNOLDS
    ANDREW WETZLER
10  Natural Resources Defense Council
    1314 Second Street
11  Santa Monica, California 90401
    (310) 434-2300
12  (310) 434-2399 (fax)

13  Attorneys for Plaintiffs

14

15  The terms of the above Amendment to the Stipulation Regarding Permanent Injunction are

16  hereby approved and so ORDERED.

17

18  DATED:

19  July 7, 2005       ELIZABETH D. LAPORTE
                        United States Magistrate Judge
20

21

22

23

24

25

26

27

28

5



Tab 1: Coastal exclusion zones for islands in the expanded northwestern Pacific Ocean area

## TAB 1: COASTAL EXCLUSION ZONES FOR ISLANDS IN THE EXPANDED NORTHWESTERN PACIFIC OCEAN AREA

| Location | Lat (N) | Lon (E) | Radius (nm) |
|----------|---------|---------|-------------|
| Wake | 19 17.978 | 166 37.113 | 30 |
| Sibylla | 14 36.072 | 169 0.399 | 30 |
| Bikar | 12 11.703 | 170 6.769 | 30 |
| Taka/Utrik | 11 11.141 | 169 43.444 | *35 |
| Mejit | 10 16.993 | 170 53.053 | 30 |
| Wotho | 10 10.639 | 166 1.002 | 30 |
| Rongelap | 11 9.158 | 166 53.636 | *35 |
| Bikini | 11 36.512 | 165 23.887 | *40 |
| Enewatak | 11 20.015 | 162 19.518 | 30 |
| Enjebi | 11 39.878 | 162 14.245 | 30 |

*Note: These coastal exclusion zones exceed the 30nm radius specified in the Stipulation because the island group consists of more than one land mass, and the exclusion zones around these land masses were combined for simplicity in a manner that ensures the presence of at least a 30nm exclusion zone surrounding all land masses in the island group.



Tab 2: Exclusion zone for protection of Hawaiian monk seals in the expanded northwestern Pacific Ocean area

**TAB 2: EXCLUSION ZONE FOR PROTECTION OF HAWAIIAN MONK
SEALS IN THE EXPANDED NORTHWESTERN PACIFIC OCEAN AREA**

(1) Southern Boundary:  29 degrees 20 minutes N
(2) Northern Boundary:  30 degrees 20 minutes N
(3) Western Boundary:  178 degrees E
(4) Eastern Boundary:  180 degrees E

1   **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
2   **SAN FRANCISCO DIVISION**

3

4   NATURAL RESOURCES DEFENSE COUNCIL,  )
    et al.,                            ) Case No. C-02-3805 EDL
5                                      )
               Plaintiff,              ) CERTIFICATE OF
6                                      ) SERVICE
               v.                      )
7                                      )
    DONALD L. EVANS, Secretary of the United )
8   States Department of Commerce, et al.  )
                                       )
9              Defendants.             )
                                       )
10  _____)

11        I hereby certify that true copies of the Defendants' Amendment to the

12  Stipulation Regarding Permanent Injunction were sent by Federal Express, on this

13  6th day of July 2005, to the following counsel of record:

14
    Andrew B. Sabey
15  101 Ygnacio Valley Road, Suite 450
    Walnut Creek, CA 94596
16  (925) 295-3311
    (925) 946-9912 (fax)
17
    Andrew E. Wetzler
18  Joel R. Reynolds
    Natural Resources Defense Council
19  1314 Second Street
    Santa Monica, CA 90401
20  (310) 434-2300
    (310) 434-2399 (fax)
21
    Robin S. Stafford
22  Morrison & Foerster
    425 Market Street
23  San Francisco, CA 94105-2482
    (415) 268-7000
24  (415) 268-7522 (fax)

25

26

27

28
    NRDC v. Evans, Civ. No. 02-3805 EDL
    Certificate of Service

1    Magistrate Judge C. Spero
     United States District Court
2    450 Golden Gate Ave.
     San Francisco, CA 94102
3    (415) 522-2035

4                                    KRISTEN L. GUSTAFSON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NRDC v. Evans, Civ. No. 02-3805 EDL
Certificate of Service                    - 2 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Natural Resources Defense Council, et al.,

        Plaintiffs,

v.

Donald L. Evans, et al.,

        Defendants.
_____/

Case Number: C-02-3805  EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew B. Sabey
**Morrison & Foerster LLP**
101 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596

Robin S. Stafford
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105-2482

Joel R. Reynolds
Andrew E. Wetzler
**Natural Resources Defense Council, Inc.**
6310 San Vicente Blvd., Suite 250
Los Angeles, CA 90048

James Coda
**U.S. Attorney's Office**
**Environment & Natural Resources Unit**
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

Kristen L. Gustafson
Ann D. Navarro
**United States Department of Justice**
**Enviroment & Natural Resources Division**
Benjamin Franklin Station - P.O. Box 7369 and 663
Washington, D.C. 20530

Richard W. Wieking, Clerk

BY: _____
      DEPUTY CLERK