ORIGINAL

FILED
07 SEP 17 PM 1:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
 1  ROBERT L. FALK (SBN 142007)
    ROBIN S. STAFFORD (SBN 200950)
 2  SARAH B. SCHINDLER (SBN 236414)
    MORRISON & FOERSTER LLP
 3  425 Market Street
    San Francisco, California 94105-2482
 4  Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
 5  Email: RFalk@mofo.com
    Email: RStafford@mofo.com
    Email: SSchindler@mofo.com

 6  JOEL R. REYNOLDS (SBN 85276)
    CARA HOROWITZ (SBN 220701)
 7  NATURAL RESOURCES DEFENSE COUNCIL, INC.
    1314 Second Street
 8  Santa Monica, California 90401
    Telephone: (310) 434-2300
    Facsimile: (310) 434-2399

 9
    Attorneys for Plaintiffs
10  NATURAL RESOURCES DEFENSE COUNCIL,
    INC.; THE HUMANE SOCIETY OF THE UNITED
11  STATES; INTERNATIONAL FUND FOR ANIMAL
    WELFARE; CETACEAN SOCIETY
12  INTERNATIONAL; LEAGUE FOR COASTAL
    PROTECTION; OCEAN FUTURES SOCIETY;
    JEAN-MICHEL COUSTEAU
```

SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 4771

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No.<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other
2  than the named parties, there is no such interest to report.

4  Dated: September 17, 2007

ROBERT L. FALK
ROBIN S. STAFFORD
SARAH B. SCHINDLER
MORRISON & FOERSTER LLP

JOEL R. REYNOLDS
CARA HOROWITZ
NATURAL RESOURCES DEFENSE
COUNCIL, INC.

By _____
Robert L. Falk

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE
COUNCIL, INC., THE HUMANE SOCIETY
OF THE UNITED STATES,
INTERNATIONAL FUND FOR ANIMAL
WELFARE, CETACEAN SOCIETY
INTERNATIONAL, LEAGUE FOR
COASTAL PROTECTION, OCEAN
FUTURES SOCIETY, and JEAN-MICHEL
COUSTEAU

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.
sf-2389072

1