**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**October 5, 2007**

CASE NUMBER:  CV 07-04771 SBA
CASE TITLE:  NATURAL RESOURCES DEFENSE COUNCIL-v-CARLOS M. GUTIERREZ

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable ELIZABETH D. LAPORTE**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EDL**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/5/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                            Entered in Computer 10/5/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                   Transferor CSA