ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-02-03805-EDL<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER LOCAL RULES 3-12 AND 7-11 AND RELATING CIVIL ACTIONS NO. CV-02-03805-EDL AND 07-4771-SBA<br><br>Judge: Hon. Elizabeth Laporte<br>Ctrm: E |

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES
Case No. CV-02-03805-EDL
sf-2376322

# [PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER LOCAL RULES 3-12 AND 7-11 AND RELATING CIVIL ACTIONS NO. 02-03805-EDL AND 07-4771-SBA

After considering the Joint Administrative Motion to Consider Whether Cases Should be Related pursuant to Northern District of California Civil Local Rules 3-12 and 7-11, and all papers on file in this action, the Court hereby grants the motion. The Court finds that *Natural Resources Defense Council, et al. v. Gutierrez*, Civ. No. C-07-4771-SBA, U.S. District Court for the Northern District of California, San Francisco Division ("New Action"), is related to *Natural Resources Defense Council, et al. v. Evans*, Civ. No. 02-03805-EDL, U.S. District Court for the Northern District of California, San Francisco Division ("Original Action"), and should be assigned to this Court, Honorable Elizabeth Laporte presiding.

Pursuant to Civil L.R. 3-12(f), the Clerk of the Court is ordered to reassign the above-listed later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials EDL immediately after the case number. All matters presently scheduled for hearing in the reassigned cases are vacated and must be renoticed for hearing before the undersigned.

It is SO ORDERED.

Dated: October 2, 2007

Hon. Judge Elizabeth D. Laporte

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES
Case No. CV-02-03805-EDL
sf-2376322

1