ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.;
INTERNATIONAL FUND FOR ANIMAL WELFARE;
THE HUMANE SOCIETY OF THE UNITED STATES;
CETACEAN SOCIETY INTERNATIONAL; LEAGUE
FOR COASTAL PROTECTION; OCEAN FUTURES
SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS,<br><br>Defendants. | Civil Action No. 07-4771-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PRELIMINARY INJUNCTION MOTION; STIPULATED CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Judge:  Hon. Elizabeth D. Laporte<br>Ctrm:   E |

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING ON PRELIMINARY
INJUNCTION MOTION; STIPULATED CONSENT TO PROCEED BEFORE A MAGISTRATE
Case No. 07-4771-EDL
sf- 2381369

1   Plaintiffs Natural Resources Defense Council, Inc., The Humane Society Of The United States, Cetacean Society International, League For Coastal Protection, Ocean Futures Society, International Fund for Animal Welfare, and Jean-Michel Cousteau (collectively, "Plaintiffs") and defendants Carlos M. Gutierrez, Secretary of the United States Department of Commerce, National Marine Fisheries Service ("NMFS"), William Hogarth, Assistant Administrator for Fisheries of the National Oceanographic and Atmospheric Administration ("NOAA"), Vice Admiral Conrad C. Lautenbacher, Jr., Administrator of NOAA, United States Department of the Navy, Donald C. Winter, Secretary of the United States Department of the Navy, and Admiral Mike Mullen, Chief of Naval Operations (collectively "Defendants"), through their respective counsel of record, enter into the following stipulation with reference to the following facts.

WHEREAS,

A.   Plaintiffs filed a motion for leave to file supplemental pleadings on August 15, 2007.

B.   NMFS made effective a new final rule on August 16, 2007, ("new Final Rule") and published the new Final Rule on August 21, 2007.

C.   After meeting and conferring with Defendants, Plaintiffs filed a notice to withdraw their motion for leave to file supplemental pleadings on August 28, 2007.

D.   On September 17, 2007, Plaintiffs filed their complaint in this action.

E.   On September 25, 2007, Plaintiffs and Defendants filed a joint Administrative Motion to Relate this case (the "New Action") to *Natural Resources Defense Council, et al. v. Evans*, Case No. 02-03805, filed in this Court on August 7, 2002 (the "Original Action").

F.   On October 2, 2007, this Court issued an Order relating the New Action to the Original Action.

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING ON PRELIMINARY INJUNCTION MOTION; STIPULATED CONSENT TO PROCEED BEFORE A MAGISTRATE
Case No.07-4771-EDL
sf- 2381369

1

Based on the foregoing, Plaintiffs and Defendants, through their counsel of record, stipulate as follows:

1. On October 12, 2007, Plaintiffs shall file and serve their Motion for Preliminary Injunction;

2. On November 13, 2007, Defendants shall file and serve their Opposition to Plaintiffs' Motion for Preliminary Injunction;

3. On November 20, 2007, Plaintiffs shall file and serve their Reply.

4. The hearing on the Preliminary Injunction Motion will be scheduled for December 11, 2007, or a date thereafter at the Court's convenience.

5. Beginning immediately, and until the time that the Court issues its decision on a Preliminary Injunction, but no later than January 8, 2008, Defendants shall operate Surveillance Towed Array Sensor System ("SURTASS") Low Frequency Active Sonar ("LFA") under the constraints specified in the 2003 permanent injunction, as amended in 2005, with the exception that they may operate the LFA sonar system within the coastal exclusion zones set forth in that injunction only when necessary to continue tracking an existing underwater contact detected outside the exclusion zone or when operationally necessary to detect a new underwater contact that would place the LFA sonar system within the coastal exclusion zone to maximize opportunities for detection.  This exception will not apply to any routine testing or training activities.  Under no circumstances will Defendants operate the LFA sonar system closer than the 12nm coastal exclusion zone specified in the new Final Rule.

6. In accordance with the provisions of Title 28, U.S.C. Section 636(c), Federal Rule of Civil Procedure 73, and Local General Order 44.N.1.b., the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Elizabeth Laporte conduct any and all further proceedings in the New Action and order the entry of a final judgment.  Appeal from

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING ON PRELIMINARY INJUNCTION MOTION; STIPULATED CONSENT TO PROCEED BEFORE A MAGISTRATE
Case No. C-07-4771-EDL
sf- 2381369

2

1  the judgment, if any, shall be taken directly to the United States Court of Appeals for the Ninth
2  Circuit.

3  Dated:  October 5, 2007                    MORRISON & FOERSTER LLP
                                               ROBERT L. FALK
4                                              ROBIN S. STAFFORD
                                               SARAH B. SCHINDLER
5
                                               NATURAL RESOURCES DEFENSE COUNCIL, INC.
6                                              JOEL R. REYNOLDS
                                               CARA A. HOROWITZ
7

8
                                               By:       /s/ Robin S. Stafford
9                                                           Robin S. Stafford

10                                             Attorneys for Plaintiffs
                                               NATURAL RESOURCES DEFENSE COUNCIL,
11                                             INC.; INTERNATIONAL FUND FOR ANIMAL
                                               WELFARE; THE HUMANE SOCIETY OF THE
12                                             UNITED STATES; CETACEAN SOCIETY
                                               INTERNATIONAL; LEAGUE FOR COASTAL
13                                             PROTECTION; OCEAN FUTURES SOCIETY;
                                               JEAN-MICHEL COUSTEAU
14

15  Dated:  October 5, 2007                    UNITED STATES DEPARTMENT OF JUSTICE
                                               KRISTEN L. GUSTAFSON
16

17
                                               By:        /s/ Kristen Gustafson
18                                                           Kristen Gustafson

19                                             Attorneys for Defendants
                                               CARLOS M. GUTIERREZ, SECRETARY OF THE
20                                             UNITED STATES DEPARTMENT OF
                                               COMMERCE; NATIONAL MARINE FISHERIES
21                                             SERVICE; WILLIAM HOGARTH, ASSISTANT
                                               ADMINISTRATOR FOR FISHERIES OF THE
22                                             NATIONAL OCEANOGRAPHIC AND
                                               ATMOSPHERIC ADMINISTRATION; VICE
23                                             ADMIRAL CONRAD C. LAUTENBACHER, JR.,
                                               ADMINISTRATOR OF THE NATIONAL
24                                             OCEANOGRAPHIC AND ATMOSPHERIC
                                               ADMINISTRATION; UNITED STATES
25                                             DEPARTMENT OF THE NAVY; DONALD C.
                                               WINTER, SECRETARY OF THE UNITED
26                                             STATES DEPARTMENT OF THE NAVY;
                                               ADMIRAL MIKE MULLEN, CHIEF OF NAVAL
27                                             OPERATIONS

28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING ON PRELIMINARY           3
INJUNCTION MOTION; STIPULATED CONSENT TO PROCEED BEFORE A MAGISTRATE
Case No. C-07-4771-EDL
sf- 2381369

1 **[PROPOSED] ORDER**

2 After considering the parties' stipulation, and for good cause shown, the stipulated
3 schedule for the Preliminary Injunction Motion is adopted by this Court, which shall hear
4 Plaintiffs' Preliminary Injunction Motion on December 11, 2007, and conduct all subsequent trial
5 court proceedings in this action.

6 IT IS SO ORDERED.

_____
Hon. Elizabeth D. Laporte

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING ON PRELIMINARY INJUNCTION MOTION; STIPULATED CONSENT TO PROCEED BEFORE A MAGISTRATE
Case No. C-07-4771-EDL
sf- 2381369

4