1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
3
   JEAN E. WILLIAMS, Chief
4  KRISTEN L. GUSTAFSON, Senior Trial Attorney
   Wildlife and Marine Resources Section
5  GUILLERMO MONTERO, Trial Attorney
   Natural Resources Section
6  Environment & Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
7  Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
   Washington, D.C. 20044
8  (202) 305-0211 (tel.) / (202) 305-0443 (tel.)
   (202) 305-0275 (fax)/ (202) 305-0274 (fax)
9  Kristen.Gustafson@usdoj.gov
   Guillermo.Montero@usdoj.gov
10
   **Counsel for Defendants**
11
                     **UNITED STATES DISTRICT COURT**
12                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
13

14
   NATURAL RESOURCES DEFENSE COUNCIL, )
15 INC., et al.,                       )
                                       )
16      Plaintiffs,                    ) Civ. Action No. 07-4771-EDL
                                       )
17 v.                                  ) **NOTICE OF APPEARANCE**
                                       )
18 CARLOS GUTIERREZ, SECRETARY OF THE  ) Judge: Hon. Elizabeth D. Laporte
   UNITED STATES DEPARTMENT OF         ) Ctrm: E
19 COMMERCE, et al.                    )
                                       )
20      Defendants.                    )
   _____)
21

22      To the Court, the parties, and their attorneys of record:

23      PLEASE TAKE NOTICE that Kristen L. Gustafson has entered an appearance as

24 counsel for Defendants in this matter. Copies of future filings, notices, and decisions

25 should be sent to Ms. Gustafson at the address listed below:

26

27

28
   NOTICE OF APPEARANCE
   NRDC v. Gutierrez, Case No. 07-4771-EDL

U.S. Mail:

    Kristen L. Gustafson
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369

Street Address for FED-EX and Courier:

    Kristen L. Gustafson
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    601 D Street, NW, Room 3032
    Washington, D.C. 20530

Telephone:  (202) 305-0211
Facsimile:  (202) 305-0275
Email:  Kristen.Gustafson@usdoj.gov

Respectfully submitted this 9th day of October, 2007,

                        RONALD J. TENPAS
                        Acting Assistant Attorney General
                        United States Department of Justice
                        Environment & Natural Resources Division

                        JEAN E. WILLIAMS,  Chief
                        United States Department of Justice
                        Environment & Natural Resources Division
                        Wildlife & Marine Resources Section
                        GUILLERMO MONTERO, Trial Attorney
                        Natural Resources Section

By:   /s/ *Kristen L. Gustafson*
       KRISTEN L. GUSTAFSON
       D.C. Bar #460443
       United States Department of Justice
       Environment & Natural Resources Division
       Wildlife & Marine Resources Section
       Ben Franklin Station, P.O. Box 7369
       Washington, D.C. 20044-7369
       Tel. (202) 305-0211/ Fax (202) 305-0275
       Kristen.Gustafson@usdoj.gov

       Attorneys for Federal Defendants

NOTICE OF APPEARANCE
NRDC v. Gutierrez, Case No. 07-4771-EDL