RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | |
| Plaintiffs, | Civ. Action No. 07-4771-EDL |
| v. | **NOTICE OF APPEARANCE** |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | Judge: Hon. Elizabeth D. Laporte
Ctrm: E |
| Defendants. | |

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Guillermo A. Montero has entered an appearance as counsel for Defendants in this matter. Copies of future filings, notices, and decisions should be sent to Mr. Montero at the address listed below:

NOTICE OF APPEARANCE
NRDC v. Gutierrez, Case No. 07-4771-EDL

U.S. Mail:

    Guillermo A. Montero
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    Ben Franklin Station, P.O. Box 663
    Washington, D.C. 20044-663

Street Address for FED-EX and Courier:

    Guillermo A. Montero
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    601 D Street, NW, Room 3529
    Washington, D.C. 20004

Telephone:  (202) 305-0443
Facsimile:  (202) 305-0274
Email:  Guillermo.Montero@usdoj.gov

Respectfully submitted this 9th day of October, 2007,

    RONALD J. TENPAS
    Acting Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

    JEAN E. WILLIAMS, Chief
    KRISTEN GUSTAFSON, Trial Attorney
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section

By:  /s/ *Guillermo A. Montero*
    GUILLERMO MONTERO, Trial Attorney
    MA Bar #660903
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    Ben Franklin Station, P.O. Box 663
    Washington, D.C. 20044-663
    Tel. (202) 305-0443/ Fax (202) 305-0274
    Guillermo.Montero@usdoj.gov

    Attorneys for Federal Defendants

NOTICE OF APPEARANCE
NRDC v. Gutierrez, Case No. 07-4771-EDL