ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**STIPULATED REQUEST TO PERMIT PLAINTIFFS AND DEFENDANTS TO EXCEED PAGE LIMIT APPLICABLE TO PRELIMINARY INJUNCTION MOTION AND [PROPOSED] ORDER**<br><br>Date: December 18, 2007<br>Time: 9 a.m.<br>Judge: Elizabeth D. LaPorte<br>Courtroom: E |

1   WHEREAS, Plaintiffs intend to file their Preliminary Injunction Motion (the "Motion") in this matter on or about October 12, 2007;

    WHEREAS, Defendants intend to file their opposition to the Motion on or about November 13, 2007;

    WHEREAS, in order to fully brief the issues pertaining to a preliminary injunction, the parties understand and agree that it is necessary to expand the page limits that would otherwise apply to opening and responding memoranda filed in connection with the Motion, as set forth in Local Rules 7-2 and 7-3; and

    Subject to the approval of the Court, the parties hereby stipulate as follows:

    1.   The parties shall have a 30-page limit on opening and opposition briefs.

    2.   Exhibits supporting the parties' briefs may be filed with the Court and served to all parties of record on compact disc or similar electronic media.

Dated: October 9, 2007

MORRISON & FOERSTER LLP
ROBERT L. FALK
ROBIN S. STAFFORD
SARAH B. SCHINDLER

NATURAL RESOURCES DEFENSE COUNCIL, INC.
JOEL R. REYNOLDS
CARA A. HOROWITZ

By:      /s/ Robin S. Stafford
           Robin S. Stafford

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

| | | |
|---|---|---|
| 1 | Dated: October 9, 2007 | UNITED STATES DEPARTMENT OF JUSTICE<br>KRISTEN L. GUSTAFSON |

By: _____/s/ Kristen Gustafson_____
                Kristen Gustafson[1]

Attorneys for Defendants
CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007.   By:_____
                Honorable Elizabeth D. Laporte
                United States Magistrate Judge

---

[1] As the filing attorney, I, Sarah B. Schindler, attest that all counsel find the content of this document acceptable and have given me permission to file electronically this stipulated request on their behalf.