1   ROBERT L. FALK (SBN 142007)
    ROBIN S. STAFFORD (SBN 200950)
2   SARAH SCHINDLER (SBN 236414)
    MORRISON & FOERSTER LLP
3   425 Market Street
    San Francisco, California  94105-2482
4   Telephone:  (415) 268-7000
    Facsimile:  (415) 268-7522
5   Email: RFalk@mofo.com
    Email: RStafford@mofo.com
6   Email: SSchindler@mofo.com

7   JOEL R. REYNOLDS (SBN 85276)
    CARA A. HOROWITZ (SBN 220701)
    NATURAL RESOURCES DEFENSE COUNCIL, INC.
8   1314 Second Street
    Santa Monica, CA 90401
9   Telephone:  (310) 434-2300
    Facsimile:  (310) 434-2399

10  Attorneys for Plaintiffs
    NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR
11  ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN
    SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN
12  FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

13                      UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**STIPULATED REQUEST TO PERMIT PLAINTIFFS AND DEFENDANTS TO EXCEED PAGE LIMIT APPLICABLE TO PRELIMINARY INJUNCTION MOTION AND [~~PROPOSED~~] ORDER**<br><br><br>Date:  December 18, 2007<br>Time:  9 a.m.<br>Judge: Elizabeth D. LaPorte<br>Courtroom:  E |

1    WHEREAS, Plaintiffs intend to file their Preliminary Injunction Motion (the "Motion") in

2   this matter on or about October 12, 2007;

3    WHEREAS, Defendants intend to file their opposition to the Motion on or about

4   November 13, 2007;

5    WHEREAS, in order to fully brief the issues pertaining to a preliminary injunction, the

6   parties understand and agree that it is necessary to expand the page limits that would otherwise

7   apply to opening and responding memoranda filed in connection with the Motion, as set forth in

8   Local Rules 7-2 and 7-3; and

9    Subject to the approval of the Court, the parties hereby stipulate as follows:

10   1.    The parties shall have a 30-page limit on opening and opposition briefs.

11   2.    Exhibits supporting the parties' briefs may be filed with the Court and served to all

12   parties of record on compact disc or similar electronic media.

13  Dated:  October 9, 2007                MORRISON & FOERSTER LLP
                                           ROBERT L. FALK
14                                         ROBIN S. STAFFORD
                                           SARAH B. SCHINDLER
15
                                           NATURAL RESOURCES DEFENSE COUNCIL, INC.
16                                         JOEL R. REYNOLDS
                                           CARA A. HOROWITZ
17
                                           By:_____/s/ Robin S. Stafford_____
18                                                  Robin S. Stafford

19                                         Attorneys for Plaintiffs
                                           NATURAL RESOURCES DEFENSE
20                                         COUNCIL, INC.; INTERNATIONAL FUND
                                           FOR ANIMAL WELFARE; THE HUMANE
21                                         SOCIETY OF THE UNITED STATES;
                                           CETACEAN SOCIETY INTERNATIONAL;
22                                         LEAGUE FOR COASTAL PROTECTION;
                                           OCEAN FUTURES SOCIETY; JEAN-
23                                         MICHEL COUSTEAU

24

25

26

27

28

1    Dated:  October 9, 2007                    UNITED STATES DEPARTMENT OF JUSTICE
                                                KRISTEN L. GUSTAFSON
2

3
                                                By:_____/s/ Kristen Gustafson_____
4                                                       Kristen Gustafson[1]

5                                               Attorneys for Defendants
                                                CARLOS M. GUTIERREZ, SECRETARY
6                                               OF THE UNITED STATES DEPARTMENT
                                                OF COMMERCE; NATIONAL MARINE
7                                               FISHERIES SERVICE; WILLIAM
                                                HOGARTH, ASSISTANT
8                                               ADMINISTRATOR FOR FISHERIES OF
                                                THE NATIONAL OCEANOGRAPHIC AND
9                                               ATMOSPHERIC ADMINISTRATION;
                                                VICE ADMIRAL CONRAD C.
10                                              LAUTENBACHER, JR., ADMINISTRATOR
                                                OF THE NATIONAL OCEANOGRAPHIC
11                                              AND ATMOSPHERIC
                                                ADMINISTRATION; UNITED STATES
12                                              DEPARTMENT OF THE NAVY; DONALD
                                                C. WINTER, SECRETARY OF THE
13                                              UNITED STATES DEPARTMENT OF THE
                                                NAVY; ADMIRAL MIKE MULLEN,
14                                              CHIEF OF NAVAL OPERATIONS

15

16

17   PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19   Dated:  ___October 9___, 2007.              By:_____
20                                               Honorable _____
                                                 United States _____

21

22

23

24   _____

25

26       [1] As the filing attorney, I, Sarah B. Schindler, attest that all counsel find the content of this
     document acceptable and have given me permission to file electronically this stipulated request
27   on their behalf.

28