ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR
ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN
SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES
SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**NOTICE OF MANUAL FILING**<br><br><br>**Judge:     Hon. Elizabeth Laporte**<br>**Ctrm:       E**<br>**Hearing Date:  December 18, 2007**<br>**Time:      9 a.m.** |

1    Regarding: Exhibits 1-106 to Declaration of Sarah Schindler in support of Plaintiffs'

2  Motion for Preliminary Injunction.

3    Pursuant to a stipulation and order signed by the Court on October 9, 2007 permitting the

4  filing and service of exhibits supporting Plaintiffs' Motion for Preliminary Injunction on compact

5  disc, these exhibits are filed in the form of a compact disc only, and are being maintained in the

6  case file in the Clerk's office.  If you are a participant in this case, these exhibits will be served in

7  compact disc form shortly.  For information on retrieving this filing directly from the court,

8  please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked

9  Questions (FAQ).

10    This filing was not efiled for the following reason(s):

11    [X] Voluminous Document (PDF file size larger than the efiling system allows)

12    [_] Unable to Scan Documents

13    [_] Physical Object (description): _____

14    _____

15    [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

16    [_] Item Under Seal

17    [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

18    [X] Other (description):    Pursuant to Stipulated Request To Permit Plaintiffs and

19  Defendants To Exceed Page Limit Applicable To Preliminary Injunction Motion And Order

20  (Oct. 9, 2007); voluminous contents – overall size larger than the efiling system allows.

21

22    Dated: October 12, 2007                ROBERT L. FALK
                                               ROBIN S. STAFFORD
23                                             SARAH B. SCHINDLER

24                                         By:    /s/  Robin S. Stafford___

25                                             Attorneys for Plaintiffs
                                               Natural Resources Defense Council et al.
26

27

28

NOTICE OF MANUAL FILING
Case No. CV-07-4771-EDL
sf-2404208 v1