ROBERT FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, California 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; INTERNATIONAL FUND FOR ANIMAL WELFARE; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. 07-4771-EDL<br><br>**DECLARATION OF SARAH SCHINDLER** |

1   I, Sarah Schindler, declare under penalty of perjury under the laws of the United States
2   of America that the following is true and correct:
3   1.   I am an attorney with Morrison and Foerster in San Francisco, California, and an
4   attorney for Plaintiffs in the present case. I am duly licensed to practice law in the State of
5   California and before the United States District Court for the Northern District of California. I
6   am submitting this Declaration in support of Plaintiffs' Motion for Preliminary Injunction. The
7   statements contained in this Declaration are true and correct to the best of my knowledge and, in
8   the case of my opinions, I believe them to be true. If called as a witness, I could and would
9   testify to the statements contained herein.
10   2.   True and correct copies of exhibits cited in Plaintiffs' Memorandum are attached
11   to this Declaration as Exhibits 1 through 106.
12   **Exhibit 1** is a true and correct copy of *NRDC v. Evans*, 279 F. Supp. 2d 1129 (N.D. Cal.
13   2003), reporting the Court's Opinion and Order on summary judgment.
14   **Exhibit 2** is a true and correct copy of *NRDC v. Evans*, 232 F. Supp. 2d 1003 (N.D. Cal.
15   2002), reporting the Court's Opinion and Order on preliminary injunction.
16   **Exhibit 3** is a true and correct copy of the Stipulation Regarding Permanent Injunction,
17   *NRDC v. Evans*, CV 02-3805 EDL, signed by the Court on October 14, 2003.
18   **Exhibit 4** is a true and correct copy of the Amendment to the Stipulation Regarding
19   Permanent Injunction, *NRDC v. Gutierrez*, CV 02-3805 EDL, signed by the Court on July 7,
20   2005.
21   **Exhibit 5** is a true and correct copy of the Order Granting Defendant's Rule 60(b)
22   Motion, *NRDC v. Evans*, CV 02-3805 EDL, issued by the Court on December 1, 2004.
23   **Exhibit 6** is a true and correct copy of the February 10, 2006 comment letter from Joel
24   R. Reynolds, NRDC, to J.S. Johnson, SURTASS LFA Sonar EIS Program Manager, on the
25   Navy's Draft Supplemental Environmental Impact Statement for Surveillance Towed Array Sensor
26   System Low Frequency Active (SURTASS LFA) Sonar.
27
28

1    **Exhibit 7** is a true and correct copy of the October 30, 2006 comment letter from Joel R.
2    Reynolds, NRDC, to P. Michael Payne, NMFS, on the Navy's application for an incidental take
3    permit for SURTASS LFA sonar.

4    **Exhibit 8** is a true and correct copy of the July 10, 2007 letter from Michael Jasny,
5    NRDC, to William Hogarth, NMFS, requesting an extension of the public comment period on
6    NMFS's Proposed Rule for SURTASS LFA sonar.

7    **Exhibit 9** is a true and correct copy of the July 24, 2007 comment letter from Joel R.
8    Reynolds, NRDC; Jean-Michel Cousteau, Ocean Futures Society; Julia Hathaway, International
9    Fund for Animal Welfare; Naomi Rose, Humane Society of the U.S.; Elizabeth Griffin, Oceana;
10   Bill Rossiter, Cetacean Society International' Sigrid Lüber, European Coalition for Silent
11   Oceans; and Mel Nutter, League for Coastal Protection; to P. Michael Payne, NMFS, on
12   NMFS's Proposed Rule for the Navy's SURTASS LFA System.

13   **Exhibit 10** is a true and correct copy of portions of the Final Overseas Environmental
14   Impact Statement and Environmental Impact Statement for Surveillance Towed Array Sensor
15   System Low Frequency Active (SURTASS LFA) Sonar, U.S. Department of the Navy, January
16   2001.

17   **Exhibit 11** is a true and correct copy of portions of Technical Report 1 to the Final
18   Overseas Environmental Impact Statement and Environmental Impact Statement for
19   Surveillance Towed Array Sensor System Low Frequency Active (SURTASS LFA) Sonar, U.S.
20   Department of the Navy, January 2001.

21   **Exhibit 12** is a true and correct copy of portions of Technical Report 2 to the Final
22   Overseas Environmental Impact Statement and Environmental Impact Statement for
23   Surveillance Towed Array Sensor System Low Frequency Active (SURTASS LFA) Sonar, U.S.
24   Department of the Navy, January 2001.

25   **Exhibit 13** is a true and correct copy of portions of the Final Supplemental
26   Environmental Impact Statement for Surveillance Towed Array Sensor System Low Frequency
27   Active (SURTASS LFA) Sonar, U.S. Department of the Navy, April 2007.

28

DECLARATION OF SARAH SCHINDLER
Case No. 07-4771-EDL                                                                               2

1      **Exhibit 14** is a true and correct copy of portions of NMFS's Final Rule for Taking
2  Marine Mammals Incidental to the U.S. Navy Operations of Surveillance Towed Array Sensor
3  System Low Frequency Active Sonar, 72 Fed. Reg. 46,846-46,893, August 21, 2007.

4      **Exhibit 15** is a true and correct copy of portions of NMFS's Biological Opinion on the
5  Proposed Employment of SURTASS LFA from 2007-2012 and the Proposed Regulations to
6  Authorize the Navy "Take" Marine Mammals Incident to same, August 14, 2007.

7      **Exhibit 16** is a true and correct copy of NMFS's Incidental Take Statement for the
8  Biological Opinion on the Proposed Letter of Authorization to Authorize the Navy to Take
9  Marine Mammals Incidental to Its Employment of Surveillance Towed Array Sensor System
10 Low Frequency Active Sonar for the Period August 16, 2007, through August 15, 2012, issued
11 August 15, 2007.

12     **Exhibit 17** is a true and correct copy of portions of NMFS's amended Supplemental
13 Biological Opinion on the Proposed Letters of Authorization to Authorize the Navy to Take
14 Marine Mammals Incidental to Its Employment of Surveillance Towed Array Sensor System
15 Low Frequency Active Sonar for the Period August 16, 2007, through August 15, 2008, issued
16 August 17, 2007.

17     **Exhibit 18** is a true and correct copy of portions of the Application for Letters of
18 Authorization Under Section 101(a)(5)(A) of the Marine Mammal Protection Act for Activities
19 Associated with the Employment of Surveillance Towed Array Sensor System Low Frequency
20 Active (SURTASS LFA) Sonar, U.S. Department of the Navy, May 2006.

21     **Exhibit 19** is a true and correct copy of the August 15, 2007 letter from James H. Lecky,
22 NMFS, to Captain Douglas S. Prince, Navy, enclosing NMFS's Letters of Authorization for the
23 take of marine mammals incidental to the Navy's operation of SURTASS LFA sonar;

24     **Exhibit 20** is a true and correct copy of portions of the Final Comprehensive Report for
25 the Operation of the Surveillance Towed Array Sensor System Low Frequency Active
26 (SURTASS LFA) Sonar Onboard the R/V *Cory Chouest* and USNS IMPECCABLE (T-AGOS
27 23) under the National Marine Fisheries Service Regulations 50 CFR 216 Subpart Q, U.S.
28 Department of the Navy, January 2007.

DECLARATION OF SARAH SCHINDLER
Case No. 07-4771-EDL                                                3

1      **Exhibit 21** is a true and correct copy of the Application for Renewals of Letters of

2  Authorization for the Taking of Marine Mammals Incidental to the Operation of SURTASS

3  LFA Sonar Onboard R/V *Cory Chouest* and USNS IMPECCABLE (T-AGOS 23) under NMFS

4  Final Rule (50 CFR 216 Subpart Q), U.S. Department of the Navy, March 31, 2005.

5      **Exhibit 22** is a true and correct copy of portions of Annual Report No. 4: Operation of

6  the Surveillance Towed Array Sensor System Low Frequency Active (SURTASS LFA) Sonar

7  Onboard the R/V *Cory Chouest* and USNS IMPECCABLE (T-AGOS 23) under the National

8  Marine Fisheries Service Letters of Authorization of 12 August 2005, May 2006.

9      **Exhibit 23** is a true and correct copy of the July 11, 2007 letter from Representatives

10 Mike Thompson, Lynn Woolsey, Thomas Allen, George Miller, Anna Eshoo, Maurice Hinchey,

11 Peter DeFazio, Lois Capps, Jim McDermott, Zoe Lofgren, Jay Inslee, Wayne Gilchrest, Michael

12 Michaud, Carol Shea-Porter, Barney Frank, Darlene Hooley, Sam Farr, Jim Moran, David Wu,

13 and Edolphus Towns, U.S. House of Representatives, to William Hogarth, Assistant

14 Administrator for Fisheries, NMFS, concerning NMFS's Proposed Rule for SURTASS LFA

15 sonar.

16     **Exhibit 24** is a true and correct copy of the July 19, 2007 letter from Senators Olympia

17 Snowe and Susan Collins, U.S. Senate, to William Hogarth, Assistant Administrator for

18 Fisheries, NMFS, concerning NMFS's Proposed Rule for SURTASS LFA sonar.

19     **Exhibit 25** is a true and correct copy of the July 23, 2007 letter from Senators Barbara

20 Boxer, Maria Cantwell, Benjamin Cardin, Russell Feingold, Edward Kennedy, John Kerry,

21 Amy Klobuchar, Frank Lautenberg, Robert Menendez, and Ron Wyden, U.S. Senate, to Conrad

22 Lautenbacher, Under Secretary of Commerce for Oceans and Atmosphere, NOAA, concerning

23 NMFS's Proposed Rule for SURTASS LFA sonar.

24     **Exhibit 26** is a true and correct copy of portions of the Transcript of the October 18,

25 2002 hearing, *NRDC v. Evans*, CV 02-3805 EDL.

26     **Exhibit 27** is a true and correct copy of portions of the 2004 Report of the Scientific

27 Committee of the International Whaling Commission.

28

DECLARATION OF SARAH SCHINDLER
Case No. 07-4771-EDL                                                                         4

1  **Exhibit 28** is a true and correct copy of portions of the "Joint Interim Report: Bahamas
2  Marine Mammal Stranding Event of 15-16 March 2000," U.S. Department of Commerce and
3  Secretary of the Navy, December 2001.

4  **Exhibit 29** is a true and correct copy of "A Mass Stranding of Cetaceans Caused by
5  Naval Sonar in the Bahamas," K.C. Balcomb and D.E. Claridge, 8 *Bahamas Journal of Science*
6  1-12 (May 2001).

7  **Exhibit 30** is a true and correct copy of "Mass Strandings of Beaked Whales in the
8  Canary Islands," V. Martín, A. Servidio, and S. Garcia, from *Proceedings of the Workshop on*
9  *Active Sonar and Cetaceans*, ed. P.G.H. Evans and L.A. Miller (2004).

10  **Exhibit 31** is a true and correct copy of "'Gas and Fat Embolic Syndrome' Involving a
11  Mass Stranding of Beaked Whales (Family *Ziphiidae*) Exposed to Anthropogenic Sonar
12  Signals," A. Fernández, J.F. Edwards et al., 42 *Veterinary Pathology* 446-57 (2005).

13  **Exhibit 32** is a true and correct copy of "Gas-Bubble Lesions in Stranded Cetaceans,"
14  P.D. Jepson, M. Arbelo et al., 425 *Nature* 575-76 (2003).

15  **Exhibit 33** is a true and correct copy of portions of NMFS's report entitled "Hawaiian
16  Melon-headed Whale *(Peponacephala electra)* Mass Stranding Event of July 3-4, 2004," April
17  2006.

18  **Exhibit 34** is a true and correct copy of the March 21, 2002 email correspondence
19  between John Mayer, Marine Acoustics, Inc., and Joseph Johnson, Navy, with appended
20  correspondence with Ken Hollingshead, National Marine Fisheries Service ("NMFS"),
21  concerning the 1999 mass stranding of beaked whales in the U.S. Virgin Islands.

22  **Exhibit 35** is a true and correct copy of portions of "Summary Record, SACLANTCEN
23  Bioacoustics Panel, La Spezia, Italy, 15-17 June 1998," a report on the 1996 mass stranding of
24  beaked whales in the Kyparissiakos Gulf, SACLANT Undersea Research Centre, 1998.

25  **Exhibit 36** is a true and correct copy of "The First Mass Stranding that Was Associated
26  with the Use of Active Sonar (Kyparissiakos Gulf, Greece, 1996)," A. Frantzis, from
27  *Proceedings of the Workshop on Active Sonar and Cetaceans*, ed. P.G.H. Evans and L.A. Miller
28  (2004).

1      **Exhibit 37** is a true and correct copy of "Does Acoustic Testing Strand Whales?" A.
2  Frantzis, 392 *Nature* 29 (1998).

3      **Exhibit 38** is a true and correct copy of portions of "Beaked Whale Necropsy Findings,"
4  D.R. Ketten, dated September 20, 2002, concerning the 2000 mass stranding of beaked whales
5  on Madeira.

6      **Exhibit 39** is a true and correct copy of "Mass Strandings of Cuvier's Beaked Whales in
7  Japan: U.S. Naval Acoustic Link?" R.L. Brownell, Jr., T. Yamada et al., paper submitted to and
8  reported by the International Whaling Commission Scientific Committee, IWC SC/56/E37
9  (2004).

10     **Exhibit 40** is a true and correct copy of "Unusual Cetacean Stranding Events of Taiwan
11 in 2004 and 2005," J.Y. Wang and S.-C. Yang, 8 *Journal of Cetacean Research and*
12 *Management* 283-92 (2006).

13     **Exhibit 41** is a true and correct copy of portions of the 2006 Report of the Scientific
14 Committee of the International Whaling Commission.

15     **Exhibit 42** is a true and correct copy of portions of H. Levine, "Active Sonar
16 Waveform," a report commissioned from the JASON Group by the Office of Naval Research
17 (2004).

18     **Exhibit 43** is a true and correct copy of "Understanding the Impacts of Anthropogenic
19 Sound on Beaked Whales," T.M. Cox, T.J. Ragen et al., 7 *Journal of Cetacean Research and*
20 *Management* 177-87 (2006).

21     **Exhibit 44** is a true and correct copy of "Diving Behaviour of Cuvier's (*Ziphius*
22 *cavirostris*) and Blainville's (*Mesoplodon densirostris*) Beaked Whales in Hawai'i," R.W.
23 Baird, D.L. Webster, et al., 84 *Canadian Journal of Zoology* 1120-28 (2006).

24     **Exhibit 45** is a true and correct copy of "Cumulative Sperm Whale Bone Damage and
25 the Bends," M.J. Moore and G.A. Early, 306 *Science* 2215 (2004), together with six pages of
26 supplemental material issued by *Science*.

1    **Exhibit 46** is a true and correct copy of "Acute and Chronic Gas Bubble Lesions in
2 Cetaceans Stranded in the United Kingdom," P.D. Jepson, R. Deaville et al., 42 *Veterinary*
3 *Pathology* 291-305 (2005).

4    **Exhibit 47** is a true and correct copy of "A Call for Research to Assess Risk of Acoustic
5 Impact on Beaked Whale Populations," B. Taylor, J. Barlow et al., paper submitted to and
6 reported by IWC Scientific Committee, SC/56/E36 (2004).

7    **Exhibit 48** is a true and correct copy of "Impacts of Anthropogenic Sound," J.
8 Hildebrand, from *Marine Mammal Research: Conservation beyond Crisis*, ed. T.J. Ragen, J.E.
9 Reynolds III, W.F. Perrin, and R.R. Reeves (2005).

10   **Exhibit 49** is a true and correct copy of a "Statement of Concern" from members of the
11 scientific community on SURTASS LFA sonar, with list of signatories (2001).

12   **Exhibit 50** is a true and correct copy of portions of *Marine Mammals and Noise*, W.J.
13 Richardson, C.R. Greene, Jr., C.I. Malme, and D.H. Thomson (1995).

14   **Exhibit 51** is a true and correct copy of portions of *Oceans of Noise*, Whale and Dolphin
15 Conservation Society (2004).

16   **Exhibit 52** is a true and correct copy of a May 31, 2001 comment letter on the NMFS
17 2001 Proposed Rule for SURTASS LFA by Patrick J.O. Miller, Woods Hole Oceanographic
18 Institution.

19   **Exhibit 53** is a true and correct copy of "Whale Songs Lengthen in Response to Sonar,"
20 P.J.O. Miller, N. Biassoni et al., 405 *Nature* 903 (2000).

21   **Exhibit 54** is a true and correct copy of a June 20, 1998 posting on the MARMAM
22 listserv, by Drs. Lindy Weilgart and Hal Whitehead, Dalhousie University, entitled "Re: Article
23 on LFA Playbacks to Hawaiian Humpbacks (fwd)."

24   **Exhibit 55** is a true and correct copy of "Considering the Temporal and Spatial Scales
25 of Noise Exposures from Seismic Surveys on Baleen Whales," C.W. Clark and G.C. Gagnon,
26 paper submitted to IWC Scientific Committee, IWC SC/58/E9 (2006).

1    **Exhibit 56** is a true and correct copy of "Sperm Whale Seismic Study in the Gulf of
2 Mexico, Summary Report: 2002-2004," Minerals Management Service, Gulf of Mexico Region
3 (2006).

4    **Exhibit 57** is a true and correct copy of "Does Intense Ship Noise Disrupt Foraging in
5 Deep-Diving Cuvier's Beaked Whales (*Ziphius cavirostris*)?" N.A. Soto, M. Johnson et al., 22
6 *Marine Mammal Science* 690-99 (2006).

7    **Exhibit 58** is a true and correct copy of "The Influence of Acoustic Emissions for
8 Underwater Data Transmission on the Behaviour of Harbour Porpoises (*Phocoena phocoena*) in
9 a Floating Pen," R.A. Kastelein, W.C. Verboom et al., 59 *Marine Environmental Research* 287-
10 307 (2005).

11   **Exhibit 59** is a true and correct copy of "Estimating Relative Energetic Costs of Human
12 Disturbance to Killer Whales (*Orcinus orca*)," R. Williams, D. Lusseau, and P.S. Hammond,
13 133 *Biological Conservation* 301-11 (2006).

14   **Exhibit 60** is a true and correct copy of "Long-Range Effects of Airgun Noise on
15 Marine Mammals: Responses as a Function of Received Sound Level and Distance," D.E. Bain
16 and R. Williams, paper submitted to the International Whaling Commission Scientific
17 Committee, SC/58/E35 (2006).

18   **Exhibit 61** is a true and correct copy of "North Atlantic Right Whales (*Eubalaena*
19 *glacialis*) Ignore Ships but Respond to Alerting Stimuli," D.P. Nowacek, M.P. Johnson, and
20 P.L. Tyack, 271 *Proceedings of the Royal Society of London, Part B: Biological Sciences* 227
21 (2004).

22   **Exhibit 62** is a true and correct copy of portions of "Impacts of Sakhalin II Phase 2 on
23 Western North Pacific Gray Whales and Related Biodiversity," IUCN Independent Scientific
24 Review Panel (2005).

25   **Exhibit 63** is a true and correct copy of "Unsustainable Dolphin-Watching Tourism in
26 Fiordland, New Zealand," D. Lusseau, L. Slooten, and R.J.C. Currey, 3 *Tourism in Marine*
27 *Environments* 173-78 (2006).

28

DECLARATION OF SARAH SCHINDLER
Case No. 07-4771-EDL

1    **Exhibit 64** is a true and correct copy of "Assessment of Acoustic Exposures on Marine
2    Mammals in Conjunction with *USS Shoup* Active Sonar Transmissions in the Eastern Strait of
3    Juan de Fuca and Haro Strait, Washington—5 May 2003," National Marine Fisheries Service,
4    January 21, 2005.

5    **Exhibit 65** is a true and correct copy of "High Intensity Anthropogenic Sound Damages
6    Fish Ears," R.D. McCauley, J. Fewtrell, and A.N. Popper, 113 *Journal of the Acoustical Society*
7    *of America* 638-42 (2003).

8    **Exhibit 66** is a true and correct copy of portions of "The Effects on Fish and Other
9    Marine Animals of High-Level Underwater Sound," A.W.H. Turnpenny, K.P. Thatcher, and
10   J.R. Nedwell, report to U.K. Defence Research Agency (1994).

11   **Exhibit 67** is a true and correct copy of "Effects of Noise on Eggs and Larvae of Two
12   Estuarine Fishes," A. Banner and M. Hyatt, 102 *Transactions of the American Fisheries Society*
13   134-37 (1973).

14   **Exhibit 68** is a true and correct copy of "Effects of Boat Engine Noise on the Auditory
15   Sensitivity of the Fathead Minnow, *Pimephales promelas*," A.R. Scholik and H.Y. Yan, 63
16   *Environmental Biology of Fishes* 203-09 (2002).

17   **Exhibit 69** is a true and correct copy of "Effects of Seismic Shooting on Local
18   Abundance and Catch Rates of Cod (*Gadus morhua*) and Haddock (*Melanogrammus*
19   *aeglefinus*)," A. Engås, S. Løkkeborg et al., 53 *Canadian Journal of Fisheries and Aquatic*
20   *Sciences* 2238-49 (1996).

21   **Exhibit 70** is a true and correct copy of "Acoustic Mapping of Pelagic Fish Distribution
22   and Abundance in Relation to a Seismic Shooting Area off the Norwegian West Coast," A.
23   Slotte, K. Hansen et al., 67 *Fisheries Research* 143-50 (2004).

24   **Exhibit 71** is a true and correct copy of portions of the Hawaii Range Complex Draft
25   Environmental Impact Statement/Overseas Environmental Impact Statement (Draft EIS/OEIS)
26   (July 2007).

27   **Exhibit 72** is a true and correct copy of "Effect of Noise on Growth and Reproduction
28   of *Crangon crangon* in Rearing Tanks," J.P. Lagardère, 71 *Marine Biology* 177 (1982).

1    **Exhibit 73** is a true and correct copy of portions of "Severe Injuries in the Giant Squid
2  *Architeuthis dux* Stranded After Seismic Explorations," and "A Review of Records of Giant
3  Squid in the North-Eastern Atlantic and Severe Injuries in *Architeuthis dux* Stranded After
4  Acoustic Exploration," A. Guerra, A.F. González, and F. Rocha, presentation given at the 2004
5  International Council for the Exploration of the Sea (ICES) Annual Science Conference, Vigo,
6  Spain, September 22-25, 2004.

7    **Exhibit 74** is a true and correct copy of "NATO Undersea Research Centre Human
8  Diver and Marine Mammal Risk Mitigation Rules and Procedures," adopted by the NATO
9  Undersea Research Centre, concerning operation of hull-mounted mid-frequency active sonar,
10 September 2006.

11   **Exhibit 75** is a true and correct copy of Planning Guide 16 and Procedure S1 of the
12 "Maritime Exercise Areas Environmental Management Plan," adopted by the Royal Australian
13 Navy, concerning operation of hull-mounted mid-frequency active sonar, July 8, 2005.

14   **Exhibit 76** is a true and correct copy of portions of the Public Environment Report for
15 Talisman Saber 2007, Australian Department of Defense, October 2006.

16   **Exhibit 77** is a true and correct copy of the Department of Defense's Notice of Intent to
17 Prepare an Environmental Impact Statement/Overseas Environmental Impact Statement for the
18 Mariana Islands Range Complex and to Announce Public Scoping Meetings, 72 Federal
19 Register 30,557-30,559, June 1, 2007.

20   **Exhibit 78** is a true and correct copy of portions of the Environmental Assessment/
21 Overseas Environmental Assessment for Joint Task Force Exercises and Composite Training
22 Unit Exercises, Navy Third Fleet, February 2007.

23   **Exhibit 79** is a true and correct copy of the June 30, 2006 National Defense Exemption
24 from Requirements of the Marine Mammal Protection Act for Certain DoD Mid-Frequency
25 Active Sonar Activities, issued by Deputy Secretary of Defense Gordon England.

26   **Exhibit 80** is a true and correct copy of the January 23, 2007 National Defense
27 Exemption from Requirements of the Marine Mammal Protection Act for Certain DoD Military

28

DECLARATION OF SARAH SCHINDLER
Case No. 07-4771-EDL                                                                              10

1  Readiness Activities That Employ Mid-Frequency Active Sonar or Improved Extended Echo
2  Ranging Sonobuoys, issued by Deputy Secretary of Defense Gordon England.
3      **Exhibit 81** is a true and correct copy of "Mitigating, Monitoring and Assessing the
4  Effects of Anthropogenic Sound on Beaked Whales," J. Barlow and R. Gisiner, 7 *Journal of*
5  *Cetacean Research and Management* 239-49 (2006).
6      **Exhibit 82** is a true and correct copy of "Deep-Water Taphonomy of Vertebrate
7  Carcasses: A Whale Skeleton in the Bathyal Santa Catalina Basin," P.A. Allison, C.R. Smith et
8  al., 17 *Paleobiology* 78-89 (1991).
9      **Exhibit 83** is a true and correct copy of portions of "Investigation and Management of
10  Disease in Wild Animals," G.A. Wobeser (1994).
11      **Exhibit 84** is a true and correct copy of "Key Areas for Beaked Whales Worldwide," C.
12  MacLeod and G. Mitchell, 7 *Journal of Cetacean Research and Management* 309-22 (2006).
13      **Exhibit 85** is a true and correct copy of "Worldwide Structure of mtDNA Diversity
14  Among Cuvier's Beaked Whales (*Ziphius cavirostris*): Implications for Threatened
15  Populations," M.L. Dalebout, K.M. Robertson et al., 14 *Molecular Biology* 3353-71 (2005).
16      **Exhibit 86** is a true and correct copy of "Site Fidelity, Associations, and Movements of
17  Cuvier's (*Ziphius cavirostris*) and Blainville's (*Mesoplodon densirostris*) Beaked Whales off
18  the Island of Hawai'i," D.J. McSweeney, R.W. Baird, and S.D. Mahaffy, 23 *Marine Mammal*
19  *Science* 666-87 (2007).
20      **Exhibit 87** is a true and correct copy of portions of "U.S. Pacific Marine Mammal Stock
21  Assessments: 2006," National Marine Fisheries Service Southwest Fisheries Science Center,
22  January 2007.
23      **Exhibit 88** is a true and correct copy of portions of *Marine Protected Areas for Whales,*
24  *Dolphins and Porpoises*, E. Hoyt (2005).
25      **Exhibit 89** is a true and correct copy of portions of the Report of the Fourth Meeting of
26  the Scientific Committee of ACCOBAMS (Agreement on the Conservation of Cetaceans of the
27  Black Sea, Mediterranean Sea and Contiguous Atlantic Area), Monaco, Nov. 5-8, 2006 (2007).
28

1       **Exhibit 90** is a true and correct copy of "Predicting Cuvier's (*Ziphius cavirostris*) and *Mesoplodon* Beaked Whale Population Density from Habitat Characteristics in the Eastern Tropical Pacific Ocean," M.C. Ferguson, J. Barlow et al., 7 *Journal of Cetacean Research and Management* 287–99 (2006).

      **Exhibit 91** is a true and correct copy of "Techniques for Cetacean-Habitat Modeling," J.V. Redfern, M.C. Ferguson et al., 310 *Marine Ecology Progress Series* 271-95 (2006).

      **Exhibit 92** is a true and correct copy of the National Fish and Wildlife Foundation Final Programmatic Report for "Status of Humpback Whales & Human Impacts" (SPLASH), Cascadia Research, January 2007.

      **Exhibit 93** is a true and correct copy of "Studies of Odontocete Population Structure in Hawaiian Waters: Results of a Survey through the Main Hawaiian Islands in May and June 2003," R.W. Baird, D.J. McSweeney et al. report to the National Oceanic and Atmospheric Administration (2003).

      **Exhibit 94** is a true and correct copy of "Mark-Recapture Abundance Estimate of Bottlenose Dolphins (*Tursiops truncatus*) Around Maui and Lana'i, Hawai'i, During the Winter of 2000/2001," report prepared for NMFS (2001).

      **Exhibit 95** is a true and correct copy of "Lessons from Monitoring Trends in Abundance of Marine Mammals," B.L. Taylor, M. Martinez et al., 23 *Marine Mammal Science* 157-75 (2007).

      **Exhibit 96** is a true and correct copy of December 9, 1999 email correspondence from Roger Gentry, NMFS, to Clay Spikes, Marine Acoustics, filed as AR NMFS 121 in *NRDC v. Evans*, CV 02-3805 EDL.

      **Exhibit 97** is a true and correct copy of portions of the Declaration of Darlene Ketten, filed in *NRDC v. Evans*, CV 02-3805 EDL and dated September 26, 2002.

      **Exhibit 98** is a true and correct copy of the Notice of Availability of Finding of No Significant Harm for Valiant Shield 07, 72 Fed. Reg. 43252-43253, Aug. 3, 2007.

1     **Exhibit 99** is a true and correct copy of Cetacean Stranding Database, a website

2 available at www.legaard.org/strandings, last updated on March 22, 2005 and accessed on

3 September 11, 2007.

4     **Exhibit 100** is a true and correct copy of "Now, an Underwater Robot to Spy on Whales

5 and Protect Them from Ships," *Asian News International*, April 29, 2007.

6     **Exhibit 101** is a true and correct copy of the Statement by Olympia Snowe, 2003 Cong.

7 Rec. S14488 to S14489, November 12, 2003.

8     **Exhibit 102** is a true and correct copy of NMFS's Notice of Issuance of an Incidental

9 Harassment Authorization for RIMPAC 2006, 71 Fed. Reg. 38,710-38,738, July 7, 2007.

10     **Exhibit 103** is a true and correct copy of the Temporary Restraining Order, *NRDC v.*

11 *Winter*, CV 06-4131 FMC (JCx), issued July 3, 2006.

12     **Exhibit 104** is a true and correct copy of the Order Denying Defendants' *Ex Parte*

13 Applications, *NRDC v. Winter*, CV 06-4131 FMC (JCx), issued July 5, 2006.

14     **Exhibit 105** is a true and correct copy of the Order Denying Defendants' Motion to

15 Dismiss or Stay and Granting in Part and Denying in Part Plaintiffs' Motion for a Preliminary

16 Injunction, *NRDC v. Winter*, CV 07-0335 FMC (FMOx), 2007 U.S. Dist. LEXIS 57909 (C.D.

17 Cal. Aug. 7, 2007).

18     **Exhibit 106** is a true and correct copy of the Order to Stay Preliminary Injunction

19 Pending Appeal, *NRDC v. Winter*, CV 07-0335 FMC (FMOx) (9th Cir., Aug. 31, 2007).

20 I hereby declare under penalty of perjury that the foregoing is true and correct.

21 Executed this 12th day of October, 2007.

22

23 /s/ Sarah Schindler
    Sarah Schindler

24

25

26 I hereby attest that I have on file all holograph signatures for any signatures indicated by

a "conformed" signature (/s/) within this e-filed document.

27

28

DECLARATION OF SARAH SCHINDLER
Case No. 07-4771-EDL      13

| | | |
|---|---|---|
| 1 | Dated: October 12, 2007 | MORRISON & FOERSTER LLP |
| 2 | | By: */s/ Robin Stafford* |
| 3 | | Robin S. Stafford |
| 4 | | Attorneys for Plaintiffs Natural Resources Defense Council, et al. |

DECLARATION OF SARAH SCHINDLER
Case No. 07-4771-EDL                                                                 14