1  ROBERT L. FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
5  Email: RFalk@mofo.com
   Email: RStafford@mofo.com
6  Email: SSchindler@mofo.com

7  JOEL R. REYNOLDS (SBN 85276)
   CARA A. HOROWITZ (SBN 220701)
8  NATURAL RESOURCES DEFENSE COUNCIL, INC.
   1314 Second Street
9  Santa Monica, CA 90401
   Telephone:  (310) 434-2300
   Facsimile:  (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
11 UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
   PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 NATURAL RESOURCES DEFENSE COUNCIL,        Civil Action No. CV-07-4771-EDL
   INC.; THE HUMANE SOCIETY OF THE UNITED
17 STATES; CETACEAN SOCIETY
   INTERNATIONAL; LEAGUE FOR COASTAL
18 PROTECTION; OCEAN FUTURES SOCIETY;        DECLARATION OF DAVID E.
   JEAN-MICHEL COUSTEAU                       BAIN
19                    Plaintiffs,

20      v.

21 CARLOS M. GUTIERREZ, SECRETARY OF THE
   UNITED STATES DEPARTMENT OF
22 COMMERCE; NATIONAL MARINE FISHERIES
   SERVICE; WILLIAM HOGARTH, ASSISTANT
23 ADMINISTRATOR FOR FISHERIES OF THE
   NATIONAL OCEANOGRAPHIC AND
24 ATMOSPHERIC ADMINISTRATION; VICE
   ADMIRAL CONRAD C. LAUTENBACHER, JR.,
25 ADMINISTRATOR OF THE NATIONAL
   OCEANOGRAPHIC AND ATMOSPHERIC
26 ADMINISTRATION; UNITED STATES
   DEPARTMENT OF THE NAVY; DONALD C.
27 WINTER, SECRETARY OF THE UNITED STATES
   DEPARTMENT OF THE NAVY; ADMIRAL MIKE
   MULLEN, CHIEF OF NAVAL OPERATIONS
28                    Defendants.

1    I, DAVID E. BAIN, declare as follows:

2    1.    This Declaration is submitted in support of Plaintiffs' motion for a

3    preliminary injunction. The statements contained in this Declaration are true and correct to

4    the best of my knowledge and, in the case of my opinions, I believe them to be true. If called

5    as a witness, I could and would testify to the statements contained herein.

6    2.    I am currently a contracting scientist for the National Marine Fisheries

7    Service. I received my Ph.D. in Biology in 1989 from the University of California at Santa

8    Cruz.

9    3.    I have authored over 30 peer-reviewed papers and reports on the behavioral

10    ecology of marine mammals, especially of killer whales (*Orcinus spp.*). A substantial

11    portion of this work has been concerned with audition, sound production, and other aspects

12    of the acoustic ecology of these species. I have conducted studies for the National Marine

13    Mammal Laboratory and other branches of the National Marine Fisheries Service, Minerals

14    Management Service, and the U.S. Geological Survey on the impacts of acoustic disturbance

15    on individuals and populations of marine mammals. Reports based on these and other

16    disturbance-related studies have been published in books and peer-reviewed journals and

17    presented at scientific meetings of the International Whaling Commission, the Society for

18    Marine Mammalogy, and the Acoustical Society of America. I observed the use of mid-

19    frequency sonar in the presence of cetaceans in Haro Strait, WA, in 2003. I have reviewed

20    relevant portions of the Final Overseas Environmental Impact Statement, Environment

21    Impact Statement for SURTASS LFA SONAR, and Supplemental Environmental Impact

22    Statement, the Joint Interim Report: Bahamas Marine Mammal Stranding Event of 15-16

23    March 2000, and a variety of other literature related to noise produced in the course of

24    scientific research.

25    4.    The conclusions I draw and opinions I express in this Declaration are

26    supported by texts and research that other experts in my field would consider reliable.

27

28

1    5.    It is my expert opinion that, without superior mitigation, deployment of LFA

2    in the North Pacific Ocean is likely to cause serious injury to marine mammals and to

3    adversely affect marine mammals in subtler but significant ways on a population scale.

4    6.    The initial consideration of LFA usage on a global scale concluded that LFA was

5    dangerous to marine mammals, and that its use needed to be restricted to areas where marine

6    mammals rarely occurred.  I believe advances in science since then confirm that LFA use should

7    continue to be severely restricted.

8    7.    Upon more careful examination of taxonomy, new species and numerous new

9    stocks have been recognized (e.g., compare stocks and status listed in Forney *et al.* [2000] with

10   stocks listed in Carretta *et al.* [2007]).  That is, stocks are smaller than previously believed, and

11   hence less able to tolerate impact.  The recognition that killer whales are not a single global taxon

12   and that southern resident killer whales are an endangered species with a small population size

13   (<100 individuals), all of whom may be in a small area at a given time, is an example of the

14   increase in conservation implications of noise exposure to marine mammals since 2001.  This

15   trend is likely to continue as additional cryptic species, sub-species and stocks are recognized.

16   8.    Research on mechanisms of injury to marine mammals exposed to noise revealed

17   that indirect mechanisms are important (Jepson *et al.* 2003).  As a result, noise levels too low to

18   cause direct injury have resulted in injury or death.  The number of individuals at risk of injury is

19   far larger than the number of individuals at risk for threshold shift, and hence the likely impact of

20   LFA is far larger than previously assumed.  Further, fish are vulnerable to injury by noise

21   (McCauley *et al.* 2003), providing another indirect mechanism for impact on marine mammals.

22   9.    Long-range effects of noise have been observed.  Strong behavioral reactions have

23   been observed at distances of tens of kilometers from loud noise sources.  These long-range

24   effects of noise cast doubt on the potential effectiveness of visual and acoustic monitoring, as

25   marine mammals could not be seen over the horizon, and most species produce acoustic signals

26   that are undetectable at these distances most of the time.  Further, they emphasize the importance

27   of limiting LFA usage to areas far from shore.

28

1    10.    Differences in detection rates via acoustic monitoring and vessel-based observers

2    indicate that vessel noise alone is sufficient to displace some species (Wade *et al.* 2006), much-

3    less intensive noise sources like LFA.  Other low to moderate intensity noise sources are also

4    known to displace marine mammals (Bain 1995, Olesiuk *et al.* 2002, Morton and Symonds 2002,

5    Krause *et al.* 1997, Gearin *et al.* 1996 and 2000, Laake *et al.* 1997, 1998, 1999).  Other behavioral

6    changes can be caused by vessels alone (Kruse 1991, Williams *et al.* 2002ab, Bain *et al.* in review

7    ab).

8    11.    Barlow and Gisiner (2006), scientists at NMFS and ONR, respectively, reviewed

9    detection methods for beaked whales, and concluded none were effective (see also Forney and

10    Barlow 1998).

11    12.    New technologies have not yet proven as safe and effective as hoped.  For

12    example, whale-finding sonar showed promise, but it affected the behavior of whales it was

13    intended to protect (Frankel 2005).

14    13.    The link between noise and injury has been strengthened.  Incidents where sonar

15    usage was the most likely cause of stranding events have been identified (NOAA and Navy 2001,

16    Jepson *et al.* 2003).  Commonalities in these events have led to tentative criteria involving species

17    composition, numbers of individuals, time frame, and geographic location for identifying sonar-

18    related stranding events (Hohn *et al.* 2006).  Application of these criteria to stranding records

19    suggest that sonar-related mortalities are much more common than expected based on cases

20    where the link is firm.

21    14.  Low levels of noise (< 120 dB) have been shown to cause behavioral changes in some

22    species (Kastelein *et al.* 1997, 2001).  While the behavioral changes caused at low levels do not

23    pose serious risks of injury, chronic exposure can lead to population scale effects (Bain 2002,

24    Williams *et al.* 2006).

25    15.    Noise has been linked to stress (Romano *et al.* 2004).  That is, there may be injury

26    in the absence of observable behavioral change.

27

28

1      16.    The process of determining whether an exercise area is an Offshore Biologically

2  Important Area may not be completed prior to LFA usage, limiting the effectiveness of this

3  mitigation measure.

4      17.    The 5 minute ramp-up period is inadequate given normal marine mammal

5  swimming speeds and the fact that the initial reaction to noise may not be to move away (personal

6  observation).

7      18.    While the Navy's support of research has yielded a great deal of information,

8  failure by all agencies to fund critical studies leave data gaps that may lead to understatement of

9  the effects of SURTASS LFA. For example, noise sensitive species displaced by vessel noise

10  may not be close enough to be observed to determine additional impacts of sonar if the study area

11  is limited (see Bain and Williams 2006). Results of monitoring for strandings may be misleading

12  if the monitoring period is too short (see Hohn *et al.* 2006).

13      19.    Thus it seems improbable that LFA should be viewed as less of a threat to marine

14  mammals now than when it was previously considered, so there does not appear to be

15  justification for reducing restrictions on its use.

16  Literature Cited

17  Bain, D.E. 1995. The use of sound to guide killer whales (*Orcinus orca*) entrapped in Barnes
18      Lake, Alaska, to open water. Poster presented to the Society for Marine Mammalogy
    Conference, Orlando, FL.

19
20  Bain, D. E. 2002. A model linking energetic effects of whale watching to in killer whale
    (*Orcinus orca*) population dynamics. Contract report submitted to Orca Relief Citizens'
    Alliance.

21
22  Bain, D.E., Lusseau, D., Williams, R. and Smith, J.C. in review a. Vessel traffic disrupts
    foraging behavior of southern resident killer whales (*Orcinus* sp.). Endangered Species
    Research.

23
24  Bain, D.E. and R. Williams. 2006. Long-range effects of airgun noise on marine mammals:
    responses as a function of received sound level and distance. IWC SC/58/E35.

25  Bain, D.E., Williams, R., Lusseau, D. and Smith, J.C. in review b. Effects of vessels on
    behavior patterns of southern resident killer whales (*Orcinus* sp.). Endangered Species
26      Research.

27  Barlow, J., and Gisiner, R. 2006. Mitigating, monitoring and assessing the effects of
    anthropogenic sound on beaked whales. J. Cetacean Res. Manag. 7: 239-249.

28

Carretta, J. V., K. A. Forney, M. M. Muto, J. Barlow, J. Baker, B. Hanson and M. S. Lowry. 2007. U.S. Pacific marine mammal stock assessments: 2006. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-SWFSC-398. 321 pp.

Forney, K. A., and Barlow, J. 1998. Seasonal patterns in the abundance and distribution of California cetaceans, 1991-1992. Mar. Mamm. Sci. 14: 460-489.

Forney, K. A., J. Barlow, M. M. Muto, M. Lowry, J. Baker, G. Cameron, J. Mobley, C. Stinchcomb and J. V. Carretta. 2000. U. S. Pacific Marine Mammal Stock Assessments: 2000. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-SWFSC-300.

Frankel, A. S. 2005. Gray whales hear and respond to a 21-25 kHz high-frequency whale-finding sonar. Abstract submitted to the 16th Biennial Conf. Biol. Mar Mamm. San Diego, CA. p. 97.

Gearin, P. J., M. E. Gosho, L. Cooke, R. Delong, J. Laake and D. Greene. 1996. Acoustic alarm experiment in the 1995 Northern Washington Marine Setnet Fishery. NMML and Makah Tribal Fisheries Management Division Report.

Gearin, P. J.; Gosho, M. E.; Laake, J. L.; Cooke, L. Delong, R. L.; Hughes, K. M. 2000.Experimental testing of acoustic alarms (pingers) to reduce bycatch of harbour porpoise, Phocoena phocoena, in the state of Washington. J. Cet. Res. Manage. 2: 1-10.

Hohn, A.A., D.S. Rotstein, C.A. Harms, and B.L. Southall. 2006. Report on marine mammal unusual mortality event UMESE0501Sp: Multispecies mass stranding of pilot whales (Globicephala macrorhynchus), minke whale (Balaenoptera acutorostrata), and dwarf sperm whales (Kogia sima) in North Carolina on 15-16 January 2005. NOAA Technical Memorandum NMFS-SEFSC-537, 222 p.

Jepson, P. D., M. Arbelo, R. Deaville, I. A. P. Patterson, P. Castro, J. R. Baker, E Degollada, H. M. Ross, P. Herraez, A. M. Pocknell, F. Rodriguez, F. E. Howie, A. Espinosa, R. J. Reid, J. R. Jaber, V. Martin, A. A. Cunningham and A. Fernandez. 2003. Gas–bubble lesions in stranded cetaceans. Science 425:575-576.

Kastelein, R. A., D. de Hahn, A. D. Goodson, C. Staal and N. Vaughan. 1997. The effects of various sounds on a harbour porpoise Phocoena phocoena. The Biology of the Harbour Porpoise. Woerden, the Netherlands. De Spil Publishers.

Kastelein, R. A., D. de Hahn, N. Vaughan, C. Staal and NM Schooneman. 2001. The influence of three acoustic alarms on the behaviour of harbour porpoises (Phocoena phocoena) in a floating pen. Mar. Enviro. Res. 52:351-371.

Krause, S. D., A. J. Read, A Solow, K. Baldwin, T. Spradlin, E. Anderson & J. Williamson. 1997. Acoustic alarms reduce porpoise mortality. Nature. 388:525.

Kruse, S. 1991. The interactions between killer whales and boats in Johnston Strait, B.C. K. Pryor and K. S. Norris (eds.). Pages 149-159 in Dolphin Societies: Discoveries and Puzzles, UC Press, Berkeley.

Laake, J. L., P. J. Gearin and R. L. DeLong. 1999. Further evaluation of harbor porpoise habituation to pingers in a set gillnet fishery. AFSC Processed Rep. 99-08.

Laake, J. L., P. J. Gearin, M. E. Gosho and R. L. DeLong. 1997. Evaluation of effectiveness of pingers to reduce incidental entanglement of harbor porpoise in a set gillnet fishery. In (P. S. Hill and D. P. DeMaster, eds.) MMPA and ESA implementation program, 1996. AFSC Processed Report 97-10. 75-81.

Laake, J., D. Rugh and L. Baraff. 1998. Observations of harbor porpoise in the vicinity of acoustic alarms on a set gill net. NOAA Tech. Memo. NMFS-AFSC-84.

McCauley, R. D., J. Fewtrell and A. N. Popper. 2003. High intensity anthropogenic sound damages fish ears. J. Acoust. Soc. Am. 113:638-642.

Morton, A.B. and H. K. Symonds. 2002. Displacement of Orcinus orca (L.) by high amplitude sound in British Columbia, Canada. ICES J. Mar. Sci. 59: 71-80.

NOAA (National Oceanographic and Atmospheric Administration) and U.S. Department of the Navy. 2001. Joint interim report: Bahamas marine mammal stranding event of 15-16 March 2000. (U.S. Department of Commerce, Washington, DC), 59 pp. http://www.nmfs.noaa.gov/prot_res/overview/Interim_Bahamas_Report.pdf

Olesiuk, P.F., L.M. Nichol, M.J. Sowden, and J.K.B. Ford. 2002. Effect of the sound generated by an acoustic harassment device on the relative abundance and distribution of harbour porpoises (Phocoena phocoena) in Retreat Passage, British Columbia. Marine Mammal Science 18:843-862.

Romano, T. A., Keogh, M. J., Kelly, C., Feng, P., Berk, L, Schlundt, C. E., Carder, D. A., and Finneran, J. J. 2004. Anthropogenic sound and marine mammal health: measures of the nervous and immune systems before and after intense sound exposure," Can J. Fish. Aquat. Sci. 61:1124-1134.

Wade, P., M. P. Heide-Jørgensen, K. Shelden, J. Barlow, J. Carretta, J. Durban, R. LeDuc, L. Munger, S. Rankin, A. Sauter and C. Stinchcomb. 2006. Acoustic detection and satellite-tracking leads to discovery of rare concentration of endangered North Pacific right whales. Biol. Lett. doi:10.1098/rsbl.2006.0460

Williams, R., D.E. Bain and A. Trites. 2002a. Behavioural responses of killer whales (Orcinus orca) to whale-watching boats: opportunistic observations and experimental approaches. J. Zool. (London) 256: 255-270.

Williams, R., D.E. Bain, J.K.B. Ford and A.W. Trites. 2002b. Behavioural responses of male killer whales to a "leapfrogging" vessel. J. Cetacean Res. Manage. 4(3): 305-310.

Williams, R., D. Lusseau and P..S. Hammond. 2006. Estimating relative energetic costs of human disturbance to killer whales (Orcinus orca). Biological Conservation. 133:301-311.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this ___10th___ day of October, 2007.

*David E. Bain*

David E. Bain