# *Exhibit A*

# *Exhibit A*

## CURRICULUM VITAE OF DAVID E. BAIN

Friday Harbor Laboratories,
620 University Rd.,
Friday Harbor, WA  98250
e-mail:  **dbain@grrescue.org**

### ACADEMIC BACKGROUND

| | |
|---|---|
| **University of California at Davis** (Post-Doctoral Fellow) | 1989-1991 |
| **University of California at Santa** Cruz (Ph.D. in Biology) | 1981-1989 |
| **San Francisco State University** (Master's program in Biology) | 1980-1981 |
| **University of California at Santa Cruz** (B.A., with majors in | |
| Biology and Physics with Psychobiology) | 1978-1980 |
| **New College, University of South Florida** | 1977-1978 |
| **NSF** Summer Science Training Program, **Humboldt State University** | 1976 |
| **University of Maryland at College Park**  (summer sessions) | 1974,1975 |

## EXPERIENCE

| | |
|---|---|
| Contractor, **National Marine Fisheries Service,** | 1990-Present |
| Research Director, **Global Research and Rescue,** | 2005-2007 |
| Visiting Scientist, **The Whale Museum**, | 2000-2006 |
| Affiliate Assistant Professor of Psychology, **University of Washington**, | 1993-2006 |
| Killer Whale Research Director, **Marine World Foundation**, | 1979-2001 |
| **NRC** Research Associate at **National Marine Mammal Laboratory,** | 1991-1992 |
| Post-Doctoral Fellow, **University of California at Davis** | 1989-1991 |
| Consultant for **Active Environments** | 1990-1991 |
| Consultant for **Dolphin Research Center** | 1990 |
| Research Assistant, **University of California at Santa Cruz** | 1987 |
| Teaching Assistant, **University of California at Santa Cruz**, | 1982-1986 |
| Computer Programmer, **Satellite Business Systems**, | 1980 |
| Research Assistant, **Marine World Research Foundation**, | 1978-1979 |

### AFFILIATIONS

Charter Member**, Society for Marine Mammalogy**

### SERVICE

Peer-reviewer for the SRKW ESA listing and draft Critical Habitat designation
Member of the Killer Whale Recovery Team convened under SARA in Canada

## AWARDS AND HONORS

| | |
|---|---|
| **National Research Council** Research Associateship, | 1991-1992 |
| **American Cetacean Society**, Monterey Bay Chapter, Award, | 1982 |
| **National Science Foundation** Graduate Fellowship, | 1981-1984 |
| B.A. with Honors with Majors in Biology and Physics with Psychobiology, | |
| **University of California at Santa Cruz**, | 1980 |
| **New College** Out-of-State Tuition Waiver, | 1977 |
| **Earthwatch** Scholarship, | 1977 |
| **National Science Foundation** Summer Science Training Program at | |
| **Humboldt State University**, | 1976 |
| Johns Hopkins University **Study of Mathematically and** | |
| **Scientifically Precocious Youth**, Scholarship, | 1974 |

## FUNDING HISTORY

| | |
|---|---|
| **National Marine Fisheries Service** Contracts, 1990-present, | $731K |
| **Earth Island Institute,** Contract | 2K |
| **Northwest Straits Commission** Grants, 2001-2002 | 60K |
| **Orca Relief Citizens Alliance** Grant, 2001 | 4K |
| **Center for Biological Diversity** Contract, 2001 | 2K |
| **Oiled Wildlife Care Network** Grant, 2000-2001 | 20K |
| **Anonymous** Donation, 1999-2002 | 250K |
| **Marine World** Grants, 1987-2001 | 400K |
| **Minerals Management Service,** 1998-99 | 60K |
| **The Whale Museum** Contracts, 1997-2001 | 14K |
| **Woods Hole Oceanographic Institution**, 1997-1999 | 4K |
| **United States Geological Survey** 1997-1998 | 15K |
| **BioRad Laboratories**, 1997 | 9K |
| **National Academy of Sciences** COBASE Project Development Grant, 1995 | 2K |
| **British Columbia Ministry of Parks** Contract, 1995 | 2K |
| **National Research Council** Research Associateship, 1991-1992 | 30K |
| **Institute of Museum Services** Conservation Grant, 1991-1992 | 25K |
| **National Science Foundation** Doctoral Dissertation Research Improvement Grant | |
| 1985-1987 | 5K |
| **National Science Foundation** Graduate Fellowship, 1981-1984 | 20K |

**PAPERS**

Bain, D. E., R. Williams and A. W. Trites. In preparation. Potential effects of whale watching on killer whale (*Orcinus orca*) population dynamics: insights from three models.

Bain, D.E., Lusseau, D., Williams, R. and Smith, J.C. in review. Vessel traffic disrupts foraging behavior of southern resident killer whales (*Orcinus* sp.). Endangered Species Research.

Bain, D.E., Williams, R., Lusseau, D. and Smith, J.C. in review. Effects of vessels on behavior patterns of southern resident killer whales (*Orcinus* sp.). Endangered Species Research.

Killer Whale Recovery Team. 2007. National Recovery Strategy for Northern and Southern Resident Killer Whales (*Orcinus orca*). Species at Risk Recovery Series. Fisheries and Oceans Canada. Ottawa, Canada.

Bain, D. E., R. Williams. J. C. Smith and D. Lusseau. 2006. Effects of vessels on behavior of southern resident killer whales (O*rcinus* spp.) 2003-2005. NMFS Contract Report No. AB133F05SE3965.

Bain, D.E. and Williams, R. 2006. Long-range effects of airgun noise on marine mammals: responses as a function of received sound level and distance. IWC SC/58/E35.

Bain, D. E., J. C. Smith, R. Williams and D. Lusseau. 2006. Effects of vessels on behavior of southern resident killer whales (O*rcinus* spp.). NMFS Contract Report No. AB133F03SE0959 and AB133F04CN0040. 61 pp.

Griffin, R. M. and D. E. Bain. 2005. Sound Exposure of Southern Resident Killer Whales in the Southern Strait of Georgia. Contract Report to the National Marine Conservation Area Feasibility Study. Vancouver, BC. 23 pp.

Heise, K., L. G. Barrett-Lennard, E. Saulitis, C. Matkin and D. Bain. 2003. Examining the evidence for killer whale predation on Steller sea lions in British Columbia and Alaska. Aquatic Mammals 2003, 29.3, 325–334

Bain, D. E., W. Anderson, F. Felleman, M. Harris and P. Higgins. 2002. Orca Recovery Conference Report 2002. Earth Island Institute. 30 pp.

Bain, D. E. 2002. Acoustical properties of pingers and the San Juan Island commercial gillnet fishery. NMFS Contract Report No. 40ABNF701651. 14 pp.

Bain, D. E. 2002. A model linking energetic effects of whale watching to in killer whale (*Orcinus orca*) population dynamics. Contract report submitted to Orca Relief Citizens' Alliance.

Eisenhardt, E., D. E. Bain and R. W. Osborne. 2002. 2001 San Juan County Bottomfish Recovery Project Biological Assessment Final Report. Contract Report submitted to the San Juan County Marine Resources Committee.

Smith, J. C. and D. E. Bain. 2002. Theodolite study of the effects of vessel traffic on killer whales (*Orcinus orca*) in the near-shore waters of Washington State: 2001 field season summary. Unpublished report.

Williams, R., D. E. Bain, J. K. B. Ford and A. W. Trites. 2002. Behavioural responses of killer whales to a "leapfrogging" vessel. J. Cet. Res. Manage. 4:305-310.

Williams, R., A. Trites and D. E. Bain. 2002. Behavioural responses of killer whales (*Orcinus orca*) to whale-watching boats: opportunistic observations and experimental approaches. J. Zool. (Lond.). 256:255-270.

Bain, D. E. 2001. Noise-based guidelines for killer whale watching. Paper submitted to the Wildlife Viewing Workshop. Vancouver, BC.

Williams, R., A. Trites and D. Bain. 2001. Are killer whales habituating to boat traffic? IWC Scientific Committee Document SC/53/WW3.

Bain, D. E. 2000. Characteristics of the 1999 acoustic barrier at Hiram M. Chittenden Locks. Contract Report to NMFS.

Miller, P. J. and Bain, D. E. 2000. Within-pod variation in the sound production of a pod of killer whales, *Orcinus orca*. Animal Behaviour. 60:617-628.

Dahlheim, M., D. Bain, C. Sims, and D. Demaster. 2000. Southern resident killer whale workshop. AFSC Processed Rep. 2000-06, 17 p. Alaska Fish. Sci. Cent., Natl. Mar. Fish. Serv., NOAA, 7600 Sand Point Way NE., Seattle, WA 98115-0070.

Trites, A. W. and D. E. Bain. 2000. Short- and long-term effects of whale watching on killer whales (*Orcinus orca*) in British Columbia. Paper presented to the IWC Workshop on the Long-Term Effects of Whale Watching. Adelaide, Australia.

Wade, P, D. Bain and K. Balcomb. 2000. Population dynamics of southern resident killer whales. SRKW11. Paper submitted to the Southern Resident Killer Whale Workshop. Seattle, WA.

Bain, D. and K. C. Balcomb. 1999. Population trends of southern resident killer whales (*Orcinus orca*) from 1960-1999. Report submitted to November, 1999 SRG Meeting, Maui, HA.

4

Szymanski, M. D., D. E. Bain, K. Kiehl, K. R. Henry, S. Pennington and S. Wong. 1999. Killer whale (*Orcinus orca*) hearing: auditory brainstem response and behavioral audiograms. J. Acoust. Soc. Amer. 106:1134-1141.

Calambokidis, J., D. E. Bain and S. D. Osmek. 1998. Marine mammal research and mitigation in conjunction with air gun operation for the USGS "SHIPS" seismic surveys in 1998. Contract Report submitted to the Minerals Management Service.

Moore, S. E., K. M. Stafford, M. E. Dahlheim, C. G. Fox, H. W. Braham, J. J. Polovina, and D. E. Bain. 1998. Seasonal variation in reception of fin whale calls at five geographic areas in the North Pacific. Mar. Mamm. Sci. 14:617-627.

Szymanski, M. D., A. Ya. Supin, D. E. Bain, and K. R. Henry. 1998. Killer whale (*Orcinus orca*) auditory evoked potentials to rhythmic clicks in killer whales. Mar. Mamm. Sci. 14:676-691.

Bain, D. E. 1997. Effects of the 1997 SHIPS study on Marine Mammals in Puget Sound. Contract Report to the U.S. Geological Survey.

Bain, D. E. 1996. Sound Level Contours Produced by the 1995 Acoustic Barrier at the Hiram M. Chittenden Locks. NMFS Contract Report No. 40ABNF502019. 17 pp.

Bain, D. E. and T. Samansky. 1995. Analyzing changes in dolphin survival rates over time at Marine World Africa USA. Proc.1995 Conf. Int. Assoc. Aquatic Anim. Med. 60-64.

Szymanski, M. D., D. E. Bain and K. R. Henry. 1995. Auditory evoked potentials of a killer whale (*Orcinus orca*). In (R. A. Kastelein, J. A. Thomas, and P. E. Nachtigall, eds.) Sensory Systems of Aquatic Mammals. De Spil Publishers. The Netherlands. 1-10.

Bain, D. E. and M. E. Dahlheim. 1994. Effects of masking noise on detection thresholds of killer whales. In (T. R. Loughlin, ed.) Marine Mammals and The Exxon Valdez. Academic Press. N.Y. 243-256.

Dahlheim, M. E., D. E. Bain, and J. M. Waite. 1994. Recovery monitoring of Prince William Sound killer whales injured by the Exxon Valdez oil spill using photo-identification techniques. I.D. Number: Marine Mammals Study Project No. 93042. 12pp.

Norberg, B. and D. E. Bain. 1994. Implementation and assessment of the acoustic barrier at the Hiram M. Chittenden Locks     using calibrated measurements of the sound field. National Marine Fisheries Service. Seattle, WA. 238 pp.

Bain, D. E. 1993. Research on captive killer whales--what's been accomplished and what remains to be learned. Proc. 1991 Int. Marine Animal Trainers Assoc. Conf. 1-6.

Bain, D. E. 1993. Sound production by a neonatal Dall's porpoise, *Phocoenoides dalli*. Proc. 1988 Int. Marine Animal Trainers Assoc. Conf. 62-69.

Bain, D. E., B. Kriete, and M. E. Dahlheim. 1993. Hearing abilities of killer whales (*Orcinus orca*). J. Acoust. Soc. Amer. 94:1829

Bain, D. E. 1992. Multi-scale communication by vertebrates. In (J. A. Thomas, R. A. Kastelein, and A. Ya. Supin, eds.) Marine Mammal Sensory Systems. Plenum Press. New York. 601-629.

Bain, D. E. 1992. Hearing abilities of killer whales (*Orcinus orca*). National Marine Mammal Laboratory Contract Report #43ABNF002499 and #43ABNF002500. 20 pp.

Davis, R. O., D. E. Bain, R. J. Siemers, D. M. Thal, J. B. Andrew and C. G. Gravance. 1992. Accuracy and precision of the CellForm-Human automated sperm morphometry instrument. Fertil. Steril. 58:763-769.

Bain, D. E. 1990. Examining the validity of inferences drawn from photo-identification data, with special reference to studies of the killer whale (*Orcinus orca*) in British Columbia. In (P.S. Hammond, S. A. Mizroch and G. P. Donovan, eds.) Individual Recognition of Cetaceans: Use of Photo-identification and Other Techniques to Estimate Population Parameters. International Whaling Commission. Special Issue 12:93-100.

Bain, D. E. 1990. Conducting Research on show animals--a scientists perspective. Proc. 1989 Int. Mar. Anim. Trainers Assoc. Conf. 128-133.

Bain, D. E. 1990. The cutest whale I ever saw was sipping fish shakes through a straw. Proc. 1989 Int. Mar. Anim. Trainers Assoc. Conf. 68.

Davis, R. O., D. E. Bain, M. F. Obasaju, J. B. Andrew, and D. F. Katz. 1990. Computerized morphometric analysis and classification of human spermatazoa. J. Androl Suppl. 11:26.

Bain, D. E. 1988. An evaluation of evolutionary processes: studies of natural selection, dispersal, and cultural evolution in killer whales (*Orcinus orca*). Ph.D. Dissertation. University of California, Santa Cruz.

Bain, D. E. 1988. A journey through the NMFS Marine Mammal Inventory. Proc. 1987 Int. Mar. Anim. Trainers Assoc. Conf. 103-130.

Bain, D. E. 1986. Acoustic behavior of *Orcinus*: periodicity, sequences, correlations with behavior, and an automated technique for call classification. In (B. Kirkevold and J. Lockard, eds.) Behavioral Biology of Killer Whales. Liss. New York. 335-371.

Bain, D. and R. Smolker. 1986. Incidental takes--taken for granted? Soundings. 11(2):3.

Bain, D. E. 1985. Orca studies at the University of California, Santa Cruz. Cetus 6:18.

Bain, D. E. 1983. Concurrent rehabilitation of three stranded dolphins: implications for captive cetacean health care. Proc. Ninth Annu. Conf. IMATA. 9-17.

## SELECTED UNPUBLISHED PRESENTATIONS

Raverty S., E. Zabek, J. P. Schroeder, R. Wood, D. E. Bain and C. E. Cameron. 2007. Preliminary investigation into the microbial culture and molecular screening of exhaled breaths of southern resident killer whales (*Orcinus* sp) and pathogen screening of the sea-surface microlayer (SML) and sub-surface water samples in Washington state.

Bain, D. E. 2006. The middle-ear reflex: a route to the "fingernails on the blackboard sound?" Abstract submitted to the Symposium on Fisheries Depredation by Killer and Sperm whales. Vancouver, BC.

Bain, D. E. 2003. A quantitative estimate of the relative importance of factors in the decline of Southern Resident Killer Whales (*Orcinus orca*). Abstract submitted to the 15th Biennial Conference on the Biology of Marine Mammals. Greensboro, NC.

Bain, D. E., A. Trites and R. Williams. 2001. Energy flux as a mechanism for estimating population scale effects of "minor" disturbance from noise and other human activities. Abstract submitted to the Society for Marine Mammalogy Conference. Vancouver, BC.

Duncan, S., M. Dougherty, J. King, D. Bain and S. Hawks-Johnson. 2001. The application of an unmanned vessel to killer whale and other cetacean research. Abstract submitted the Society for Marine Mammalogy Conference. Vancouver, BC.

Wade, P. R., K. C. Balcomb, and D. E. Bain. 2001. Population dynamics of southern resident killer whales, with an examination of the recent decline. Abstract submitted the Society for Marine Mammalogy Conference. Vancouver, BC.

Dahlheim, M., H. Braham, S. Moore, K. Stafford, C. Fox and D. Bain. 1996. Acoustic detection of large whales. Abstract submitted to the Mexican Marine Mammal Conference.

Moore, S. E., K. M. Stafford, D. E. Bain, M. E. Dahlheim, C. G. Fox and H. W. Braham. 1996. Development of passive acoustic techniques to investigate large whale habitat use in the Eastern North Pacific. Abstract submitted to the IWC Climate Change Symposium.

Bain, D. E. 1995. Non-kin association patterns of killer whales (*Orcinus orca*). Paper presented to the International Ethological Conference. Honolulu, HA.

Bain, D. E. 1995. The role of communication in a predator-prey system. Paper presented to the Animal Behavior Society Conference. Lincoln, NE.

Bain, D. E. 1995. Breathing patterns and health: a place for chaos theory? Poster presented to the International Marine Animal Trainers Association Conference. Las Vegas, NV.

Bain, D. E. 1995. The use of sound to guide killer whales (*Orcinus orca*) entrapped in Barnes Lake, Alaska, to open water. Poster presented to the Society for Marine Mammalogy Conference. Orlando, FL.

Szymanski, M. D., A. Ya. Supin, D. E. Bain and K. R. Henry. 1995. The killer whale (*Orcinus orca*) auditory system assessed with evoked potentials: click rates and audiograms. Paper presented to the Society for Marine Mammalogy. Orlando, FL.

Bain, D. E., and J. Olhiser. 1994. Factors affecting food intake of killer whales and dolphins. Paper presented to the International Marine Animal Trainers Association Conference. Tacoma, WA.

Bain, D. E., M. E. Dahlheim, C. G. Fox, R. V. Miller, and H. W. Braham. 1993. North Pacific fixed hydrophone arrays: assessing temporal and spatial movements of whales. Poster presented to The Oceanography Society Conference, Seattle, WA.

Miller, P. J. and D. E. Bain. 1993. Dialect development in *Orcinus orca*. Poster presented to the Society for Marine Mammalogy. Galveston, TX.

Bain, D. E. 1991. Geometry for the informed school. Paper presented to the Society for Marine Mammalogy. Chicago, IL.

Bain, D. E. 1991. Natural history of killer whales. Paper presented to the Biology Colloquium. Sonoma State Univ.

Bain, D. E. 1991. Vocal learning in killer whales. Paper presented to the Animal Behavior Society. Wilmington, NC.

Bain, D. E. 1990. Dispersal patterns in killer whales (*Orcinus orca*). Paper presented to the Animal Behavior Society. New York.

Bain, D. E. 1990. On the design of hydrophone arrays for localizing the underwater sounds of killer whales (*Orcinus orca*). Paper presented to the Third Orca Symposium. Victoria, B. C.

Bain, D. E. 1989. Dispersal patterns in birds and mammals: insights gained through studies of the killer whale (*Orcinus orca*). Poster presented to the Society for Marine Mammalogy Conference. Pacific Grove, CA.

Kriete, B. and D. E. Bain. 1989. Why are there balloons on the whales, or how to determine food requirements of captive killer whales. Paper presented to the 1989 IMATA Conf. Amsterdam.

Bain, D. E. 1988. Socioecology of killer whales (*Orcinus orca*). Poster presented to the Evolution and Human Behavior Conference. Ann Arbor, MI.

Bain, D. E. 1988. How breathing patterns reflect health of cetaceans. Paper presented to the Western Regional Conference of the AAZPA. Monterey.

Bain, D. E. 1987. Observational methods for assessing relatedness in killer whales, _Orcinus orca_. Poster presented to the Seventh Biennial Conference on the Biology of Marine Mammals. Miami. 3.

Cranford, T. W., M. Amundin and D. E. Bain. 1987. A unified hypothesis for odontocete click production. Paper presented to the Seventh Biennial Conference on the Biology of Marine Mammals. Miami. 14.

Bain, D. E. 1987. Biology of killer whales (_Orcinus orca_) in captivity and the wild. Paper presented to the IMATA Conf. New Orleans.

Bain, D. E. 1987. The effects of incidental takes, directed takes, and habitat degradation on cetaceans. Poster presented to the IMATA Conf. New Orleans.

Bain, D. E. 1985. A method for assessing the similarity of vocalizations and morphology of killer whales (*Orcinus orca*). Presentation to the Sixth Biennial Conf. on the Biology of Marine Mammals. Vancouver. 11.

Bain, D. E. 1984. Acoustical behavior of killer whales (_Orcinus orca_). Presentation to the Pacific Division of the American Association for the Advancement of Science. San Francisco.

Bain, D. and S. Allen.  1982.  Interactions of a killer whale    from Iceland with one from
        Northern Vancouver Island. Paper Presented to IMATA Conf.  Honolulu.

Ray, R. D. and D. Bain.  1981.  Behavioral contributions to psychomatic health
        diagnostics in captive marine mammals.  Presentation to the Fourth Biennial
        Conf. Biology of Marine Mammals.  San Francisco.  97.