ROBERT FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, California 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; INTERNATIONAL FUND FOR ANIMAL WELFARE; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No.<br><br>**DECLARATION OF ROBIN WILLIAM BAIRD** |

DECLARATION OF ROBIN WILLIAM BAIRD
Case No.

I, ROBIN WILLIAM BAIRD, declare as follows:

1. This Declaration is submitted in reference to Plaintiffs' motion for a preliminary injunction. The statements contained in this Declaration are true and correct to the best of my knowledge and, in the case of my opinions, I believe them to be true. If called as a witness, I could and would testify to the statements contained herein.

2. I am a Biologist with Cascadia Research, a non-profit research organization that specializes in the study of Pacific populations of cetaceans, an Affiliate Assistant Professor at the University of Washington, and an Adjunct Professor at Portland State University. Before working at Cascadia, I was a contractor for the National Marine Fisheries Service (NMFS), for which I was Chief Scientist on a study of mid-Atlantic bottlenose dolphins. In total, I have authored or co-authored 57 publications in peer-reviewed journals and more than 50 technical reports and other papers, and have served as a peer-reviewer for papers in 37 different scientific journals. I am also an Associate Editor of the journal *Marine Mammal Science*. I received my Ph.D. in Biology from Simon Fraser University in 1994. My curriculum vitae and list of publications are attached as Exhibit A.

3. Since 1999, I have been conducting extensive research on whale and dolphin populations off the main Hawaiian Islands. In the process, I have conducted more than 40,000 km of shipboard surveys for marine mammals around the islands. I have authored or co-authored several papers for refereed scientific journals, as well as technical reports for NMFS, on the habitat use, inter-island movements, and population size and structure of a variety of Hawaiian species, including beaked whales and melon-headed whales (*Peponocephala electra*). Since 2005, I have been a member of the Marine Mammal Advisory Committee of the Western Pacific Fisheries Management Council, a regional council established under the Magnuson-Stevens Act to help manage fisheries around Hawai'i and other U.S. Pacific islands.

4. In recent years, my research has included a study of diving behavior in two species of beaked whales in Hawai'i, Cuvier's (*Ziphius cavirostris*) and Blainville's (*Mesoplodon*

DECLARATION OF ROBIN WILLIAM BAIRD
Case No.

1

*densirostris*) beaked whales. This study (Baird et al. 2006a)[1] provides insight into potential mechanisms for beaked whale injury in association with high-intensity sonar. In 2004, I participated in a scientific workshop organized by the U.S. Marine Mammal Commission to assess the causes of beaked whale strandings in relation to anthropogenic sound (Cox et al. 2006).[2]

5. In preparing this Declaration, I have reviewed relevant portions of the Navy's Supplemental Environmental Impact Statement, Final Comprehensive Report, and HF/M3 System Description and Test and Evaluation paper, as well as NMFS' Final Rule for deployment of the SURTASS LFA system. The conclusions I draw and opinions I express are supported by texts and research that other experts in my field would consider reliable.

6. It is my opinion, based on my years of field work and my knowledge of the relevant literature that the Navy's monitoring plan for SURTASS LFA operations remains at best unproven, particularly at detecting long-diving cetaceans such as beaked whales; and, indeed, data compiled over the first four years of operation suggests that detection rates may be much lower than the Navy has estimated. I am also concerned that the Navy has underestimated percentages of takes of marine mammal populations, at least in the North Pacific.

7. Given the lack of precise data concerning (for example) the Navy's areas of deployment and the number of monitoring hours, it is not possible to determine the efficacy of the Navy's monitoring systems. Nonetheless, it seems extraordinary that, over at least 471 operation hours, the Navy managed to record 0 detections of marine mammals through its passive acoustic monitoring system and only 3 detections of marine mammals or sea turtles

---

[1] R.W. Baird, D.L. Webster, D.J. McSweeney, A.D. Ligon, G.S. Schorr, and J. Barlow (2006a), "Diving behavior of Cuvier's (*Ziphius cavirostris*) and Blainville's beaked whales (*Mesoplodon densirostris*) in Hawaii," *Canadian J. of Zoology* 84: 1120-1128.

[2] T.M. Cox, T.J. Ragen, A.J. Read, E. Vos, R.W. Baird, K. Balcomb, J. Barlow, J. Caldwell, T. Cranford, L. Crum, A. D'Amico, G. D'Spain, A. Fernández, J. Finneran, R. Gentry, W. Gerth, F. Gulland, J. Hildebrand, D. Houser, T. Hullar, P.D. Jepson, D. Ketten, C.D. Macleod, P. Miller, S. Moore, D.C. Mountain, D. Palka, P. Ponganis, S. Rommel, T. Rowles, B. Taylor, P. Tyack, D. Wartzok, R. Gisiner, J. Mead, and L. Benner (2006), "Understanding the impacts of anthropogenic sound on beaked whales," *J. Cetacean Research & Management* 7: 177-187.

DECLARATION OF ROBIN WILLIAM BAIRD
Case No.

2

through visual observation – numbers that appear remarkably low given the amount of monitoring effort. The SEIS makes no attempt to reconcile these numbers with its assumptions of 0.25 (or 25 percent) effectiveness for passive acoustic monitoring and 0.09 (or 9 percent) effectiveness for visual detection. It is possible that the low numbers are a function of the LFA system's behavioral effects, causing a wide range of protected species to leave the operations area and to cease vocalizing; but it is equally possible that they are due, in part, to detection efficiencies that are far poorer than the Navy's estimates.

8. The efficacy of visual and passive acoustic monitoring is likely to be particularly poor for beaked whales, the group of cetaceans that appears most susceptible to acoustic effects, as well as to other long-diving species. Blainville's beaked whales and Cuvier's beaked whales have been documented diving for periods of up to 83 and 87 minutes in Hawaii, respectively (Baird et al. 2005; Baird et al. 2006a; Baird unpublished),[3] and are known to regularly dive for periods of 50-60 minutes. Short-finned pilot whales (*Globicephala macrorhynchus*) and dwarf and pygmy sperm whales (*Kogia spp.*) are also known to dive for extended periods. According to the best available estimate (Barlow and Gisiner 2006),[4] fewer than 2% of beaked whales would likely be detected under such circumstances even when directly on the ship's trackline, and the detection rate would approach zero for beaked whales occurring 1 kilometer away.

9. In general, the probability of locating most deep-diving species through passive acoustic monitoring is likewise low. As there is currently no information about the calls of dwarf sperm whales, it is impossible to train passive acoustic monitors to detect these calls. Beaked whales are also extremely difficult to detect through passive systems because sounds are produced at high frequencies and low amplitude and typically only at depth, and there likely is variability among beaked whale sounds.

---

[3] R.W. Baird, D.L. Webster, D.J. McSweeney, A.D. Ligon, and G.S. Schorr (2005), "Diving behavior and ecology of Cuvier's (*Ziphius cavirostris*) and Blainville's beaked whales (*Mesoplodon densirostris*) in Hawai'i," report prepared under Order No. AB133F04-RQ-0928 for NMFS Southwest Fisheries Science Center.

[4] J. Barlow and R. Gisiner, "Mitigating, monitoring, and assessing the effects of anthropogenic sound on beaked whales," *J. Cetacean Research & Management* 7(3): 239-249.

DECLARATION OF ROBIN WILLIAM BAIRD
Case No.

3

10. The limited tests performed more than five years ago on the Navy's active acoustic monitoring system, the HF/M3, are insufficient to assess the system's detection probabilities for deep-diving species. Furthermore, the low number of reported HF/M3 "detections" over the Navy's first four years of operation, and the lack of visual sightings to confirm any of those events, raise serious questions about the system's general efficacy in actual monitoring conditions. Given existing knowledge, I have little confidence in the system's ability to detect beaked whales and other species of concern.

11. Some species of beaked whales, including Cuvier's and Blainville's beaked whales, seem particularly vulnerable to injury and strandings in association with mid-frequency sonar and potentially other acoustic sources. In several cases, tissue damage has appeared to occur at significantly lower levels than those thought to cause direct physical harm. It is likely that these species experience physical injury at least in part as a behavioral reaction to the sound (Cox et al. 2006; Baird et al. 2006a). Any such impacts from LFA transmissions would not be prevented through the proposed shut-down procedures, even if the Navy's monitoring system were perfectly effective.

12. Most species of cetaceans (with the exception of sperm whales and right whales) sink upon death. If animals die in shallow water, decomposition processes may eventually result in the carcass refloating, where after some time has passed it has a chance of being detected; in deep waters, however, increased hydrostatic pressure and differences in gas solubility may prevent carcasses from refloating (Allison et al. 1991).[5] Given that beaked whales and other species most at risk from injury inhabit deep waters, if an individual is killed, the carcass is unlikely to refloat where it could be detected.

13. In my expert opinion, there is simply no scientific basis for the claim that the proposed monitoring measures can effectively reduce impacts on cetaceans or detect those

---

[5] P.A. Allison, C.R. Smith, H. Kukert, J.W. Deming, B.A. Bennett (1991), "Deep-water taphonomy of vertebrate carcasses: a whale skeleton in the bathyal Santa Catalina Basin," *Paleobiology* 17: 78-89.

DECLARATION OF ROBIN WILLIAM BAIRD
Case No.

4

impacts once they occur. Indeed, all of the evidence of which I am aware indicates the opposite, particularly where long- and deep-diving species are concerned.

14. I am also concerned that the Navy may have strongly underestimated the risk of population-level effects on island-associated species.

15. Evidence from genetic studies of all species so far studied around the Hawaiian Islands (short-finned pilot whales, false killer whales (*Pseudorca crassidens*), bottlenose dolphins (*Tursiops truncatus*), spinner dolphins (*Stenella longirostris*)) have indicated that animals around the main Hawaiian Islands are reproductively differentiated from animals elsewhere in the tropical Pacific (Andrews et al. 2006, Baird et al. 2006b, Chivers et al. 2003, 2007, Martien et al. 2005).[6] In the case of spinner dolphins and bottlenose dolphins, there appears to be additional population structure (Martien et al. 2005, Andrews et al. 2006), with genetic differentiation and no evidence of movements of individuals among the four main groups of islands. Genetic analyses have not yet been undertaken for other species of Hawaiian cetaceans; however, photo-identification results from a number of species (rough-toothed dolphin (*Steno bredanensis*), dwarf sperm whale, Cuvier's beaked whale, Blainville's beaked whale, melon-headed whale, and pygmy killer whale (*Feresa attenuata*)) all indicate considerable site fidelity (Baird et al. 2006b, 2006c, unpublished, Huggins et al. 2005,

---

[6] K.R. Andrews, L. Karczmarski, W.W.L. Au, S.H. Rickards, C.A. Vanderlip, and R.J. Toonen (2006), "Patterns of Genetic Diversity of the Hawaiian Spinner Dolphin (Stenella longirostris)," *Atoll Research Bulletin* 543: 65-73 (2006); R.W. Baird, G.S. Schorr, D.L. Webster, S.D. Mahaffy, A.B. Douglas, A.M. Gorgone, and D.J. McSweeney (2006b), "A Survey for Odontocete Cetaceans off Kaua'i and Ni'ihau, Hawai'i, during October and November 2005: Evidence for Population Structure and Site Fidelity," report prepared for NMFS under Order #AB133F05SE5197); S.J. Chivers, R.G. LeDuc, and R.W. Baird (2003), "Hawaiian Island Populations of False Killer Whales and Short-Finned Pilot Whales Revealed by Genetic Analyses," in Abstracts of the 15th Biennial Conference on the Biology of Marine Mammals, 14-19 December 2003, Greensboro, North Carolina; S.J. Chivers, R.W. Baird, D.J. McSweeney, D.L. Webster, N.M. Hedrick, and J.C. Salinas, "Genetic Variation and Evidence for Population Structure in Eastern North Pacific False Killer Whales (*Pseudorca crassidens*)," *Canadian J. of Zoology* 85: 783-94 (2007); K. Martien, R.W. Baird, and K. Robertson (2005), "Population Structure of Bottlenose Dolphins around the Main Hawaiian Islands," paper presented to the Pacific Scientific Review Group, January 2005.

DECLARATION OF ROBIN WILLIAM BAIRD
Case No.

5

McSweeney et al. 2005, 2007),[7] suggesting that these individuals are genetically differentiated from other tropical Pacific populations.

16. The Navy and NMFS appear to have based their abundance estimates for most populations on stock estimates for much wider areas, at least the Hawaiian Exclusive Economic Zone (which runs 200 nautical miles from shore) if not the Eastern Tropical Pacific. For example, with bottlenose dolphins, NMFS estimates that roughly 3,200 individuals occur within the Hawaii EEZ (NMFS 2007);[8] however, based on genetic (Martien et al. 2005) and photo-identification evidence (Baird et al. 2002, 2003, 2006b),[9] including mark-recapture analyses (Baird et al. 2001),[10] there is likely a small, reproductively isolated population around each island (e.g., off Maui and Lana'i the mark-recapture estimate was 134 individuals; Baird et al. 2001). The Navy, by contrast, appears to use neither the 3,200 stock estimate nor the more precise mark-recapture estimates, which indicate population sizes numbering in the hundreds;

---

[7] R.W. Baird, G.S. Schorr, D.L. Webster, D.J. McSweeney, and S.D. Mahaffy (2006c), "Studies of beaked whale diving behavior and odontocete stock structure in Hawai'i in March/April 2006," report prepared for NMFS under Order No. AB133F-06-CN-0053; R.W. Baird, D.L. Webster, D.J. McSweeney, A.D. Ligon, G.S. Schorr, and S.D. Mahaffy (2006 unpublished), "High site fidelity and evidence of population structure in a deep-water dolphin: rough-toothed dolphins (*Steno bredanensis*) in the Hawaiian archipelago"; J. Huggins, R.W. Baird, D.L. Webster, D.J. McSweeney, G.S. Schorr, and A.D. Ligon (2005), "Inter-island movements and re-sightings of melon-headed whales within the Hawaiian archipelago," in Abstracts of the 16th Biennial Conference on the Biology of Marine Mammals, San Diego, California, Dec. 2005; D.J. McSweeney, R.W. Baird, D.L. Webster, G.S. Schorr, and S.D. Mahaffy (2005), "Requirements for conservation action? Small population size, high site-fidelity, strong associations, and uncertainty: pygmy killer whales off the island of Hawai'i, in Abstracts of the 16th Biennial Conference on the Biology of Marine Mammals, San Diego, California, Dec. 2005; D.J. McSweeney, R.W. Baird, and S.D. Mahaffy, "Site fidelity, associations, and movements of Cuvier's (*Ziphius cavirostris*) and Blainville's (*Mesoplodon densirostris*) off the island of Hawai'i, *Marine Mammal Science* 23: 666-687.

[8] J.V. Carretta, K.A. Forney, M.M. Muto, J. Barlow, J. Baker, B. Hanson, and M.S. Lowry (2007), *U.S. Pacific Marine Mammal Stock Assessments: 2006*, La Jolla, California: NMFS Southwest Fisheries Science Center, 321 pp.

[9] R.W. Baird, A.M. Gorgone, and D.L. Webster (2002), "An examination of movements of bottlenose dolphins between islands in the Hawaiian Island chain," report prepared for NMFS under Order No. 40JGNF110270; R.W. Baird, D.J. McSweeney, D.L. Webster, A.M. Gorgone, and A.D. Ligon (2003), "Studies of odontocete population structure in Hawaiian waters: results of a survey through the main Hawaiian Islands in May and June 2003," report prepared for NMFS under Order No. AB133F02-CN-0106.

[10] R.W. Baird, A.M. Gorgone, A.D. Ligon, and S.K. Hooker (2001), "Mark-recapture abundance estimate of bottlenose dolphins (*Tursiops truncatus*) around Maui and Lana'i, Hawai'i, during the winter of 2000/2001, report prepared for NMFS under Order No. 40JGNF000262.

DECLARATION OF ROBIN WILLIAM BAIRD
Case No.

6

instead, it includes bottlenose dolphins within a generic category of pelagic dolphins, and bases its take percentages on the total abundance (10.7 million) of six different dolphin species within the Eastern Tropical Pacific. Given what is known about bottlenose dolphins around Hawai'i, this approach is not biologically meaningful.

17. Similar problems arise in the Navy's treatment of beaked whales, melon-headed whales, short-finned pilot whales, and other cetaceans around Hawai'i for which genetic differentiation and/or site fidelity have been established. If the LFA system is used around the islands, the predicted level of impact could exceed 12 percent for some or all of these populations.

18. Additional mitigation measures, such as restricting sonar use around higher-value habitat, are likely to reduce the number of animals taken during LFA operations. For example, to the west of the island of Hawai'i there are a number of seamounts that rise to within 1,000 m of the surface. The area offshore west of the island of Hawai'i is also characterized by regular cyclonic eddies which increase productivity (Seki et al. 2001, 2002)[11] and likely result in greater densities of cetaceans far from shore. If one purpose of mitigation is to reduce the likelihood of exposure of species which may associate with steeply sloping areas (e.g., Blainville's beaked whales, short-finned pilot whales), or areas of high productivity, LFA use should be excluded from areas with seamounts and cyclonic eddies west of the island of Hawai'i. Similarly, the coastal exclusion zone of 12 nautical miles should be extended to a

#
#
#
#
#

---

[11] M.P. Seki, J.J. Polovina, R.E. Brainard, R.R. Bidigare, C.L. Leonard, and D.G. Foley (2001), "Biological enhancement at cyclonic eddies tracked with GOES thermal imagery in Hawaiian waters," *Geophysical Research Letters* 28: 1583-1586; M.P. Seki, R. Lumpkin, and P. Flament (2002), "Hawaii cyclonic eddies and blue marlin catches: the case study of the 1995 Hawaiian International Billfish Tournament," *J. Oceanography* 58: 739-745.

DECLARATION OF ROBIN WILLIAM BAIRD
Case No.

7

greater range, given the significantly higher concentrations of marine mammals, many of them from genetically discrete, island-associated populations, within 25 nautical miles of shore. The lack of meaningful geographic mitigation in nearly all of the areas intended for LFA training is a major defect in the Navy's planning.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of October, 2007.

_____

Robin William Baird

DECLARATION OF ROBIN WILLIAM BAIRD
Case No.

8