# *Exhibit A*

*Exhibit A*

Curriculum Vitae

**ROBIN W. BAIRD**

E-mail: rwbaird@cascadiaresearch.org
http://www.cascadiaresearch.org/robin/robin.htm

## EDUCATION

**Ph.D.**, Behavioural Ecology Research Group, Department of Biological Sciences, Simon Fraser University, Burnaby, B.C., 1994. Thesis title: Foraging behaviour and ecology of *transient* killer whales (*Orcinus orca*).
**B.Sc.**, Biology (Co-op), University of Victoria, Victoria, B.C., 1987.

## POSITIONS HELD

**Member –** Marine Mammal Advisory Committee, Western Pacific Fisheries Management Council, 2005.
**Affiliate Assistant Professor**, University of Washington, Department of Psychology, July 2005-present.
**Post-doctoral Fellow** - Biology Department, Dalhousie University, Halifax, NS, May 1996-2003.
**Member** - Committee of Scientific Advisors, Society for Marine Mammalogy, 1995-2001.
**Invited Expert –** Department of Fisheries and Oceans, Quebec, Canada, Scientific Review of St. Lawrence Marine Protected Area, April 2000.
**Research Director** - Pacific Whale Foundation, Kihei, Hawaii, December 1998-December 1999.
**Biologist** - Marine Mammal Research Group, Victoria, B.C., 1987-1998.
**Member** - Cetacean Specialist Group, IUCN Species Survival Commission, 1992-1998.
**Adjunct Assistant Professor** - University of Victoria, B.C., July 1994-June 1996.
**Co-founder, Senior Editor** - "MARMAM", an electronic mail discussion list focusing on marine mammal research and conservation, 1993-present.
**Reviewer** (31 journals and several agencies/books) – African Journal of Zoology, Animal Behaviour, Antarctic Science, Aquatic Mammals, Behavioral and Brain Sciences, Behavioral Ecology, Behaviour, Biological Reviews, BioScience, Biotropica, Canadian Field-Naturalist, Canadian Geographer, Canadian Journal of Zoology, Conservation Biology, Deep-Sea Research, Ecological Adaptations, Gulf of Mexico Science, Handbook of Marine Mammals, Journal of Cetacean Research and Management, Journal of the Marine Biological Association, Journal of Zoology (London), Latin American Journal of Aquatic Mammals, Marine Ecology Progress Series, Marine Mammal Science, Marine Technology Society Journal, National Science Foundation, Nature, New Zealand Journal of Marine and Freshwater Research, Northeastern Naturalist, Oikos, Pacific Science, Proceedings of the Royal Society of London, Reports of the International Whaling Commission.
**Research Associate** - The Whale Museum, Friday Harbor, WA, 1987-1991.

## RESEARCH EXPERIENCE

**Biologist – Cascadia Research Collective**, Olympia, WA, September 2003-present. Research on the diving behavior of beaked whales, pilot whales, false killer whales, killer whales; studies on the diet of killer whales; population assessment of Hawaiian odontocetes.

**Biologist – National Marine Fisheries Service**, Beaufort, NC, April 2001-September 2003. Stock-identification research on bottlenose dolphins along the US mid-Atlantic coast. Organizer and Chief Scientist on multi-vessel bottlenose dolphin biopsy cruises in 2001, 2002, 2003.

**Consultant –**

**National Marine Fisheries Service, Southwest Fisheries Science Center**, La Jolla, CA, November 2000-April 2001, mark-recapture population assessment of bottlenose dolphins in Hawaii. March-May 2002, assessment of inter-island movements of bottlenose dolphins in Hawaii. May-June 2003, assessment of habitat use and inter-island movements of Hawaiian odontocetes, September 2003-February 2004, study of beaked whale diving behavior in Hawaiian waters.

**National Marine Mammal Laboratory,** Seattle, WA, research on diet of "southern resident" killer whales in Washington state. June, July 2002.

**University of Hawaii**, Honolulu, HI, research on diving behavior of rough-toothed dolphins, French Polynesia, January and May 2000.

**Committee on the Status of Endangered Wildlife in Canada (COSEWIC),** Ottawa, compiling and analyzing sighting, stranding and incidental catch records, and evaluating status of eleven species of cetaceans and two species of pinnipeds in Canada, 1988-2003.

**Woods Hole Oceanographic Institution**, Woods Hole, MA, research on diving behavior of long-finned pilot whales, Ligurian Sea, July-August 1999.

**National Marine Mammal Laboratory,** Seattle, WA, research on diving behavior of killer whales in S.E. Alaska, using suction-cup attached TDR/VHF tags. June 1998.

**Woods Hole Oceanographic Institution**, Woods Hole, MA, research on right whale acoustics using a suction-cup attached acoustic tag. March 1998.

**Woods Hole Oceanographic Institution**, Woods Hole, MA, using suction-cup attached TDR/VHF tags to examine reactions of gray whales to LFA-sonar. January 1998.

**Otsuchi Marine Research Center**, Japan, research on diving behavior of short-finned pilot whales off Hokkaido, Japan, using suction-cup attached TDR/VHF tags. September 1997.

**National Marine Mammal Laboratory**, Seattle, WA, research on diving behavior and movement patterns of Dall's porpoise, involving capture and tagging or remote-deployment of TDR/VHF tags, in Haro Strait. August 1996, May-September 1997, May-June 1998.

**Axys Environmental Consulting**, Sidney, B.C., assessment and mapping of shellfish aquaculture biophysical capability in Johnstone Strait, July 1995.

**Canadian Wildlife Service**, Sidney, B.C., undertaking seabird and marine mammals surveys in offshore British Columbia, June 1995.

**Triton Environmental Consulting**, Richmond, B.C., assessment of marine mammal usage of the Esquimalt Harbour area and potential impacts of development, May 1994.

**Department of Fisheries and Oceans**, Sidney, B.C., study of the causes of mortality of porpoises around southern Vancouver Island, 1993-1994.

**Larkspur Consulting**, Victoria, B.C., compiling information on marine, fresh-water and anadromous fish in southwestern B.C. for Ministry of Forests, June 1993, January 1994.

**Advisory Committee on Marine Mammals**, Department of Fisheries and Oceans, reviewing the live capture of cetaceans in Canada and their maintenance in aquaria, 1992.

**LGL Ltd**., Sidney, B.C., computerization of marine mammal sighting data base for West Coast Data Compilation and Appraisal Program, DFO, 1992.

**LGL Ltd**., Sidney, B.C./Provincial Ministry of Environment, compilation and analysis of marine mammal sighting and stranding records around southern Vancouver Island to evaluate seasonal distribution and population status in relation to oil spill vulnerability and clean up measures, 1991.

**Department of Fisheries and Oceans**, Ottawa, reviewing stranding and incidental catch records and undertaking a questionnaire survey of all commercial fishing license holders in B.C. to evaluate gray whale mortality in fishing gear, 1989-1990.

**Coordinator/Co-coordinator** - Stranded Whale & Dolphin Program of B.C., 1987-1995. Established and coordinated a monitoring program for marine mammal sightings, strandings and incidental mortality. Undertook necropsies on stranded and incidentally caught animals, coordinated collection and distribution of tissues for external research projects, and curated education and reference collection of marine mammal skeletons.

**Field Assistant** - Department of Fisheries and Oceans, Bedford, N.S. Assisting with grey seal capture and tagging research on Sable Island, Nova Scotia. December 1996-January 1997.

**Research Technician** - Department of Fisheries and Oceans, Nanaimo, B.C. Biological sampling and analysis for management of prawn and abalone stocks. September-December 1986.

**Research Assistant** - University of Victoria. Killer whale management research involving land based tracking, boat based behavioral observations, and questionnaire surveys of whale watchers. May-September 1986.

**Assistant Biologist** - Pacific Trident Mariculture, Saanich Inlet, B.C. Abalone mariculture. January-April 1985.

**Research Technician** - Wildlife Branch, Penticton, B.C. Burrowing owl transplant program, involving owl capture, banding, husbandry, monitoring program. Wildlife suitability land assessment. Mountain goat transplant program. May-August 1984.

## TEACHING/PUBLIC SPEAKING

**Invited Lectures –** Western Washington University, 2005; University of Washington, 2005, 2004; Duke University Marine Lab, 2001, 2002; British Antarctic Survey, 2000; University of Hawaii, 1999; Museum of Zoology, University of Michigan, 1997; National Marine Mammal Laboratory, Seattle, 1997; University of Washington Friday Harbor Laboratories, 1997; Atlantic Veterinary College, Charlottetown, PEI, 1997; Woods Hole Oceanographic Institution, Woods Hole, MA, 1996; College of the Atlantic, Bar Harbor, ME, 1996; Georgetown University, Washington, DC, 1996; Center for Advanced Study in Behavioral Sciences, Stanford University, CA, 1995.

**Lecturer –** Lindblad Expeditions, Seattle, USA. Lecturing on marine mammals on trips in Alaska, British Columbia and Washington (May-June 2001, July 2000, August 1995) and Mexico (January 2001, January-February 1996).

**Conference/Workshop Talks –** European Cetacean Society, 2003, Canary Islands; 10th RT and 4th SOLAMAC Conference, 2002, Chile; Workshop on Whale Watching and Research in the Azores, 2001, Azores; Workshop on the Conservation of Bottlenose Dolphins in the NE Atlantic, 2000, Canary Islands; Society for Marine Mammalogy, 2003 North Carolina, 2001 Vancouver Canada, 1999 Hawaii, 1998 Monaco, 1989 California; International Forum of Dolphin and Whales, 1998, Japan; Reunion Internacional para el Estudio de los Mamiferos Marinos, 1994, 1995, Mexico; Wildlife Society, 1993, Washington; Pacific Ecology Conference, 1992, Washington.

**Course Director/Lecturer –** Marine Naturalist Training Course, Pacific Whale Foundation, HI, USA, September – October 1999.
**Lecturer** - Marine Expeditions, Toronto, Ontario. Lecturing on seabird and marine mammal biology and conservation, accompanying passengers on field landings. Antarctic Peninsula, southern Argentina, November/December 1995 and February/March 1997. South and Central America, March-May 1996.
**Professor** - Department of Fisheries and Marine Biology, Centro Interdisciplinaro de Ciencias Marinas, Instituto Politechnico National, La Paz, B.C.S., Mexico, co-supervision of three graduate students and research on marine mammals in the Mexican Pacific (including studies of bottlenose and long-beaked common dolphins, short-finned pilot, Brydes, fin, blue and humpback whales), January-April 1995.
**Resident Faculty** - School for Field Studies, La Paz, B.C.S., Mexico, teaching university undergraduate course on marine mammal biology, supervising three directed research projects on cetaceans, September-December 1994.
**Associate Faculty** - School for Field Studies, Friday Harbor, Washington, co-teaching university undergraduate course on killer whale ecology/conservation, June-August 1994.
**Teacher's Assistant** - University of Victoria, February-April 1994. Second year vertebrate zoology.
**Teacher's Assistant** - Simon Fraser University, January-April 1989. First year biology.
**Teacher's Assistant/Laboratory Instructor** - Bamfield Marine Station, Bamfield, B.C., June-July 1988. Fourth year level course on biology of marine mammals.

**REFEREED PUBLICATIONS** (52)

**Baird, R.W.,** D.J. McSweeney, C. Bane, J. Barlow, D.R. Salden, L.K. Antoine, R.G. LeDuc, and D.L. Webster. 2006. Killer whales in Hawaiian waters: information on population identity and feeding habits. Pacific Science 60: in press.

Cox ,T.M., T.J. Ragen, A.J. Read, E. Vos, **R.W. Baird**, K. Balcomb, J. Barlow, J. Caldwell, T. Cranford, L. Crum, A. D'Amico, G. D'Spain, A. Fernández, J. Finneran, R. Gentry, W. Gerth, F. Gulland, J. Hildebrand, D. Houser, T. Hullar, P.D. Jepson, D. Ketten, C.D. MacLeod, P. Miller, S. Moore, D. Mountain, D. Palka, P. Ponganis, S. Rommel, T. Rowles, B. Taylor, P. Tyack, D. Wartzok, R. Gisiner, J. Mead, L. Benner. In press. Understanding the impacts of anthropogenic sound on beaked whales˙ Journal of Cetacean Research and Management.

**Baird, R.W.,** M.B. Hanson and L.M. Dill. 2005. Factors influencing the diving behaviour of fish-eating killer whales: sex differences and diel and interannual variation in diving rates. Canadian Journal of Zoology 83:257-267.

**Baird, R.W.,** and A.M. Gorgone. 2005. False killer whale dorsal fin disfigurements as a possible indicator of long-line fishery interactions in Hawaiian waters. Pacific Science 59:593-601.

**Baird, R.W**. 2005. Sightings of dwarf (*Kogia sima*) and pygmy (*K. breviceps*) sperm whales from the main Hawaiian Islands. Pacific Science 59:461-466.

Gaydos, J.K., S. Raverty, **R.W. Baird** and R.W. Osborne. 2005. Suspected surplus killing of harbor seal pups (*Phoca vitulina*) by killer whales (*Orcinus orca*). Northwestern Naturalist 86:150-154.

Willis, P.M., B.J. Crespi, L.M. Dill, **R.W. Baird**, and M.B. Hanson. 2004. Natural hybridization between Dall's porpoise *(Phocoenoides dalli*) and harbour porpoises (*Phocoena phocoena*). Canadian Journal of Zoology 82:828-834.

**Baird, R.W**., P.J. Stacey, D.A. Duffus and K.M. Langelier. 2002. An evaluation of gray whale (*Eschrichtius robustus*) mortality incidental to fishing operations in British Columbia, Canada. Journal of Cetacean Research and Management 4:289-296.

**Baird, R.W.,** J.F. Borsani, M.B. Hanson and P.L. Tyack. 2002. Diving and night-time behaviour of long-finned pilot whales in the Ligurian Sea. Marine Ecology Progress Series 237:301-305.

Berrow, S.D., B. McHugh, D. Glynn, E. McGovern, K.M. Parsons, **R.W. Baird** and S.K. Hooker. 2002. Organochlorine concentrations in resident bottlenose dolphins (*Tursiops truncatus*) in the Shannon Estuary, Ireland. Marine Pollution Bulletin 44:1296-1313.

Hoelzel, A.R., A. Nataoli, M.E. Dahlheim, C. Olavarria, **R.W. Baird**, and N.A. Black. 2002. Low world-wide genetic diversity in the killer whale (*Orcinus orca*): implications for demographic history. Proceedings of the Royal Society, London 269:1467-1473.

Hooker, S.K., H. Whitehead, S. Gowans and **R.W. Baird**. 2002. Fluctuations in distribution and patterns of individual range use of northern bottlenose whales. Marine Ecology Progress Series 225:287-297.

**Baird, R.W.** 2001. Status of killer whales, *Orcinus orca*, in Canada. Canadian Field-Naturalist 115:676-701.

**Baird, R.W.** 2001. Status of harbour seals, *Phoca vitulina*, in Canada. Canadian Field-Naturalist 115:663-675.

**Baird, R.W.**, A.D. Ligon, S.K. Hooker and A.M. Gorgone. 2001. Subsurface and nighttime behaviour of pantropical spotted dolphins in Hawai'i. Canadian Journal of Zoology 79:988-996.

Hooker, S.K., and **R.W. Baird**. 2001. Diving and ranging behaviour of odontocetes: a methodological review and critique. Mammal Review 31:81-105.

Hooker, S.K., **R.W. Baird**, S. Al-Omari, S. Gowans and H. Whitehead. 2001. Behavioral reactions of northern bottlenose whales to biopsy and tagging procedures. Fishery Bulletin 99:303-308.

**Baird, R.W.**, and H. Whitehead. 2000. Social organization of mammal-eating killer whales: group stability and dispersal patterns. Canadian Journal of Zoology 78:2096-2105.

**Baird, R.W.**, and S.K. Hooker. 2000. Ingestion of plastic and unusual prey by a juvenile harbour porpoise. Marine Pollution Bulletin 40:719-720.

Hooker, S.K., and **R.W. Baird**. 1999. Deep-diving behaviour of the northern bottlenose whale, *Hyperoodon ampullatus* (Cetacea: Ziiphidae). Proceedings of the Royal Society of London B. 266:671-676.

Hooker, S.K., and **R.W. Baird**. 1999. Observations of Sowerby's beaked whales, *Mesoplodon bidens*, in the Gully, Nova Scotia. Canadian Field Naturalist 113:273-277.

**Baird, R.W.** 1998. An interaction between Pacific white-sided dolphins and a neonatal harbor porpoise. Mammalia 62:129-134.

**Baird, R.W.**, P.M. Willis, T.J. Guenther, P.J. Wilson and B.N. White. 1998. An intergeneric hybrid in the family Phocoenidae. Canadian Journal of Zoology 76:198-204.

Hanson, M.B., and **R.W. Baird**. 1998. Dall's porpoise reactions to tagging attempts using a remotely-deployed suction-cup attached tag. Marine Technology Society Journal 32(2):18-23.

Schneider, K., **R.W. Baird**, S. Dawson, I. Visser and S. Childerhouse. 1998. Reactions of bottlenose dolphins to tagging attempts using a remotely-deployed suction-cup tag. Marine Mammal Science 14:316-324.

Willis, P.M., and **R.W. Baird**. 1998. Sightings and strandings of beaked whales on the west coast of Canada. Aquatic Mammals 24:21-25.

Willis, P.M., and **R.W. Baird**. 1998. Status of the dwarf sperm whale, *Kogia simus*, with special reference to Canada. Canadian Field-Naturalist 112:114-125.

**Baird, R.W.**, and M.B. Hanson. 1997. Status of the northern fur seal, *Callorhinus ursinus*, in Canada. Canadian Field-Naturalist 111:263-269.

Hooker, S.K., and **R.W. Baird**. 1997. A Fea's petrel (*Pterodroma feae*) off Nova Scotia: the first record for Canada. Birders Journal 6:245-248.

Stacey, P.J., and **R.W. Baird**. 1997. Birth of a "resident" killer whale off Victoria, British Columbia, Canada. Marine Mammal Science 13:504-508.

Stacey, P.J., D.A. Duffus and **R.W. Baird**. 1997. A preliminary evaluation of incidental mortality of small cetaceans in coastal fisheries in British Columbia, Canada. Marine Mammal Science 13:321-326.

**Baird, R.W.** 1996. Yellow-footed gull (*Larus livens*) preys on a black storm-petrel (*Oceanodroma melania*). Colonial Waterbirds 19:260-261.

**Baird, R.W.**, and L.M. Dill. 1996. Ecological and social determinants of group size in *transient* killer whales. Behavioral Ecology 7: 408-416.

**Baird, R.W.**, D. Nelson, J. Lien and D.W. Nagorsen. 1996. The status of the pygmy sperm whale, *Kogia breviceps*, in Canada. Canadian Field-Naturalist 110:525-532.

Jarman, W.M., R.J. Norstrom, D.C.G. Muir, B. Rosenburg, M. Simon and **R.W. Baird**. 1996. Levels of organochlorine compounds, including PCDDS and PCDFS, in the blubber of cetaceans from the west coast of North America. Marine Pollution Bulletin 32:426-436.

**Baird, R.W.**, and L.M. Dill. 1995. Occurrence and behaviour of transient killer whales: seasonal and pod-specific variability, foraging behaviour and prey handling. Canadian Journal of Zoology 73:1300-1311.

**Baird, R.W.**, and T.J. Guenther. 1995. Account of harbour porpoise (*Phocoena phocoena*) strandings and bycatches along the coast of British Columbia. Reports of the International Whaling Commission Special Issue 16:159-168.

Barlow, J., **R.W. Baird**, J.E. Heyning, K. Wynne, A.M. Manville, L.F. Lowry, D. Hanan, J. Sease and V.N. Burkanov. 1994. A review of cetacean and pinniped mortality in coastal fisheries along the west coast of the USA and Canada and the east coast of the Russian Federation. Reports of the International Whaling Commission Special Issue 15:405-426.

Stacey, P.J., S. Leatherwood and **R.W. Baird**. 1994. *Pseudorca crassidens*. Mammalian Species 456:1-6.

**Baird, R.W.**, and P.J. Stacey. 1993. Sightings, strandings and incidental catches of short-finned pilot whales, *Globicephala macrorhynchus,* off the British Columbia coast. Reports of the International Whaling Commission Special Issue 14:475-479.

**Baird, R.W.**, P.J. Stacey and H. Whitehead. 1993. Status of the striped dolphin, *Stenella coeruleoalba*, in Canada. Canadian Field-Naturalist 107:455-465.

**Baird, R.W.**, E.L. Walters and P.J. Stacey. 1993. Status of the bottlenose dolphin, *Tursiops truncatus*, with special reference to Canada. Canadian Field-Naturalist 107:466-480.

Stacey, P.J., and **R.W. Baird**. 1993. Status of the short-finned pilot whale, *Globicephala macrorhynchus*, in Canada. Canadian Field-Naturalist 107:481-489.

**Baird, R.W.**, P.A. Abrams and L.M. Dill. 1992. Possible indirect interactions between transient and resident killer whales: implications for the evolution of foraging specializations in the genus *Orcinus*. Oecologia 89:125-132.

**Baird, R.W.**, and P.J. Stacey. 1991. Status of the Risso's dolphin, *Grampus griseus*, in Canada. Canadian Field-Naturalist 105:233-242.

**Baird, R.W.**, and P.J. Stacey. 1991. Status of the northern right whale dolphin, *Lissodelphis borealis*, in Canada. Canadian Field-Naturalist 105:243-250.

Jefferson, T.A., P.J. Stacey and **R.W. Baird**. 1991. A review of killer whale interactions with other marine mammals: predation to co-existence. Mammal Review 21:151-180.

Stacey, P.J., and **R.W. Baird**. 1991. Status of the false killer whale, *Pseudorca crassidens*, in Canada. Canadian Field-Naturalist 105:189-197.

Stacey, P.J., and **R.W. Baird**. 1991. Status of the Pacific white-sided dolphin, *Lagenorhynchus obliquidens*, in Canada. Canadian Field-Naturalist 105:219-232.

**Baird, R.W.**, and P.J. Stacey. 1989. Observations on the reactions of sea lions, *Zalophus californianus* and *Eumetopias jubatus*, to killer whales, *Orcinus orca*, evidence of "prey" having a "search image" for predators. Canadian Field-Naturalist 103:426-428.

**Baird, R.W.**, K.M. Langelier and P.J. Stacey. 1989. First records of false killer whales, *Pseudorca crassidens*, in Canada. Canadian Field-Naturalist 103:368-371.

**Baird, R.W.**, and P.J. Stacey. 1988. Variation in saddle patch pigmentation in populations of killer whales (*Orcinus orca*) from British Columbia, Alaska, and Washington State. Canadian Journal of Zoology 66:2582-2585.

**BOOKS AND BOOK CHAPTERS** (4)

**Baird, R.W.** 2002. Killer whales of the world – natural history and conservation. Voyageur Press, Stillwater, MN. 132pp.

**Baird, R.W.** 2002. False killer whale *Pseudorca crassidens*. Pages 411-412 in Encyclopedia of Marine Mammals. Edited by W.F. Perrin, B. Wursig and J.G.M. Thewissen. Academic Press, San Diego, CA.

**Baird, R.W.** 2002. Risso's dolphin *Grampus griseus*. Pages 1037-1039 in Encyclopedia of Marine Mammals. Edited by W.F. Perrin, B. Wursig and J.G.M. Thewissen. Academic Press, San Diego, CA.

**Baird, R.W.** 2000. The killer whale - foraging specializations and group hunting. Pages 125-153 in Cetacean societies: field studies in behavior. Edited by J. Mann, R. Connor, P. Tyack and H. Whitehead. University of Chicago Press, Chicago, IL.

**CONFERENCE PROCEEDINGS** (3)

**Baird, R.W.** 1994. A program to monitor the status of small cetaceans in British Columbia. Pages 117-125 in Proceedings of the Pacific Ecozone Workshop, February 2, 1994, Institute of Ocean Sciences, Sidney, B.C.

Calambokidis, J., and **R.W. Baird**. 1994. Status of marine mammals in the Strait of Georgia, Puget Sound, and the Juan de Fuca Strait, and potential human impacts. Canadian Technical Report of Fisheries and Aquatic Sciences 1948:282-300.

Langelier, K.M., P.J. Stacey, **R.W. Baird** and R. Marchetti. 1988. 1987 cetacean strandings in British Columbia. Pages 79-82 in Proceedings of the Joint Conference of the American

Association of Zoo Veterinarians and American Association of Wildlife Veterinarians, November 6-10, 1988. Toronto.

**OTHER PUBLICATIONS AND REPORTS** (56)

**Baird, R.W.** 2006. Hawaii's *other* cetaceans. Whale and Dolphin Magazine 11:28-31.

**Baird, R.W.,** D.L. Webster, D.J. McSweeney, A.D. Ligon and G.S. Schorr. 2005. Diving behavior and ecology of Cuvier's (*Ziphius cavirostris*) and Blainville's beaked whales (*Mesoplodon densirostris*) in Hawai'i. 2005. Report prepared under Order No. AB133F-04-RQ-0928 to Cascadia Research Collective, Olympia, WA from the Southwest Fisheries Science Center, NMFS, La Jolla, CA.

**Baird, R.W.,** A.M. Gorgone, D.L. Webster, D.J. McSweeney, J.W. Durban, A.D. Ligon, D.R. Salden, and M.H. Deakos. 2005. False killer whales around the main Hawaiian islands: an assessment of inter-island movements and population size using individual photo-identification. Report prepared under Order No. JJ133F04SE0120 from the Pacific Islands Fisheries Science Center, NMFS, Honolulu.

**Baird, R.W.,** and M.B. Hanson. 2004. Diet studies of "southern resident" killer whales: prey sampling and behavioral cues of predation. Report prepared as partial fulfillment of Order No. AB133F-03-SE-1070 to Cascadia Research Collective, Olympia, WA from the National Oceanic and Atmospheric Administration, Seattle, WA

**Baird, R.W.,** D.J. McSweeney, A.D. Ligon and D.L. Webster. 2004. Tagging feasibility and diving of Cuvier's beaked whales (*Ziphius cavirostris)* and Blainville's beaked whales (*Mesoplodon densirostris*) in Hawai'i. Report prepared under Order No. AB133F-03-SE-0986 to the Hawai'i Wildlife Fund, Volcano, HI, from the Southwest Fisheries Science Center, National Marine Fisheries Service, La Jolla, CA.

**Baird, R.W.,** D.J. McSweeney, D.L. Webster, A.M. Gorgone, and A.D. Ligon. 2003. Studies of odontocete population structure in Hawaiian waters: results of a survey through the main Hawaiian Islands in May and June 2003. Report prepared under Contract No. AB133F-02-CN-0106 from the National Oceanic and Atmospheric Administration, Western Administrative Support Center, 7600 Sand Point Way N.E., Seattle, WA.

**Baird, R.W.,** M.B. Hanson, E.E. Ashe, M.R. Heithaus and G.J. Marshall. 2003. Studies of foraging in "southern resident" killer whales during July 2002: dive depths, bursts in speed, and the use of a "Crittercam" system for examining sub-surface behavior. Report prepared under Order Number AB133F-02-SE-1744 for the National Marine Mammal Laboratory, National Marine Fisheries Service, Seattle, WA.

**Baird, R.W.** 2003. Update COSEWIC status report on the harbour porpoise *Phocoena phocoena* (Pacific Ocean population) in Canada. *In* COSEWIC assessment and update status report on the harbour porpoise *Phocoena phocoena* (Pacific Ocean population) in Canada. Committee on the Status of Endangered Wildlife in Canada. Ottawa. pp. 1-22

**Baird, R.W.** 2003. Update COSEWIC status report on the humpback whale *Megaptera novaeangliae* in Canada. *In* COSEWIC assessment and update status report on the humpback whale *Megaptera novaeangliae* in Canada. Committee on the Status of Endangered Wildlife in Canada. Ottawa. pp 1-25.

**Baird, R.W.**, A.M. Gorgone, and D.L. Webster. 2002. An examination of movements of bottlenose dolphins between islands in the Hawaiian Island chain. Report prepared under contract #40JGNF110270 to the Southwest Fisheries Science Center, National Marine Fisheries Service, La Jolla, CA.

**Baird, R.W.,** A.M. Gorgone, A.D. Ligon and S.K. Hooker. 2001. Mark-recapture abundance estimate of bottlenose dolphins (*Tursiops truncatus*) around Maui and Lanai, Hawaii, during the winter of 2000/2001. Report prepared under Contract #40JGNF000262 to the Southwest Fisheries Science Center, National Marine Fisheries Service, La Jolla, CA.

**Baird, R.W.** 2000. High levels of human interaction with a Hawaiian monk seal on the island of Maui. The Monachus Guardian 3(1):30.

**Baird, R.W.**, A.D. Ligon and S.K. Hooker. 2000. Sub-surface and night-time behavior of humpback whales off Maui, Hawaii: a preliminary report. Report prepared under Contract #40ABNC050729 from the Hawaiian Islands Humpback Whale National Marine Sanctuary, Kihei, HI, to the Hawaii Wildlife Fund.

**Baird, R.W.,** and S.M. Burkhart. 2000. Bias and variability in distance estimation on the water: implications for the management of whale watching. IWC Meeting Document SC/52/WW1.

**Baird, R.W.** 1999. Status of killer whales in Canada. Contract report to the Committee on the Status of Endangered Wildlife in Canada, Ottawa.

**Baird, R.W.** 1999. Status of harbour seals (*Phoca vitulina)* in Canada. Contract report to the Committee on the Status of Endangered Wildlife in Canada, Ottawa.

Hanson, M.B., **R.W. Baird** and R.L. DeLong, R.L. 1999. Movements of a tagged harbor porpoise in inland Washington waters from June 1998 to January 1999. Pages 85-95 in Marine Mammal Protection Act and Endangered Species Act implementation program 1998. AFSC Processed Report 99-08.

**Baird, R.W.** 1998. Studying diving behavior of whales and dolphins using suction-cup attached tags. Whalewatcher 32(1):3-7.

**Baird, R.W.**, and M.B. Hanson. 1998. A preliminary analysis of the diving behavior of Dall's porpoise in the transboundary waters of British Columbia and Washington. Pages 99-110 in Marine Mammal Protection Act and Endangered Species Act Implementation Program 1997. AFSC Processed Report 98-10.

Hanson, M.B., **R.W. Baird** and R.L. DeLong. 1998. Movements of tagged Dall's porpoise in Haro Strait, Washington. Pages 111-119 in Marine Mammal Protection Act and Endangered Species Act Implementation Program 1997. AFSC Processed Report 98-10.

Walker, W.A., M.B. Hanson, **R.W. Baird** and T.J. Guenther. 1998. Food habits of the harbor porpoise, *Phocoena phocoena*, and Dall's porpoise, *Phocoenoides dalli*, in the inland waters of British Columbia and Washington. Pages 63-75 in Marine Mammal Protection Act and Endangered Species Act Implementation Program 1997. AFSC Processed Report 98-10.

Webster, S.M., and **R.W. Baird**. 1998. Aquatic interactions between a northern elephant seal and humans at Isla Los Islotes, B.C.S., Mexico. Marine Mammal Science 14:202-203.

**Baird, R.W.**, S.K. Hooker, H. Whitehead and R. Etcheberry. 1997. A review of records of striped dolphins (*Stenella coeruleoalba*) from Canadian waters. Document SC/49/SM4 submitted to the International Whaling Commission Scientific Committee, September 1997.

Hanson, M.B., and **R.W. Baird**. 1997. Dall's porpoise reactions to tagging attempts using a remotely-deployed suction-cup tag. Document SC/49/SM8 submitted to the International Whaling Commission Scientific Committee, September 1997.

Hooker, S.K., **R.W. Baird** and M.A. Showell. 1997. Cetacean strandings and bycatches in Nova Scotia, eastern Canada, 1991-1996. Document SC/49/O5 submitted to the International Whaling Commission Scientific Committee, September 1997.

**Baird, R.W.**, and M.B. Hanson. 1996. Dall's porpoise diving behaviour and reactions to tagging attempts using a remotely-deployed suction-cup tag. Report prepared under Contract No. 43ABNF601492 to the National Marine Mammal Laboratory, National Marine Fisheries Service, Seattle, WA.

Willis, P.M., T.J. Guenther, R.L. Bates, **R.W. Baird** and M.L. McAdie. 1996. Strandings and fishing gear entanglements of cetaceans off the west coast of Canada in 1995. International Whaling Commission Meeting Document SC/48/O2.

Duffus, D.A., and **R.W. Baird**. 1995. Killer whales, whalewatching and management: a status report. Whalewatcher 29(2):14-17.

Guenther, T.J., **R.W. Baird**, R.L. Bates, P.M. Willis, R.L. Hahn and S.G. Wischniowski. 1995. Strandings and fishing gear entanglement of cetaceans off the west coast of Canada in 1994. International Whaling Commission Meeting Document SC/47/06.

**Baird, R.W**. 1994. An assessment of marine mammal usage of the Esquimalt Harbour area, and potential impacts of development. Sub-contract report to Triton Environmental Consulting, Richmond, B.C. 7pp.

**Baird, R.W**., and T.J. Guenther. 1994. Status of porpoises in the British Columbia/Washington trans-boundary area: a Canadian perspective. Puget Sound Notes 34:5-8.

**Baird, R.W**., S.G. Wischniowski, T.J. Guenther, M.L. McAdie, and T.E. Cornish. 1994. Strandings and fishing gear entanglements of cetaceans on the west coast of Canada in 1993. International Whaling Commission Meeting Document SC/46/O5.

**Baird, R.W**., T.J Guenther, R.J. Lewis, M.L. McAdie, and T.E. Cornish. 1994. An investigation into the causes of an unusual porpoise (*Phocoena phocoena* and *Phocoenoides dalli)* mortality event in southern British Columbia. Final report to the Department of Fisheries and Oceans under Contract No. IIHS3-050.

Guenther, T.J., and **R.W. Baird**. 1993. Harbour porpoise (*Phocoena phocoena*) strandings and incidental catches on the B.C. coast: collection of tissues for examination of stock identity. Report prepared under Contract No. 40ABNF202252 to the National Marine Mammal Laboratory.

Guenther, T.J., and **R.W. Baird**. 1993. Pinnipeds in British Columbia, Part II: diet and fisheries interactions. The Victoria Naturalist 49(6):12-15.

Guenther, T.J., **R.W. Baird**, J.K.B. Ford, K.M. Langelier, M.L. McAdie, S.G. Wishniowski and T.E. Cornish. 1993. Cetacean strandings and entanglement in fishing gear on the west coast of Canada during 1992. International Whaling Commission Meeting Document SC/45/O 4.

Howes, D., P. Wainwright, J. Haggarty, J. Harper, E. Owens, D. Reimer, K. Summers, J. Cooper, L. Berg and **R. Baird**. 1993. Coastal resources and oil spill response atlas for the southern Strait of Georgia. B.C. Ministry of Environment, Lands and Parks, Environmental Emergencies Coordination Office, Victoria. 317pp.

Phillips, N.E., and **R.W. Baird**. 1993. Are killer whales harassed by boats? The Victoria Naturalist 50(3):10-11.

**Baird, R.W**. 1992. [Review of] Harp seal, man, and ice. By David E. Sergeant. 1991. Canadian Special Publication of Fisheries and Aquatic Sciences 114. Canadian Field-Naturalist 106:288-289.

**Baird, R.W**. 1992. [Review of] The secret world of animals: under the water. By K. Chu, C. Clark, P. Tyack, A.R. Emery, and C. Hopkins. 1991. Canadian Museum of Nature, Ottawa. Canadian Field-Naturalist 106:413.

Guenther, T.J., **R.W. Baird**, K.M. Langelier, J.K.B. Ford, G.M. Ellis, P.J. Stacey, and T.E.

Cornish. 1992. Cetacean strandings and entanglement in fishing gear on the Canadian west coast during 1991. International Whaling Commission Meeting Document SC/44/O15.

Walters, E.L., **R.W. Baird** and T.J. Guenther. 1992. New killer whale "pod" discovered near Victoria. The Victoria Naturalist 49(3):7-8.

**Baird, R.W**. 1991. The Risso's dolphin in British Columbia. The Victoria Naturalist 47(4):6-7.

**Baird, R.W**. 1991. The Pacific white-sided dolphin in British Columbia. Discovery 20(2):58-61.

**Baird, R.W**., and T.J. Guenther. 1991. Marine mammals of the southern Strait of Georgia: compilation of information for an oil spill response atlas. Unpublished sub-contract report to LGL Ltd., Sidney, B.C.

**Baird, R.W**., P.J. Stacey and K.M. Langelier. 1991. A discussion of factors relevant to governmental policy and regulations regarding cetacean strandings: a British Columbia viewpoint. Submission to the Committee on Whales and Whaling, March 1991, Ottawa.

**Baird, R.W**., P.J. Stacey and K.M. Langelier. 1991. Strandings and incidental mortality of cetaceans on the B.C. coast, 1990. International Whaling Commission Meeting Document SC/43/O 1.

**Baird, R.W**. 1990. Elephant seals around southern Vancouver Island. The Victoria Naturalist 47(2):6-7.

Langelier, K.M., P.J. Stacey and **R.W. Baird**. 1990. Stranded whale and dolphin program of B.C.-1989 report. Wildlife Veterinary Report 3(1):10-11.

Stacey, P.J., **R.W. Baird** and D.A. Duffus. 1990. A preliminary evaluation of incidental mortality of small cetaceans, primarily Dall's porpoise (*Phocoenoides dalli*), harbour porpoise (*Phocoena phocoena*), and Pacific white-sided dolphins (*Lagenorhynchus obliquidens*), in inshore fisheries in British Columbia, Canada. International Whaling Commission Meeting Document SC/42/SM20.

**Baird, R.W**. 1989. Whales in Georgia Strait and nearby waters: their presence and relative abundance. Discovery 18:131-132.

**Baird, R.W.,** and P.J. Stacey. 1989. An annotated list of the marine mammals of British Columbia. The Victoria Naturalist 46(2):12-14.

Leatherwood, S., D. McDonald, **R.W. Baird** and M.D. Scott. 1989. The false killer whale, *Pseudorca crassidens* (OWEN, 1846): a summary of information available through 1988. Oceans Unlimited Technical Report 89-001. 114 p.

Stacey, P.J., and **R.W. Baird**. 1989. Harbour seal reactions to killer whales. The Victoria Naturalist 45(4):16-17.

Stacey, P.J., and **R.W. Baird**. 1989. Interactions between seabirds and marine mammals. The Victoria Naturalist 45(7):9-10.

Stacey, P.J., **R.W. Baird** and K.M. Langelier. 1989. Stranded whale and dolphin program 1988 report. Wildlife Veterinary Report 2(1):10-11.

**Baird, R.W**., and P.J. Stacey. 1988. Foraging and feeding behavior of transient killer whales. Whalewatcher 22(1):11-15.

**Baird, R.W**., K. Langelier and P.J. Stacey. 1988. Stranded whale and dolphin program of B.C. - 1987 report. Wildlife Veterinary Report 1(1):9-12.

**Baird, R.W**., and P.J. Stacey. 1987. Foraging behavior of transient killer whales. Cetus 7(1):33.