*Exhibit A*

*Exhibit A*

# CURRICULUM VITAE

John Calambokidis
March 2007

John Calambokidis, Research Biologist
Cascadia Research Collective
218½ West 4th Avenue
Olympia, WA 98501
Phone: (360)943-7325, FAX: (360)943-7026
email: Calambokidis@CascadiaResearch.org

## PROFESSIONAL EXPERIENCE

**Research Biologist:** Founding member of Cascadia Research (non-profit tax-exempt org.). Served as Principal Investigator of more than 50 research studies on marine mammals, birds, and pollution (see below for examples). Wrote research proposals, conducted field research, analyzed data, and published research results for projects funded by government and private grants and contracts. Supervised staff of up to 20 researchers. *Cascadia Research Collective, September 1979 to present.*

### Examples of projects directed (see Cascadia Qualifications for more complete list):

- Served as Project Director/co-Chair of multi-million dollar international collaborative study of the status of humpback whales in the entire North Pacific (SPLASH) funded by NOAA Fisheries, National Marine Sanctuary Program, National Fish and Wildlife Foundation, Commission on Environmental Cooperation, and Pacific Life Foundation.
- Abundance and movements of humpback and blue whales off California using photo-ID for the Gulf of the Farallones, Monterey Bay, and Channel Islands National Marine Sanctuaries.
- Research on the reactions of marine mammals to air guns and mitigation during seismic surveys in Washington and British Columbia under contract to U.S. Geological Survey.
- Study of impact of low-frequency sound from the ATOC sound source on the occurrence, distribution, and behavior of marine mammals under contract to UC, Santa Cruz.
- Impacts of the US Navy LFA sound source on blue and fin whales off S California using aerial surveys and photo-ID for the Office of Naval Research (subcontract from Cornell)
- Population assessment of humpback and blue whales using mark-recapture of identified individuals off California, Oregon, and Washington for Southwest Fisheries Science Center.
- Harbor seal population size, impacts of human disturbance, and habitat requirements at Woodard Bay in Puget Sound, Washington for the Wa. Dept. of Natural Resources.
- Abundance and distribution of marine mammals in the Strait of Juan de Fuca with aerial and vessel surveys and impacts of underwater blasting for the Corps of Engineers.

**Adjunct Faculty:** Taught graduate level courses on the Biology of Marine Mammals for the Masters of Environmental Studies program at the Evergreen State College. *The Evergreen State College, Olympia, Wa. 98505. May 1989 to 1998.*

Calambokidis, J.                                                                                          Page 2

**Faculty:** Developed and led a research and educational program for college students. Conducted research on vessel impact on harbor seals, biology and reproduction of harbor porpoise, and Canada goose behavior, in Glacier Bay, Alaska. Program is in cooperation with the National Park Service. Published research results in scientific journals.
*School for Field Studies, Cambridge, MA 02139. June-August, 1981-83.*

**Biological Technician:** Conducted research on the behavior of northern fur seals on the Pribilof Islands from June to October of two field seasons. Duties included censuses, monitoring behavior, and tagging animals.
*National Marine Mammal Laboratory, 7600 Sand Point Way NE, Seattle, WA 98115. May 1978 to September 1979.*

**Project Director:** Directed Student-Originated Study (SOS) research project funded by National Science Foundation on the biology of harbor seals and the levels and impacts of chlorinated hydrocarbon contaminants. Coordinated the activities of eight student researchers.
*National Science Foundation through The Evergreen State College, Olympia, WA 98505. March 1977 to March 1978.*

## EDUCATION

B.S. 1977 (Biology), The Evergreen State College, Olympia, WA.

## PUBLICATIONS (scientific journals and books)

Oleson, E.M., J. Calambokidis, J. Barlow, and J. A. Hildebrand. 2007. Blue whale visual and acoustic encounter rates in the Southern California Bight. *Marine Mammal Science* 23:574-597

Rasmussen, K., D. Palacios, J. Calambokidis, M. Saborío, L. Dalla Rosa, E. Secchi, G. Steiger, J. Allen, G. Stone. 2007. Southern Hemisphere humpback whales wintering off Central America: Insights from water temperature into the longest mammalian migration. Accepted in *Biological Letters* 3:302-305

Wade, P., L. Barrett-Lennard, N. Black, R. Brownell, Jr., V. Burkanov, A. Burdin, J. Calambokidis, S. Cerchio, M. Dahlheim, J. Ford, N. Friday, L. Fritz, J. Jacobsen, T. Loughlin, M. Lowry, C. Matkin, K. Matkin, A. Mehta, S. Mizroch, M. Muto, D. Rice, D. Siniff, R. Small, G. Steiger, J. Straley, G. Van Blaricom and P. Clapham. In Press. Marine mammal abundance, biomass, and trends in the North Pacific- a re-examination of evidence for sequential megafauna collapse. *Marine Mammal Science.*

Oleson, E.M., J. Calambokidis, W.C. Burgess, M.A. McDonald, C.A. LeDuc, and J.A. Hildebrand. 2007. Behavioral context of call production by eastern North Pacific blue whales. *Marine Ecology Progress Series* 330:269-284.

Goldbogen, J.A., J. Calambokidis, R.E. Shadwick, E.M. Oleson, M.A. McDonald. 2006. Kinematics of diving and lunge-feeding in fin whales. *Journal of Experimental Biology* 209:1231-1244

May-Collado, L., T. Gerrodette, J. Calambokidis, K. Rasmussen, and I. Sereg. 2005. Patterns of cetacean sighting distribution in the Pacific Exclusive Economix Zone of Costa Rica, based on data collected from 1979-2001. Rev. Biol Trop. (int. J. Trop. Biol.) 53: 249-263

Calambokidis, J., G.H. Steiger, D.K. Ellifrit, B.L. Troutman and C.E. Bowlby. 2004.  Distribution and abundance of humpback whales and other marine mammals off the northern Washington coast. *Fisheries Bulletin* 102(4):563-580.

Calambokidis, J. and J. Barlow.  2004.  Abundance of blue and humpback whales in the eastern North Pacific estimated by capture-recapture and line-transect methods. *Marine Mammal Science* 20(1):63-85.

Krahn, M.M., D.P. Herman, G.M. Ylitalo, C.A. Sloan, D.G. Burrows, R.C. Hobbs, B.A. Mahoney, G.K. Yanagida, J. Calambokidis, and S.E. Moore. 2004. Stratification of lipids, fatty acids and organochlorine contaminants in blubber of white whales and killer whales. Journal of Cetacean Research and Management 6:175-189.

Norman, S.A., C.E. Bowlby, M.S. Brancato, J. Calambokidis, D. Duffield, P.J. Gearin, T.A. Gornall, M.E. Gosho, B. Hanson, J. Hodder, S.J. Jeffries, B. Lagerquist, D.M. Lambourn, B. Mate, B. Norberg, R.W. Osborne, J.A. Rash, S. Riemer and J. Scordino. 2004. Cetacean strandings in Oregon and Washington between 1930 and 2002. *Journal of Cetacean Research and Management* 6(1):87–99.

Ross, P.S., S. Jeffries, M. Yunker, R.F. Addison, M.G. Ikonomou and J. Calambokidis. 2003. Harbour seals (*Phoca vitulina*) in British Columbia, Canada, and Washington State, USA, reveal a combination of local and global PCB, PCDD and PCDF signals. *Environ. Toxicol. Chem.,* 23(1), 157-165.

Jeffries, S., H. Huber, J. Calambokidis and J. Laake. 2003. Trends and status of harbor seals in Washington State: 1978-1999.  *Journal of Wildlife Management* 67(1):201-219.

Calambokidis, J., J.D. Darling, V. Deecke, P. Gearin, M. Gosho, W. Megill, C.M. Tombach, D. Goley, C. Toropova, and B. Gisborne. 2002. Abundance, range and movements of a feeding aggregation of gray whales *(Eschrichtius robustu*s) from California to southeastern Alaska in 1998. *J. Cetacean Res. Manage.* 4(3):267-276.

Calambokidis, J., G.H Steiger, J.M Straley, L.M. Herman, S. Cerchio, D.R. Salden, J. Urbán R., J.K. Jacobsen, O. von Ziegesar, K.C. Balcomb, C.M. Gabriele, M.E. Dahlheim, S. Uchida, G. Ellis, Y. Miyamura, P. Ladrón de Guevara P., M. Yamaguchi, F. Sato, S.A. Mizroch, L. Schlender, K. Rasmussen, J Barlow and T.J. Quinn II. 2001. Movements and population structure of humpback whales in the North Pacific. *Marine Mammal Science* 17( 4):769-794.

Krahn, M.M., G.M. Ylitalo, D.G. Burrows, J. Calambokidis, S.E. Moore, M. Gosho, P. Gearin, P.D. Plesha, R.L. Brownell, Jr., S.A. Blokhin, K.L. Tilbury, T. Rowles and J.E. Stein. 2001. Organochlorine contaminant concentrations and lipid profiles in eastern North Pacific gray whales (Eschrichtius robustus). *J. Cetacean Res. Manage*. 3(1):19-29.

McDonald, M.A., J. Calambokidis, A.M. Teranishi, and J.A. Hildebrand. 2001. Acoustic Behavior of Individual Blue Whales off California. *Journal of the Acoustical Society of America* 109:1728-1735

Williams, T.M., R.W. Davis, L.A. Fuiman, J. Francis, B.J. Le Boeuf, M. Horning, J. Calambokidis, and D.A. Croll. 2000. Energy conservation in diving marine mammals. *Science* 288:133-136

Steiger, G.H. and J. Calambokidis. 2000. Reproductive rates of humpback whales off California. *Marine Mammal Science* 16:220-239.

Calambokidis, J., G.H. Steiger, K. Rasmussen, J. Urbán R., K.C. Balcomb, P. Ladrón de Guevara P., M. Salinas Z., J.K. Jacobsen, C.S. Baker, L.M. Herman, S. Cerchio and J.D. Darling. 2000. Migratory destinations of humpback whales that feed off California, Oregon and Washington. *Marine Ecology Progress Series* 192:295-304.

Mate, B.R., B.A. Lagerquist, and J. Calambokidis. 1999. Movements of North Pacific blue whales during the feeding season off southern California and southern fall migration. *Marine Mammal Science* 15:1246-1257.

Baker, C.S., L. Medrano-Gonzalez, J. Calambokidis, A. Perry, F. Pichler, H. Rosenbaum, J. M. Straley, J. Urban-Ramirez, M. Yamaguchi, and O. von Ziegesar. 1998. Population structure of nuclear and mitochondrial DNA variation among humpback whales in the North Pacific. *Molecular Ecology* 3:313-327.

Calambokidis, J. 1997. Humpback whales and the California - Costa Rica connection. Whales. *Journal of the Oceanic Society*. Fall 1997: 4-10.

Calambokidis, J. and G.H. Steiger. 1997. Blue Whales. Worldlife Series Library. Voyager Press, Stillwater, MN.

Laake, J.L., J. Calambokidis, S.D. Osmek, and D.J. Rugh. 1997. Probability of detecting harbor porpoise from aerial surveys: estimating g(0). *Journal of Wildlife Management* 61:63-75.

Darling, J.D., J. Calambokidis, K.C. Balcomb, P. Bloedel, K.R. Flynn, A. Mochizuki, K. Mori, F. Sato, H. Suganuma, and M. Yamaguchi. *Marine Mammal Science* 12:281-287.

Calambokidis, J., G.H. Steiger, J.R. Evenson, K.R. Flynn, K.C. Balcomb, D.E. Claridge, P. Bloedel, J.M. Straley, C.S. Baker, O. von Ziegesar, M.E. Dahlheim, J.M. Waite, J.D. Darling, G. Ellis, and G.A. Green. 1996. Interchange and isolation of humpback whales off California and other North Pacific feeding grounds. *Marine Mammal Science* 12:215-226.

Hong, S.-W., J. Calambokidis, B. Bush, G.H. Steiger, and S. Shaw. 1996. Polychlorinated biphenyls and organochlorine pesticides in harbor seal pups from the inland waters of Washington State. *Environmental Science and Technology* 30:837-844.

Baker, C.S., R.W. Slade, J.L. Bannister, R.B. Abernathy, M.T. Weinrich, J. Lien, J. Urbán, P. Cockeron, J. Calambokidis, O. Vasquez, and S.R. Palumbi. 1994. Hierarchical structure of mitochondrial DNA gene flow among humpback whales *Megaptera novaeangliae*, world-wide. *Molecular Ecology* 3:313-327.

Baker, C.S., D.A. Gilbert, M.T. Weinrich, R. Lambertsen, J. Calambokidis, B. McArdle, G.K. Chambers, and S.J. O'Brien. 1993. Population characteristics of DNA fingerprints in humpback whales (*Megaptera novaeangliae*). *Journal of Heredity* 84:281-290.

Baker, C.S., A. Perry, J.L Bannister, M.T. Weinrich, R.B. Abernethy, J Calambokidis, J. Lien, R.H. Lambertson, J. Urban Ramirez, O. Vasquez, P.J. Clapham, A. Ailing, S.J. O'Brien, and S.R. Palumbi. 1993. Abundant mitochondrial DNA variation and world-wide population structure in humpback whales. *Proceedings of the National Academy of Science* 90:8239-8243.

Calambokidis, J., J.R. Evenson, T.E. Chandler, and G.H. Steiger. 1992. Individual identification of gray whales in Puget Sound in 1991. *Puget Sound Notes* 28:1-4

Calambokidis, J.                                                      Page 5

Calambokidis, J. 1992. Gray whale deaths in Puget Sound: A perspective. *Puget Sound Notes* 28:5-7

Speich. S.M., J. Calambokidis, D.W. Shea, J. Peard, M. Whitter, and D.M. Fry. 1992. Eggshell thinning and organochlorine contaminants in western Washington waterbirds. *Colonial Waterbirds* 15:103-112.

Steiger, G.H., J. Calambokidis, R. Sears, K.C. Balcomb, and J.C. Cubbage. 1991. Movement of humpback whales between California and Costa Rica. *Marine Mammal Science* 7:306-310.

Baker, C.S., R.H. Lambertson, M.T. Weinrich, J. Calambokidis, G. Early, and S.J. O'Brien. 1991. Molecular genetic identification of the sex of humpback whales (Megaptera novaeangliae). R. Hoelzel (ed.) in Genetic Ecology of Cetaceans. *Report of the International Whaling Commission* (special issue 13):105-111.

Calambokidis, J., J.C. Cubbage, G.H. Steiger, K.C. Balcomb, and P. Bloedel. 1990. Population estimates of humpback whales in the Gulf of the Farallones, California. *Report to the International Whaling Commission* (special issue 12):325-333.

Calambokidis, J., G.H. Steiger, J.C. Cubbage, K.C. Balcomb, C. Ewald, S. Kruse, R. Wells, and R. Sears. 1990. Sightings and movements of blue whales off central California 1986-88 from photo-identification of individuals. *Report of the International Whaling Commission* (special issue 12):343-348.

Baker, C.S., S.R. Palumbi, R.H. Lambertson, M.T. Weinrich, J. Calambokidis, and S.J. O'Brien. 1990. Influence of seasonal migration on geographic distribution of mitochondrial DNA haplotypes in humpback whales. *Nature, London* 344:238-240.

Calambokidis, J. and G.H. Steiger. 1990. Sightings and movements of humpback whales in Puget Sound, Washington. *Northwestern Naturalist* 71:45-49.

Steiger, G.H., J. Calambokidis, J.C. Cubbage, D.E. Skilling, A.W. Smith, and D.H. Gribble. 1989. Mortality of harbor seal pups at different sites in the inland waters of Washington. *Journal of Wildlife Diseases* 25:319-328.

Joyce, G.G., N. Oien, J. Calambokidis, and J.C. Cubbage. 1989. Surfacing rates of minke whales in Norwegian waters. *Report of the International Whaling Commission* 39:431-434.

Reed, M, D.P. French, J. Calambokidis, and J. Cubbage. 1989. Simulation modelling of the effects of oil spills on population dynamics of northern fur seals. *Ecological Modelling* 49:49-71.

Oritsland, T., N. Oien, J. Calambokidis, I. Christensen, J.C. Cubbage, S. Hartvedt, P.M. Jensen, G.G. Joyce, K. Tellnes, and B.L. Troutman. 1989. Norwegian whale sightings surveys in the North Atlantic, 1987. *Report of the International Whaling Commission* 39:411-415.

French, D.P., M. Reed, J. Calambokidis, and J. Cubbage. 1989. A simulation of seasonal migration and daily movements of the northern fur seal. *Ecological Modeling* 48:193-219.

Osborne, R., J. Calambokidis, and E.M. Dorsey. 1988. A guide to marine mammals of Greater Puget Sound. Anacortes, Wa: Island Publishers. 191pp.

Calambokidis, J., B.L. Taylor, S.D. Carter, G.H. Steiger, P.K. Dawson, and L.D. Antrim. 1987. Distribution and haul-out behavior of harbor seals in Glacier Bay, Alaska. *Canadian Journal of Zoology* 65:1391- 1396.

Cubbage, J.C. and J. Calambokidis. 1987. Bowhead whale segregation by size class on summering grounds as determined through aerial stereophotogrammetry. *Marine Mammal Science* 3:179-185.

Calambokidis, J.                                                                                      Page 6

Steiger, G.H. and J. Calambokidis. 1986. California and northern sea lions in southern Puget Sound, Washington. *Murrelet* 67:93-96.

Calambokidis, J. and G. H. Steiger. 1985. Bald eagles feeding on harbor seal placenta in Glacier Bay, Alaska. *Journal of Raptor Research* 19:145.

Calambokidis, J. and R.L. Gentry. 1985. Mortality of known history fur seal pups. *Journal of Wildlife Diseases* 21:327-330.

Calambokidis, J. 1980. The biology of Washington State harbor seals. *Cetus* 2(3):4

Calambokidis, J., J. Mowrer, M.W. Beug, and S.G. Herman. 1979. Selective retention of polychlorinated biphenyl components in the mussel, *Mytilus edulis*. *Archives of Environmental Contamination and Toxicology* 8:299-308.

Calambokidis, J.A., R.E. Everitt, J.C. Cubbage, and S.D. Carter. 1979. Harbor seal census for the inland waters of Washington, 1977-1978. *Murrelet* 80: 110-112.

Mowrer, J., J. Calambokidis, N. Musgrove, B. Drager, M.W. Beug, and S.G. Herman. 1977. Polychlorinated biphenyls in cottids, mussels, and sediment in Southern Puget Sound, Washington. *Bulletin of Environmental Contamination and Toxicology* 18:588-594.

**Government reports and publications**

Calambokidis, J., R. Lumper, J. Laake, M. Gosho, and P. Gearin. 2004. Gray whale photographic identification in 1998-2003: Collaborative research in the Pacific Northwest. Final report to National Marine Mammal Laboratory, Seattle, WA. Available from Cascadia Research (www.cascadiaresearch.org), 218½ W Fourth Ave., Olympia, WA 98501. 48pp

Calambokidis, J., T. Chandler, E. Falcone, and A. Douglas. 2004. Research on large whales off California, Oregon, and Washington: Annual report for 2003. Final report to Southwest Fisheries Science Center, La Jolla, CA. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 48pp

Chandler, T.E. and J. Calambokidis. 2004. Costa Rica Dome blue whale cruise report. Unpublished report, Available from Cascadia Research (www.cascadiaresearch.org). 6 pp.

Rasmussen, K., J. Calambokidis, and G.H. Steiger. 2004. Humpback whales and other marine mammals off Costa Rica and surrounding waters, 1996-2003. Report of the Oceanic Society 2002 field season in cooperation with Elderhostel volunteers. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 23pp

Calambokidis, J., T. Chandler, L. Schlender, G.H. Steiger, and A. Douglas. 2003. Research on humpback and blue whales off California, Oregon, and Washington in 2002. Final report to Southwest Fisheries Science Center, La Jolla, CA. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 47pp

Calambokidis, J., R. Lumper, M. Gosho, P. Gearin, J.D. Darling, W. Megill, , D. Goley, B. Gisborne, and B. Kopach. 2003. Gray whale photographic identification in 2002: Collaborative research in the Pacific Northwest. Report to the National Marine Mammal Laboratory, Seattle, WA. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 19pp

Calambokidis, J. 2003. Underwater behavior of blue whales examined with suction-cup attached tags. Annual Report to Office of Naval Research for Grant Number: N00014-02-1-0849. 6pp

Rasmussen, K., J. Calambokidis, and G.H. Steiger. 2002. Humpback whales and other marine mammals off Costa Rica and surrounding waters, 1996-2002. Report of the Oceanic Society 2002 field season in cooperation with Elderhostel volunteers. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 32pp

Sears, R., and J. Calambokidis. 2002. Update COSEWIC status report on the blue whale *Balaenoptera musculus* in Canada. *in* COSEWIC assessment and update status report on the blue whale *Balaenoptera musculus* in Canada. Committee on the Status of Endangered Wildlife in Canada, Environment Canada, Ottawa, ON. K1A 0H3. 1-32 pp.

Calambokidis, J., T. Chandler, and A. Douglas. 2002. Marine mammal observations and mitigation associated with USGS seismic-reflection surveys in the Santa Barbara Channel 2002. Report to U.S. Geological Survey, Menlo Park, CA. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 30pp

Calambokidis, J., T. Chandler, L. Schlender, K. Rasmussen, and G.H. Steiger. 2002. Research on humpback and blue whales off California, Oregon, and Washington in 2001. Final report to Southwest Fisheries Science Center, La Jolla, CA. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 50pp

Calambokidis, J. 2002. Underwater Behavior of Blue Whales Using a Suction-cup Attached CRITTERCAM. Final Technical Report to Office of Naval Research for Grant Number: N00014-00-1-0942. 7pp

Calambokidis, J., M. Gosho, P. Gearin, J.D. Darling, W. Megill, M. Heath, D. Goley, and B. Gisborne. 2002. Gray whale photographic identification in 2001: Collaborative research in the Pacific Northwest. Report to the National Marine Mammal Laboratory, Seattle, WA. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 19pp

Calambokidis, J., J. Francis, G. Marshall, D. Croll, M. McDonald, and T. Williams. 2001. Underwater Behavior of Blue Whales Using a Suction-cup Attached CRITTERCAM. Annual report to Office of Naval Research for Grant Number: N00014-00-1-0942.

Calambokidis, J., T. Chandler, L. Schlender, K. Rasmussen, and G.H. Steiger. 2001. Research on humpback and blue whales off California, Oregon, and Washington in 2000. Final report to Southwest Fisheries Science Center, La Jolla, CA. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 32pp

Calambokidis, J., L. Schlender, M. Gosho, P. Gearin. 2001. Gray whale photographic identification in 2000: Collaborative research by Cascadia Research and the National Marine Laboratory. Final Report to the National Marine Mammal Laboratory, Seattle, WA.

Calambokidis, J., T. Chandler, K. Rasmussen, G.H. Steiger, and L. Schlender. 2000. Humpback and blue whale photographic identification research off California, Oregon, and Washington in 1999. Final report to Southwest Fisheries Science Center, Olympic Coast National Marine Sanctuaries, and Channel Islands National Marine Sanctuary. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 39pp

Calambokidis, J., J. Quan, L. Schlender, M. Gosho, P. Gearin, D. Goley, and C. Toropova. 2000. Gray whale photographic identification in 1999: Collaborative research by Cascadia Research, the National Marine Laboratory, and Humboldt State University. Final Report to the National Marine Mammal Laboratory, Seattle, WA.

Calambokidis, J., J.D. Darling, V. Deecke, P. Gearin, M. Gosho, W. Megill, C.M. Tombach, D. Goley, C. Toropova, and B. Gisborne. 2000. Range and movements of seasonal resident gray whales from California to southeast Alaska. Final Report to the National Marine Mammal Laboratory, Seattle, WA.

Rasmussen, K., J. Calambokidis, and G.H. Steiger. 2000. Humpback whales and other marine mammals off Costa Rica, 1996-2000. Report on research during Oceanic Society Expeditions in 2000 in cooperation with Elderhostel volunteers. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 31pp

Calambokidis, J., J. Quan, L. Schlender, M. Gosho, and P. Gearin. 1999. Gray whale photographic identification in 1998. Final Report to the National Marine Mammal Laboratory, Seattle, WA. 25pp

Calambokidis, J., S.J. Jeffries, P.S. Ross, and M. Ikonomou. 1999. Temporal trends in contaminants in Puget Sound harbor seals. Final Report to U.S. EPA and Puget Sound Water Quality Action Team. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 53pp

Calambokidis, J., K. Rasmussen, and G.H. Steiger. 1999. Humpback whales and other marine mammals off Costa Rica, 1996-99. Report on research during Oceanic Society Expeditions in 1999 in cooperation with Elderhostel volunteers. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 27pp

Calambokidis, J., T. Chandler, K. Rasmussen, G.H. Steiger, and L. Schlender. 1999. Humpback and blue whale photographic identification research off California, Oregon, and Washington in 1998. Final report to Southwest Fisheries Science Center, Olympic Coast National Marine Sanctuaries, and University of California at Santa Cruz. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 35pp.

Calambokidis, J. and S.D. Osmek. 1998. Marine mammal research and mitigation in conjunction with air gun operation for the USGS "SHIPS" seismic surveys in 1998. Draft report to the U.S. Geological Survey, National Marine Fisheries Service and Minerals Management Service. 29pp.

Calambokidis, J., T. Chandler and S.D. Osmek. 1998. Aerial surveys conducted to test the impacts of the LFA sound source. Final report for Agreement #33318-5819 to Cornell University as part of LFA Phase I from the Office of Naval Research. 31pp.

Calambokidis, J., K. Rasmussen and T. Chandler. 1998. Photographic identification of blue and fin whales conducted to test the impacts of the LFA sound source. Final report for Agreement #33318-5819 to Cornell University as part of LFA Phase I from the Office of Naval Research. 14pp.

Calambokidis, J., L. Schlender, M. Gosho, and P. Gearin. 1998. Gray whale photographic identification in 1997. Final report to the National Marine Mammal Laboratory, Seattle, WA.

Calambokidis, J., T. Chandler, K. Rasmussen, G.H. Steiger, and L. Schlender. 1998. Humpback and blue whale photographic identification: report of research in 1997. Final report to Southwest Fisheries Science Center, Olympic Coast National Marine Sanctuaries, University of California at Santa Cruz, and Cornell University. 41pp.

Calambokidis, J., G.H. Steiger, J.M. Straley, T.J. Quinn II, L.M. Herman, S. Cerchio, D.R. Salden, M. Yamaguchi, F. Sato, J. Urbán R., J. Jacobsen, O. von Ziegesar, K.C. Balcomb, C.M. Gabriele, M.E. Dahlheim, M. Higashi, S. Uchida, J.K.B. Ford, Y. Miyamura, P. Ladrón de Guevara P., S.A. Mizroch, L. Schlender and K. Rasmussen. 1997. Abundance and population structure of humpback whales in the North Pacific Basin. Report to Southwest Fisheries Science Center, National Marine Fisheries Service, La Jolla, California. 71pp.

Calambokidis, J., S. Osmek and J.L. Laake. 1997. Aerial surveys for marine mammals in Washington and British Columbia inside waters. Report to the National Marine Mammal Laboratory, National Marine Fisheries Service, Seattle, Washington. 98pp.

Calambokidis, J. 1996. Preliminary analysis of aerial survey data: ATOC surveys conducted off California through March 1996. Report to the ATOC Research Advisory Board and UC-Santa Cruz.

Calambokidis, J. 1996. Preliminary (Quick-Look) Analysis of Photo-Identification Surveys for 1995. Report to the ATOC Research Advisory Board and UC-Santa Cruz.

Calambokidis, J., G.H. Steiger, and K. Rasmussen. 1996. Humpback and blue whale photographic identification: Report of research in 1995. Final report to Monterey Bay, Channel Islands, and Olympic Coast National Marine Sanctuaries and Southwest Fisheries Science Center. Cascadia Research, 218½ W Fourth Ave., Olympia, WA 98501. 37 pp.

Calambokidis, J. and G.H. Steiger. 1995. Population estimates of humpback and blue whales made through photo-identification from 1993 surveys off California. Report to Southwest Fisheries Science Center, National Marine Fisheries Service, La Jolla, California. 36pp.

Calambokidis, J. and R.W. Baird. 1994. Status of marine mammals in the Strait of Georgia, Puget Sound, and Juan de Fuca Strait and potential human impacts. p 282-303 *In:* Review of the marine environment and biota of Strait of Georgia, Puget Sound, and Juan de Fuca Strait. Proceedings of the BC/Washington Symposium on the Marine Environment, January 13 and 14, 1994. (R.C.H. Wilson, R.J. Beamish, F. Aitkens, and J. Bell, Ed.). Canadian Technical Report of Fisheries and Aquatic Sciences No. 1948.

Calambokidis, J., J.R. Evenson, G.H. Steiger, and S.J. Jeffries. 1994. Gray whales of Washington State: Natural history and photographic catalog. Report to Washington Department of Fish and Wildlife, Olympia, WA.

Calambokidis, J., G.H. Steiger, and J.R. Evenson. 1993. Photographic identification and abundance estimates of humpback and blue whales off California in 1991-92. Report to Southwest Fisheries Center, National Marine Fisheries Service, La Jolla, California. 67pp.

Evenson, J.R., and J. Calambokidis. 1993. Monitoring of harbor seals at Dosewallips Delta September 1992 to July 1993. Report to Washington State Parks and Recreation Department, Olympia, Washington. 33pp.

Calambokidis, J., J.R. Evenson, and S.J. Jeffries. 1993. Monitoring of gray whales in Puget Sound and surrounding waters, 1992. Report to Washington Department of Wildlife, Olympia, Washington as part of the Puget Sound Ambient Monitoring Program. 31pp.

Calambokidis, J., J.C. Cubbage, J.R. Evenson, S.D. Osmek, J.L. Laake, P.J. Gearin, B.J. Turnock, S.J. Jeffries, and R.F. Brown. 1993. Abundance estimates of harbor porpoise in Washington and Oregon waters. Report to the National Marine Mammal Laboratory, National Marine Fisheries Service, Seattle. 55pp.

Calambokidis, J., J.R. Evenson, J.C. Cubbage, S.D. Osmek, D. Rugh, and J.L. Laake, 1993. Calibration of sighting rates of harbor porpoise from aerial surveys. Report to the National Marine Mammal Laboratory, National Marine Fisheries Service, Seattle. 41pp.

Evenson, J.R., and J. Calambokidis. 1992. Monitoring of harbor seals at Dosewallips Delta and their reaction to slough barriers August 1991 to July 1992. Report to Washington State Parks and Recreation Department, Olympia, Washington. 25pp.

Calambokidis, J., G.H. Steiger, and J.R. Evenson. 1992. Photographic identification and abundance estimates of humpback and blue whales off California in 1991. Report to Southwest Fisheries Center, National Marine Fisheries Service, La Jolla, California. 40pp.

Calambokidis, J., J.R. Evenson, and D.R. Paulson. 1992. Bird and mammal surveys after the Tenyo Maru Oil Spill, July 1991. Report to the Washington Dept. of Ecology, Olympia, Washington. 38pp.

Calambokidis, J., J.R. Evenson, J.C. Cubbage, P.J. Gearin, and S.D. Osmek. 1992. Harbor porpoise distribution and abundance estimate off Washington from aerial surveys in 1991. Report to the National Marine Mammal Laboratory, National Marine Fisheries Service, Seattle. 44pp.

Calambokidis, J., G.H. Steiger, J.R. Evenson, T.R. Kieckhefer, K.C. Balcomb, and D.E. Claridge. 1991. Research on humpback and blue whales in the Gulf of the Farallones and adjacent waters, 1989 and 1990. Report to the Gulf of the Farallones National Marine Sanctuary and Southwest Fisheries Center, National Marine Fisheries Service, La Jolla, California. 34pp.

Calambokidis, J., J.C. Cubbage, S.J. Jeffries, P. Gearin, and R. Brown. 1991. Harbor porpoise distribution and abundance estimates off Washington from aerial surveys in 1990. Report to the National Marine Mammal Laboratory, National Marine Fisheries Service, Seattle. 35pp.

Calambokidis, J., J.B. Buchanan, G.H. Steiger, and J.R. Evenson. 1991. Toxic contaminants in Puget Sound wildlife. Report EPA910/9-91-023 to the U.S. EPA, Region 10, Seattle, Washington. 96pp.

Calambokidis, J., and J. Barlow. 1991. Chlorinated hydrocarbon concentrations and their use for describing population discreetness in harbor porpoises from Washington, Oregon, and California. In (J.E. Reynolds III and D.K. Odell (eds.). Marine mammal strandings in the United States: proceedings of the Second Marine Mammal Stranding Workshop; 3-5 December 1987, Miami, Florida. NOAA Technical Report NMFS 98:101-110.

Calambokidis, J., G.H. Steiger, L.J. Lowenstine, and D.S. Becker. 1991. Chemical contamination of harbor seal pups in Puget Sound. Report EPA 910/9-91-032 to U.S. EPA, Region 10, Seattle, Washington.

Calambokidis, J., J.R. Evenson, and G.H. Steiger. 1991. Monitoring of harbor seals at Dosewallips State Park, Washington. Report to the Washington State Parks and Recreation Commission, Olympia, Washington. 19pp.

Calambokidis, J., G.H. Steiger, J.R. Evenson, and S.J. Jeffries. 1991. Censuses and disturbance of harbor seals at Woodard Bay and recommendations for protection. Final report to the Washington Department of Natural Resources, Olympia. 44pp.

PSEP. 1990. Recommended guidelines for sampling marine mammal tissue for chemical analyses in Puget Sound and adjacent waters. Report to U.S. EPA, Region 10, Seattle by PTI Environmental Services and Cascadia Research. Primary authors were J. Calambokidis, G.H. Steiger and D.S. Becker. 84pp.

Calambokidis, J., G.H. Steiger, B.D. McLaughlin, and J.R. Evenson. 1990. Harbor seal haul-out habitat and the feasibility of shifting haul-out locations at Dosewallips State Park, Washington. Report to the Washington State Parks and Recreation Commission, Olympia, Washington. 70pp.

Calambokidis, J. In press. Vessel surveys for harbor porpoise off the Washington coast. In H. Kajimura (ed.) Harbor porpoise interactions with Makah salmon set net fishery in coastal Washington waters, 1988- 89. NOAA Technical Report.

Calambokidis, J., D.J. Rugh, and S.M. Melin. In press. Land-based calibrations of harbor porpoise sightings from a vessel along the northern Washington coast. In H. Kajimura (ed.) Harbor porpoise interactions with Makah salmon set net fishery in coastal Washington waters, 1988-89. NOAA Technical Report.

Calambokidis, J., C. Ewald, G.H. Steiger, S.M. Cooper, I.D. Szczepaniak, and M.A. Webber. 1990. Harbor porpoise studies in the Gulf of the Farallones. Report to the Gulf of the Farallones National Marine Sanctuary, San Francisco, California. 58pp.

Rubida, P. and J. Calambokidis. 1990. Factors affecting non-point source fecal coliform levels in the Quilcene and Dabob Bay watersheds, Jefferson County, Washington. Report to the Washington Department of Ecology, Olympia, Washington. 24pp.

Calambokidis, J., G.H. Steiger, J.C. Cubbage, and K.C. Balcomb. 1989. Biology of blue whales in the Gulf of the Farallones and adjacent areas of California. Report to Gulf of the Farallones National Marine Sanctuary, San Francisco, Ca. 58pp.

Calambokidis, J., G.H. Steiger, J.C. Cubbage, K.C. Balcomb, and P. Bloedel. 1989. Biology of humpback whales in the Gulf of the Farallones, California.  Report to Gulf of the Farallones National Marine Sanctuary, San Francisco, California. 93pp.

Calambokidis, J., G.H. Steiger, and B.D. McLaughlin. 1989. Bacterial contamination related to harbor seals in Puget Sound, Washington. Final report to Jefferson County and the Washington Department of Ecology, Olympia, Washington. 74pp.

Calambokidis, J., G.H. Steiger, J.C. Cubbage, and K.C. Balcomb. 1988. Research on blue whales (Balaenoptera musculus) in the Gulf of the Farallones, 1987. Report to the National Park Service and Gulf of the Farallones National Marine Sanctuary, San Francisco, California. 47 pp.

Calambokidis, J., J.C. Cubbage, G.H. Steiger, K.C. Balcomb, and P. Bloedel. 1988. Humpback whale (Megaptera novaeangliae) distribution and abundance in the Gulf of the Farallones, 1987. Report to the National Park Service and Gulf of the Farallones National Marine Sanctuary, San Francisco, California. 65pp.

Calambokidis, J. and B. McLaughlin. 1987. Harbor seal populations and their contributions to fecal coliform pollution in Quilcene Bay, Washington. Final report for contract from Jefferson County and the Washington Department of Ecology, Olympia, Washington. 29pp.

Cubbage, J.C., J. Calambokidis, K.C. Balcomb, and G.H. Steiger. 1987. Humpback whale (Megaptera novaeangliae) distribution and abundance in the Gulf of the Farallones National Marine Sanctuary. Annual Report for Contract No. CX 8000-6-0003 from National Park Service and Gulf of the Farallones National Marine Sanctuary, San Francisco, California. 53pp.

Calambokidis, J., J.C. Cubbage, K.C. Balcomb, and G.H Steiger. 1987. Research on blue whales (Balaenoptera musculus) in the Gulf of the Farallones, 1986. Final Report for Order No. PX 8140-7-0543 from National Park Service and Gulf of the Farallones National Marine Sanctuary, San Francisco, California. 30pp.

Calambokidis, J., G.H. Steiger, and J.C. Cubbage. 1987. Marine mammals in the southwestern Strait of Juan de Fuca: Natural history and potential impacts of harbor development in Neah Bay. Final report for Contract No. DACW67-85-M-0046 from Corps of Engineers, Seattle, Washington. 103pp.

Calambokidis, J. 1987. Contaminant concentrations in northern fur seals and preliminary evaluation of risk from consumption. Final report for Purchase Order No. 40-HANF-7-00013 from the National Marine Fisheries Service, Juneau, Alaska. 26pp.

Reed, M., D. French, J. Calambokidis, and J. Cubbage. 1986. Simulation modeling of the effects of oil spills on population dynamics of northern fur seals. Final report for OCS Study MMS 86-0045 for Minerals Management Service, Anchorage, Alaska. 158pp.

Duval, W.S.(ed.), L.A. Harwood, P. Norton, J. Cubbage, J. Calambokidis, G. Borstad, J. Cherniawsky, R. Kerr. 1986. Distribution, abundance, and age segregation of bowhead whales relative to industry activities and oceanographic features in the southeast Beaufort Sea, August-September 1985. Report to Environmental Studies Revolving Funds, Ottawa, Canada.

Calambokidis, J. 1986. Chlorinated hydrocarbons in harbor porpoise from Washington, Oregon, and California: Regional differences in pollutant ratios. Final report for Contract No. 40ABNF5 3875 from Southwest Fisheries Center, La Jolla, California. 29pp.

Calambokidis, J., S.M. Speich, J. Peard, G.H. Steiger, J.C. Cubbage, D.M. Fry, and L.J. Lowenstine. 1985. Biology of Puget Sound marine mammals and marine birds: Population health and evidence of pollution effects. NOAA Tech. Memo. NOS OMA 18, National Technical Information Service, Springfield, Virginia. 159pp.

Calambokidis, J., and R.J. Peard. 1985. Chlorinated hydrocarbons in the tissues of northern fur seals from St. Paul Island, Alaska. In: Fur Seal Investigations, 1982 (P. Kozloff ed.). NOAA Technical Memorandum NMFS F/NWC-71.

Calambokidis, J., J. Peard, G.H. Steiger, J.C. Cubbage, and R.L. DeLong. 1984. Chemical contaminants in marine mammals from Washington State. NOAA Technical Memorandum NOS OMS 6, National Technical Information Service, Springfield, Virginia. 167pp.

Cubbage, J.C., J. Calambokidis, and D.J. Rugh. 1984. Bowhead whale length measured through stereophotogrammetry. Final report contract #83-ABC-00129 to the National Marine Mammal Laboratory, Seattle, Wa. 69pp.

Calambokidis, J. and S. Carter. 1979. Gertrude Island harbor seals: Potential human impact and the need for future protection. Report prepared for U.S. Fish and Wildlife Service, Olympia, Wa. 6pp.

Calambokidis, J., K. Bowman, S. Carter, J. Cubbage, P. Dawson, T. Fleischner, J. Shuett-Hames, J. Skidmore, B. Taylor, and S.G. Herman. 1978. Chlorinated hydrocarbon concentrations and the ecology and behavior of harbor seals in Washington State waters. Final report to the National Science Foundation, Washington, D.C. 121pp.

Calambokidis, J. et al. 1975. Distribution and biomagnifications of polychlorinated biphenyls in the benthic community. Final report to the National Science Foundation, Washington, D.C. 41pp.

**Presentation to scientific societies and symposia abstracts**

Calambokidis, J., J. Barlow, E.A. Falcone, L. Schlender, A.B. Douglas, G.H. Steiger, and K.B. Ford. 2005. Changes in abundance of humpback whales off the west coast of the U.S. Abstract (Proceedings) 16th Biennial Conference on the Biology of Marine Mammals, San Diego, CA, December 12-16, 2005.

Schorr, G.S., J. Calambokidis, E.M. Oleson, W.C. Burgess, M.A. McDonald, J. Francis, J.A. Goldbogen, and J.A. Hildebrand. 2005. Comparisons of lunge feeding behavior between blue, fin, and humpback whales.

Abstract (Proceedings) 16th Biennial Conference on the Biology of Marine Mammals, San Diego, CA, December 12-16, 2005.

Steiger, G.H. and J. Calambokidis. 2005. Killer whale rake mark scarring on humpback whale flukes: a demographic and temporal analysis of the California-Oregon-Washington feeding aggregation. Abstract (Proceedings) 16th Biennial Conference on the Biology of Marine Mammals, San Diego, CA, December 12-16, 2005.

Calambokidis, J., E.M. Oleson, W.C. Burgess, M.A. McDonald, and J.A. Hildebrand. 2004. Insights in underwater behavior of blue and fin whales from attachments of acoustic recording tags. Presentation to the 148th meeting of the Acoustical Society of America, San Diego, CA, 18 November 2004. Journal of the Acoustical Society of America 116:2613.

Oleson, E.M., J. Calambokidis, S.M. Wiggins, and J.A. Hildebrand. 2004. Blue and fin whales in the Southern California Bight: Using long-term acoustic records and acoustic recording tags. Presentation to the 148th meeting of the Acoustical Society of America, San Diego, CA, 18 November 2004. Journal of the Acoustical Society of America 116:2588.

Wiggins, S.M., A.W. Sauter, J.A. Hildebrand, A.T. Abawi, M.B. Porter, P. Hursky, and J. Calambokidis. 2004. Concurrent visual and acoustic tracking og fin whales in offshore Southern California. Presentation to the 148th meeting of the Acoustical Society of America, San Diego, CA, 18 November 2004. Journal of the Acoustical Society of America 116:2607.

Calambokidis, J. E. Oleson, M. McDonald, W. Burgess, J. Francis, and J. Hildebrand. 2003. Feeding and Vocal Behavior of Blue Whales Determined Through Suction-Cup Attached Tags. Environmental Consequences of Underwater Sound (ECOUS) Symposium. 12-16 May 2003. San Antonio, Texas.

Burgess, W.C., J. Calambokidis, E.M. Oleson, J.R. Olson, J.A. Hildebrand, and M.A. McDonald. 2003. A Miniature Acoustic Recording Tag and First Application to Northeast Pacific Blue Whales. Environmental Consequences of Underwater Sound (ECOUS) Symposium. 12-16 May 2003. San Antonio, Texas.

Oleson, E., J. Calambokidis, S. Wiggins, M. McDonald, J. Hildebrand. Temporal Patterns in Visual and Acoustic Detection Rates of Blue Whales in the Southern California Bight. Environmental Consequences of Underwater Sound (ECOUS) Symposium. 12-16 May 2003. San Antonio, Texas.

Francis, J., J. Calambokidis, M. Bakhtiari, G. Marshall, M. McDonald, T. Williams, D. Gendron, and D. Croll. 2001. Deployment of an instrument package to film and record underwater behavior of blue whales. *in:* Abstracts Fourteenth Biennial Conference on the Biology of Marine Mammals, Vancouver, British Columbia. 28 November - 3 December 2001. Society for Marine Mammalogy, Lawrence, KS.

Douglas, A. and J. Calambokidis. 2001. Regional and temporal patterns of remora occurrence on blue whales in the eastern Pacific Ocean. *in:* Abstracts Fourteenth Biennial Conference on the Biology of Marine Mammals, Vancouver, British Columbia. 28 November - 3 December 2001. Society for Marine Mammalogy, Lawrence, KS.

Steiger, G.H. and J. Calambokidis. 2001. Differences in fluke coloration and rake marks in North Pacific humpback whales. *in:* Abstracts Fourteenth Biennial Conference on the Biology of Marine Mammals, Vancouver, British Columbia. 28 November - 3 December 2001. Society for Marine Mammalogy, Lawrence, KS.

Calambokidis, J., J. Erickson, and E. Phillips. 2001. Sizes of whales determined from fluke photographs taken at known distances. *in:* Abstracts Fourteenth Biennial Conference on the Biology of Marine Mammals,

Vancouver, British Columbia. 28 November - 3 December 2001.  Society for Marine Mammalogy, Lawrence, KS.

Rasmussen, K., J. Calambokidis, G.H. Steiger, M. Saborío, L. May, and T. Gerrodette. 2001. Extent of geographic overlap of North Pacific and South Pacific humpback whales on their Central American wintering grounds. *in:* Abstracts Fourteenth Biennial Conference on the Biology of Marine Mammals, Vancouver, British Columbia. 28 November - 3 December 2001.  Society for Marine Mammalogy, Lawrence, KS.

Schlender, L., J. Calambokidis, and J. Evenson. 2001. Sightings and strandings of gray whales in Puget Sound, Washington. *in:* Abstracts Fourteenth Biennial Conference on the Biology of Marine Mammals, Vancouver, British Columbia. 28 November - 3 December 2001.  Society for Marine Mammalogy, Lawrence, KS.

Chandler, T., J. Calambokidis, and R. Sears. 2001. First report on sightings of a white blue whale. *in:* Abstracts Fourteenth Biennial Conference on the Biology of Marine Mammals, Vancouver, British Columbia. 28 November - 3 December 2001.  Society for Marine Mammalogy, Lawrence, KS.

Calambokidis, J. 1999. Status and trends of humpback whales in the North Pacific. *in:* Abstracts Thirteenth Biennial Conference on the Biology of Marine Mammals, Maui, HI 28 November - 3 December 1999.  Society for Marine Mammalogy, Lawrence, KS.

Steiger, G.H., J. Calambokidis, D.K. Ellifrit, K.C. Balcomb, J.D. Darling and G.A. Green. 1999. Distribution and population structure of humpback whales off Oregon and Washington. *in:* Abstracts Thirteenth Biennial Conference on the Biology of Marine Mammals, Maui, HI 28 November - 3 December 1999.  Society for Marine Mammalogy, Lawrence, KS.

Rasmussen, K., J. Calambokidis, G.H. Steiger, and T.E. Chandler. 1999. Central America as a significant wintering ground for North Pacific humpback whales. *in:* Abstracts Thirteenth Biennial Conference on the Biology of Marine Mammals, Maui, HI 28 November - 3 December 1999.  Society for Marine Mammalogy, Lawrence, KS.

Chandler, T.E., J. Calambokidis, and K. Rasmussen. 1999. Population identity of blue whales on the Costa Rica Dome. *in:* Abstracts Thirteenth Biennial Conference on the Biology of Marine Mammals, Maui, HI 28 November - 3 December 1999.  Society for Marine Mammalogy, Lawrence, KS.

Jeffries, S.J., H. Huber, J. Calambokidis and J. Laake. 1999. Status and trends in harbor seal stocks in Washington State. *in:* Abstracts Thirteenth Biennial Conference on the Biology of Marine Mammals, Maui, HI 28 November - 3 December 1999.  Society for Marine Mammalogy, Lawrence, KS.

Quan, J., J. Calambokidis, D. DeMaster, and A. Olson. 1999. Management implications of a distinct feeding aggregation of gray whales in the Pacific Northwest. *in:* Abstracts Thirteenth Biennial Conference on the Biology of Marine Mammals, Maui, HI 28 November - 3 December 1999.  Society for Marine Mammalogy, Lawrence, KS.

Bain, D., J. Calambokidis, S. Osmek, and M. Fisher. 1999. Effects of seismic survey noise on marine mammals in the inshore waters of Washington State. *in:* Abstracts Thirteenth Biennial Conference on the Biology of Marine Mammals, Maui, HI 28 November - 3 December 1999.  Society for Marine Mammalogy, Lawrence, KS.

Toropova, C., G. Goley, and J. Calambokidis. 1999. Abundance, distribution, and identity of gray whales (*Eschrichtius robustus*) in northern California. *in:* Abstracts Thirteenth Biennial Conference on the Biology

of Marine Mammals, Maui, HI 28 November - 3 December 1999.  Society for Marine Mammalogy, Lawrence, KS.

Costa, D. and J. Calambokidis. 1999. Marine mammal research program for the Pioneer Seamount ATOC experiment. Invited presentation (by JC) to the Acoustical Society of America, Columbus, OH, 4 November 1999. Journal of the Acoustical Society of America 106:2280.

Calambokidis, J. 1998. Contaminants in Washington marine mammals: spatial, temporal and species-related patterns. Invited presentation for workshop held 17-19 April 1998 at the Inst. Ocean Sciences, Sidney, BC. Abstract in "Environmental contaminants and marine mammals health: Research applications" P.S. Ross and S. De Guise, Editors. Canadian Technical Report of Fisheries and Aquatic Sciences 2255.

Calambokidis, J., Chandler, T.E., Costa, D.P., Clark, C.W., and H. Whitehead. 1998. Effects of ATOC sound source on the distribution of marine mammals observed from aerial surveys off central California. p. 22 *in:* Abstracts of the World Marine Mammal Science Conference, Monaco, 24-24 January 1998. Society for Marine Mammalogy, Lawrence, Kansas.

Calambokidis, J., R.R. Reeves, R. Sears, and G.H. Steiger. 1998. Migration patterns of blue whales. p. 22 *in:* Abstracts of the World Marine Mammal Science Conference, Monaco, 20-24 January 1998. Society for Marine Mammalogy, Lawrence, Kansas.

Mate, B.R., B.A. Lagerquist, and J. Calambokidis. 1998. The movements of North Pacific blue whales off southern California and their southern fall migration. p. 87 *in:* Abstracts of the World Marine Mammal Science Conference, Monaco, 24-24 January 1998. Society for Marine Mammalogy, Lawrence, Kansas.

Calambokidis, J. 1998. Contaminants in Washington marine mammals: spatial, temporal and species-related patterns. Invited presentation to the Workshop on "Environmental contaminants and marine mammals health: Research applications" held 17-19 April 1998 at the Inst. Ocean Sciences, Sidney, BC.

Calambokidis, J. 1996. Marine mammal surveys off central California. Invited presentation to Monterey Bay National Marine Sanctuary Research Activity Panel. Monterey, California. 7 June 1996.

Barlow, J., and J. Calambokidis. 1995. Abundance of blue and humpback whales in California - a comparison of mark-recapture and line-transect estimates. p. 8 *in:* Abstracts Eleventh Biennial Conference on the Biology of Marine Mammals, Orlando, Florida, 14-18 December 1995. Society for Marine Mammalogy, Lawrence, Kansas.

Calambokidis, J., R. Sears, G.H. Steiger, and J. Evenson. 1995. Movement and stock structure of blue whales in the eastern North Pacific. p. 19 *in:* Abstracts Eleventh Biennial Conference on the Biology of Marine Mammals, Orlando, Florida, 14-18 December 1995. Society for Marine Mammalogy, Lawrence, Kansas.

Conway, C., J. Calambokidis, G.H. Steiger, and C.S. Baker. 1995. Sex ratio of blue whales off California. p. 25 *in:* Abstracts Eleventh Biennial Conference on the Biology of Marine Mammals, Orlando, Florida, 14-18 December 1995. Society for Marine Mammalogy, Lawrence, Kansas.

Kieckhefer, T.R., J. Calambokidis, G.H. Steiger, and N.A. Black. 1995. Prey of humpback and blue whales off California based on identification of hard parts in feces. p. 62 *in:* Abstracts Eleventh Biennial Conference on the Biology of Marine Mammals, Orlando, Florida, 14-18 December 1995. Society for Marine Mammalogy, Lawrence, Kansas.

Rasmussen, K., G.H. Steiger, and J. Calambokidis. 1995. Evidence of a humpback whale wintering area in Costa Rica. p. 93 *in:* Abstracts Eleventh Biennial Conference on the Biology of Marine Mammals, Orlando, Florida, 14-18 December 1995. Society for Marine Mammalogy, Lawrence, Kansas.

Steiger, G.H. and J. Calambokidis. 1995. Evidence of predatory attacks on a humpback whales off California, Oregon, and Washington. p. 109 *in:* Abstracts Eleventh Biennial Conference on the Biology of Marine Mammals, Orlando, Florida, 14-18 December 1995. Society for Marine Mammalogy, Lawrence, Kansas.

Calambokidis, J., G.H. Steiger, G.A. Green, and K.C. Balcomb. 1995. Biology of humpback whales off Oregon and Washington. Presentation to the Annual Meeting of the Society for Northwestern Vertebrate Biology, 23-25 March 1995, Orcas Is., Washington.

Calambokidis, J. 1995. Contaminants in Puget Sound marine mammals: Temporal, spatial, and species-related patterns. Presentation at Puget Sound Research '95. 12-14 January 1995, Bellevue, Washington. pages 901-908 In: Proceedings Vol. 2, Puget Sound Water Quality Authority, P.O. Box 40900, Olympia, WA 98504.

Calambokidis, J., J. Straley, S. Mizroch, and S. Cerchio. 1995. An overview of the movements of humpback whales in the North Pacific and evaluation of stock structure. Workshop to Assess Research and Other Needs and Opportunities Related to Humpback Whale Management in the Hawaiian Islands. 26-28 April 1995, Kaamapali, Maui, Hawaii.

Calambokidis, J. and R.W. Baird. 1994. Status of marine mammals in the Strait of Georgia, Puget Sound, and Juan de Fuca Strait and potential human impacts. Presentation to the BC/Washington Symposium on the Marine Environment, 13-14 January 1994, Vancouver, British Columbia.

Calambokidis, J., L.T. Findley, R.L. Brownell, and J. Barlow. 1993. Chlorinated hydrocarbon concentrations in the Gulf of California harbor porpoise (*Phocoena sinus*). P. 13 *in:* Abstracts Tenth Biennial Conference on the Biology of Marine Mammals, Galveston, Texas, 11-15 November 1993. Society for Marine Mammalogy, Lawrence, Kansas.

Calambokidis, J., G.H Steiger, and J. Barlow. 1993. Estimates of humpback and blue whale abundance along the U.S. west coast using mark-recapture of identified individuals. P. 34 *in:* Abstracts Tenth Biennial Conference on the Biology of Marine Mammals, Galveston, Texas, 11-15 November 1993. Society for Marine Mammalogy, Lawrence, Kansas.

Black, N.A., A. Schulman, D. Ellifrit, D. Shearwater, A. Baldridge, R.L. Ternullo, D. Goley, J. Calambokidis, and M. Webber. 1993. Photo-identifications of killer whales off California. p. 29 *in:* Abstracts Tenth Biennial Conference on the Biology of Marine Mammals, Galveston, Texas, 11-15 November 1993. Society for Marine Mammalogy, Lawrence, Kansas.

Osmek, S., J. Calambokidis, D. Rugh, and J. Laake. 1993. Visibility bias during aerial surveys of harbor porpoise *Phocoena phocoena* in Oregon and Washington. p. 83 *in:* Abstracts Tenth Biennial Conference on the Biology of Marine Mammals, Galveston, Texas, 11-15 November 1993. Society for Marine Mammalogy, Lawrence, Kansas.

Calambokidis, J., S. Osmek, and P. Gearin. 1993. Abundance estimates of harbor porpoise (*Phocoena phocoena)* in Washington and Oregon waters. Presentation at the annual meeting of the Washington/British Columbia Chapters of the Wildlife Society, 10-12 March 1993, Blaine, Washington.

Calambokidis, J., G.H. Steiger, J.R. Evenson, J.C. Cubbage, and R.W. Osborne. 1991. Gray whales in Puget Sound and the Strait of Juan de Fuca. Proceedings of conference on the Puget Sound Research 1991. Puget Sound Water Quality Authority, Seattle.

Calambokidis, J., J.R. Evenson, G.H. Steiger, Y. Fahoum, and M. Knox. 1991. Human disturbances of harbor seals at haul-out sites in Puget Sound. Abstracts of the Second Meeting on Puget Sound Research, Puget Sound Water Quality Authority, Seattle.

Calambokidis, J., K.C. Balcomb, T.R. Kieckhefer, G.H. Steiger, D. Bockus, P. Bloedel, J.C. Cubbage, and J. Roletto. 1990. Wanderings of a wayward whale: resightings of Humphrey. Abstract in American Cetacean Society Fourth Biennial Conference, Monterey Bay, California.

Baker, C.S., A. Baker, J. Bannister, J. Calambokidis, P. Clapham, R.H. Lambertson, S.R. Palumbi, O. Vasquez, M.T. Weinrich, and S.J. O'Brien. 1990. Worldwide population structure and mitochondrial DNA variation of humpback whales. Abstract to the Conference on Humpback Whales, Brisbane, Australia, 27-28 September.

Calambokidis, J., G.H. Steiger, D. Melvin, and M. Ramsey. 1990. Evaluation of harbor seal contributions to bacterial contamination in Puget Sound and possible solutions. Presented at the 8th Annual Pacific Rim Shellfish Sanitation Conference, 29-31 May, Portland, Oregon.

Calambokidis, J., K.M. Langelier, P.J. Stacey, and R.W. Baird. 1990. Environmental contaminants in killer whales from Washington, British Columbia, and Alaska. Abstract of the Third International Orca Symposium, 9-12 March, Victoria, British Columbia.

Calambokidis, J. 1990. Bacterial contamination of shellfish caused by harbor seals in Puget Sound. Presented to the Wildlife Society Conference, 28 Feb-2 Mar, Rippling River, Oregon.

Calambokidis, J., G.H. Steiger, J.C. Cubbage, K.C. Balcomb, P. Bloedel, and D.W. Bockus. 1989. Abundance and distribution of blue and humpback whales in the Gulf of the Farallones, California. Abstracts of the Eighth Conference on the Biology of Marine Mammals, 7-11 December, Pacific Grove, California.

Calambokidis, J. 1990. Chlorinated hydrocarbons in marine mammals from Puget Sound and the Northeast Pacific. Proceedings of conference on the Bioavailability of Toxic Contaminants in the San Francisco Bay/Delta, the Aquatic Habitat Institute, Richmond, California.

Steiger, G.H., J. Calambokidis, J.C. Cubbage, K.C. Balcomb, and P. Bloedel. 1989. Size and age class of blue and humpback whales in a central California feeding area. Abstracts of the Eighth Conference on the Biology of Marine Mammals, 7-11 December, Pacific Grove, California.

Baker, C.S., S.R. Palumbi, R.H. Lambertson, M.T. Weinrich, J. Calambokidis, and S.J. O'Brien. 1989. Geographic structure of mitochondrial DNA variation in humpback whales. Abstracts of the Eighth Conference on the Biology of Marine Mammals, 7-11 December, Pacific Grove, California.

Calambokidis, J., G.H. Steiger, J.C. Cubbage, K.C. Balcomb, C. Ewald, S. Kruse, and R. Wells. 1988. Population size, movements, and behavior of blue whales, *Balaenoptera musculus*, in central California, as discerned through photo-identification. Symposium on the Use of Non- Lethal Techniques, Especially Photo-Identification Techniques, to Estimate Cetacean Population Parameters, 29 April-1 May, La Jolla, California.

Cubbage, J.C., J. Calambokidis, G.H. Steiger, K.C. Balcomb, and P. Bloedel. 1988. Photo-identification of humpback whales, *Megaptera novaeangliae*, in the Gulf of the Farallones, California, with an analysis of potential

sources of sample bias. Symposium on the Use of Non-Lethal Techniques, Especially Photo-Identification Techniques, to Estimate Cetacean Population Parameters, 29 April-1 May, La Jolla, California.

Sears, R. and J. Calambokidis. Long range movement of blue whales, Balaenoptera musculus, between central California, USA, and the Sea of Cortez, Mexico. Symposium on the Use of Non-Lethal Techniques, Especially Photo-Identification Techniques, to Estimate Cetacean Population Parameters, 29 April-1 May, La Jolla, California.

Calambokidis, J. and B.D. McLaughlin. 1988. Harbor seal populations and their contribution to fecal coliform contamination in Quilcene Bay, Washington. Proceedings of the First Annual Meeting on Puget Sound Research, Vol. 1, pp. 300-306, Puget Sound Water Quality Authority, Seattle.

Calambokidis, J., G.H. Steiger, J.C. Cubbage, S. Kort, S. Belcher, and M. Meehan. 1988. Status of Puget Sound harbor seals: trends in populations size and contaminant concentrations. Proceedings of the First Annual Meeting on Puget Sound Research, Vol. 2, pp. 589-597, Puget Sound Water Quality Authority, Seattle.

Speich, S.M., J. Calambokidis, J. Peard, D.M. Fry, and M. Witter. 1988. Puget Sound Glaucous-winged Gull: biology and contaminants. Proceedings of the First Annual Meeting on Puget Sound Research, Vol. 2, pp. 598-607, Puget Sound Water Quality Authority, Seattle.

Calambokidis, J., and J. Barlow. 1987. Chlorinated hydrocarbon concentrations and their use for describing population discreetness in harbor porpoise from Washington, Oregon, and California. Second Marine Mammal Stranding Workshop, 3-5 December 1987, Miami, Florida, 1991.

Calambokidis, J., S. Kruse, J.C. Cubbage, R. Wells, K.C. Balcomb, C. Ewald, and G.H. Steiger. 1987. Blue whale occurrence and photo-identification along the central California coast. Proceedings (Abstracts) of the Seventh Biennial Conference on the Biology of Marine Mammals. 5-9 December, Miami, Florida.

Cubbage, J.C., J. Calambokidis, K.C. Balcomb, and G.H. Steiger. 1987. Humpback whale (Megaptera novaeangliae) distribution and abundance in the Gulf of Farallones, California. Abstracts of the Seventh Biennial Conference on the Biology of Marine Mammals. 5-9 December, Miami, Florida.

Urban, J., K.C. Balcomb, C. Alvarez, P. Bloedel, J.C. Cubbage, J. Calambokidis, and G.H. Steiger. 1987. Photo-identification matches of humpback whales (*Megaptera novaeangliae*) between Mexico and central California. Abstracts of the Seventh Biennial Conference on the Biology of Marine Mammals. 5-9 December, Miami, Florida.

Calambokidis, J., S.M. Speich, M. Witter, J. Peard, and D.W. Shea. 1987. Eggshell thinning and pathology in Puget Sound Marine Birds and their association with pollutants. Northwest Scientific Association 60th Annual Meeting. Tacoma, Washington.

Calambokidis, J. 1986. Population status, reproduction and mortality of Puget Sound harbor seals. Presentation to the Annual meeting of the Pacific Northwest Bird and Mammal Society, 10 May 1986, Tacoma, Washington.

Calambokidis, J., G.H. Steiger, and J.C. Cubbage. 1985. Biology of Puget Sound marine mammals: Evidence of pollution-related problems. Abstracts of the Sixth Biennial Conference on the Biology of Marine Mammals. 22-26 Nov. 1985, Vancouver, British Columbia.

Cubbage, J.C., J. Calambokidis, and G.H. Steiger. 1985. Photogrammetry techniques applied to marine mammals. Abstracts of the Sixth Biennial Conference on the Biology of Marine Mammals. 22-26 Nov. 1985, Vancouver, British Columbia.

Calambokidis, J.                                                                                         Page 19

Steiger, G.H., J. Calambokidis, J.C. Cubbage, D.C. Gribble, D.E. Skilling, and A.W. Smith. 1985. Comparative mortality, pathology, and microbiology of harbor seal neonates at different sites in Puget Sound, Washington. Abstracts of the Sixth Biennial Conference on the Biology of Marine Mammals. 22-26 Nov. 1985, Vancouver, British Columbia.

Calambokidis, J. 1985. Status of Puget Sound harbor seals and the evidence for contaminant effects on marine mammals. Presentation to Washington Chapter of the Wildlife Society, 22 June 1985, Seattle, Washington.

Calambokidis, J., G.H. Steiger, and L.E. Healey. 1983. Behavior of harbor seals and their reaction to vessels in Glacier Bay, Alaska. Abstracts of the Fifth Biennial Conference on the Biology of Marine Mammals. 27 Nov-1 Dec. 1983, Boston, Mass.

Calambokidis, J., G.H. Steiger, and L.E. Healey. 1983. Harbor seal (*Phoca vitulina*) population, behavior, and reaction to vessels in Glacier Bay, Alaska. Abstracts of the First Glacier Bay Science Symposium, 23- 26 September 1983. Gustavus, Alaska.

Calambokidis, J., G.H. Steiger, and R.A. Butler. 1983. Biology and behavior of molting Canada geese (*Branta canadensis fulva*) in Glacier Bay, Alaska. Abstracts of the First Glacier Bay Science Symposium, 23- 26 September 1983. Gustavus, Alaska.

Calambokidis, J. and R.L. Gentry. 1981. Growth, behavior, and impact of tagging on newborn northern fur seals, *Callorhinus ursinus*. Abstracts of the Fourth Biennual Conference on the Biology of Marine Mammals. 14-18 Dec. 1981, San Francisco, California.

Cubbage, J., J. Calambokidis, and S. Carter. 1979. Fish otoliths recovered from scat of harbor seals in the inland waters of Washington State. Abstracts of the Third Biennial Conference on the Biology of Marine Mammals, 7-11 October 1979, Seattle, Washington.

Calambokidis, J. S. Carter, and J. Cubbage. 1979. The concentration and dynamics of chlorinated hydrocarbon contaminants in harbor seals and their use in gaining biological information. Abstracts of the Third Biennial Conference on the Biology of Marine Mammals, 7-11 October 1979, Seattle, Washington.

Calambokidis, J., S. Carter, and J. Cubbage. 1979. Variations in the pupping season of harbor seals in Puget Sound and Hood Canal, Washington. Abstracts of the Third Biennial Conference on the Biology of Marine Mammals, 7-11 October 1979, Seattle, Washington.

Calambokidis, J. S. Carter, and J. Cubbage. 1979. Harbor seal haul out habitat and differences in haul out pattern in the inland waters of Washington State. Abstracts of the Third Biennial Conference on the Biology of Marine Mammals, 7-11 October 1979, Seattle, Washington.

Calambokidis, J. 1978. PCB and DDE in harbor seals and fish from Washington State waters. Proceedings of the 33rd Northwest Regional Meeting of the American Chemical Society, 14-16 June 1978, Seattle, Washington.

Calambokidis, J. and L. Kretchmar. 1977. Observations of a suburban population of harbor seals in Eld Inlet, Puget Sound. Annual Meeting of the Pacific Northwest Bird and Mammal Society, 16 April 1977, Olympia, Washington.

## EXAMPLES OF PARTICIPATION IN PROFESSIONAL ORGANIZATIONS
Member of Scientific Advisory Committee for Olympic Coast National Marine Sanctuary
Member of Marine Mammal Specialist Group for Committee on the Status of Endangered Wildlife in Canada

Calambokidis, J.                                                                                    Page 20

Scientific Reviewer for scientific journals (incl. Marine Mammal Science, Marine Ecology Progress Series, Biological Conservation)
Scientific Advisor for American Cetacean Society
Alternate member on Marine Mammal Commission Federal Advisory Committee on Acoustic Impacts
Board of Directors for Cascadia Research Collective
Member (research) of NMFS North Pacific Take Reduction Team
Member of Recovery Team for blue, fin, and sei whales in Canada
Member of North Pacific Right Whale Recovery Team, Canada
Charter member in the Society for Marine Mammalogy
Scientific Review Panel (1986-87) for Puget Sound Water Quality Authority