ROBERT FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, California 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; INTERNATIONAL FUND FOR ANIMAL WELFARE; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No.<br><br>**DECLARATION OF ERICH HOYT** |

DECLARATION OF ERICH HOYT
Case No.

I, ERICH HOYT, declare as follows:

1. This Declaration is submitted in support of Plaintiffs' motion for a preliminary injunction. The statements contained in this Declaration are true and correct to the best of my knowledge and, in the case of my opinions, I believe them to be true. If called as a witness, I could and would testify to the statements contained herein.

2. I am senior research fellow for the Whale and Dolphin Conservation Society, where I direct the marine protected area (MPA) and critical habitat program, and am co-director of the Far East Russia Orca Project, a research and conservation program based in Kamchatka. I am a member of the Cetacean Specialist Group convened under the IUCN-World Conservation Union's Species Survival Commission and have been a member of the IWC Scientific Committee. For my work on marine protected areas, I have been an invited expert of the Scientific Committee of the Agreement for the Conservation of Cetaceans in the Black and Mediterranean Seas and Contiguous Atlantic Area (ACCOBAMS). I am the author of more than 100 reports and articles on cetacean research and conservation, and of the book *Marine Protected Areas for Whales, Dolphins & Porpoises* (2005, Earthscan, London, 516pp).

3. In preparing this Declaration, I have reviewed relevant portions of the Navy's Supplemental Environmental Impact Statement and NMFS' Final Rule concerning the deployment of the SURTASS LFA system. The conclusions I draw and opinions I express are supported by texts and research that other experts in my field would consider reliable.

4. Over the last 12 years, my work has included research on marine protected areas and their application to cetacean habitat. My book *Marine Protected Areas for Whales, Dolphins & Porpoises* details more than 350 existing MPAs for cetaceans throughout the world and a further 175 areas proposed for protection. My chapter on Marine Protected Areas for Marine Mammals for the *Encyclopedia of Marine Mammals* (in-press for 2009, Academic Press, New York) will report that there are now more than 375 MPAs existing and 200 proposed for all marine mammals and that a critical, mostly unplanned-for threat to the species in these MPAs comes from the growing ensonification of the world ocean.

5.  Many of these areas occur offshore in whole or in part, beyond the 12 nautical mile limit that has been designated as a "coastal exclusion zone" for LFA operations. Such areas include the Papahanaumokuakea Marine National Monument (U.S.), an area more than 100,000 square nautical miles in size, encircling the northwestern Hawaiian islands; the Canary Islands exclusion zone (Spain), which prohibits naval mid-frequency sonar training within 50 nautical miles of the islands, for the protection of beaked whales; the Great Barrier Reef Marine Park (Australia), an area that encompasses approximately 100,000 square nautical miles of ocean both landward and seaward of the barrier reef; and the Galápagos Marine Resources Reserve and Whale Sanctuary (Ecuador), which runs 40 nautical miles from the external borders of the islands. None of the above areas is presently excluded from LFA sonar use.

6.  Numerous other MPAs for cetaceans occur within 12 nm of the coast. Given the extent to which LFA transmissions propagate, however, the Navy would be permitted to ensonify these areas to the point where the risk of biologically significant effects in cetaceans remains very high. For example, NMFS states that the range at which half the marine mammals exposed to LFA transmissions would experience biologically significant impacts can extend 13.5 to 35 nautical miles from the source (Final Rule, p. 46850). For this reason, the 12 nautical mile coastal exclusion proposed by the Navy would not provide adequate protection for MPAs occurring closer to shore, such as the near-coastal portions of U.S. National Marine Sanctuaries, and requires the establishment of a substantial buffer zone, beyond the 1.1 nautical miles that NMFS has prescribed.

7.  With the exception of the two large International Whaling Commission sanctuaries (i.e., the IWC's Indian Ocean and Southern Ocean Sanctuaries), most MPAs around the world have a biological basis for their proposal or designation, just as the U.S. National Marine Sanctuaries do. The same rationales that would apply to the avoidance of the Olympic Coast and other National Marine Sanctuaries (which are generally excluded from LFA sonar use), such as biodiversity, concentrations of animals, or the presence of endangered species, apply to other MPAs as well. At the same time, it is crucial to recognize that existing and proposed MPAs represent only a small portion of the world's stock of important cetacean

1 habitat, and that a biologically meaningful mitigation plan for the LFA system must also include
2 other areas.

3       8. The Mediterranean Sea, which falls within the Navy's desired training area,
4 provides an illustration of many of these points. Over the last two decades, considerable effort
5 has been spent under various multinational regional agreements to identify MPAs for cetaceans
6 in the Mediterranean. The largest of these areas is the PELAGOS Sanctuary, a tri-national
7 MPA consisting of more than 25,000 square nautical miles of sea surface area that was
8 established through the joint efforts of Italy, Monaco, and France. It was designated under the
9 Barcelona Convention as a Specially Protected Area of Mediterranean Importance (SPAMI) for
10 its importance to cetaceans, and constitutes regionally significant habitat for several species,
11 including Cuvier's beaked whales (*Ziphius cavirostris*), fin whales (*Balaenoptera physalus*),
12 and striped dolphins (*Stenella coeruleoalba*). Most of the PELAGOS area occurs beyond 12
13 nautical miles from the coast of neighboring states.

14       9. Other important areas include the proposed Alborán Sea-Strait of Gibraltar
15 MPA, whose waters contain the highest diversity of cetaceans in the Mediterranean, including a
16 small resident population of killer whales and concentrations of Cuvier's beaked whales; and
17 the Southwest Crete-Hellenic Trench MPA, whose deep waters constitute critical habitat for the
18 Mediterranean population of sperm whales (*Physeter macrocephalus*) and important habitat for
19 Cuvier's beaked whales. Substantial portions of both areas occur beyond 12 nautical miles
20 from the coastline, and both areas have been formally recommended as cetacean MPAs by the
21 ACCOBAMS Scientific Committee.

22       10. Other areas recommended by the ACCOBAMS Scientific Committee as having
23 the highest priority for cetaceans include the Northern Aegean Sea, Greece; the Eastern Ionian
24 Sea and Gulf of Corinth, Greece; the southeastern Tyrrhenian Sea, Italy; and waters off the
25 islands of Malta and Sicily, Italy. Each of these areas contains habitat beyond 12 nautical miles
26 from the coast of neighboring states. None of the existing or proposed MPAs in the
27 Mediterranean, or indeed any of the MPAs referenced in this Declaration, falls within the
28 Navy's and NMFS' exclusion zones for LFA sonar.

11. I find it deeply disturbing that the extensive work that has gone into research, public process, management plans, review, and monitoring of MPAs may be undermined by the undifferentiated deployment of the LFA system.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2007.

*Erich Hoyt*

Erich Hoyt

DECLARATION OF ERICH HOYT
Case No.                                                                                                   4