*Exhibit A*

*Exhibit A*

**ERICH HOYT**                                         *Brief Biography 2007*

Erich Hoyt is a cetacean researcher, lecturer and author with more than 450 publications including 17 books (*Marine Protected Areas for Whales, Dolphins and Porpoises; Orca: The Whale Called Killer; The Earth Dwellers; Insect Lives; Creatures of the Deep*). His work has been translated into 16 languages in 25 countries. An American-Canadian dual citizen, he is now based in Scotland, where he is Senior Research Fellow with the Whale and Dolphin Conservation Society (WDCS) and Co-director of the Far East Russia Orca Project. He was recently appointed to the Cetacean Specialist Group of the IUCN Species Survival Commission.

Erich Hoyt
The Gannetry
29A Dirleton Avenue
North Berwick, Scotland
U.K.  EH39 4BE

Phone: 44 1620 893 644
email: erich.hoyt@mac.com

**ERICH HOYT**                                                    *CV 2007*

The Gannetry                                      telephone: +44 1620 893 644
29A Dirleton Avenue                               email: erich.hoyt@mac.com
North Berwick, Scotland EH39 4BE                  web: www.erichhoyt.com
U.K.                                              www.cetaceanhabitat.org
                                                  www.marinebio.org
                                                  www.wdcs.org
                                                  www.russianorca.com

Erich Hoyt is a cetacean researcher, lecturer and author. As a commentator and consultant on wildlife, nature, science, conservation, and the environment, he has worked in a wide range of media and in scientific forums and has advised international environmental organisations and various governments. He is currently Senior Research Fellow with WDCS, the Whale and Dolphin Conservation Society and Co-Director of the Far East Russia Orca Project. In 2006, he was appointed to the Cetacean Specialist Group of the IUCN Species Survival Commission (5-year term). He is also Director of Marine Mammals for the non-profit educational resource www.MarineBio.org and serves on the nominating committee of the Pew Fellowships in Marine Conservation.

Hoyt has written more than 450 scientific and popular articles and reports on cetaceans as well as on other wildlife and environmental topics. Since researching and writing *The Whale Watcher's Handbook* (Doubleday, Penguin, 1984), he has become an authority on whale watching, serving as a consultant for the Whale and Dolphin Conservation Society, Worldwide Fund for Nature (WWF-International), the International Fund for Animal Welfare (IFAW), and for the British, German, and Australian governments. He helped frame the debate within the International Whaling Commission through papers and reports for the Whale and Dolphin Conservation Society and to the IWC Scientific Committee. He was on the steering committee of the seminal Workshop on the Scientific Aspects of Managing Whale Watching in Italy in 1995 and assisted with several of the succeeding workshops. He helped organize the IFAW workshop and edited the subsequent report on the Socioeconomic Aspects of Whale Watching, held in Kaikoura, New Zealand in 1997. In 2000 he researched and wrote the 160-page report *Whale Watching 2001: Worldwide Tourism Numbers, Expenditures, and Expanding Socioeconomic Benefits,* an update of his previous work for WDCS, which has been widely used and cited (in the *New York Times*, the *Economist*, the *FT*, and the *Times*, as well as in many scientific papers).

Hoyt's work on whale watching and marine ecotourism has also led to his interest in marine protected areas (MPAs). In 1992, at the IV World Parks Congress in Caracas, Venezuela, he presented a paper on approaches to cetacean habitat conservation. Since 1996, he has worked on a long-term project to research and report on the world's proposed and existing marine protected areas with cetacean habitat (funded by WDCS, the John Ellerman Foundation, and other sponsors). The result of this long-term project is the comprehensive book, *Marine Protected Areas for Whales, Dolphins and Porpoises,* published January 2005 by Earthscan, London. It is a handbook for marine habitat conservation (for planners, managers, environment ministries, researchers, NGOs and others) which will be used to further conservation efforts in coastal and island countries around the world. The book's release was celebrated by the publication of a large A0 poster-map designed by Hoyt and mapmaker Lesley Frampton. The poster, which supplements the book, shows the location, extent and current status of more than 500 MPAs and sanctuaries worldwide with cetacean

habitat. The book details each of these MPAs and shows them close up in about 40 case study and marine region maps.

Also contributing to Hoyt's background is his work in other areas of marine conservation, as well as on forestry issues and plant genetic conservation matters as a consultant for NGOs and in articles, books, museum displays and films. He has worked in and written extensively on conservation of tropical ecosystems, including insects, in two books, several film treatments and articles.

Hoyt has won various awards for his work. In 1985-86, he was Vannevar Bush Fellow at the Massachusetts Institute of Technology (MIT) and Harvard University. He has given keynote lectures and presentations at conferences in many countries. Hoyt also serves on a number of conservation and scientific boards and committees in various countries. A US-Canadian dual citizen, he lives in North Berwick, Scotland.

**AUTHOR**

Hoyt has written 17 books, most of them on whales and dolphins, for major US and British publishers. Besides his latest *Marine Protected Areas for Whales, Dolphins and Porpoises* (Earthscan, London, 2005), his books include *Orca: The Whale Called Killer* now in its 4th edition (Dutton, New York,1981; Firefly, Hale, London, 1995), *The Earth Dwellers* (Simon & Schuster, 1996, 1997; Mainstream, UK, 1998; Kadokawa, Tokyo, 1998), *Insect Lives* (Wiley, 1999; Mainstream, UK, 1999; Harvard Univ. Press, 2002) and *Creatures of the Deep* (Firefly, US, Canada, UK, 2001). His books have been widely and well reviewed (*The New York Times, Sunday Times, New Scientist, Scientific American, Discover, BBC Wildlife Magazine* and others). Several have been chosen as book club selections. Three of his books have been optioned by independent film producers and he has written two film scripts for Norfolk Productions, Toronto, Canada and Vega Films, Berlin, Germany.

His articles have appeared in *National Geographic, The New York Times, The Guardian, The Independent, The Sunday Times, International Wildlife, Defenders, Equinox, New Scientist, Kagaku Asahi,* among others.

His work has been translated into 16 languages in 25 countries. Foreign rights for his books include U.S. and British editions for most titles, plus a number of French, Spanish, German, Portuguese, Japanese and Chinese editions.

He has written chapters or extracts in books such as *WWF Conservation Yearbook*, *Encyclopedia of Marine Mammals* (Academic Press, 2002), *Political Life in Canada, Greenpeace Book of Dolphins* (John May, ed.), *1995 - 2003 Caribbean Islands Handbook, Whales in the Classroom, The Japanese Whale Watching Reader, Between Species: Celebrating the Dolphin-Human Bond* (Sierra Club, 2003), and many others.

He has also been a principal contributor of chapters and sections on artisanal and commercial fishing, whaling and the history of ocean extraction, and the economic botany of cacti and other desert plants, for *Biosfera,* the first multi-volume encyclopedia of the Earth's biosphere, published in Barcelona in Catalan and by Gale, US, in English.

**RESEARCH + SCIENCE & CONSERVATION CONSULTANT**

From 1973-1982, Hoyt spent ten summers in the field with orcas, assisting in pioneer scientific research into orcas in the Northwest of North America. This work is reported

in his book *Orca: The Whale Called Killer*. For most of the past 16 years, Hoyt has worked on a project-by-project basis as a consultant to the Whale and Dolphin Conservation Society in Britain – one of the main funders of whale and dolphin research around the world. He has participated in many projects and activities of the society, researched and written 10 investigative reports and publications, and served as a member of its scientific advisory panel (evaluating conservation and research projects). The highlights of his past work with WDCS and other conservation groups follows below.

**Senior Research Fellow** with WDCS, the Whale and Dolphin Conservation Society, 2004. Beginning in August 2004, Hoyt took on employment directly with WDCS, with a focus on marine protected areas, whale watching, and research in Russia and Japan. He helped secure funding for and acceptance of WDCS participation at Aichi Expo Japan 2005, a world expo on nature and sustainability. He produced key materials and gave special presentations in August 2005 at Expo. In 2006, he assumed responsibility for the "Cetacean Critical Habitat and Marine Protected Areas Programme" at WDCS, raising an additional USD $30,000 to enhance the budget in its first year. He helped to organize, design and managed the WDCS website for marine protected areas, www.cetaceanhabitat.org. The site was officially announced in March 2007 with an extensive interactive and updatable database on the cetacean marine protected areas of the world, accessible through clickable roll-over maps of each of the 18 marine regions of the world. He has focussed on MPA work in the Mediterranean and Black seas (see immediately below) but has also devoted time to work on MPA proposals and management plans in the Caribbean, Chile, New Zealand, the US and other countries.

**Invited Expert, ACCOBAMS Scientific Committee (2004- ),** working on the planning and implementation of marine protected area networks in the Mediterranean and Black seas. Attending SC meetings in Cairo, 2004, and Monaco, 2006. Also to attend Meeting of the Parties, Dubrovnik, Croatia for October 2007. Writing and presenting papers and helping to devise the Cetacean Critical Habitat MPA plan for the Mediterranean and Black Sea region. Also providing input on whale watching issues.

**Co-director** of the Far East Russia Orca Project (FEROP), which began work in Kamchatka in Sept. 1999 with its first full research season in 2000. This ongoing field project has made important discoveries regarding the heretofore unstudied orcas in the western North Pacific to help prevent their exploitation and to assess their status and conservation needs. Nine Russian students, two Russian technicians and a Russian co-director are part of the study, along with a Japanese principal researcher. In 2000, the project received the Klüh Prize (Germany) for innovation in science. To date, the project has raised more than USD $250,000 to sponsor Russian science and conservation work. With the FEROP research team, Hoyt has co-authored *The Killer Whales of Eastern Kamchatka* (ASLC, Alaska, 2006, 157pp); 5 peer-reviewed papers; 30 scientific abstracts and papers for the 2001 and 2005 Biennial Marine Mammal Conferences, the 2002 2nd Holarctic Marine Mammal Conference (Irkutsk, Baikal), the 2002 IV World Orca Symposium (Chizé, France), the 3rd Holarctic Marine Mammal Conference (Ukraine, 2004), the 4th Holarctic Marine Mammal Conference (St. Petersburg, 2006), the European Cetacean Society Conference 2006 Gdynia, Poland and the IWC Scientific Committee, among others.

**Director of Marine Mammals,** marinebio.org, contributing to and supervising marine mammal and marine conservation content for this popular educational site in the US.

**Co-organizer** and **Member of the Steering Committee**, for international workshops on marine protected areas held in Monaco (ACCOBAMS Scientific Committee); San Sebastian, Spain (European Cetacean Society); and Hawaii (International Marine Mammal Protected Areas, HIHWNMS-NMFS), November 2006 and April and July 2007. Also, **Vice-chair, Planning Committee,** International Marine Mammal Protected Areas Conference, planned for March 2009 and **Co-chair and Organizer,** Marine Protected Areas and Cetaceans, IV World Conservation Congress, Barcelona, October 2008.

**Consultant,** Humane Society International, 2005-2006, Preparation of a sustainable 14-point plan, or blueprint, for developing marine ecotourism in the coastal villages of Peru. Resulted in a 30-page booklet published in English (also translated into Spanish).

**Senior Research Associate** with WDCS, the Whale and Dolphin Conservation Society, 1999-2004. During this period Hoyt worked on whale watching, marine protected area and other projects for WDCS including several major writing projects detailed elsewhere. He travelled and lectured, representing WDCS and attended, chaired and/or co-organized various workshops and symposia.

**Consultant, Associate Producer,** and **Interview subject,** the Jason Foundation for Education, USA for the Science and Literacy in Education (SLED) project on Tropical forest Ecosystems. In 2002-3, Hoyt helped produce a series of reading booklets, audio and video tapes for use in American classrooms, drawing on his work in the tropical rainforests and his books *The Earth Dwellers* and *Insect Lives*. The project uses 19 selections from his books as well as audio and video interviews with Hoyt. The work is being tested and used in many classrooms.

**Japan project manager** for WDCS**.** From 1994-99, he developed and managed a programme of conservation activities to encourage environmental education, photo-ID research, and whale watching in Japan. This project included annual periods working in Japan (funded largely through speaking fees), featured collaboration with a Japanese colleague, Hal Sato, and was sponsored annually by the Whale and Dolphin Conservation Society. Among other things, the project helped start photo-identification on a key Bryde's whale population in Tosa Bay, Kochi prefecture, associated with the whale watching business; helped train Japanese students and operators in whale watching techniques; provided technical expertise to many new communities interested in starting whale watching and marine conservation measures; initiated the first minke whale photo-ID programme in Japan (important because of the Japanese government's lethal-research "scientific whaling" programme on minke whales); produced newsletters on whale watching distributed to all the operators and researchers around Japan; produced annual estimates of the value of whale watching in some 25 Japanese communities (in cooperation with WWF-Japan); identified problems and gaps with environmental education in Japan, especially in terms of marine education; approached and interviewed members of the 4 remaining coastal whaling communities in Japan to try to build a dialogue.

**Consultant** to WDCS on whale watching, 1992-present. Two world reports on whale watching in 1992 and 1993 provided the stimulus and source material for the UK resolution on whale watching which was submitted by the British government and adopted by the International Whaling Commission at the Kyoto meeting, May 1993. Additional reports on whale watching in 1994 and 1995, commissioned by WDCS, were submitted as official reports by the United Kingdom to the IWC. In 1995 and 1996, he represented the United Kingdom at the International Whaling Commission

(IWC) annual meetings, including the Scientific Committee in 1996. The UK and the USA presented or sponsored several of his other reports and papers to the IWC annual meetings between 1996 and 2002. In 1999, his paper and report on Caribbean whale watching and compatibility with whaling were co-funded by the British government and WDCS and presented at the IWC. In 2003, Hoyt wrote a 60-page guide to the best whale watching in Europe for WDCS, as part of an effort to encourage high quality whale watching. Released at the IWC meetings in Berlin in summer 2003, the guide has been published in English, German and French editions. In 2006, Hoyt wrote a similar guide to the best whale watching in Canada.

**Consultant**, WDCS, 1995-96. Working with Mark Carwardine and Alison Wood, Hoyt helped the society develop a worldwide programme of whale-watch operator and naturalist-training workshops. he co-organized and helped present two of the first five 4-day workshops, in Iceland and Tenerife, Canary Islands. The workshop in Iceland effectively launched the Icelandic whale watch industry which currently attracts 89,000 whale watchers per year worth €23 million to the Icelandic economy. About 1 in 5 tourists to Iceland now goes whale watching.

**Consultant,** International Fund for Animal Welfare (IFAW), 1997-1998, organizing, setting the agenda and editing the final report of the Socioeconomic Aspects of Whale Watching Workshop held in Kaikoura, New Zealand (20 invited experts from around the world).

**Consultant,** International Fund for Animal Welfare (IFAW), 2000, researching and writing a 160-page report on the socioeconomic benefits of whale watching, with numbers updating and based on earlier work for WDCS. Released to international media with tele-press conference August 2000, and widely reported and cited (New York Times, The Economist, FT, Times, etc.)

**Co-organizer** and **Member of the Steering Committee**, international workshop on "The Scientific Aspects of Managing Whale Watching", Montecastello di Vibio, Italy, March 30-April 5, 1995, and **Member of the Planning Team** for the series of five international whale watch workshops sponsored by IFAW, WWF, WDCS, Tethys Research Institution and other groups, 1995-2000.

**Member,** steering committee for the Third International Japanese Whale Watching and Whale Research Forum, 1997-98, Muroran, Hokkaido, Japan.

**Consultant**, Australian Nature Conservation Agency (ANCA) to deliver plenary lecture, act as session chairman, and help design national marine ecotourism regulations, 1995.

**Member**, Advisory Committee (advisor on policy and regulations), La Comisión Rectora del Santuario de las Ballenas Jorobadas del Banco de La Plata (Intergovernmental Management Commission of the Silver Bank Humpback Whale Sanctuary), Dominican Republic, 1994- . **Consultant**, marine ecotourism for the Minister of Tourism, Dominican Republic, 1994-96.

**Consultant,** Full Spectrum Media at Bolt, Beranek and Newman, Cambridge, Mass., USA. In 1995-96, he helped produce a CD-ROM based on orcas for use in American classrooms. The work drew on his extensive work with orcas and also included interviews and other materials. Students were asked to devise conservation solutions for various wildlife management simulations. The work is still being used in many classrooms.

**Project executant,** World Wildlife Fund (WWF-International) and The World Conservation Union (IUCN) in Switzerland, to research, write and produce a handbook on plant genetic resources conservation (1987-88). Extension on the WWF grant to edit and manage production for second English edition and three language versions (1990-92). Project included writing grants and raising money from 10 NGO and government co-sponsors in the United States and other countries, and obtaining and negotiating commercial publication through Addison-Wesley Iberoamericana in Mexico. Sponsors included Conservation International, UNESCO, United States Fish & Wildlife Service, Adena (WWF-Spain), Bureau des Ressources Génétiques (Paris, France), WWF-International, WWF-France, WWF-Belgium and Brazil's Genetic Resources Department (Ministry of Agriculture).

**Consultant** (research and writing) on plant genetic resources for the International Plant Genetic Resources Institute (IPGRI), based at United Nations' FAO, Rome, Italy, 1987.

**Board member,** Independent Marine Mammal Research Fund, MTN Whale Route, South Africa, 2001-2002.

**Consultant**, Vier Pfoten of Germany, researching and preparing a survey and rating system of the world's whale watch operators to determine those which offer the most educational and scientifically useful trips. Result was published as a book, 1996-97.

**Consultant Designer** (research, writing, co-designing exhibits) for Krent-Paffett Associates based in Boston, Massachusetts, on five US science museums. Helped to produce new exhibits on boreal and tropical forests, deserts, endangered species, medicinal plants and technology for the New York Botanical Garden and Missouri Botanical Garden. Helped design exhibits on computers, electricity, electronics, sound, and the telephone for the Museum of Arts, Science and Technology, Hartford, Connecticut, USA and NETworks, the museum of Nynex-New England Telephone Co., Boston, 1986-1990.

**Consultant-Advisor**, Town of Ogata, Japan. On whale watching and ecotourism development, 1994-96.

**LECTURER + MEDIA**

Hoyt has presented lectures and appeared extensively on Radio and TV in the USA, Canada, UK, France, Japan, Argentina and other countries, including major network shows. In Britain, he has been interviewed on BBC radio and TV on a wide range of marine mammal and conservation subjects. Recent lectures (mostly keynote) include: Global Scientific Workshop on Spatio-Temporal Management of Noise, Lanzarote, 4-6 June 2007; 2° Taller Internacional sobre Gestión y Uso No Letal de Cetáceos (Uruguay, Apr. 2007); Seminario Proyecto GEF Marino, Caldera Chile, Nov. 2006; the 1° Taller Internacional sobre Gestión y Uso No Letal de Cetáceos: Ballenas, un recurso compartido (Península Valdés, Argentina, Oct. 2005); Atlantic Islands conference in Dublin, Aug. 2004, on sustainable marine ecotourism; Japan International Expo, 2005; Marine Mammals of the Holarctic Conference, Koktebel, Crimea, 2004; 10th Cetacean Symposium, Taipei, Taiwan, 2004; lectures on killer whale research such as "Life among Orcas" at the Wrexham International Science Festival (Wales), Edinburgh Zoological Society, Flora and Fauna International (Chester, England), the Husavik Whale Centre in Iceland, The Deep (Hull, England) and the Scottish Seabird Centre (2002-2004); "The Nature of Science Writing; The Science of Nature Writing", Edinburgh International

Book Festival, Aug. 2001; keynote lecture to The Turks & Caicos Islands Marine Mammals Conference, 21-23 March 2000 (as well as workshop leader for session on "Developing a Research Protocol for Marine Mammals in the Caribbean"); lecture and full-day workshop on "Marketing Strategies for Whale Watching in the Eastern Caribbean", East Caribbean Whale Watch Workshop, Dominica, June 3-7 2000; guest lecture, Thurber Writing Academy, Thurber House, Ohio, USA, July 16, 2000; keynote lecture to the Swan Fiesta International Forum on Dolphins and Whales, Muroran, Hokkaido, Japan, July 1998; Lecture to the International Ecotourism Symposium, Shibetsu, Japan, July 1998; keynote lecture to 2nd International Whale-Watching Forum, Zamami, Okinawa, Japan, March 1996; keynote lecture to First Regional Ecotourism Planning and Strategy Meeting, Ogata, Kochi-prefecture, Japan, February 1996; "Encounters with Whales 95" conference, Hervey Bay, Australia, July 1995; Silver Bank Marine Sanctuary Conference, National Aquarium, Dominican Republic, October 1994; keynote, First Japanese Int. Whale Watching Meeting, Ogata, Japan, August 1994; European Cetacean Society, plenary lecture to annual General Meeting, Montpellier, France, March 1994.

In 1986-87, Hoyt was appointed Visiting Lecturer at the Massachusetts Institute of Technology (MIT), Cambridge, Mass., USA. In 1992 and 2000, he was visiting lecturer at The Ohio State University, Columbus, Ohio, USA as part of his Thurber Writer-in-Residence.

**AWARDS**

Hoyt has received various awards and fellowships for his work, including:

• Outstanding Book of the Year Award, American Society of Journalists & Authors, New York, 2002 [for *Creatures of the Deep*]
• Massachusetts Institute of Technology, Cambridge, Mass., 1985-86. Vannevar Bush Fellow in the Public Understanding of Science and Technology. Research fellowship based at MIT and Harvard University (focus areas included evolutionary biology, theoretical ecology, and marine ecosystems research).
• 1992 and 2000 James Thurber Writer-in-Residence, Thurber House, Columbus, Ohio, USA.
• Environment Canada Award 1986 for Best Writing on the Environment.
• One of 25 "Books to Remember 1996", New York Public Library Association, awarded to commemorate best books from all fiction and nonfiction of the year. [for *The Earth Dwellers*]
• Best Book of the Year, Finalist. The Good Book Guide, London, 1998. [for *The Earth Dwellers*]
• Science in Society Book Award, Canadian Science Writers Assoc., Finalist, 1997. [for *The Earth Dwellers*]
• PATA Gold Award 1985 for magazine article from Pacific Rim countries' travel association.
• Francis H. Kortright/ Outdoor Writing Awards, two first prizes, magazine articles, in 1982 and 1994; two first prizes, books, in 1998 and 2000. [for *Seasons of the Whale* and *The Earth Dwellers*]
• BBC Wildlife Awards for Nature Writing, First Runnerup for essay, 1988; Finalist for essay, 1992.
• Outstanding Article Award, Finalist. American Society of Journalists & Authors, New York, 1994.

**MEMBERSHIPS**

Society for Marine Mammalogy (charter member), European Cetacean Society, American Society of Journalists and Authors, Inc., The Writers' Guild, Society of Authors, Association of British Science Writers, and Authors and Artists for Conservation (founding member).

**ADDITIONAL DETAILS:**

Born in Akron, Ohio, USA, Sept. 28, 1950. Citizen of USA and Canada. Has lived and worked mainly in the USA, Canada and the UK; resident in Scotland since Sept. 1989. Married to Dr. Sarah E. Wedden, research scientist in developmental biology at the MRC (Medical Research Council), Edinburgh; four children, Moses (18), Magdalen (15), Jasmine (13), and Max (8).

Additional biographical data is available in *Who's Who in America* (Marquis, 2008); *Canadian Who's Who* (University of Toronto Press, 1985-2008); *Contemporary Authors* (Gale, US, 1982, 2004); *International Authors & Writers Who's Who* (Int'l Biog. Ctr., Cambridge, 1990-2002); *Authors & Artists* (US, 2004); and *Something About the Author* (US, 1991).

**List of books written by Erich Hoyt**

**Academic:**
*The Killer Whales of Eastern Kamchatka* (Alaska SeaLife Centre, Seward, Alaska, 2006). Written with Alexander M. Burdin, Hal Sato and Olga Filatova.
*Marine Protected Areas for Whales, Dolphins and Porpoises: Handbook for cetacean habitat conservation* (Earthscan, London and Sterling, VA, 2005)
*Whale Watching 2001: Worldwide Tourism Numbers, Expenditures and Expanding Socioeconomic Benefits* (IFAW, Yarmouth Port, MA, 2001; PACI, Tokyo, Japan, 2002)
*The Performing Orca: Why the Show Must Stop* (WDCS, Bath, UK, 1992)
*Conserving the Wild Relatives of Crops* (IUCN, Gland, Switzerland, 1988; Addison-Wesley Iberoamericana, México D.F., México, 1992; BRG, Paris, France, 1992; Addison-Wesley, Wilmington, DE, 1992)

**Trade Nonfiction:**
*Creatures of the Deep: In search of the sea's "monsters" and the world they live in* (Firefly, Toronto and New York, 2001)
*Whales & Dolphins: The Ultimate Guide to Marine Mammals* (HarperCollins, London; Discovery Channel/ Time-Life, New York, 1998; 12 other translations and editions worldwide including Reader's Digest, Sydney, Australia, 1998; Omega, Barcelona, 1999; Planeta, Buenos Aires, 1999; Instituto Geografico de Agostini, Novara, Italy, 1999; Gads Forlag, Copenhagen, Denmark, 1999; Könemann, Cologn, Germany, 2000; Australian Geographic, Terrey Hills, Australia, 2000; Gondrom, Bindlach, Germany, 2005; Fog City Press, San Francisco, 2006, 2008). Edited with Mark Carwardine. Written with Mark Carwardine, Peter Gill and Ewan Fordyce
*The Earth Dwellers: Adventures in the Land of Ants* (Simon & Schuster, New York, 1996; Touchstone, New York, 1997; Kadokawa, Tokyo, Japan, 1998; Hainan, China, 2002)
*Seasons of the Whale* (Chelsea Green, Burlington, Vermont, 1990; Nimbus, Halifax, Nova Scotia, 1990; Mainstream, Edinburgh and London, 1990; Broquet, Montreal, Canada and Paris, France, 1993; WDCS, Bath, UK, 1998; HSUS, Washington, DC, 1998; Nimbus, Halifax, Nova Scotia, 1998)
*The Whales of Canada* (Camden House, Firefly, Toronto and New York, 1984, 1987, 1992)
*The Whale Watcher's Handbook* (Doubleday, New York, 1984; Penguin, Toronto, 1984; Stein, Kiel, Germany, 1987, 1993, 1996)
*Orca: The Whale Called Killer* (Dutton, New York, 1981; Firefly, Toronto and New York, 1984, 1990, 1995; Hale, London, 1990; Dobutsu Sha, Tokyo, 2000)

**Children's:**
*Whale Rescue* (Firefly, Toronto and New York, 2005)
*Riding with the Dolphins* (Camden House/Firefly, Toronto and New York, 1992)
*Extinction A-Z* (Enslow, Springfield, NJ, 1991)
*Meeting the Whales* (Camden House, Toronto and New York, 1991; Firefly, Toronto and New York, 2000)

**Anthology:**
*Insect Lives: Stories of Mystery & Romance from a Hidden World* (Wiley, New York, 1999; Harvard University Press, Cambridge, MA, 2002). Written and edited with Ted Schultz.