ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br><br><br>**DECLARATION OF KENNETH C. BALCOMB** |



I, KENNETH C. BALCOMB, declare as follows:

1. This Declaration is submitted in support of Plaintiffs' motion for a preliminary injunction. The statements contained in this Declaration are true and correct to the best of my knowledge and, in the case of my opinions, I believe them to be true. If called as a witness, I could and would testify competently to the statements contained herein.

2. I have been Executive Director and Research Biologist at the Center for Whale Research in Friday Harbor, Washington, since its founding in 1986. This research institution has focused its efforts on obtaining long-term, photographic identifications of individuals within populations of whales, which in turn provides baseline data for demographic and behavioral studies. As part of my work, I also served as principal investigator for the Bahamas Marine Mammal Survey, which since 1991 has gathered information on species occurrence, distribution, and abundance among cetaceans in the northern Bahamas.

3. Among my professional affiliations, I am a Charter Member of the Society for Marine Mammalogy, and have been a member of the Whale Specialist Group of the International Union for the Conservation of Nature (IUCN) and an invited specialist on the Scientific Committee of the International Whaling Commission. My curriculum vitae and list of publications are attached as Exhibit A.

4. Over more than 30 years of research experience, I have authored or co-authored numerous scholarly publications in the field of marine biology, and presented findings at many scientific meetings. Much of my research has been devoted to photo-identification and population study of small cetaceans, including several species of beaked whale in the Bahama Islands.

5. I was present in the northern Bahamas on March 15-16, 2000, during a mass stranding and mortality of multiple species of marine mammals. This event included at least two species of beaked whale (*Ziphius cavirostris*, *Mesoplodon densirostris*) and one species of baleen whale (*Balaenoptera acutorostrata*), and has been linked through subsequent investigation to an active sonar exercise by Navy ships transiting the area ("Joint interim

DECLARATION OF KENNETH C. BALCOMB       1
sf-2397413

1  report: Bahamas marine mammal stranding event of 15-16 March 2000," 2001, Department
2  of Commerce and Secretary of the Navy). I led a rescue team that helped return some of the
3  stranded animals to sea, I preserved head and organ samples for later analysis, and I had the
4  opportunity to examine four of the beaked whale specimens by necropsy. Two of the beaked
5  whale heads that I collected were in fresh enough condition to permit detailed analysis. (The
6  minke whales were returned to sea and were not recovered.)
7       6.    I have reviewed the literature on biological impacts of ocean noise on marine
8  mammals, with regard to stranding events and other behavioral and physiological effects.
9  With regard to LFA, I have reviewed relevant portions of the Environmental Impact
10 Statement and Supplemental Environmental Impact Statement prepared by the Department of
11 the Navy and the Final Rule prepared by the National Marine Fisheries Service (NMFS), and I
12 have reviewed the NATO Unclassified report (SACLANTCEN M-133) pertaining to a mass
13 stranding of Cuvier's beaked whales (*Ziphius cavirostris*) that occurred on 12 and 13 May
14 1996 in Kyparissiakos Gulf, Greece coincident with low-frequency and mid-frequency sonar
15 research operations.
16      7.    The conclusions I draw and opinions I express in this Declaration are
17 supported by texts and research that other experts in my field would consider reliable.
18      8.    It is my expert opinion that deployment of LFA presents a substantial risk of
19 initiating a panic response resulting in non-auditory injury and mortality in many species of
20 marine mammals at received levels significantly less than 180 dB re 1 uPa. This conclusion is
21 derived in part from research conducted on the mass stranding, injury, and mortality of whales
22 in the Bahamas, which has produced the best available data on sound levels received by these
23 species for these types of impacts, and in part from my analysis of reports on other mass
24 strandings, e.g. in Greece and the Canary Islands ("Summary Record, SCALANTCEN
25 Bioacoustics Panel," 1998, SACLANT Undersea Research Centre; "'Gas and fat embolic
26 syndrome' involving a mass stranding of beaked whales (family *Ziphiidae*) exposed to
27 anthropogenic sonar signals," 2005, Fernández et al., *Veterinary Pathology* 42: 446-57). The
28 studies we have conducted on beaked whale abundance and distribution in the Bahamas,

DECLARATION OF KENNETH C. BALCOMB          2
sf-2397413

before and after the strandings, indicate biological impacts in addition to those already reported by Commerce and Navy (2001) and are also reason for concern.

9. From 1991 to the present, the Bahamas Marine Mammal Survey (BMMS) has run hundreds of vessel surveys through the area traversed by the sonar exercise. For example, during a three-year period from 1997 to March 15, 2000, we conducted over 200 opportunistic surveys off the coast of South Abaco Island in the Northwest Providence Channel, covering more than 8300 track miles ("Field Reports" to Bahamas Department of Fisheries and Earthwatch Institute, BMMS). Data from our surveys are routinely reported at biennial meetings of the Society for Marine Mammalogy and results have been published in peer-reviewed journals.

10. Until the time of the strandings, Cuvier's beaked whales were reasonably common in the northern Bahamas. We typically sighted this species in small groups in all months of the year and, in total, had photo-identified thirty-five individuals, many repeatedly, suggesting residency. For years following the strandings, however, though we conducted over 11,400 track miles of surveys over thirty months, only one of the Cuvier's beaked whales that we had photo-identified and none of the animals that initially stranded in the event but were returned to sea have been sighted in the study area. The difference in occurrence before and after the March 15, 2000 sonar incident is both remarkable and statistically significant.

11. These data are indicative of a sharp and dramatic break with sighting rates established over years of previous surveys and cannot plausibly be explained except by reference to the stranding event in March 2000. The evidence strongly indicates that all Cuvier's beaked whales present in the study area when the naval exercise commenced either died of physical injury caused by the sonar or abandoned their habitat.

12. Because beaked whales are high-frequency hearing specialists, they were not included in the design of the Navy's LFA Scientific Research Program to study those marine mammals most susceptible to low-frequency sound. The forensic evidence available from the Bahamas specimens indicates, however, that the Navy's use of hearing criteria in their

DECLARATION OF KENNETH C. BALCOMB          3
sf-2397413

selection of study species was flawed, for they do not take account of induced behaviors (e.g. panic and foregoing normal dive decompression) leading to non-auditory traumas, which can occur in species regardless of their threshold of hearing damage caused by a particular band of sound. For analogy, shouting "Fire" in a crowded theatre can lead to human panic and serious injury or death, but hearing damage from the shout is unlikely.

14. Populations of both beaked whales and minke whales occur in the areas that have been designated for LFA deployment over the forthcoming year. Since virtually all beaked whale habitat is along continental shelf escarpments beyond 12 nautical miles from shore, almost no geographic protection from LFA is afforded them. Based on our work in the Bahamas and my review of the strandings record, I am deeply concerned that deployment of the LFA system in the North Pacific creates a substantial risk of injury, strandings, and habitat displacement in species already known to be vulnerable to sudden and severe acoustic impacts.

15. I am also concerned that NMFS is unreasonably limiting designation of OBIAs by requiring "detailed information on the biology of marine mammals within the area, including estimated population size, distribution, density, status, and the principal biological activity during the proposed period of designation sufficient for; and detailed information on the area with regard to its importance for feeding, breeding, or migration for those species of marine mammals that have the potential to be affected by low frequency sounds." There is a great deal of information available on marine mammal distribution and habitats in foreign and domestic scientific literature and logbooks that is pertinent and would be prudent to consider before authorizing LFA deployment anywhere, but NMFS appears to have set an artificial bar for management. Even with a decade of beaked whale studies in the Bahamas, and three decades of killer whale studies in the Pacific Northwest, NMFS would apparently decline to offer these animals sanctuary of an OBIA, in spite of demonstrated traumas to them from sonar operations.

DECLARATION OF KENNETH C. BALCOMB        4
sf-2397413

1  I hereby declare under penalty of perjury that the foregoing is true and correct.

3  Executed this 10th day of October, 2007.

*[signature: Kenneth C. Balcomb]*

Kenneth C. Balcomb