ROBERT FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, California 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; INTERNATIONAL FUND FOR ANIMAL WELFARE; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV 07-4771 EDL<br><br><br><br><br>**DECLARATION OF<br>EDWARD C.M. PARSONS** |

I, EDWARD C.M. PARSONS, declare the following:

1. This Declaration is submitted in support of Plaintiffs' motion for a preliminary injunction. The statements contained in this Declaration are true and correct to the best of my knowledge and, in the case of my opinions, I believe them to be true. If called as a witness, I could and would testify competently to the statements contained herein.

2. I received my B.A. and M.A. degrees from Oxford University in 1991 and 1995, respectively, and my Ph.D. from the University of Hong Kong in 1998. My Oxford degrees were in Zoology and my Ph.D. on the biology, ecology and conservation of cetaceans. I have been engaged in cetacean research for over 14 years, and am currently an Assistant Professor in the Department of Environmental Science and Policy, George Mason University, Virginia, where I lecture on a variety of marine biological topics including oceanography, marine ecology, and marine mammal biology and conservation. In addition, I am a research associate and visiting lecturer at the University (of London) Marine Biological Station, Millport, UK.

3. I was elected a Fellow of the Royal Geographical Society in 1997 and I have been a member of the Scientific Committee of the International Whaling Commission since 1999, sitting on various IWC sub-committees, including the Standing Working Group on Environmental Concerns, which deals among other issues with the effects of noise on cetaceans. I have published more than 40 papers on cetacean biology and ecology, including on several populations in the Indo-Pacific and South China Sea.

4. In preparing this Declaration, I have reviewed relevant portions of the Navy's Supplemental Environmental Impact Statement and NMFS' Final Rule for deployment of the SURTASS LFA system. The conclusions I draw and opinions I express are supported by texts and research that other experts in my field would consider reliable.

5. I remain deeply concerned about the LFA system's effects on marine mammals and believe that greater mitigation, particularly geographic mitigation, is necessary to reduce its impacts.

6. Importantly, the Navy and NMFS have used an inappropriate scale of analysis in calculating cumulative impacts from operation of the LFA system. The heart of that analysis at

least for behavioral effects (Supplemental EIS at 4-63) is a comparison between the energy output of LFA sonar units and other sources of marine noise, which concludes, using data presented in Hildebrand 2004,[1] that the relative contribution of LFA to the global noise budget is insignificant and therefore would result only in incremental cumulative impacts. However, the same data suggest that the LFA system would significantly concentrate acoustic energy in the regions in which it operates. According to these data, four LFA units operating for 18 days (or 432 hours per system per year) would produce $6.8 \times 10^{11}$ Joules/year of acoustic energy, while 11,000 supertankers operating for 300 days a year would produce $3.7 \times 10^{11}$ J/year. Put in other terms, a single LFA unit produces as much sound energy in the course of its six annual exercises as 505 supertankers operating for 300 days each; or, in a single training "day," a single LFA unit will produce as much cumulative noise energy as a supertanker operating every day of the year for a period of 25 years. The system's contribution to the energy budget of the regions where it is actually used may therefore be highly significant.

7.   The last five years have seen considerable developments in the field of non-auditory acoustic trauma. Many more strandings and mortality events, particularly but not exclusively of beaked whales, have been attributed to acoustic sources; and scientific understanding has advanced to the point of identifying new pathologies, though the precise mechanism of injury is unclear (*e.g.*, Cox et al. 2006, Fernández et al. 2005, Jepson et al. 2003, Talpalar and Grossman 2005).[2] Using auditory injury as a proxy for all sonar-related injuries and

---

[1] J. Hildebrand (2004), "Sources of anthropogenic sound in the marine environment," paper presented at Policy on Sound and Marine Mammals: An International Workshop, U.S. Marine Mammal Commission/ U.K. Joint Nature Conservation Committee, London, September 28-30, 2004; J. Hildebrand (2005), "Impacts of anthropogenic sound," pages 101-123 in T.J. Ragen, J.E. Reynolds III, W.F. Perrin, R.R. Reeves, S. Montgomery, *Marine Mammal Research: Conservation beyond Crisis*, Baltimore: Johns Hopkins, 240 pp.

[2] A. Fernández, J.F. Edwards, F. Rodríguez, A. Espinosa de los Monteros, P. Herráez, P. Castro, J.R. Jaber, V. Martín, and M. Arbelo (2005), "'Gas and fat embolic syndrome' involving a mass stranding of beaked whales (Family *Ziphiidae*) exposed to anthropogenic sonar signals," *Veterinary Pathology* 42: 446-457; P. Jepson, M. Arbelo, R. Deaville, I.A.P. Patterson, P. Castro, J.R. Baker, E. Degollada, H.M. Ross, P. Herráez, A.M. Pocknell, F. Rodríguez, F.E. Howie, A. Espinosa, R.J. Reid, J.R. Jaber, V. Martín, A.A. Cunningham, and A. Fernández (2003), "Gas-bubble lesions in stranded cetaceans," *Nature* 425: 575-576; T.M. Cox, T.J. Ragen, A.J. Read, E. Vos, R.W. Baird, K. Balcomb, J. Barlow, J. Caldwell, T. Cranford, L. Crum, A. D'Amico, G. D'Spain, A. Fernández, J. Finneran, R. Gentry, W. Gerth, F. Gulland, J. Hildebrand, D. Houser,

mortalities in cetaceans is generally considered by the world's experts in this field to be outdated in light of these developments, and insufficient to protect whales and dolphins from harm. For example, in 2004, an IWC expert workshop noted that more recent studies point to a decompression sickness-type mechanism, rather than auditory damage, as a cause of sonar-related mortalities; and that such a mechanism "would have a significant impact on mitigation since the received noise level initiating a behavioral response is predicted to be lower (possibly much lower) than that which would cause direct physical damage [i.e., auditory injury] to tissues" (IWC 2005).[3] In light of the considerable data that have emerged to the contrary, the Navy's use of auditory and direct tissue injury as the threshold for injury in beaked whales and other deep-diving species is not scientifically supportable.

8. The statement that no injuries or strandings have been associated with LFA training is baseless. There was at no time any serious research or monitoring program conducted to determine whether any injuries or strandings occurred within the LFA use area. No stranding survey or necropsy programs have been established, and no pre- and post-LFA use monitoring is conducted in those areas of the North Pacific where the system has been operated over the last five years. The majority of cetaceans (with the notable exception of the right whales) sink upon death, so any deaths at sea caused by LFA sonar are unlikely to be detected. It would take several days for decomposition gases to bring the dead animal to the surface, and if the body had sunk to an appreciable depth, or had sunk in cold waters, would be unlikely to rise at all.

9. In the SEIS, the Navy improperly excludes from analysis several cetacean species whose habitat falls within the Navy's planned deployment area (*see* Supplemental EIS at 3-7). Among species I have studied, it excludes the Indo-Pacific humpback dolphin (*Sousa*

---

T. Hullar, P.D. Jepson, D. Ketten, C.D. Macleod, P. Miller, S. Moore, D.C. Mountain, D. Palka, P. Ponganis, S. Rommel, T. Rowles, B. Taylor, P. Tyack, D. Wartzok, R. Gisiner, J. Mead, and L. Benner (2005/06), "Understanding the impacts of anthropogenic sound on beaked whales," *J. Cetacean Research & Management* 7: 177-187; A.E. Talpalar and Y. Grossman (2005), "Sonar versus whales: noise may disrupt neural activity in deep-diving cetaceans," *Undersea and Hyperbaric Medicine* 32(2): 135-139.

[3] International Whaling Commission (2005), *Report of the IWC Habitat Degradation Workshop, 12-15 November, 2004. Siena, Italy*, International Whaling Commission, Cambridge, UK.

DECLARATION OF EDWARD C.M. PARSONS
Case No. CV 07-4771 EDL
3

*chinensis*) and finless porpoise (*Neophocaena phocaenoides*), both of which are of high conservation concern and are among the few small cetacean species listed under Appendix 1 of CITES (Convention on International Trade in Endangered Species of Wild Fauna and Flora), the highest category of protection. The SEIS' justification for their exclusion is that these animals "occur in shallow, coastal waters well inshore of the areas where SURTASS LFA sonar would be employed and are not known to hear sounds in the range of the system." But humpback dolphins have been reported ranging up to 55.6 km from the Australian coast (Corkeron et al. 1997),[4] and their acoustic behavior includes vocalizations in the low frequencies and low mid-frequencies: so-called "barks" (600Hz - 11 kHz), "quacks" (600Hz - 3.7 kHz), and "grunts" (from 900 $\pm$ 300 Hz) (Van Parijs and Corkeron 2001a and b),[5] and various other acoustic signals at 1.2-16 kHz (Schultz and Corkeron 1994).[6] At the very least, humpback dolphin calls are comparable to the acoustic behaviour of odontocete cetaceans that are included in the SEIS and, indeed, appear to communicate with sounds of a much lower frequency than some. The lack of background research and arbitrary exclusion of one of the most vulnerable delphinid species in the area of current LFA use is very disturbing, and suggests the need for input from the scientific community on a regional or finer scale of analysis.

10.   I am similarly disturbed by the Navy's analysis of abundance in the western Pacific and other regions, which appears in many cases to overlook population structuring. Such assumptions can result in significant underestimation of the percentage of populations that may be taken, if an exercise is sited in the population's habitat. This, too, strongly suggests the

---

[4] P.J. Corkeron, N.M. Morrisette, P. Porter, and H. Marsh (1997), "Distribution and status of humpbacked dolphins, *Sousa chinensis*, in Australian waters," *Asian Marine Biology* 14: 49-59.

[5] S.M. Van Parijs and P.J. Corkeron (2001a), "The vocal repertoire and related behaviors of Pacific humpback dolphins, *Sousa chinensis*," *Ethology* 107: 701-716; S.M. Van Parijs and P.J. Corkeron (2001b), "Boat traffic affects the acoustic behaviour of Pacific humpback dolphins, *Sousa chinensis*," *Journal of the Marine Biological Association of the United Kingdom* 81: 533-538.

[6] K.W. Schultz and P.J. Corkeron (1994), "Interspecific differences in whistles produced by inshore dolphins in Moreton Bay, Queensland, Australia," *Canadian Journal of Zoology* 72: 1061-1068.

need for careful regional analysis in addition to the global assessment that the Navy has prepared.

11. There are numerous areas of high cetacean abundance and important habitat for vulnerable species and populations that have not been included among the Navy's exclusion zones, or apparently even considered for exclusion. For example, within the area authorized for use during 2007-08 are, among other areas, migration routes for endangered western Pacific gray whales in the East China Sea, South China Sea, and Sea of Japan; and waters off the east coast of Taiwan, which comprise a well-known cetacean hotspot, a site of substantial amounts of economically important whale-watching activity, and habitat for numerous beaked whale species. Important beaked whale habitat has been identified along the U.K. continental slope edge and many other areas, and numerous areas of importance to marine mammals have been identified in virtually every region that the Navy has proposed for use. It is utterly insupportable to suggest, as NMFS does, that all sensitive marine mammal habitat has already been excluded from LFA training, particularly when virtually no areas have been identified outside North America.

12. Additionally, in the field of biodiversity conservation, modeling methods are often utilized to predict areas of high biodiversity based on limited information, so potentially sensitive areas in the terrestrial or marine environments can be conserved or managed without on-the-ground data (*e.g.*, Lehmann et al. 2002, Raxworthy et al. 2003).[7] Such spatial predictive modeling has become routine in other areas of conservation biology as well; predictive modeling of cetacean distributions (*e.g.*, Ferguson et al. 2006, Hastie et al. 2004)[8] is used, for

---

[7] C.J. Raxworthy, E. Martinez-Meyer, N. Horning, R.A. Nussbaum, G.E. Schneider, M.A. Ortega-Heurta, and A.T. Peterson (2003), "Predicting distributions of known and unknown reptile species in Madagascar, *Nature* 426: 837-841; A. Lehmann, J..McC. Overton, and M.P. Austin (2002), "Regression models for spatial prediction: their role for biodiversity conservation," *Biodiversity and Conservation* 11(12): 2085-2092.

[8] G.D. Hastie, B. Wilson, L.J. Wilson, K.M. Parsons, and P.M. Thompson (2004), "Functional mechanisms underlying cetacean distribution patterns: hotspots for bottlenose dolphins are linked to foraging," *Marine Biology* 144: 397-403; M.C. Ferguson, J. Barlow, S.B. Reilly, and T. Gerrodette (2006a), "Predicting Cuvier's (*Ziphius cavirostris*) and *Mesoplodon* beaked whale population density from habitat characteristics in the eastern tropical Pacific Ocean," *Journal of Cetacean Research and Management* 7: 287–299.

example, to determine conflicts with fisheries and risk of bycatch (Ferguson et al. 2006b).[9] Thus a modeling approach to determine as yet unknown but likely areas of high cetacean abundance or biodiversity is a need that should urgently be met prior to the Navy using LFA sonar in these areas, and potentially causing irreparable impacts. NMFS' decision to rule out avoidance of areas already subject to substantial levels of noise from other sources makes little sense biologically, given the potential for cumulative effects.

13. The Navy's existing monitoring methods are insufficient to detect most marine mammals even within the Navy's safety zone. It is well, for example, established that visual surveys are ineffective when non-dedicated or inexpert monitors are used, are unsuccessful at sighting cryptic species such as beaked whales, and are further impaired by fog, darkness, and rough weather. The Navy's passive acoustic system apparently reported no detections in four years of operation, and its active acoustic system has not sufficiently been tested. Additional monitoring is necessary both to avoid species and to monitor impacts that occur within and outside the safety zone. For example, aerial surveys, which have previously been used to monitor activities in the Navy's training ranges, are ruled out here partly because of potential harassment of marine life. There are special methods and protocols used by scientists conducting aerial surveys to maximize their likelihood of spotting cetaceans while preventing cetacean impacts, yet the Navy has not considered such protocols.

14. It is my expert opinion that the use of LFA sonar poses a significant risk to marine mammals and requires additional mitigation.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, 2007.

Edward C.M. Parsons

---

[9] M.C. Ferguson, J. Barlow, P. Fiedler, S.B. Reilly, and T. Gerrodette (2006b), "Spatial models of delphinid (family *Delphinidae*) encounter rate and group size in the eastern tropical Pacific Ocean," *Ecological Modelling* 193: 645-662.