*Exhibit A*

*Exhibit A*

# CURRICULUM VITAE

## E.C.M. Parsons
**BA** (*hons*) **MA** (*Oxon*) **PhD CBiol MIBiol FRGS**

Address: 433 Christopher Ave. #11,
Gaithersburg, Maryland 20879, USA.
Tel:  301 977 7109
e-mail: *ecm-parsons@eathlink.net*

## EDUCATION & QUALIFICATIONS

1988-91:  St. Peter's College, **Oxford University – BA** *hons* & **MA** (*Oxon*) (Zoology)

1993-96: Swire Institute of Marine Science, **University of Hong Kong - PhD** (Marine Biology)

> Thesis title: Hong Kong's cetaceans: the biology, ecology & behaviour of *Sousa chinensis* and *Neophocaena phocaenoides.*

## EMPLOYMENT HISTORY

*June 2005 to present.*         **Assistant Professor**
*August 2003 to May 2005.*   **Adjunct Asst. Professor**
– Department of Environmental Science and Policy, George Mason University, Fairfax, Virginia.

*March 2003 to May 2005.*     **Freelance Scientific Consultant.**

*October 2001 to present.* **Research Associate –** University Marine Biological Station, Millport, Isle of Cumbrae, Glasgow, Scotland.

*June 1998 to February 2003.* **Research & Education Director** – The Hebridean Whale and Dolphin Trust, Tobermory, Isle of Mull, Scotland.

*Sept. 1997 - June 1998.* **Lecturer -** Cannington College, Somerset, UK.

*Jan. 1997 to Aug. 1997.* **Post-Doctoral Researcher/Consultant** - Veterinary Department, Ocean Park, Hong Kong.

*Dec. 1993-Dec. 1996.* **Researcher -** Swire Institute of Marine Science, Shek O, Hong Kong.

## AWARDS & FELLOWSHIPS

**Awards:**          Scottish Thistle Award [2000]
                     Young Achiever in Scotland [1999]
**Fellowships:**     Honorary Research Fellow of the Department of Zoology,
                         University of Aberdeen [2002]

|  |  |
|---|---|
| **Recognitions:** | Elected a Fellow of the Royal Geographic Society [1997]<br>Entered into *Who's Who in Science and Technology* [2000-]<br>Entered into *Who's Who in the World* [2003-]<br>Entered into *Who's Who in America*   [2006-] |

## SCIENTIFIC MEMBERSHIPS

Flora & Fauna International, Society for Marine Mammalogy, Marine Biological Association (HK&UK), The Society for Conservation Biology, The British Ecological Society, Institute of Biology, Scottish Association for Marine Science, Marine Biological Association of the United Kingdom, European Cetacean Society, Royal Geographical Society.

## COMMITTEE & BOARD MEMBERSHIPS

Journal Editorial Board – *Tourism in Marine Environments* [05-06].
Senior Judge – *Chesapeake Bay Bowl* [06]
Student Award Judge – *Biennial Conference on the Biology of Marine Mammals* [03-05].
Award Judge & Co-Founder - Leatherwood (Asian Conservation) Award – *Biennial Conference on the Biology of Marine Mammals* [05].
Steering Committee - *International Congress on Coastal and Marine Tourism*, 15-18 Nov. 2005, Cesme-Izmir, Turkey [05].
American Cetacean Society – *Conservation Committee* [05-06]
Proyecto Amigos de los Delfines – *Scientific Advisor* [03-06]
Hong Kong Dolphin Conservation Society – *Scientific Advisor* [04-06]
Steering Committee - *IWC Habitat Degradation Workshop*, 12 – 15 Nov. 2005, Siena, Italy [03-04]
Scientific Advisory Committee - *IWC Whale-watching Management Workshop*, 6-9 March 2004, Cape Town, S. Africa – [03-04]
Scientific Committee of the International Whaling Commission [99-06]
    IWC Sub-Committees   -   *Environmental Concerns Standing Working Group* [99-06]
                                    -   *Small Cetaceans Sub-committee* [99-06]
                                    -   *Whale-watching Sub-committee* [99-06]
                                    -   *By-catch and Mortality Sub-committee* [01-06]
                                    -   Whale Sanctuary Review Working Group [02-03]
    *UK Delegate to the IWC Scientific Committee* [03-06]
NADAIR (Nature And Development in the Argyll Islands Region) Trust – *Director* [01-03]
Scottish Environment Link - *Marine Task Force* [00-03]
Hebridean Marine National Park Partnership – *Council Member* [02-03]
Tourism and the Environment Forum – *Steering Committee* [01-03]
UK Biodiversity Action Plan - Cetaceans Steering Group [00-02]
UK Biodiversity Action Plan – *Marine Turtles Steering Group* [00-02]
UK Biodiversity Action Plan - *Basking Sharks - Steering Group* [00-01]
Scottish Environment Link - *Tourism Task Force* [02]
Argyll & Bute Regional Environmental Education Forum - *Steering Group* [00-02]
Highland Region Bio-Diversity Action Plan - *Steering Group* [99-01]
Argyll Bio-Diversity Action Plan - *Marine Technical Group*   [99-02]
Mull & Iona Ranger Service - *Management Committee*    [99-02]
Marine Animal Rescue Coalition - *Committee Member* [99-02]

Royal Navy/Environmental NGO Liaison Committee – *Initiator & Committee Member* [99-02]
British Divers Marine Life Rescue - *Regional Co-ordinator* [98-02]
UK Cetacean Sighting Network – *Regional Co-ordinator* [98-02]
Mull & Iona Land & Sea Forum - *Steering Committee* [98-02]
European Research on Cetaceans - *Editor* [97-99]; *Asst. Editor* [95-96]

*Scientific Peer Review*

Reviewer for the journals: *Animal Behaviour, Aquatic Conservation, Biological Conservation, Aquatic Mammals, Asian Marine Biology, Marine Mammal Science, Environmental Management, European Research on Cetaceans*, Journal of Ecotourism, Journal of the Marine Biological Association of the United Kingdom, Mammalian Species, Marine Ecology, Raffles Bulletin of Zoology, Tourism in Marine Environments, Veterinary Record.

# RESEARCH ACTIVITY

## PEER-REVIEWED JOURNAL PUBLICATIONS

1. Howard, C. and **Parsons, E.C.M.** 2006. Attitudes of Scottish city inhabitants to cetacean conservation. *Biodiversity and Conservation*: in press.

2. Jiang, Y., Lück, M. and **Parsons, E.C.M.** 2006. Public Awareness and marine mammals in captivity. *Tourism Review International*: in press.

3. **Parsons, E.C.M.** 2006. Whalewatching and the International Whaling Commission: a report of the 2005 sub-committee meeting. *Tourism in Marine Environments* 3: in press.

4. **Parsons, E.C.M.**, Rose, N.A., Bass, C. and Perry, C. 2006. It's not just poor science – Japan's "scientific" whaling is a human health risk too. *Marine Pollution Bulletin*: in press.
   _____

5. **Parsons, E.C.M**., Fortuna, C.M. Fortuna, Ritter, F., Rose, N.A., Simmonds, M.P., Weinrich, M., Williams, R. and Panigada S. 2006. Glossary of whalewatching terms. *Journal of Cetacean Research and Management* 8 (Suppl.): 249-251.

6. Stachowitsch, M., **Parsons, E.C.M.** and Rose, N.A. 2006. State of the Cetacean Environment Report (SOCER) 2005. *Journal of Cetacean Research and Management* 8 (Suppl.): 198-217.   _____

7. Howard, C. and Parsons, E.C.M. 2005. Public awareness of whale-watching opportunities in Scotland. *Tourism in Marine Environments* 2: in press.

8. Parsons, E.C.M., Lewandowski, J. and Lück, M. 2005. Recent advances in whalewatching research: 2004-2005. *Tourism in Marine Environments* 2: in press.

9. Scott, N.J. and **Parsons, E.C.M**. 2005. A survey of public opinions in Southwest Scotland on cetacean conservation issues. *Aquatic Conservation* 15: 299-312.

10. Scott, N.J. and **Parsons, E.C.M.** 2005. A survey of public opinion on seal management in southwest Scotland. *Aquatic Mammals* 31: 104-109.

11. Stachowitsch, M., **Parsons, E.C.M.** and Rose, N.A. 2005. State Of the Cetacean Environment Report (SOCER) 2004. *Journal of Cetacean Research and Management* 7 (Suppl.): 290-301.

12. Barros, N.B., Jefferson, T.A. and **Parsons, E.C.M**. 2004. Feeding habits of Indo-Pacific humpback dolphins (*Sousa chinensis*) stranded in Hong Kong. *Aquatic Mammals* 30: 177-186.

13. MacLeod, K., Fairbairns, R., Gill, A., Fairbairns, B., Gordon, J., Blair-Myers, C. and **Parsons, E.C.M.** 2004. Seasonal distribution of minke whales (*Balaenoptera acutorostrata*) in relation to physiography and prey off the Isle of Mull, Scotland. *Marine Ecology Progress Series* 277: 263-274.

14. **Parsons, E.C.M**. 2004. The potential impacts of pollution on humpback dolphins - with a case study on the Hong Kong population. *Aquatic Mammals* 30: 18-37.

15. **Parsons, E.C.M**. 2004. The behaviour and ecology of the Indo-Pacific humpback dolphin (*Sousa chinensis*). *Aquatic Mammals* 30: 38-55.

16. **Parsons, E.C.M.** 2004. Sea monsters and mermaids in Scottish folklore: can these tales give us information on the historic occurrence of marine animals in Scotland? *Anthrozoös* 17: 73-80.

17. **Parsons, E.C.M.** 2004. Whalewatching and the International Whaling Commission: a report of the 2004 sub-committee meeting. *Tourism in Marine Environments* 1: 133-134.

18. Rawles, C.J.G. and **Parsons, E.C.M.** 2004. Environmental motivation of whale-watching tourists in Scotland. *Tourism in Marine Environments* 1: 129-132.

19. Scott, N.J. and **Parsons, E.C.M.** 2004. A survey of public awareness of the occurrence and diversity of cetaceans in Southwest Scotland. *Journal of the Marine Biological Association of the United Kingdom* 84: 1101-1104.

20. **Parsons, E.C.M**. 2003. Seal management in Scotland: tourist perceptions and the possible impacts on the Scottish tourism industry. *Current Issues in Tourism* 6: 540-546.

21. **Parsons, E.C.M**. and Rawles, C. 2003. The resumption of whaling by Iceland and the potential negative impact in the Icelandic whale-watching market. *Current Issues in Tourism* 6: 444-448.

22. **Parsons, E.C.M**. and Woods-Ballard, A. 2003. Acceptance of voluntary whalewatching codes of conduct in West Scotland: the effectiveness of governmental versus industry-led guidelines. *Current Issues in Tourism* 6: 172-182.

23. **Parsons, E.C.M**., Warburton, C.A., Woods-Ballard, A., Hughes, A. and Johnston, P. 2003. The value of conserving whales: the impacts of cetacean-related tourism on the economy of rural West Scotland. *Aquatic Conservation* 13: 397-415.

24. **Parsons, E.C.M**., Warburton, C.A., Woods-Ballard, A., Hughes, A. Johnston, P., Bates, H. and Lück, M. 2003. Whale-watching tourists in West Scotland. *Journal of Ecotourism* 2: 93-113.

25. Woods-Ballard, A., **Parsons, E.C.M.**, Hughes, A.J., Velander, K.A., Ladle, R.J. and Warburton, C.A., 2003. The sustainability of whale-watching in Scotland. *Journal of Sustainable Tourism* 11: 40-55.

_____

26. Barros, N.B., Jefferson, T.A. and **Parsons, E.C.M.** 2002. Food habits of finless porpoises (*Neophocaena phocaenoides*) in Hong Kong waters. *Raffles Bulletin of Zoology,* Supplement 10: 115-123.

_____

27. **Parsons, E.C.M.** and Chan, H.M. 2001. Organochlorine and trace metal concentrations in bottlenose dolphins (*Tursiops truncatus*) from the South China Sea. *Marine Pollution Bulletin* 42: 780-786.

28. **Parsons, E.C.M.,** Overstreet, R.M. and Jefferson, T.A. 2001. Parasites from Indo-Pacific hump-backed dolphins (*Sousa chinensis*) and finless porpoises (*Neophocaena phocaenoides*) stranded in Hong Kong. *Veterinary Record* 148: 776-780.

29. Stockin, K., Fairbairns, R.S., **Parsons, E.C.M.** and Sims, D. 2001. The effects of diel and seasonal cycles on the dive duration of the minke whale (*Balaenoptera acutorostrata*) off the Isle of Mull, Scotland. *Journal of the Marine Biological Association of the United Kingdom* 81: 189-190.

_____

30. Barros, N.B., **Parsons, E.C.M.** and Jefferson, T.A. 2000. Prey of offshore bottlenose dolphins from Hong Kong. *Aquatic Mammals* 26: 2-6.

31. **Parsons, E.C.M.** and Jefferson, T.A. 2000. Post-mortem investigations on stranded dolphins and porpoises from Hong Kong waters. *Journal of Wildlife Diseases* 36: 342-356.

_____

32. **Parsons, E.C.M.** 1999. The determination of trace metals in whole fish from North Lantau waters, Hong Kong. *ICES Journal of Marine Science* 56: 791-794.

33. **Parsons, E.C.M.** 1999. Trace metal concentrations in the tissues of cetaceans from Hong Kong's territorial waters. *Environmental Conservation* 26: 30-40.

34. **Parsons, E.C.M.,** Bossart, G. and Kinoshita, R. 1999. Necropsy of a finless porpoise calf stranded in Hong Kong. *Veterinary Record* 144: 75-76.

35. **Parsons, E.C.M.,** Chan, H.M. and Kinoshita, R. 1999. Organochlorine and trace metal concentrations in a Pygmy Bryde's whale (*Balaenoptera edeni*) from the South China Sea. *Marine Pollution Bulletin* 38: 51-55.

_____

36. **Parsons, E.C.M.** 1998. The behaviour of Hong Kong's resident cetaceans: the Indo-Pacific hump-backed dolphin and the finless porpoise. *Aquatic Mammals* 24: 91-110.

37. **Parsons, E.C.M.** 1998. Strandings of small cetaceans in Hong Kong's territorial waters. *Journal of the Marine Biological Association of the United Kingdom* 78: 1039-1042.

38. **Parsons, E.C.M.** 1998. Trace metal pollution in Hong Kong: implications for the health of Hong Kong's Indo-Pacific hump-backed dolphins (*Sousa chinensis*). *Science of the Total Environment* 214: 175-184.

39. **Parsons, E.C.M.** 1998. Observations of Indo-Pacific hump-backed dolphins in Goa, India. *Marine Mammal Science* 14: 166-170.

40. **Parsons, E.C.M.** 1998. Trace metal concentrations in crustaceans from North Lantau waters, Hong Kong. *The Marine Biology of the South China Sea* 3: 411-422.

41. **Parsons, E.C.M.** and Wang J.Y. 1998. A review of finless porpoises (*Neophocaena phocaenoides*) from the South China Sea. *The Marine Biology of the South China Sea* 3: 287-306. Hong Kong: Hong Kong University Press.

42. **Parsons, E.C.M.** and Chan, H.M. 1998. Organochlorines in Indo-Pacific hump-backed dolphins (*Sousa chinensis*) and finless porpoises (*Neophocaena phocaenoides*) from Hong Kong. *The Marine Biology of the South China Sea* 3: 423-437.

_____

43. **Parsons, E.C.M.,** Felley, M.L. and Porter, L.J. 1995. An annotated checklist of cetaceans recorded from Hong Kong's territorial waters. *Asian Marine Biology* 12: 79-100.

## BOOK CHAPTERS

1. **Parsons, E.C.M.** Hebrides. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

2. **Parsons, E.C.M.** in press. SPAW Protocol. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

3. **Parsons, E.C.M.** Queen Mary II. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

4. **Parsons, E.C.M.** Queen Elizabeth II. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

5. **Parsons, E.C.M.** United Nations Convention on the Law of the Sea. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

    _____

6. **Parsons, E.C.M**., Rose, N.A. and Simmonds, M. 2004. Whales – individuals, societies and cultures. In *Troubled Waters* (ed. P. Brakes, A. Butterworth, M. Simmonds & P. Lymbery), pp. 15-29. WSPA, London. 144pp.

    _____

7. 7. Chan, H.M., **Parsons, E.C.M.** and Blackmore, G. 2003. Chemical pollution research in Hong Kong: the past, present and future. In *Turning the Tides* (ed. P.K.S. Shin), pp. 229-236. The Marine Biological Association of Hong Kong. 383pp.

8. 8. **Parsons, E.C.M.** and Dolman, S. 2003. The use of sound by cetaceans. In: *Oceans of Noise* (ed. M. Simmonds, S. Dolman & L. Weilgart), pp. 44-52. Whale and Dolphin Conservation Society, Chippenham. 164pp.

9. 9. **Parsons, E.C.M.** and Dolman, S. 2003. Noise as a problem for cetaceans. In: *Oceans of Noise* (ed. M. Simmonds, S. Dolman & L. Weilgart), pp. 53-58. Whale and Dolphin Conservation Society, Chippenham. 164pp.

10. 10. **Parsons, E.C.M.** Swift, R., and Dolman, S. 2003. Sources of noise. In: *Oceans of Noise* (ed. M. Simmonds, S. Dolman & L. Weilgart), pp. 24-43. Whale and Dolphin Conservation Society, Chippenham. 164pp.

## PUBLISHED SCIENTIFIC REPORTS

1. **Parsons, E.C.M**, Rose, N.A., Farinato, R. and Sherwin, S. 2006. *The Case Against Marine Mammals in Captivity*. The Humane Society of the United Stares and the World Society for the Protection of Animals, Washington DC. 69pp.

_____

2. Arlot, S., **Parsons, E.C.M.** and Colbert, A. 2003. Marine Special Areas of Conservation and Tourism: The Treshnish Isles and the Firth of Lorn. Hebridean Whale and Dolphin Trust, Mull. 116pp.

3. De Boer, M.N., Baldwin, R., Burton, C.L.K., Eyre, L., Jenner, K.C.S., Jenner M-N.M., Keith, S.G., McCabe, K.A., **Parsons, E.C.M**., Peddemors, V.M., Rosenbaum, H.C., Rudolph, P., Thiele, D. and Simmonds, M. 2003. *Cetaceans in the Indian Ocean Sanctuary: A Review*. Whale and Dolphin Conservation Society, Chippenham. 52pp.

_____

4. Scott, N.J. and **Parsons, E.C.M.** 2001. *Marine Environmental Awareness in Argyll, West Scotland*. Hebridean Whale and Dolphin Trust, Mull. 97pp.

5. Warburton, C.A., **Parsons, E.C.M.,** Woods-Ballard, A., Hughes, A. and Johnston, P. 2001. *Whale-watching in West Scotland.* Department of the Environment, Food and Rural Affairs, London. 73pp.

_____

6. Shrimpton, J.H. and **Parsons, E.C.M.** 2000. *Cetacean Conservation in West Scotland*. Hebridean Whale and Dolphin Trust, Mull. 85pp.

_____

7. **Parsons, E.C.M.** 1997. *Sewage pollution in Hong Kong: implications for the health and conservation of local cetaceans*. Friends of the Earth, Hong Kong. 42pp.

_____

8. Evans, P.G.H., Lewis, E.J., **Parsons, E.C.M.** and Swann, C. 1993. *A survey of whales and dolphins in Hebridean waters*. Seawatch Foundation, Oxford.

**PUBLISHED CONFERENCE PROCEEDINGS PAPERS**

1. Warburton, C.A., **Parsons, E.C.M.,** Woods-Ballard, A., Hughes, A. and Johnston, P. 2004. The economic impact of whale-watching in West Scotland. *European Research on Cetaceans* 15: 215-219.

_____

2. **Parsons, E.C.M.** 2003. Conservation of whales and dolphins**.** In: *Conservation, Rehabilitation and Welfare. Proceedings of the Ninth Annual Wildlife Symposium of the Glasgow University Veterinary Zoological Society*, pp. 9-20. Glasgow: GUVZS. 53pp.

3. **Parsons, E.C.M.** and Woods-Ballard, A.J. 2003. Whale-watching in western Scotland. In: *Viewing Marine Mammals in the Wild: Emerging Issues, Research and Management Needs*, pp. 12-14. Silver Spring, MD: NOAA. 82pp.

_____

4. **Parsons, E.C.M.,** Birks, I., Evans, P.G.H., Gordon, J.G., Shrimpton, J.H. and Pooley, S. 2000. The possible impacts of military activity on cetaceans in West Scotland. *European Research on Cetaceans* 14: 185-190.

   _____

5. Jeewoonarain, T., **Parsons, E.C.M.** and Evans, P.G.H. 1999. Operation sightings: sightings of cetaceans in the southern Hebrides, Scotland. *European Research on Cetaceans* 13: 237-241.

6. **Parsons, E.C.M.,** Kinoshita, R. and Chan, H.M. 1999. A summary of Indo-Pacific hump-backed dolphin mortality in Hong Kong: implications for the conservation of the population. *European Research on Cetaceans* 12: 18-25.

7. **Parsons, E.C.M.,** Shrimpton, J. and Evans, P.G.H. 1999. Cetacean conservation in Northwest Scotland: perceived threats to cetaceans. *European Research on Cetaceans* 13: 128-133.

   _____

8. **Parsons, E.C.M.** and Hoffmann, C.C. 1996. A preliminary examination of the conservation status of Hong Kong's cetaceans. *European Research on Cetaceans* 10: 12-14.

   _____

9. **Parsons, E.C.M.** 1995. Land-based observations of cetaceans in Hong Kong waters. *Journal of Oceanography in the Taiwan Strait (Special Publication* 4*)*: 34-37.

10. **Parsons, E.C.M.** 1995. Summary of cetacean strandings in Hong Kong waters. *Journal of Oceanography in the Taiwan Strait (Special Publication* 4): 37-39.

11. **Parsons, E.C.M.** and Porter, L.J. 1995. The threats to Hong Kong's Indo-Pacific humpbacked dolphin population. In: *Proceedings of the Third Symposium on Cetacean Ecology and Conservation*. (ed. L. Chou), pp. 101-111. Taipei: National Taiwan University.

   _____

12. Evans, P.G.H., Swann, C., Lewis, E.J., **Parsons, E.C.M.,** Heimlich-Boran, J. and Heimlich-Boran, S. 1993. Survey of cetaceans in the Minches and Sea of Hebrides, Northwest Scotland. *European Research on Cetaceans* 7: 111-116.

### BOOKS

1. Jones, R. and **Parsons, E.C.M.** 2003. *The Sea Kingdom: Coll and Tiree*. Hebridean Whale and Dolphin Trust, Tobermory, Scotland. 32pp.

2. Jones, R. and **Parsons, E.C.M.** 2002. *The Sea Kingdom: Isle of Mull*. Hebridean Whale and Dolphin Trust, Tobermory, Scotland. 28pp.

3. Evans, P.G.H. and **Parsons, E.C.M.** (Eds.). 1999. *European Research on Cetaceans* 12. The European Cetacean Society, Valencia, Spain. 436pp.

4. Evans, P.G.H., **Parsons, E.C.M.** and Clark, S.L. (Eds.). 1998. *European Research on Cetaceans* 11. The European Cetacean Society, Kiel, Germany. 314pp.

**PAPERS PRESENTED TO THE INTERNATIONAL WHALING COMMISSION**

1. **Parsons, E.C.M.**, Lück, M. and Lewandowski, J.K. 2006. Recent advances in whalewatching research: 2005-2006. Paper presented to the Scientific Committee at the 58th Meeting of the International Whaling Commission, 26 May–6 June 2006, St. Kitts. SC58/WW1.

2. **Parsons, E.C.M.**, Bonnelly di Calventi, I., Whaley, A., Rose, N.A. and Sherwin, S. 2006. A note on illegal captures of wild bottlenose dolphins (*Tursiops truncatus*) from the coastal waters of the Dominican Republic. Paper presented to the Scientific Committee at the 58th Meeting of the International Whaling Commission, 26 May–6 June 2006, St. Kitts. SC58/SM11.

3. Stachowitsch, M., **Parsons, E.C.M.** and Rose, N.A. 2006. State of the cetacean environment report 2006. Paper presented to the Scientific Committee at the 58th Meeting of the International Whaling Commission, 26 May–6 June 2006, St. Kitts. SC58/E1.

4. Whaley, A.R., **Parsons, E.C.M.**, Sellares, R. and Bonnelly Di Calventi, I. 2006. Dolphin ecology and behaviour in the Southeastern waters of the Dominican Republic: preliminary observations. Paper presented to the Scientific Committee at the 58th Meeting of the International Whaling Commission, 26 May–6 June 2006, St. Kitts. SC58/SM12.

5. Whaley, A., Wright, A.J., Bonnelly de Calventi, I. and **Parsons, E.C.M.** 2006. Humpback whale sightings in southern waters of the Dominican Republic lead to proactive conservation measures. Paper presented to the Scientific Committee at the 58th Meeting of the International Whaling Commission, 26 May–6 June 2006, St. Kitts. SC58/WW2.

6. **Parsons, E.C.M.**, Lewandowski, J. and Lück, M. 2005. Recent advances in whalewatching research: 2004-2005. Paper presented to the Scientific Committee at the 57th Meeting of the International Whaling Commission, 30 May–10 June 2005, Ulsan, Korea. SC57/WW3.

7. **Parsons, E.C.M.** and Fortuna, C.M. 2005. A brief note on definitions of whalewatching activities. Paper presented to the Scientific Committee at the 57th Meeting of the International Whaling Commission, 30 May–10 June 2005, Ulsan, Korea. SC57/WW4.

8. Stachowitsch, M., **Parsons, E.C.M.** and Rose, N.A. 2005. State of the cetacean environment report 2005. Paper presented to the Scientific Committee at the 57th Meeting of the International Whaling Commission, 30 May–10 June 2005, Ulsan, Korea. SC57/E8.

9. Childerhouse, S., Gales, N., Baker, C.S., Bass, C., Berggren, P., Bickham, J., Breiwick, J., Brownell, R., Carlson, C., Charrassin, J.-B., Cipriano, F., Clapham, P., Collins, T., Cooke, J., Cozzi, B., Dinter, W., Engel, M., Findlay, K., Fortuna, C., Funahashi, N., Gedamke, J., Groch, K., Iniguez, M., Kasuya, T., Kell, L., Kock, K.-H., Krahn, P., Leaper, R., LeDuc, R., Mattila, D., Moore, S., Northridge, S., Olavarria, C., Palazzo, J., Panigada, S., **Parsons, C.**, Perrin, W., Pomilla, C., Porter, L., Reijnders, P., Ridoux, V., Ritter, F., Robbins, J., Rogan, E., Rojas, L., Rose, N., Rosenbaum, H., Rowles, T., Sadler, L., Secchi, E., Senn, D., Simmonds, M., Sironi, M., Stachowitsch, Thiele, D., Urban, J., Wade, P., Van Waerebeek, K., Waples, R., Weinrich, M., Williams, R., Wilson, B. and Zerbini, A. 2005. Comments on the Government of Japan's proposal for a second phase of special permit whaling in Antarctica (JARPN II). Paper presented to the Scientific Committee at the 57th Meeting of the International Whaling Commission, 30 May–10 June 2005, Ulsan, Korea. SC57/O22.

10. **Parsons, E.C.M.**, Classen, J.M, and Bauer, A. 2004. Recent advances in whale-watching research. Paper presented to the Scientific Committee at the 56th Meeting of the International Whaling Commission, 29 June–10 July 2004, Sorrento, Italy. SC56/WW6.

11. Stachowitsch, M., **Parsons, E.C.M.** and Rose, N.A. 2004. State of the cetacean environment report 2004. Paper presented to the Scientific Committee at the 56th Meeting of the International Whaling Commission, 29 June–10 July 2004, Sorrento, Italy. SC56/E29.

12. Gaillard, T., **Parsons, E.C.M.** and Dell, C. 2003. Field trials of whalewatching data collection forms in West Scotland. Paper presented to the Scientific Committee at the 55th Meeting of the International Whaling Commission, 26 May–6 June 2003, Berlin, Germany. SC55/WW3.

13. **Parsons, E.C.M.** and Gaillard, T. 2003. Characteristics of high-speed whalewatching vessels in Scotland. Paper presented to the Scientific Committee at the 55th Meeting of the International Whaling Commission, 26 May–6 June 2003, Berlin, Germany. SC55/WW2.

14. Stachowitsch, M., Rose, N.A. and **Parsons, E.C.M.** 2003. State of the cetacean environment report. Paper presented to the Scientific Committee at the 55th Meeting of the International Whaling Commission, 26 May–6 June 2003, Berlin, Germany. SC55/E7.

15. Weinrich, M. and **Parsons, E.C.M.** 2003. Effective use of the Data Recording System to study cetacean populations: a ranking of data types. Paper presented to the Scientific Committee at the 55th Meeting of the International Whaling Commission, 26 May–6 June 2003, Berlin, Germany. SC55/WW1.

16. De Boer, M.N., Baldwin, R., Burton, C.L.K., Eyre, L., Jenner, K.C.S., Jenner M-N.M., Keith, S.G., McCabe, K.A., **Parsons, E.C.M**., Peddemors, V.M., Rosenbaum, H.C., Rudolph, P., Thiele, D. and Simmonds, M. 2002. Cetaceans in the Indian Ocean Sanctuary: a review. Paper presented to the Scientific Committee at the 54th Meeting of the International Whaling Commission, 26 April–10 May 2002, Shimonoseki, Japan. SC54/O5.

17. Dolman, S.J., **Parsons, E.C.M.** and Simmonds, M.P. 2002. Noise sources in the cetacean environment. Paper presented to the Scientific Committee at the 54th Meeting of the International Whaling Commission, 26 April–10 May 2002, Shimonoseki, Japan. SC54/E7.

18. **Parsons, E.C.M.** 2002. The behaviour and ecology of the Indian humpback dolphin (*Sousa chinensis plumbea*) and the Pacific humpback dolphin (*Sousa chinensis chinensis*). Paper presented to the Scientific Committee at the 54th Meeting of the International Whaling Commission, 26 April–10 May 2002, Shimonoseki, Japan. SC54/SM4.

19. **Parsons, E.C.M.** 2002. The impact of pollution on humpback dolphins. Paper presented to the Scientific Committee at the 54th Meeting of the International Whaling Commission, 26 April–10 May 2002, Shimonoseki, Japan. SC54/SM5.

20. De Boer, M.N., Eyre, L., Jenner, K.C.S., Jenner M-N.M., Keith, S.G., McCabe, K.A., **Parsons, E.C.M**., Rosenbaum, H.C., Rudolph, P. and Simmonds, M. 2001. Cetaceans in the Indian Ocean Sanctuary: a preliminary review. Paper presented to the Scientific Committee at the 53nd Meeting of the International Whaling Commission, 3-16 July 2001, London. SC53/O6.

21. Grillo, V., **Parsons, E.C.M.** and Shrimpton, J.H. 2001. A review of sewage pollution in Scotland and its potential impacts on harbour porpoise populations. Paper presented to the Scientific Committee at the 53nd Meeting of the International Whaling Commission, 3-16 July 2001, London. SC53/E13.

22. **Parsons, E.C.M.** and Woods-Ballard, A. 2001. Voluntary whale-watching codes of conduct: how effective are they in managing whale-watching in West Scotland? Paper presented to the Scientific Committee at the 53nd Meeting of the International Whaling Commission, 3-16 July 2001, London. SC53/WW6.

23. Woods-Ballard, A., Hughes, A.J., **Parsons, E.C.M.**, Warburton, C.A., Velander, K.A. and Ladle, R.J. 2001. The sustainability of whale-watching in Scotland. Paper presented to the Scientific Committee at the 53nd Meeting of the International Whaling Commission, 3-16 July 2001, London. SC53/WW5.

24. Shrimpton, J.H. and **Parsons E.C.M.** 2000. A review of environmental threats to cetaceans in West Scotland. Paper presented to the Scientific Committee at the 52nd Meeting of the International Whaling Commission, 11-28 June 2000, Australia. SC52/E24.

25. Stockin, K., Fairbairns, R.S., **Parsons, E.C.M.** and Sims, D. 2000. A note on the effects of diel and seasonal cycles on the dive duration of the minke whale (*Balaenoptera acutorostrata*) off the Isle of Mull, Scotland. Paper presented to the Scientific Committee at the 52nd Meeting of the International Whaling Commission, 11-28 June 2000, Australia. SC52/O25.

26. Warburton, C.A., **Parsons, E.C.M.** and Goodwin, H. 2000. Whale-watching and marine wildlife tourism on the Isle of Mull, Scotland. Paper presented to the Scientific Committee at the 52nd Meeting of the International Whaling Commission, 11-28 June 2000, Australia. SC52/WW17.

27. **Parsons, E.C.M.** 1999. A review of environmental threats facing coastal small cetaceans in Asia. Paper presented to the Scientific Committee at the 51st Meeting of the International Whaling Commission, 1-15 May 1999, Grenada. SC51/SM47.

## PAPERS PRESENTED TO THE UNITED NATIONS ENVIRONMENT PROGRAMME

1. **Parsons, E.C.M.**, Bonnelly de Calventi, I. and Vail, C.S. 2005. Case study illustrating socio-economics and sustainable ultilization of marine mammal resources. Paper presented at the Regional Workshop of Experts for the Development of a Marine Mammal Action Plan for the Wider Caribbean**,** 18-21 July, Bridgetown, Barbados. UNEP/ CAR WG27/Ref11.

2. **Parsons, E.C.M.** 1995. A status review of small cetaceans in Hong Kong. Paper presented at the UNEP Workshop on the Biology and Conservation of Small Cetaceans and Dugongs of Southeast Asia, 27-30 June, Silliman University, Philippines. UNEP/SEA95/WP20.

3. Ross, G.J.B., Heinsohn, G.E., Cockroft, V.G., **Parsons, E.C.M**., Porter, L.J., Preen, A. and Leatherwood, S. 1995. Review of the taxonomic status of humpback dolphins, Genus *Sousa*. Paper presented at the UNEP Workshop on the Biology and Conservation of Small Cetaceans and Dugongs of Southeast Asia, 27-30 June, Silliman University, Philippines. UNEP/SEA95/WP19.

# PUBLICATIONS IN PREPARATION OR SUBMITTED

## Submitted publications

1. Draheim, M. and **Parsons, E.C.M.** Hispaniola. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

2. **Parsons, E.C.M.** Convention on the International trade in Endangered Species. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

3. **Parsons, E.C.M.** El Nino/La Nina. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

4. **Parsons, E.C.M.** Habitats Directive. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

5. **Parsons, E.C.M.** Heavy metals. In: *Encyclopedia of Environment and Society* (Ed. P. Robbins). Sage Publications.

6. **Parsons, E.C.M.** Polychlorinated biphenyls (PCBs). In: *Encyclopedia of Environment and Society* (Ed. P. Robbins). Sage Publications.

7. **Parsons, E.C.M.** Whale ecotourism. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

8. **Parsons, E.C.M.** Whalewatching Sub-Committee of the IWC. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

9. **Parsons, E.C.M.** and Rose, N.A. Aboriginal whaling. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

10. **Parsons, E.C.M.** and Rose, N.A. Tuna fishing. In: *Encyclopedia of Environment and Society* (Ed. P. Robbins). Sage Publications

11. **Parsons, E.C.M.,** Clark, J. and Simmonds, M.P. The Conservation of British Cetaceans: A Review of the Threats and Protection Afforded to Whales, Dolphins and Porpoises in UK Waters. Submitted to the *Journal of International Wildlife Law and Policy*.

12. **Parsons, E.C.M.**, Jasny, M. and Rose, N.A. Sonar. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

13. **Parsons. E.C.M.**, Bonnelly De Calventi, I, Whaley, A., Rose, N.A. and Sherwin, S. A note on illegal captures of bottlenose dolphins (*Tursiops truncatus*) in the Dominican Republic. Submitted to the *Journal of International Wildlife Law and Policy*.

14. **Parsons, E.C.M.**, Lück, M. and Lewandowski, J.K. Recent advances in whalewatching research: 2005-2006. Submitted to *Tourism in Marine Environments*.

15. **Parsons, E.C.M.,** Romero, A., Kannada, S. and Rose, N.A. Whaling. In: *Encyclopedia of Tourism and Recreation in Marine Environments* (Ed. M. Lück). CAB International.

16. **Parsons, E.C.M.,** Romero, A., Kannada, S. and Rose, N.A. Whales and whaling. In: *Encyclopedia of Environment and Society* (Ed. P. Robbins). Sage Publications.

17. Stachowitsch, M., **Parsons, E.C.M.** and Rose, N.A. 2007. State of the Cetacean Environment Report (SOCER) 2006. *Journal of Cetacean Research and Management* 9 (Suppl.): submitted

# UNPUBLISHED CONFERENCE PRESENTATIONS

1. **Parsons, E.C.M.** 2005. From whaling to whale-watching: the history of marine mammal exploitation in Scotland. Presented at the *16th Biennial Conference on the Biology of Marine Mammals,* 12-16 December 2005, San Diego, USA.

2. Whaley, A.R., Bonnelly de Calventi I., McConchie, T. and **Parsons, E.C.M.** 2005. Initial findings from a dolphin research and conservation project in the Dominican Republic. Presented at the *16th Biennial Conference on the Biology of Marine Mammals,* 12-16 December 2005, San Diego, USA.

3. **Parsons, E.C.M.** 2005. Whalewatching: the global situation. Presented at the workshop *Whale watching – the way we should go: from whale meat market to whale watching market.* 15 June 2005, Ulsan, Korea.

4. Whaley, A.R., **Parsons, E.C.M.**, Vasquez, O., Bonnelly de Calventi, I. and Rose, N.A. 2005. A multi-national dolphin research and conservation project in the Dominican Republic. In: *19th Annual Conference of the European Cetacean Society and Associated Workshops*, *April 2-7 2004, La Rochelle, France*, p. 70. European Cetacean Society, La Rochelle. (Abstract)**.**

5. **Parsons, E.C.M.,** Bonnelly de Calventi I., Rose, N.A., Vasquez, O., Whaley, A.R., Draheim, M. and McConchie, T. 2005. A multi-national dolphin research and conservation project in the Dominican Republic. Presented at *V Congresso de la Biodiversidad Caribena*, 25-38 January 2005, Santo Domingo, Dominican Republic.

6. **Parsons, E.C.M.** and Hung, S. 2004. Cetaceans and noise in Hong Kong: a case study. Presented at *Policy on Sound and Marine Mammals: An International Workshop*, 28-30 September 2004, London, England.

7. **Parsons, E.C.M.** and Howard, C. 2004. Public attitudes to cetacean conservation in Scotland. In *18th Annual Meeting. Society for Conservation Biology, SCB 2004*, p. 210. Omnipress, New York. (Abstract)**.**

8. Howard, C. and **Parsons, E.C.M.** 2004. Public attitudes to cetacean conservation in Scotland. Presented the *Wildlife Conservation: In Pursuit of Ecological Sustainability* forum, 16-19 June 2004, Limerick, Ireland.

9. **Parsons, E.C.M.** and Rawles, C. 2004. Why killing marine mammals does not pay: the projected negative impacts on tourism by whaling in Iceland and seal culls in Scotland. Presented the *Wildlife Conservation: In Pursuit of Ecological Sustainability* forum, 16-19 June 2004, Limerick, Ireland.

10. Howard, C. and **Parsons, E.C.M.** 2004. Public attitudes to cetacean conservation in Scotland. Presented at the *18th Annual Conference of the European Cetacean Society*, 28-31 March 2004, Kolmården, Sweden.

11. Scott, N. J. and **Parsons, E.C.M.** 2003. Cetacean conservation issues in South-West Scotland: a survey of public awareness and opinions. Presented at the *15th Biennial Conference on the Biology of Marine Mammals*, 15-19 December 2003, Greensboro, North Carolina.

12. **Parsons, E.C.M.** 2003. The importance of conducting research in the development of whale and dolphin watching. Presented at the *Taller Internacional Para La Conservación De Los Delfines de la República Dominicana*, 26-27 June, 2003, Santo Domingo, Dominican Republic.

13. **Parsons, E.C.M.** 2003. Naval noise and disturbance of cetaceans in west Scotland. Presented at the Conference on the *Environmental Consequences of Underwater Sound*, 12-16 May, 2003, San Antonio, Texas.

14. **Parsons, E.C.M.** 2003. A review of whale-watching in Scotland. Presented at the *3rd Conference on Whale-watching in Iceland*, 22-23 March, 2003, Husavik, Iceland.

15. Carlson, C. and **Parsons, E.C.M.** 2003. Whale-watching around the world, the development of guidelines and regulations, and the role of operators in managing their industry. Presented at the *3rd Conference on Whale-watching in Iceland*, 22-23 March, 2003, Husavik, Iceland.

16. Carlson, C. and **Parsons, E.C.M.** 2003. Guidance and co-operation between whale-watching boats. Can whaling and whale-watching coexist? Presented at the *3rd Conference on Whale-watching in Iceland*, 22-23 March, 2003, Husavik, Iceland.

17. Carlson, C. and **Parsons, E.C.M.** 2003. How to market Icelandic whale-watching abroad. Presented at the *3rd Conference on Whale-watching in Iceland*, 22-23 March, 2003, Husavik, Iceland.

18. Dell, C., **Parsons, E.C.M.** and Evans, P.G.H. 2002. The distribution of killer whales (*Orcinus orca*) in West Scotland and movements of identified individuals. Presented at the *16th Annual Conference of the European Cetacean Society*, 7-11 April 2002, Liege, Belgium.

19. **Parsons E.C.M.**, Warburton, C.A., Woods-Ballard, A., Hughes, A. and Johnston, P. 2001. The impact of whale-watching on the economy of West Scotland. Presented at the *14th Biennial Conference on the Biology of Marine Mammals*, 28 November - 3 December 2001, Vancouver, Canada.

20. Warburton, C.A., **Parsons E.C.M.**, Woods-Ballard, A., Hughes, A. and Johnston, P. 2001. Whale-watchers in West Scotland. Presented at the *14th Biennial Conference on the Biology of Marine Mammals*, 28 November - 3 December 2001, Vancouver, Canada.

21. Soole, C., Gill, A., Johnston, P., Kuiker, K. and **Parsons, E.C.M**. 2001. Bottlenose dolphins in West Scotland. Presented at the *15th Annual Conference of the European Cetacean Society*, 6-9 May 2001, Rome, Italy.

22. **Parsons E.C.M**. and Warburton, C.A. 2000. Marine wildlife tourism and the economic benefits to island communities. Presented at the *6th Islands of the World Conference*, 16-20 October 2000, Isle of Skye, Scotland.

23. Barry, S., **Parsons, E.C.M**., McNee, J., McClellan, R., Evans, P.G.H., and McClellan, L. 2000. Cetacean sighting distribution in West Scotland in 1999. Presented at the *14th Annual Conference of the European Cetacean Society*, 2-5 April 2000, Cork, Ireland.

24. **Parsons, E.C.M**., Felley, M.L. and Hoffmann, C.C. 1997. Cetacean conservation in Hong Kong: problems and proposals. Presented at the *Annual Meeting of the Society of Conservation Biology*, June 1997, Vancouver, Canada.

25. Kinoshita, R., Hui, S.W., **Parsons, E.C.M**., Vedros, N. and Geraci, J.R. 1997. Melioidosis in cetaceans in Ocean Park: an overview. Presented at the *28th Annual Conference of the International Association for Aquatic Animal Medicine*, March 1997, Harderwijk, The Netherlands.

26. **Parsons, E.C.M.** 1996. A summary of cetacean research in Hong Kong. Paper presented at the *Hong Kong Government Colloquium on Dolphin Management*, 1-3 July, Hong Kong.

27. **Parsons, E.C.M.** 1996. Research on Hong Kong's dolphins and porpoises. In: *Joint Universities Biology Symposium, 19 October 1996.* p 38. Hong Kong University of Science and Technology. (Abstract)

28. **Parsons, E.C.M**., Wong, H.P., To, Y.Y. and Porter, L.J. 1995. Aspects of the behaviour of the Indo-Pacific humpbacked dolphin (*Sousa chinensis*) in Hong Kong. Presented at *24th International Ethological Conference*, 10-17 August, Honululu, Hawaii.

29. **Parsons, E.C.M.** and Wong, H.P. 1995. Land-based surveys of Finless porpoise behaviour in Hong Kong's territorial waters. Presented at the *11th Biennial Conference on the Biology of Marine Mammals*, 14-18 December, Orlando, Florida.

## POPULAR PUBLICATIONS

**1993**    Some fin to think about. *BBC Wildlife* 11(3): 93.
**1994**    The plight of the pink dolphin. *Care Magazine* 4 (3): 12.
           Hong Kong's spitting porpoise. *Porcupine* 10: 5.
           Hypothermia and dolphins. *Porcupine* 10: 20.
           Whaling update. *One Earth* 22: 20-21.
           Hong Kong's white dolphins. *Soundings* 1(9): 2-3.
**1995**    Hong Kong's forgotten dolphin. *About Life* Summer Issue: 5.
           Dolphins face extinction. *Porcupine* 13: 1-3.
**1996**    The Hong Kong whale. *Sport Divers Journal* 6: 70-71.
           Hong Kong's dolphins: an update. *Soundings* 2 (6): 3.
           The humpbacks of Hong Kong harbour. *Nature Australia* 25(6):12-14.
**1997**    Dolphin debate. *BBC Wildlife* 15(10): 97.
**1998**    The crying wolf. *Wolf Watch* 11: 5.
**1999**    Cetaceans: North-west Scotland. *British Wildlife* 10: 422-423. (with T. Jeewoonarain)
           Sealife: West Scotland. *British Wildlife* 11: 127-129. (with S. Barry)
**2000**    Whales and dolphins of the Atlantic Frontier. *Scottish Assoc. for Marine Sci. Newsletter* 21: 15.

|  |  |
|---|---|
|  | Cetacean sightings from West Scotland. *British Wildlife* 11: 356-357. (with S. Barry) |
| **1998 - 2002** | Various articles for local newspapers and magazines |
| **2003** | Whales and dolphins in Southwest Scotland: past, present and future. *UMBSM Annual Report* 2002: 2-3. |
|  | Wildlife-one of Scotland's greatest marine resources. *Scottish Assoc. for Marine Sci. Newsletter* 27: 8-9. |
|  | Whose whales. *Wave* Autumn/Winter Issue: 14. |
|  | International Whaling Commission. *Wave* Autumn/Winter Issue: 16-17. |
| **2004** | Marine wildlife tourism: the economic benefits of a non-consumptive industry. *Wildlife Tracks* 8 (1): 8-11. |
| **2005** | IWC News. *Wave* Summer/Autumn Issue: 16-17. |

## NON-SCIENTIFIC PUBLICATIONS

1. **Parsons, E.C.M.** 1999. *Duncan the Dolphin*. Hebridean Whale and Dolphin Trust, Mull. 20pp.
2. Cassada, J., Rea, N., **Parsons, C**. and Clark, S. 1998. *World of Darkness: Hong Kong*. White Wolf Publishing. 152pp.
3. Paquin, J., Gibson, D., Fernandez, D., Burke, N., Cattarinich, X., Cicalese, D., Graydon, M., Karoubas, P., Moran, D., **Parsons, C**., Pavlides, A., Rose, P., Sale, S., Vannax, Vissers, C. and de Oliveira, L.Z. 2006. *Survey on the Souragne Expedition*. Fraternity of Shadows, Montreal. 105pp.