*Exhibit A*

*Exhibit A*

*Curriculum vitae*

| | |
|---|---|
| *Name:* | Natacha Aguilar de Soto |
| *Date of birth:* | 29th April 1970 |
| *Address:* | Dept. of Animal Biology, Faculty of Biology. La Laguna University. Tenerife. Canary Islands, Spain |
| *Phone number:* | +34-922 558458 |
| *E-Mail:* | naguilar@ull.es    natacha@whoi.edu |

*Academic profile*

2006:   European Ph.D. in Biology. La Laguna University (ULL), Canary Islands; co-supervised by Aarhus University (Denmark) and University College Cork (Ireland). Dissertation title: *Acoustic and diving behaviour of pilot whales (Globicephala macrorhynchus) and Blainville´s beaked whales (Mesoplodon densirostris) off the Canary Islands, with implications for effects of man-made noise and ship strikes.*

2002:   MSc. in Marine Biology. ULL. Co-supervised by University College Cork (Ireland). Dissertation title: *Study of cetacean distribution in offshore waters from Ireland, using acoustic methods. Introduction to the acoustic pollution from hydrocarbon explorations.*

1994:   BSc. in Biology (Marine Biology). University of La Laguna.


*Further qualifications*

2000:   Shipmaster (coastal skipper). Marine Fishing Institute, Canary Islands.
1999:   Professional skipper. Marine Fishing Institute, Canary Islands.
1996:   Crew master for recreational sailing. Engine-powered and sailing boats.
1992:   Scuba diver, CMAS (Confederation Mondiale de Actividades Subacuaticas).
1991:   Scuba diver, CIAS (Centre of submarine activities and research).
        First certificate in English by the University of Cambridge.


*Languages*:   Spanish: native.
               English: fluent listening, speaking and writing.
               Italian and Portuguese: basic


*Appointments*

2007:         Contracted as a researcher at ULL.
2005:         Temporal contracts as a researcher at ULL and WHOI (Woods Hole Oceanographic Institution, USA).
2002-2004:    Contracted as visiting investigator by WHOI.
2000-2002:    Research assistant. Coastal Resources Centre. University College Cork. Ireland.
1998-1999:    Research assistant: ULL (European LIFE project).
1995-1996:    Temporal contracts at ULL as research assistant.

*Peer reviewed publications*

2007

Aguilar de Soto, N., Johnson, M., Madsen, P., Díaz, F., Domínguez, I, Tyack, P., Brito, A. "Pilot whales, cheetahs of the deep sea: sprinting deep foraging in short finned pilot whales off Tenerife (Canary Islands)". Submitted to Journal of Animal Ecology.

Aguilar de Soto, N., Johnson, M., Madsen, P., Díaz, F., Domínguez, I., Aparicio, C., Bocconcelli, A., Militello, C., Brito, A. "Nuevos descubrimientos sobre cetáceos de buceo profundo en Canarias: relación con su conservación". *Makaronesia*. **9**.

Madsen P.T., Wilson M., Johnson M., Hanlon R., Bocconcelli A., Aguilar Soto N., Tyack P.T. "Clicking for calamari: Can toothed whales echolocate squid (*Loligo pealeans)*?" Submitted to aquatic Biology.

Wright, A.J., Aguilar Soto, N., Baldwin, A.L., Bateson, M., Beale, C., Clark, C., Deak, T., Edwards, E.F., Fernández Rodríguez, A., Godinho, A., Hatch, L., Kakuschke, A., Lusseau, D., Martineau, D., Romero, L.M., Weilgart, L., Wintle, B., Notarbartolo di Sciara, G. and Martin, V. "Anthropogenic Noise and Physiological Stress: Behaviour, Context and Animal Welfare". Submitted to the Special Issue of the International Journal of Comparative Psychology.

Wright, A.J., Aguilar Soto, N., Baldwin, A.L., Bateson, M., Beale, C., Clark, C., Deak, T., Edwards, E.F., Fernández Rodríguez, A., Godinho, A., Hatch, L., Kakuschke, A., Lusseau, D., Martineau, D., Romero, L.M., Weilgart, L., Wintle, B., Notarbartolo di Sciara, G. and Martin, V. "Are Marine Mammals Stressed By Anthropogenic Noise?" Submitted to the Special Issue of the International Journal of Comparative Psychology.

2006

Aguilar de Soto N., Johnson M., Madsen P.T.M., Tyack P.L., Bocconcelli A., Borsani F., "Does intense ship noise disrupt foraging in deep-diving Cuvier's beaked whales (Ziphius cavirostris)?", *Marine Mammal Science*, **22(3),** pp. 690-699.

Johnson M., Madsen P.T., Aguilar Soto N., Tyack P., "Foraging Blainville's beaked whales (*Mesoplodon densirostris*) produce distinct click types matched to different phases of echolocation", *J. Exp. Biol.*, **209**, pp. 5038-5050.

Madsen P.T., Johnson M., Miller P.J.O., Aguilar de Soto N., Lynch, J., Tyack P., "Quantitative measures of air gun pulses recorded on sperm whales (*Physeter macrocephalus*) using acoustic tags during controlled exposure experiments", *J. Ac. Soc. Am.* **120**, pp. 2366-2379.

Tyack P.L., Johnson M., Aguilar de Soto N., Sturlese A., Madsen P.T.M., "Extreme diving of beaked whales", *J. Exp. Biol.*, **209**, pp. 4238-4253.

2005

Madsen P.T., Johnson M., Aguilar de Soto N., Zimmer W. M. X., Tyack P.L., "Biosonar performance of foraging beaked whales (*Mesoplodon densirostris*)", *J. Exp. Biology* **208**, pp.181-194.

2004

Johnson M., Madsen P.T., Zimmer W. M. X., Aguilar de Soto N., Tyack P.L., "Beaked whales echolocate on prey", *Proc. R. Soc. Lond. B* **271**, pp. S383-386.

2003

Aguilar de Soto, N., Johnson, M., Madsen, P., Díaz, F., Domínguez, I., Aparicio, C., Bocconcelli, A., Militello, C., Brito, A. "Cetáceos de hábitos profundos de Canarias". *Makaronesia*, **4**.

*Research and professional experience*

2007

Chief scientist at ULL of the project "*Acoustic Detection, Behaviour and Habitat Use of Deep Diving Odontocetes*" a competitive research project in collaboration with WHOI (USA) and Aarhus University (Denmark).

2006
Coordinator at ULL of the research project "*'Study of the behavior of beaked whales and their response to sound using suction-cup attached digital tags*" performed at El Hierro (Canary Islands) by ULL and WHOI, with the collaboration of Aarhus University.
Coordinator of the Roases V cruise off Tenerife to study the vocal behaviour and social cohesion while diving of short finned pilot whales, performed by ULL and Aarhus University.

2005
Coordinator at ULL of the research project "*'Study of the behavior of beaked whales and their response to sound using suction-cup attached digital tags*" performed at El Hierro (Canary Islands) by ULL and WHOI, with the collaboration of Aarhus University.
Visual data coordinator of the WHOI cruise in the Ligurian Sea (Italy) to study with digital tags the biology of Cuvier´s beaked whales.

2004
Coordinator at ULL of the research project "*'Study of the behavior of beaked whales and their response to sound using suction-cup attached digital tags*" performed at El Hierro (Canary Islands) by ULL and WHOI, with the collaboration of Aarhus University
Visual data coordinator of the WHOI cruise in the Bahamas in collaboration with the Bahamanian Marine Mammal Survey, to study with digital tags the biology of beaked whales.
Visual data coordinator of the WHOI cruise in the Ligurian Sea (Italy) ) to study with digital tags the biology of Cuvier´s beaked whales.

2003
Component of ULL team on the "Committee for the research into the beaked whale mass stranding simultaneous to naval exercises in Canary Islands in September 2002". Committee organized by the Canaries Government and the Spanish Ministry of Defence.
Coordinator of the cruises "Roases I" and "Roases II" in Canary Islands of WHOI and ULL to perform distribution and tagging studies of pilot whales and beaked whales.
Acoustic researcher on a WHOI cruise in the Gulf of Mexico to study with digital tags the impact of acoustic pollution from seismic explorations on sperm whales.
Acoustic researcher on the WHOI cruise off the NE USA coast (Massachusetts to Virginia) to study with digital tags sperm whales.
Cetacean observer on the WHOI cruise in the Ligurian Sea (Italy) to study with digital tags the biology of Cuvier´s beaked whale.

2000-2002
Member of the "*Seabirds and Cetaceans at Sea Team*" of the Coastal resources Centre, University College Cork (Ireland), doing fifteen cruises (with lengths from 4 to 45 days) to study cetacean and seabirds distribution on the Irish Atlantic Margin. Leader of the acoustic studies of the team using a towed two-elements hydrophone array. Surveys dates and parallel activities (acoustic cetacean survey carried out on the outlined vessels):
  L. E. EITHNE. May 2000. Flag vessel of the Irish Navy. Vessel activity: fishing petrol.
  ROSITA. May 2000. M. Moore (WHOI) yatch. Vessel activity: cetacean survey.
  S. V. BELGICA. June 2000. Vessel activity: acoustic studies of deep coral mounds.
  R. V. COLONEL TEMPLER. July 2000. Vessel activity: seismic (sparkers).
  F. V. EMERALD DAWN August 2000. Vessel activity: cetacean survey.
  L. E. EITHNE September 2000. Vessel activity: fishing petrol.
  S. V. BLIGH October 2000. Vessel activity: seabed mapping (pinger &multibeam).
  S. V. WALTER HERWIG March 2001. Vessel activity: fish biology.
  S. V. BLIGH April-June 2001. Vessel activity: seabed mapping (pinger &multibeam).
  S. V. SIREN June 2001. Vessel activity: seabed mapping (pinger &multibeam).
  S. V. DISCOVERY August 2001. Vessel activity: Benthic studies (landers, bottom trawl)

<u>L. E. NIAMH</u> September 2001. Vessel activity: seabed mapping (pinger &multibeam).
<u>M. V. AKADEMIC BORIS PETROV</u>. April 2002. Vessel activity: seismic survey.

Contracted by "Ecologic" (UK) as leader of an acoustic pilot study on a cruise on the Bay of Fundy, organized by NOAA-NMFS in July 2001.

Acoustic researcher on the WHOI cruise in the Gulf of Mexico on board the R. V. GYRE. August 2002. Aim of the cruise: study with digital tags of the impact of acoustic pollution from seismic explorations on sperm whales (*Physeter macrocephalus*).

Researcher on the WHOI cruise in the Ligurian Sea (Italy) to study with digital tags the biology of Cuvier´s beaked whale (*Ziphius cavirostris*).

<u>1996-2000</u>
Founder and leader of the Canarian Cetacean Sighting Net at ULL in collaboration with Fred Olsen Ferries, Canary Islands.

Collaboration with Sea Watch Foundation for one week at the Hebrides (UK) in a study of Risso's dolphins.

Oceanographic surveys and studies of cetacean distribution in Madeiran and Canarian waters, on board the R. V. Corvette, totalling 29 working days.

Researcher of the one year long European LIFE project "Support for the conservation of *Caretta caretta* and *Tursiops truncatus* in the Canary Islands" Land (with teodolite) and boat-based research into the impact of whale watching boats on cetacean species in the Canary Islands.

Several short-term field studies involving photo-identification and genetic studies of cetaceans in the Canary Islands, on board the SOLANA II and the MONACHUS.

<u>1994</u>
Member of the scientific expedition "Alegranza 1994", based at the Department of Zoology of La Laguna University. Expedition aims: Population census of seabirds. Individual study undertaken: Selective positioning of nest by the yellow-leg seagull (*Larus cachinnans atlantis*, DWIGHT, 1992) in Alegranza, Canary Islands.

Research assistant at the Spanish Institute of Oceanography in March, April and June, in Planctology (measurements of meso-zooplancton biomass) and Chemistry (analysis of nutrients, determination of heavy metals in marine sediments and organic tissues).

*Teaching experience*

<u>University:</u> Although my appointments have always been as a researcher, I have conducted theoretical and practical classes at La Laguna University, in the fields of Zoology of Vertebrates and Marine Biology.

<u>Courses</u>: I have given numerous talks in courses on the subject of marine coastal conservation, cetacean biology and bioacoustics. The courses were directed to the general public, to teachers and to undergraduate and postgraduate students from La Laguna University.

<u>Media</u>: Several appearances in media (radio and tv) to discuss new scientific findings and, in general, to increase the knowledge on marine biology of the general public.

*Book chapters*
Brito, A., Falcón, J., P, Aguilar de Soto, N. "Fauna vertebrada marina" in: *Naturaleza de las Islas Canarias, ecología y conservación*. Ed. Turquesa. Tenerife. 2001.

*Conference and workshop presentations*
<u>2007</u>
Aguilar de Soto, N., Johnson, M., Madsen, P.T., Tyack, P., Aparicio, C., Domínguez, I., Díaz, F. "Synchronicity in deep diving beaked whales and pilot whales with implications on parental care". Talk. European Research on Cetaceans 21th, Donosti, San Sebastian. April.

Aguilar de Soto, N., Barth, V. "Deep diving beaked whales in the Canary Islands". Video. European Research on Cetaceans 21th, Donosti, San Sebastian. April.

Aguilar de Soto, N., Johnson, M., Madsen, P.T. "Foraging ecology of Blainville's beaked whales studied off El Hierro, Canary Islands." Talk. Workshop on beaked whales at the 21st Conference of the European Cetacean society, Donosti, San Sebastian. April.

Aguilar de Soto, N., Aparicio, C. "Challenges in protecting deep diving cetaceans, examples from the Canary Islands". Talk. Workshop on Marine Protected Areas and Cetaceans. 21st Conference of the European Cetacean Society, Donosti, San Sebastian. April.

Aguilar de Soto, N., Martín, V. "Sonar moratoria around Canary Islands". Talk. Global Scientific Workshop on Spatio-Temporal Management of Noise on a Regional Scale. Organized by Dokumente des Meeres at Lanzarote. June.

Aguilar de Soto, N., Johnson, M., "Vessel noise interference with cetacean communication and foraging". Talk. Workshop on Noise-Related Stress in Marine Mammals. Organized by Dokumente des Meeres at Lanzarote. June.

2006

Aguilar de Soto N., Johnson M., Madsen P., Dominguez I., Tyack P., Diaz F., "Buceamos? Cohesion social durante las imersiones profundas del calderon de aleta corta (Globicephala macrorhynchus), y los zifios de Blainville (*Mesoplodon densirostris*) y Cuvier (*Ziphius cavirostris*)" Talk. XI Nacional y VIII Iber-American Conf. de Etologia, Tenerife, Spain, September.

Tyack P.L., Johnson M., Zimmer W., Aguilar de Soto N., Madsen P.T., "Acoustic behavior of beaked whales with implications for acoustic monitoring" Talk. IEEE-MTS, Boston, September.

2005

Aguilar de Soto, N., Johnson, M., Madsen, P.T., "Deep foraging of pilot and beaked whales: DTag results" Talk. European Research on Cetaceans 19th, France, April. <u>Awarded as the best pre-doctoral talk at the Conference</u>

Aparicio C., Guerra M., Hernández A., Padrón A., Díaz F., Domínguez I., Brito A., Johnson M., Aguilar de Soto N., "Resident and reproductive populations of beaked whales in El Hierro, Canary Islands" Poster. European Research on Cetaceans 19th, France, April.

Johnson M., Aguilar de Soto N., Madsen P., Tyack P., "A binaural acoustic recording tag reveals details of deep foraging in beaked whales", Invited talk at 149th meeting Ac. Soc. Am., Vancouver, May.

Aguilar de Soto N., Johnson M., Madsen P., Tyack P., Bocconcelli A., Borsani F., "Does intense ship noise disrupt foraging in deep-diving Cuvier's beaked whales (Ziphius cavirostris)?" Talk. Society of Marine Mammalogy, San Diego, December.

Johnson M., Tyack P., Madsen P., Aguilar de Soto N., Zimmer W., "Unraveling the behavior of beaked whales (Ziphius cavirostris and Mesoplodon densirostris) using sound and orientation recording DTAGs" Talk. Soc. of Marine Mammalogy, San Diego, December.

Johnson M., Madsen P.T.M., Aguilar de Soto N., Tyack P.L., "Echolocation and movement of a foraging Blainville's beaked whale (*Mesoplodon densirostris*)" Talk. European Research on Cetaceans 19th, France, April.

Madsen P.T., Aguilar de Soto N., Johnson M., Tyack P.T., "Field metabolic rate estimates in large, deep-diving toothed whales with implications for biomass turnover" Talk. European Research on Cetaceans 19th, France, April.

Madsen P.T., Johnson M., Tyack P.L., Aguilar de Soto N., Zimmer W. M. X., "Biosonar performance of foraging Blainvilles beaked whales (*Mesoplodon densirostris*)" Talk. 147th meeting Ac. Soc. Am., NY, May.

Madsen P., Johnson M., Aguilar de Soto N., Zimmer W., Tyack P., "Biosonar use of foraging beaked whales" Talk.Soc. of Marine Mammalogy, San Diego, December.

2004

Aguilar de Soto, N., Johnson, M., Aparicio, C., Díaz, F., Domínguez, I., Guerra, M., Hernández, A., Bocconchelli, A., Brito, A. & Tyack, P. 2004. "High concentrations of beaked whales found near the coast of El Hierro, Canary Islands". Poster. European Research on Cetaceans 18th. Sweden.

Militello, C. y Aguilar de Soto, N. 2004. "Tecnología aplicada al estudio de los cetáceos en Canarias". Talk. Workshop Investigación de Cetáceos en las Islas Canarias. University of Gran Canaria.

Tregenza N.J.C., Johnson M., Aguilar de Soto N., "Automated detection of beaked whale sonar" Poster. European Research on Cetaceans 18th, Sweden

2002

Aguilar de Soto, N., "Cetaceans and seismic activity on Ireland's Atlantic Margin". Poster. European Research on Cetaceans 16th. Liege. Belgique.

2001

Aguilar de Soto, N. "Acoustic surveys of cetaceans in collaboration with the Geological Survey of Ireland". Talk. Seabed Survey of Ireland Annual Seminar. Dublin. Ireland,

Aguilar de Soto, N. "Acoustic surveys of cetaceans in Irish waters". Poster. AFEN Conference. Scotland. UK.

2000

Aguilar de Soto, N. "Fast ferry impact on cetacean populations in the Canary Islands". Talk. European Research on Cetaceans 14th. Cork. Ireland.

Díaz, F. and Aguilar de Soto, N. "First sighting of the Humpback whale in the Canary Islands". Poster. European Research on Cetaceans 14th. Cork. Ireland.

1995-1999

Aguilar de Soto, N. "The Canary islands cetacean Sighting Net II". Poster. European Research on Cetaceans 13th. Valencia. Spain. 1999

Aguilar de Soto, N. and Brito, A. "The Canary islands Cetacean Sighting Net". Poster. III Symposium of Fauna and Flora of the Atlantic Islands, Punta Delgada. Azores. 1998

Aguilar de Soto, N. "Environmental impact of the Government coastal planning on the Canary Islands coastline". Talk. Workshop of Environment and Management. Council of Environment, Canaries Government. Canary Islands, Spain. 1996

Aguilar de Soto, N. "Law and cetaceans in the Canary Islands". Talk. Course on the Study of Marine Mammals in Spain. University Complutense, Madrid. 1996

Aguilar Soto, N. "Cetaceans in Canary Islands: the pilot whale". Talk at the Faculty of Biology, La Laguna University, Canary Islands. 1995