ROBERT FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, California 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; INTERNATIONAL FUND FOR ANIMAL WELFARE; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No.<br><br>**DECLARATION OF MARIA N. VORONTSOVA** |

DECLARATION OF MARIA N. VORONTSOVA
Case No.

I, MARIA N. VORONTSOVA, declare as follows:

1. This Declaration is submitted in support of Plaintiffs' motion for a preliminary injunction. The statements contained in this Declaration are true and correct to the best of my knowledge and, in the case of my opinions, I believe them to be true. If called as a witness, I could and would testify to the statements contained herein.

2. I received my university degree from M. Lomonosov Moscow State University, Moscow, USSR, in 1981, and my Ph.D. from Severtsov Institute of Evolutionary Morphology and Ecology, USSR Academy of Science, in 1987. Both degrees are in Biology, with special emphasis in Marine Biology. I completed my postdoctoral work at the Department of Psychology of Dalhousie University, Halifax (Canada).

3. After working in the Russian Academy of Science (1981 – 1989), I continued my research at the Marine Biological Station (Soviet – Vietnamese Tropical Center) in NhaTrang, Vietnam in 1989-1991. From 1991 to 2001, I held a permanent position of Scientific Researcher within the Russian Academy of Science; during the same period, I spent half a year as a short-term visitor at the Smithsonian Museum of Natural History, studying the collections of Indochinese marine invertebrates and compared them with the samples from the collection I brought from Vietnam. During my career as a scientist, I have done fieldwork at different Marine Biological Stations in the North Pacific (Vostok and Viatiaz, Sea of Japan, Russia; at Chukotka peninsula, Bering Sea; Kamchatka Peninsula, Sea of Okhotsk) and as well at the White Sea Biological Station and the Kristeneberg Marine Biological Station (Sweden); and in the Mediterranean Sea. My research has been published in peer-reviewed journals.

4. I had served for several years as an environmental advisor to Members of the Russian Parliament as well as member of the advisory council to the Ministry of Natural resources of the Russian Federation. I am currently a member of the Marine Mammal Council of Russia and an expert of the advisory council of the Moscow Parliament.

5. Since 1995 the focus of my interest lies in biodiversity and conservation management, with a main emphasis on marine mammals. This has included the promotion of field research on marine mammals at a time when governmental funds for such research has

practically been withdrawn. I have helped to channel international funds for scientific research to support the Russian Marine Mammal Council and to organize four Marine Mammal Conferences in Russia (Golitsino, 1995; Arkhangel, 2000; Baikal, 2002; St Petersburg, 2006). In particular, I have overseen grants for the joint Russian-American team that is currently studying the West Pacific population of gray whales at their feeding grounds north-east of Sakhalin Island. I have visited Sakhalin Island several times (1998, 2001, 2003, 2005 and twice in 2006) and have monitored and formally reviewed the joint research on this endangered population of whales.

6. The conclusions I draw and opinions I express in this Declaration are supported by texts and research that other experts in my field would consider reliable.

7. Western gray whales were thought to be extinct as recently as 1972, but are known to survive today as a small, critically endangered remnant population. In contrast to the recovery from low numbers of the eastern gray whale, the western population remains severely depleted. The major decline of the western population can be attributed largely to modern commercial whaling off Korea and Japan between the 1890s and 1960s.

8. The size of the population is presently estimated as 123 individuals. Between 1995 and 2006, 158 individuals have been photo-identified. The total number of mature whales has been estimated at less than 50, and the total number of known reproductive females in the population has been estimated at 23.

9. The small number of whales remaining in the population, in combination with the possibility that fewer than 50 reproductive individuals exist, led the International Union for Conservation of Nature (IUCN) to list the western gray whale as Critically Endangered in 2000. The Scientific Committee of the International Whaling Commission has also expressed serious concern over the status of this population. It is one of the most endangered populations of large whales in the world, and for this reason a research program was initiated as part of the U.S.-Russia Agreement on Cooperation in the Field of Environmental Protection, in 1995. In 2004, a Scientific Review Panel (now Advisory Panel) was convened by the IUCN out of concerns for the impact of industrial activities around the gray whales' foraging grounds.

10. The feeding grounds of the population are generally defined. The whales occupy relatively shallow nearshore waters of the continental shelf, in near proximity to Piltun Lagoon off northeastern Sakhalin Island. (Sakhalin Island itself is located approximately 20 km east from the Russian mainland and 60km north of Hokkaido Island, Japan.) This area constitutes the only known feeding grounds of the Western population. Gray whales feed in the area from June until December, then migrate south off the coasts of Japan and Korea (Province 53, in terms of LFA deployment) to breeding grounds believed by researchers to be in the South China Sea (Province 64).

11. Over the years, the joint research team has documented adverse behavioral changes in the population concurrent with the use of seismic survey airguns by oil and gas companies as far as 30 kilometers away. Among these behaviors were shifts in distribution away from industrial activities as well as surface-dive respiration patterns that were exactly coincident with airgun operations. Researchers believe that the whales had been displaced to suboptimum habitat, which impaired their feeding. In its 2005, 2006, and 2007 reports, the IUCN advisory panel has repeatedly expressed concern that effects on foraging or on other biologically important behaviors, caused by airguns and other sources of noise, can compromise the fitness of individual gray whales and thereby the reproduction and survival of the population.

12. Whales in poor body condition (known as "skinny" whales) have been identified in the population since 1997. The cause of poor body condition remains unexplained but could be the result of cumulative effects from environmental factors combined with increased disturbance from anthropogenic activities.

13. It should be noted that airguns, like LFA sonar transmissions, also put out very intense low-frequency sounds, though unlike LFA these sounds are impulsive, not continuous. Since airguns are pointed downward to detect mineral deposits beneath the sea floor, their sound waves generally would not travel nearly as far as LFA at high intensities.

14. The western population of gray whales will be directly in the path of LFA if it is deployed as intended. The sensitivity of these whales to intense noise has been demonstrated,

DECLARATION OF MARIA N. VORONTSOVA
Case No.                                                                                                     3

1  and influence of the low frequency signals on the whales' migration path or in their breeding
2  ground poses the risk of serious harm to the population, such as physical injury, stranding, and
3  stopping of feeding and other changes to vital behavior – all of which could drive the western
4  gray whale to extinction.

5    15.    It is my expert opinion that the LFA sonar system should not be emplaced for
6  testing and training purposes anywhere near the population's historic migration path and
7  feeding and breeding grounds in the North Pacific, taking into consideration that low-frequency
8  signals can travel hundreds of miles and cause disturbance. It should be obvious, for example,
9  that the impact of LFA on this population would vary most significantly depending on where
10 and when it operates within Province 53. The geographic limits put in place by court order, first
11 in 2002, appears to have restricted training with LFA sonar from migration corridors around
12 Japan and other habitat likely to be important to the gray whale. It is important that, at the very
13 least, those protections continue.

14    16.    Currently efforts of scientists, governments, and leading conservation
15 organizations are directed at minimizing the negative environmental factors affecting the
16 population. The deployment of SURTASS LFA in the vicinity cannot be accepted, given the
17 available data, as it poses a significant threat to a population of animals on the verge of
18 extinction.

19 I hereby declare under penalty of perjury that the foregoing is true and correct.

21 Executed this 5th day of October, 2007.

_M. Vorontsova_

24 Maria N. Vorontsova

DECLARATION OF MARIA N. VORONTSOVA
Case No.

4