1  ROBERT FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
   SARAH SCHINDLER (SBN 236414)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
4  Email: RFalk@mofo.com
   Email: RStafford@mofo.com
5  Email: SSchindler@mofo.com

6  JOEL R. REYNOLDS (SBN 85276)
   CARA HOROWITZ (SBN 220701)
7  NATURAL RESOURCES DEFENSE COUNCIL, INC.
   1314 Second Street
   Santa Monica, California 90401
8  Telephone: (310) 434-2300
   Facsimile: (310) 434-2399

9  Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL,
10 INC.; THE HUMANE SOCIETY OF THE UNITED
   STATES; INTERNATIONAL FUND FOR ANIMAL
11 WELFARE; CETACEAN SOCIETY
   INTERNATIONAL; LEAGUE FOR COASTAL
   PROTECTION; OCEAN FUTURES SOCIETY;
12 JEAN-MICHEL COUSTEAU

13

14                 UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16 NATURAL RESOURCES DEFENSE COUNCIL,          Civil Action No. CV 07-4771 EDL
   INC.; INTERNATIONAL FUND FOR ANIMAL
17 WELFARE; THE HUMANE SOCIETY OF THE
   UNITED STATES; CETACEAN SOCIETY
18 INTERNATIONAL; LEAGUE FOR COASTAL
   PROTECTION; OCEAN FUTURES SOCIETY;
   JEAN-MICHEL COUSTEAU
19                     Plaintiffs,            **DECLARATION OF
                                              JOHN WANG**
20       v.

21 CARLOS M. GUTIERREZ, SECRETARY OF THE
   UNITED STATES DEPARTMENT OF COMMERCE;
   NATIONAL MARINE FISHERIES SERVICE;
22 WILLIAM HOGARTH, ASSISTANT
   ADMINISTRATOR FOR FISHERIES OF THE
   NATIONAL OCEANOGRAPHIC AND
23 ATMOSPHERIC ADMINISTRATION; VICE
   ADMIRAL CONRAD C. LAUTENBACHER, JR.,
24 ADMINISTRATOR OF THE NATIONAL
   OCEANOGRAPHIC AND ATMOSPHERIC
25 ADMINISTRATION; UNITED STATES
   DEPARTMENT OF THE NAVY; DONALD C.
   WINTER, SECRETARY OF THE UNITED STATES
26 DEPARTMENT OF THE NAVY; ADMIRAL MIKE
   MULLEN, CHIEF OF NAVAL OPERATIONS
27                     Defendants.

28

DECLARATION OF JOHN WANG
Case No. CV 07-4771 EDL

1    I, JOHN WANG, declare as follows:

2    1.    This Declaration is submitted in support of Plaintiffs' motion for a preliminary

3    injunction. The statements contained in this Declaration are true and correct to the best of my

4    knowledge and, in the case of my opinions, I believe them to be true. If called as a witness, I

5    could and would testify to the statements contained herein.

6    2.    I have devoted my professional career to the study of cetaceans inhabiting the

7    waters off the coasts of Taiwan, the Philippines, China, and Japan. I received my Bachelor's

8    degree in Biology, with a specialization in Zoology, from the University of Toronto in 1990; my

9    Master's in Zoology from the University of Guelph in 1999; and my Ph.D. in Biology from

10    McMaster University. My doctoral thesis, entitled *The classification of sympatric forms of*

11    *bottlenose dolphins (genus* Tursiops*) in Chinese waters*, focused on the documentation and

12    classification of bottlenose dolphin species present in coastal Chinese waters. This research

13    resulted in the global recognition of the existence of at least two bottlenose dolphin species in

14    these waters: the Common bottlenose dolphin (*Tursiops truncatus*) and the Indo-Pacific

15    bottlenose dolphin (*Tursiops aduncus*). From April 1999 to March, of 2000, I was a post-doctoral

16    fellow with the Center for Marine Conservation (now known as the Ocean Conservancy), where,

17    among other things, I scientifically analyzed the conservation status of marine species under the

18    IUCN-World Conservation Union Red List and the U.S. Endangered Species Act, and was

19    involved in revisions of the Red List criteria.

20    3.    I am the co-founder of, and currently Principal Biologist with FormosaCetus

21    Research and Conservation Group, an organization dedicated to the study and conservation of

22    cetaceans in the waters surrounding Taiwan. I am also currently an Adjunct Researcher with

23    the Taiwan National Museum of Marine Biology and Aquarium, and an Affiliate Professor in

24    the George Mason University Department of Environmental Science and Policy. Since 1997, I

25    have been a member of the IUCN/Species Survival Commission's Cetacean Specialist Group. I

26    have authored numerous peer-reviewed articles and reports on the subject of cetaceans in the

27    East Asian region, and have conducted field research on various populations of marine

28    mammals off the coasts of Taiwan, Japan, China, and the Philippines.

DECLARATION OF JOHN WANG
Case No. CV 07-4771 EDL

1

1      4.      In preparing this Declaration, I reviewed relevant portions of the Navy's

2   Environmental Impact Statement and Supplemental Environmental Impact Statement and

3   NMFS' Final Rule concerning the SURTASS LFA system.  The conclusions I draw and

4   opinions I express in this Declaration are supported by texts and research that other experts in

5   my field would consider reliable.

6      5.      I am particularly concerned about the impacts of SURTASS LFA exercises on

7   small, discrete populations of cetaceans.  One such population off Taiwan is the highly

8   threatened Indo-Pacific humpback dolphin (*Sousa chinensis*) off the island's west coast.  This

9   unique group, known as the "Eastern Taiwan Strait Population," was first discovered in 2002

10  and has an estimated abundance of less than 100 individuals. The population is currently

11  afforded the highest level of legal protection under the Wildlife Conservation Act of Taiwan, in

12  a manner roughly equivalent to the listing of species as "endangered" under the Endangered

13  Species Act in the United States.

14     6.      Another biologically important area off Taiwan occurs at the country's southeast

15  end, running outwards from the mainland to include Green and Orchid islands (also known

16  locally as Lu Dao and Lan Yu, respectively) and the waters between them.  Among the species

17  of concern in this area are pygmy killer whales (*Feresa attenuata*), which appear to occupy

18  waters around these offshore islands, and Indo-Pacific bottlenose dolphins, which pose serious

19  conservation issues in several locations around the region given their small population sizes, site

20  fidelity, and philopatry.  The distinct oceanographic features of this area, the high levels of

21  productivity, and the ecology of species present there indicate that the southeast corner is likely

22  to serve as important habitat for several small populations of cetaceans.

23     7.      Other areas of importance in the region include breeding ground for humpback

24  whales (a wintering population) in the northern Philippines; and possibly offshore summer

25  habitat off China and Taiwan for the finless porpoise (*Neophocaena phocaenoides* and *N.*

26  *asiaeorientalis*), which are classified as Appendix I species under CITES and recognized by the

27  IUCN's Cetacean Specialist Group and others to be of great conservation concern.  In general, I

28  would expect to find rich concentrations of marine mammals in highly productive areas where

DECLARATION OF JOHN WANG
Case No. CV 07-4771 EDL

2

1    the warm Kuroshio current meets other water masses in the area and results in upwellings (e.g.,

2    SE Taiwan, NE Taiwan, SW Taiwan, etc.)

3         8.    Shelf waters around the western North Pacific are inhabited by several species

4    that are of great conservation concern, due in part to their small population size and their

5    proximity to anthropogenic stressors.  These species and populations include the Indo-Pacific

6    humpback dolphin, the Indo-Pacific bottlenose dolphin, the finless porpoise, the humpback

7    whale (*Megaptera novaeangliae*), the western North Pacific gray whale (*Eschrichtius robustus*;

8    which is near extirpation), the North Pacific right whale (*Eubalaena japonica*; near extinction),

9    and the J-stock of minke whales (*Balaenoptera acutorostrata*).  Because of the conservation

10   status of these and other species inhabiting coastal waters year-round or seasonally, impacts on

11   cetacean populations may be greatest in shelf waters out to slightly beyond the shelf edge.  It is

12   therefore my expert opinion that, in the western North Pacific, the coastal exclusion zone for

13   SURTASS LFA be extended wherever possible well beyond the shelf edge.

14        9.    Based on my knowledge of the region, I believe that the potential for detecting

15   marine mammal strandings or mortalities in the area in which the SURTASS LFA system has

16   been deployed is very low.  Stranding networks are deficient or extremely deficient in China

17   and in much of the rest of the region (e.g., most of the Philippines), where stranded animals may

18   be consumed by local residents.  Even for Taiwan, one of the few areas where strandings are

19   reasonably well documented, only a very small fraction (probably well under 10 percent) is

20   reported in English-language papers or internet sources such as those cited by the National

21   Marine Fisheries Service in its Final Rule.  Stranding records from the last 10 years are

22   available in Chinese-language sources, but there is no indication that the NMFS, in its review of

23   stranding data, attempted to compile information from any such source.  For these reasons, and

24   given the system's potential impacts on marine mammals, I would have little confidence in any

25   claim that SURTASS LFA training has not caused strandings or mortalities during its first five

26   years of operation.

27        10.   Finally, I am concerned that abundance figures used by the Navy do not take

28   account of population structuring and species differentiation off the East Asian seaboard and

DECLARATION OF JOHN WANG
Case No. CV 07-4771 EDL                                                                 3

1   elsewhere. For example, oceanographic differences exist between the South China Sea and the

2   Pacific Ocean, which may inhibit biological interchange. Consistent with this, researchers have

3   found that some offshore species from the South China Sea are distinct from individuals found

4   elsewhere, as, for example, Fraser's dolphins off the Philippines appear to differ from Fraser's

5   dolphins off Japan (W. Perrin et al., 2003, "Cranial sexual dimorphism and geographic variation

6   in Fraser's dolphin, *Lagenodelphis hosei*," *Marine Mammal Science* 19: 484-501). The

7   substantial possibility that species in the South China Sea form distinct populations has not been

8   taken into account in the Navy's analysis, which, in assuming that most marine mammals

9   occurring there are part of a broader West Pacific stock, may drastically underestimate the

10  percentage of populations affected. Indeed, I would question the data used to generate most of

11  the abundance estimates in the region.

12       11.    I believe that, without substantial mitigation to avoid concentrations of marine

13  mammals and particularly vulnerable species, LFA exercises pose a significant threat to

14  cetacean populations in the region.

15       I hereby declare under penalty of perjury that the foregoing is true and correct.

16

17       Executed this 9 th day of October, 2007.

18

19

20  John Wang

21

22

23

24

25

26

27

28

DECLARATION OF JOHN WANG
Case No. CV 07-4771 EDL                                                                            4