*Exhibit A*

*Exhibit A*

***CURRICULUM VITAE***
of
**John Y. Wang, Ph.D.**

310-7250 Yonge Street, Thornhill, Ontario, CANADA, L4J-7X1
ph: (905) 709-7014; e-mail: pcrassidens@rogers.com

**PRESENT AFFILIATIONS:**
*FormosaCetus* **Research and Conservation Group (Canada/Taiwan)**
Principal Biologist and Co-founder

**National Museum of Marine Biology and Aquarium (Taiwan)**
Adjunct Researcher

**George Mason University (Department of Environmental Science and Policy) (USA)**
Affiliate Professor

**ACADEMIC HISTORY**
**Post-Doctoral Fellowship** (April 1999 – March 2000; Center for Marine Conservation – now The Ocean Conservancy); **Supervisor:** Amie Brautigam; **Position:** Threatened and Endangered Marine Species Officer – dealt with the scientific issues related to assessing the conservation status of marine species in US policy, the IUCN Red List and CITES and monitored and participated in the development of these processes. Provided scientific support for the institution's work on threatened marine species in the US and internationally.

**Ph.D.** (April 1999; Biology, McMaster University); **Advisor:** Dr. Bradley N. White; **Thesis Title:** The classification of sympatric forms of bottlenose dolphins (genus *Tursiops*) in Chinese waters

**M.Sc.** (January 1993; Zoology, University of Guelph); **Advisor:** Dr. David E. Gaskin; **Thesis Title:** Mitochondrial DNA analysis of the harbour porpoise, *Phocoena phocoena* (L.)

**B.Sc.** (November 1990; Specialist Zoology, Major Biology and Minor Psychology (graduated with distinction); University of Toronto)

**MEMBERSHIPS**
IUCN / Species Survival Commission's Cetacean Specialist Group (since 1997)
Committee of Scientific Advisors for the Society for Marine Mammalogy (since 2004)
International Cetacean Bycatch Task Force (since 2003)
Editorial Board for the Latin American Journal on Aquatic Mammals (since 2002)
Hong Kong Dolphin Conservation Society - Honorary Advisor (since 2004)
Society for Marine Mammalogy (since 1991)

**CURRENT WORK AND RESEARCH ACTIVITIES**
1) Understanding the biology of finless porpoises, *Neophocaena phocaenoides*, and other cetaceans of the Matsu Archipelago, Taiwan (with S.-C. Yang, *Formosacetus* Research and Conservation Group; S.K. Hung, Hong Kong Dolphins Conservation Society; Dr. E.R. Secchi, Lab. Mamíferos Marinhos
Museu Oceanográfico "Prof. E.C. Rios" (Brazil); Dr. T.A. Jefferson, Southwest Fisheries Science Center, National Marine Fisheries Service (USA))
2) Investigating the taxonomic status of different forms of finless porpoises using genetic, morphological and ecological approaches (with Drs. B.N. White and T. Frasier, Trent University)
3) Determining population discreteness, population abundance, distribution, residency, reproductive parameters and threats to the Indo-Pacific humpback dolphin, *Sousa chinensis*, population of western Taiwan (with S.K. Hung, S.-C. Yang, E.R. Secchi, Dr. T.A. Jefferson)
4) Research and conservation of Indo-Pacific bottlenose dolphins, *Tursiops aduncus*, in the coastal

waters of Northern Sierra Madre Natural Park (with J. Acebes, World Wildlife Fund - Philippines)
5) Determining population structure within the Indo-Pacific bottlenose dolphins (*Tursiops aduncus*) using mitochondrial and microsatellite DNA analyses (with Dr. L.M. Moller, Macquarie University).
6) Investigating the ecological differences between sympatric species of bottlenose dolphins in Chinese waters (with T. Tasev and Dr. B.N. White)

**OTHER WORK AND RESEARCH EXPERIENCE**
**2001-present:** preparing cetacean skeleton displays for public institutions in Taiwan and Hong Kong.
**1990-98:** 1) initiated, coordinated and conducted the first harbour porpoise - gillnet fishery observer program in Canada (also acted as a liaison between fishers, researchers, principal investigator and government managers); 2) participated in the Gulf of Maine Action Plan; 3) shipboard surveys of cetacean abundance using transect methodology; 4) detailed necropsy of incidentally caught cetaceans and seals to collect life history information and tissue samples for other studies; 5) preparation of cetacean skeletons for museum collections; 6) rescue of many cetaceans entrapped in fishing gear; 7) radio telemetric tracking of harbour porpoises and killer whales by ship, plane and land-based stations; 8) photo-identification and biopsy darting of free-ranging cetaceans; and 9) collection of fish species for Dr. William Beverly Scott (Huntsman Marine Science Centre) and Dr. R. Winterbottom (Royal Ontario Museum).
**1990:** Research assistant for Dr. Isabelle Côté and Dr. Mart R. Gross (Univ. of Toronto) investigating the reproductive success of different mating strategies exhibited by male bluegill sunfish in Lake Opinicon (Queen's Univ. Biological Station).

**TEACHING EXPERIENCE**
- Organized and co-instructed a field course (Dolphin and Whale Biology and Conservation in Tropical Asia) in the Ontario Universities Program in Field Biology that was hosted by Trent University (May 2007).
- Supervised 4th year thesis student and trained many research assistants in Canada and Taiwan.
- Teaching assistant / laboratory demonstrator at the University of Guelph and McMaster University (courses instructed: 1st year introductory biology and zoology; 2nd year introductory ecology; 3rd year community ecology; 3rd year comparative vertebrate anatomy; 4th year animal population theory; and 4th year mammalogy).
- Participated as a science fair judge for elementary to secondary school students (1996).
- Lectures about cetacean conservation in public schools (from grades 3 to 13) in Canada and to undergraduates in Canada (University of Guelph, McMaster University and Trent University) and Taiwan (National Taiwan University).
- Nature interpreter for whale-watching tour (1993).

**ACADEMIC AWARDS**
- Natural Sciences and Engineering Research Council of Canada Ph.D. scholarship (1993-1995).
- Ontario Graduate Scholarship for Ph.D. (1996 and 1997).
- Norman James Aquatic Mammalogy Fellowship (University of Guelph, 1991).
- Award for M.Sc. level poster presentation at the Ninth Biennial Conference on the Biology of Marine Mammals (Chicago, 1991).
- Internal Scholarship (University of Guelph, 1990, 1992).
- Themadel Scholarship (Huntsman Marine Science Centre, 1990).
- C.L. Burton Open Scholarship (University of Toronto, 1990).
- Ann Shepard Memorial Scholarship (University of Toronto, 1990).
- J.S. McClean Supplementary Scholarship (University of Toronto, 1989).

**OTHER RELEVANT EXPERIENCE**
- Conceived and initiated the Society for Marine Mammalogy's J. Stephen Leatherwood Award in

2005 for excellence in marine mammal research in South and Southeast Asia.
- Organized and chaired the first symposium and workshop on the conservation of the Indo-Pacific humpback dolphins of western Taiwan (February 2004)
- Reviewed papers for: *Canadian Journal of Zoology, Canadian Journal of Fisheries and Aquatic Sciences, Aquatic Mammals, Latin American Journal of Aquatic Mammals, Molecular Ecology, Marine Biology, Journal of Zoology (London), Journal of Mammalogy, Australian Journal of Zoology, Acta Theriologica, Journal of Cetacean Research and Management.*
- Invited Participation at Scientific Meetings: Global Scientific Workshop on Spatio-Temporal Management of Noise on a Regional Scale (Lanzarote, Canary Islands, Spain – June 2007); IUCN Red List for cetaceans workshop (San Diego, USA - January 2007); 6th APEC Roundtable Meeting on the Involvement of the Business/Private Sector in the Sustainability of the Marine Environment (Kaohsiung, Taiwan - October 2005); Asia-Pacific Conference on Marie Pollution Prevention and Control (Kaohsiung and Penghu, Taiwan - October 2005); Mitigating Longline Bycatch: a workshop aimed at improving communication and collaboration among specialists involved in the mitigation of bycatch from longline fishing on the high seas (Kota Kinabalu, Borneo, Malaysia – September 2005); *57th Annual Meeting of the International Whaling Commission's Scientific Committee* (Ulsan, South Korea – May/June 2005); *US Marine Mammal Commission's International Policy Workshop on Sound and Marine Mammals* (London, England – October, 2004); *56th Annual Meeting of the International Whaling Commission's Scientific Committee* (Sorrento, Italy – June/July 2004); *Workshop on the Shortcomings of Cetacean Taxonomy in Relation to Needs of Conservation and Management* (San Diego, CA, USA - April/May 2004); *Workshop on Interactions Between Cetaceans and Longlines* (Apia, Western Samoa - November 2002).
- Judged student presentations at the 15th Biennial Conference on the Biology of Marine Mammals
- Chaired Oral Session at the 15th Biennial Conference on the Biology of Marine Mammals (Dec. 2003)
- Research and Conservation Advisor for the Kuroshio Ocean Education Foundation (Taiwan: 1998-2000)
- Founded the *FormosaCetus* Research and Conservation Group (Taiwan: 2001).

**PUBLICATIONS**
**Wang, J.Y.**  2007 (In review).  Stock Identity.  In *Encyclopedia of Marine Mammals* 2nd Edition.
**Wang, J.Y.**  2007 (In review).  Indo-Pacific Bottlenose Dolphin, *Tursiops aduncus*.  In *Encyclopedia of Marine Mammals* 2nd Edition.
**Wang, J.Y.**, Frasier, T.R., Yang, S.-C. and White, B.N.  2007.  (In review).  Sympatric species of finless porpoises (Genus *Neophocaena*).  *Heredity*.
**Wang, J.Y.,** Yang, S.-C., Hung, S.K. and Jefferson, T.A.  2007.  (In review).  Distribution and abundance of a recently discovered population of Indo-Pacific humpback dolphin (*Sousa chinensis*) in the eastern Taiwan Strait.  *Mammalia.*
McLeod, B.A., **Wang, J.Y.** and White, B.N.  2007.  (In review).  Initial genetic assessment of western Pacific harbour porpoise, *Phocoena phocoena*, from Japanese waters.  *Marine Mammal Science*.
Murray, B.W., **Wang, J.Y.**, Yang, S.-C., Stevens, J., Daley, R., Reist, J., Fisk, A., Bechtol, B.  2007 (In review).  Mitochondrial Cytochrome b variation in sleeper sharks (*Somniosus*), subgenus *Somniosus*.  *Marine Biology.*
Agardy, T., Aguilar, N., Cañadas, A., Engel, M., Frantzis, A., Hatch, L., Hoyt, E., Kaschner, K., LaBrecque, E., Martin, V., Notarbartolo di Sciara, G., Pavan, G., Servidio, A., Smith, B., **Wang, J.**, Weilgart, L., Wintle, B. and Wright, A.  2007.  *A Global Scientific Workshop on Spatio-Temporal Management of Noise.  Report of the Scientific Workshop*. MS: 51+viii pp.
**Wang, J.Y.** and Yang, S.-C.  2007.  *An identification guide to the dolphins and other small cetaceans of Taiwan.*  J.J. Publishing Co., Taipei, Taiwan. 208pp.
**Wang, J.Y.** and Yang, S.-C.  2006.  Unusual cetacean stranding events of Taiwan in 2004 and 2005.  *J. Cetacean Res. and Management* 8(3): 283-292.

Perrin, W.F., Reeves, R.R., Dolar, M.L.L., Jefferson, T.A., Marsh, H., **Wang, J.Y.** and Estacion, J. (Editors). 2005. Report of the Second Workshop on the Biology and Conservation of Small Cetaceans and Dugongs of Southeast Asia. CMS Technical Series Publication No. 9. UNEP/CMS Secretariat, Bonn, Germany. 161 pp.

**Wang, J.Y.**, Yang, S.-C. and Reeves, R.R. (Editors). 2004. Report of the First Workshop on Conservation and Research Needs of Indo-Pacific Humpback Dolphins, *Sousa chinensis,* in the Waters of Taiwan. National Museum of Marine Biology and Aquarium, Checheng, Pingtung County, Taiwan. 25-27 February 2004, Wuchi, Taiwan. 43 pp (English) + 37 pp (Chinese).

**Wang, J.Y.**, Yang, S.-C. and Reeves, R.R. 2004. Research Action Plan for the Humpback Dolphins of Western Taiwan. National Museum of Marine Biology and Aquarium, Checheng, Pingtung County, Taiwan. 4 pp (English) + 3 pp (Chinese).

**Wang, J.Y.** and Yang, S.-C. (Editors). 2004. The First Symposium and Workshop on the Conservation and Research of Indo-Pacific Humpback Dolphins, *Sousa chinensis,* of the Waters of Taiwan. Symposium Program. National Museum of Marine Biology and Aquarium, Checheng, Pingtung County, Taiwan. 23 February 2004. 75 pp.

**Wang, J.Y.** and S.-C. Yang. 2004. First records of Pacific sleeper sharks *(Somniosus pacificus* Bigelow and Schroeder, 1944) in the subtropical waters of eastern Taiwan. *Bulletin of Marine Science* 74(1): 229-235.[SCI]

**Wang, J.Y.**, Hung, S.K. and Yang, S.-C. 2004. Records of Indo-Pacific humpback dolphins, *Sousa chinensis* (Osbeck, 1765), from the waters of western Taiwan. *Aquatic Mammals* 30: 189-196.

Ho, J.S., Chang, W.-B., Yang, S.-C. and **Wang, J.Y.** 2003. New records for the parasitic copepod *Dinemoura ferox* (Siphonostomatoida: Pandaridae) from Pacific sleeper sharks captured in the waters of eastern Taiwan. *Journal of Parasitology* 89(5): 1071-1073. [SCI]

Secchi, E.R. and **Wang, J.Y.** 2002. Assessment of the conservation status of a franciscana (*Pontoporia blainvillei*) stock in the franciscana management area III following the IUCN Red List process. *The Latin American Journal of Aquatic Mammals (Special Issue 1)*: 183-190.

Jefferson, T.A., Robertson, K.M. and **Wang, J.Y.** 2002. Growth and reproduction of the finless porpoise in southern China. *Raffles Bulletin of Zoology* Supplement 10: 105-113. [SCI]

**Wang, J.Y.** 2002. Stock Identity. Pp. 1189-1192. In *Encyclopedia of Marine Mammals* (eds. W.F. Perrin, B. Wursig and J.G.M. Thewissen). Academic Press, San Diego, CA, 1414 pp.

**Wang, J.Y**., Yang, S.-C., and Liao, H.-C. 2001. Species composition, distribution and relative abundance of cetaceans in the waters of southern Taiwan: implications for conservation and eco-tourism. *Journal of the National Parks of Taiwan* 11(2): 136-158.

**Wang, J.Y**., Yang, S.-C. and Liao, H.-C. 2001. Records of melon-headed whales, *Peponocephala electra* (Gray, 1846), from the waters of Taiwan. *Bulletin of the National Museum of Natural Science* 14: 85-91.

**Wang, J.Y.**, Chou, L.-S. and White, B.N. 2000. Differences in the external morphology of two sympatric species of bottlenose dolphins (genus *Tursiops*) in Chinese waters. *Journal of Mammalogy* 81: 1157-1165. [SCI]

**Wang, J.Y.**, Chou, L.-S. and White, B.N. 2000. Osteological differences between two sympatric forms of bottlenose dolphins (genus *Tursiops*) in Chinese waters. *Journal of Zoology (London)* 252:147-162. [SCI]

Yang, S.-C., Liao, H.-C., Pan, C.-L. and **Wang, J.Y.** 1999. A survey of cetaceans in the waters of central-eastern Taiwan. *Asian Marine Biology* 16:23-34.

Rosel, P.E., France, S.C., **Wang, J.Y.** and Kocher, T.D. 1999. Genetic structure of harbour porpoise *Phocoena phocoena* populations in the Northwest Atlantic based on mitochondrial and nuclear markers. *Molecular Ecology* 8: S41-S54. [SCI]

**Wang, J.Y.**, Chou, L.-S. and White, B.N. 1999. Mitochondrial DNA analysis of sympatric morphotypes of bottlenose dolphins (genus *Tursiops*) in Chinese waters. *Molecular Ecology* 8: 1603-1612. [SCI]

Parsons, E.C.M. and **Wang, J.Y.** 1998. A review of finless porpoises (*Neophocaena phocaenoides*) from the South China Sea. In *Marine Biology of the South China Sea III* (ed. B. Morton), pp.287-

306. Hong Kong University Press, Hong Kong.

Secchi, E.R., **Wang, J.Y.**, Murray, B,W., Rocha-Campos, C.C. and White, B.N. 1998. Population differentiation in the franciscana (*Pontoporia blainvillei*) from two geographic locations in Brazil as determined from mitochondrial DNA control region sequences. *Canadian Journal of Zoology* 76: 1622-1627. [SCI]

Reeves, R.R., **Wang, J.Y.** and Leatherwood, S. 1997. The finless porpoise, *Neophocaena phocaenoides* (G. Cuvier 1829): a summary of current knowledge and recommendations for conservation action. *Asian Marine Biology* 14: 111-143.

**Wang, J.Y.** and Berggren, P. 1997. Mitochondrial DNA analysis of harbour porpoises (*Phocoena phocoena*), in the Baltic Sea, the Kattegat-Skagerrak Seas and off the west coast of Norway. *Marine Biology* 127: 531-537. [SCI]

**Wang, J.Y.**, Gaskin, D.E. and White, B.N. 1996. Mitochondrial DNA analysis of harbour porpoise, *Phocoena phocoena*, subpopulations in North American waters. *Canadian Journal of Fisheries and Aquatic Sciences* 53: 1632-1645. [SCI]

Trippel, E.A., **Wang, J.Y.**, Carter, L.S. and Conway, J.D. 1996. Incidental mortality of harbour porpoise, *Phocoena phocoena* (L.), by the gill-net fishery in the lower Bay of Fundy. *Canadian Journal of Fisheries and Aquatic Sciences* 53: 1294-1300. [SCI]

**Wang, J.Y.**, Chou, L.S., Yao, C.J., Neimanis, A.S., and Chou, W.H. 1995. Records of Cuvier's beaked whales (*Ziphius cavirostris*) from Taiwan, Republic of China. *Asian Marine Biology* 12: 111-118.

*Recent Reports and Meeting Documents:*

**Wang, J.Y.** and Yang, S.-C. 2004. Unusual stranding events in Chinese waters in early 2004 and the gross examination of a ginkgo-toothed beaked whale, *Mesoplodon ginkgodens*. 56th International Whaling Commission meeting (29 June to 10 July 2004; Sorrento, Italy). SC/56/E38.

**Wang, J.Y.** and Yang, S.-C. 2003. Abundance, distribution and movement of Indo-Pacific bottlenose dolphins (*Tursiops aduncus*) of Nan Wan and adjacent waters of southern Taiwan: implications for conservation. Kenting National Park Conservation Research Report 125. 29 pp. (In Chinese).

**Wang, J.Y.**, and Yang, S.-C. 2002. Interactions between Taiwan's distant water tuna longline fishery and cetaceans. Paper for the Toothed Whales/Longline Fisheries Interactions in the South Pacific (Nov. 11-15, 2002; Apia, Western Samoa). 7 pp.

**Wang, J.Y.**, and Yang, S.-C. 2002. Update on the marine mammals in the waters of Taiwan: 1995-2002. Paper for the Second International Conference and Workshop on the Marine Mammals of Southeast Asia (July 22-26, 2002; Dumaguete City, Philippines). CMS/SEAMAM II/Doc.6. 12 pp.

**Wang, J.Y.**, and Yang, S.-C. 2002. Indo-Pacific bottlenose dolphins (*Tursiops aduncus*) of Nan Wan and adjacent waters of southern Taiwan. Paper for the Second International Conference and Workshop on the Marine Mammals of Southeast Asia (July 22-26, 2002; Dumaguete City, Philippines). CMS/SEAMAM II/Doc. 8. 13 pp.

**Wang, J.Y.**, Yang, S.-C., and Liao, H.-C. 2000. Cetaceans in the waters of Kenting National Park and adjacent regions of southern Taiwan. Kenting National Park Conservation Research Report 107. 50 pp. (In Chinese with English abstract).

**CONFERENCE ABSTRACTS/PRESENTATIONS**

**Wang, J.Y.**, Frasier, T.R., Yang, S.-C. and White, B.N. (oral). The finless porpoises (genus *Neophocaena*) in not monotypic. 16th Biennial Conference on the Biology of Marine Mammals, Dec.12-16, 2005 (San Diego, CA).

Yang, S.-C. ,**Wang, J.Y.**, Hung, S.K. and Jefferson, T.A. (poster). Initial assessment of the conservation status of the Indo-Pacific humpback dolphins (*Sousa chinensis*) from the waters off western Taiwan. 16th Biennial Conference on the Biology of Marine Mammals, Dec.12-16, 2005 (San Diego, CA).

**Wang, J.Y.**, Yang, S.-C. and Hung, S.K. (oral). The Indo-Pacific dolphins, *Sousa chinensis*, in the waters of western Taiwan. The First Symposium and Workshop on the Conservation and Research of Indo-Pacific Humpback Dolphins, *Sousa chinensis,* of the Waters of Taiwan. Feb.23, 2004. (Checheng, Pingtung County, Taiwan).

**Wang, J.Y.** and Yang, S.-C. (oral). Direct and indirect catch of cetaceans by Taiwanese fisheries. 15th Biennial Conference on the Biology of Marine Mammals, Dec.14-19, 2003 (Greensboro, North Carolina, US).

Yang, S.-C., **Wang, J.Y.** and Hung, S.K. (poster). The distribution of Indo-Pacific humpback dolphins, *Sousa chinensis*, in the waters of western Taiwan. 15th Biennial Conference on the Biology of Marine Mammals, Dec.14-19, 2003 (Greensboro, North Carolina, US).

Secchi, E., **Wang, J.**, Dalla Rosa, L., Yang, S.-C. and Reeves, R. (poster). Cetacean bycatch in pelagic longline fisheries. 15th Biennial Conference on the Biology of Marine Mammals, Dec.14-19, 2003 (Greensboro, North Carolina, US).

**Wang, J.Y.**, Yang, S.-C. and Liao, H.-C. (poster). Species composition, distribution and relative abundance of cetaceans in the waters of southern Taiwan. 14th Biennial Conference on the Biology of Marine Mammals, Nov.28-Dec.3, 2001 (Vancouver, Canada).

Yang, S.-C. and **Wang, J.Y.** (poster). The daily movement patterns of spinner dolphins in central-eastern Taiwan. 14th Biennial Conference on the Biology of Marine Mammals, Nov.28-Dec.3, 2001 (Vancouver, Canada).

Tasev, T.J., **Wang, J.Y.**, White, B.N. and Schwarcz, H.P. (poster). Stable isotope ratios analysis of two species of bottlenose dolphins (genus: *Tursiops*) in Chinese waters. 14th Biennial Conference on the Biology of Marine Mammals, Nov.28-Dec.3, 2001 (Vancouver, Canada).

**Wang, J.Y.**, Chou, L.-S. and White, B.N. (oral). Congruent morphological and molecular differences support two species of bottlenose dolphins (genus *Tursiops*) in Chinese waters. 13th Biennial Conference on the Biology of Marine Mammals, Nov.28-Dec.3, 1999 (Maui, HI).

Rosel, P.E., **Wang, J.Y.** and Pella, J.J. (oral). Seasonal changes in northwest Atlantic harbor porpoise populations: summer isolation and winter mixing. 13th Biennial Conference on the Biology of Marine Mammals, Nov.28-Dec.3, 1999 (Maui, HI).

Berggren, P., Børjesson, P. and **Wang, J.Y.** (poster). Investigating stock structure for proper management of marine mammals: is one method good enough? World Marine Mammal Science Conference, Jan.20-24, 1998 (Monaco).

Chou, L.-S., Yao, C.-R., **Wang, J.Y.**, Hsieh, Y.-L. and Lee, P.-F. (poster). Stranding records of cetaceans from 1990 to 1997 in Taiwan. World Marine Mammal Science Conference, Jan.20-24, 1998 (Monaco).

Secchi, E.R., **Wang, J.Y.**, Murray, B,W., Rocha-Campos, C.C. and White, B.N. (poster). Population differences between franciscana, *Pontoporia blainvillei*, from two geographical locations as determined by sequences of mtDNA control region. World Marine Mammal Science Conference, Jan.20-24, 1998 (Monaco).

Chou, L.-S., Yao, C.-J. and **Wang, J.Y.** (poster). Stranding records of cetaceans from 1990-1995 in Taiwan. 11th Biennial Conference on the Biology of Marine Mammals, Dec.14-18, 1995 (Orlando, FL).

Neimanis, A.S., Read, A.J., Westgate, A.J., Koopman, H.N., **Wang, J.Y.**, Murison, L.D. and Gaskin, D.E. (poster and abstract). Entrapment of harbour porpoises (*Phocoena phocoena*) in herring weirs in the Bay of Fundy. 11th Biennial Conference on the Biology of Marine Mammals, Dec.14-18, 1995 (Orlando, FL).

Trippel, E.A., **Wang, J.Y.**, Carter, L.S. and Conway, J.D. (poster). Harbour porpoise mortality by the gill-net fishery in the lower Bay of Fundy, Canada. 11th Biennial Conference on the Biology of Marine Mammals, Dec.14-18, 1995 (Orlando,FL).

**Wang, J.Y.**, Gaskin, D.E., and White, B.N. (oral). Mitochondrial DNA analysis of harbour porpoises, *Phocoena phocoena* (L.), in North American waters. 10th Biennial Conference on the Biology of Marine Mammals, Nov.12-15, 1993 (Galveston, TX).

**Wang, J.Y.**, Gaskin, D.E. and White, B.N. (poster). "Bye bye blotting blues": a new approach to

mitochondrial DNA analysis. 9th Biennial Conference on the Biology of Marine Mammals, Dec.5-9, 1991 (Chicago, IL). **(Received Student Award).**