# *Exhibit A*

*Exhibit A*

# CURRICULUM VITAE

Linda Susan Weilgart

1 January 2006

Address: 1596 John Brackett Dr.
Herring Cove, NS B3V 1G8 Canada

Birth: 9 November 1960, Placerville, Calif., USA

Marital status: Married, three children (b. 1987, 1991, 1994)

Nationality: USA / Germany; Canadian landed immigrant

Degrees:

1978-1982 B.A. Biology, Luther College

1982-1985 M.Sc. Biopsychology, Memorial University of Newfoundland
Thesis: Vocalizations of the North Atlantic Pilot Whale (Globicephala melaena Traill) as Related to Behavioral and Environmental Contexts
Supervisor: Prof. Dr. Jon Lien

1986-1990 Ph.D. Biology, Dalhousie University
Thesis: Vocalizations of the Sperm Whale (Physeter macrocephalus) off the Galápagos Islands as Related to Behavioral and Circumstantial Variables
Supervisor: Prof. Dr. Ian McLaren

Position:

NSERC Post-doctoral Fellowship, Bioacoustics Research Program, Cornell University, Supervisor: Dr. Christopher Clark, 1992-4

Adjunct Research Associate, Dept. of Biology, Dalhousie University, 1994-present

Research Associate, Max-Planck-Institute of Behavioral Physiology, Seewiesen, Germany, Dept. Wickler, Sept. 2000-Sept. 2001

Assistant Professor, Dept. of Biology, Dalhousie University, Jan.-April 2003, Jan.-Dec. 2004, Sept.-Dec. 2005

Honours:

B.A., magna cum laude

Regents Scholarship, 1978-82, Luther College

Scholarship to attend Animal Behavior course at the Marine Biological Laboratory, Woods Hole, MA, January 1982

Hatcher Scholarship, 1982-83, Memorial Univ. of Nfld., (awarded to most promising incoming graduate student)

Memorial University Fellowship, 1983-84, Memorial Univ. of Nfld.

Honorable Mention Student Award, for presentation at the Sixth Biennial Marine Mammal Conference, Vancouver, 1985

Dalhousie Graduate Fellowship, 1986-87, Dalhousie Univ.

NSERC Post-Graduate Scholarship, 1987-89, Dalhousie Univ.

Izaak Walton Killam Memorial Scholarship, 1988-89, Dalhousie Univ.

NSERC Post-doctoral Fellowship, Bioacoustics Research Program, Cornell University, Supervisor: Dr. Christopher Clark, 1992-4
Distinguished Service Award, Luther College, Oct. 2002
Invited lecturer, Hoslett Memorial Homecoming Lecture, Luther College, Oct. 2002

Invited expert participant:
Invited participant, International Workshop on the Special Aspects of Watching Sperm Whales, Roseau, Dominica, Jan. 8-11, 1996
Invited expert member, "Noisy Oceans" panel, American Cetacean Society's Whales 2000 Conference, Monterey, California, Nov. 17-19, 2000
Invited expert panel member, Conference on the Impact of Acoustics on Marine Organisms, Berlin, Germany, June 17-19, 2002
Invited expert, National Assessment Meeting on Seismic Impacts, Department of Fisheries and Oceans Canada, Ottawa, May 17-21, 2004
Alternate member, U.S. Marine Mammal Commission's Advisory Committee on Acoustic Impacts on Marine Mammals, Feb. 2004-present
Member, U.S. Marine Mammal Commission's Advisory Committee on Acoustic Impacts on Marine Mammals, Subcommittee on Management and Mitigation, April 2004-present
Member, U.S. Marine Mammal Commission's Advisory Committee on Acoustic Impacts on Marine Mammals, Subcommittee on Synthesis of Current Knowledge, July 2004-present

Teaching Experience:
Biology department teaching and laboratory assistant and tutor, 1980-82, Luther College
Assisted teaching on marine mammals, aboard r/v Rambler, Fall 1984, Ocean Research and Education Society in conjunction with University of Massachusetts
Demonstrator, Introductory Ecology, Fall 1986, Dalhousie Univ.
Demonstrator, General Biology, Winter 1989, Fall/Winter 1989-90, Dalhousie Univ.
Sessional instructor, Marine Mammalogy, Winter 2003, Winter 2004, Fall 2004, Fall 2005, Dalhousie Univ.

Research Experience:
Research assistant, Upper Mississippi River Basin Commission Project, study of impact of barge passage on invertebrates of the Mississippi River, Summer 1980
Research assistant, data analysis of the above study, Jan. 1981
Crew chief and research assistant, Upper Mississippi River Basin Commission Project, Phase II, Summer 1981
Designed and conducted research on effects of Extremely Low Frequency (ELF) electromagnetic fields from powerlines on willow growth, Spring 1981
Research assistant, study of humpback whales on the Grand Banks, Newfoundland, Summer 1982
Principal investigator, study of pilot whale vocalizations and behavior, Conception Bay, Newfoundland, Summer 1982
Research assistant, World Wildlife Fund Indian Ocean Sperm Whale Project, Sri Lanka, Fall 1983
Research assistant, study of sperm whales in West Indies, Fall 1984
Research assistant, study of sperm whales off the Galapagos Islands, Winter 1985

Research assistant, study of sperm whales off Nova Scotia, Summer 1986
Research for Ph.D., study of sperm whales off the Galapagos Islands, January-July 1987
Research assistant, study of sperm whales and bottlenosed whales off Nova Scotia, Summer 1988
Research assistant, study of bottlenose whales off Nova Scotia, Summer 1989, 1990, 1997
Field research for post-doctoral fellowship, study of sperm whales in South Pacific, May 1992-June 1993

Presentations (*indicates person presenting):

Weilgart, L.S.* and D.A. Sabelka. 1981. Effects of ELF radiation on willow growth. Paper presented at Annual Meeting of Iowa Academy of Science, Cedar Rapids, Iowa.

Whitehead, H., C. Glass, and L. Weilgart*. 1982. Humpback whales on the Southeast Shoal, summer 1982. Paper presented at First Annual Meeting of the Western North Atlantic Whale Research Association, Boston, MA.

Weilgart, L.S. 1985. The relationship between vocalizations and behavior of North Atlantic pilot whales.0 Poster presented at Sixth Biennial Conference on the Biology of Marine Mammals, Vancouver, B.C.

Whitehead, H.*, L.S. Weilgart, and S. Waters. 1988. Seasonality of sperm whales off the Galapagos Islands, Ecuador. International Whaling Commission Scientific Committee Meeting, San Diego, CA.

Mullins, J., H. Whitehead*, and L.S. Weilgart. 1988. Behavior and vocalizations of two single sperm whales, Physeter macrocephalus, off Nova Scotia. International Whaling Commission Scientific Committee Meeting, San Diego, CA.

Weilgart, L.S.* and H. Whitehead. 1989. Distinctive vocalizations of mature male sperm whales. Paper presented at Annual Meeting of the Canadian Acoustical Association, Halifax, N.S.

Whitehead, H.* and L.S. Weilgart. 1989. Click rates from sperm whales. Paper presented at Annual Meeting of the Canadian Acoustical Association, Halifax, N.S.

Weilgart, L.S.* and H. Whitehead. 1989. Coda vocalizations of sperm whales off the Galapagos Islands. Paper presented at Eighth Biennial Conference on the Biology of Marine Mammals, Pacific Grove, CA.

Weilgart, L.S *, H. Whitehead and A. Faucher. 1990. Bottlenose whales of the Gully. Invited Brief Presented to: Cohasset/Panuke Environmental and Socio-Economic Review Commission, Halifax, N.S.

Faucher, A.* and L.S. Weilgart. 1991. Critical marine habitat in offshore waters: the need for protection. Paper presented at International Conference on Science and the Management of Protected Areas, Wolfville, N.S.

Weilgart, L.* and H. Whitehead. 1991. Relationships between vocalizations and visually observable behaviour in female sperm whales and their offspring. Poster presented at Ninth Biennial Conference on the Biology of Marine Mammals, Chicago.

Weilgart, L.S. 1993. Voyage across the Pacific. Talk given to Laboratory of Ornithology, Cornell University, Oct. 1993.

Weilgart, L.S. 1993. Voyage across the Pacific. Talk given to Corland College, NY, Dec. 1993.

Weilgart, L.S.*, H. Whitehead, S. Carler, and C.W. Clark. 1993. Variations in the vocal repertoires of sperm whales (Physeter macrocephalus) with geographic area and year. Paper presented at the

Tenth Biennial Conference on the Biology of Marine Mammals, Galveston, Texas.

Weilgart, L.S. 1994. Sailing, Whaling, and Diapering. Talk given to Nova Scotia Museum of Natural History, Halifax, Nova Scotia, Feb. 1994.

Weilgart, L.* and H. Whitehead. 1995. Dialects in sperm whales (Physeter macrocephalus). Paper presented at the XXIV International Ethological Conference, Honolulu, Hawaii.

Weilgart, L. 1997. ATOC and LFA Sonar: Undersea noise pollution and the limitations of science. Paper presented at the Fifth Annual Whales Alive Conference, Maui, Hawaii. (Invited delegate).

Weilgart, L.* and H. Whitehead. 1997. Human-generated undersea noise and the marine environment: objections to ATOC and LFA sonar and suggestions for future protocols. Paper presented at the Annual Meeting of the Society for Conservation Biology, Victoria, B.C., Canada.

Whitehead, H. and L. Weilgart.* 1997. The motives, funding, and geopolitics of cetacean science. Paper presented at the Annual Meeting of the Society for Conservation Biology, Victoria, B.C., Canada.

Weilgart, L. 1998. Sperm whale vocal traditions and cultures. Paper presented at the Sixth Annual Whales Alive Conference, Maui, Hawaii. (Invited delegate).

Weilgart, L. 2000. Objections to the LFAS project and suggestions for future protocols. Paper presented at the Ocean Mammal Institute's Symposium on the Navy's High Intensity Sonars, August 14-15, Bar Harbor, Maine. (Invited speaker).

Weilgart, L.* and H. Whitehead. 2000. Objections to the ATOC and LFA sonar projects and suggestions for future protocols. Paper presented at the American Cetacean Society's Whales 2000 Conference, Nov. 17-19, Monterey, California. (Invited speaker).

Whitehead, H.* and L. Weilgart. 2001. Science and the management of underwater noise: information gaps and polluter power. Paper presented at the Acoustical Society of America meeting, Dec. 3-7, Fort Lauderdale, Florida.

Weilgart, L. 2002. Der Pottwal und Schall: seine Kommunikations-Signale und Lärmverschmutzung durch neue militärische Sonare. Lecture Series: Wal und Mensch, Tierärztliche Hochschule, 29 January, Hannover, Germany. (Invited speaker).

Weilgart, L. 2002. The sperm whale. Talk to Caribwhale Whalewatch Operator´s Meeting, May 13-15, Le Domaine de Petite-Anse, Guadeloupe. (Invited speaker).

Weilgart, L. 2002. Unterwasserlärm als Form der marinen Umweltverschmutzung und als Beeinträchtigung von Meeressäugetieren. Paper presented at the 12th Symposium for "Aktuelle Probleme der Meeresumwelt," June 5-6, Hamburg, Germany. (Invited speaker).

Weilgart, L.* and H. Whitehead. 2002. The threat of underwater noise on whales: management in light of scientific limitations. Paper presented at the Conference on Impact of Acoustics on Marine Organisms, June 17-19, Berlin, Germany. (Invited speaker).

Weilgart, L.* and H. Whitehead. 2003. LFA sonar and marine mammals: scientific limitations, credibility, and management. Paper presented at the 17th Conference of the European Cetacean Society, March 9-13, Las Palmas de Gran Canaria, Spain.

Rendell, L., Weilgart, L. and H. Whitehead*. 2003. Learning from the LFA fiasco: whither the credibility of marine mammal bioacoustics? Paper presented at the Symposium on Environmental Consequences of Underwater Sound (ECOUS), May 12-16, San Antonio, Texas.

Weilgart, L.* 2004. Seismic testing and the impacts of high intensity sound on whales. Lecture tour

with David Suzuki, David Suzuki Foundation, Feb. 22 (Victoria), Feb. 23 (Nanaimo), Feb. 24 (Vancouver), British Columbia, Canada.

Publications:

Eckblad, J.W., C.S. Volden, and L.S. Weilgart. 1984. Allochthonous drift from backwaters to the main channel of the Mississippi River. Am. Midl. Nat. 111 (1): 16-22.

Weilgart, L.S. 1985. Observations of a sperm whale birth. Whales Etcetera 1: 3-5.

Weilgart, L.S. and H. Whitehead. 1986. Observations of a sperm whale (Physeter catodon) birth. J. Mamm. 67(2): 399-401.

Arnbom, T., V. Papastavrou, L.S. Weilgart, and H. Whitehead. 1987. Sperm whales react to an attack by killer whales. J. Mamm. 68(2): 450-453.

Weilgart, L.S. and H. Whitehead. 1988. Distinctive vocalizations from mature male sperm whales (Physeter macrocephalus). Can. J. Zool. 66(9): 1931-1937.

Mullins, J., H. Whitehead, and L.S. Weilgart. 1988. Behaviour and vocalizations of two single sperm whales, Physeter macrocephalus, off Nova Scotia. Can. J. Fish. Aquat. Sci. 45(10): 1736-1743.

Whitehead, H. and L. Weilgart. 1988. Sailing, Whaling, and Diapering. American Baby (June), Vol. L, No. 6, pp. 70-71.

Whitehead, H., L. Weilgart, and S. Waters. 1989. Seasonality of sperm whales off the Galapagos Islands, Ecuador. Rpt. Int. Whal. Commn. 39: 207-210.

Whitehead, H. and L. Weilgart. 1990. Click rates from sperm whales. J. Acoust. Soc. Am. 87: 1798-1806.

Weilgart, L.S. and H. Whitehead. 1990. Vocalizations of the North Atlantic pilot whale (Globicephala melas) as related to behavioral contexts. Behav. Ecol. Sociobiol. 26: 399-402.

Weilgart, L.S. and H. Whitehead. 1991. Moby's Click. Natural History (March): 64-67.

Whitehead, H. and L.S. Weilgart. 1991. Patterns of visually observable behaviour and vocalizations in groups of female sperm whales. Behaviour 118: 275-296.

Faucher, A. and L.S. Weilgart. 1992. Critical marine habitat in offshore waters: the need for protection. In: Science and the management of protected areas (edited by J.H.M. Willison, S. Bondrup-Nielsen, C. Drysdale, T.B. Herman, N.W.P. Munro, and T.L. Pollock). Elsevier, Amesterdam. pp: 75-78.

Weilgart, L.S. and H. Whitehead. 1993. Coda communication by sperm whales (Physeter macrocephalus) off the Galápagos Islands. Can. J. Zool. 71: 744-752.

Whitehead, H. and Weilgart, L. 1995. Marine mammal science, the U.S. Navy and academic freedom. Mar. Mammal Sci. 11:260-263.

Weilgart, L., H. Whitehead, and K. Payne. 1996. A colossal convergence. Amer. Sci. 84: 278-287.

Weilgart, L. and H. Whitehead. 1997. Group-specific dialects and geographical variation in coda repertoire in South Pacific sperm whales. Behav. Ecol. Sociobiol. 40: 277-285.

Whitehead, H., Dillon, M., Dufault, S., Weilgart, L., and J. Wright. 1998. Non-geographically based population structure of South Pacific sperm whales: dialects, fluke-markings and genetics. J. Anim. Ecol. 67:253-262.

Weilgart, L. 1999. When sound is dangerous. Christian Science Monitor 91 (233): 21 (October 28, 1999).

Whitehead, H., and L. Weilgart. 2000. The sperm whale: social females and roving males. In: Mann, J.,




Connor, R.C., Tyack, P. L, and Whitehead, H. (Eds.) Cetacean Societies. University of Chicago Press, Chicago, pp. 154-172.

Weilgart, L., and H. Whitehead. 2001. Sperm whales. In: MacDonald, D.W. (Ed.). The Encyclopedia of Mammals. Andromeda, London, pp. 244-249.

Weilgart, L. 2003. Acoustic Smog. In: Frohoff, T. and Peterson, B. (Eds.). Between Species: Celebrating the Dolphin-Human Bond. Sierra Club Books, San Francisco, pp. 230-238.

Weilgart, L. 2003. Sperm whales (Physeteridae). In: Hutchins, M., Kleiman, D.G., Geist, V., and M.C. McDade. (Eds.). Grzimek's Animal Life Encyclopedia, 2nd edition. Vol. 15, Mammals IV. Gale Group, Farmington Hills, MI., pp. 73-80.

Weilgart, L. 2003. Unterwasserlärm als Form der marinen Umweltverschmutzung und als Beeinträchtigung von Meeressäugetieren. In: Bundesamt für Seeschifffahrt und Hydrographie (BSH). Meeresumwelt-Symposium 2002. BSH, Hamburg, Germany, pp. 143-146.

Weilgart, L. and H. Whitehead. 2004. The threat of underwater noise on whales: management in light of scientific limitations. Polarforschung 72 (2/3): 99-101.

Simmonds, M., Dolman, S. and L. Weilgart (Eds.). 2003. Oceans of Noise. Whale and Dolphin Conservation Society, Chippenham, U.K., 164 pp.

Weilgart, L., Whitehead, H., Rendell, L., and Calambokidis, J. 2005. Signal-to-noise: funding structure vs. ethics as a solution to conflict-of-interest. Mar. Mamm. Sci. 21 (4): 779-781.

Awareness-raising activities at intergovernmental bodies:

Lobbied members of the European Parliament about ocean noise and high-intensity sonars, European Parliament, Strassbourg, June 2002

Lobbied members of the European Parliament about ocean noise and high-intensity sonars, European Parliament, Brussels, June 2003

Lobbied members of the European Parliament about ocean noise and high-intensity sonars, European Parliament, Brussels, October 2003

Environmental groups, members and functionaries of the European Parliament, and independent scientists (myself included) met with Dr. Jamie Shea, Deputy Secretary General in charge of Public Relations, and Dr. Michael Carron, Senior Principal Scientist in Anti-Submarine Warfare and in charge of Marine Mammal Risk Mitigation, both of NATO, to discuss high-intensity sonars and present petitions to NATO opposing ocean noise, NATO, Brussels, October 2003

Gave lecture at reception held on undersea noise and its effects on marine organisms, lobbied governments about undersea noise, United Nations, UNICPOLOS (United Nations Open-ended Informal Consultative Process on Oceans and the Law of the Sea), June 6-8, 2005

Special Skills:

SCUBA, certified 1980
Advanced Lifesaving, certified 1982
Water Safety Instruction, certified 1982
Translation (bilingual, English/German)