*Exhibit A*

*Exhibit A*

1

**CURRICULUM VITAE - Hal Whitehead - 26 June 2006**

**Address**: Biology Department, Dalhousie University, Halifax, Nova
Scotia, Canada B3H 4J1. (Ph: 902-494-3723)

**Birth**: 29 July 1952, Derby, U.K.

**Nationalities**: CANADA / U.K. (Resident of Canada)

**Degrees**:
1973 B.A. Pure Mathematics, Cambridge University (Senior Optime)
1977 M.A. Cambridge University
1977 Diploma in Mathematical Statistics, Cambridge University
    *Dissertation*: A statistical analysis of the development of play behaviour in kittens
        *Supervisors*: Dr P.M.E. Altham and Dr P.P.G. Bateson.
1981 Ph.D. Zoology, Cambridge University
    *Dissertation*: The behaviour and ecology of the humpback whale in the northwest Atlantic
        *Supervisor*: Dr B.C.R. Bertram

**Positions Held**:
Summer 2000 - 2005. Killam Professor, Dalhousie University
Summer 1996 - . Professor, Dalhousie University
Summer 1991 - Summer 1996. NSERC University Research Fellow -  Associate Professor,
    Dalhousie University
Summer 1986 - Summer 1991. NSERC University Research Fellow - Assistant Professor
    (Research), Dalhousie University
Autumn 1985 - Summer 1986. Izaak Walton Killam Post-Doctoral  Research Fellowship,
    Dalhousie University
1985. Adjunct Assistant Professor, Newfoundland Institute for Cold Ocean Science, Memorial
    University of Newfoundland
Summer 1983 - Autumn 1984.  Research Associate, Newfoundland Institute for Cold Ocean
    Science, Memorial University of Newfoundland
Summer 1981 - Summer 1983.  Post-Doctoral Research Fellow, Newfoundland Institute for Cold
    Ocean Science, Memorial University of Newfoundland
Spring 1975, Autumn 1975 - Spring 1976.  Research Assistant to Dr  R.S. Payne, New York
    Zoological Society

**Other Positions**:
World Wildlife Fund Canada - Conservation and Science Committee, 2005-
Committee on the Status of Endangered Wildlife in Canada - Member of Marine Mammal Sub-
    Committee.  2005-2008.
Committee on the Status of Endangered Wildlife in Canada - Member and Co-Chair of Marine
    Mammal Sub-Committee.  2001-2004.
Department of Fisheries and Oceans - Gully Marine Protected Area Advisory Committee, 2004-
Species Survival Commission, International Union for the Conservation of Nature - Member of
    Cetacean Specialist Group, 1983 - present.
International Whaling Commission Scientific Committee - Invited Expert, 1986, 1988.

2

**Grants and Contracts for Research**:
Natural Sciences and Engineering Research Council of Canada (NSERC) Operating Grant (1986-
2009, currently $65,800 per year--5 yr) plus 4 Equipment Grants
International Whaling Commission (X 2)
Canadian Government Contract (X 4)
U.S. Government Marine Mammal Commission Contract
World Wildlife Fund - I.U.C.N. Contract
World Wildlife Fund Canada/Environment Canada Endangered Species Recovery Fund (X 8)
World Wildlife Fund U.S.
National Geographic Society (X 3)
Island Foundation (X 3)
Dalhousie University Research Development Fund (X 4)
People's Trust for Endangered Species
Connecticut Cetacean Society/Cetacean Society International (X 3)
Whale and Dolphin Conservation Society (X 10)
Canadian Federation of Humane Societies (X 4)
Canadian Whale Foundation (X 2)

**Teaching Experience**:
*Courses*:
Behavioural Ecology. 3rd Year Undergraduate Course. 1988-89,89-90,90-91,91-92,93-94,94-
95--Dalhousie (32-120 students)
Multivariate Analysis in Biology. Graduate/Undergraduate Module/Course.
1987-88,88-89,89-90,90-91,91-92,93-94,94-95,95-96,96-97,97-98,98-99,99-00,01-
02--Dalhousie (12-30 students)
Analysis of Biological Data. Graduate/Undergraduate Class 02-03,03-04,04-05,05-06--Dalhousie
(14-32 students)
Animal Population Ecology. 3rd Year Undergraduate Course. 1986-87,87-88--Dalhousie (ca. 15
students)
Introductory Biology. 1st Year Undergraduate Course. (Biometrics, Population Biology
Sections) 1987-88--Dalhousie (ca. 700 students)
Modelling in Behavioural Ecology. Graduate Module. 1994-95,95-96--Dalhousie (3-6 students)
Communications Class for Graduate Students. 1994-5,95-96,98-99,99-00,01-02--Dalhousie (15-
24 students)
Marine Mammals. Graduate/Undergraduate Courses or Modules. 1982-83--Memorial University
Graduate Class (ca. 5 students); 1986-7--Dalhousie Graduate Module (10 students); 1991-
92,96-7,97-98,98-99,99-00,01-02, 02-03, 03-04, 04-05, 05-06--Dalhousie
Undergraduate/Graduate Class (25-65 students)
Culture and Evolution. Graduate Module. 2003, 04 (12 students)
Introduction to MATLAB for biologists. Graduate Module. 2006 (3 students)
Marine Mammals. Through Ocean Research & Education Society. 1977,78--Harvard University
Extension (ca. 15 students); 1984--University of Massachusetts (ca. 15 students)

*Supervision*:
Postdoctoral Fellowships:
R. Baird (NSERC PDF) 1996-1998
M. Dalebout (Killam PDF) 2003-2005

3

        D. Lusseau (Killam PDF) 2006-
PhD Students (in progress):
        R. Michaud (supported by GREMM, Quebec) 1996-
        T. Schulz (NSERC, Killam scholarships) 2003-
        H. Moors (NSERC CGS) 2005-
        S. Wong (NSERC scholarship) 2006-
PhD Students (graduated):
        L. Bejder (Government of Denmark, Killam scholarships) 1999-2005
        L. Rendell (Commonwealth, Killam Scholarships) 1998-2003
        S. Hooker (Commonwealth scholarship) 1994-1999
        S. Gowans (NSERC, Killam scholarships) 1994-1999
        J. Christal (Rhodes Canada, Commonwealth, Killam scholarships) 1994-1998
        N. Jaquet (Government of Canada, Killam scholarships) 1990-1996
        M. Dillon (NSERC, Killam scholarships; cosupervised with J. Wright) 1990-1996
        K. Richard (NSERC, FCAR, Killam scholarships; cosupervised with J. Wright) 1988-1995
        C. Carlson (Dalhousie scholarship) 1986-1992
MSc Students (in progress):
        M. Auger-Methe (Dalhousie scholarship) 2006-
Msc Students (completed):
        S. Gero (NSERC scholarship) 2003-2005
        M. Jankowski (NSERC scholarship) 2002-2005
        M. Marcoux (FCAR scholarship) 2003-2005
        A. Coakes (Dalhousie scholarship) 2001-2003
        T. Wimmer (NSERC scholarship) 2001-2003
        A. Ottensmeyer (NSERC, Killam scholarships) 1999-2001
        J. Arch (Killam scholarship) 1998-2000
        S. Dufault (NSERC) 1992-1994
        B. Kahn 1988-1991
        S. Smith (Dalhousie scholarship) 1989-1992
        A. Faucher (NSERC, FCAR scholarships) 1986-1989
        S. Waters (Dalhousie scholarship) 1986-1989
        T. Arnbom (at Memorial University) 1984-1987
Honours' Students: 32 completed (Dalhousie)

**Administration at Dalhousie University:**
1988-92  Chair Graduate Ecology Stream, Biology Department
1988-92  Chair Graduate Program Committee, Biology Department
1988-92, 1994-2000, 2001-  Member, Graduate Directorate, Biology Department
1990-92, 2003-  Member, Faculty of Graduate Studies Council
1996    Member, Chair Advisory Committee, Economics Department
2003    Member, Programme Review Committee, Department of Mathematics and Statistics
1994-2000, 2001-   Graduate Coordinator, Biology Department
2005- Member, Academic Planning Committee, Faculty of Graduate Studies
2005- Member, Killam Lecture Committee

**Honours, Awards, etc:**
NSERC University Research Fellowship, awarded 1986
COSEWIC Service Award, 1998

4

"Hero for the Planet", *Time for Kids*, 2000
Faculty of Science Killam Professor, Dalhousie University, 2000
Hefner Lecturer, Miami University, Oxford, Ohio, U.S.A. 2001
Testimony to US House of Representatives, Subcommittee on Fisheries Conservation, Wildlife and
    Oceans, 2001
"Top 100 Science Stories of the Year", *Discover Magazine*, 2002 [**Marine Ecology Progress
    Series** 242:295-304]
"SuperSpeaker", Duke University Marine Laboratory, Beaufort, North Carolina, U.S.A. 2002

5

## REFEREED JOURNAL PUBLICATIONS

*Papers*

Bejder, L., A. Samuels, H. Whitehead, and N. Gales. In Press. Interpreting short-term behavioural responses to disturbance within a longitudinal perspective. **Animal Behaviour** (Accepted April 2006)

Dalebout, M. L., D. E. Ruzzante, H. Whitehead, and N. I. Øien. In Press. Nuclear and mitochondrial markers reveal distinctiveness of a small population of bottlenose whales (*Hyperoodon ampullatus*) in the western North Atlantic. **Molecular Ecology** (Accepted March 2006)

Bejder, L., A. Samuels, H. Whitehead, N. Gales, J. Mann, R. Connor, M. Heithaus, J. Watson-Capps, and C. Flaherty. In Press. Decline in relative abundance of bottlenose dolphins exposed to long-term disturbance. **Conservation Biology** (Accepted February 2006)

Weinrich, M. T., H. Rosenbaum, C. S. Baker, A. L. Blackmer, and H. Whitehead. In Press. The influence of maternal lineages on social affiliations among humpback whales (*Megaptera novaeangliae*) on their feeding grounds in the Southern Gulf of Maine. **Journal of Heredity** (Accepted January 2006)

Marcoux, M., H. Whitehead, and L. Rendell. 2006. Coda vocalizations recorded in breeding areas are almost entirely produced by mature female sperm whales (*Physeter macrocephalus*). **Canadian Journal of Zoology** 84: 609-614.

Gero, S., L. Bejder, H. Whitehead, J. Mann, and R. C. Connor. 2005. Behaviourally specific preferred associations in bottlenose dolphins, *Tursiops* sp. **Canadian Journal of Zoology** 83:1566-1573.

Whitehead, H., and T. Wimmer. 2005. Heterogeneity and the mark-recapture assessment of the Scotian Shelf population of northern bottlenose whales (*Hyperoodon ampullatus*). **Canadian Journal of Fisheries and Aquatic Sciences** 62: 2573-2585.

Whitehead, H., and R. Reeves. 2005. Killer whales and whaling: the scavenging hypothesis. **Biology Letters** 1: 415-418.

Rendell, L. E., and H. Whitehead. 2005. Spatial and temporal variation in sperm whale coda vocalisations: Stable usage and local dialects. **Animal Behaviour** 70: 191-198.

Beekmans, B. W. P. M., H. Whitehead, R. Huele, L. Steiner, and A. G. Steenbeek. 2005. Comparison of two computer-assisted photo-identification methods applied to sperm whales (*Physeter macrocephalus*). **Aquatic Mammals** 31: 243-247.

Whitehead, H., L. Bejder, and A. C. Ottensmeyer. 2005. Testing association patterns: issues arising and extensions. **Animal Behaviour** 69, e1-e6.

Whitehead, H. 2005. Genetic diversity in the matrilineal whales: models of cultural hitchhiking and group-specific non-heritable demographic variation. **Marine Mammal Science** 21: 58-79.

Whitehead, H., and R. Connor. 2005. Alliances I: how large should alliances be? **Animal Behaviour** 69: 117-126.

Connor, R., and H. Whitehead. 2005. Alliances II. rates of encounter during resource utilization: a general model of intrasexual alliance formation in fission-fusion societies. **Animal Behaviour** 69: 127-132.

Wimmer, T., and H. Whitehead. 2004. Movements and distribution of northern bottlenose whales, *Hyperoodon ampullatus*, on the Scotian Slope and in adjacent waters. **Canadian Journal of Zoology** 82: 1782-1794.

Durrell, J. L., I. A. Sneddon, N. E. O'Connell, and H. Whitehead. 2004. Do pigs form preferential associations? **Applied Animal Behaviour Science** 89:41-52.

Coakes, A.K, and H. Whitehead. 2004. Social structure and mating system of sperm whales off

6

northern Chile. **Canadian Journal of Zoology** 82: 1360-1369.

Vonhof, M. J., H. Whitehead, and M. B. Fenton. 2004. Analysis of Spix's disk-winged bat association patterns and roosting home ranges reveal a novel social structure among bats. **Animal Behaviour** 68: 507-521.

Rendell, L., H. Whitehead, and R. Escribano. 2004. Sperm whale habitat use and foraging success off northern Chile: evidence of ecological links between coastal and pelagic systems. **Marine Ecology Progress Series** 275: 289-295.

Whitehead, H., L. Rendell, R. W. Osborne, and B. Würsig. 2004. Culture and conservation of non-humans with reference to whales and dolphins: review and new directions. **Biological Conservation** 120: 431–441.

Rendell, L. E., and H. Whitehead. 2004. Do sperm whales share coda vocalizations? Insights into coda usage from acoustic size measurement. **Animal Behaviour** 67: 865-874.

Whitehead, H., and L. Rendell. 2004. Movements, habitat use and feeding success of cultural clans of South Pacific sperm whales. **Journal of Animal Ecology** 73:190-196.

Ottensmeyer, C. A., and H. Whitehead. 2003. Behavioural evidence for social units in long-finned pilot whales. **Canadian Journal of Zoology** 81:1327-1338.

Rendell, L. E., and H. Whitehead. 2003. Comparing repertoires of sperm whale codas: a multiple methods approach. **Bioacoustics** 14:59-79.

Rendell, L. E., and H. Whitehead. 2003. Vocal clans in sperm whales (*Physeter macrocephalus*). **Proceedings of the Royal Society of London, Series B**. 270:225-231.

Goold, J., H. Whitehead, and J. Reid. 2002. North Atlantic sperm whale strandings on the coastlines of the British Isles and eastern Canada. **Canadian Field Naturalist** 116:371-388.

Whitehead, H., P. J. Richerson, and R. Boyd. 2002. Cultural selection and genetic diversity in humans. **Selection** 3:115-125.

Whitehead, H. 2002. Estimates of the current global population size and historical trajectory for sperm whales. **Marine Ecology Progress Series** 242:295-304.

Letteval, E., C. Richter, N. Jaquet, E. Slooten, S. Dawson, H. Whitehead, J. Christal, and P. McCall Howard. 2002. Social structure and residency in aggregations of male sperm whales. **Canadian Journal of Zoology** 80:1189-1196.

Hooker, S. K., H. Whitehead, and S. Gowans. 2002. Ecosystem consideration in conservation planning: energy demand of foraging bottlenose whales (*Hyperoodon ampullatus*) in a marine protected area. **Biological Conservation** 104:51-58.

Hooker, S.K., and H. Whitehead. 2002. Click characteristics of northern bottlenose whales (*Hyperoodon ampullatus*). **Marine Mammal Science** 18:69-80.

Hooker, S.K., H. Whitehead H, S. Gowans and R.W. Baird. 2002. Fluctuations in distribution and patterns of individual range use of northern bottlenose whales. **Marine Ecology Progress Series** 225: 287-297.

Whitehead, H. 2001. Direct estimation of within-group heterogeneity in photo-identification of sperm whales. **Marine Mammal Science** 17:718-728.

Gowans, S., H. Whitehead and S.K. Hooker. 2001. Social organization in northern bottlenose whales (*Hyperoodon ampullatus*): not driven by deep water foraging? **Animal Behaviour** 62: 369-377.

Christal, J. and H. Whitehead. 2001. Social affiliations within sperm whale (*Physeter macrocephalus*) groups. **Ethology** 107:323-340.

Whitehead, H. 2001. Analysis of animal movement using opportunistic individual-identifications: application to sperm whales. **Ecology** 82:1417-1432.

Rendell, L., and H. Whitehead. 2001. Cetacean culture: still afloat after the first naval engagement

7

of the culture wars. **Behavioral and Brain Sciences** 34:360-373.

Rendell, L. and H. Whitehead. 2001. Culture in whales and dolphins. **Behavioral and Brain Sciences** 34:309-382.

Hooker, S.K., R.W. Baird, S. Al-Omari, S. Gowans and H. Whitehead. 2001. Behavioral reactions of northern bottlenose whales to biopsy and tagging procedures. **Fishery Bulletin, U.S.** 99: 303-308.

Gowans, S., H. Whitehead, J.K. Arch and S.K. Hooker. 2001. Population size and residency patterns of northern bottlenose whales (*Hyperoodon ampullatus*) using the Gully, Nova Scotia. **Journal of Cetacean Research and  Management** 2: 2201-210.

Gowans, S. and H. Whitehead. 2001. Photographic identification of northern bottlenose whales (*Hyperoodon ampullatus*): sources of heterogeneity from natural marks. **Marine Mammal Science** 17:76-93.

Baird, R.W. and H. Whitehead. 2000. Social organization of mammal-eating killer whales: group stability and dispersal patterns. **Canadian Journal of Zoology** 78: 2096-2105.

Gowans, S., M.L. Dalebout, S.K. Hooker and H. Whitehead. 2000. Reliability of photographic and molecular techniques for sexing northern bottlenose whales (*Hyperoodon ampullatus*). **Canadian Journal of Zoology** 78: 1224-1229.

Smith, S.C. and H. Whitehead. 2000. The diet of Galápagos sperm whales *Physeter macrocephalus* as indicated by fecal sample analysis. **Marine Mammal Science** 16:315-325.

Whitehead, H. 2000. Density-dependent habitat selection and the modeling of sperm whale (*Physeter macrocephalus*) exploitation. **Canadian Journal of Fisheries and Aquatic Sciences** 57: 223-230.

Whitehead, H. 1999. Variation in the visually observable behavior of groups of Galápagos sperm whales. **Marine Mammal Science** 15:1181-1197.

Jaquet, N. and H. Whitehead. 1999. Movements, distribution and feeding success of sperm whales in the Pacific Ocean, over scales of days and tens of kilometers. **Aquatic Mammals** 25:1-13.

Whitehead, H. 1999. Testing association patterns of social animals. **Animal Behaviour** 57: F26-29.

Dufault, S., H. Whitehead and M. Dillon. 1999. An examination of the current knowledge on the stock structure of sperm whales (*Physeter macrocephalus*) worldwide. **Journal of Cetacean Research and Management** 1:1-10.

Hooker, S.K., H. Whitehead and S. Gowans. 1999. Marine protected area design and the spatial and temporal distribution of cetaceans in a submarine canyon. **Conservation Biology** 13: 592-602.

Christal J., H. Whitehead and E. Lettevall. 1998. Sperm whale social units: variation and change. **Canadian Journal of Zoology** 76: 1431-1440.

Whitehead, H. 1998. Cultural selection and genetic diversity in matrilineal whales. **Science** 282: 1708-1711.

Dufault S. and H. Whitehead. 1998. Regional and group-level differences in fluke markings and notches of sperm whales. **Journal of Mammalogy** 79: 514-520.

Connor R.C., J. Mann, P.L. Tyack, H. Whitehead. 1998. Social evolution in toothed whales. **Trends in Ecology and Evolution** 13: 228-232.

Whitehead H., M. Dillon, S. Dufault, L. Weilgart and J. Wright. 1998. Non-geographically based population structure of South Pacific sperm whales: dialects, fluke-markings and genetics. **Journal of Animal Ecology** 67: 253-262.

8

Whitehead, H. 1997. Sea surface temperature and the abundance of sperm whale calves off the Galápagos Islands: implications for the effects of global warming. **Reports of the International Whaling Commission** 47: 941-944.

Paquet, D., C. Haycock and H. Whitehead. 1997. Numbers and seasonal occurrence of humpback whales, *Megaptera novaeangliae*, off Brier Island, Nova Scotia. **Canadian Field Naturalist** 111: 548-552.

Weilgart, L. and H. Whitehead. 1997. Group-specific dialects and geographical variation in coda repertoire in South Pacific sperm whales. **Behavioral Ecology and Sociobiology** 40:277-285.

Whitehead, H, J. Christal and S. Dufault. 1997. Past and distant whaling and the rapid decline of sperm whales off the Galápagos Islands. **Conservation Biology** 11: 1387-1396.

Whitehead, H., A. Faucher, S. Gowans and S. McCarrey. 1997. Status of the Northern Bottlenose Whale, *Hyperoodon ampullatus*, in the Gully, Nova Scotia. **Canadian Field Naturalist** 111: 287-292.

Reeves, R.R. and H. Whitehead. 1997. Status of the Sperm Whale, *Physeter macrocephalus*, in Canada. **Canadian Field Naturalist** 111: 293-307.

Whitehead, H. 1997. Analyzing animal social structure. **Animal Behaviour** 53: 1053-1067.

Whitehead, H., S. Gowans, A. Faucher and S. McCarrey. 1997. Population analysis of northern bottlenose whales in the Gully, Nova Scotia. **Marine Mammal Science** 13: 173-185.

Christal, J. and H. Whitehead. 1997. Aggregations of mature male sperm whales on the Galápagos breeding grounds. **Marine Mammal Science** 13: 59-69.

Jaquet, N., H. Whitehead and M. Lewis. 1996. Coherence between 19th century sperm whale distributions and satellite-derived pigments in the tropical Pacific. **Marine Ecology Progress Series** 145: 1-10.

Richard K.R., M.C. Dillon, H. Whitehead and J.M. Wright. 1996. Patterns of kinship in groups of free-living sperm whales (*Physeter macrocephalus*) revealed by multiple molecular genetic analyses. **Proceedings of the National Academy of Sciences (US)** 93: 8792-8795.

Whitehead, H. and N. Jaquet. 1996. Are the charts of Maury and Townsend good indicators of sperm whale distribution and seasonality? **Reports of the International Whaling Commission** 46: 643-647.

Whitehead, H. 1996. Variation in the feeding success of sperm whales: temporal scale, spatial scale and relationship to migrations. **Journal of Animal Ecology** 65: 429-438.

Jaquet N. and H. Whitehead. 1996. Scale-dependent correlation of sperm whale distribution with environmental features and productivity in the South Pacific. **Marine Ecology Progress Series** 135: 1-9.

Whitehead, H. 1996. Babysitting, dive synchrony, and indications of alloparental care in sperm whales. **Behavioral Ecology and Sociobiology** 38: 237-244.

Weilgart, L., H. Whitehead, and K. Payne. 1996. A colossal convergence. **American Scientist** 84: 278-287.

Gowans, S. and H. Whitehead. 1995. Distribution and habitat partitioning by small cetaceans in the Gully, a submarine canyon on the Scotian Shelf. **Canadian Journal of Zoology** 73: 1599-1608.

Dufault, S. and H. Whitehead. 1995. The geographic stock structure of female and immature sperm whales in the South Pacific. **Reports of the International Whaling Commission** 45: 401-405.

Whitehead, H. 1995. Status of Pacific sperm whale stocks before modern whaling. **Reports of the International Whaling Commission** 45: 407-412.

9

Dufault, S. and H. Whitehead. 1995. An assessment of changes with time in the marking patterns used for photoidentification of individual sperm whales, *Physeter macrocephalus*. **Marine Mammal Science.** 11: 335-343.

Whitehead, H. 1995. Investigating temporally variable social organizations using identified individuals. **Behavioural Ecology** 6: 199-208.

Dufault, S. and H. Whitehead. 1994. Floating marine pollution in "the Gully" on the continental slope, Nova Scotia, Canada. **Marine Pollution Bulletin** 28: 489-493.

Reeves, R.R., E. Mitchell and H. Whitehead. 1994. Current status of the northern bottlenose whale, *Hyperoodon ampullatus*. **Canadian Field Naturalist** 107: 490-508.

Baird, R.W., P.J. Stacey and H. Whitehead. 1994. Status of the striped dolphin (*Stenella coeruleoalba*) in Canada. **Canadian Field Naturalist** 107: 455-465.

Whitehead, H. 1994. Delayed competitive breeding in roving males. **Journal of Theoretical Biology** 166: 127-133.

Slooten, E., S.M. Dawson and H. Whitehead. 1993. Associations among photographically identified Hector's dolphins. **Canadian Journal of Zoology** 71: 2311-2318.

Dufault, S. and H. Whitehead. 1993. Assessing the stock identity of sperm whales in the eastern equatorial Pacific. **Reports of the International Whaling Commission** 43: 469-475.

Smith, S.C. and H. Whitehead. 1993. Variations in the feeding success and behaviour of Galápagos sperm whales (*Physeter macrocephalus*) as they relate to oceanographic conditions. **Canadian Journal of Zoology** 71: 1991-1996.

Whitehead, H. and S.J. Walde. 1993. Territoriality and the evolution of character displacement and sexual dimorphism. **Ethology, Ecology and Evolution** 5: 303-318.

Kahn, B., H. Whitehead and M. Dillon. 1993. Indications of density-dependent effects from comparisons of sperm whale populations. **Marine Ecology Progress Series** 93: 1-7.

Whitehead, H. 1993. The behaviour of mature male sperm whales on the Galápagos breeding grounds. **Canadian Journal of Zoology** 71: 689-699.

Weilgart, L.S. and H. Whitehead. 1993. Coda communication by sperm whales (*Physeter macrocephalus*) off the Galápagos Islands. **Canadian Journal of Zoology** 71: 744-752.

Whitehead, H. and B. Kahn. 1992. Temporal and geographical variation in the social structure of female sperm whales. **Canadian Journal of Zoology** 70: 2145-2149.

Whitehead, H., S. Brennan and D. Grover. 1992. Distribution and behaviour of male sperm whales on the Scotian Shelf, Canada. **Canadian Journal of Zoology** 70: 912-918.

Whitehead, H., S. Waters and T. Lyrholm. 1992. Population structure of female and immature sperm whales off the Galápagos Islands. **Canadian Journal of Fisheries and Aquatic Sciences** 49: 78-84.

Whitehead, H. and S. Walde. 1992. Habitat dimensionality and mean search distance of top predators: implications for ecosystem structure. **Theoretical Population Biology** 42: 1-9.

Amos, W., H. Whitehead, M.J. Ferrari, D.A. Glockner-Ferrari, R. Payne and J. Gordon. 1992. Restrictable DNA from sloughed cetacean skin; its potential for use in population analysis. **Marine Mammal Science** 8: 275-283.

Hope, P.L. and H. Whitehead. 1991. Sperm whales off the Galápagos Islands during the period 1830-1850 and comparisons with modern studies. **Reports of the International Whaling Commission** 41: 273-283.

Whitehead, H. and L.S. Weilgart. 1991. Patterns of visually observable behaviour and vocalizations in groups of female sperm whales. **Behaviour** 118: 275-296.

Whitehead, H., S. Waters and T. Lyrholm. 1991. Social organization in female sperm whales and their offspring: constant companions and casual acquaintances. **Behavioral Ecology and**

10

Sociobiology 29: 385-389.

Whitehead, H. and P.L. Hope. 1991. Sperm whalers off the Galápagos Islands and in the northwest Pacific, 1830-1850: ideal free whalers? **Sociobiology and Ethology** 12: 146-161.

Whitehead, H. 1990. Rules for roving males. **Journal of Theoretical Biology** 145: 355-368.

Whitehead, H. and L. Weilgart. 1990. Click rates from sperm whales. **Journal of the Acoustical Society of America** 87: 1798-1806.

Whitehead, H. 1990. Mark-recapture estimates with emigration and re-immigration. **Biometrics** 46: 473-479.

Weilgart, L.S. and H. Whitehead. 1990. Vocalizations of the North Atlantic pilot whale (*Globicephala melas*) as related to behavioral contexts. **Behavioral Ecology and Sociobiology** 26: 399-402.

Whitehead, H., J. Gordon, E.A. Mathews, and K.R. Richard. 1990. Obtaining skin samples from living sperm whales. **Marine Mammal Science** 6: 316-326.

Whitehead, H. 1990. Assessing sperm whale populations using natural markings: a progress report. **Reports of the International Whaling Commission (Special Issue 12):** 377-382.

Waters, S. and H. Whitehead. 1990. Aerial behaviour in sperm whales, *Physeter macrocephalus*. **Canadian Journal of Zoology** 68: 2076-2082.

Whitehead, H. and S. Waters. 1990. Social organization and population structure of sperm whales off the Galápagos Islands, Ecuador (1985 and 1987). **Reports of the International Whaling Commission (Special Issue 12):** 249-257.

Carlson, C., C. Mayo and H. Whitehead. 1990. Changes in the ventral fluke patterns of individually identified humpback whales. **Reports of the International Whaling Commission (Special Issue 12):** 105-111.

Whitehead, H. 1990. Computer-assisted individual identification of sperm whale flukes. **Reports of the International Whaling Commission (Special Issue 12):** 71-77.

Waters, S. and H. Whitehead. 1990. Population and growth parameters of Galápagos sperm whales estimated from length distributions. **Reports of the International Whaling Commission** 40: 225-235.

Whitehead, H., L. Weilgart and S. Waters. 1989. Seasonality of sperm whales off the Galápagos Islands, Ecuador. **Reports of the International Whaling Commission** 39: 207-210.

Whitehead, H. 1989. Foraging formations of Galápagos sperm whales. **Canadian Journal of Zoology** 67: 2131-2139.

Papastavrou, V., S.C. Smith and H. Whitehead. 1989. Diving behaviour of the sperm whale, *Physeter macrocephalus*, off the Galápagos Islands. **Canadian Journal of Zoology** 67: 839-846.

Arnbom, T. and H. Whitehead. 1989. Observations on the composition and behaviour of groups of female sperm whales near the Galápagos Islands. **Canadian Journal of Zoology** 67: 1-7.

Mullins, J., H. Whitehead and L.S. Weilgart. 1988. Behaviour and vocalizations of two single sperm whales, *Physeter macrocephalus*, off Nova Scotia. **Canadian Journal of Fisheries and Aquatic Sciences** 45: 1736-43.

Weilgart, L.S. and H. Whitehead. 1988. Distinctive vocalizations from mature male sperm whales (*Physeter macrocephalus*). **Canadian Journal of Zoology** 66: 1931-7.

Whitehead, H. and C. Carlson. 1988. Social behaviour of feeding finback whales off Newfoundland: comparisons with the sympatric humpback whale. **Canadian Journal of Zoology** 66: 217-221.

Alling, A. and H. Whitehead. 1987. A preliminary study of the status of the whitebeaked dolphin and other small cetaceans off the coast of Labrador. **Canadian Field Naturalist** 101:

11

131-135.

Whitehead, H. 1987. Updated status of the humpback whale, *Megaptera novaeangliae*, in Canada. **Canadian Field Naturalist** 101: 284-294.

Whitehead, H. and T. Arnbom. 1987. Social organization of sperm whales off the Galápagos Islands, February-April 1985. **Canadian Journal of Zoology** 65(4): 913-919.

Rice, M., C. Carlson, K. Chu, W. Dolphin and H. Whitehead. 1987. Are humpback whale population estimates being biased by sexual differences in fluking behavior? **Reports of the International Whaling Commission** 37: 333-335.

Whitehead, H. 1987. Social organization of sperm whales off the Galápagos:implications for management and conservation. **Reports of the International Whaling Commission** 37: 195-199.

Whitehead, H., R. Payne and M. Payne. 1986. Population estimate for the right whales off Peninsula Valdes, Argentina, 1971-1976. **Reports of the International Whaling Commission (Special Issue 10):** 169-171.

Whitehead, H. and J. Gordon. 1986. Methods of obtaining data for assessing and modelling sperm whale populations which do not depend on catches. **Reports of the International Whaling Commission (Special Issue 8):** 149-166.

Whitehead, H. and C. Glass. 1985. The significance of the Southeast Shoal of the Grand Bank to humpback whales and other cetacean species. **Canadian Journal of Zoology** 63: 2617-2625.

Whitehead, H. 1985. Why whales leap. **Scientific American** 252: 84-93.

Whitehead, H. and J.E. Carscadden. 1985. Predicting inshore whale abundance - whales and capelin off the Newfoundland coast. **Canadian Journal of Fisheries and Aquatic Sciences** 42: 976-981.

Whitehead, H., K. Chu, J. Perkins, P. Bryant and G. Nichols. 1983. Population size, stock identity, and distribution of the humpback whales off West Greenland - Summer 1981. **Reports of the International Whaling Commission** 33: 497-501.

Whitehead, H. 1983. Structure and stability of humpback whale groups off Newfoundland. **Canadian Journal of Zoology** 61: 1391-97.

Tyack, P. and H. Whitehead. 1983. Male competition in large groups of wintering humpback whales. **Behaviour** 83: 132-154.

Whitehead, H., K. Chu, P. Harcourt and A. Alling. 1982. The humpback whales off West Greenland: summer 1981. Final Report to Marine Mammal Commission. **N.T.I.S. Refereed Publication** no. PB82-243924.

Whitehead, H. 1982. Populations of humpback whales in the northwest Atlantic. **Reports of the International Whaling Commission** 32: 345-353.

Whitehead, H., P. Harcourt and R. Silver. 1982. The migration of the humpback whales along the northeast coast of Newfoundland. **Canadian Journal of Zoology** 60: 2173-9.

Whitehead, H. and M.J. Moore. 1982. Distribution and movements of West Indian humpback whales in winter. **Canadian Journal of Zoology** 60: 2203-11.

Whitehead, H., and R. Payne. 1981. New techniques for measuring whales from the air. Final Report to Marine Mammal Commission. **N.T.I.S. Refereed Publication** no. PB81-161143. 36 pp.

Whitehead, H., P. Harcourt, K. Ingham, and H. Clark. 1980. Migration of the baleen whales past the Bay de Verde Peninsula, Newfoundland. **Canadian Journal of Zoology** 58: 687-692.

Perkins, J. and H. Whitehead. 1977. Observations on three species of baleen whales off northern Newfoundland and adjacent waters. **Journal of the Fisheries Research Board of Canada**

12

34: 1436-1440.

*Notes and letters*

McAuliffe, K. and H. Whitehead. 2005. Eusociality, menopause and information in matrilineal whales. **Trends in Ecology and Evolution** 20: 650.

Rendell, L., H. Whitehead and A. Coakes. 2005. Do breeding male sperm whales show preferences among vocal clans of females? **Marine Mammal Science** 21: 116-120.

Rendell, L. and H. Whitehead. 2005. Coda playbacks to sperm whales in Chilean waters. **Marine Mammal Science** 21: 106-115.

Whitehead, H. 2004. The group strikes back: follow protocols for behavioral research on cetaceans. **Marine Mammal Science** 20: 304-310.

Whitehead, H., C. D. Macleod, and P. Rodhouse. 2003. Differences in niche breadth among some teuthivorous mesopelagic marine mammals. **Marine Mammal Science** 19: 400-406.

Whitehead, H. 1999. Culture and genetic evolution in whales. **Science** 284: 2055a.

Smith S.D. and H. Whitehead. 1999. Distribution of dolphins in Galápagos waters. **Marine Mammal Science** 15: 550-555.

Connor R.C., J. Mann, P.L. Tyack, H. Whitehead. 1998. Quantifying brain-behavior relations in cetaceans and primates; reply to L. Marino. **Trends in Ecology and Evolution** 13: 408.

Weller, D.W., B. Wursig, H. Whitehead, J.C. Norris, S.K. Lynn, R.W. Davis, N. Clauss and P. Brown. 1996. Observations of an interaction between sperm whales and short-finned pilot whales in the Gulf of Mexico. **Marine Mammal Science** 12: 588-594.

Richard K.R., H. Whitehead and J.M. Wright. 1996. Polymorphic microsatellites from sperm whales and their use in the genetic identification of individuals from naturally sloughed pieces of skin. **Molecular Ecology** 5: 313-315.

Dufault, S. and H. Whitehead. 1995. An encounter with recently wounded sperm whales, *Physeter macrocephalus*. **Marine Mammal Science** 11: 560-563.

Whitehead, H. and L. Weilgart. 1995. Marine mammal science, the U.S. Navy and academic freedom. **Marine Mammal Science** 11: 260-263.

Whitehead, H., V. Papastavrou and S. Smith. 1989. Feeding success of sperm whales and sea-surface temperatures off the Galápagos Islands. **Marine Ecology Progress Series** 53: 201-3.

Arnbom, T., V. Papastavrou, L.S. Weilgart and H. Whitehead. 1987. Sperm whales react to an attack by killer whales. **Journal of Mammalogy** 68: 450-453.

Weilgart, L.S. and H. Whitehead. 1986. Observations of a sperm whale (*Physeter catodon*) birth. **Journal of Mammalogy** 67: 399-401.

Whitehead, H. and C. Glass. 1985. Orcas (killer whales) attack humpback whales. **Journal of Mammalogy** 66: 183-185.

*Refereed books*

Whitehead, H. 2003. *Sperm whales; social evolution in the ocean.* University of Chicago Press. 431 pp.

Mann, J., R.C. Connor, P.L. Tyack, and H. Whitehead (Editors). 2000. *Cetacean Societies. Field Studies of Whales and Dolphins.* University of Chicago Press, Chicago. 433 pp.

*Refereed Conference Proceedings and Book Chapters*

Whitehead, H. In press. Sperm whales in ocean ecosystems. In: *Whales, whaling and ocean ecosystems.* Edited by J. A. Estes, D. P. DeMaster, D. F. Doak, T. M. Williams, and R. L. Brownell. University of California Press, Berkeley, CA.

13

Whitehead, H. 2003. Society and culture in the deep and open ocean: the sperm whale. In: *Animal social complexity; intelligence, culture and individualized societies*. Edited by F.B.M. de Waal and P.L. Tyack. Harvard University Press, Cambridge, MA: 444-464.

Whitehead, H. 2001. Culture in whales and dolphins. In: *Encyclopedia of marine mammals* Edited by W.F. Perrin, B. Würsig and H.G.M. Thewissen. Academic Press, San Diego

Whitehead, H. 2001. Breaching. In: *Encyclopedia of marine mammals* Edited by W.F. Perrin, B. Würsig and H.G.M. Thewissen. Academic Press, San Diego

Whitehead, H. 2001. The sperm whale. In: *Encyclopedia of marine mammals* Edited by W.F. Perrin, B. Würsig and H.G.M. Thewissen. Academic Press, San Diego

Whitehead, H. 2001. Culture in whales and dolphins. In: *Encyclopedia of marine mammals* Edited by W.F. Perrin, B. Würsig and H.G.M. Thewissen. Academic Press, San Diego

Whitehead, H. and L. Weilgart. 2000. The sperm whale: social females and roving males. In: *Cetacean Societies*. Edited by: J. Mann, R.C. Connor, P.L. Tyack and H. Whitehead. University of Chicago Press, Chicago: 154-172.

Whitehead, H. and J. Mann. 2000. Female reproductive strategies of cetaceans. In: *Cetacean Societies*. Edited by: J. Mann, R.C. Connor, P.L. Tyack and H. Whitehead. University of Chicago Press, Chicago: 219-246.

Whitehead, H., J. Christal and P. Tyack. 2000. Studying cetacean social structure in space and time: innovative techniques. In: *Cetacean Societies*. Edited by: J. Mann, R.C. Connor, P.L. Tyack and H. Whitehead. University of Chicago Press, Chicago: 65-87.

Whitehead, H., R.R. Reeves and P. Tyack. 2000. Science and the conservation, protection and management of wild cetaceans. In: *Cetacean Societies*. Edited by: J. Mann, R.C. Connor, P.L. Tyack and H. Whitehead. University of Chicago Press, Chicago: 308-332.

Connor, R.C., J. Mann, P. Tyack and H. Whitehead. 2000. Introduction: the social lives of whales and dolphins. In: *Cetacean Societies*. Edited by: J. Mann, R.C. Connor, P.L. Tyack and H. Whitehead. University of Chicago Press, Chicago: 1-6.

Tyack, P., Connor, R.C., J. Mann, and H. Whitehead. 2000. The future of behavioral research on wild cetaceans. In: *Cetacean Societies*. Edited by: J. Mann, R.C. Connor, P.L. Tyack and H. Whitehead. University of Chicago Press, Chicago: 333-339.

Whitehead H., D. Bowen, S. Hooker and S. Gowans. 1998. Marine mammals of the Gully region. In: *Gully scientific review.* Edited by: W.G. Harrison and D. Fenton. Department of Fisheries and Oceans, Ottawa: 186-221.

Faucher, A. and H. Whitehead. 1995. Importance of habitat protection for the northern bottlenose whale in the Gully, Nova Scotia. In: *Marine protected areas and sustainable fisheries.* Edited by: N.L. Shackell and J.H.M. Willison, Science and Marine Protected Areas Association, Wolfville, Nova Scotia: 99-102.

Whitehead, H. 1981. The humpback whales in the Northwest Atlantic: behaviour, ecology and populations. In: *Proceedings of a Workshop on Humpback Whales of the western North Atlantic, Boston, Nov. 1980.* Final Report to N.M.F.S. Appendix II-B: 35-58.

Whitehead, H. and R. Payne. 1981. New techniques for assessing populations of right whales without killing them. In: *Mammals of the Sea, Vol. 3.* FAO Fish. Ser. 5, Rome, Italy: 189-209.

## NON-REFEREED PUBLICATIONS

*Non-Refereed Scientific Reviews*

Whitehead H. and S. Dufault. 1999. Techniques for analyzing vertebrate social structure using identified individuals: review and recommendations. **Advances in the Study of Behavior**

14

28: 33-74.

Katona, S.K. and H. Whitehead. 1988. Are cetaceans ecologically important? **Oceanography and Marine Biology Annual Review** 26: 553-568.

*Book Chapters and Conference Proceedings*:

Rendell, L., and H. Whitehead. In press. Cetacean culture and the meaning of identity. In: *Culture and meanings among apes, ancient humans and modern humans*. Edited by F. Joulian. Paris: Balland.

Whitehead, H. 2004. Whale culture and conservation. In: *Encyclopedia of animal behavior*, Vol. 1. Edited by M. Bekoff. Greenwood Oress, Wesport, Connecticut: 466-468.

Dillon, M.C., K.R. Richard, H. Whitehead and J.M. Wright. 2002. Social and population genetic structure of sperm whales assessed by molecular genetic analyses. In: *Molecular and cell biology of marine mammals* Edited by C. Pfeiffer. Krieger, Malabar, Florida: 43-52.

Whitehead, H. 1990. Case study: the sperm whale. In: *They're not saved yet*. Edited by: S. Taylor. American Cetacean Society, San Pedro, California 54-58.

Whitehead, H. 1990. The value of oceanaria. In: *Whales in Captivity, Right or Wrong?* Canadian Federation of Humane Societies, Ottawa 55-68.

Katona, S., B. Baxter, O. Brazier, S. Kraus, J. Perkins and H. Whitehead. 1979. Identification of humpback whales by fluke photographs. In: *Behavior of Marine Animals, Vol. 3*. Edited by H.E. Winn and B.L. Olla. Plenum Press, New York: 33-44.

*Non-Refereed Scientific Publications*

Weilgart, L, H. Whitehead, L. Rendell and J. Calambokidis. 2005. Signal-to-noise: funding structure versus ethics as a solution to conflict-of-interest. **Marine Mammal Science** 20: 898-899.

Smith, S.C. and H. Whitehead. 2001. Reply to R. Clarke and Paliza's comment: "the food of sperm whales of the Southeast Pacific". **Marine Mammal Science** 17: 430-431.

Whitehead, H. 2000. Review of "Mammalian social learning: comparative and ecological perspectives". **Bulletin of the Canadian Society of Zoologists** 31(3): 34.

Whitehead, H. 1998. Male mating strategies: models of roving and residence. **Ecological Modelling** 111: 297-298.

Whitehead, H. 1987. Sperm whale behavior on the Galápagos Grounds. **Oceanus** 30: 49-53.

Whitehead, H. 1986. Apparent decline in fin whale numbers off Newfoundland? **Newsletter of the IUCN Cetacean Specialist Group** 2: 4-5.

Whitehead, H. 1985. Humpback whale songs from the northern Indian Ocean. **Investigations on Cetacea** (Berne, Switzerland) 17: 157-162.

Whitehead, H. 1985. Humpback whale breaching. **Investigations on Cetacea** (Berne, Switzerland) 17: 117-155.

Whitehead, H. 1985. Benign research on sperm whales in the Indian Ocean Sanctuary. **Journal of the American Cetacean Society** 19: 3-7.

Whitehead, H. 1985. Studying sperm whales on the Galápagos Grounds. **Noticias de Galápagos** 42: 18-21.

Whitehead, H. 1983. Baleen whales off Sri Lanka. **Loris** 16: 176-181.

Whitehead, H. 1982. Sperm whales off Sri Lanka. **Loris** 16: 23-24.

Katona, S.K., and H.P. Whitehead. 1981. Identifying humpback whales using their natural markings. **Polar Record** 20: 439-444.

*Popular Articles*

15

Whitehead, H. 1998. Cultures of whales and dolphins. **WDCS Magazine** 20: 4-5.

Whitehead, H. 1997. A whale of the deeps, a canyon and the oil industry. **Sonar** 16:20-21.

Whitehead, H. 1997. Deaf means dead. **Rotunda** 30: 36-40.

Whitehead, H. 1996. Deaf whale, dead whale. **Sonar** 14: 20-21.

Whitehead, H. 1995. The elusive realm of the sperm whale. **National Geographic Magazine** 188(5): 53-73.

Whitehead, H. 1995. Deep divers. In: "Whales, Dolphins and Porpoises" National Geographic Books, Washington, D.C., USA: 49-75.

Weilgart, L.S. and H. Whitehead. 1991. Moby's click. **Natural History** 3: 64-67.

Whitehead, H. 1991. Not just a fluke. **Sonar** 6: 21-22.

Whitehead, H. 1990. The day of the Ziphiids. **Sonar** 4: 10-11.

Whitehead, H. 1990. Studying living sperm whales. **Whalewatch** 8(1): 6-7.

Whitehead, H. and L.S. Weilgart. 1988. Sailing, whaling and diapering. **American Baby** L: 78-79.

Whitehead, H. 1988. On the royal yard. **Journal of the American Cetacean Society** 22: 24.

Whitehead, H. 1987. Saving the Whales. **Feature article in Colliers 1986 Yearbook** 32-41.

Whitehead, H. 1986. Call me gentle. **Natural History** 95: 4-11.

Whitehead, H. 1986. Why the whales came inshore. **Nature Canada** 15: 10-14.

Whitehead, H. 1985. Allo, cachalots. Geo (France) 78: 32-43.

Whitehead, H. 1984. Sperm whale - the unknown giant. **National Geographic Magazine** 166: 774-89.

Perkins, J.S. and H. Whitehead. 1983. The legend of the swordfish and the thresher. **Journal of the American Cetacean Society** 17: 10-15.

*Popular Book*

Whitehead, H. 1989. **Voyage to the whales**. Stoddart, Toronto. (Also published in the U.S. by Chelsea Green and in U.K. by Robert Hale)

**DECLARATION OF**

**GEORGE WOODELL**