ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br><br>**DECLARATION OF DEBORAH ADAMS** |

## DECLARATION OF DEBORAH ADAMS

I, DEBORAH ADAMS, declare as follows:

1. I reside in New Richmond, Ohio. I have personal knowledge of the matters set forth herein.

2. I am currently on the Board of Directors of Cetacean Society International ("CSI") and have been a member since 2000.

3. I am currently a member of the Natural Resources Defense Council ("NRDC") and have been a member since August 7, 2007.

4. In addition to my membership in CSI and NRDC, I am on the Board of Directors of BlueVoice.org, an organization dedicated to saving whales and dolphins by bringing photos and films of these animals to the public via the internet.

5. I regularly observe dolphins, whales, and other marine life while diving off the coast of Florida and the Bahamas. I enjoy seeing marine wildlife very much and have been involved in marine mammal conservation groups for over ten years. My support of CSI, NRDC, and Bluevoice.org is motivated by a desire to protect these species.

6. I am a certified open water diver, and I often dive with goal of seeing marine mammals and other marine life. Additionally, I have taken marine mammal classes at the University of Southern California's Wrigley Marine Science Center on Catalina Island, California.

7. Every July I go on a diving trip to Little Bahama Bank, just north of Grand Bahama Island, with Jim Abernathy's Scuba Adventures. We leave from Riviera Beach, Florida (near West Palm Beach), and travel by boat east across the Atlantic to West End, Grand Bahama Island. We spend a significant portion of our time on the southwestern edge of Little Bahama Bank. While traveling in the waters between West Palm Beach and Grand Bahama Island I regularly look for and see Bottlenose Dolphins, Atlantic Spotted Dolphins, many species of fish, and whales. Additionally, I enjoy seeing marine wildlife from the shore in Riviera Beach,

Florida. I often see Bottlenose Dolphins, Atlantic Spotted Dolphins and sand sharks in the waters off the coast of Riviera Beach looking east. My last trip to Riviera Beach and to the waters between the Riviera Beach and Grand Bahama Island was in the week of July 4, 2007.

8.  Watching marine wildlife on these trips, especially dolphins and whales, is very important to me. I often travel with the main purpose of seeing marine mammals, and have spent a significant portion of my free time learning about these animals.

9.  I am returning to the area between West Palm Beach, Florida, and Grand Bahama Island in July of 2008 for another diving trip. I will also be traveling to Abacos Islands in the Bahamas in the spring of 2008 for my wedding. I intend to see Bottlenose Dolphins, Atlantic Spotted Dolphins, many species of fish, and other marine life on these trips. I will also be returning to Riviera Beach, Florida, in July of 2008, and I will look for Bottlenose Dolphins, sand sharks, and other marine life from the coast. I hope that all the dolphins and other animals that I enjoy seeing in these areas will not have been harmed by the Navy's use of sonar.

10. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the dolphins, whales, fish, and other marine life that I regularly enjoy. My enjoyment of dolphins, whales, fish, and other marine species is harmed by the failure of the Navy and the National Marine Fisheries Service to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act, because the failure to comply with federal environmental law makes it more likely that harm will come to these species from Navy sonar training in the waters where I recreate. Harm to dolphins, whales, fish, and other marine life from Navy sonar lessens my ability to enjoy watching and diving with the dolphins and other marine life in these waters and therefore harms

my recreational, personal, and aesthetic interests. I am also concerned about potentially harmful health impacts to humans.

11.   I am a long-time lover of the ocean and have traveled to dive in many different places around the world, including over 10 trips to Hawaii, both the big island as well as Kauai. While doing so, I have observed many different plants and animals, and I have supported many local economies. Marine mammals are the core of my fascination with the ocean—I would no longer enjoy diving as much as I do now if I were unable to see dolphins and whales. There are many undiscovered organisms in the oceans, and sonar may damage species we do not even know about yet. I am concerned that the Navy is using technology proven to be harmful to Cetaceans and other marine life and is disregarding opinions of both the general public and leading marine mammal scientists. The full extent of the detrimental effects on marine mammals has not been well researched. We should stop using sonar until we can show that it is not harming marine life, especially marine mammals.

Executed on September 14, 2007, at Cincinnati, Ohio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Deborah A. Adams_
DEBORAH ADAMS