ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br>v.<br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF ANDREW CASHMAN** |

# DECLARATION OF ANDREW CASHMAN

I, Andrew Cashman, declare as follows:

1. I reside in Toronto, Ontario, Canada. I have personal knowledge of the matters set forth herein.

2. I am currently a member of the International Fund for Animal Welfare and have been a member since the Fall of 2005.

3. I joined IFAW because I believe that IFAW's mission is one that I support. I support their ideals and objectives. I believe that IFAW undertakes valuable work in ensuring the protection of animal welfare around the world.

4. The ocean environment and marine animals are very important to me. I am an open-water SCUBA diver and I also enjoy snorkeling, swimming, observing marine life, dragon boating, canoeing, and hiking along shorelines. I live on the Great Lakes and often run, walk or cycle along a waterfront trail near my home, from which I observe birds and other shore life.

5. I have used and enjoyed the marine environment of coastal areas in many locations around the world through sightseeing, hiking, cycling, diving, snorkeling, swimming, and sailing.

6. From January 28 to February 4, 2005, I visited Costa Rica. Specifically, I spent several days in the coastal town of Tamarindo, located in Guanacaste province. While staying in Tamarindo I visited Las Baulas National Park, one of the few nesting sites for critically endangered leatherback turtles. I and other visitors to the park participated in a nighttime observation of a nesting leatherback turtle, escorted by park rangers and volunteers with Earthwatch, who provided information on the turtles as well as ensuring the safety of both turtles and human visitors. We were told that only fifty turtles had nested so far that season, compared with one hundred fifty by the same point in the previous season. Obviously there was a great deal of concern for the future of leatherbacks. It was amazing to observe the turtle digging her nest; she made three attempts since the

10-11-2007   11:32   From-NATURAL RESOURCES DEFENSE COUNCIL   3104342399   T-845  P.004/006  F-203

sand was very dry and her first two nests collapsed. The third one was stable enough and remained intact with the assistance of an Earthwatch volunteer. The turtle laid her eggs, covered the nest over with sand and, clearly exhausted, made her way back to the ocean. This was and remains to this day one of the most moving and memorable encounters with wildlife that I have ever experienced.

7. Also while in Tamarindo, I swam, cycled and hiked along the shoreline and observed many birds and marine life such as sea urchins, crabs and fish. I plan to visit Tamarindo in the future and again participate in leatherback turtle observation at Las Baulas National Park.

8. From December 23rd to 25th, 2005, I completed my diver certification on the Great Barrier Reef, Queensland, Australia. I was aboard a boat for two nights and three day off of our port of Cairns, Queensland. I did 9 dives over the three days. While on the diving trip I and the other passengers and crew observed many marine species including turtles, sea cucumbers, Christmas tree worms, anemones, crabs, blue-spotted lagoon rays, triggerfish, reef sharks, sea slugs, chocolate dip damselfish, Maori wrasses, clown anemonefish, parrotfish, crabs, longfin batfish, trumpetfish, plate coral, brain coral, lunar coral, slipper coral, staghorn coral, basket coral and many other species of marine life. Prior to the dive trip, I also attended a one-night class called Reef Teach, which educated me on marine species and how to identify the various species on the reefs such as fishes and corals.

9. These activities were, and remain, extremely important to me. I would say that my visit to the Great Barrier Reef was one of the most memorable times in my life. It is an amazing place to visit with the incredible variety of marine species that make their home on the Reef. It is a fantastic place to observe and enjoy wildlife and to enjoy snorkeling, diving, and swimming. Because my previous trip to the Reef was so meaningful to me, I am dedicated to returning to that area to view and enjoy the marine wildlife there again.

DECLARATION OF ANDREW CASHMAN

10. In addition to Tamarindo and the Great Barrier Reef, I have also previously visited other marine and coastal areas around the world including Nova Scotia and New Brunswick, Canada; Maine, Florida and California in the U.S.; Yucatan, Mexico; Hong Kong, China; and England and Scotland, United Kingdom. I have participated in a variety of recreational activities in the above-noted areas such as boating, swimming and hiking. I have observed a variety of marine and coastal life, namely, birds, turtles and fish.

11. I plan to visit marine and coastal areas around the world in the future. In addition to returning to any of the areas already identified, I may also visit other areas on any of the world's oceans.

12. I have been informed that the U.S. Navy may be using low-frequency active sonar systems in and near waters that provide habitat for marine animals. My enjoyment of these animals is harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act because the Navy's failure to comply with federal environmental law in its training with sonar makes it more likely that harm will come to these species in the waters where I recreate. Harm to marine animals in this area impacts me recreationally because my future enjoyment stands to be curtailed if there are fewer species and animals inhabiting those areas for me to observe. Furthermore, I don't believe that any of the animals should suffer from these exercises.

13. I am personally concerned about this issue because I believe that we have a duty of care to the Earth and the species on Earth, not to willfully harm them or allow them to come to harm that we can reasonably prevent.

DECLARATION OF ANDREW CASHMAN

Executed on October 11, 2007, at Toronto, Canada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ANDREW CASHMAN