1  ROBERT L. FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
5  Email: RFalk@mofo.com
   Email: RStafford@mofo.com
   Email: SSchindler@mofo.com
6
   JOEL R. REYNOLDS (SBN 85276)
7  CARA A. HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
8  1314 Second Street
   Santa Monica, CA 90401
   Telephone:  (310) 434-2300
9  Facsimile:  (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
   UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
11 PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

12

13                       UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15

16 NATURAL RESOURCES DEFENSE COUNCIL,        Civil Action No. CV-07-4771-EDL
   INC.; THE HUMANE SOCIETY OF THE UNITED
17 STATES; CETACEAN SOCIETY
   INTERNATIONAL; LEAGUE FOR COASTAL
18 PROTECTION; OCEAN FUTURES SOCIETY;
   JEAN-MICHEL COUSTEAU
19                    Plaintiffs,            DECLARATION OF
                                             JEAN-MICHEL COUSTEAU
20        v.

21 CARLOS M. GUTIERREZ, SECRETARY OF THE
   UNITED STATES DEPARTMENT OF
22 COMMERCE; NATIONAL MARINE FISHERIES
   SERVICE; WILLIAM HOGARTH, ASSISTANT
23 ADMINISTRATOR FOR FISHERIES OF THE
   NATIONAL OCEANOGRAPHIC AND
24 ATMOSPHERIC ADMINISTRATION; VICE
   ADMIRAL CONRAD C. LAUTENBACHER, JR.,
25 ADMINISTRATOR OF THE NATIONAL
   OCEANOGRAPHIC AND ATMOSPHERIC
26 ADMINISTRATION; UNITED STATES
   DEPARTMENT OF THE NAVY; DONALD C.
27 WINTER, SECRETARY OF THE UNITED STATES
   DEPARTMENT OF THE NAVY; ADMIRAL MIKE
28 MULLEN, CHIEF OF NAVAL OPERATIONS
                    Defendants.

# DECLARATION OF JEAN-MICHEL COUSTEAU

I, JEAN-MICHEL COUSTEAU, declare as follows:

1.      I have personal knowledge of the matters set forth herein.

2.      I reside in Santa Barbara, California.

3.      I am President of Ocean Futures Society, a non-profit corporation, located at 325 Chapala Street, Santa Barbara, California 93101. Ocean Futures Society was formed in March 1999. Prior to that time, the organization was known as the Jean-Michel Cousteau Institute. I also helped found The Cousteau Society, with my father, Jacques Cousteau, in 1973. My father spent more than 20 years in the French Navy, a service for which I have much respect.

4.      The mission of Ocean Futures Society is to explore our global ocean, inspiring and educating people throughout the world to act responsibly for its protection, documenting the critical connection between humanity and nature, and celebrating the ocean's vital importance to the survival of all life on our planet. Ocean Futures Society is an internet-based membership organization.

5.      For more than four decades I have used my vast experiences to communicate to people of all nations and generations my love and concern for our water planet. I achieve this through my roles as an explorer, environmentalist, educator, and film producer.

6.      Since first being 'thrown overboard' by my father, Jacques Cousteau, at the age of seven with newly invented SCUBA gear on my back, I have been exploring the ocean realm. I spent much of my life with my family exploring the world's oceans aboard *Calypso* and *Alcyone*. After my mother's death in 1990 and my father's in 1997, I founded Ocean Futures Society in 1999 to carry on this pioneering work.

7.      I have over 60 years of diving experience. I have a degree in architecture, specializing in marine structural design. I have over 30 years of

1  experience managing non-profit marine organizations. I am an author of books on

2  marine life.

3        8.    I have been SCUBA diving since childhood all over the world. I have

4  led research and film expeditions in virtually every ocean on Earth, and I regularly

5  lecture about marine life at colleges, universities, museums and at sea on cruise

6  ships. I have testified as an expert before the United Nations (UN World Summit,

7  Johannesburg, 2002), United States Congress (Summer, 2002, Washington, DC),

8  and the U.S. Oceans Commission (Spring, 2002, Long Beach, CA).

9        9.    I have encountered approximately half of all marine mammal species,

10  including all the major baleen and toothed whales, sharks (white, blue, reef, basking,

11  whale, nurse, tiger, bull), pinnipeds (including fur seals, elephant seals, monk seals,

12  and sea lions), otters, Western Pacific coral and other invertebrates, tropical Pacific

13  reef and pelagic fish, flora and fauna found in tropical/temperate, coastal/pelagic,

14  near-shore and deep-water ecosystems.

15        10.    My way of life, both professionally and personally, is based on the sea

16  and its inhabitants. As part of my role as the president of Ocean Futures, I travel to

17  meet with world leaders as an environmental diplomat and to lecture on the health of

18  our oceans. This work takes me to virtually every corner of the Earth, where I can

19  see first-hand the status of marine ecosystems, their inhabitants, and human life that

20  is dependent on these systems for well-being. My current projects with Ocean

21  Futures Society include a television series, currently being broadcast on PBS,

22  entitled "Jean-Michel Cousteau Ocean Adventures." The series consists of six

23  shows that explore marine species and ocean habitat.

24        11.    I participate in a variety of professional and recreational diving

25  activities in waters across the globe, including the Pacific, Atlantic and Indian

26  Oceans, and the Caribbean and Mediterranean Seas. My diving schedule for 2008

27  and the remainder of 2007 includes dives in the following areas: the Caribbean, the

28  Indian Ocean, the North and South Pacific, and the South Atlantic.

DECLARATION OF JEAN-MICHEL COUSTEAU

12.     I regularly visit and dive in the tropical Pacific, including the waters around the Hawaiian Islands. I have directed exploration and underwater film teams on several expeditions in these areas, including filming for the first episode of "Jean-Michel Cousteau Ocean Adventures," which documented a boat voyage from mainland Hawaii to the island of Kure, a remote atoll at the northwest extreme of the island chain. In this episode, I explore the remarkable marine life around the island, discuss threats to that marine life, and advocate for the area to be named a marine sanctuary. I have also directed a filming expedition to the Northwest Hawaiian Islands National Marine Sanctuary. One of the goals of these projects is to document the natural history of little known flora and fauna – specifically cetaceans and marine mammals in these areas.  Film subjects and regularly encountered species include endangered monk seals, humpback whales, fin back whales, gray whales, beaked whales, various dolphin species, blue whales, pilot whales, and sperm whales. I also regularly observe and enjoy seeing fish and sea turtles in these waters. I intend to continue regularly working, diving and filming in the waters around Hawaii, including in and around the main islands.

13.     I have a special interest in the gray whales that migrate twice each year along the west coast of North America.  In 2006, PBS aired an episode of "Jean-Michel Cousteau Ocean Adventures," in which I travel with the gray whales during their migration along the entire west coast of North America from the Bering Sea to Mexico, past Southern California.  The episode highlights the many obstacles and threats they face along their path, including ocean noise pollution.  I follow and observe the gray whale migration each year, and I expect to observe the gray whales migrating along the west coast of North America in late 2007 and again in the spring of 2008.

14.     During these voyages in which I follow the gray whale migration, I regularly recreate and view other marine species in waters along the entire west coast of North America. For instance, I regularly encounter killer whales and

1  various dolphin species (e.g., common bottlenose dolphins, Risso's dolphins) in

2  waters along the coast of California and Washington State, including the waters

3  around Cape Flattery in northwest Washington. I also commonly see harbor seals,

4  sea otters, elephant seals and California sea lions. I intend to continue using the

5  waters off the west coast of North America professionally and recreationally in the

6  years to come, including for filming and viewing the gray whale migration in future

7  years.

8      15.    As a long-time resident of Santa Barbara, I regularly dive, work, and

9  recreate in the waters off the coast of Southern California, particularly around the

10  Channel Islands.  I regularly enjoy seeing whales (including gray whales), dolphins,

11  fish and other marine life in these waters.  I intend to continue to dive, work, and

12  recreate in and around the Channel Islands regularly.  In the coming years I expect

13  to continue to dive, work, and recreate in and around Santa Catalina Island, Santa

14  Cruz Island, Santa Rosa Island, San Nicholas Island, the Channel Islands National

15  Marine Sanctuary, and the waters around and between each of these and the

16  southern California shoreline.

17      16.    I regularly recreate, dive, snorkel and view marine life in the Florida

18  Keys, including in and around the Dry Tortugas Islands, situated west of Key West,

19  and also in different parts of the Caribbean. Species I regularly encounter in these

20  waters include various whale, dolphin and fish species. I intend continue using this

21  area recreationally and professionally in the years to come, including for filming

22  marine life.

23      17.    I have also regularly dived and worked in the waters around the

24  Bahamas and the Caribbean over the last 38 years.  I enjoy observing and filming a

25  wide variety of species there, including many species of marine mammals, fish, and

26  sea turtles. I intend to continue working and diving in the Caribbean, including in

27  waters in and around the Bahamas, the British Virgin Islands, and Grand Cayman

28  Island.

DECLARATION OF JEAN-MICHEL COUSTEAU

1      18.    I regularly recreate, dive, and view marine life in the Mediterranean
2  Sea, including in and around a portion of the Gulf of Lyon, off the Southern coast of
3  France. I am now in the process of preparing a program designed as an introduction
4  to the marine species of the Mediterranean.  I have seen and enjoyed many marine
5  species there, including sperm whales, dolphins and fish. I plan, in years to come, to
6  use the waters in this area recreationally and professionally, including for the
7  filming of marine life.

8      19.    I regularly recreate and view marine life in the Gulf of Mexico. I have
9  seen and enjoyed many marine species there, including especially sperm whales, for
10 whom this is prime habitat.  I plan to continue using this area for work and
11 recreation in the years to come, including for filming marine life.

12     20.    As an explorer, diver, filmmaker, educator, and author, I am well aware
13 of the possible impacts of active sonar on marine life, particularly cetaceans that
14 depend on sound for navigation, communication and finding food for survival.  I
15 have documented my concern for the health of these populations and for the well-
16 being of humans that may be exposed to active sonar during training by the Navy.
17 Over the years, I have researched the subject of active sonar and have consulted with
18 scientific experts.  I have made my concerns known to the public since the mid
19 1990's in various newspaper and journal articles, as well as television and radio
20 interviews.

21     21.    I have been informed that the U.S. Navy has been permitted to use low-
22 frequency active sonar systems in and near waters that provide habitat for the
23 dolphins, whales, fish, and other marine life that I regularly study and enjoy. The
24 failure of the Navy and the National Marine Fisheries Service to follow the
25 mandatory procedures established by the National Environmental Policy Act, the
26 Endangered Species Act, and the Marine Mammal Protection Act makes it more
27 likely that harm will come to marine species such as whales, dolphins, and fish that I
28 regularly study and encounter professionally and recreationally. Harm to whales,

- 6 -

DECLARATION OF JEAN-MICHEL COUSTEAU

1 dolphins, fish, and other marine life resulting from Navy sonar impairs my ability to

2 study, film and document them, and therefore further limits my ability to educate the

3 public to act responsibly for the protection of our oceans.

4      22.    I am also concerned that harm may come to human divers during future

5 active sonar exercises.  According to the Navy's own studies, exposure to intense

6 sonar sound has caused significant trauma to human diver test subjects.  When the

7 Navy fails to comply with environmental statutes in its conduct of the mid-

8 frequency active sonar exercises challenged in this case, it makes it more likely that

9 I and my diving teams will be harmed by the Navy's use of sonar.

10      23.    I believe we need to consider the ethical implications of continuing to

11 expand the use of active sonar technology in light of the fact that, in locations

12 around the world, dead and dying whales have been found coincident with exercises

13 employing military sonar.  Further, we must question the Navy's reasoning for using

14 this technology when the welfare of endangered marine mammals, whose very lives,

15 ironically, depend on their own highly evolved sonar system, is at stake.

16      24.    I think anyone who spends time in the sea, swimming, snorkeling or

17 diving, will agree with me that the sea is filled with fascinating natural sounds.

18 They can be as familiar as one's own breathing, strange, as in the case of the

19 crunching noise produced by tropical parrotfish dining on the algae associated with

20 coral, or wild and exotic, as are the squeals and clicks from dolphins using

21 echolocation to hunt for fish.  These are natural sounds that belong in the undersea

22 world. But we must stop the essentially unrestricted use of harmful human-

23 generated sound waves from high-power sonars until their effects are better

24 understood.  We must act quickly for the sake of marine creatures that enrich the

25 oceans and, in turn, enrich our lives.

26      25.    I remain very concerned that the Navy's training with low-frequency

27 active sonar in oceans across the globe is jeopardizing the health of marine species

28 in these areas.  Because all life on Earth is connected, I am concerned that the

DECLARATION OF JEAN-MICHEL COUSTEAU

1  widespread use of active sonar will affect the quality of human life, which is
2  dependent on healthy marine communities, now and for generations to come.

3

4       Executed on October 10, 2007, at Santa Barbara, California.

5       I declare under penalty of perjury under the laws of the United States of
6  America that the foregoing is true and correct.

7

8

9                                              _____
                                               JEAN-MICHEL COUSTEAU
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JEAN-MICHEL COUSTEAU