```
 1  ROBERT L. FALK (SBN 142007)
    ROBIN S. STAFFORD (SBN 200950)
 2  SARAH SCHINDLER (SBN 236414)
    MORRISON & FOERSTER LLP
 3  425 Market Street
    San Francisco, California 94105-2482
 4  Telephone: (415) 268-7000
    Facsimile:  (415) 268-7522
    Email: RFalk@mofo.com
 5  Email: RStafford@mofo.com
    Email: SSchindler@mofo.com
 6
    JOEL R. REYNOLDS (SBN 85276)
 7  CARA A. HOROWITZ (SBN 220701)
    NATURAL RESOURCES DEFENSE COUNCIL, INC.
    1314 Second Street
 8  Santa Monica, CA 90401
    Telephone: (310) 434-2300
 9  Facsimile:  (310) 434-2399

10  Attorneys for Plaintiffs
    NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
    UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
11  PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

12

13                        UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15

16  NATURAL RESOURCES DEFENSE COUNCIL,       Civil Action No. CV-07-4771-EDL
    INC.; THE HUMANE SOCIETY OF THE UNITED
17  STATES; CETACEAN SOCIETY
    INTERNATIONAL; LEAGUE FOR COASTAL
18  PROTECTION; OCEAN FUTURES SOCIETY;
    JEAN-MICHEL COUSTEAU
19                    Plaintiffs,           DECLARATION OF
                                            STEPHEN CUMMINGS
20       v.
21  CARLOS M. GUTIERREZ, SECRETARY OF THE
    UNITED STATES DEPARTMENT OF
22  COMMERCE; NATIONAL MARINE FISHERIES
    SERVICE; WILLIAM HOGARTH, ASSISTANT
    ADMINISTRATOR FOR FISHERIES OF THE
23  NATIONAL OCEANOGRAPHIC AND
    ATMOSPHERIC ADMINISTRATION; VICE
24  ADMIRAL CONRAD C. LAUTENBACHER, JR.,
    ADMINISTRATOR OF THE NATIONAL
25  OCEANOGRAPHIC AND ATMOSPHERIC
    ADMINISTRATION; UNITED STATES
26  DEPARTMENT OF THE NAVY; DONALD C.
    WINTER, SECRETARY OF THE UNITED STATES
    DEPARTMENT OF THE NAVY; ADMIRAL MIKE
27  MULLEN, CHIEF OF NAVAL OPERATIONS
                         Defendants.
28
```

**DECLARATION OF STEPHEN CUMMINGS**

I, STEPHEN CUMMINGS, declare as follows:

1. I reside in San Diego, California. I have personal knowledge of the matters set forth herein.

2. I have been a member of the Natural Resources Defense Council ("NRDC") since 1989. I joined and continue to support NRDC because of my general interest in environmental protection.

3. I moved to southern California 28 years ago in order to be close to the ocean. Surfing and watching the ocean are essential to my quality of life. I have surfed on both coasts of the U.S., as well as internationally, and am a long-time member of the Surfrider Foundation. As a surfer, I have a deep interest in the health of the oceans and marine life. I consider the ocean a sanctuary for people like me who seek to escape the stress of daily activities. As a result, I think it is critically important that the oceans and the creatures that inhabit them be protected as valuable resources.

4. Since moving to San Diego in 1979, I have surfed at the beaches in this area three to five times a week when I am in town. I generally surf at Sunset Cliffs, Ocean Beach, and La Jolla. Six to ten times a year I use the Shelter Island boat ramp to surf by boat approximately three hundred yards off the coast near the Point Loma Lighthouse. I also surf at Imperial Beach approximately four to six times each summer, depending on the ocean currents. One aspect of surfing that I find particularly fulfilling is the opportunity to observe and interact with marine species. I typically observe a variety of fish species in this area, including garabaldis (California's state marine fish), grunion, calico bass, and schools of mackerels, as well as leopard sharks, seals, dolphins, and sea birds such as brown pelicans and terns. Occasionally I also see whales. One of the most special aspects of surfing in this area is frequently seeing dolphins running through the waves around me. It is exhilarating to be literally surfing with dolphins.

- 2 -

DECLARATION OF STEPHEN CUMMINGS

5. I own a property in Gaviota, Santa Barbara County, and spend approximately one month each year there. When I visit Gaviota, I usually surf every day. I generally surf between Gaviota and Point Conception in the Hollister Ranch area, located at the western entrance of the Santa Barbara Channel. I normally see similar species there as in the San Diego area, as well as sea otters, herons, and egrets. I find that the Point Conception area is a particularly good place to observe marine life in the spring due to upwelling ocean currents. I had a thrilling experience while surfing in that area one spring when a whale breached within 20 yards of me as I was waiting for a wave. Seeing the whale that close and so unexpectedly was at once awesome and terrifying, since it was such a huge creature.

6. Both in San Diego around Point Loma and in Santa Barbara County around Point Conception, I have frequently seen whales from shore, especially gray whales as they migrate along the California coast. Seeing whales is always a special experience for me.

7. I also enjoy fishing, swimming, and kayaking as ways to observe and interact with the marine environment in San Diego and Santa Barbara. I kayak off the coast by La Jolla, Mission Bay, and the San Diego Bay, going as much as approximately one half mile to one mile offshore. When I kayak I frequently see fish and marine mammals, including dolphins and sea lions. I typically fish, swim, and kayak on a monthly basis, and often bring my daughter along with me to build her awareness of the ocean. She and I also participate in beach cleanups approximately twice a year in both San Diego and Santa Barbara. I find it especially fulfilling to share my passion for the marine environment with her and to teach her about the importance of protecting the oceans and marine species.

8. Surfing is a staple in my daily life. I intend to continue surfing in the San Diego and Santa Barbara areas as long as I am able, and look forward to continuing to share experiences in the marine environment with my daughter. I plan

to continue to regularly visit beaches, kayak, look for marine wildlife, and surf in the areas described above in the future.

9. In addition to the areas around Southern California, I have also surfed at various locations around the world. Over the last 30 years, I have surfed in waters off the coasts of Panama, Mexico, Costa Rica, El Salvador, England, France, Spain, Portugal, Morocco, Puerto Rico, U.S. Virgin Islands, Tortola, Antiqua, Dominca, St. Vincent, Barbados, Fuji, Oahu, Maui, Kauai, Bali, Hawaii, Java, Sumatra, and Lombok in Indonesia. Due to its relative proximity to Southern California, I also frequently surf off the coast of Baja California, having done so most recently in summer of this year. While surfing off Baja California, I typically see and enjoy the presence of, a variety of marine species, including mostly dolphins, occasionally whales, pelicans and other sea birds. As I have done frequently for many years, I intend to make return trips to Baja for the foreseeable future.

10. My interaction with the ocean and marine life overseas is not limited to surfing. While I will surf if it is feasible to do so, I have also fished, boated, kayaked and snorkeled in waters around the world, during which times I have seen a wide array of marine wildlife. For example, during my trip to the Mentawai Islands in 2006, I surfed, fished and snorkeled, during which time I encountered a number of different sea creatures, including turtles, whales, sea snakes and other local species.

11. I continue to surf internationally whenever I am able. My most recent international surfing trip was in October of 2006, when I traveled to the Mentawai Islands located in the Indian Ocean off the coast of western Sumatra in Indonesia. I am currently planning to travel to El Salvador because it has excellent surf and uncrowded waves. I previously surfed there in 2005. Looking forward into the future, I am also trying to coordinate another trip to the Mentawai Islands for October of 2008. I also want to take my daughter to Australia and New Zealand before she graduates from high school in 2011. I am also considering return trips to the waters off France and Spain over the next three to five years. As I have many

times in the past, I hope to experience the wide variety of marine species that these waters have to offer.

12.   I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters where I surf, fish, kayak, and swim, and in waters that provide habitat for the species of fish, marine mammals, and birds that I observe and enjoy there. From my long-time experiences surfing and engaging in other recreational activities in California and all over the world, I have developed a strong sense of connection to the ocean and a deep appreciation for fish, marine mammals and other marine species. I greatly enjoy the opportunities I have to view and interact with them, and, as a result, I am deeply concerned about the effects of active sonar systems on marine mammals and other marine species. I am aware of and very concerned by scientific evidence indicating that the use of active sonar may pose a serious threat to marine mammals, fish, and other marine species by causing physical injury, stress, or disrupting their basic life functions such as communication. I am particularly concerned that this specific harm is occurring at a critical time when whales were beginning to recover from other threats to their survival, and that their comeback may be jeopardized by the use of sonar.

13.   My enjoyment of the marine environment is harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act. The Navy's failure to comply with federal environmental law in its training with sonar makes it more likely that harm will come to the marine life whose existence I appreciate and whose presence I enjoy. Harm to dolphins, whales, seals, fish, and other marine life from Navy sonar lessens the satisfaction I feel while surfing, fishing, and kayaking and lessens the chances that I will be able to observe these magnificent species. It therefore harms my recreational, personal and aesthetic interests. It is of the utmost importance to me that the Navy complies with

1 the environmental laws designed to protect marine species when it undertakes these
2 exercises.

Executed on September 27, 2007, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
STEPHEN CUMMINGS