1  ROBERT L. FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
   Email: RFalk@mofo.com
5  Email: RStafford@mofo.com
   Email: SSchindler@mofo.com
6
   JOEL R. REYNOLDS (SBN 85276)
7  CARA A. HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
   1314 Second Street
8  Santa Monica, CA 90401
   Telephone: (310) 434-2300
9  Facsimile: (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
   UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
11 PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF RENEE CUTHBERT** |

## DECLARATION OF RENEE CUTHBERT

I, RENEE CUTHBERT, declare as follows:

1. I reside in Thousand Oaks, California. I have personal knowledge of the matters set forth herein.

2. I am currently a member of the International Fund for Animal Welfare and have been a member since at least 2004. I joined IFAW because of my interest in protecting seals, other marine mammals, and animals in general.

3. The ocean environment and marine animals are very important to me. I regularly enjoy the oceans and marine wildlife by diving, snorkeling, swimming in the waters near my southern California home and at coastal destinations all over the world where I am able engage in these activities on the ocean. Being in the water and watching marine animals and fish is something I really enjoy, and is an extremely important aspect of my life.

4. My recent traveling destinations include the island of Hawaii in June, 2001; the Sea of Cortez, Mexico in August, 2002; the southern Caribbean island of Curcao in August, 2003 and the Pacific Islands of Kosrae and Palau in November, 2006. This past July I vacationed in the waters off the Turks and Caicos Islands in the Caribbean. The rich marine environment around places such as these makes them attractive destinations for people like myself and my family, who are interested in the oceans and marine life. Islands and coastal areas offer excellent opportunities for water-based recreation and exploration of the marine world. In addition to beachcombing, I typically dive, snorkel and swim in the ocean on these trips, and encounter a wide array and oceanic species, such as sea turtles, dolphins, octopus, jellyfish, eels, rays, sharks, barracuda, and countless other fish species.

5. Viewing and being in close proximity to these marine animals in their natural habitat has always been a major highlight of these trips. For instance, while diving off Palau last year, I had an experience that I'll never forget – in dive site called "Blue Corner," where divers must hook themselves to the reef because the

current is too strong, I simply watched, amazed, as countless species of fish swam around me. While on the dive boat off Kosrae, I watched as a group of about 20 dolphins raced along the dive boat, seemingly as fast as they could swim. Slowly, one dolphin at a time would drop away until there were only two left, and then finally, one dolphin. It seemed as if they were racing each other to see which could last the longest.

6. The opportunity to have experiences like this is the primary reason I dive, snorkel and swim, and is in turn the reason why I am planning to take more diving and snorkeling vacations in the future. I plan to return to Palau in November, 2008 (the weather is good in November), and possibly visit nearby islands in region, perhaps the Yap Islands. I would also like to visit Aruba, Bonaire, the Cayman Islands as well as different Hawaiian islands. As with my previous trips, I plan to spend time in and on the water, exploring rich marine habitat and further plan – and hope – to view marine species such as sea turtles, sharks, and dolphins.

7. Also, as I reside in close proximity to the Southern California coast, I have on more than one occasion been able to explore the nearby waters of the Channel Islands, specifically Santa Barbara and Anacapa Islands. Although I once took a practice dive in those waters in March of 2005, I prefer to dive there in August, when the waters are warmest. I dove off the Channel Islands in August of both 2005 and 2006. While diving in the Channel Islands, I have seen sea lions, harbor seals, lobsters, garibaldi, and starfish. I enjoy the opportunity that diving offers to view these and other marine species in their natural habitat. I particularly enjoy observing the behavior of the sea lions in these waters, who tend to follow divers around. I try to dive in these waters at least once a year for diving practice.

8. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the, dolphins, fish and marine species that I regularly encounter and enjoy viewing in waters around the world. I am very troubled by the possibility that the Navy's use of

sonar will harm, dolphins, other marine mammals, sea turtles, fish, and other marine life. My long interest in the welfare of these and other marine species and my enjoyment at being in their presence while on the waters around my home in southern California, the islands of the eastern Pacific Ocean and the Caribbean is harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act. The Navy's failure to comply with these laws makes it more likely that harm will come to these species from the operation of low-frequency sonar in the waters where I regularly dive, snorkel, swim and view marine species. The Navy's use of sonar in these waters therefore harms my recreational, personal, and aesthetic interests.

9. If the Navy is to continue with its plans to conduct sonar exercises in this and other areas that are rich with marine life, it is of the utmost importance to me that the Navy comply with the environmental laws designed to protect marine species.

Executed on October 10, 2007, at Thousand Oaks, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Renee Cuthbert*
RENEE CUTHBERT

- 4 -