ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF KIM DAVIS** |

## DECLARATION OF KIM DAVIS

I, KIM DAVIS, declare as follows:

1. I reside in Carolina Beach, North Carolina. I have personal knowledge of the matters set forth herein.

2. I am currently a member of the Natural Resources Defense Council ("NRDC") and have been a member since 2001. I joined and continue to support NRDC because of my general commitment to protecting the environment.

3. I have a strong interest in marine life and the coast and spend almost all of my spare time outdoors birdwatching, fishing, walking along the beach, or swimming in the ocean. I live about ten minutes from Kure Beach, near Cape Fear, and it is my favorite beach in the area. When the weather allows, I visit Kure Beach two or three times a day to walk along the beach, swim in the ocean, or fish from shore. I derive tremendous personal satisfaction from living in a place that allows me to regularly enjoy the coast and its marine life.

4. In my walks along Kure Beach and other beaches in the area during the sea turtle nesting and hatching season, which runs from about April through September, I scan the beach for sea turtle tracks, nests, and eggs. I have also seen sea turtles swimming in the ocean and have watched a sea turtle egg hatch. I feel a strong connection to the sea turtles that return to these beaches to lay eggs, and whenever I see a sea turtle nest on a beach it brings me joy.

5. In 2002, I served as a sea turtle volunteer through a nearby state park. As a volunteer, at night I watched over nests that were close to hatching; dug trenches to help new hatchlings track to the ocean from their nests; and kept people and predators away from nests.

6. I fish from Kure Beach and other nearby beaches about two times a month during most of the year, twice a week during the fall months. I fish for pleasure and I eat what I catch. I generally catch flounder, blue fish, and drum fish.

Fishing is one way I connect with the marine environment and it is an activity I enjoy tremendously.

7. Several times a week from about April till November, I swim in the ocean off Kure Beach or other nearby beaches. I often see dolphins when I swim, and they sometimes ride waves close to me. I always consider it a special moment when I'm with them in the water and see them fishing.

8. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the dolphins, fish, and sea turtles that I regularly enjoy. I am troubled by the possibility that the Navy's use of low-frequency active sonar will harm these species, as well as other forms of marine life. My enjoyment of the beach and of these marine species is harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act in undertaking these exercises, because the Navy's failure to comply with federal environmental law in its training with sonar makes it more likely that harm will come to these species along coastal North Carolina and near Kure Beach and other beaches where I recreate. The Navy's failure to comply with federal environmental law in its training with sonar makes it more likely that harm will come to these species in the waters. Harm to sea turtles, dolphins, fish, and other marine life in this area from Navy sonar lessens my ability to enjoy fishing and swimming in these waters and walks along the beach, and therefore harms my recreational, personal, and aesthetic interests.

9. I am concerned that the Navy's low-frequency sonar training exercises in waters off North Carolina that provide habitat for sea turtles and other marine species have harmed and will continue to harm the sea turtles that nest on my local beaches and the marine mammal and fish populations in these waters. When Navy sonar harms these marine species, it threatens my fishing, reduces my enjoyment of the coast, and robs me of the honor of observing and protecting sea turtles. In order

to provide the appropriate safeguards for the protection of these species, it is essential that the Navy follow the law and minimize the harm resulting from the testing of low-frequency active sonar.

Executed on October 1, 2007, at Carolina Beach North Carolina.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

KIM DAVIS