ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU | Civil Action No. CV-07-4771-EDL |
| Plaintiffs, | |
| v. | **DECLARATION OF** |
| CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS | **PATRICIA HACKNEY** |
| Defendants. | |

# DECLARATION OF PATRICIA HACKNEY

I, PATRICIA HACKNEY, declare as follows:

1. I reside in both Ma'alaea, Maui, Hawaii and Petersburg, Alaska. For 12 of the last 17 summers, I have resided on a boat in Petersburg each year during the months of May, June, July, August and September. During the remainder of these years, I reside in Ma'alaea where I have lived for 7 years. I have personal knowledge of the matters set forth herein.

2. I have been a member of the Natural Resources Defense Council ("NRDC") since 1987. I joined and continue to support NRDC because of my general commitment to protecting the ocean environment and because of the work they do to protect whales and other wildlife.

3. I have a strong interest in marine life generally, and especially whales. I spend a great deal of my time observing whales from shore and from boats, participating as a naturalist on whale watching tours, and volunteering at marine mammal organizations. I am a retired attorney and have chosen to split my time between Hawaii and Alaska in part because of the incredibly rich marine environment that each of these diverse regions possesses, and because both locations offer opportunities to view and work with whales.

4. My home in Ma'alaea, located on the southwest coast of Maui, is waterfront to the Hawaiian Islands Humpback Whale National Marine Sanctuary and, during the winter season when humpbacks migrate to these waters to mate and give birth, I am fortunate enough to be able to see whales from my living room. I have also seen dolphins and monk seals, plus I use the telescope we have set up on our lanai for closer observation of marine wildlife.

5. During summers when my husband and I live on our boat in Petersburg, located in southeast Alaska, we fish, hike, and observe whales. We spend most of the summer away from the dock cruising mainly in Frederick Sound, Chatham Strait, and Stephens Passage. We constantly see whales and enjoy watching them,

1  hearing them, learning more about them.  We have had whales around the boat in
2  several anchorages, and we have had whales feeding next to the boat while we fish.

3      6.   We also see other marine life such as salmon sharks and giant schools of
4  herring.  We catch a lot of our food while we are in Alaska such as salmon, halibut,
5  Dungeness crab, and spot prawns.  Dall's porpoises ride our bow wake frequently,
6  and have hidden from predatory Orcas in the shadow of our boat.  We've seen
7  dolphins, harbor seals, and we see a lot of stellar sea lions at the rookeries and even
8  in the harbor behind our boat.  We see orcas regularly, and sea otters are making a
9  comeback.

10      7.   We carry kayaks on the boat.  Paddling in a kayak has led to many
11  intimate encounters with various marine mammals. I have experienced great
12  enjoyment in seeing a diverse and healthy population of marine mammals in
13  Southeast Alaska.

14      8.   During seven of these summers in Alaska, we have donated our boat – a
15  40' power vessel – to the Alaska Whale Foundation and National Geographic. The
16  Alaska Whale Foundation uses National Geographic's "crittercam," a device that
17  can be safely attached to marine (and other forms of) wildlife to record animal
18  behavior and provide views of animals' "private lives."  Using our boat as a
19  platform, the Alaska Whale Foundation has used crittercams on humpback whales to
20  better visualize and understand the whales' group bubble feeding behavior. We have
21  a hydrophone on the boat which we put into the water to hear the whales' feeding
22  calls.  This also helps the researchers know when the whales are about to surface.

23      9.   In 2006, after we sighted a humpback whale trailing fishing gear, buoys
24  and nets, my husband and I assisted the NOAA with the efforts to get the whale
25  disentangled. I subsequently attended a disentanglement workshop in Petersburg
26  sponsored by the Petersburg Marine Mammal Center.  My husband and I are charter
27  members of the Center whose function is to assist marine mammal researchers in
28  Alaska and help educate the public on marine mammals.

DECLARATION OF PATRICIA HACKNEY

1          10. On Maui, I am a certified naturalist and have studied marine mammal

2    behavior and ecology at Maui Community College and through Pacific Whale

3    Foundation. I apply this knowledge to volunteer with the Pacific Whale Foundation,

4    a nonprofit organization headquartered in Ma'alaea, Hawaii. The Pacific Whale

5    Foundation's mission is to inspire and promote appreciation, understanding and

6    protection of whales, dolphins, coral reefs, and our planet's oceans.  As a volunteer,

7    I take local schoolchildren on whale watching boats in the Humpback Whale

8    National Marine Sanctuary to see and learn about whales.  I have been volunteering

9    on these whale watching trips for the last 7 years and plan to continue doing so.

10    During the whale watching season in Hawaii, which runs approximately from

11    January through April, I go out anywhere from one to four times a week on these

12    trips.  On these whale watching tours the kids (who are from all grades, pre-school

13    through high school) and I regularly spot humpback whales, spinner dolphins,

14    bottlenose dolphins, and flying fish.  Our trips create a sense of curiosity and

15    wonder in the children, as well as in their teachers and parents.  I love watching the

16    children's sense of wonder and excitement at seeing the giant cetaceans and other

17    marine mammals. I myself never tire of observing these beautiful, graceful and

18    interesting fellow mammals.

19          11. In my capacity as a volunteer with the Pacific Whale Foundation, I also

20    take school children on snorkeling trips in the Humpback Whale National Marine

21    Sanctuary waters to Molokini, which is a crater off the south coast of Maui and is a

22    State Marine Life and Bird Conservation District.  On our way to Molokini, the kids

23    and I sometimes see humpback whales, bottlenose dolphins, spinner dolphins, green

24    sea turtles and flying fish.  While snorkeling, we see a wide variety of marine life,

25    including green sea turtles, reef fish, eels, octopus, and sharks.

26          12. While on Maui, I also work as a volunteer for Whale Trust, a non-profit

27    organization based out of Sprecklesville, Maui, Hawaii.  This organization supports

28    field research on whales and education about the marine environment.  This research

1  includes the humpback whales that migrate to the Hawaiian Islands each year.  One

2  of the current studies, for example, is aimed at understanding why male humpback

3  whales sing complex songs during the winter breeding season  Another study is

4  attempting to systematically document the social alliances and behavior patterns of

5  male and female humpback whales in the Hawaiian breeding grounds. My work as a

6  volunteer consists of data entry and cataloguing of digital photos of humpback

7  whale tails for part of the group's research database.  I also work on the water with

8  several scientists.  My job was to observe humpback behavior and take notes of that

9  behavior, noting GPS points, time of day, etc.  In 2007, I worked for two months

10 full time, and I worked part time for the rest of the winter.  I am listed as Whale

11 Trust's Volunteer of the Year for 2007.  (See

12 http://www.whaletrust.org/support_volunteers.html).

13      13. In addition to my volunteer activities, my husband and I also love to

14 snorkel recreationally on the reefs around Maui.  We do so regularly, specifically on

15 the south, west and north sides. When we are in the water we often hear whales

16 singing and see them breaching and breathing off shore.  We have seen dolphins

17 while snorkeling, as well as green sea turtles and myriads of reef fish, sharks,

18 octopus, and eels.

19      14. On two occasions, once in 2000 and once in 2006, we took a large

20 inflatable vessel to the back side of Maui (the island's far west coast) where there

21 are sea caves. Both times we saw humpback whales and spinner dolphins; on the

22 2000 trip down the Maui coast, we snorkeled among 12-15 spinner dolphins in La

23 Perouse Bay. These marine mammals are beautiful, intelligent and graceful to

24 watch. My husband and I have also driven the back side of Maui several times in the

25 last few years and have been able to see humpbacks off in the distance in those

26 waters from the road.  I plan to continue using this area recreationally and

27 aesthetically as long as I am able.

28

15. My husband and I have also used a large inflatable to take day trips off the north shore of Kauai (the Na Pali Coast) about 7 years ago on a boat/snorkel trip. We saw a humpback whale and dolphins on that trip and snorkeled in huge schools of reef fish. It was a very memorable and fantastic trip in those waters, and we both wish and plan to return.

16. The volunteer and recreational activities through which I observe, listen to, and interact with marine mammals and other marine species are a fundamentally important part of my life. I plan to continue volunteering with the Pacific Whale Foundation, Whale Trust, Alaska Whale Foundation, and National Geographic, as well as snorkeling, and observing whales and dolphins as long as I am able to do so.

17. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the whales, dolphins, fish and marine species that I regularly encounter and whose presence I enjoy both in Alaskan and Hawaiian waters. I am very disturbed by the possibility that the Navy's use of sonar will harm whales, dolphins, sea turtles, fish, and other marine life. The diversity of marine mammals in Hawaii is incredible, and the stance that we have any right to cause unnecessary harm to, or even kill, these animals is reprehensible. My interest in the welfare of these and other marine species and my enjoyment at being in their presence both in waters around my home on Maui and near my summer home in Alaska is harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act. The Navy's failure to comply with these laws makes it more likely that harm will come to these species from Navy sonar training in the waters where I regularly recreate, volunteer and whale watch. The Navy's use of sonar in these waters therefore harms my recreational, personal, and aesthetic interests. Harm to whales in this area from Navy sonar also interferes with the ongoing research projects into whale behavior and ecology that I participate in, making my volunteer work less

DECLARATION OF PATRICIA HACKNEY

fruitful and satisfying.  It also reduces the educational opportunities for children to learn about their environment and the ocean through the whale watching trips in which I participate as a naturalist. Were Navy sonar to harm these marine species, it would in turn harm a very large part of my life on Maui and impair my ability to engage in some of the activities I enjoy most.

18.  If the Navy is to continue with its plans to conduct sonar exercises in these and other areas that are rich with marine life, it is of the utmost importance to me that the Navy complies with the environmental laws designed to protect marine species. To do otherwise is, in my view, a premeditated attack on the marine life, no different than purposefully ramming a boat into whales in these supposedly protected waters.

Executed on *September 30*, 2007, at *Ma'alaea, Maui*, Hawaii.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

PATRICIA HACKNEY

DECLARATION OF PATRICIA HACKNEY