ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF SUSAN JORDAN** |

## DECLARATION OF SUSAN JORDAN

I, SUSAN JORDAN, declare as follows:

1. I reside in Santa Barbara, California. I have personal knowledge, and, if called upon as a witness, I could and would testify competently to the statements contained herein.

2. I am a Board Member with the League for Coastal Protection (LCP). I joined the Board of the League for Coastal Protection in 1995 because I share its goals of supporting an effective, strong program of coastal protection for California and the protection, enhancement, and restoration of all coastal resources.

3. I have a MSW from the University of Pennsylvania and have devoted the last 12 years of my life to protection of coastal and marine resources. In addition to my service on the board of the League for Coastal Protection, I founded the California Coastal Protection Network in 1999 and co-founded Vote the Coast in 1996. In 1997, I was selected by the National Oceanic and Atmospheric Administration (NOAA) as the Volunteer of the Year for Excellence in Coastal Resource Management.

4. I have been closely involved with the issue of the impacts of high-intensity sound on marine life since 1994. I have extensive experience working to reduce ocean noise pollution in our oceans and, in particular, experience with the Navy's use of high-intensity active sonar in the ocean.

5. In my capacity as a board member of LCP, I was part of a negotiated settlement with the Scripps Institution of Oceanography that called for the expanded development of a Marine Mammal Research Program to precede deployment of Scripps' Acoustic Thermometry of Ocean Climate (ATOC) program, which used high-intensity sound to conduct research on the oceans. I was selected to serve as one of two citizen observers on the ATOC Marine Mammal Research Advisory Board established by Scripps and served in that capacity for several years. I was also appointed by the California Coastal Commission to serve as the Citizen

Observer to the Low Frequency Active (LFA) Sonar Technical Advisory Group overseeing research into the impacts of the Navy's LFA sonar to marine species. As part of that group, I sailed on the Navy surveillance ship *Cory Chouest* at the Navy's invitation to observe LFA research testing in California waters. In 1996, I was invited by the U.S. Minerals Management Service to join the High Energy Seismic Standards Review Committee to review high-energy seismic noise standards for the Southern California Bight.

6. In recent years I have continued my advocacy to limit harm to marine life from high-intensity noise sources in the oceans, including high-intensity Navy sonar. Most recently, in 2005 and 2007, I testified before the California Coastal Commission about the harms to marine life caused by intense underwater noise sources.

7. As someone who is devoted to the protection of marine and coastal resources, I am deeply concerned about the effects of intense underwater noise on marine mammals, fish, and other marine life. I have regularly recreated and observed marine wildlife in the waters off of California, especially in the Santa Barbara Channel and around the Channel Islands. I have made numerous whale-watching trips off southern California and have observed Blue and Gray whales, dolphins, and other species in the Santa Barbara Channel and in other southern California waters. Seeing healthy whales, dolphins, and other marine life along our coast brings me great joy, recreational benefit, professional satisfaction, and aesthetic benefit.

8. I plan to continue to observe and enjoy marine mammals and other marine life in these waters, as the health of these species provides one of the main sources of inspiration for my work. I intend to take at least one whale-watching boat trip out of Santa Barbara within the next year.

9. I also enjoy traveling to other parts of the world to observe marine mammals and other marine life. In 1997, I traveled to Churchill, Canada, to observe

and snorkel with Beluga whales. During my trip, my colleagues and I deployed an acoustic receiver provided by Dr. Christopher Clark of Cornell University so that we could listen to the vocalizations of the Belugas. I have also made two trips to San Ignacio Lagoon in Baja, Mexico solely to observe Gray whales and their offspring prior to their spring migration along the California coast to northern waters. In keeping with my prior experiences, I intend to travel again in the future to observe marine mammals and other species in their natural environment.

10. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for whales and other marine species that I regularly encounter and enjoy both on a personal and professional basis. If whales and other marine life in waters off the California coast are injured by the Navy's low-frequency sonar training exercises challenged in this case, my use and enjoyment of waters off of southern California, including the joy I get from observing healthy whale populations in these waters, will be severely diminished. I therefore will be harmed by the Navy's conduct of these particular exercises without compliance with law.

11. As someone who has devoted considerable time and effort in arguing for full enforcement of environmental laws to protect marine life, I am deeply disturbed by the Navy's actions to undercut the protections these laws provide. The Navy's conduct of the sonar exercises challenged in this case without compliance with federal environmental law makes it more likely that marine life in waters off the coast of California will be harmed by intense underwater noise. In order to provide the appropriate safeguards for the protection of marine mammals and other species, it is essential that the Navy abide by the requirements set forth in the National Environmental Policy Act, the Endangered Species Act and the Marine Mammal Protection Act in its testing and training with low-frequency active sonar.

1  Executed on October __8th__, 2007, at Santa Barbara, CA.
2  I declare under penalty of perjury under the laws of the United States of
3  America that the foregoing is true and correct.

_____
SUSAN JORDAN