ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br><br><br><br><br>**DECLARATION OF ANDREA KOZIL** |

# DECLARATION OF ANDREA KOZIL

I, ANDREA KOZIL, declare as follows:

1. I reside in Portland, Oregon. I have personal knowledge of the matters set forth herein.

2. I am currently a member of The Humane Society of the United States ("The HSUS").

3. I joined HSUS because I believe very strongly in protecting the welfare of animals, and I wanted to support HSUS's work, especially HSUS's work for the protection of wildlife and wildlife habitats.

4. I have had a longstanding interest in marine animals, especially marine mammals like whales, seals, and dolphins. From an early age, I took an interest in oceans and marine animals from visiting family members in Oregon where I now reside. I had the unfortunate experience of witnessing a beached whale in Oregon as a child, and that very sad experience inspired my interest in advocating for the protection of marine species.

5. I very much enjoy viewing marine species and spend at least several weekends each year on the Oregon coast whale watching from the shoreline. Each year, gray whales migrate north during the spring and back down south during the fall. For the past 10 years, I have visited the Oregon coast during each spring and fall to watch these whales during each migration season. Some years I go to watch the whales several times during any particular migration season. My favorite and most frequent spot to visit is Cape Lookout State Park, which is south of Tillamook, Oregon, but I also frequently visit Ecola State Park just north of Cape Lookout. I have found both of these locations to be prime whale watching spots. These areas are a little over an hour drive from my home in Portland.

6. Almost every time I have visited the coast to watch whales, I have been lucky enough to see at least one whale, or at least the spout of water from a whale, and I sometimes spot several whales during a single trip. During one of my visits, I

saw a gray whale surprisingly close to the shore, straight down a cliff from where I was watching. I was so close that I could hear the whale blowing out water and breathing. It was thrilling to be so close to one of these enormous and amazing animals. During these trips to the ocean, I also frequently have the opportunity to view other marine wildlife. I always see seals when I go, and I have seen orcas in the past.

7. In fact, in mid-September of this year, I visited the coast to try to view some of the 200-plus resident gray whales before they migrate south for the winter, and I once again was able to spot a whale. I plan to return to Cape Lookout another weekend this fall to whale watch again. And, as I have each year for the past 10 years, I plan to visit the coast to whale watch each migration season in the future, visiting either Cape Lookout or Ecola State Park.

8. I have also taken several trips to view wildlife along different parts of the West Coast. For example, I spent a week sailing in the San Juan Islands in Washington where I had the opportunity to see a variety of marine animals, including sea lions and whales, from the boat. I also stayed on Anacapa Island off the coast of California for a week to enjoy viewing the marine life there. I visited Lime Kiln State Park on the border of British Columbia during the summers of 2007 and 2006 to watch for whales and other marine life from the shore. I plan to continue to visit coastal areas up and down the West Coast in order to view marine wildlife in the future. Specifically, I plan to return to the San Juan Islands and also visit Canada's "Inside Passage" – the body of water separating mainland British Columbia from Vancouver Island known as prime habitat for whales and other marine species. I also plan to eventually visit San Ignacio Lagoon, off the coast of the Baja Peninsula, Mexico, where gray whales are known to mate, calve, and nurse. I plan – and hope – to see whales and other forms of marine life on this trip.

9. I have also visited the U.S. Virgin Islands on several occasions in order to view marine life. My most recent trip was in 2005 to the Virgin Islands National

Park on the island of St. John. Each time I visit the Virgin Islands, I snorkel and see many amazing animals, including hawksbill turtles, sting rays, fish, and dolphins. I enjoy sharing the water with these creatures and find these encounters to be personally enriching and satisfying. I plan to return to the U.S. Virgin Islands in the next two to five years, so my recently adopted daughter can have a chance to witness these creatures while she is at a young age.

10. I am aware that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the whales, seals, dolphins, sea lions, and other marine life that I regularly enjoy. I am aware of the multitude of impacts humans have on marine species, and I am particularly concerned about the impact the Navy sonar program has on the sensitive hearing of many marine mammals. My enjoyment of whales and other marine species is harmed by the failure of the Navy and National Marine Fisheries Service to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act, because the failure to comply with federal environmental law makes it more likely that harm will come to the species from Navy sonar training in the waters where I recreate and study these magnificent creatures. Harm to whales, fish, and other marine life in this area from Navy sonar lessens my ability to observe and enjoy these species and therefore harms my recreational, personal, and aesthetic interests.

11. For many years, I have been aware of extremely harmful effect that the Navy sonar program can have on marine life, and I have submitted comments on opposing the use of sonar that can harm marine animals on many occasions. Knowing that sonar is so harmful to the animals I enjoy viewing so much is deeply saddening to me, particularly when I consider the perilous state of many marine mammals' populations.

1     Executed on September 28, 2007, at Portland, Oregon

2     I declare under penalty of perjury under the laws of the United States of

3 America that the foregoing is true and correct.

                                            _____

                                                    ANDREA KOZIL