1  ROBERT L. FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
   Email: RFalk@mofo.com
5  Email: RStafford@mofo.com
   Email: SSchindler@mofo.com
6
   JOEL R. REYNOLDS (SBN 85276)
7  CARA A. HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
   1314 Second Street
8  Santa Monica, CA 90401
   Telephone: (310) 434-2300
9  Facsimile: (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
   UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
11 PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

12

13                       UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br><br><br>**DECLARATION OF DOUG MURPHY** |

# DECLARATION OF DOUG MURPHY

I, DOUG MURPHY, declare as follows:

1. I have personal knowledge of the matters set forth herein.

2. I reside in Gig Harbor, Washington, and have lived here for 28 years. I was born in Tacoma, Washington and have lived in and around the Puget Sound region for almost all of my life.

3. I am currently a member of the Natural Resources Defense Council ("NRDC") and have been a member since 2004. I joined and continue to support NRDC because of my interest in the protection of the ocean environment and because of the work NRDC does to protect whales and other wildlife.

4. Marine life and the oceans are very important to me. Having spent my life in the Puget Sound area, I have been afforded many opportunities to explore Puget Sound and Washington's beautiful coastal areas. I first began to develop my lifelong appreciation of the oceans and marine wildlife during the 1960s, when, as a youth, I went on many camping trips with my family to Olympic National Park, from Kalaloch to Ozette. During the years since, I have regularly made trips to the ocean – both to waters near my home in Gig Harbor as well as waters around the Hawaiian Islands of Maui and Kauai. The viewing and appreciation of whales and other marine wildlife from both the water and land has become a regular and important aspect of my life – it has enriched me. I believe that my life would be considerably poorer if whales or other marine species were harmed and if, in turn, my ability to enjoy viewing these species was limited.

5. Since approximately 1990 I have taken 6 kayaking trips along the west side of Vancouver Island, the southern tip of which is separated from the northwestern tip of Washington by the Strait of Juan de Fuca. On these trips, my traveling companions and I take 4 or 5 kayaks, a sailboat, and a fishing boat, and travel on the water on the west coast of the island. We typically go to one of the sounds on the west side of Vancouver Island and camp on an island for a week. We

paddle, sail, and fish every day, venturing out in the ocean whenever conditions permit. Over the course of the 6 such kayaking trips I have participated in, I have made stops at, and explored, Barkley Sound, Nootka Sound, and Clayoquot Sound, the towns of Tofino, Port Alberni, Gold River and many more.

6. While on the water during these kayaking trips it is very common that I view, and even paddle among, different whale species, including Gray whales, Humpback whales, Killer whales, dolphins and porpoises. I have seen these whales in waters in the sounds, such as Clayoquot as well on the Pacific Ocean in waters close to western shore of Vancouver Island. For example, we were sailing in the Pacific off Vargas Island in Clayoquot Sound once and spent over two hours with a pod of humpbacks feeding offshore. To be on a non-motorized boat amongst the whales diving and surfacing was one of the most incredible experiences of my life. I find such encounters to be very gratifying. Not only do I enjoy seeing and being in the presence these marine mammals very much, but their presence in these waters is, for me, one of the main attractions of these kayaking excursions. The whales that we see on these trips are mobile, migratory (in some cases) species – what we see in off the coast of British Columbia one week could easily have been off the coast of Washington the week before.

7. The most recent kayaking trip I have taken was in June, 2006. In the years to come, I intend and plan to take more kayaking trips along the west coast of Vancouver for my recreation and enjoyment. As I have countless times in the past, I intend – and hope – to see whales, fish and other marine life in these waters.

8. Since approximately 1985, I have taken almost annual backpacking and camping trips with my family along the "Olympic Coast" – the stretch of Washington's northwestern coastline that's included in Olympic National Park, between Kalaloch and Ozette. We typically begin these trips at Lake Ozette, hike out to the coast and then turn north to where the Ozette River hits the ocean. Because whale watching is always one of the main attractions of these trips, my

family and I always keep a sharp eye out for gray whales making their yearly migration between the Bering Sea to Baja California. During these trips, Gray whales are often viewable from the shore. Among the countless times I have spotted whales from the Olympic coastline, a few specific instances stand out in my memory. For instance, in about 1985 we watched for hours as gray whales played and fed in the surf fifty yards offshore near La Push. Just as I do on my kayaking trips around Vancouver Island, I enjoy and appreciate my ability to view these majestic animals in their natural habitat.

9. The most recent coastal backpacking trip I have taken was, approximately, in July 2007. In the years to come, I intend to continue to hike along the Olympic coastline for my recreation and enjoyment. Just as it has been on past trips, whale watching from the shore will be an integral part of these future trips, and, as I have many times in the past, I intend – and hope – to see whales, otters and other marine life in these waters.

10. During one coastal backpacking trip, as I looked out at the water to spot whales, I saw a group of people kayaking southward along the coastline. The beauty of the scene was moving, and I instantly made a vow to myself that I too would paddle along the beautiful Washington coastline. My plan is to put in our kayaks at Neah Bay and paddle south down the coast to the Ozette River. Because of the unpredictability of conditions, these plans may well have to wait for my retirement. And because I have often viewed whales in these waters from the shore, I hope – and expect – that I will encounter these whale species while kayaking along the coastline.

11. I also regularly travel on vacation to the Hawaiian Islands for vacation. In the past 20 years, I have taken vacations with my family and friends on the island of Kauai once and Maui three times. On each of these Hawaiian vacations, I have been sure to pursue my interest in whales and marine life by taking whale watching tours. While on these tours, I routinely view whales, dolphins, sea turtles, numerous fish

species and sea birds. Our most recent trip was in February 2006 off the coast of Maui north of Kihei, during which we saw lots of humpback whales with their young, and dolphins too. I also hike and snorkel during my Hawaiian vacations. While hiking near La Perouse on the south coast of Maui, I have seen dolphins up close and enjoyed their spectacular beauty – it was one of the highlights of that trip. The viewing of marine wildlife in their natural habitat is an integral part of my Hawaiian vacations and indeed a primary reason for choosing the Hawaiian islands as a frequent vacation destination. In the years to come, I intend to continue to take vacations in Hawaii. As in the past, I intend to engage in whale watching and snorkeling, and hope to see whales, fish and other marine life in these waters.

12. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat not only for the whales, dolphins, fish and marine species that I regularly encounter and enjoy viewing both on the water and from shore. I am very troubled by the possibility that the Navy's use of sonar will harm whales, dolphins, sea turtles, fish, and other marine life.

13. My life-long interest in the welfare of these marine species and my enjoyment at being in their presence while on the waters around Vancouver Island and Hawaii, or viewing them from the Washington coastline, is harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act. The Navy's failure to comply with these laws makes it more likely that harm will come to these species from Navy sonar training in the waters where I regularly kayak, snorkel and watch whales. The Navy's use of sonar in these waters therefore harms my recreational, personal, and aesthetic interests. If the Navy is to continue with its plans to conduct sonar exercises in these and other areas that are rich with marine life, it is of the utmost importance to me that the Navy complies with the environmental laws designed to protect marine species.

1

2    Executed on OCTOBER 5, 2007, at GIG HARBOR Washington.

3    I declare under penalty of perjury under the laws of the United States of

4 America that the foregoing is true and correct.

5

6

7                                        _____
                                              DOUG MURPHY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28