ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br><br><br>**DECLARATION OF RUTH SAMUELS** |

# DECLARATION OF RUTH SAMUELS

I, RUTH SAMUELS, declare as follows:

1. I reside in West Palm Beach, Florida. I have personal knowledge of the matters set forth herein.

2. I am currently a member of Cetacean Society International ("CSI") and have been a member since 1992.

3. I am currently a member of the Natural Resources Defense Council ("NRDC") and have been a member since 1997.

4. I joined CSI and NRDC because I wanted to learn about and support efforts to protect marine life. By profession, I am an audiologist. As an audiologist, I am particularly concerned by the threats posed by intense sources of undersea noise, like Navy sonar, to marine mammals and other marine life. I therefore support the efforts of the NRDC and CSI to combat these threats.

5. Marine animals, especially dolphins, are very important to me. I have taken many trips to view dolphins in waters of the Bahamas, including the waters between the east coast of Florida and the Bahamas. Additionally, over the years I have taken many trips to snorkel in the Florida Keys, where I observe dolphins and other marine life. These trips are often the highlight of my year.

6. I have a captain's license and divemaster certification, and have used these skills to observe dolphins and other marine life.

7. Nearly every year I view dolphins in the Bahamas, usually near Little Bahama Bank off the north coast of Grand Bahama Island. I observe dolphins in this area once or twice a year, taking trips of one to two weeks with a guided tour group, such as the Wild Dolphin Project, which leaves by boat from Jupiter, Florida, or the Dolphin Dream Team, which leaves by boat from West Palm Beach, Florida. In the past I have also traveled from West Palm Beach to the Bahamas by boat with

a private friend in order to view dolphins. Additionally, I have viewed dolphins in the waters around Bimini Island with a company called Dolphin Expeditions.

8. When leaving from West Palm Beach and Jupiter I travel east-northeast from the Florida coast by boat towards the north coast of Grand Bahama Island. While making the journey across the ocean I often look for and see dolphins and other marine life. Sometimes the boat will stop to observe the dolphins in this area, and I am able to view them closely. On these trips I see Bottlenose Dolphins, Atlantic Spotted Dolphins, sea turtles, sharks, sting rays, many species of marine fish, and other marine life. I make these trips once or twice a year. My last trip was in June of 2006.

9. The area west of Key West, Florida, to approximately 70 miles west of the Keys, is another location where I often see dolphins. Every year I go on snorkeling trips with tour guides from Dolphin Watch or Reef Relief, or with a private friend. With Dolphin Watch I take trips that last about four hours, leaving by boat from Key West, Florida. We travel west into the Florida Keys National Marine Sanctuary, and we snorkel in many of the numerous patch reefs in this area. When traveling with a private friend, I have traveled even further west by boat and visited Dry Tortugas National Park, which is about 70 miles west of Key West. I also used to visit Dry Tortugas National Park with my own boat before I sold it last year. My most recent two trips to the waters west of Key West were in July and August of 2006.

10. My Key West visits generally involve watching Bottlenose Dolphins from the boat and snorkeling in the reefs west of the keys. I will also swim and view dolphins in these waters when the animals approach us. On these trips I regularly observe dolphins and many species of marine fish.

11. Watching and interacting with the dolphins is exhilarating—it is a truly amazing experience. I learn so many things by watching the dolphins swim and

play. They often play games with seaweed or other objects, and sometimes they try to include us, as if we were part of their group. When I look into their eyes, I feel that they know and accept me in some way. There is a positive energy that exists between us. No words can really explain how it feels.

12. I plan on continuing to view dolphins in the waters between the east coast of Florida and the Bahamas in the future. I intend to go on a dolphin boat trip like the ones I describe above from West Palm Beach to Grand Bahama Island in August of 2007, and again in the summer of 2008. I hope to encounter Bottlenose Dolphins and Atlantic Spotted Dolphins, as well as other marine life, on these trips.

13. I plan on continuing to snorkel and view dolphins in the area west of Key West that I describe above in the future. In the summer of 2008 I will be going to Key West for a snorkeling trip that will travel west from the Keys toward Dry Tortuga National Park. I hope to see Bottlenose Dolphins and other marine life on that trip.

14. Furthermore, I am beginning to learn underwater photography and plan to put my new skills to use by photographing dolphins in the waters between Key West and the Dry Tortugas and between West Palm Beach and Grand Bahama Island.

15. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the dolphins, sea turtles, fish, and other marine life that I regularly enjoy. My enjoyment of dolphins and other marine species is harmed by the failure of the Navy and the National Marine Fisheries Service to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act, because the failure to comply with federal environmental law makes it more likely that harm will come to these species from Navy sonar training in the waters where I recreate. Harm to dolphins and other

1 | marine life from Navy sonar lessens my ability to enjoy watching and
2 | photographing dolphins and other marine life in these waters and therefore harms
3 | my recreational, personal, and aesthetic interests.
4 |         16.     I respect that the Navy's testing is important for national security, but I
5 | believe that it can be carried out in a way that is less harmful to dolphins and other
6 | marine life.  Some of the testing is unnecessary, and it is tragic that so many marine
7 | mammals have been killed.  I am an audiologist, and I believe that the Navy's use of
8 | sonar causes the animals to become acoustically impaired.  This damage will
9 | eventually take a toll on the population.  Without change I believe that the testing
10 | will harm more and more animals.
11 |         Executed on August 27, 2007, at ___West Palm Beach___, Florida.
12 |         I declare under penalty of perjury under the laws of the United States of
13 | America that the foregoing is true and correct.

_____
RUTH SAMUELS

- 5 -                                                      DECLARATION OF R. SAMUELS