ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF CHERYL TAYLOR** |

## DECLARATION OF CHERYL TAYLOR

I, CHERYL TAYLOR, declare as follows:

1. I reside in Jacksonville, Florida. I have personal knowledge of the matters set forth herein and, if called upon to testify, could and would give competent testimony thereto.

2. I am currently a member of the Natural Resources Defense Council ("NRDC") and have been a member since 2001. I joined and continue to support NRDC because of my overall commitment to the protection of the environment and because I believe NRDC to be an effective advocate for, in particular, the protection of whales and other marine wildlife.

3. I am a native of Florida, and have lived in Jacksonville for most of my life. Living in such close proximity to the ocean has allowed me to develop an interest in, and appreciation of, the ocean environment.

4. I am an avid kayaker and boater. Although I have paddled off Florida's coast and along its inland waterways much of my life, I have been especially active in Florida coastal kayaking in general over approximately the past 10 years, during which I have undertaken numerous kayaking excursions in the coastal waters near my home in Jacksonville. Some of the most enriching and personally satisfying moments of my life have come while I am on the ocean paddling among bottlenose dolphins and other marine species. Setting out from the shore at places such as Jacksonville Beach, Talbot Island State Park and Hanna Park, I paddle out into the ocean and along the coastline. While it is possible to spot the dolphins from shore, sea kayaking out beyond the waves affords me the opportunity to get closer to them. Although I never purposefully try to paddle right up to the dolphins (so as not to disturb them), I have had them within approximately 20 feet of where I am paddling. As I regularly have done so now for many years, I intend to continue sea kayaking in the coastal waters of northeast Florida in the future. These trips are a regular component of my life and provide some of my most gratifying moments.

5.   I also take frequent trips to the Florida Keys, for the specific purpose of dolphin-watching, snorkeling, kayaking, and boating. Specifically, I have engaged in boating, kayaking and snorkeling activities within waters of the John Pennekamp Coral Reef State Park, Lowe Key, and Key West National Wildlife Refuge, all areas within the Florida Keys National Marine Sanctuary. I have taken over a dozen such trips within the past twenty years, the most recent one occurring in July of 2007. While swimming, boating and kayaking in the waters around the Keys, I often get even closer to the dolphins than I do in the coastal waters off Jacksonville. I have had an opportunity to swim among wild dolphins with them coming so close to me that I could hear their sonar and so close that I could almost touch them. In addition to the dolphins, I also regularly view sea turtles, different shark species, stingrays, and a variety of fish (butterfly fish, blue tang, parrot fish, snapper, barracuda, angel fish) in these waters. As I have regularly done so now for many years, I intend to take more trips to the Keys in 2008 and beyond.

6.   I enjoy my trips off Florida's northeast coast and the Keys very much, and value the opportunity to share the ocean with dolphins and other marine life. They are a central part of my life. Seeing the dolphins and other species in their native habitat over the years has increased my sensitivity to the importance and fragility of the natural marine environment. It has increased my awareness that our oceans are a resource that must be shared with other species. If harm were to come to these animals, my personal, recreational and aesthetic interests would be significantly impaired.

7.   I have recently been fortunate enough to build upon this experience by viewing marine wildlife in waters other than those adjacent to my home state of Florida. In February, 2007, I took a sea kayaking trip in the Sea of Cortez, Mexico specifically for combining kayaking with whale encounters. On this trip, my traveling companions and I paddled on the water by day and camped on the shore by night. While on the water, we were able to spot sea lions, dolphins, and at least two

whale species including what we believed to be Fin Whales and Blue Whales. On this same trip, we also traveled by boat into Magdalena Bay off the western coast of Baja California for the specific purpose of observing the Gray Whales who migrate to these waters each winter in order to birth. This trip was an extremely amazing experience for me and impressed upon me the magnificence of these marine creatures. Notwithstanding all of my prior experience exploring the waters around Florida, this trip was different, not only in that I encountered whale species for the first time, but also because the trip had a "remoteness" to it that I had never experienced before. These experiences further impressed upon me the degree to which we share the oceans with whales and other species, and how crucial it is that we do all we can to protect and preserve these animals.

       8.     As this trip had such a positive impact on me, I am inspired to take similar trips in the future. For example, I am currently planning to take a vacation in 2008 to the Pacific Northwest. As with my trip in 2007 to Mexico, I expect that this will allow me to combine my interests in sea kayaking, the oceans, and whales. The trip will likely focus on sea kayaking and whale watching in Canada's Inland Passage, the body of water that separates the east coast of Vancouver Island from mainland Canada. Though, as of the date of this declaration I have not decided on a specific destination, it is likely that this trip will involve paddling and whale watching in the Johnstone Strait and the Queen Charlotte Strait. As with this year's trip to Mexico, my overall purpose with this expected trip the Pacific Northwest and/or Canada is experience nature and view marine species in the wild. These waters are well known as habitat for different whale species, including humpback whales and, especially, killer whales. I therefore expect – and hope – that I will see these whales species in 2008.

       9.     I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the dolphins, whales, and other marine species that I regularly encounter – and plan to

encounter in the future – in waters around Florida, Mexico and the Pacific Northwest region of North America. I am troubled by the possibility that the Navy's use of low-frequency active sonar will harm these whale and dolphin species, as well as other forms of marine life. My enjoyment at viewing these animals in the wild and being in their presence on the water would be harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act (NEPA), the Endangered Species Act (ESA), and the Marine Mammal Protection Act (MMPA). The Navy's failure to comply with federal environmental law in its training with sonar makes it more likely that harm will come to these species in the waters where I paddle and observe marine wildlife. Harm to dolphins, other marine mammals, or indeed any marine species in resulting from Navy sonar transmissions lessens my ability to enjoy watching and diving with the dolphins and other marine life and therefore harms my recreational, personal, and aesthetic interests.

10. In order to provide the appropriate safeguards for the protection of marine mammals and other species, it is essential that the Navy abide by the requirements set forth in NEPA, ESA and the MMPA in its testing and training with low-frequency active sonar.

Executed on September 30, 2007, at Jacksonville, Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
CHERYL TAYLOR