ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br><br><br>**DECLARATION OF DOUG THOMPSON** |

1  **DECLARATION OF DOUG THOMPSON**

I, DOUG THOMPSON, declare as follows:

1. I reside in Morongo Valley, California. I have personal knowledge of the matters set forth herein.

2. I am currently a member of the Natural Resources Defense Council ("NRDC") and have been a member since the 1990s.

3. I am also a member of many other marine conservation and protection organizations. I have been a longtime member and supporter of the American Cetacean Society, the Surfrider Foundation, and the Whale and Dolphin Conservation Society. I am also a member and/or supporter of the Ocean Alliance, Wild Coast, the Ocean Institute, Orca Network, the Ocean Conservancy, Oceana, and Defenders of Wildlife.

4. My wife and I currently operate two environmental education tour organizations, DolphinWorks and the non-profit SummerTree Institute. I regularly lead tours in the waters of Southern California and other areas with both of these groups. I am a certified diver. Furthermore, I am an educator and frequent public speaker on marine life, particularly on whales and dolphins. I recently authored a book, *Whales: Touching the Mystery*, about the natural history of Gray Whales and the whale watching tourism business. I have been in the ecotourism business for 25 years, and marine wildlife provides the basis for my livelihood.

5. I founded DolphinWorks, a whale-watching tour business, in 1989. After our marriage in 1997, my wife, Robin Kobaly Thompson, joined me as a partner in DolphinWorks. DolphinWorks takes corporate guests seeking "edu-tainment" on dolphin and whale watching trips off the Southern California coast. We have hosted tours for the members of many large and well-known corporations. On average I guide two trips a week of 40 to 50 people. These trips leave from Santa Barbara, Ventura, Marina Del Rey, Newport Beach, Dana Point, and San Diego, California. The trips generally last two to three hours and cover 15 to 20

1  miles round trip from the harbor. We regularly see Gray Whales, Humpback
2  Whales, Blue Whales, Sperm Whales, Minke Whales, Common Dolphins, White-
3  Sided Dolphins, Dalls Porpoises, Risso's Dolphins, Killer Whales, California Sea
4  Lions, Harbor Seals, and Elephant Seals on these trips.

5      6.   I co-founded the SummerTree Institute with my wife, Robin Kobaly
6  Thompson, in 2000, and currently serve as Director of Program Development. The
7  SummerTree Institute is a non-profit environmental education organization that
8  offers excursions to the public with the goal of inspiring an understanding and
9  appreciation of nature, including marine wildlife. We generally take around three
10 five-day trips a year to Southern California waters. On one common trip, we leave
11 by boat from Santa Barbara, California, and travel to Santa Rosa Island, Santa Cruz
12 Island, and San Miguel Island in Channel Islands National Park. On another
13 common trip, we leave by boat from Dana Point, California, and travel seven to ten
14 miles north along the coast to whale watch. We regularly see Gray Whales,
15 Humpback Whales, Blue Whales, Sperm Whales, Minke Whales, Common
16 Dolphins, White-Sided Dolphins, Dalls Porpoises, Risso's Dolphins, Killer Whales,
17 California Sea Lions, Harbor Seals, and Elephant Seals on these trips.

18     7.   I last visited the waters south of Newport Beach, California, on July 27,
19 2007, on a tour that left by boat from Dana Point, California and covered 15 to 20
20 miles round trip from the harbor. I last visited the waters north of Newport Beach,
21 California, on May 16, 2007, on a tour that left by boat from Newport Beach and
22 covered about 15 to 20 miles round trip from the harbor.

23     8.   I am returning to the waters off the Southern California coast in the
24 future with the goal of seeing whales, dolphin, and other marine life. I have tours
25 booked with DolphinWorks from August 16, 2007, through 2008. These tours will
26 leave by boat from Santa Barbara, Ventura, Marina Del Rey, Newport Beach, Dana
27 Point, and San Diego, California, and cover about 15 to 20 miles round trip from the
28 harbors. I plan on leading similar tours roughly twice a week on average for the

foreseeable future. Through the SummerTree Institute, I will lead a tour to Santa Rosa Island, Santa Cruz Island, and San Miguel Island in Channel Islands National Park from August 26 to August 29, 2007, leaving by boat from Santa Barbara, California. Within the next year I will also be leading whale-watching tours with the SummerTree Institute, leaving from Dana Point and traveling seven to ten miles north along the coast to whale watch. I plan on leading similar tours with the SummerTree Institute about three times a year for the foreseeable future. On these trips I intend to see Gray Whales, Humpback Whales, Blue Whales, Sperm Whales, Minke Whales, Common Dolphins, White-Sided Dolphins, Dalls Porpoises, Risso's Dolphins, Killer Whales, California Sea Lions, Harbor Seals, Elephant Seals, and other marine life. Seeing marine wildlife, especially dolphins and whales, is the primary goal of my trips with both DolphinWorks and the SummerTree Institute.

9. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the dolphins, whales, fish, and other marine life that I regularly enjoy. My enjoyment of dolphins, whales, fish, and other marine species is harmed by the failure of the Navy and the National Marine Fisheries Service to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act, because the failure to comply with federal environmental law makes it more likely that harm will come to these species from Navy sonar training in the waters where I guide tours and recreate. Harm to whales, dolphins, fish, and other marine life in this area from Navy sonar lessens my ability to lead whale and dolphin watching tours with DolphinWorks and the SummerTree Institute in these waters and thus harms my economic interests. Furthermore, harm to whales, dolphins, fish, and other marine life in this area from Navy sonar lessens my ability to enjoy whale and dolphin watching and therefore harms my recreational, personal, and aesthetic interests.

1  |  10.  Harm to marine wildlife, especially whales and dolphins, is a double-edged sword for me. Morally, it makes no sense that the Navy is using sonar without proper safeguards to protect marine wildlife. Economically, it also makes no sense—the whale-watching business is a $2 billion industry, and one that many individuals, including myself, depend on greatly. While California has generally been good about regulating the impacts of the tourism and other businesses on whales, I fear that the continued use of sonar in Southern California will completely wipe out the progress we've made.

Executed on September 14, 2007, at Morongo Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
DOUG THOMPSON