ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br><br><br>**DECLARATION OF ROBIN KOBALY THOMPSON** |

## DECLARATION OF ROBIN KOBALY THOMPSON

I, ROBIN KOBALY THOMPSON, declare as follows:

1. I reside in Morongo Valley, California. I have personal knowledge of the matters set forth herein.

2. I am currently a member of the Natural Resources Defense Council ("NRDC") and have been a member since the 1990s.

3. I am also a member of many other marine conservation and protection organizations. I am a member and supporter of the American Cetacean Society, the Surfrider Foundation, and the Whale and Dolphin Conservation Society. I am also a member and/or supporter of the Ocean Alliance, Wild Coast, the Ocean Institute, Orca Network, the Ocean Conservancy, Oceana, and Defenders of Wildlife.

4. My husband and I currently operate two environmental education tour organizations, DolphinWorks and the non-profit SummerTree Institute. I regularly lead tours in the waters of Southern California and other areas with both of these groups. I have a Master's Degree in Biology from the University of California, Riverside, and am a professional biologist with over twenty years experience. I worked as a biologist for the Bureau of Land Management for twenty years and have planned environmental education curricula for Joshua Tree National Park. I co-founded and helped to develop the Wildlands Conservancy, one of the largest non-profit land conservancies in the United States. I have been in the ecotourism business for many years, and marine wildlife provides the basis for my livelihood.

5. My husband, Doug Thompson, founded DolphinWorks, a whale-watching tour business in 1989. After our marriage in 1997, I joined Doug as his partner in Dolphinworks. DolphinWorks takes corporate guests seeking "edu-tainment" on dolphin and whale watching trips off the Southern California coast. We have hosted tours for the members of many large and well-known corporations. On average I guide two trips a week of 40 to 50 people. These trips leave from Santa Barbara, Ventura, Marina Del Rey, Newport Beach, Dana Point, and San

1  Diego, California. The trips generally last two to three hours and cover 15 to 20
2  miles round trip from the harbor. We regularly see Gray Whales, Humpback
3  Whales, Blue Whales, Sperm Whales, Minke Whales, Common Dolphins, White-
4  Sided Dolphins, Dalls Porpoises, Risso's Dolphins, Killer Whales, California Sea
5  Lions, Harbor Seals, and Elephant Seals on these trips.
6      6.  I co-founded the SummerTree Institute with my husband, Doug
7  Thompson, in 2000, and currently serve as Executive Director. The SummerTree
8  Institute is a non-profit environmental education organization that offers excursions
9  to the public with the goal of inspiring an understanding and appreciation of nature,
10 including marine wildlife. We generally take around three five-day trips a year to
11 Southern California waters. On one common trip, we leave by boat from Santa
12 Barbara, California, and travel to Santa Rosa Island, Santa Cruz Island, and San
13 Miguel Island in Channel Islands National Park. On another common trip, we leave
14 by boat from Dana Point, California, and travel seven to ten miles north along the
15 coast to whale watch. We regularly see Gray Whales, Humpback Whales, Blue
16 Whales, Sperm Whales, Minke Whales, Common Dolphins, White-Sided Dolphins,
17 Dalls Porpoises, Risso's Dolphins, Killer Whales, California Sea Lions, Harbor
18 Seals, and Elephant Seals on these trips.
19     7.  I last visited the waters south of Newport Beach, California, on July 27,
20 2007, on a tour that left by boat from Dana Point, California and covered 15 to 20
21 miles round trip from the harbor. I last visited the waters north of Newport Beach,
22 California, on May 16, 2007, on a tour that left by boat from Newport Beach and
23 covered about 15 to 20 miles round trip from the harbor.
24     8.  I am returning to the waters off the Southern California coast in the
25 future with the goal of seeing whales, dolphin, and other marine life. I have tours
26 booked with DolphinWorks from August 16, 2007, through 2008. These tours will
27 leave by boat from Santa Barbara, Ventura, Marina Del Rey, Newport Beach, Dana
28 Point, and San Diego, California, and cover about 15 to 20 miles round trip from the

1  harbors. I plan on leading similar tours roughly twice a week on average for the
2  foreseeable future. Through the SummerTree Institute, I will lead a tour to Santa
3  Rosa Island, Santa Cruz Island, and San Miguel Island in Channel Islands National
4  Park from August 26 to August 29, 2007, leaving by boat from Santa Barbara,
5  California. Within the next year I will also be leading whale-watching tours with
6  the SummerTree Institute, leaving from Dana Point and traveling seven to ten miles
7  north along the coast to whale watch. I plan on leading similar tours with the
8  SummerTree Institute about three times a year for the foreseeable future. On these
9  trips I intend to see Gray Whales, Humpback Whales, Blue Whales, Sperm Whales,
10 Minke Whales, Common Dolphins, White-Sided Dolphins, Dalls Porpoises, Risso's
11 Dolphins, Killer Whales, California Sea Lions, Harbor Seals, Elephant Seals, and
12 other marine life. Seeing marine wildlife, especially dolphins and whales, is the
13 primary goal of my trips with both DolphinWorks and the SummerTree Institute.
14       9.    I have been informed that the U.S. Navy has been authorized to use
15 low-frequency active sonar systems in and near waters that provide habitat for the
16 dolphins, whales, fish, and other marine life that I regularly enjoy. My enjoyment of
17 dolphins, whales, fish, and other marine species is harmed by the failure of the Navy
18 and the National Marine Fisheries Service to follow the mandatory procedures
19 established by the National Environmental Policy Act, the Endangered Species Act,
20 and the Marine Mammal Protection Act, because the failure to comply with federal
21 environmental law makes it more likely that harm will come to these species from
22 Navy sonar training in the waters where I guide tours and recreate. Harm to whales,
23 dolphins, fish, and other marine life in this area from Navy sonar lessens my ability
24 to lead whale and dolphin watching tours with DolphinWorks and the SummerTree
25 Institute in these waters and thus harms my economic interests. Furthermore, harm
26 to whales, dolphins, fish, and other marine life in this area from Navy sonar lessens
27 my ability to enjoy whale and dolphin watching and therefore harms my
28 recreational, personal, and aesthetic interests.

10. I am extremely concerned about the Navy's use of sonar, and I believe that it has many effects beyond those that we can see in marine mammals. There is a much broader picture—sonar harms the entire ecosystem. These effects on smaller organisms will ultimately take a toll on dolphin and whale populations, and my husband and I depend greatly on these animals for our livelihood.

Executed on September 14, 2007, at Morongo Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ROBIN KOBALY THOMPSON