ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF CHARLES VINICK** |

# DECLARATION OF CHARLES VINICK

I, Charles Vinick, declare as follows:

1. I reside in Santa Barbara, California. I have personal knowledge of the matters set forth herein.

2. I have been a member of the Ocean Futures Society ("OFS") since its founding in 1999. I joined and continue to support OFS because of my concern for the protection of marine mammals and the marine environment generally.

3. I live in Santa Barbara, California, and work in both Santa Barbara and Cape Cod, Massachusetts. In both California and Massachusetts I have spent considerable time in the coastal environment. The protection of whales is very important to me and has been a significant part of my life's work.

4. From 1976 to the present I have been involved in the operation and management of environmental organizations. My involvement has been and is primarily with organizations whose focus is on protecting the marine environment and also protecting marine mammals. From this professional experience I developed a great appreciation for marine mammals and other marine species. From 1986 to 1992, I lived aboard a boat moored in Long Beach and Marina Del Rey, California. This experience further enhanced my sense of connection with the marine environment.

5. My commitment to, and concern for, the welfare of whales was greatly enhanced by my having had the privilege of serving as project manager for the return of Keiko, the killer whale featured in the motion picture "Free Willy" to the wild. I directed this project in Iceland for three years, from 1999 to 2003 and, during that time, spent countless hours observing whales from both boats and helicopters. I have seen first-hand the extent to which they interact as families within their pods and the extent to which they are aware of their environment. Actions that compromise their ability to fully interact with their environment compromise their quality of life and their survival.

6. Beginning in June of 2005 I served as president and chief executive officer of Nantucket Soundkeeper in Hyannis, Massachusetts, and I currently remain president of the organization. Through August 2007, I spent approximately 90% of my time in Cape Cod. As part of my work, I frequently boat on the waters of Nantucket Sound and occasionally into the Atlantic Ocean east of Nantucket. The purpose of these excursions is primarily to monitor the habitat and water quality of Nantucket Sound and its environs. We do observe marine mammals on these trips. Also, I occasionally take groups on boat outings, two or three times a season, off of Monomoy Point (at the southeastern edge of Cape Cod) in the eastern part of Nantucket Sound to observe marine life. When boating in these areas I often observe harbor seals, grey seals, white sided dolphin, as well as many species of birds. Humpback whales, right whales, minke, whales and finback whales frequent the waters east of Monomoy and easterly to Stellwagen Bank. On occasion, these whales are observed on our excursions along Monomoy. On a whale watching and research observation trip in June 2002, traveling east from Provincetown, I observed finback whales, right whales, and humpback whales. I also occasionally see leatherback turtles in Nantucket Sound. From reports I am aware that sea turtles were more common in these waters in the past, and am concerned that their numbers appear to be diminishing.

7. I currently spend most of my time in Santa Barbara, California. I make a point of visiting the beaches in the area to go walking while I am there. In Santa Barbara, I have been out boating off of Ventura and Santa Barbara twice in the latter part of 2005. The marine species I enjoy looking for and observing in these waters include dolphin, seals, Gray Whales, Blue Whales and the occasional orca. I plan to continue visiting the beaches and boating off of Santa Barbara and Ventura as frequently as my schedule permits, and anticipate that I will have many more opportunities to do so.

8.   One of the most thrilling experiences I have had with marine life is visiting Gray Whale breeding grounds in Baja California. It is a deeply moving and heartwarming experience to be out on the water with the adult whales and calves. The whales often come very close to a drifting boat, creating a truly special interaction between humans and whales. It is amazing to observe these beautiful animals at such close proximity, and to do so without disturbing them. From these experiences in particular I have developed a profound appreciation for the whale's acute awareness of and connection to their marine environment. I look forward to having the opportunity to visit these waters and to observe and interact with the whales there again in the future.

9.   I am aware that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the whales, dolphins, seals, sea lions, fish, and other marine life that I regularly enjoy. I am aware of the multitude of impacts humans have on marine species, and I am particularly concerned about the impact the Navy sonar program has on the sensitive hearing of many marine mammals. My enjoyment of whales and other marine species is harmed by the failure of the Navy and the National Marine Fisheries Service to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act. Failure to comply with federal environmental law makes it more likely that harm will come to the species from Navy sonar training in the waters where I observe these magnificent creatures. Any harm to marine mammals or other marine species from Navy sonar lessens the chances that I will be able to observe marine species, and harms my recreational, personal and aesthetic interests.

10.   I believe that the Navy's activity has harmed and will continue to harm the marine species in the areas where it conducts active sonar testing, and that my own enjoyment and engagement with marine species has been impaired and will

continue to be impaired by the Navy's failure to properly consider the harm to marine life caused by its exercises.

Executed on October 5, 2007, at Santa Barbara California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Charles Vinick*
―――――――――――――――
CHARLES VINICK