ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br>v.<br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br><br><br>**DECLARATION OF JOHN WANG** |

# DECLARATION OF JOHN WANG

I, JOHN WANG, declare as follows:

1. I reside in Thornhill, Ontario, Canada. I have personal knowledge of the matters set forth herein.

2. I am a member of the Natural Resources Defense Council (NRDC) and have been a member since early September, 2007. After learning about NRDC's involvement in efforts to combat the harmful environmental impacts of ocean noise, I joined the organization to show my support.

3. I have devoted my professional career to the study of cetaceans inhabiting the waters off the coasts of Taiwan, the Philippines, China and Japan. I received a bachelor's degree in Biology, with a specialization in zoology, from the University of Toronto in 1990. In 1993, I received a Master's in zoology from the University of Guelph and in 1999 was awarded a Ph.D. in biology from McMaster University. My doctoral thesis, entitled *The classification of sympatric forms of bottlenose dolphins (genus* Tursiops*) in Chinese waters*, focused on the documentation and classification of different bottlenose dolphin species present in coastal Chinese waters. This research resulted in the global recognition of the existence of at least two bottlenose dolphin species in these waters: the Common Bottlenose Dolphin (*Tursiops truncatus*) and the Indo-Pacific Bottlenose Dolphin (*Tursiops aduncus*). From April 1999 to March, of 2000, I was a post-doctoral fellow with the Center for Marine Conservation (now known as the Ocean Conservancy), where, among other things, I scientifically analyzed the conservation status of marine species under the International Union for the Conservation of Nature and Natural Resources (IUCN) Red List and the United States Endangered Species Act and was involved in the revisions of the Red List criteria.

4. I am the co-founder of, and currently Principal Biologist with *FormosaCetus* Research and Conservation Group, an organization dedicated to the study and conservation of cetaceans in the waters surrounding Taiwan. I am also

DECLARATION OF JOHN WANG

currently an Adjunct Researcher with the Taiwan National Museum of Marine Biology and Aquarium and an Affiliate Professor in the George Mason University Department of Environmental Science and Policy. I have authored a number of scientific publications on the subject of cetaceans.[1]

5.   The nature of my research typically falls within one of two general categories: (1) general cetacean survey work and (2) species-specific research. Most of this work has focused on cetacean populations of Taiwan's coastal waters, and in the waters of the Taiwan Strait. I have conducted this research both from shore- and boat-based platforms. The distances I travel from shore vary depending on the distributions of the species I am studying and the purpose of the research. While I typically conduct my research within 10 kilometers from shore, I have at times conducted research as far as 30-40 kilometers out to sea.

6.   I have either led or participated in cetacean surveys off the coast of Taiwan since 1996. Collectively, these surveys consisted of the observation and recording of cetaceans including deep-water, oceanic cetaceans off both the southern and eastern coast of the island. Among other results, this research disclosed that these waters are inhabited by: dwarf and pygmy sperm whales, at least 4 species of beaked whales (Ginkgo-toothed, Blainville's, Cuvier's, and Longman's), and at least 15 species of dolphins (including Pantropical Spotted Dolphin, Spinner Dolphin, Risso's Dolphin, Bottlenose Dolphins Fraser's Dolphin, False Killer

---

[1] *See e.g.*, Wang, J.Y. and Yang, S.-C. 2007. *An identification guide to the dolphins and other small cetaceans of Taiwan.* J.J. Publishing Co., Taipei, Taiwan. 208pp.; Wang, J.Y. and Yang, S.-C. 2006. Unusual cetacean stranding events of Taiwan in 2004 and 2005. *J. Cetacean Res. and Management* 8(3): 283-292; Wang, J.Y., Yang, S.-C. and Reeves, R.R. (Editors) 2004 Report of the First Workshop on Conservation and Research Needs of Indo-Pacific Humpback Dolphins, *Sousa chinensis,* in the Waters of Taiwan. National Museum of Marine Biology and Aquarium, Checheng, Pingtung County, Taiwan. 25-27 February 2004, Wuchi, Taiwan. 43 pp (English) + 37 pp (Chinese); Wang, J.Y., Hung, S.K. and Yang, S.-C. 2004. Records of Indo-Pacific humpback dolphins, *Sousa chinensis* (Osbeck, 1765), from the waters of western Taiwan. *Aquatic Mammals* 30: 189-196; Wang, J.Y., Chou, L.-S. and White, B.N. 2000. Osteological differences between two sympatric forms of bottlenose dolphins (genus *Tursiops*) in Chinese waters. *Journal of Zoology (London)* 252:147-162.; Wang, J.Y., Chou, L.S., Yao, C.J., Neimanis, A.S., and Chou, W.H. 1995. Records of Cuvier's beaked whales (*Ziphius cavirostris*) from Taiwan, Republic of China. *Asian Marine Biology* 12: 111-118.

Whale, Melon-Headed Whale, Pygmy Killer Whale). I have also observed Humpback Whales and Sperm Whales in these waters, albeit more rarely.

7. At the invitation of the World Wildlife Fund - Philippines, I have also surveyed waters in the Northern Philippines, along the eastern coast of the main island of Luzon. Species recorded included: Indo-Pacific Bottlenose Dolphin, Spinner Dolphin, Short-Finned Pilot Whale, Sperm Whale, Dwarf Sperm Whale, Longman's Beaked Whale and Humpback Whale.

8. In August of this year, I conducted a photo identification survey of a highly threatened, small population of Indo-Pacific Humpback Dolphins off the west coast of Taiwan. This unique population of Indo-Pacific Humpback Dolphins, known as the "Eastern Taiwan Strait Population," was first discovered in 2002 and has an estimated number of less than 100 individuals. This population is currently afforded the highest level of legal protection under the Wildlife Conservation Act of Taiwan, in a manner roughly equivalent to the listing of species as "endangered" under the Endangered Species Act in the United States. As I am concerned, both professionally and personally, about the well-being of this population of animals, I have been involved in efforts to also get them listed on the (IUCN) Red List of threatened species as "Critically Endangered" (the most severe category before extinction).

9. I have studied Finless Porpoises at various locations around the Taiwan Strait, Japan and Northern China, including (i) the waters around the Matsu Islands, located due east of the Chinese city of Fuzhou off the coast of Chinese province of Fujian, (ii) the Bohai and Yellow Sea in Northern China, and (iii) the waters around the City of Shimonoseki, located at the southwestern tip of the Japanese island of Honshu. In addition to dissecting animal carcasses for the purposes of studying anatomy, taxonomy and other biological aspects, I conducted shore- and boat-based observations of these creatures, with the purpose of obtaining a greater understanding of their behavior and distribution and occurrence. During these

times, my research colleagues and I also observed and studied other species, such as Indo-Pacific Bottlenose Dolphins and False Killer Whales. I have also occasionally worked in Hong Kong and around its adjacent waters to conduct research on Finless Porpoises and Humpback Dolphins. This work in Hong Kong has to date consisted primarily of dissections and assistance with land- and boat-based observations of these species.

10.  In the future, I expect and intend to continue both survey work and research of specific cetacean species in Asian waters, including the Taiwan Strait and coastal Chinese waters. I anticipate that in 2008 (and with adequate funding) I will continue my focus on researching the eastern Taiwan Strait population of Humpback Dolphins off the west coast of Taiwan and also cetacean survey work off the southeast coast of the island.

11.  Consistent with the nature of my educational background and current research, I maintain both a professional and personal interest in the welfare of cetaceans, especially those particular species – such as Finless Porpoises, Indo-Pacific Bottlenose Dolphins and Indo-Pacific Humpback Dolphins – that have become the focus of my attention over the last 10 years. I am therefore concerned about the harm that may come to these and other cetacean species from a variety of sources, including high intensity active sonar and other forms of ocean noise. In early September of this year, an international workshop was held in Taiwan during which the issue of threats to the eastern Taiwan Strait population of Indo-Pacific Humpback Dolphins was discussed. Among other factors (such as pollution, loss of habitat due to land reclamation and coastal development, and gillnet fishing), ocean noise was also recognized as a major threat to marine mammal populations in the waters in and around the Taiwan Strait. The harmful impact of this threat is amplified with respect to those populations, such as the Eastern Taiwan Strait population of Indo-Pacific Humpback Dolphins, whose numbers are already dangerously low.

12.  I have been informed that the U.S. Navy has been permitted to use low-frequency active sonar systems in and near waters that provide habitat for the cetaceans that I study and survey in the waters around Taiwan, China, Japan and the Philippines. I am troubled by the possibility that the Navy's use of low-frequency active sonar will harm these dolphin and whale species, as well as other forms of marine life. The ability to pursue my research, in addition to the personal satisfaction and enjoyment that I get from viewing these animals in the wild would be harmed by the failure of the Navy to follow the mandatory procedures established by the certain federal laws of the United States, including the National Environmental Policy Act (NEPA), the Endangered Species Act (ESA), and the Marine Mammal Protection Act (MMPA). The Navy's failure to comply with applicable laws in its training with sonar would make it more likely that harm will come to these species in the waters where I conduct research. Because these species constitute the basis of my scientific research, and because I hold a personal interest in the welfare of these animals, my interests would in turn be harmed.

13.  In order to provide the appropriate safeguards for the protection of marine mammals and other species, the Navy should abide by the requirements set forth in NEPA, ESA and the MMPA in its testing and training with low-frequency active sonar.

Executed on October 07, 2007, at Thornhill, Ontario, Canada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
JOHN WANG