ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF ERIC WEST** |

# DECLARATION OF ERIC WEST

I, Eric West, declare as follows:

1. I reside in Ormond Beach, Florida. I have personal knowledge of the matters set forth herein.

2. I have been a member of the Natural Resources Defense Council ("NRDC") since 1993. I joined and continue to support NRDC because I feel the organization gives a strong voice to the issues of environmental protection that I care about as an individual.

3. I have a strong interest in marine ecosystems and the wildlife that inhabit them. Living in close proximity to the ocean is essential to me, because I earn my livelihood as a sailing instructor and charter captain. I have a deep appreciation for the marine life that I encounter on the water, and consider teaching sailing an opportunity to educate my clients about marine species and the marine environment.

4. I have been racing sailboats here since 1978, and giving sailing lessons and captaining chartered sailing outings out of Ponce Inlet, near Daytona Beach, since about 1982. I am on call for lessons and sailing outings every day. On average, I captain approximately 150 sailing outings annually, year-round. Of these outings, approximately 100 each year are offshore. On these trips, I generally sail within a few miles of Ponce Inlet, occasionally as far north as St. Augustine and up to approximately six nautical miles offshore. My inshore trips are usually on the Halifax River, which is part of the Indian River Lagoon System. I also sail recreationally about once every two weeks. Also, every two years since 1998 (most recently in May 2006) I race from Daytona to Charleston, South Carolina. On the course of this race I am at points over 100 nautical miles off shore.

5. When I take people sailing during calving season from November to May each year, we also look for North Atlantic right whales off Ponce Inlet. I find it so deeply fulfilling to observe these rare and magnificent marine mammals, which

1  are protected under the Endangered Species Act, that I have distributed
2  informational brochures to management at all the hotels from Ormond Beach to
3  Ponce Inlet and encouraged them to report sightings by their clientele to the
4  organizations that track the whales and seek to ensure their survival. Other wildlife
5  that I observe regularly when I am sailing are shorebirds, pelagic birds, and
6  bottlenose dolphin. I see dolphins nearly every time I go sailing. Often, groups of
7  up to twenty or more dolphins will swim along with my boat at very close range.
8  Occasionally I also see manatees, osprey, frigate birds, eagles, sea turtles, and manta
9  rays.
10        6.   In addition, I deliver yachts along the Atlantic coast as part of my
11 business. Since 1980 I have typically made one to two deliveries annually, between
12 areas ranging from North Carolina to the Keys to the Bahamas. I have also made
13 deliveries further north along the coast, at times travelling as far as New York.
14        7.   The routes I take on yacht deliveries are both inshore and offshore,
15 depending on weather conditions and destination. For example, in August 2003, I
16 sailed from Daytona to Hilton Head, South Carolina following a straight-line,
17 offshore route; in March 2004 I sailed from Daytona to the Bahamas; in March 2004
18 I sailed from Daytona to Oriental, North Carolina following an inshore and offshore
19 route (offshore up to about 50 nautical miles as far north as Saint Simons Island,
20 Georgia, then following the Intracoastal Waterway to North Carolina); in December
21 2004 I sailed from Tampa Bay to Daytona, first sailing down the Intracoastal
22 Waterway to the St. Lucie River, then offshore to Fowey Rocks off of Key Largo,
23 down the Hawk Channel to Marathon, then across Florida Bay to Shell Point in
24 Appalachee Bay; and in February 2006 I sailed from Daytona to Miami following a
25 route up to approximately 30 nautical miles offshore.
26        8.   The time I spend sailing makes for a great opportunity to observe and
27 interact with marine life. For instance, on a delivery trip to the Bahamas from
28 Daytona Beach in March 2004, a pod of about twenty dolphins was following the

boat on the evening of the second day of the trip. The dolphins were extremely close, swimming alongside and under the boat, when my student and I were treated to the spectacle of one of the dolphins "tail walking" alongside the boat. It was a remarkable and delightful experience. Another particularly memorable encounter I had with marine life while sailing occurred recently, in September of this year, when I spotted two enormous leatherback turtles swimming ahead of the boat. At approximately seven feet and five feet each, they were the largest leatherback turtles I have ever seen. It was a truly awesome experience, and one that deepened my feeling of connection to the marine life that inhabit these waters. In 1981, during a race between Bermuda and east of Charleston, I encountered a pod of at least 26 pigmy sperm whales.

9.   In addition to sailing, over the past twenty years I have been active in securing protection for tidal wetlands in Volusia County, Florida. I have a strong appreciation for the importance of these marshy wetlands as habitat for marine life and other wildlife, and am committed to advocacy for water conservation and water quality protection to preserve these important tidal wetlands ecosystems. I am a member of the Native Plant Society, Wetlands Alert, Floridians for Environmental Responsibility, and, locally, the Save the Loop Committee. Over the past three years, I have attended community meetings, county council meeting, and regional water board hearings to seek improvements in policies and development practices in the area in order to protect the quality of these ecosystems, which are the most biodiverse estuarine systems in the United States. I feel this is important because we are located at the northern edge of the range of mangrove swamps. These ecosystems are some of the most critically-important biological systems on the planet, because they provide habitat to nearly all marine life, generate new land, and capture carbon, preventing it from getting into the atmosphere, helping to prevent global warming.

10. Sailing and observing this region's magnificent marine life are deeply important to me. From the many years I have been sailing and working for wetlands conservation in this area, I have developed a strong connection to the ocean and a deep appreciation for whales, sea turtles, dolphin, shorebirds and pelagic birds, and for other marine species in general. And, as sailing the waters off the southern Atlantic coast is my livelihood, I plan and expect to continue sailing these waters frequently in years to come. I also plan to remain active in my efforts to protect the tidal wetlands in this area with the goal of preserving the estuarine environment and the marine life that depends on it.

11. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters where I live and sail and that provide habitat for the dolphins, whales, sea turtles, rays, and other marine species I observe and enjoy there. I greatly enjoy the opportunities I have to observe and interact with them, and, as a result, I am deeply concerned about the effects of active sonar systems on marine mammals and other marine species. I am aware of and very concerned by scientific evidence indicating that the use of active sonar may pose a serious threat to whales and other marine mammals by causing physical injury or disrupting their basic life functions, including breeding and reproduction. I am also concerned sonar may have unknown detrimental impacts on other marine species, and could disrupt the entire marine ecosystem in these waters.

12. My enjoyment of these marine species is harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act (NEPA), the Endangered Species Act (ESA), and the Marine Mammal Protection Act (MMPA). The Navy's failure to comply with federal environmental law in its training with sonar makes it more likely that harm will come to these species in the waters where I sail and observe marine wildlife. Harm to whales, dolphins, other marine mammals, or indeed any marine species in resulting from Navy sonar transmissions lessens my ability to enjoy observing these

1  creatures as I sail up and down the Atlantic coast, and therefore harms my
2  recreational, personal, and aesthetic interests.
3     13.  In addition, wildlife observation, including whale observation, is an
4  attractive benefit of my chartered sailing outings. As a result, I am also concerned
5  that effects of active sonar systems on marine mammals and other marine life will
6  hurt my economic interests by lessening opportunities for observing whales and
7  other marine in these waters.
8     14.  I believe that the Navy's activity has harmed and will continue to harm
9  the marine species in the areas where it conducts active sonar testing, and that my
10 own enjoyment and engagement with marine mammals and other marine species has
11 been impaired and will continue to be impaired by the Navy's failure to properly
12 consider the harm to marine life caused by its exercises.

   Executed on September 28, 2007, at Ormond Beach, Florida.
   I declare under penalty of perjury under the laws of the United States of
   America that the foregoing is true and correct.

                                    _____
                                            ERIC WEST