ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU | Civil Action No. CV-07-4771-EDL |
| Plaintiffs, | |
| v. | **DECLARATION OF HAVILAND WRIGHT** |
| CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS | |
| Defendants. | |

# DECLARATION OF HAVILAND WRIGHT

I, HAVILAND WRIGHT, declare as follows:

1. I reside in Kilauea, Kauai, Hawaii. I have personal knowledge of the matters set forth herein.

2. I am currently a member of the Natural Resources Defense Council ("NRDC") and have been a member since 2005.

3. Marine life and the oceans are very important to me. I sail often, and I have chosen to live on Kauai in part because Kauai has great trade winds and access to open ocean. I have built a lifestyle that includes being on the water around Kauai, and the health of these waters and the species that live in them is something I appreciate greatly.

4. My family owns a 17-foot Hobie catamaran, which we keep at Hanalei Bay on the north shore of Kauai. I regularly sail out of Hanalei into Kauai Channel, between Oahu and Kauai and also, on occasion, along the Napali Coast on the western side of Kauai. Prior to obtaining the catamaran, my family owned a 30-foot sailboat which, when not in use, we kept docked at Nawiliwili Harbor, in southeast Kauai. One of the reasons I switched from the sailboat to the catamaran is because the catamaran is better equipped to bring me (and my sailing companions) in close proximity to marine species that I didn't see as often on the sailboat.

5. While sailing on the catamaran in the Kauai Channel, along the Napali Coast, and on other waters near my home, I regularly see bottlenose dolphins, spinner dolphins, malolo (flying fish) and sea turtles. During winter and early spring, I have also seen whales while sailing during in the waters off the east side of Kauai. During this time of the year, I also go on land to the Kilauea Lighthouse at Kilauea Point (the northern-most point in the State of Hawaii) to view the whales from the shore. I enjoy seeing all of these marine animals very much, and, as I intend to continue sailing in these waters, I expect and hope to encounter them in the

DECLARATION OF HAVILAND WRIGHT

1  future.  I enjoy and greatly value the opportunity to view these animals in their

2  natural habitat.

3       6.       I was on the beach in Hanalei on the morning of July 3, 2004, and

4  witnessed the pod of more than 150 melon-headed whales crowd into the shallow

5  waters of Hanalei Bay, during the Navy's Rim of the Pacific (RIMPAC) sonar

6  exercises.  I stayed on the beach throughout the day on July 3 and late into the night

7  to observe the whales and to do what I could to ensure that they did not strand on the

8  beach.  The whales were milling in circles and, based on their behavior and the

9  noises they were making, appeared to be in distress.  On the morning of July 4, after

10 the whales had been milling in Hanalei Bay for 24 hours and it was clear that they

11 were unable to help themselves out of their situation, I joined with others on the

12 beach in working to construct traditional Hawaiian lau to use in an attempt to

13 encourage the whales back into deeper waters.  I watched as canoes formed a half-

14 moon around the whales and succeeded in gently herding them to deeper waters.  I

15 was very moved as the whales finally broke free from the Bay, leaping in the air and

16 making their way back out into the ocean.  Soon after this event (if not during the

17 event itself), we heard that the Navy had been operating sonar the day of the

18 stranding and had stopped using it when the stranding was first reported.

19      7.    For many hours, I watched the distressed whales and was myself upset by

20 the possibility that they might strand and die.  Upon seeing that the herding efforts

21 of other members of the Hanalei Canoe Club were successful, and after witnessing

22 the whales leaping freely out of the water as they exited the Bay, I was jubilant.  I

23 knew then that I never wanted to see whales – or indeed any marine mammals – in

24 distress like that again.  It is clear to me that without the efforts and, perhaps, the

25 luck of the Hanalei Canoe Club volunteers, there is a good chance that the whales in

26 Hanalei Bay in 2004 would have stranded.  I fear we cannot always count on such

27 efforts and luck to prevent future stranding events.

28

DECLARATION OF HAVILAND WRIGHT

8.    The Hanalei stranding event disturbed me greatly when it occurred in 2004 and continues to disturb me to this day, especially considering the Navy's truculent stand on the stranding. The Navy has denied even that a stranding occurred (apparently because there was not massive death) and has made misleading statements implying that incidents like the 2004 Hanalei stranding are common. These events are not common. The Navy's actions and statements since the stranding in July 2004 have demonstrated its reckless disregard for the fragile Hawaiian environment, its indifference to the history and culture of the Islands, and its determination to trade our future in order to fulfill their short term plans.

9.    I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for melon-headed whales, other marine mammals, sea turtles, fish, and other marine species that I regularly encounter and enjoy viewing on the water. My interests in the welfare of these marine species and my enjoyment at being in their presence is harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act. The Navy's failure to comply with federal environmental law in its training with sonar makes it more likely that harm will come to these species in the waters where I paddle and sail and engage in other activity related to my interests in whales, dolphins, fish and other species.  The Navy's use of sonar in these waters therefore harms my recreational, personal, and aesthetic interests.

10. I am very troubled by the possibility that the Navy's use of sonar will harm these species, and may have long-term effects that reduce the population of whales and other marine life we see around Kauai. It is of the utmost importance to me that the Navy complies with all applicable environmental law – including the laws designed to protect marine species – when it undertakes these exercises.

DECLARATION OF HAVILAND WRIGHT

1    Executed on October 4, 2007, at _Kilauea_____, Hawaii.

2    I declare under penalty of perjury under the laws of the United States of

3    America that the foregoing is true and correct.

4

5

6    HAVILAND WRIGHT, Ph.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HAVILAND WRIGHT