1  ROBERT L. FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
   Email: RFalk@mofo.com
5  Email: RStafford@mofo.com
   Email: SSchindler@mofo.com
6
   JOEL R. REYNOLDS (SBN 85276)
7  CARA A. HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
   1314 Second Street
8  Santa Monica, CA 90401
   Telephone: (310) 434-2300
9  Facsimile: (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
   UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
11 PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF MARGARET WRIGHT** |

## DECLARATION OF MARGARET WRIGHT

I, MARGARET WRIGHT, declare as follows:

1. I reside in Kilauea, Kauai, Hawaii, and have lived here for five years. I have personal knowledge of the matters set forth herein.

2. I have been a member of the Natural Resources Defense Council since 2005. I am also a member of the Ocean Futures Society and the International Fund for Animal Welfare. I joined and continue to support these organizations because of my general commitment to protecting the ocean environment and because of the work these organizations do to protect whales and other wildlife.

3. Marine life and the oceans are very important to me. One of the reasons I have chosen to live in Kilauea and in Hawaii is because of this area's proximity to and relationship with the oceans and marine life. I have built a lifestyle that is centered around being on and in the waters around Kauai, and the health of these waters and the species that live in them is something I appreciate every day. My day-to-day life would be considerably less fulfilling if whales, other marine mammals, sea turtles, or fish in these waters were harmed and if, in turn, my ability to enjoy viewing these species was limited.

4. I am an outrigger paddler. I have been an outrigger paddler for five years and regularly paddle up to five times per week, mostly in the following waters: Hanalei Bay and down the coast to the Kilauea Lighthouse, by Hideaways, Anini Beach (distinguished as having one of the largest reefs in the Hawaiian chain), Kalihiwai Bay, and Kilauea Point (the northern most point in the Hawaiian Islands and home to many pods of spinner dolphins).

5. I also paddle in 6-person outrigger canoes, and often compete in paddling races. These races are up to 26 miles long in distance and occur in waters all around the island of Kauai, including waters off the western shore of Kauai, and in the Kaulakahi Channel, located between the islands of Kauai of Nihau. When paddling – both solo and in competitive races – it is very common that I see marine species,

including humpback whales, spinner dolphins, bottlenose dolphins, flying fish, honu, green sea turtles, monk seals, hawksbill turtles, white-tipped, mako, tiger and reef sharks, yellow fin tuna, butterfly fish, and eels.

6.   I enjoy seeing and being in the presence these marine animals very much during both solo paddling excursions and competitive outrigger canoe races. The beauty of outrigger canoeing is the closeness you feel with the ocean and its marine life. When you are racing, the activity is strenuous. There are many times when a pod of dolphins will follow our six man canoe during our evening practices and daytime long distance races. When it rains, we call it liquid sunshine, there is nothing better than to be working hard in a canoe in the intense heat and have a torrential down pour followed by a beautiful rainbow and the presence of marine life. Green turtles have actually put a flipper up in the waves as if they are acknowledging our presence. Malolo, a type of flying fish, jump in the air as we take a short break from our workout. Brown footed boobies and albatross dive for fish above our heads or sit on buoys as we move out to sea. Spinner dolphins have performed during our early morning practices.  There are really no words to express the beauty of the marine life I have experienced by myself and with my teammates.

7.   One particular outrigger canoe race that I participate in, the Napali Challenge, is held every year at the beginning of August. As this race is the warm-up for the Molokai Channel race, the Napali Challenge is an important race for the outrigger racing community. Teams come from all over the world to compete in this race, in which competitors race around the Napali Coast (on the northwestern side of Kaui) to Kekaha (located on the southwestern portion of the island). In this race, each team consists of a six man crew of men and women. There are water changes every twenty-thirty minutes where the entire crews change out and sit on the escort boat. Sitting on the escort boat offers an especially good opportunity to observe the array of marine wildlife in these waters. Similarly, the chance to observe these species while racing offers its unique rewards; the thrill of watching dolphins and

turtles as we round the coast is very special. It gives you the energy to finish the race.

8. My family owns a 17-foot Hobie catamaran, which we keep at Hanalei Bay on the north shore of Kauai. With my husband – who is an avid sailor – I am teaching my sons to sail. I often join my husband and our sons on sailing trips in the waters near our home offshore of Kilauea, and in waters around the island of Kauai. When sailing, it is very common that I see marine species, including sea turtles, spinner dolphins, bottlenose dolphins, malolo, honu, green sea turtles, monk seals, hawksbill turtles, white-tipped, mako, tiger and reef sharks, yellow fin tuna, butterfly fish and eels. I enjoy viewing and being in the presence of these marine animals very much.

9. I plan to continue using the waters near our home offshore of Kilauea, and in waters around the island of Kauai for future recreation and enjoyment. Just as I have many times in the past, I plan and hope to see whales, dolphins, sea turtles, fish, and other marine life in the course of my paddling excursions, sailing trips and outrigger canoe races. I also anticipate that I will soon be learning to navigate on the water using a sailing canoe, an activity that has increased in popularity recently. I expect that by using a sailing canoe, I will be venturing even further out on the waters around the Hawaiian Islands.

10. I am a member of the Hanalei Canoe Club, which is a community organization that encourages outrigger canoeing and also works to educate the community about the importance of protecting marine life around the Hawaiian Islands.

11. Along with other members of the Hanalei Canoe Club, I was among the first people to observe the pod of more than 150 melon-headed whales that crowded into the shallow waters of Hanalei Bay on the morning of July 3, 2004, during the Navy's Rim of the Pacific (RIMPAC) sonar exercises. I stayed on the beach throughout the day on July 3 and late into the night to observe the whales and to do

DECLARATION OF MARGARET WRIGHT

1 what I could to ensure that they did not strand on the beach.  The whales were
2 milling in circles and, based on their behavior and the noises they were making,
3 appeared to be in distress.  On the morning of July 4, after the whales had been
4 milling in Hanalei Bay for 24 hours and it was clear that they were unable to help
5 themselves out of their situation, I joined with others on the beach in working to
6 construct traditional Hawaiian lau to use in an attempt to encourage the whales back
7 into deeper waters.  I watched as canoes formed a half-moon around the whales and
8 succeeded in gently herding them to deeper waters.  I was very moved as the whales
9 finally broke free from the Bay, leaping in the air and making their way back out
10 into the ocean.

11    12. This stranding event disturbed me greatly.  For many hours, I watched the
12 distressed whales and was myself upset by the possibility that they might strand and
13 die.  Upon seeing that the herding efforts of other members of the Hanalei Canoe
14 Club were successful, and after witnessing the whales leaping freely out of the water
15 as they exited the Bay, I was jubilant. I knew then that I never wanted to see whales
16 – or indeed any marine mammals – in distress like that again.  I believe that without
17 the efforts of the Hanalei Canoe Club volunteers, the whales in Hanalei Bay in 2004
18 would have stranded.

19    13. Inspired by this 2004 stranding event, I co-founded the Melon-Headed
20 Whale Project for the purpose of protecting melon-headed whales. The mission of
21 the Melon-Headed Whale Project is to keep the memory of the 2004 stranding event
22 alive in the community and to educate people about this species so that we never
23 forget that we share the ocean with marine life.  Activities of the Melon-Headed
24 Whale Project have included raising money for the Hawaiian Islands Stranding
25 Response Network; building a network of volunteers on several islands to assist that
26 stranding network; engaging in environmental awareness and education by setting
27 up booths at local regattas and ocean festivals; and hosting a series of radio
28

programs featuring interviews with experts on marine mammal welfare (including specialists on the impacts of sonar on marine mammals)

14. I have been informed that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat not only for the melon-head whales that I work to protect, but other whales, dolphins, fish and marine species that I regularly encounter and enjoy viewing on the water. I am very troubled by the possibility that the Navy's use of sonar will harm melon-headed whales, other whale species and marine mammals, sea turtles, fish, and other marine life.

15. My interests in the welfare of these marine species and my enjoyment at being in their presence while on the water is harmed by the failure of the Navy to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act. The Navy's failure to comply with federal environmental law in its training with sonar makes it more likely that harm will come to these species in the waters where I paddle and sail and engage in other activity related to my interests in whales, dolphins, fish and other species. The Navy's use of sonar in these waters therefore harms my recreational, personal, and aesthetic interests. If the Navy is to continue with its plans to conduct sonar exercises, it is of the utmost importance to me that the Navy complies with the environmental laws designed to protect marine species.

Executed on September 25, 2007, at Kilauea, Hawaii.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Margaret Wright_
MARGARET WRIGHT