ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF SHARON YOUNG** |

# DECLARATION OF SHARON YOUNG

I, SHARON YOUNG, declare as follows:

1. I have lived in Sagamore Beach, Massachusetts for more than fifteen years. My home is located roughly one mile from Cape Cod Bay, and I am both a frequent visitor to the shore and user of the coastal and offshore waters. I have personal knowledge of the matters set forth herein.

2. I am currently a member of The Humane Society of the United States ("The HSUS") and am also employed as the Marine Issues Field Director for the organization. I have been an employee and member of The HSUS since 1992.

3. The HSUS, a non-profit organization headquartered in Washington, D.C., is the largest animal protection organization in the United States, with nearly ten million members and constituents. The HSUS is committed to the goals of protecting, conserving, and enhancing the nation's wildlife and wildlands, and fostering the humane treatment of all animals. In furtherance of its goals and objectives, The HSUS and its members have demonstrated a strong interest in the preservation, enhancement, and humane treatment of marine mammals and other marine life.

4. I have devoted a significant amount of my professional attention and personal concern to the plight of marine mammal species, and particularly the plight of endangered whales. For at least ten years prior to my employment with The HSUS, I conducted research on feeding and foraging ecology of large baleen whales, including blue, humpback, fin, minke, and North Atlantic right whales, as well as orcas, while at the Station Recherche des Isles Mingan, in Quebec, Canada and Plymouth Marine Mammal Research Center in Massachusetts. I am a co-author of a number of scientific publications that focus on a variety of whale species, including right, humpback, blue, and fin whales.[1] I am an Adjunct Faculty in the

---

[1] *See e.g.*, Clapham P.J., S.B. Young and R.L. Brownell. 1999 *Baleen Whales: Conservation Issues and the Status of the Most Endangered Populations.* Mammal Review: 29 (1) pp. 35-60; Payne, P.M., D.N. Wiley, S.B. Young, S. Pittman, and P.J. Clapham. 1990 *Recent Fluctuations in*

University Animals and Public Policy graduate school, supervising independent study projects for their graduate students interested in marine policy, and I was, for one semester, an instructor in the Boston University Marine Program in Woods Hole.

5. For 15 years, starting in 1984, I also worked on commercial whale watching boats in Massachusetts where I was able to see and study whales and their behavior. This position afforded me an opportunity to educate the public about the conservation issues facing right whales and other endangered cetaceans. During these trips, I witnessed dead and injured whales, including whales entangled in commercial fishing gear or bearing evidence of vessel strikes. For much of this time, I was also a member of the Cape Cod Stranding Network, and responded to stranded marine mammals, including small cetaceans and pinnipeds, whose cause of death or stranding was not always immediately apparent. These events were deeply saddening and had a profound effect on me, strengthening my resolve to continue studying and advocating on behalf of marine mammals.

6. In my current position as Marine Issues Field Director with The HSUS, I focus largely on issues of marine mammal conservation and threats to individuals and populations. I provide comments on behalf of The HSUS on all National Oceanic and Atmospheric Administration's Fisheries Service ("NMFS"), U.S. Fish and Wildlife Service, and state agency actions that affect whales and other marine mammal species. Among the agency actions on which I comment are: the annual List of Fisheries, annual marine mammal stock assessments, proposed rulemakings by the agencies, issuance of scientific permits to study cetaceans, pinnipeds,

---

the Abundance of Baleen Whales in the Southern Gulf of Maine in Relation to Changes in Selected Prey. Fisheries Bulletin, U.S. 88:687-696; Young, S. *Reauthorization of the Marine Mammal Protection Act: The Impact on Fisheries and Endangered Marine Mammals.* Endangered Species Update 10 (#11-12):13-14 (1993); and Wiley, D.N. and S.B. Young. 1998 *The influence on asymmetrical body coloration on the feeding behaviour of the fin whale* (Balaenoptera physalus). The Twenty-fourth Annual Meeting of the Animal Behaviour Society. Missoula, Mt. Abstract. p. 94.

sirenians, and other marine mammals. I have attended meetings of the Recovery Plan Implementation Teams for North Atlantic right whales, and I participate as an appointed member of the Atlantic Large Whale Take Reduction Team, a congressionally-mandated stakeholder group comprised of scientists, fishermen, and conservationists charged with recommending strategies to reduce the mortality and serious injury of endangered large whales resulting from entanglement in commercial fishing gear. The Team focuses on reducing entanglement risk to endangered right, humpback, and fin whales, as well as minke whales. I am also a member of five other take reduction teams focusing on reducing serious injuries and mortalities of small cetaceans.

7. In addition to my professional interest in whales and other marine mammals, I enjoy studying, observing, and appreciating a variety of marine wildlife species in their natural habitat recreationally. I regularly take boat trips to look for whales, sea turtles, sharks, seals, and marine birds. Most recently, while on a boat trip this summer in Massachusetts Bay, I observed close to a dozen feeding humpback whales, as well as basking sharks and minke whales. I also continue to work occasionally as a naturalist on whale watching boats. Over the past twenty-two years, I have seen whales on virtually all of my trips offshore. Each year I look forward to seeing the return of large numbers of whales in the spring, and I plan to continue to look for, observe, and appreciate these whales next year and as long as the species remain extant.

8. I frequently walk along the coastline near my home and regularly observe a large variety marine life. The Cape Cod Canal is at the end of my street and I enjoy watching the herring run each spring along with the attendant abundant blue fish, gulls, and terns that feed on them. I have observed humpback and minke whales from the beach near my home. As I travel, I take every available opportunity to observe marine mammals. As a result, I have been privileged to see right whales from other Cape Cod beaches, a humpback whale, fin whales and dolphins from the

beach at Virginia Beach, Virginia, and dolphins both near shore and offshore in the states of Florida, Georgia and Texas. Both in Canada and in the Pacific Northwest, I have observed family groups of killer whales from recreational vessels offshore. I am planning to take my annual spring trip to Stellwagen Bank next year to see whales return and hope to also observe marine mammals on my trips next fall and winter when I travel to meetings on the West Coast and the Mid-Atlantic.

9. The unique combination of my residence in coastal Massachusetts, which is also home to several species of whales, and my personal and professional contacts have afforded me numerous opportunities to observe these fascinating, and often endangered, marine species. I will continue to take advantage of opportunities to view these animals and actively assist in the conservation of the species.

10. I am aware that the U.S. Navy has been authorized to use low-frequency active sonar systems in and near waters that provide habitat for the whales, dolphins, seals, sea lions, fish, and other marine life that I regularly enjoy. Through both my professional and personal interests, I am aware of the multitude of impacts humans have on marine species, and I am particularly concerned about the impact the Navy sonar program has on the sensitive hearing of many marine mammals. My enjoyment of whales and other marine species is harmed by the failure of the Navy and NMFS to follow the mandatory procedures established by the National Environmental Policy Act, the Endangered Species Act, and the Marine Mammal Protection Act, because the failure to comply with federal environmental law makes it more likely that harm will come to the species from Navy sonar training in the waters where I recreate and study these magnificent creatures. Harm to whales, fish, and other marine life in this area from Navy sonar lessens my ability to observe and enjoy these species and therefore harms my recreational, personal, and aesthetic interests. Furthermore, many of these species, particularly right and humpback whales, already suffer severe harm from many anthropogenic causes, including ship strikes and fishing gear entanglement. Navy sonar further threatens

1 these already endangered species, frustrating my personal and professional goal of
2 protecting these whales from further decline.
3
4     Executed on September 2_, 2007, at Bourne, Massachusetts
5     I declare under penalty of perjury under the laws of the United States of
6 America that the foregoing is true and correct.
7
8
9                                         SHARON YOUNG