ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF SARAH ETTMAN-STERNER** |

## DECLARATION OF SARAH ETTMAN-STERNER

I, SARAH ETTMAN-STERNER, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would give competent testimony thereto.

2. I am a Producer responsible for Web, Marketing and Communications at Ocean Futures Society ("Ocean Futures"), a marine conservation and education organization based in California. Its mission is to explore our global ocean, inspiring and educating people throughout the world to act responsibly for its protection, documenting the critical connection between humanity and nature, and celebrating the ocean's vital importance to the survival of all life on our planet.

3. As Producer, I create content for the web, marketing and communication activities.

4. Ocean Futures is a California nonprofit corporation, recognized under section 501(c)(3) of the United States Revenue Code. It is headquartered in Santa Barbara, California. The headquarters for Ocean Futures Europe is located at 44, rue de Vivier 95220 Herblay, France, C/O Marie-Claude Oren.

5. Ocean Futures is a free, web-based membership organization. Currently, we have over 10,000 registered members. Ocean Futures' members live throughout the United States and throughout the world, especially in coastal regions, and have a deep appreciation for the marine environment and its inhabitants.

6. In order to realize its mission, Ocean Futures is actively involved in programs and projects to create a shift in perception, behavior and policy, towards wiser choices in our relationship with the natural system. Currently they include:

    Sustainable Reefs Project

    *Jean-Michel Cousteau Ocean Adventures* PBS HDTV Series

    Ambassadors of the Environment Education Program, currently established in Marin County, Santa Barbara and Catalina Island, California, Hawaii,

Grand Cayman Island, Brasil, France, Greece and at sea on Regent Seven Seas Cruises

        Ecotourism Sustainable Development Project

        *Return to the Amazon* - a two-hour television special

        *Sea Ghosts* - a one-hour television special

        *Deep Oceans, Deep Space* – a two-hour television special

7. Ocean Futures creates action partnerships with leading environmentalists and organizations, proposing cooperative solutions for business, industry, educators, and government, particularly with a focus on future generations, raising hope for the health of the ocean through active participation.

8. Ocean Futures recognizes certain priorities:

    Global water quality, the essence of life, is at risk. Access to clean water is a birthright that must be respected.

    Marine habitats, especially coral reefs and wetlands, are the "canaries" of the sea, warning us of long-term decline of quality of life.

    Marine mammals, our biological counterparts in the sea, reflect the health of the ocean.

    The state of fisheries management reflects our dependence on the sea and our wisdom or ignorance to manage natural resources wisely.

9. Ocean Futures and its members are also concerned about the impact that active military sonar has on marine mammals and other ocean wildlife. As the scientific evidence mounts demonstrating that acoustic signals from active military sonar causes severe harm to marine wildlife, Ocean Futures has joined as a plaintiff in several legal challenges to the U.S. Navy's testing of active military sonar, including a lawsuit filed in this Court in 2002 challenging the Navy's testing of low-frequency sonar in the world's oceans.

Executed on September 26, 2007, at Santa Barbara, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Sarah Ettman-Sterner*
SARAH ETTMAN-STERNER