ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br>v.<br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF LINDA LOPEZ** |

## DECLARATION OF LINDA LOPEZ

I, LINDA LOPEZ, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would give competent testimony thereto.

2. I am the Director of Membership and Public Education for the Natural Resources Defense Council ("NRDC"). I have been the Director of Membership and Public Education for 20 years. My duties in this position include supervising the maintenance and updating of NRDC's membership database, which is a listing of those persons who are members of NRDC.

3. NRDC is a New York not-for-profit membership corporation, recognized under section 501(c)(3) of the United States Internal Revenue Code. NRDC has offices in Los Angeles, New York, San Francisco, Washington, Chicago and Beijing. NRDC opened its Los Angeles office in 1991.

4. NRDC's certificate of incorporation says that one of NRDC's purposes is "[t]o preserve, protect and defend natural resources, wildlife and the environment against encroachment, misuse and destruction" and "[t]o take whatever legal steps may be appropriate and proper to carry out the foregoing purposes." (Certificate of Incorporation of Natural Resources Defense Council, Inc., at 2 (1970) (a true and correct copy of pertinent parts of NRDC's Certificate of Incorporation is attached as Exhibit "A").)

5. NRDC's membership database is maintained in computerized format at Public Interest Data, Inc., at 1800 Diagonal Rd., Suite 400, Alexandria, Virginia 22314. I and the staff of NRDC's Membership and Public Education work at the NRDC's headquarters located at 40 West 20th Street, New York, NY 10011. The membership database is accessible by computer from the NRDC office.

6. NRDC's by-laws state that: "[u]nless otherwise directed by the Board of Trustees, a person shall become a member… by submitting a membership application offered by the Corporation or by making a contribution to the

1  Corporation accompanied by a statement requesting membership in the
2  Corporation." (Amended and Re-Stated By-laws of Natural Resources Defense
3  Council, Inc., at 2 (1993) (a true and correct copy of pertinent parts of NRDC's by-
4  laws is attached as Exhibit "B").)

5        7. Membership in NRDC is renewed on an annual basis through payment of
6  renewal membership dues. (Id.)

7        8. A typical NRDC membership sign-up form states, "YES I WANT TO
8  JOIN NRDC and help you go to work on my behalf… to defend the environment."
9  (NRDC, <u>Natural Resources Defense Council: Law, Science & People in Defense of
10  the Environment</u> (a true and correct copy of this sign-up form is attached as Exhibit
11  "C").) NRDC's membership application states that joining NRDC allows the
12  organization to represent and promote the member's environmental interests,
13  including their interests in protecting threatened wildlife and habitat. The
14  membership sign-up form states further than it has been part of NRDC's mission
15  since 1970 "[t]o protect… the land we share with our fellow residents of Planet
16  Earth." (Id.) NRDC's sign-up form also states that NRDC seeks to represent its
17  members' interests "[i]n courtrooms, legislative chambers, regulatory agencies, and
18  the public arena." (Id.)

19        9. Over the years, NRDC has operated a number of campaigns specifically
20  geared towards the protection of marine mammals. These efforts have included a
21  campaign to protect the gray whale nursery in Laguna San Ignacio, and several
22  lawsuits filed with the purpose of compelling the United States Navy to comply with
23  applicable federal environmental law in connection with its testing and training of
24  low and mid-frequency sonar systems in oceans across the globe. NRDC has also
25  authored a report on the problem of ocean noise pollution entitled *Sounding the*
26  *Depths: Supertankers, Sonar and the Rise of Undersea Noise* (1999). This report has
27  recently been updated in *Sounding the Depths II: The Rising Toll of Sonar,*
28  *Shipping and Industrial Ocean Noise on Marine Life* (2005). The participation and

input we have received from members on these campaigns demonstrates that marine mammal preservation issues are among the most popular issues with our members.

10. NRDC maintains regular contact with its members, informing them of our progress on a myriad of environmental issues, including our efforts to protect marine mammals. NRDC members are regularly updated on issues impacting marine mammals through information available on the NRDC website, annual reports, the quarterly <u>On Earth</u> magazine (formerly known as the <u>Amicus Journal</u>), and other mailings.

11. NRDC has more than 421,550 members nationwide. For purposes of preparing this declaration, I have reviewed NRDC's membership database to determine how many of these members have taken action on marine mammal-related issues by both making a financial contribution and signing a petition in response to one or more of NRDC's marine mammal campaigns.

12. Based on this search, I have determined that NRDC currently has approximately 330,000 members who have made a financial contribution and signed a petition in support of one or more of our marine mammal campaigns.

Executed on October 1, 2007, at New York, New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
LINDA LOPEZ

DECLARATION OF LINDA LOPEZ