# Exhibit B

# Exhibit B

AMENDED AND RESTATED BY-LAWS

of

NATURAL RESOURCES DEFENSE COUNCIL, INC.

A New York Not-for-Profit Corporation

(as amended through June 10, 1993)

### ARTICLE I.

#### Members

Section 1.01.  <u>Membership Qualification</u>.  Membership in the Corporation shall be open to such persons, corporations, partnerships and other organizations as may be determined by the Board of Trustees.

Section 1.02.  <u>Classes of Members</u>.  The Corporation shall have such classes of members as are provided for in or pursuant to these By-Laws.

(a)  Individual, Family and Honorary Members.  The Corporation shall have the following classes of members: Individual Members, Family Members and Honorary Members. Each Individual Member shall be entitled to one vote. Family Members shall be entitled to one vote per family and Honorary Members shall not be entitled to vote.

(b)  Other Classes of Members.  The Board of Trustees may from time to time create other classes of membership, the designations, characteristics, qualifications, rights, and limitations of which are to be governed by resolution of the Board.

Trujillo Declaration
    Page 27

103    Exhibit B

Unless otherwise directed by the Board of Trustees, a person or entity shall become a member, without any further action by the Trustees, by submitting a membership application offered by the Corporation or by making a contribution to the Corporation accompanied by a statement requesting membership in the Corporation. Membership shall begin upon receipt of such contribution.

Section 1.03. _Dues_. The Board of Trustees may, by resolution, determine the dues, if any, to be paid by members of the Corporation, and the times and method of payment thereof and the penalties, if any, for non-payment, provided, however, that Honorary Members shall not be required to pay dues. Renewal membership dues shall be payable annually on the anniversary of the date on which membership commenced. Should renewal membership dues not be paid within three months after the due date, members so in default shall be forthwith dropped from the rolls without further action by the Board of Trustees.

Section 1.04. _Resignation of Members_. Any member may resign from the Corporation by delivering a written resignation to the Chairman or the Secretary. The acceptance of any such resignation, unless required by the terms thereof, shall not be necessary to make the same effective. Membership dues shall not be pro rated upon any such resignation.

Section 1.05. _Expulsion of Members_. Any member may be expelled with cause by the vote of two-thirds of the members of the Corporation at any special meeting of the members, the notice or waiver of notice of which specified such expulsion. Any

member may also be expelled with cause by the vote of two-thirds of the Trustees present at a meeting at which a quorum of not less than a majority of the Board was present, the notice or waiver of notice of which specified such expulsion.

Section 1.06.  <u>Evidence of and Non-transferability of Membership</u>.  Membership cards may, but need not be, issued to any class or classes of members as the Board of Trustees may determine.  The name and the class and term of each member shall be entered in a membership record maintained by the Corporation, which record shall conclusively evidence membership in the Corporation.  A membership in the Corporation shall not be transferable or assignable.

### ARTICLE II.

### Meetings of Members

Section 2.01.  <u>Annual Meetings</u>.  The annual meeting of the members of the Corporation for the election of the Trustees and for the transaction of such other business as may properly come before such meeting shall be held on such date of each calendar year as may be determined by the Board of Trustees.

Section 2.02.  <u>Special Meetings</u>.  Special meetings of the members may be called at any time by order of the Board of Trustees or by the Chairman.

Section 2.03.  <u>Written Consent</u>.  Whenever, under the New York Not-for-Profit Corporation Law, members are required or permitted to take action by vote, such action may be taken without a meeting on written consent setting forth the action, signed by all of the members entitled to vote thereon.

Trujillo Declaration
   Page 29

Section 2.04.  <u>Place and Time of Meetings</u>.  Each meeting of members of the Corporation shall be held at the place (which may be within or without the State of New York) and time fixed by the Board of Trustees or the Chairman and specified in the notice or waiver of notice thereof.

Section 2.05.  <u>Notice of Meetings</u>.  Except as at the time otherwise expressly provided by statute, notice of each meeting of the members of the Corporation shall be given, personally or by mail, to each member entitled to vote at such meeting.  If notice is given personally or by first class mail, it shall be given not less than ten nor more than fifty days before the day on which such meeting is to be held, or if mailed by other than first class mail, not less than thirty nor more than sixty days before the day on which such meeting is to be held.  If mailed, such notice is given when deposited in the United States mail, with postage prepaid, addressed to such member at the address of such member as it shall appear on the records of the Corporation.  Notice may be served by publication, in lieu of mailing, in a newspaper published in the county in the state in which the principal office of the Corporation is located, once a week for three successive weeks next preceding the date of the meeting.  Notice of any meeting of members need not be given to any member who submits a signed waiver of notice whether before or after such meeting or who attends such meeting, in person or by proxy, without protesting prior to the conclusion of the meeting the lack of notice to such member.  The notice shall state the place, date and hour thereof, and, if a notice is

of a special meeting, it shall also state by whose order the meeting was called and the purpose or purposes for which such meeting is called. No notice of any adjourned meeting need be given if the time and place to which the meeting is adjourned are announced at the meeting at which the adjournment is taken.

Section 2.06. <u>Quorum</u>. One hundred (100) voting members shall constitute a quorum at any annual or special meeting of the members of the Corporation. The members may be present either in person or by proxy. In the absence of a quorum, a majority of the members present in person or by proxy may by resolution adjourn the meeting to another time or place. At any duly adjourned meeting at which a quorum is present any business may be transacted which might have been transacted at the meeting as originally called.

Section 2.07. <u>Organization</u>. At each meeting of the members of the Corporation, the Chairman, or, in the case of the absence of the Chairman, a temporary chairman chosen by the Board of Trustees, shall act as chairman thereof. The Secretary, or, in case of the absence of the Secretary, the person whom the chairman of the meeting shall appoint as secretary of the meeting, shall act as such.

Section 2.08. <u>Voting; Proxies</u>. At all meetings of members, except as at the time expressly required by statute, or by any other Section hereof, all matters shall be decided by the vote of a majority of the members present in person or by proxy at such meeting entitled to vote. Any member of the Corporation may, by an instrument in writing filed with the Secretary,

Trujillo Declaration
    Page 31

Exhibit B

appoint one or more proxies to act for such member as and to the extent provided in said instrument. No proxy shall be valid after the expiration of eleven months from its date.

## ARTICLE III.

### Board of Trustees

Section 3.01. <u>Powers</u>. The activities, affairs, funds and property of the Corporation shall be managed, directed and controlled, and its powers exercised, by the Board of Trustees, except as otherwise provided by statute or by these By-Laws.

Section 3.02. <u>Number; Classification</u>. The Board of Trustees shall consist of not less than five nor more than forty-two persons. The Board shall classify itself into three classes, as nearly equal as may be, with the terms of office of one class expiring each succeeding year, and any reclassification may be made by the Board of Trustees. The number of Trustees, within the maximum and minimum limits specified herein, may be increased or reduced from time to time either by the vote of a majority of the total number of Trustees entitled to vote which the Corporation would have if there were no vacancies, or by the vote of the members of the Corporation. In the event of any increase in the number of the Trustees, additional Trustees may be elected either by the Board, in the manner herein prescribed for the filling of vacancies, or by the vote of the members of the Corporation. In the event of any decrease in the number of Trustees, the term of any incumbent Trustee shall not be shortened.

Section 3.03.  Qualification.  All Trustees shall be at least 19 years of age and at least two-thirds shall be citizens of the United States.  At least one Trustee shall be a resident of the State of New York.

Section 3.04.  Resignation.  Any Trustee may resign at any time by delivering a written resignation to the Chairman or the Secretary.  The acceptance of any such resignation, unless required by the terms thereof, shall not be necessary to make the same effective

Section 3.05.  Removal.  Any Trustee may be removed for cause by the vote of a majority of the members at any special meeting of the members, the notice or waiver of notice of which shall have specified such removal.  Any Trustee may be removed with or without cause by the vote of two-thirds of the Trustees present at a meeting at which a quorum of not less than a majority of the Trustees was present, the notice or waiver of notice of which shall have specified such removal.

Section 3.06.  Vacancies.  Whenever the number of Trustees shall for any reason (including vacancies created by an increase in the number of authorized Trustees) be less than the authorized number, the vacancy may be filled by the Board of Trustees for a term expiring at the next annual meeting of the members.

Section 3.07.  Annual Meeting.  The annual meeting of the Board of Trustees for the election of officers of the Corporation and for the transaction of such other business as may properly come before it shall be held at the place at which the

Trujillo Declaration
    Page 33

    109        Exhibit B

annual meeting of members of the Corporation shall be held, and shall be held immediately following such meeting.

Section 3.08.  Other Meetings.  Regular meetings of the Board of Trustees shall be held without notice in accordance with a schedule established from time to time by the Board of Trustees or a Committee thereof.  Special meetings shall be held at any time when called by order of the Chairman, the Board of Trustees or by any Trustee upon written demand of not less than one-third of the Trustees then in office.

Section 3.09.  Written Consents; Telephonic Meetings.  Any action required or permitted to be taken by the Board of Trustees or by any Committee thereof may be taken without a meeting if all members of the Board of Trustees or of such Committee, as the case may be, consent in writing to the adoption of a resolution authorizing the action.  The written consents by the members of the Board of Trustees or the Committee, as the case may be, to the adoption of any such resolution shall be filed with the minutes of the proceedings of the Board of Trustees or such Committee.  Participation of one or more Trustees by conference telephone allowing all persons participating in the meeting to hear each other at the same time shall constitute presence at a meeting.

Section 3.10.  Place of Meeting.  Except as provided in Section 3.07 hereof, each meeting of the Board of Trustees shall be held at such place (which may be within or without the State of New York) as shall be fixed by the Board of Trustees or the Chairman and specified in the notice or waiver of notice thereof.

Trujillo Declaration
    Page 34

Exhibit B

Section 3.11.  <u>Notice of Special and Adjourned</u>

eetings.  Written, oral, or any other mode of notice of the time

nd place shall be given for special meetings in sufficient time

or the convenient assembly of the Trustees thereat which shall

e not later than forty-eight hours before the meeting is to be

eld.  The notice of any special meeting shall specify the

purpose of such meeting.  Notice of any meeting of the Board of

Trustees need not be given to any Trustee who signs a waiver of

notice before or after the meeting, or who attends the meeting

without protesting prior thereto or at its commencement, the lack

of notice to such Trustee.  No notice of any adjourned meeting

need be given if the time and place to which the meeting is

adjourned are announced at the meeting at which the adjournment

is taken.

Section 3.12.  <u>Quorum</u>.  The presence at any meeting of

the Board of Trustees in person of not less than one-third of the

total number of Trustees entitled to vote which the Corporation

would have if there were no vacancies shall be necessary and

sufficient to constitute a quorum for the transaction of

business: provided that in case the Board shall consist of

fifteen or more Trustees such quorum shall be at least five

Trustees plus one additional Trustee for every ten Trustees (or

fraction thereof) in excess of fifteen.  In the absence of a

quorum, a majority of those present may adjourn the meeting to

another time or place.  At any duly adjourned meeting at which a

quorum is present, any business may be transacted which might

have been transacted at the meeting as originally called.

Trujillo Declaration
Page 35

Exhibit B

Section 3.13.  <u>Organization</u>.  At each meeting of the Board of Trustees the Chairman shall act as chairman thereof, or, in case of the absence of the Chairman, a chairman shall be chosen from among the members of the Board by a majority of the members thereof present.  The Secretary, or, in the case of the absence of the Secretary, the person whom the chairman of the meeting shall appoint as secretary of the meeting, shall act as such.

Section 3.14.  <u>Voting</u>.  At all meetings of the Board of Trustees, except as at the time otherwise expressly required by statute, or by any other Section hereof, all matters shall be decided by the vote of a majority of the Trustees present at the meeting.  The members of the Board of Trustees shall act only as a Board and the individual members thereof shall have no power as such.

Section 3.15.  <u>Annual Reports</u>.  The Board of Trustees shall present at each annual meeting of the members of the Corporation such reports as at the time may be required by Section 519 of the New York Not-for-Profit Corporation Law.

ARTICLE IV.

<u>Committees</u>

Section 4.01.  <u>Executive Committee</u>.  The Executive Committee shall consist of the Chairman, each of the Vice Chairmen and the Treasurer.  During the intervals between meetings of the Board of Trustees, the Executive Committee shall have the authority of the Board of Trustees to act with respect

Trujillo Declaration
     Page 36

to those matters which in the reasonable judgment of any member of the Executive Committee cannot wait until the next meeting except for any authority the delegation of which is prohibited by Section 712 of the New York Not-for-Profit Corporation Law.  Any action taken by the Executive Committee shall be reported to the Board of Trustees at the next meeting thereof.  The Executive Committee may fix its own rules of procedure, but in every case the presence of not less than five members (or not less than three members if the Executive Committee consists of five or fewer members) of the Executive Committee shall be necessary and sufficient to constitute a quorum for the transaction of business.

Section 4.02.  <u>Nominating Committee</u>.  The Board of Trustees may appoint a Nominating Committee consisting of three or more Trustees to hold office until the next annual meeting of the Board of Trustees.  The names of the voting members of such Nominating Committee shall be published in the first issue of <u>The Amicus Journal</u>, or any other publication of the Council which is distributed to the members thereof, after election of such Committee, and suggestions for nominations for members of the Board of Trustees may be submitted to such Committee by any member of the Council.  The Nominating Committee shall nominate candidates for membership on the Board of Trustees to succeed those whose terms of office will next expire, and such nominations shall be published in or accompany any notice of the annual meeting of members of the Council.  Voting members of the Council who desire to nominate members of the Board for election

at an annual meeting of members other than those proposed by the
Nominating Committee may do so on signed petition of not less
than two hundred voting members to be delivered to the Council
not earlier than eight and not later than nine calendar months
following the preceding annual meeting of members, and such
nominations shall be published in or accompany any notice of the
annual meeting of members. The Nominating Committee may fix its
own rules of procedure, but in every case the presence of not
less than five members (or not less than three members if the
Nominating Committee consists of five or fewer members) of the
Nominating Committee shall be necessary and sufficient to
constitute a quorum for the transaction of business.

Section 4.03. Legal Committee. There shall at all
times be a Legal Committee comprised of the Executive Director
and at least two Trustees who shall be appointed by the Board of
Trustees to hold office until the next annual meeting of the
Board of Trustees, all of whom shall be attorneys licensed to
practice in the State of New York. The presence at any meeting
of the Legal Committee of at least two members thereof shall be
necessary and sufficient to constitute a quorum for the
transaction of business. The Legal Committee shall have
supervision and control over all attorneys employed on the legal
staff of the Corporation (i) in the conduct of any and all legal
actions and proceedings in which the Corporation renders any
legal advice or legal services or furnishes any counsel employed
on the legal staff of the Corporation to persons other than the
Corporation itself and (ii) in rendering any other legal advice

or legal services or furnishing any counsel employed on the legal
staff of the Corporation to persons other than the Corporation
itself.

Section 4.04. <u>Other Committees</u>. The Board of Trustees
from time to time may appoint other committees, including
steering committees, boards and councils, which shall have such
powers and the members of which shall hold office for such
periods as the Board of Trustees from time to time may determine.
The rules of procedure of such committees, boards and councils
shall be determined from time to time by the respective
committees, boards and councils. Any such committee, board or
council may be abolished or any member thereof removed, with or
without cause, at any time by the Board of Trustees.

ARTICLE V.

<u>Officers</u>

Section 5.01. <u>Titles and Qualifications</u>. The officers
of the Corporation shall include a Chairman, an Executive
Director, one or more Vice Chairmen, a Secretary, Treasurer, and
such other officers as may from time to time be appointed by the
Board of Trustees or pursuant to a delegation of power in
accordance with Section 5.03 hereof. Any person may hold any two
or more offices of the Corporation except those of Chairman or
Executive Director and Secretary. Officers need not be members
of the Corporation.

Section 5.02. <u>Appointment and Term of Office</u>. Each
officer (except such officers as may be appointed pursuant to a
delegation of power in accordance with Section 5.03 hereof) may

be appointed by the Board of Trustees at its first or any subsequent meeting and shall be appointed annually thereafter by the Board of Trustees at its annual meetings. Each such officer shall hold office until the close of the appointment of officers at the next annual meeting of the Board of Trustees and thereafter until a successor shall have been appointed and shall qualify, or until the death, resignation, or removal of such officer.

Section 5.03. <u>Subordinate Officers</u>. The Board of Trustees from time to time may appoint such other officers or agents as it may deem advisable. each of whom shall have such title. hold office for such period. have such authority and perform such duties as the Board of Trustees from time to time may determine. The Board of Trustees may delegate to any committee or officer or agent the power to appoint any such subordinate officers or agents. and to prescribe their respective titles. terms of office. authorities and duties.

Section 5.04. <u>Resignations</u>. Any officer may resign at any time by delivering a written resignation to the Chairman or the Secretary. The acceptance of any such resignation. unless required by the terms thereof. shall not be necessary to make the same effective.

Section 5.05. <u>Removal</u>. Any officer may be removed at any time. either with or without cause. by the Board of Trustees.

Section 5.06. <u>Vacancies</u>. Any vacancy in an office may be filled for the unexpired portion of the term by the Board of Trustees or, in the case of subordinate officers. by any

committee, officer or agent to whom the power to fill such vacancy has been delegated pursuant to the provisions of Section 5.03 hereof.

Section 5.07. _The Chairman_. The Chairman shall have general supervision over the policies of the Corporation and shall participate in the administration of its business, affairs and property subject to the control of the Board of Trustees and shall have such other powers and duties not inconsistent with these By-Laws as may be assigned from time to time by the Board of Trustees.

Section 5.08. _The Executive Director_. The Executive Director shall be an attorney licensed to practice in the State of New York. The Executive Director shall, subject to the general supervision of the Board of Trustees, hire and directly supervise all legal professional staff personnel employed by the Corporation. The Executive Director shall participate in the supervision of the policies of the Corporation and shall administer the affairs of the Corporation subject to the general supervision of the Board of Trustees. The Executive Director shall have such duties as are incident to the office of President of a corporation as well as such other powers and duties not inconsistent with these By-Laws as may be assigned from time to time by the Board of Trustees or the Chairman in the absence of any such assignment by the Board of Trustees.

Section 5.09. _The Secretary_. The Secretary shall:

(a) be custodian of all records and documents of the Corporation, and of the seal of the Corporation, and shall

affix such seal to all instruments, when authorized or directed so to do by the Board of Trustees;

(b)   keep or cause to be kept a record which shall contain the names and addresses of the members of the Corporation;

(c)   keep the minutes of all meetings of the Board of Trustees and of the members of the Corporation; and

(d)   in general, perform all other duties, not inconsistent with these By-Laws, as are incident to the office of Secretary, or as may be determined from time to time by the Board of Trustees or the Chairman.

Section 5.10.   <u>The Treasurer</u>.  The Treasurer shall:

(a)   have charge of the receipt of and the giving of receipts for moneys due and payable to the Corporation;

(b)   deposit or cause to be deposited all moneys received in the name of the Corporation in such banks, trust companies or other depositaries as from time to time may be designated by the Board of Trustees;

(c)   have charge of the disbursement of the moneys of the Corporation in accordance with the directions of the Board of Trustees or the Chairman;

(d)   enter or cause to be entered regularly in books to be kept by or under the direction of the Treasurer for that purpose a complete and correct account of all moneys received and disbursed for the account of the Corporation;

(e)   render a statement of the accounts of the Corporation to the Board of Trustees at such times as may be requested;

(f)   exhibit or cause to be exhibited the books of account of the Corporation and all securities, vouchers, papers and documents of the Corporation in the custody of the Treasurer or the Corporation to any designee of the Board of Trustees upon request; and

(g)   in general, have such other powers and perform such other duties, not inconsistent with these By-Laws, as are incident to the office of Treasurer or as may be determined from time to time by the Board of Trustees or the Chairman.

The Board of Trustees may require the Treasurer to give a bond for the faithful discharge of the duties of the Treasurer in such sum and form and with such surety as the Board of Trustees may determine.  The cost of such bond shall be borne by the Corporation.

### ARTICLE VI.

### Honorary Trustees

Section 6.01.  Honorary Trustees.  The Board of Trustees may elect one or more Honorary Trustees to hold office until the next annual meeting of the Board of Trustees.  Honorary Trustees shall not have the powers specified in Section 3.01 hereof, but shall be invited to attend and to participate in meetings of the Board of Trustees.  The presence or absence of an Honorary Trustee at any meeting of the Board of Trustees shall

Trujillo Declaration
   Page 43

Exhibit B

not be counted in determining a quorum and Honorary Trustees
shall have no vote.

## ARTICLE VII.

### Deposits, Checks, Loans, Contracts, Etc.

Section 7.01.  <u>Deposit of Funds</u>.  All funds of the
Corporation not otherwise employed shall be deposited in such
banks, trust companies or other depositaries as the Board of
Trustees from time to time may determine.

Section 7.02.  <u>Checks, etc.</u>  All checks, drafts,
indorsements, notes and evidences of indebtedness of the
Corporation shall be signed by such officer or officers or agent
or agents of the Corporation and in such manner as the Board of
Trustees from time to time may determine.  Indorsements for
deposit to the credit of the Corporation shall be made in such
manner as the Board of Trustees from time to time may determine.

Section 7.03.  <u>Loans</u>.  No loans or advances shall be
contracted on behalf of the Corporation, and no note or other
evidence of indebtedness shall be issued in its name, unless and
except as authorized by the Board of Trustees.  Any such
authorization may be general or confined to specific instances,
and may include authorization to pledge, as security for loans or
advances so authorized, any and all securities and other real or
personal property or both at any time held by the Corporation.

Section 7.04.  <u>Contracts</u>.  The Chairman or the
Executive Director or a Vice Chairman, subject to the approval of
the Board of Trustees may enter into any contract or execute and
deliver any instrument in the name and on behalf of the

Corporation. The Board of Trustees may authorize any other officer or officers, or agent or agents, to enter into any contract or execute and deliver any instrument in the name and on behalf of the Corporation, and such authorization may be general or confined to specific instances.

### ARTICLE VIII.

### Purchase, Sale, Mortgage or Lease of Real Property

Section 8.01.  Required Vote.  No purchase of real property, and no sale, mortgage or lease of its real property, shall be made by the Corporation except upon the affirmative vote of two-thirds of the entire Board of Trustees, provided that if there are 21 or more Trustees, the affirmative vote of a majority of the entire Board of Trustees shall be sufficient.

### ARTICLE IX.

### Compensation of and Contracts with Directors and Officers

Section 9.01.  Compensation of Directors and Officers. The Trustees of the Corporation shall serve as such without compensation, but the Board of Trustees may authorize the payment by the Corporation of the reasonable expenses incurred by the Trustees in the performance of their duties and of reasonable compensation for special services rendered by any Trustee. The Board of Trustees shall fix the salaries or other reasonable compensation of the officers or other agents of the Corporation. Except as provided in this Article IX, no Trustee or officer of

Trujillo Declaration
Page 45

121

Exhibit B

the Corporation shall receive, directly or indirectly, any salary, compensation or emolument from the Corporation.

Section 9.02.  <u>Interested Trustees and Officers</u>.  In connection with all actions taken by the Board of Trustees or a Committee thereof with respect to any contract or transaction between the Corporation and one or more of its Trustees or officers, or between the Corporation and any other corporation, firm, association or other entity in which one or more of the Trustees or officers of the Corporation are also trustees, directors or officers or have a substantial financial interest or other affiliation, such interested or common Trustee or officer of the Corporation shall (a) disclose to the Board of Trustees or the Committee the material facts as to such Trustee's or officer's interest in such contract or transaction and as to any such common trusteeship, directorship, officership or financial interest or other affiliation and (b) abstain from voting on any such contract or transaction which contract or transaction shall be authorized by a vote of two-thirds of the Trustees present at the meeting.  An interested or common Trustee may be counted in determining the presence of a quorum at a meeting of the Board of Trustees which authorizes such contract or transaction.

### ARTICLE X.

#### Indemnification

Section 10.01. <u>Indemnification</u>.  The Corporation shall indemnify, all current or former Trustees, officers, employees and others permitted by law to be indemnified to the fullest

Trujillo Declaration
   Page 46

Exhibit B

extent permitted by law.  The Corporation may purchase insurance for indemnification as provided in such law.

## ARTICLE XI.

### Seal

Section 11.01. <u>Seal</u>.  The Board of Trustees shall provide a corporate seal which shall be in the form of a circle and shall bear the name "Natural Resources Defense Council, Inc." and the words and figures "Corporate Seal New York 1970" or words and figures of similar import.

## ARTICLE XII.

### Fiscal Year and Auditors

Section 12.01. <u>Fiscal Year</u>.  The fiscal year of the Corporation shall be as follows: (a) the three-month period beginning on April 1, 1993 and ending on June 30, 1993 and (b) thereafter, each twelve month period beginning on July 1 and ending on June 30.

Section 12.02. <u>Auditors of the Corporation</u>.  The Board of Trustees of the Corporation may designate a firm of independent certified public accountants to serve as the auditors of the Corporation.  The auditors of the Corporation shall perform all the duties assigned to them by these By-Laws or by the Board of Trustees.

## ARTICLE XIII.

### Amendment of By-Laws

Section 13.01. <u>Amendment of By-Laws</u>.  These By-Laws may be amended or repealed and a new By-Law or new By-Laws may be