*Exhibit C*

*Exhibit C*

Case 3:07-cv-04771-EDL    Document 49-4    Filed 10/12/2007    Page 2 of 3

## NRDC
### THE EARTH'S BEST DEFENSE



**NATURAL RESOURCES DEFENSE COUNCIL**

Printed on recycled paper

Dear Friend,

Before NRDC was founded in 1970, high-powered legal and scientific resources were mostly available to polluters, developers and others who would profit at the expense of our environment. But NRDC was founded on the principle that our magnificent natural resources — wildlife, forests, waterways and clean air — deserve the best possible legal defense.

The chronology inside this brochure offers just a sampling of what that principle has meant for the environment. A complete list of our legal, legislative and regulatory victories could — and does — fill an entire volume. And it is all possible because of individuals — the attorneys and scientists of NRDC's staff, and the 550,000 Members whose financial support, legislative activism, and participation in our citizen lawsuits against polluters, have made NRDC the most highly-respected and accomplished environmental organization in the country.

As you consider what the staff and Members of NRDC have achieved on behalf of our environment, I hope you'll join us. Because the forces of environmental destruction still have powerful resources at their disposal. And the future of our planet will always depend on the dedication of individuals like you to turn them back.

John H. Adams
President

Frances Beinecke
Executive Director

**NATURAL RESOURCES DEFENSE COUNCIL**
40 West 20th Street, New York, NY 10011
www.nrdc.org • www.SaveBioGems.org
email: nrdcinfo@nrdc.org

---

## THE EXPERTS AGREE —
## NRDC IS THE EARTH'S BEST DEFENSE!



"NRDC is by many accounts, the most effective lobbying and litigating group on environmental issues."
— *Wall Street Journal*

"One of America's 100 Best Charities."
— *Worth Magazine*

"Today, in a time when Congress would take the names of Americans off the deeds to their own public lands, it is reassuring that NRDC is on guard with its excellent attorneys, policy analysts, and scientists . . . Now, more than ever, NRDC is indispensable."
— *Jim Baca, former Director, Bureau of Land Management*

"NRDC's lawyers are said by eco-observers to know more about environmental law than the government does."
— *U.S. News & World Report*



"It's hard to find a major environmental law it hasn't helped shape within Congress, the courts and federal agencies."
— *Wall Street Journal*

"By almost any measure, the most influential national environmental organization is NRDC."
— *Eco Magazine*

"NRDC, more than any other major national environmental group, has made energy efficiency a cornerstone in its work to build both a more prosperous and fairer economy and a cleaner, safer world."
— *Amory Lovins, Rocky Mountain Institute*

"NRDC is one of the most effective environmental litigators on the globe."
— *San Francisco Chronicle*



**NRDC**
THE EARTH'S BEST DEFENSE

"A credible and forceful advocate for stringent environmental protection, you'd like NRDC on your side if you wanted the federal government to do something on a major policy matter . . ."
— *The National Journal*

"When an environmental cause needs first-class legal representation, it turns to NRDC."
— *The Washington Monthly*

124

Trujillo Declaration
Page 48

Exhibit C

# NRDC'S ENVIRONMENTAL VICTORIES:

**2004** NRDC takes the Bush Administration to court and blocks its dangerous plan to allow 20,000 aging power plants, refineries and factories to spew millions of tons of pollution into our air

**2003** NRDC wins a federal court case stopping the worldwide deployment of a Navy sonar system that would have blasted oceans with noise so intense it could maim, deafen and kill whales

**2002** Working with a coalition of environmental groups, NRDC goes to federal court and blocks the Bush Administration from allowing oil exploration in thousands of acres of public wildlands right next to Arches National Park in Utah

**2001** NRDC's Spirit Bear campaign culminates in a far-reaching conservation measure that will save much of British Columbia's Great Bear Rainforest — home of the rare white bear — from logging and destruction

**2000** NRDC's worldwide campaign forces the Mitsubishi Corporation to abandon its plan to construct a massive salt factory next to the last unspoiled breeding ground of the Gray Whale

**1999** NRDC helps win commitments from over 200 companies — including Kinko's, 3M, Starbucks, and Home Depot — to help save temperate rainforests by phasing out their use and sale of old-growth wood products

**1994** NRDC saves eastern North America's largest untouched wilderness by helping the Cree defeat the James Bay hydroelectric project

**1993** NRDC's legal action forces two oil giants, ARCO and Texaco, to cease water pollution and pay stiff fines for past violations

**1987** NRDC initiative leads to International Treaty to save ozone layer

**1980** NRDC leadership helps win federal protection for one million acres of Alaskan lands

**1978** NRDC wins fight to remove ozone-depleting CFCs from aerosol cans

**1976** NRDC litigation wins limits on water pollution for 24 major industries

**1973** NRDC begins action that wins phase-out of lead in U.S. gasoline

**1971** NRDC wins passage of the Clean Water Act, which allows citizens to sue polluters directly

---

THE MISSION OF THE NATURAL RESOURCES DEFENSE COUNCIL IS TO SAFEGUARD THE EARTH: ITS PEOPLE, ITS PLANTS AND ANIMALS, AND THE NATURAL SYSTEMS ON WHICH ALL LIFE DEPENDS.

125

---

**Join more than 550,000 Members of NRDC — our nation's most effective environmental action organization.**

**YES, I WANT TO JOIN NRDC.** Please take legal action and wage campaigns on my behalf to defend our planet's endangered wildlife, wilderness, and environment.

Enclosed is my tax-deductible contribution of:

☐ $10  ☐ $20  ☐ $50  ☐ $100  ☐ Other $_____

Your contribution of $10 or more entitles you to an NRDC canvas tote bag and a one-year subscription to *Nature's Voice*, the colorful, bi-monthly bulletin of NRDC campaigns and victories.

Contributions may also be made over NRDC's secure server at: www.nrdc.org/joingive/

☐ I'm already a Member of NRDC. Here's my special contribution of $_____

Name _____
Address _____
City/State/Zip _____   MBR

Here's my email address. Please send me action alerts:
_____
(NRDC will never share your email address with others.)

Please detach this completed Membership form and insert it, along with your check made payable to NRDC, in the attached envelope and mail to:

NRDC, P.O. Box 1830,
Merrifield, VA 22116

A copy of the last financial report filed with the New York Department of State may be obtained by writing to: New York Department of State, Office of Charities Registration, Albany, NY 12231 or to NRDC. Your contribution above the base $10 membership dues, is tax-deductible to the fullest extent of the law.

---