ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU | Civil Action No. CV-07-4771-EDL |
| Plaintiffs, | |
| v. | **DECLARATION OF MELVIN L. NUTTER** |
| CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS | |
| Defendants. | |

# DECLARATION OF MELVIN L. NUTTER

I, MELVIN L. NUTTER, declare as follows:

1.    I have personal knowledge of the facts stated herein and, if called upon to testify, could and would give competent testimony thereto.

2.    I reside at 5730 East Deborah Street, Long Beach, California.  I have practiced law and resided in Long Beach, California since 1965.  I am the chair of the League for Coastal Protection and have served in that capacity for over ten years. I joined the League in 1986, after serving for several years on the California Coastal Commission as a Commissioner.

3.    The League for Coastal Protection is a California nonprofit public benefit corporation incorporated in 1982.  It consists of a coalition of public interest and environmental organizations and individuals created to protect and support coastal resources.  The stated goals and objectives of the League for Coastal Protection are to: (1) support an effective, strong program of coastal protection for California; (2) protect, enhance and restore natural coastal resources, and the right of citizen access to them; (3) maintain sufficient funding for strong coastal programs; (4) increase public awareness of California's coast protection program; (5) provide reliable, timely information about coastal issues; (6) monitor federal, state and local agency actions on state coastal matters; (7) establish a legislative program to support the Coastal Act, propose new strengthening legislation and resist weakening legislation; and (8) establish coastal protection advocates as an effective political constituency.

4.    The League for Coastal Protection focuses on issues that come to the California Coastal Commission, but also works at both the local and national level when the implications for coastal resource impacts are significant. The League also weighs in on legislative matters in Sacramento that may affect the coast.  In addition, the organization helps prepare and distribute a "scorecard" on Coastal Commission decisions so that the public can know how individual Commissioners

1   are performing. When deemed appropriate, the League initiates or participates in

2   litigation to ensure that the laws protecting the Coast of California are enforced.

3       5.     Of particular interest to the League for Coastal Protection for at least the

4   past ten years has been, and continues to be, the potential impact of the U.S. Navy's

5   testing and training with active sonar in the Pacific Ocean.  In furtherance of that

6   interest, the League has brought legal challenges against the Navy's use of both low-

7   frequency and mid-frequency active sonar. The League has also been represented by

8   Board member Susan Jordan in innumerable meetings and before decision making

9   bodies involving the Scripps' Acoustic Thermometry of Ocean Climate Program

10  (ATOC), the Navy's Low Frequency Active Sonar Program (LFA) and the

11  California Coastal Commission.

12      6.     The League believes that the National Marine Fisheries Service's

13  (NMFS) decision to authorize – and the United States Navy's decision to deploy –

14  LFA violates the Marine Mammal Protection Act, the National Environmental

15  Policy Act, the Endangered Species Act and the Administrative Procedure Act.  If

16  LFA is deployed throughout the world's oceans – and particularly in the Pacific

17  Ocean – the League for Coastal Protection's interests, as well as the interests of its

18  members, will be irreparably harmed .

19

20  Executed on September 28, 2007, at Long Beach, California.

21  I declare under penalty of perjury under the laws of the United States of

22  America that the foregoing is true and correct.

23

24

25  _____
    MELVIN L. NUTTER

26

27

28