ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>                Plaintiffs,<br>v.<br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br>                Defendants. | Civil Action No. CV-07-4771-EDL<br><br><br><br>**DECLARATION OF MELANIE POWERS** |

# DECLARATION OF MELANIE POWERS

I, MELANIE POWERS, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would give competent testimony thereto.

2. I am the Chief Financial Officer for the International Fund for Animal Welfare ("IFAW") and have held this position for five years. Reporting directly to the Chief Executive Officer of IFAW, I develop and direct the financial activities of the organization.

3. Founded in 1969, IFAW works to improve the welfare of wild and domestic animals throughout the world by reducing commercial exploitation of animals, protecting wildlife habitats, and assisting animals in distress. IFAW seeks to motivate the public to prevent cruelty to animals and to promote animal welfare and conservation policies that advance the well-being of both animals and people.

4. IFAW is a "family" of 11 affiliated legal entities with offices in 15 countries worldwide. The International Fund for Animal Welfare, Inc. ("IFAW US") is a 501(c)(3), tax-exempt organization located in Yarmouth Port, Massachusetts. IFAW US conducts fundraising and programmatic activities in accordance with its global mission within the United States and through its branch offices located in Mexico, China, and Kenya, and through grants to its affiliates. In addition, IFAW US is the world headquarters for all IFAW entities.

5. IFAW has over 2 million members worldwide, over 500,000 of whom reside in the United States.

6. Over the past two decades, IFAW has emerged as one of the world's leading organizations supporting the protection and conservation of whales through research, advocacy and habitat protection. IFAW has played an active part in the meetings of the International Whaling Commission for over twenty years, supporting a range of conservation measures, the most important

of which were the moratorium on commercial whaling in 1982 and the creation of the Southern Ocean Sanctuary, which was adopted in 1994. IFAW has contributed to a wide range of scientific research, and political and legal discussions to secure greater protection for the world's whales through this important body.

7. IFAW scientists and IFAW-funded research programs have made major contributions to whale biology, including the development and application of non-lethal population census methods, population modeling, acoustics, behavior, interactions of whales and fish populations, DNA analysis of whale meat in Japanese markets, and pollutant levels in whales. IFAW has its own research vessel, the Song of the Whale, which is a custom-designed, state-of-the art platform for research, education, and public awareness. The vessel can undertake voyages almost anywhere in the world. In recent years, Song of the Whale has undertaken research into underwater acoustics and the impacts of underwater sound on marine life.

8. Through its work on whale watching and public awareness programs, IFAW builds interest in marine conservation and protection issues among residents of coastal areas in the United States, South America, Russia, Africa, the Caribbean, the South Pacific, and Iceland – where endangered whales feed, breed, and migrate. At the same time, IFAW gives voice to existing global public opinion against commercial whaling and other human threats to whales, including ocean noise.

9. Due to its expertise on whale conservation and animal welfare, and its strong supporter network of more than 2 million citizens worldwide, IFAW was appointed to hold a seat on the U.S. Marine Mammal Commission Advisory Committee on Acoustic Impacts on Marine Mammals. Established in 2003, the Advisory Committee's mission, in part, was to recommend research and

management actions to mitigate potential adverse effects of human-generated noise on marine mammals and other marine life.

10. IFAW advocates for responsible whale watching, benign research, and the adoption and enforcement of laws and treaties to stop commercial whaling and to reduce or eliminate anthropogenic acoustic and chemical pollution, incidental and directed fisheries interactions, harassment, habitat degradation, and other harmful or destructive human interactions with protected and endangered marine mammals worldwide.

11. A major IFAW goal in enhancing the welfare of marine mammals and their habitats is to significantly reduce or eliminate harmful levels and sources of ocean noise in key regions and habitats worldwide. Thus, IFAW works to ensure that appropriate management programs are in place in the U.S. to mitigate the use of technologies and other activities that generate underwater sound that can disturb, injure, or kill whales and other marine life.

Executed on October 2, 2007, at South Yarmouth, Massachusetts, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
MELANIE POWERS