1  ROBERT L. FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
   Email: RFalk@mofo.com
5  Email: RStafford@mofo.com
   Email: SSchindler@mofo.com
6
   JOEL R. REYNOLDS (SBN 85276)
7  CARA A. HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
8  1314 Second Street
   Santa Monica, CA 90401
   Telephone: (310) 434-2300
9  Facsimile: (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE
11 UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
   PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU | Civil Action No. CV-07-4771-EDL |
| 19                    Plaintiffs, | **DECLARATION OF NAOMI A. ROSE** |
| 20       v. | |
| 21  CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS | |
| 27                    Defendants. | |

## DECLARATION OF NAOMI A. ROSE

I, NAOMI A. ROSE, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would give competent testimony thereto.

2. I received my doctorate in biology from the University of California, Santa Cruz, in 1992. My dissertation was on the social dynamics of killer whales, *Orcinus orca*. I am the Marine Mammal Scientist at the Humane Society of the United States' ("HSUS") Humane Society International program. I have worked for HSUS for over 14 years. As part of my position as the Marine Mammal Scientist, I handle all actions related to the protection of marine mammals, including the issue of marine noise and its impacts on marine life. I am a resident of Fairfax, Virginia.

3. The HSUS is a nonprofit, tax exempt corporation organized and existing under the laws of the commonwealth of Delaware, with offices in Washington, DC and Gaithersburg, Maryland. HSUS is the largest animal protection organization in the United States, with nearly 10 million members and constituents. HSUS is committed to the goal of protecting, conserving, and enhancing the nation's wildlife habitat and fostering humane treatment of all animals.

4. In the furtherance of its goal and objectives, HSUS and its members have demonstrated strong interest in the preservation, enhancement, and humane treatment of marine mammals and other aquatic species. HSUS members reside and live near waters that serve as habitat for marine mammals. These HSUS members are directly and adversely affected by the harassment, injury, and death of all aquatic species, including marine mammals, which will occur in connection with the actions of the Navy with their use of low frequency sonar ("LFA"). HSUS members also observe, photograph, and study marine mammals for conservation, protection, professional, aesthetic, and scientific purposes.

5. HSUS has strongly opposed the Navy's use of LFA for many years, and HSUS has participated in the rulemaking process by submitting extensive comments on the Navy's LFA program. In those comments, HSUS informed both the Navy and NMFS that such action by the Navy would violate federal law and would be contrary to the best interest of the species.

6. HSUS has an additional interest in this matter because of its precedential nature. HSUS and its members are concerned about potential future actions that may be taken by the Navy without completing the required environmental documentation.

7. HSUS, as a representative of its members, also has a strong interest in ensuring the protection of all aquatic species, including marine mammals. Accordingly, HSUS has a strong interest in enforcing the Marine Mammal Protection Act ("MMPA") and the Endangered Species Act ("ESA"). HSUS regularly submits comments on agency actions and proposals that affect marine wildlife and marine ecosystems, including take permits, stock assessments, and regulation of shipping lanes and fishing gear. As a representative of HSUS/HSI, I am a member, as an invited participant, of the International Whaling Commission's Scientific Committee, for which I co-edit the State of the Cetacean Environment Report each year. This document summarizes peer-reviewed published literature relevant to cetacean conservation, including acoustics research. HSUS also works on issues related to the taking of marine mammals in fisheries, small cetacean hunts (e.g., in Japan, Solomon Islands), and polar bear sport hunting. Also, as part of my position with HSUS, I served on the Marine Mammal Commission's FACA Committee on the Acoustic Impacts on Marine Mammals in 2003, which considered acoustic threats – like low frequency sonar – to marine mammals.

8. HSUS and its members will be irreparably harmed if aquatic species and marine mammals are harassed, injured, or killed as a result of the Navy's testing. The actions of the Navy may result in, among other things, the harassment,

displacement, injury, and even death of significant portions of marine wildlife, thus impairing HSUS's interests in protecting wildlife and marine mammals and promoting the recovery of all species. Moreover, HSUS and its members will be deprived of the opportunity to view and enjoy marine mammals in the coastal environment.

9. HSUS is concerned about the many potential impacts associated with the Navy's use of LFA, including impacts to individual marine mammals and their habitat in the near shore environments.

10. HSUS brings this action on its own institutional behalf and also on the behalf of its members, some of whom have regularly engaged in, and will continue to engage in educational, recreational, and scientific activities involving aquatic species such as marine mammals. The interests of HSUS and its members in observing, studying, and otherwise enjoying marine wildlife and in obtaining and disseminating information regarding the survival of these species would be injured by the Navy's actions.

Executed on October 1, 2007, at Gaithersburg, Maryland

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
NAOMI A. ROSE