ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**DECLARATION OF WILLIAM ROSSITER** |

**DECLARATION OF WILLIAM ROSSITER**

I, WILLIAM ROSSITER, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would give competent testimony thereto.

2. Plaintiff Cetacean Society International (CSI), of which I am President, is an all-volunteer, non-profit membership organization with principal headquarters in Redding, Connecticut. CSI has volunteer representatives in 20 countries and approximately 200 members. CSI supports conservation of, educational outreach on and scientific research for the benefit of whales, dolphins, porpoises, and the marine environment.

3. CSI began in 1975 as the Connecticut Cetacean Society, and has since been represented at almost all major national and international fora concerning whales, dolphins, and porpoises, including the International Whaling Commission and the Convention on International Trade in Endangered Species, and at policy and scientific fora.

4. CSI promotes education and conservation programs, including whale- and dolphin-watching, and non-invasive, benign research, while advocating for the passage and enforcement of laws and treaties to constrain commercial whaling, anthropogenic acoustical and chemical pollution, incidental and directed fisheries interactions, harassment, habitat degradation, and other harmful or destructive human impacts on cetaceans.

5. CSI's goal is to minimize cetacean killing and captures, to maximize human activities that neither harm nor harass, and to enhance public awareness of and concern for cetaceans and the marine environment. Whale-watching and other responsible human interactions with cetaceans are a major focus of CSI and its members worldwide.

6. Due to concerns about ocean noise pollution, CSI became involved in the issue of high-intensity Navy sonar in 1996. Since then, CSI has participated in

at least 34 meetings, conferences, and workshops concerning Navy sonar or ocean noise pollution in general; submitted formal comments to the National Marine Fisheries Service (NMFS) and the Navy during public comment periods relevant to Navy sonar; communicated regularly about the Navy sonar issue with bioacousticians and cetologists; and, since October 1996, informed the public about the issue with updated information in CSI's website and newsletters. CSI has also joined as a plaintiff in several legal challenges to the U.S. Navy's testing of active military sonar, including a lawsuit filed in this Court in 2002 challenging the Navy's testing of low-frequency sonar in the world's oceans.

7. Close associations with researchers have convinced me that science is as yet unable to quantify the potential impacts to cetaceans from high-intensity Navy sonar; that the consistent trend from new research indicates more impact, not less; and that the scientific record, as it stands, has not been properly analyzed. CSI and its members have been and will continue to be harmed by the Navy's conduct of the specific high-intensity active sonar training activities alleged in the Complaint in this case without compliance with law (including the Endangered Species Act, the National Environmental Policy Act, and Marine Mammal Protection Act) and without taking appropriate and available measures for mitigating the system's harmful impacts to marine mammals.

Executed on October 4, 2007, at Redding, CT USA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WILLIAM ROSSITER