ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Elizabeth Laporte<br>Ctrm: E<br>Hearing Date: December 18, 2007<br>Time: 9 a.m. |

1    The matter of Plaintiffs' Motion for Preliminary Injunction, filed October 12, 2007, came
2 on regularly for hearing before the Honorable Elizabeth D. Laporte on December 18, 2007.
3 Plaintiffs Natural Resources Defense Council ("NRDC"), International Fund For Animal
4 Welfare, The Humane Society of the United States, Cetacean Society International, League for
5 Coastal Protection, Ocean Futures Society, and Jean-Michel Cousteau ("Plaintiffs") appeared
6 through Morrison & Foerster and NRDC. Defendants Carlos M. Gutierrez, Secretary of the
7 United States Department of Commerce, National Marine Fisheries Service ("NMFS"), William
8 Hogarth, Assistant Administrator for Fisheries of the National Oceanographic and Atmospheric
9 Administration ("NOAA"), Vice Admiral Conrad C. Lautenbacher, Jr., Administrator of NOAA,
10 United States Department of the Navy, Donald C. Winter, Secretary of the United States
11 Department of the Navy ("Navy"), and Admiral Mike Mullen, Chief of Naval Operations
12 ("Defendants") appeared through the U.S. Department of Justice.
13    Based upon the briefs and papers filed by the parties, the argument of counsel, and for
14 good cause shown, the Court hereby finds the following: (1) the Plaintiffs have demonstrated a
15 likelihood of success on the merits and the possibility of irreparable injury; (2) the Plaintiffs have
16 raised serious questions going to the merits and the balance of hardships tips sharply in their
17 favor; (3) any hardship imposed upon the Defendants is minimal in light of the Defendants'
18 demonstrated ability to comply with the terms of the existing injunction; and (4) the public
19 interest is best served by granting the requested injunctive relief. Therefore, Plaintiffs' motion is
20 hereby GRANTED.
21    IT IS HEREBY ORDERED and adjudged that Defendants, and their agents, officers,
22 departments, and all subdivision, those working in concert with them, are restrained and enjoined,
23 during the pendency of this action, from deployment or use of the Surveillance Towed Array
24 Sensor System ("SURTASS") Low Frequency Active Sonar ("LFA") pursuant to the Letter of
25 Authorization issued August 15, 2007 to the Navy by Defendant NMFS, except that, during the
26 pendency of this action, Defendants may continue to operate SURTASS LFA under the
27 constraints specified in the 2003 permanent injunction entered by this Court in *Natural Resources*
28 *Defense Council, et al. v. Evans*, Civ. No. 02-03805-EDL, as amended in 2005.

1

2

3

4

5  Dated: _____, 2007.     By:_____
                                          Honorable Elizabeth D. Laporte
6                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION          2
Case No. C 07-4771-EDL
sf-2398701