RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) <br> ) Civ. Action No. 07-4771-EDL <br> ) |
| Plaintiffs, | ) STIPULATED REQUEST TO PERMIT <br> ) PLAINTIFFS AND DEFENDANTS TO |
| v. | ) EXCEED PAGE LIMIT AND MODIFY <br> ) BRIEFING SCHEDULE APPLICABLE |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) TO DEFENDANTS' OPPOSITION <br> ) TO PRELIMINARY INJUNCTION MOTION <br> ) AND PLAINTIFFS' REPLY; <br> ) [PROPOSED] ORDER |
| Defendants. | ) <br> ) Judge: Hon. Elizabeth D. Laporte <br> ) Ctrm: E <br> ) Hearing Date: December 18, 2007 <br> ) Time: 9 a.m. <br> ) |

Stipulation and [Proposed] Order Permitting Parties to Exceed Page Limits and
Enlarge Briefing Schedule, NRDC v. Gutierrez, Case No. 07-4771-EDL

1    WHEREAS, Plaintiffs filed a motion for preliminary injunction in the above captioned case on October 12, 2007;

2    WHEREAS, with respect to that motion, Plaintiffs and Defendants ("Parties") stipulated that the Parties would enlarge by five pages the limits that would otherwise apply to the Plaintiffs' memorandum in support of its motion for preliminary injunction and the Defendants' brief in opposition thereto pursuant to Local Rules 7-2 and 7-3;

3    WHEREAS, the Parties further stipulated to a briefing schedule by which Defendants would file their brief in opposition to Plaintiffs' motion for a preliminary injunction on November 13, 2007, and Plaintiffs would file their reply brief on November 20, 2007;

4    WHEREAS, on October 9, 2007, this Court issued Orders approving the Parties' stipulations;

5    WHEREAS, the Parties have determined that, in order to fully brief the issues pertaining to a preliminary injunction, it will be necessary to further expand by 10 pages the page limits that would otherwise apply to the Defendants' Opposition brief and to the Plaintiffs' Reply brief pursuant to Local Rule 7-3 and the Parties' October 9 stipulation;

6    WHEREAS, the Parties have also determined that it will be necessary to enlarge the briefing schedule that would otherwise apply pursuant to the Parties' October 9, 2007 stipulation, based on the need for expanded page limits and in light of the Veteran's Day and Thanksgiving holidays;

Subject to the approval of the Court, the parties hereby stipulate as follows.

1.    Defendants' brief in opposition to Plaintiffs' motion for a preliminary injunction shall have a 40 page limit, and will be filed no later than 5:00 pm EST, November 15, 2007.  Copies of the exhibits pertaining to that brief will be delivered on November 15 to Sarah Schindler, Bryan Jacobsen, and Michael Jasny at the following addresses:

> Sarah Schindler
> Morrison and Foerster
> 425 Market Street
> San Francisco, CA  94105
> 415-268-7434

Stipulation and [Proposed] Order Permitting Parties to Exceed Page Limits and
Enlarge Briefing Schedule, NRDC v. Gutierrez, Case No. 07-4771-EDL

- 1 -

1  Bryan Jacobsen
   Natural Resources Defense Council
2  1314 Second Street
   Santa Monica, CA  90401
3  310-434-2300

4  Michael Jasny
   4479 W. 5th Avenue
5  Vancouver, BC  V6R1S4
   Canada
6  604-736-9386

7

   2. Plaintiffs' reply brief in support of their motion for a preliminary injunction shall have
8
   a 25 page limit, and will be filed no later than November 30, 2007.
9
   3. A hearing on the Plaintiffs' motion for a preliminary injunction will be held on
10
   December 18, 2007, or a date thereafter at the Court's convenience.
11

12

13 Dated: November 8, 2007           RONALD J. TENPAS
                                     Acting Assistant Attorney General
14                                   United States Department of Justice
                                     Environment & Natural Resources Division
15
                                     JEAN E. WILLIAMS, Chief
16                                   KRISTEN L. GUSTAFSON, Senior Trial Attorney
                                     Wildlife & Marine Resources Section
17                                   GUILLERMO A. MONTERO, Trial Attorney
                                     Natural Resources Section
18                                   United States Department of Justice
                                     Environment & Natural Resources Division
19                                   Ben Franklin Station, P.O. Box 663
                                     Washington, D.C. 20044-663
20                                   Tel. (202) 305-0211/ Tel. (202) 305-0443
                                     Fax (202) 305-0275/ Fax (202) 305-0274
21                                   Kristen.Gustafson@usdoj.gov
                                     Guillermo.Montero@usdoj.gov
22

23
                              By:    /s/ Guillermo A. Montero
24                                   Guillermo A. Montero

25                                   Counsel for Federal Defendants

26

27

28
Stipulation and [Proposed] Order Permitting Parties to Exceed Page Limits and
Enlarge Briefing Schedule, NRDC v. Gutierrez, Case No. 07-4771-EDL
- 2 -

| | | |
|---|---|---|
| Dated: November 8, 2007 | | MORRISON & FOERSTER LLP<br>ROBERT L. FALK<br>ROBIN S. STAFFORD<br>SARAH B. SCHINDLER<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.<br>JOEL R. REYNOLDS<br>CARA A. HOROWITZ |
| | By: | /s/ Robin S. Stafford<br>Robin S. Stafford<br><br>Attorneys for Plaintiffs<br>NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007.   By: _____
                                          Honorable Elizabeth D. Laporte
                                          United States Magistrate Judge

Stipulation and [Proposed] Order Permitting Parties to Exceed Page Limits and
Enlarge Briefing Schedule, NRDC v. Gutierrez, Case No. 07-4771-EDL

- 3 -