1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**

3
   JEAN E. WILLIAMS, Chief
4  KRISTEN L. GUSTAFSON, Senior Trial Attorney
   Wildlife and Marine Resources Section
5  GUILLERMO A. MONTERO, Trial Attorney
   Natural Resources Section
6  Environment & Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
7  Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
   Washington, D.C. 20044
8  (202) 305-0211 (tel.) / (202) 305-0443 (tel.)
   (202) 305-0275 (fax)/ (202) 305-0274 (fax)
9  Kristen.Gustafson@usdoj.gov
   Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) Civ. Action No. 07-4771-EDL<br>)<br>) STIPULATED REQUEST TO PERMIT |
| Plaintiffs, | ) PLAINTIFFS AND DEFENDANTS TO |
| v. | ) EXCEED PAGE LIMIT AND MODIFY<br>) BRIEFING SCHEDULE APPLICABLE |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) TO DEFENDANTS' OPPOSITION<br>) TO PRELIMINARY INJUNCTION MOTION<br>) AND PLAINTIFFS' REPLY;<br>) [PROPOSED] ORDER |
| Defendants. | )<br>) Judge: Hon. Elizabeth D. Laporte<br>) Ctrm: E<br>) Hearing Date: December 18, 2007<br>) Time: 9 a.m.<br>) |

Stipulation and [Proposed] Order Permitting Parties to Exceed Page Limits and
Enlarge Briefing Schedule, <u>NRDC v. Gutierrez</u>, Case No. 07-4771-EDL

1     WHEREAS, Plaintiffs filed a motion for preliminary injunction in the above captioned case on October 12, 2007;

3     WHEREAS, with respect to that motion, Plaintiffs and Defendants ("Parties") stipulated that the Parties would enlarge by five pages the limits that would otherwise apply to the Plaintiffs' memorandum in support of its motion for preliminary injunction and the Defendants' brief in opposition thereto pursuant to Local Rules 7-2 and 7-3;

7     WHEREAS, the Parties further stipulated to a briefing schedule by which Defendants would file their brief in opposition to Plaintiffs' motion for a preliminary injunction on November 13, 2007, and Plaintiffs would file their reply brief on November 20, 2007;

10     WHEREAS, on October 9, 2007, this Court issued Orders approving the Parties' stipulations;

11     WHEREAS, the Parties have determined that, in order to fully brief the issues pertaining to a preliminary injunction, it will be necessary to further expand by 10 pages the page limits that would otherwise apply to the Defendants' Opposition brief and to the Plaintiffs' Reply brief pursuant to Local Rule 7-3 and the Parties' October 9 stipulation;

15     WHEREAS, the Parties have also determined that it will be necessary to enlarge the briefing schedule that would otherwise apply pursuant to the Parties' October 9, 2007 stipulation, based on the need for expanded page limits and in light of the Veteran's Day and Thanksgiving holidays;

18     Subject to the approval of the Court, the parties hereby stipulate as follows.

19     1.    Defendants' brief in opposition to Plaintiffs' motion for a preliminary injunction shall have a 40 page limit, and will be filed no later than 5:00 pm EST, November 15, 2007.  Copies of the exhibits pertaining to that brief will be delivered on November 15 to Sarah Schindler, Bryan Jacobsen, and Michael Jasny at the following addresses:

        Sarah Schindler
        Morrison and Foerster
        425 Market Street
        San Francisco, CA  94105
        415-268-7434

Stipulation and [Proposed] Order Permitting Parties to Exceed Page Limits and
Enlarge Briefing Schedule, NRDC v. Gutierrez, Case No. 07-4771-EDL
- 1 -

1 | Bryan Jacobsen
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
310-434-2300

Michael Jasny
4479 W. 5th Avenue
Vancouver, BC V6R1S4
Canada
604-736-9386

2. Plaintiffs' reply brief in support of their motion for a preliminary injunction shall have a 25 page limit, and will be filed no later than November 30, 2007.

3. A hearing on the Plaintiffs' motion for a preliminary injunction will be held on December 18, 2007, or a date thereafter at the Court's convenience.


Dated: November 8, 2007              RONALD J. TENPAS
                                     Acting Assistant Attorney General
                                     United States Department of Justice
                                     Environment & Natural Resources Division

                                     JEAN E. WILLIAMS, Chief
                                     KRISTEN L. GUSTAFSON, Senior Trial Attorney
                                     Wildlife & Marine Resources Section
                                     GUILLERMO A. MONTERO, Trial Attorney
                                     Natural Resources Section
                                     United States Department of Justice
                                     Environment & Natural Resources Division
                                     Ben Franklin Station, P.O. Box 663
                                     Washington, D.C. 20044-663
                                     Tel. (202) 305-0211/ Tel. (202) 305-0443
                                     Fax (202) 305-0275/ Fax (202) 305-0274
                                     Kristen.Gustafson@usdoj.gov
                                     Guillermo.Montero@usdoj.gov


                               By:   /s/ Guillermo A. Montero
                                     Guillermo A. Montero

                                     Counsel for Federal Defendants

|   |   |
|---|---|
| Dated: November 8, 2007 | MORRISON & FOERSTER LLP<br>ROBERT L. FALK<br>ROBIN S. STAFFORD<br>SARAH B. SCHINDLER<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.<br>JOEL R. REYNOLDS<br>CARA A. HOROWITZ |
|   | By:   /s/ Robin S. Stafford<br>        Robin S. Stafford<br><br>Attorneys for Plaintiffs<br>NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on Plaintiff's Motion for Preliminary Injunction is continued to January 16, 2008 at 2:00 p.m.

Dated: November 9, 2007.   By: _____
                                Hon. Elizabeth D. Laporte
                                United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Elizabeth D. Laporte

Stipulation and [Proposed] Order Permitting Parties to Exceed Page Limits and
Enlarge Briefing Schedule, NRDC v. Gutierrez, Case No. 07-4771-EDL
- 3 -