1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   UNITED STATES DEPARTMENT OF JUSTICE

3  JEAN E. WILLIAMS, Chief
   KRISTEN L. GUSTAFSON, Senior Trial Attorney
4  Wildlife and Marine Resources Section
   GUILLERMO MONTERO, Trial Attorney
5  Natural Resources Section
   Environment & Natural Resources Division
6  UNITED STATES DEPARTMENT OF JUSTICE
   Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
7  Washington, D.C. 20044
   (202) 305-0211 (tel.) / (202) 305-0443 (tel.)
8  (202) 305-0275 (fax) / (202) 305-0274 (fax)
   Kristen.Gustafson@usdoj.gov
9  Guillermo.Montero@usdoj.gov

   Counsel for Federal Defendants

10

11                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION

13

14

15  NATURAL RESOURCES DEFENSE COUNCIL,  )
    INC., et al.,                       )
16                                       )
            Plaintiffs,                  ) Civ. Action No. 07-4771-EDL
17                                       )
                                         )
18                                       ) **DECLARATION OF**
    CARLOS M. GUTIERREZ, SECRETARY OF    ) **PETER L. TYACK, PH.D.**
    THE UNITED STATES DEPARTMENT OF      )
19  COMMERCE, et al.                     )
                                         )
20          Federal Defendants.          )
    _____ )

21

22

23

24

DECLARATION OF PETER L. TYACK                                              1
Case No. 07-04771 EDL

1       I, PETER L. TYACK, declare that the following is true and correct to the best of my

2   knowledge,

3       1.      I received an A. B., *summa cum laude*, in Biology from Harvard College in 1976,

4   and a Ph.D. in Animal Behavior from Rockefeller University in 1982.  I have worked at the

5   Woods Hole Oceanographic Institution since 1982 and currently am a Senior Scientist there.  I

6   have been a member of three committees of the National Academy of Sciences dealing with the

7   issue of effects of anthropogenic sound on marine mammals, have testified to Congress on

8   marine mammal issues in 1994, 2000, and 2002, and I am the author of over 150 peer-reviewed

9   scientific publications, primarily on social behavior and bioacoustics of cetaceans.  My

10  curriculum vita is included as Exhibit A.

11      2.      I was introduced to the SURTASS LFA sonar system by Joel Reynolds of the

12  Natural Resources Defense Council (NRDC) in 1995.  At the request of NRDC, I reviewed the

13  1992 to 1995 SURTASS LFA Environmental Assessments and attended a series of meetings

14  between the Navy and environmental groups discussing the potential effects of sonar on marine

15  life.  The issue of greatest concern to me was that SURTASS LFA signals might evoke

16  avoidance reactions or disrupt behavior of baleen whales over large areas of ocean, potentially

17  affecting a significant proportion of some populations.  I was concerned about baleen whales

18  because they use sound in the same frequency range as SURTASS LFA, and are thought to have

19  inner ears that are better adapted to hear at these frequencies than are the ears of other marine

20  mammals, most of which have vocalizations and best hearing much higher in frequency than

21  SURTASS LFA.  From 1997-1998, I was one of two Principal Investigators of the Scientific

22  Research Program (SRP) to investigate the impact of SURTASS LFA on baleen whales, and I

23  reviewed the Draft and Final Environmental Impact Statements for SURTASS LFA in 1999 and

24  2001, respectively.  Since that time, much of my research has focused on deep-diving toothed

1  whales including sperm and beaked whales.

2      3.      Based on my expertise and experience, I have been asked to review the following

3  issues:

4  •      Relationship between sonar exposure and atypical mass strandings of beaked whales; and

5  •      Recent studies on impacts from ships, airguns, and alarm stimuli.

6  Literature cited in my declaration is included as Exhibit B.

7              **Relationship Between Sonar Exposure and Atypical**

8              **Mass Strandings of Beaked Whales**

9      4.      In March of 1998 a Greek biologist, Alexandros Frantzis, published a scientific

10  correspondence in *Nature* entitled "Does acoustic testing strand whales?" Frantzis (1998)

11  reported on a mass stranding of Cuvier's beaked whales, *Ziphius cavirostris*, along a bay in

12  western Greece during 12-13 May 1996.  These whales were in good body condition with

13  stomachs full of fresh food.  The most unusual thing about this stranding was that the 12 whales

14  stranded in multiple clusters over 38 kilometers of coastline.  By contrast, most mass strandings

15  of whales involve one group that strands much closer together.  Frantzis pointed out that this

16  pattern of different clusters of whales stranding over such a large range in such a short time was

17  atypical, and that the timing and spatial extent were consistent with an acoustic cause.  Frantzis

18  (1998) stated that these strandings coincided with tests of a Low Frequency Active Sonar

19  (LFAS) system for detecting submarines, and he pointed out that three other atypical mass

20  strandings of beaked whales coincided with naval exercises in the Canary Islands (Simmonds

21  and Lopez-Jurado 1991).[1/]

22      5.      In June of 1998, the NATO laboratory that had conducted the Greek sonar tests

23

24  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

[1/]      Frantzis, A. (1998). "Does acoustic testing strand whales?" <u>Nature</u> **392**: 29.

DECLARATION OF PETER L. TYACK                                                3
Case No. 07-04771 EDL

1    held a meeting to review the science and discuss the policy considerations resulting from the new

2    information on beaked whale strandings and sonar.  The report of this meeting (D'Amico 1998)[2/]

3    specifies that the signals transmitted involved simultaneous transmissions of low-frequency (LF)

4    sonar signals at 450-700 Hz at a source level of up to 228 dB re 1 µPa at 1 m, and mid-frequency

5    (MF) (2.8-3.3 kHz) sonar signals at a source level of up to 226 dB re 1 µPa at 1 m.  The usual

6    frequency range associated with low-frequency sonars is < 1 kHz.  The LF component of the

7    sonar used in Greece certainly was within this band, but barely overlapped with SURTASS LFA,

8    the frequency of which is between 100-500 Hz.  To keep this distinction clear, I will use the

9    abbreviation LF for any sonar signal with energy below 1 kHz, and retain LFA only for the

10   SURTASS LFA system.  The evidence presented at the meeting did not find any factors likely

11   contributing to the stranding other than the sonar exercise, and concluded that "Behavioural

12   responses to acoustic transmission must be taken into consideration as a possible cause for

13   strandings;" but "An acoustic link can neither be clearly established nor eliminated as a direct or

14   indirect cause for the May 1996 strandings." [D'Amico 1998: 1-3]

15         6.       The only other atypical mass stranding of beaked whales for which information is

16   publicly available on what sounds were broadcast at what times and locations involves the

17   strandings reported from 15-17 March 2000 in the Bahamas (Evans and England 2001)[3/].  Within

18   36 hours, 17 cetaceans stranded on Grand Bahama, Abaco, and North Eleuthera Islands

19   including 9 Cuvier's beaked whales (*Ziphius cavirostris*), 3 Blainville's beaked whales

20   (*Mesoplodon densirostris*), two beaked whales of unidentified species, two minke whales

21   (*Balaenoptera acutorostrata*) and a spotted dolphin (*Stenella frontalis*).  During this time, five

22
---

23   [2/]     D'Amico, A. (1998). Summary Record, SACLANTCEN Bioacoustics Panel. La Spezia, Italy, Saclant Undersea Research Centre.

24   [3/]     Evans, D. L. and G. R. England (2001). Joint Interim Report, Bahamas Marine Mammal Stranding, Event of 15-16 March 2000, U.S. Department of Commerce and Secretary of the Navy: 59.

1   US Navy ships passed through the Providence Channels while transmitting mid-frequency sonar

2   signals.  Two of the ships operated 53C sonars at 2.6 and 3.3 kHz at source levels of 235+ dB re

3   1 μPa at 1 m, and the other two operated 56 sonars at 6.8, 7.5, and 8.2 kHz at a source level of

4   223 dB re 1 μPa at 1 m.  In spite of the claim on page 6 of the Plaintiffs' Motion for Preliminary

5   Injunction (Motion) that whales were exposed to 150-160 dB for 1-2.5 minutes, it is not known

6   where the whales that stranded were when first exposed to the sonar sounds, so it is impossible to

7   quantify the exposure that was associated with stranding.  Also, Evans and England (2001) state

8   that SURTASS LFA sonar was not present, and based upon the sonar signals being transmitted,

9   nor was any other LF sonar source in use.

10          7.      This mass stranding illustrates how complex it can be to interpret the causes of

11   stranding.  The beaked whales stranded over a large distance along the south shore of two

12   islands, the dolphin stranded on the north shore of one of these islands and the minke whales

13   stranded on a different island.  The dolphin stranded at a site that was acoustically isolated from

14   the sonar exercise and it showed evidence of chronic disease and debilitation.  This suggests that

15   the dolphin stranded alone from primary causes that developed well before the sonar exercise,

16   and that this stranding could well be unrelated to the sonar exercise.  One of the minke whales

17   spent 1-2 days on the beach and the other in a harbor before being escorted out to sea by boats,

18   and they did not restrand.  Minke whale strandings are unusual in the Bahamas, so the

19   coincidence of the stranding with the sonar exercise is consistent with the hypothesis that sonar

20   may have induced a behavioral response leading to their swimming into the harbor or beaching

21   alive, but there was no indication of injury.

22          8.      At least seven of the beaked whales that stranded died, and six of these were

23   necropsied.  Of these, five were in good enough condition for a detailed necropsy.  All were in

24   good body condition, none showed signs of debilitating infectious disease, but at least 4 showed

1   hemorrhages consistent with acoustic or impulse injury.  Evans and England (2000:16) conclude

2   that "an acoustic event is presumed to be a contributing factor to the observed trauma and

3   subsequent stranding" but that the whales died from the stranding rather than "directly from an

4   impulse or pressure event."

5          9.     The Greek and Bahamas strandings are the only ones for which the acoustic

6   exposure has been documented.  However, the atypical pattern of these strandings, in which

7   many animals strand within hours over tens of kilometers, has not been reported before 1963 and

8   is consistent with being caused by an intense sound source.  One example of such an atypical

9   mass stranding involved 14 beaked whales of several species observed to strand from 24-26

10  September 2002 along the east coasts of Fuerteventura and Lanzarote in the Canary Islands.

11  Fernandez et al. (2005)[4] reported that as in the Bahamas stranding, the stranded animals had

12  good body condition, with no signs of blunt trauma, but hemorrhages were present, especially in

13  the acoustic jaw fat, ears, brain, and kidneys.  In addition, they observed gas and fat emboli in

14  vital organs.  This led them to suggest that sonar exposure may cause decompression sickness

15  (DCS) in deep-diving whales, and that DCS may have severely injured the whales before they

16  beached.  This mass stranding occurred during NATO acoustic exercises involving 50 surface

17  vessels, 30 aircraft, and 6 submarines from 11 countries.  D'Spain et al. (2006)[5] list information

18  on the sonars deployed by the 11 NATO countries involved, and point out that most are in the

19  mid-frequency region of 3-10 kHz or slightly higher.  The declaration by Gerard Roncolato for

20  case 02-3805-EDL states that MF sonar in the 2.5-8.4 kHz frequency range was used, that none

21

22  [4]     Fernandez, A., J. F. Edwards, et al. (2005). "Gas and Fat Embolic Syndrome'' Involving
        a Mass Stranding of Beaked Whales (Family Ziphiidae) Exposed to Anthropogenic Sonar
23      Signals." Veterinary Pathology **42**: 446-457.
        [5]     D'Spain, G., A. D'Amico, et al. (2006). "Properties of the underwater sound fields during
24      some well documented beaked whale mass stranding events." Journal of Cetacean Research and
        Management **7**(3): 223-238.

1   of the sources used operate in the LF frequencies (less than 1 kHz) and that SURTASS LFA was

2   not used as part of this exercise.

3          10.     The Plaintiffs' Complaint identifies 15 strandings which they assert are associated

4   with the presence of naval exercises or naval vessels.  Complaint ¶61.  The only stranding on

5   Plaintiffs' list where LF sonar was reported to be present was the 1996 Greek stranding, where

6   MF sonar was also used.  Plaintiffs acknowledge in paragraph 63 of their Complaint "the lack of

7   observed strandings known to be associated with LFA sonar…." Nearly all such lists would look

8   similar in their patterns of evidence for the presence of MF sonar and lack of evidence for

9   presence of LF sonar, just varying in the number of cases.

10         11.     The Plaintiffs assert  that "to date, investigation into beaked whale mortalities has

11  focused primarily on mid-frequency sonar," but then go on to claim "the available evidence

12  suggests that low-frequency sources could have similar effects." Complaint ¶63; Motion at p. 5.

13  They provide three cases to support this claim:

14         a.      The Greek stranding, which involved simultaneous use of low- and mid-

15  frequency sonar;

16         b.      A beaked whale stranding associated with a seismic survey using airguns and two

17  mid- to high-frequency sound sources; and

18         c.      A beaked whale appearing to interrupt a foraging dive in response to ship noise.

19  ***The Greek Stranding***

20         12.     Natacha Aguilar de Soto maintains in her declaration that the use of LF sonar

21  "during the Greek exercise leading to the stranding makes it scientifically impossible to exclude

22  LFA from the range of potential causes."  Aguilar de Soto Decl. ¶11.  In one sense this is true –

23  science can never prove that a hypothesis is absolutely true or false.  But this situation calls out

24  for a classic scientific method.  When Frantzis (1998) first defined atypical strandings and noted

DECLARATION OF PETER L. TYACK                                                                7
Case No. 07-04771 EDL

1   the report of use of LF sonar, it made sense to associate this unusual stranding with this new kind

2   of sonar.  Cox et al. (2006:178) reviewed the Bahamas stranding immediately after reviewing the

3   Greek stranding, and concluded "The [Bahamas] event raised the question of whether the mid-

4   frequency component of the sonar in Greece in 1996 was implicated in the stranding, rather than

5   the low-frequency component proposed by Frantzis (1998)."  Kenneth Balcomb was a co-author

6   of this peer reviewed scientific paper.  Paragraph 8 of his declaration states in this case, however,

7   states "It is my expert opinion that deployment of LFA presents a substantial risk of initiating a

8   panic response resulting in non-auditory injury and mortality in many species of marine

9   mammals at received levels significantly less than 180 dB re 1 uPa.  This conclusion is derived

10  in part from research conducted on the mass stranding, injury, and mortality of whales in the

11  Bahamas."  This opinion appears inconsistent with the conclusions of Cox et al. (2006) which

12  question whether the low-frequency component of sonar is implicated in beaked whale stranding.

13  While the Greek stranding coincided with simultaneous use of LF and MF sonar, none of the

14  other cases of atypical beaked whale strandings listed by Plaintiffs in Complaint ¶61 (which vary

15  significantly as to the strength of their association with sonar) present evidence of LFA sonar

16  use.

17          13.     Data on the vocalizations and hearing of beaked whales, which have become

18  available in the last 5 years, also confirm earlier assumptions that these whales, like dolphins that

19  had been previously tested, have hearing more sensitive to high frequencies than to low.  The

20  vocalizations of beaked whales studied have little energy below 20 kHz (Johnson et al. 2004,

21  2006, Madsen et al. 2005, Zimmer 2005)[6]/.  Cook et al. (2006)[7]/ used the auditory brainstem

22

23  _____
    [6]/     Johnson, M. P., P. T. Madsen, et al. (2004). "Beaked whales echolocate on prey."
    Proceedings of the Royal Society of London, B **271**(Supplement 6): S383-S386,

24  Madsen, P. T., M. Johnson, et al. (2005). "Biosonar performance of foraging beaked whales
    (*Mesoplodon densirostris*)." The Journal of Experimental Biology **208**: 181-194,

response to characterize the hearing of a Gervais' beaked whale (*Mesoplodon europaeus)*. This was a live stranded whale, and the testing conditions were not ideal, but this paper provides the first ever test of the hearing of a beaked whale. This whale heard best at the highest frequency tested, 80 kHz, with decreasing sensitivity down to the lowest frequency tested, 5 kHz. The lowest sound level to produce a detectable response in the beaked whale at 5 kHz was 132 dB re 1 µPa. By contrast, most bottlenose dolphins can detect sounds at 5 kHz in the 70-80 dB re 1 µPa range, with an ability to detect sounds of about 100 dB re 1 µPa at 500 Hz, within the LF frequency range. The shape of the beaked whale audiogram and comparison with dolphin data suggest that beaked whales are likely considerably less sensitive to sound within the LF range than they are to sound within the MF range or frequencies approximating their own high-frequency vocalizations. Most analyses of effects of sound assume that animals are most likely to respond to sounds at frequencies they hear well. MF sonars are well below the frequencies heard best by beaked whales, so this assumption may not neatly fit for MF sonars and beaked whales. However, LFA frequencies are expected to be enough lower than mid-frequencies to suggest that these frequencies are less likely to cause a response mediated by hearing in beaked whales.

14.     This hypothesis that lower sonar frequencies are less likely to evoke strong responses in toothed whales than mid-frequencies has been tested in the field with killer whales,

Zimmer, W., M. X., J. M., et al. (2005). "Echolocation clicks of Cuvier's beaked whales (*Ziphius cavirostris)*." Journal of the Acoustical Society of America 117: 3919-3927,
Johnson, M., P. T. Madsen, et al. (2006). "Foraging Blainville's beaked whales (*Mesoplodon densirostris*) produce distinct click types matched to different phases of echolocation." Journal of Experimental Biology 209: 5038-5050.
[7/]     Cook, M. L. H., R. A. Varela, et al. (2006). "Beaked whale auditory evoked potential hearing measurements." Journal of Comparative Physiology A: Neuroethology, Sensory, Neural, and Behavioral Physiology 192: 489-495.

1   *Orcinus orca*, in Norway.  Kvadsheim et al. (2007)[8/] reported avoidance reactions and changes in

2   diving behavior of killer whales exposed to MF sonar signals (6-7 kHz) at received levels above

3   150 dB re 1 µPa, but that killer whales were less sensitive to exposure to sonar signals at similar

4   received levels in the 1-2 kHz range (which some European Navies describe as low-frequency

5   sonar, but which still has a higher frequency range than the 100-500 Hz range of SURTASS

6   LFA).

7   ***Strandings Associated with Seismic Airguns***

8         15.    The case of a beaked whale stranding associated with use of airguns during

9   seismic surveys, which was cited by the Plaintiffs in paragraph 63 of the Complaint, does not

10  represent an atypical stranding, or even a mass stranding by many definitions, and it involves

11  similar ambiguities about multiple sources as the Greek stranding.  As Cox et al. (2006:179)

12  state:

13        "In September 2002, marine mammal researchers vacationing in the Gulf of California,

14        Mexico discovered two recently deceased Cuvier's beaked whales on an uninhabited

15        island.  They were not equipped to conduct necropsies and in an attempt to contact local

16        researchers, found that a research vessel had been conducting seismic surveys

17        approximately 22km offshore at the time that the strandings occurred (Taylor *et al.*,

18        2004).  The survey vessel was using three acoustic sources: (1) seismic air guns (5-

19        500Hz, 259dB re: 1µPa Peak to Peak (p-p); Federal Register, 2003); (2) sub-bottom

20        profiler (3.5kHz, 200dB SPL; Federal Register, 2004); and (3) multi-beam sonar

21        (15.5kHz, 237dB SPL; Federal Register, 2003).  Whether or not this survey caused the

22        beaked whales to strand has been a matter of debate because of the small number of

23  _____

[8/]      Kvadsheim, P., F. Benders, et al. (2007). Herring (sild), killer whales (spekkhogger) and
24  sonar – the 3S-2006 cruise report with preliminary results. Horten, Norway, Forsvarets
    forskningsinstitutt/Norwegian Defence Research Establishment.

DECLARATION OF PETER L. TYACK                                                    10
Case No. 07-04771 EDL

1    animals involved and a lack of knowledge regarding the temporal and spatial correlation

2    between the animals and the sound source.  This stranding underlines the uncertainty

3    regarding which sound sources or combinations of sound sources may cause beaked

4    whales to strand."

5    16.    In addition to the complication of the non-LF sources that were transmitting

6    simultaneously with the airguns, Madsen et al. (2006) showed that sounds of airguns recorded

7    near the surface can have predominant energy in the 300-3000 Hz band, overlapping as much

8    with MF as LF sonars.[9/]  Even if one assumes that airguns may have played a role in the Baja

9    stranding, this result raises questions as to which frequency components were involved.

10    ***Beaked Whale Response to Shipping Noise***

11    17.    Similarly Plaintiffs' Exhibit 57 – a paper which discusses the premature surfacing

12    response of a Cuvier's beaked whale that was foraging at depth as a ship passed overhead -- did

13    not emphasize the point that shipping noise has most of its energy in the low frequency range

14    corresponding to LF sonar.  Rather, the paper specifically analyzed the levels of shipping noise

15    in mid-frequency bands and of the echolocation clicks produced by the whales.  A key point of

16    the paper was to emphasize the high-frequency components of the ship passage, not the low-

17    frequency energy emphasized by the Plaintiffs.

18    ***Potential for SURTASS LFA Sonar to Affect Marine Mammals***

19    18.    Among the list of effects that Plaintiffs allege in paragraph 58 of their Complaint

20    and reiterate in their Motion, I know of no evidence published in the publicly available scientific

21    literature that SURTASS LFA causes the following problems in marine wildlife:

22    _____

23    [9/]    Madsen, P. T., M. Johnson, et al. (2006). "Quantitative measures of airgun pulses impinging on sperm whales using onboard tags and controlled exposures." <u>Journal of Acoustical</u>

24    <u>Society of America </u>**120**: 2366-2379.

1  •       Mortality or serious injury caused by hemorrhaging of tissues in lungs, air cavities, or

2  other structures of the body, which may lead animals to strand or die at sea [as mentioned before

3  there is one stranding coincident with simultaneous use of both MF and LF sonars (not SURTASS

4  LFA) for which there is no information about hemorrhaging of internal tissues];

5  •       Joint pain, disorientation, visual and auditory dysfunction, and other central nervous

6  system deficits, which likewise may result in serious injury or death;

7  •       Stranding in shallow water or beaching caused by these effects [as mentioned before

8  there is one stranding involving both MF and LF sonars operating simultaneously];

9  •       Chronic stress, which compromises breeding and may leave animals vulnerable to

10 disease, parasitism and other environmental harms;

11 •       Declines in the availability and viability of prey species such as fish and shrimp

12         19.     Plaintiffs also allege that active sonar causes temporary and permanent hearing

13 loss in marine mammals, avoidance behavior, disruption of biologically essential behaviors,

14 aggressive behavior, habituation, and masking.  The scientific literature does not provide

15 evidence for a specific link between SURTASS LFA and these effects in whales and dolphins,

16 First, the scientific literature does not support Plaintiffs' allegation that SURTASS LFA causes

17 temporary and permanent hearing loss in whales and dolphins.  Schlundt et al. (2000)[10/] have

18 tested for minor shifts in hearing of dolphins and beluga whales due to exposure to tonal sounds

19 like sonar sounds.  They did find temporary shifts in hearing (TTS) at higher frequencies, but

20 found no such shift for 1-second exposures in the LFA frequency range for received levels up to

21 193 dB re 1 μPa, a level corresponding to a distance of about two hundred meters from the sonar.

22 Pings of SURTASS LFA can last up to 100 seconds.  The metric used to predict TTS integrates

23 _____

[10/]      Schlundt, C. E., J. J. Finneran, et al. (2000). "Temporary shift in masked hearing

24 thresholds of bottlenose dolphins, *Tursiops truncatus*, and white whales, *Delphinapterus leucas*, after exposure to intense tones." <u>Journal of Acoustical Society of America</u> **107**: 3496-3508.

1    sound energy over time, and a 100 second signal with a sound pressure level of 173 dB would be

2    equivalent in this metric to a 1-second ping at 193 dB.  SURTASS LFA is said to operate at a

3    maximum duty cycle of 20%, which for a 100 second ping, would have a 500 second period of

4    silence.  An LFA ship moving at 3 knots (1.5 meters/second) would move about a kilometer over

5    this period.  It is possible that an animal might be exposed at these levels for one ping.  However,

6    since no TTS was observed for an exposure of 193 dB, there seems a low probability of a minor

7    temporary effect on hearing in these species, much less any permanent effects.  Having taken

8    part in most studies on behavioral effects of SURTASS LFA on marine mammals, I agree that

9    some studies have been sensitive enough to detect behavioral effects, but I question the

10   interpretation that these reflect significant adverse impacts. The Low Frequency Sound Scientific

11   Research Program (LFS SRP) did identify that SURTASS LFA signals elicited avoidance

12   behavior in gray whales migrating past the California coast when the source was in the migratory

13   corridor, but there was no such avoidance response when the source was placed a few kilometers

14   offshore (Buck and Tyack 2003).[11/] There is no evidence that the avoidance behavior elicited by

15   LFA would lead to abandonment of habitat or migratory pathways.  Regarding disruption of

16   biologically essential behaviors, the first phase of the LFS SRP did not find disruption of

17   foraging behavior or abandonment of foraging habitat of blue and fin whales (Croll et al.

18   2001).[12/] The third phase did detect changes in the singing behavior of humpback whales on the

19   Hawaiian breeding ground (Miller et al., 2000)[13/], but as I discussed in more detail in my

20   declaration for 02-3805-EDL, I do not think that these results indicate significant disruption of

21

22   [11/]       Buck, J. R. and P. L. Tyack (2003). "An avoidance behavior model for migrating whale
     populations." J. Acoust. Soc. Am. **113**: 2326.

23   [12/] Croll, D.A., C.W. Clark et al. (2001), "Effect of Anthropogenic Low Frequency Noise on the
     Foraging Ecology of Balaenoptera Whales,."  Animal Conservation. **4**(1): 13-27

24   [13/]       Miller, P.J.O., N. Biassoni, et al. (2000), "Whale songs lengthen in response to sonar."
     Nature **405**(6789):903.

1    breeding behavior.  The TTS experiments noted that trained captive dolphins and beluga whales

2    occasionally did display aggressive behaviors towards the apparatus (Finneran and Schlundt

3    2004)[14]/,  but I am not aware of any evidence that SURTASS LFA signals stimulate aggressive

4    behavior of the sort that could result in injury.  Finally, habituation, sensitization, and masking

5    are basic features of all sensory systems, but I am not aware of any specific data on these topics

6    for marine wildlife exposed to SURTASS LFA sonar.

7         20.    This review of the evidence suggests to me that the Plaintiffs are bending the

8    evidence to overstate their case for the likelihood that SURTASS LFA causes strandings. The

9    statements on page 2 of the Plaintiffs' Motion that "Likely impacts" of SURTASS LFA include

10   "internal hemorrhaging, stranding, and death" and on page 17 that SURTASS LFA poses a

11   "foreseeable risk of life-threatening injury and mortality" are not supported by recent scientific

12   research or by comparison of the stranding record against the five years of SURTASS LFA

13   operations.

14        21.    The Plaintiffs' Motion, p. 6, argues that the decision by NMFS and Navy to study

15   the behavioral impacts of sonar acknowledges heightened concern about the risk of LFA sonar.

16   This statement is untrue.  The behavioral response study acknowledges a need for information

17   about the effects of MFA sonar, particularly on beaked whales, but it is not indicative of a

18   similar need for LFA sonar.

19              **Recent Studies on Impacts From Ships, Airguns, and Alarm Stimuli**

20        22.    Since 2001 there has been considerable research on effects of anthropogenic

21   sound on the behavior, physiology, and ecology of marine mammals.  Some are traditional

22   studies on short term reactions of captive animals to sound.  For example, Plaintiffs' Exhibit 58

23   ----

[14]/     Finneran, J. J. and C. E. Schlundt (2004). Effects of Intense Pure Tones of the Behavior
24   of Trained Odontocetes, SSC San Diego**:** 1-20.

1    quantifies a discomfort zone defined by avoidance responses of captive harbor porpoises,

2    *Phocoena phocoena*.  Judging by movements of porpoises of only several meters during 15

3    minute test periods, the study defined discomfort thresholds between 97-112 dB re 1 µPa for

4    signals in the 10-20 kHz region.  The signals selected are used to transmit digital data

5    underwater.  The results of this study are compatible with most studies on reactions of *Phocoena*

6    to sound, which indicate reactions at relatively low sound exposure levels.  However, these

7    results involve sounds at frequencies above 10 kHz, where porpoise hearing thresholds are 55 dB

8    or lower (Kastelein et al. 2002)[15/].  By contrast, the threshold at 250 Hz is 115 dB re 1 µPa,

9    showing that porpoises which avoid exposures of 100 dB at 10 kHz would not even be able to

10   hear them at 250 Hz in the LFA frequency range.

11          23.    Plaintiffs' Exhibit 61 describes responses of North Atlantic right whales to four

12   stimuli: silence, right whale vocalizations in the 500-4000 Hz range, vessel noise in the 50-500

13   Hz range, and an alerting stimulus in the 500-4500 Hz range.[16/] No clear cut responses were

14   observed to the vocalizations (RLs in the 136-148 dB re 1 µPa range), vessel noise (RLs = 129-

15   142 dB re 1 µPa), but a strong response was noted in 5 of the 6 whales exposed to the alert

16   stimulus (RL = 133-148 re 1 µPa).  The whales broke off prematurely from their foraging dive

17   and swam strongly on a shallow angled ascent, staying at the surface until the playback ceased,

18   

---

19   [15/]    Kastelein, R. A., P. Brunskoek, et al. (2002). "Audiogram of a harbour porpoise
     (*Phocoena phocoena*) measured with narrow-band frequency-modulated signals." Journal of the
20   Acoustical Society of America **112**(1): 334-344.

21   [16/]    The alert stimulus sound was an 18 min exposure consisting of three 2 min signals played
     sequentially three times over. The three signals had a 60 percent duty cycle and consisted of:  i)
     alternating 1 sec pure tones at 500 and 850 Hz; ii) a 2 sec logarithmic down-sweep from 4500 to
22   500 Hz; and iii) a pair of low-high (1500 and 2000 Hz) sine wave tones amplitude modulated at
     120 Hz and each 1 sec long. The alert signals were designed with three specific goals: i) to pique
23   the mammalian auditory system with disharmonic signals spanning the whale's estimated
     hearing range; ii) to maximize signal to noise ratio; i.e., use signals that would be distinct from
24   the background and resist masking; and iii) to provide localization cues for the whales.

DECLARATION OF PETER L. TYACK                                                          15
Case No. 07-04771 EDL

1    at which point they resumed feeding.  These results are also consistent with other studies

2    suggesting that right and bowhead whales (members of the balaenid family) appear to respond to

3    anthropogenic sounds at lower levels than humpback whales and other members of the

4    balaenopterid family (blue, fin, sei and minke whales).  There was no statistical difference in the

5    received levels of the vessel noise versus the alert stimuli, demonstrating that stimulus type was

6    critical for evoking the response.  Unfortunately, nothing is known about responses of right

7    whales to signals from SURTASS LFA.  LFA sonar signals are in the same frequency range as

8    the vessel noise, to which whales did not react, but have tonal characteristics similar to some of

9    the alert stimuli, to which the whales did respond.

10         24.     Frid and Dill (2002)[17/] suggest that behavioral ecological theories about how

11   animals should balance the benefits of anti-predator behavior against the costs of responding

12   may be a useful way to view responses to anthropogenic disturbance.  They point out that many

13   sources of human disturbance involve stimuli that are approaching, often with increasing and

14   ultimately high stimulus values.  Viewing disturbance in terms of anti-predator behavior is likely

15   to be particularly useful for intense sources of sound that move in a way that might trigger

16   responses similar to anti-predator behavior.  Zimmer and Tyack (2007)[18/] point out that one

17   possible explanation for mass strandings of beaked whales that coincide with mid-frequency

18   sonar exercises is that these sonars have durations and fundamental frequencies very different

19   from the whales' own signals, but that are quite similar to the calls of killer whales (*Orcinus*

20   *orca*).  In this case it may literally be more appropriate to call the response an anti-predator

21   response rather than simple disturbance.  By contrast, the signals of SURTASS LFA are much

22

23   [17/]     Frid, A. and L. Dill (2002). "Human-caused disturbance stimuli as a form of predation risk." Conservation Ecology **6**(1): 11.

24   [18/]     Zimmer, W., M. X. and P. L. Tyack (2007). "Repetitive shallow dives pose decompression risk in deep-diving beaked whales." Marine Mammal Science **23**: 888-925.

DECLARATION OF PETER L. TYACK                                                16
Case No. 07-04771 EDL

1    longer and are lower in frequency than killer whale calls.  If similarity to predator calls is a factor

2    in the effects of MFA sonars, then the dissimilarity of LFA signals to killer whale calls would

3    suggest a lower risk.

4         25.    The last five years have also seen growing recognition of the importance of how

5    animals have evolved sensory and communication systems capable of dealing with variation in

6    noise.  For example, noise in the ocean or on land may vary by 30 dB depending upon wind,

7    waves, and weather.[19]  Other animals also produce unwanted sound – for example, the tiny

8    snapping shrimp, *Alpheus heterochaelis,* can produce source levels as high as 220 dB re 1 µPa at

9    1m (Versluis et al. 2000).[20] Snapping shrimp can dominate the ambient noise over a broad

10   frequency range, exceeding the noise levels generated by sea state 7, which is characterized by

11   waves of 10 meters or more (25-40 feet).[21] When many animals are signaling close enough

12   together, they are likely to interfere with each other, as their signals usually overlap in frequency.

13   Members of the same species, for example males calling to attract a female, may intentionally

14   compete with a signaler, attempting to reduce the salience of its calls or songs.  The problem of

15   communicating in a noisy channel is ubiquitous and important enough to have selected for

16   compensation mechanisms in most animals that rely heavily upon sound for communication or

17   echolocation.  Mechanisms for increasing the detectability of signals include waiting to call until

18   noise decreases, increasing the rate of calling, increasing signal intensity, increasing the signal

19   duration, and shifting signal frequency outside of the noise band.  All of these mechanisms have

20

21   [19]     Urick, R. J. (1983). Principles of underwater sound. Los Altos, CA, Peninsula Publishing.

22   [20]     Versluis, M., B. Schmitz, et al. (2000). "How snapping shrimp snap: through cavitating
     bubbles." Science **289**(5487): 2114-2117.

23   [21]     Readhead, M. L. (1997). "Snapping shrimp noise near Gladstone, Queensland." Journal
24   of Acoustical Society of America **101**: 1718-1722.

1    been identified in mammals and birds, with greatly increased research in this area in the last five

2    years.  These changes increase costs for signaling, so if animals show systematic use of

3    compensation mechanisms, this would suggest that the noise is compromising effective

4    communication sufficiently to incur the cost of modifying the signal to compensate for noise.

5    Thus there is growing focus on how animals may be able to compensate for noise, and to

6    quantify the costs of compensation mechanisms.  This view reinforces the interpretation that the

7    increased length and redundancy of humpback whale songs during LFA exposure[22] may reflect

8    the whales using well-developed mechanisms to compensate for changes in noise.

9         26.    One of the most important developments in studies on the effects of noise

10    involves increasing recognition of the need to relate changes in observed behavior to the long

11    term needs of individual animals and populations (NRC 2005).[23] One important area for this

12    work has focused on energetics of foraging.  Studies of sperm whale responses to airguns

13    (Plaintiffs' Exhibit 56) and of killer whale responses to vessels (Plaintiffs' Exhibit 59) both

14    suggest that sounds from these anthropogenic sources may reduce foraging rates by 18-19%, and

15    that the impact on reducing energy intake is greater than the impact on increasing energy

16    expenditures.  Given information on the duration of such changes, models can be used to predict

17    impacts on growth, survival and reproduction.  Even better are studies that link measurements of

18    exposure and responses with long term effects.  For example, Bejder (2005)[24] studied bottlenose

19    dolphins, *Tursiops* sp., in an area where whale-watch and research vessels regularly followed

20

21    [22]    Miller, P.J.O., N. Biassoni, et al. (2000), "Whale songs lengthen in response to sonar."
     Nature **405**(6789):903.

22    [23]    Wartzok, D., J. Altmann, et al. (2005). Marine Mammal Populations and Ocean Noise:
     Determining when noise causes biologically significant effects. Washington, D.C., National
     Academy Press.

23

24    [24]    Bejder, L. (2005). Linking short and long-term effects of nature-based tourism on
     cetaceans. Biology. Halifax, Nova Scotia, Dalhousie. Ph.D.

1    dolphins compared to a similar site with lower vessel traffic.  As the vessel traffic increased, the

2    abundance of dolphins in the trafficked site decreased, as did the reproductive rate of females

3    who were sighted more frequently near vessels.  These kinds of results emphasize that chronic

4    exposure to many activities previously thought of as benign may threaten wildlife populations.

5    A critical risk factor here is the continuous presence of the source of disturbance day-in day-out

6    for years within the impact zone of a population.  With a mission duration estimated at 40 days

7    with 7.5% duty cycle for transmissions, SURTASS LFA seems less likely to pose this risk for

8    cumulative impact compared to daily vessel disturbance for years, but more likely than one-time

9    passage of a sound source.

10          27.      The element of SURTASS LFA sonar that most concerned me when it was

11   brought to my attention was the long range over which low frequency sound can travel, and

12   therefore the large area for potential behavioral effects.  The LFS SRP was specifically designed

13   to evaluate the potential scope of these effects for baleen whales that use sounds in the LFA

14   frequency range and are thought to hear well in this range.  The studies were selected to cover

15   the three critical phases of the baleen whale year: feeding, migrating, and breeding.  The studies

16   on feeding blue and fin whales suggested that whales continued to feed when exposed to

17   received levels near 140 dB re 1 µPa, and movements of the whales appeared more strongly

18   linked to prey abundance than to LFA (Croll et al. 2001).[25]

19          28.      Several of Plaintiffs' declarants register concerns about particular species of

20   baleen whales which, I believe, have largely been addressed by the LFS SRP.  The declaration of

21   Maria Vorontsova states concern about the effect of LFA on gray whales, *Eschrichtius robustus*.

22   I shared this concern in 1997 as the LFA SRP was developed.  The phase of this study on

23

24   [25]      Croll, D. A., C. W. Clark, et al. (2001). "Effect of Anthropogenic Low-frequency Noise
     on the Foraging Ecology of Balaenoptera Whales." Animal Conservation **4**(1): 13-27.

1    migration studied the effects of LFA on gray whales migrating past the California coast, an area

2    where previous studies on responses to continuous noise had reported avoidance responses at

3    received levels of about 120 dB re 1 µPa.  When the LFA source was placed in the inshore

4    migration corridor for gray whales, they avoided exposures to received levels of about 135 dB re

5    1 µPa (Buck and Tyack 2003) [26].  However, when the source was placed a few kilometers (~1

6    mile) farther offshore, even the whales that passed close to the source did not show this

7    avoidance response.  As long as the LFA sonar is operated well offshore of coastal migrations of

8    the gray whale, these data suggest little risk of disruption of migration.

9         29.     The declaration of John Calambokidis states particular concern that LFA might

10   affect the breeding behavior of humpback whales, *Megaptera novaeangliae*.  I shared this

11   concern in 1997, and the third phase of the LFS SRP studied the effect of LFA on the songs of

12   humpback whales, which are thought to play a role in reproduction.  This study found that 5 of

13   the 18 whales exposed to an hour of LFA transmissions stopped singing.[27] For a conservative

14   analysis, all of these interruptions were treated as a potential response to playback, even though

15   cessation of song is routine.[28] Most of the whales that stopped singing during LFA exposure

16   without joining another whale, started singing again while the LFA signals were still being

17   transmitted.  This is a critical finding in terms of evaluating long term impacts during longer

18   periods of transmission.  For the whales that did not stop singing, there was a significant increase

19   in the duration of each song, which was caused by increased repetition of elements of the song.

20   This kind of increased redundancy is a classic mechanism described by the mathematical theory

21   _____

22   [26]     Buck, J. R. and P. L. Tyack (2003). "An avoidance behavior model for migrating whale
         populations." J. Acoust. Soc. Am. **113**: 2326.
         [27]     Miller, P. J. O., N. Biassoni, et al. (2000). "Whale songs lengthen in response to sonar."
23       Nature **405**(6789): 903.
         [28]     Tyack, P. L. (1981). "Interactions between singing hawaiian humpback whales and
24       conspecifics nearby." Behavioral Ecology and Sociobiology **8**: 105-116.

1    of information to compensate for increased noise.  The dominant source of ambient noise for a

2    singing humpback is the songs of other humpbacks (Au et al. 2000)[29], leading to selection for

3    ways to compensate for this competition.  While Miller et al. (2000) clearly demonstrated

4    sensitivity and changes in behavior for whales exposed to LFA sonar at received levels ranging

5    from 130-150 dB re 1 μPa, my interpretation of these data is that they do not indicate a

6    significant risk to reproductive success as suggested by Plaintiffs.   See, e.g., Plaintiffs' Exhibit

7    52.

8                                         **Conclusion**

9          30.     The Complaint argues that the previous LFA case resulted in "appropriate

10   mitigation measures, … taking necessary and feasible steps to protect marine mammals and

11   endangered species …" [Complaint p. 2] and that the mitigation measures previously ordered by

12   the Court are "adequate" [Complaint p. 5].

13         31.     I must take issue with the Plaintiffs' evaluation of how high the risk is of

14   SURTASS LFA causing strandings of beaked whales. As I have discussed in detail, I believe

15   that a balanced review of the scientific literature shows growing evidence of a coincidence

16   between the use of MF sonar and atypical strandings of beaked whales in certain circumstances,

17   and decreasing reasons for concern that LFA sonar might be involved in this risk.  This is

18   particularly important for balancing risks as one considers which monitoring and mitigation

19   measures are appropriate. If the Plaintiffs truly believe that SURTASS LFA sonar poses a

20   significant risk for stranding, injury and death of beaked whales, then this raises serious

21   questions about whether the mitigation measures they themselves have promoted are the most

22   appropriate. Plaintiffs' argument for expanded coastal exclusion zones are in tension with their

23   ───────────────────

[29]      Au, W. W. L., M. O. Lammers, et al. (2000). "Characteristics of chorusing sounds of
24   humpback whales wintering in waters off western Maui." Journal of the Acoustical Society of
     America **108**: 2612.

1  concern for strandings of beaked whales, which live where the ocean is deep.  If SURTASS LFA

2  sonar poses a likely risk of injury or death to deep diving beaked whales, as Plaintiffs suggest,

3  then expanding the coastal exclusion zone so as to push exercises into deeper water where

4  beaked whales live may increase the risk.  Following Plaintiffs' argument on beaked whale

5  strandings to its logical conclusion, an expanded coastal exclusion zone would be of particular

6  risk if the restrictions moved SURTASS LFA sonar offshore of beaked whale habitat, as

7  transmissions from offshore might be more likely to trigger avoidance reactions towards shore

8  and increase the risk of stranding.

9       32.    If the Court is to be able to make decisions that actually help reduce any risks to

10  marine life from the operation of SURTASS LFA, it will have to cut through the rhetoric and

11  balance the actual unbiased evidence of adverse impacts.  If the goal of the Plaintiffs were to stop

12  sonar usage, then the path of "do no harm" would be obvious.  However, the Plaintiffs do not

13  call on the US to cease operating SURTASS LFA sonar, and therefore the critical issue is what

14  are adequate mitigation measures.  The only way to achieve this goal is to relate the likelihood of

15  specific adverse impacts against their severity.  Once one decides which specific outcomes are

16  important to avoid, then one can craft a balanced mitigation strategy.  It is critical that any such

17  measures are accompanied by a plan to assess how well they are working.

18
19  Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true

20  and correct to the best of my knowledge, information, and belief.

21

22  Executed this 14th day of _November_, 2007 in _Woods Hole MA._

23

24  _Peter L Tyack_

DECLARATION OF PETER L. TYACK                                                                22
Case No. 07-04771 EDL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    EXHIBIT A—CURRICULUM VITA OF PETER L. TYACK

2    Senior Scientist (with tenure)

3    Biology Department

4    Woods Hole Oceanographic Institution

5    Woods Hole, Massachusetts  02543

6    Birth:  3l December l953, Boston MA

7

8    **EDUCATION**

9    A.B.,  *summa cum laude* in Biology, Harvard College, l976.

10   Ph.D., in Animal Behavior, Rockefeller University, 1982, Donald R. Griffin, advisor.

11

12   **EMPLOYMENT**

13   1971-1972:    Research Assistant        Alza Co

14   1974-1975:    Research Associate        New York Zoological Society

15   1976:            Staff Biologist            Oregon Public Utilities Commission

16   1977-1981:    Research Associate        New York Zoological Society

17   1977-1982:    Graduate Fellow          Rockefeller University

18   1982-1983:    Postdoctoral Scholar      Woods Hole Oceanographic Institution

19   1983-1985:    Guest Investigator        Woods Hole Oceanographic Institution

20   1985-1989:    Assistant Scientist        Woods Hole Oceanographic Institution

21   1989-1999:    Associate Scientist        Woods Hole Oceanographic Institution

22   1994-1995:    Fellow                Center for Advanced Study in the

23                                        Behavioral Sciences, Stanford CA

24   1999-:          Senior Scientist          Woods Hole Oceanographic Institution

| | | |
|---|---|---|
| 2001-2007 | Walter A. and Hope Noyes | Woods Hole Oceanographic Institution |
| | Chair in Oceanography | |
| 2001-2002 | Visiting Scientist | NATO Undersea Research Centre, Italy |

**MEMBERSHIPS**

Federal Advisory Committee on Acoustic Impacts on Marine Mammals, US Marine Mammal Commission (2004-2005)

Committee on Characterizing Biologically Significant Marine Mammal Behavior. Ocean Studies Board, National Research Council (2003-2004)

Committee to Review Results of ATOC's Marine Mammal Research Program. Ocean Studies Board, National Research Council (1996-2000)

Committee on Low Frequency Sound and Marine Mammals, Ocean Studies Board, National Research Council (1992-1994)

Advisory Board for Marine Mammal Research Program, ATOC.

Trustee, Center for Coastal Studies (1996-1999)

Member, Scientific Advisory Board, New England Aquarium (1992-1996)

Member; Acoustical Society of America, Animal Behavior Society; A.A.A.S., Sigma Xi

Charter Member, Society for Marine Mammalogy

Associate, Behavioral and Brain Sciences.

Fellow, Center for Climate and Ocean Research (CICOR)

Fellow, Acoustical Society of America

Member, Committee of Scientific Advisors on Marine Mammals, Marine Mammal Commission 2000-2003

Associate Editor, Marine Mammal Science, Encyclopedia of Ocean Sciences, IEEE Journal of

1    Oceanic Engineering

2    Adjunct Scientist, Mote Marine Aquarium

3    Adjunct Professor, Department of Oceanography, University of Rhode Island

4

5    **RESEARCH INTERESTS**

6    •    Social behavior and acoustic communication in cetaceans.

7    •    Vocal learning and mimicry in the natural communication systems of cetaceans.

8    •    Individually distinctive signature signals, vocal learning, and mimicry in the bottlenose

9         dolphin and the sperm whale.

10   •    Acoustic structure and social functions of the songs of baleen whales.

11   •    Responses of cetaceans to manmade noise.

12   •    Playback to cetaceans of their own and conspecific vocalizations.

13   •    Development of methods to identify which cetacean produces a sound within a social

14        group.

15

16   **BOOKS**

17   2005    Wartzok D, J. Altmann, W. Au, K. Ralls, A. Starfield, P. L. Tyack. Marine Mammal

18   Populations and Ocean Noise:  Determining when noise causes biologically significant effects.

19   (NRC report) Washington, D.C.: National Academy Press.

20   2003    de Waal, F. B. M. and P.L. Tyack. Animal Social Complexity: Intelligence, Culture, and

21   Individualized Societies. Harvard University Press

22   2000    Mann, J., Connor, R., Tyack, P.L., and H. Whitehead.  *Cetacean Societies: field studies*

23   *of whales and dolphins*.  Chicago: University of Chicago Press.

24

2000    Popper, A.N., DeFerrari, H.A., Dolphin, W.F., Edds-Walton, P.L., Greve, G.M., McFadden, D., Rhines, P.B., Ridgway, S.H., Seyfarth, R.M., Smith, S.L., and P.L. Tyack. *Marine mammals and low-frequency sound*. (NRC report) Washington, D.C.: National Academy Press.

1994    Green, D.M., DeFerrari, H.A., McFadden, D., Pearse, J.S., Popper, A.N., Richardson, W.J., Ridgway, S.H., and P.L. Tyack. *Low-frequency sound and marine mammals: current knowledge and research needs*. (NRC report) Washington, D.C.: National Academy Press.


**SELECTED RECENT PAPERS IN PEER REVIEWED SCIENTIFIC JOURNALS**

Submitted        Southall, B. L., Bowles A. E., Ellison, W. T., Finneran, J. J., Gentry R. L., Greene Jr. C. R., Kastak D., Ketten D. R., Miller J. H., Nachtigall, P. E., Richardson, W. J., Thomas, J. A., Tyack P. L.  Marine mammal noise exposure criteria: initial scientific recommendations. *Aquatic Mammals*

2007    Zimmer W. M. X. & Tyack P. L. Repetitive shallow dives pose decompression risk in deep diving beaked whales. *Marine Mammal Science, 23:888-925*

2007    Nowacek D. P., Thorne L. H., Johnston D. W., Tyack P. L. Responses of cetaceans to anthropogenic noise. *Mammal. Review 37:81-115*

2007    Miksis-Olds J. L., Donaghay Percy L., Miller, J. H., Tyack, P. L., Reynolds, J. E. III. Simulated vessel approaches elicit differential responses from manatees. *Marine Mammal Science 23:629-649*

2007    Wilson M., Hanlon R., Tyack P., and Madsen P.T. Intense ultrasonic clicks from echolocating toothed whales do not acoustically debilitate or elicit anti-predator responses in the squid *Loligo pealeii. Proceedings of the Royal Society Biological Letters. 3:225-227*

1  2006    Tyack, P. L., Johnson, M., Soto, N. A. d., Sturlese, A. & Madsen, P. T.. Extreme diving
2  behaviour of beaked whale species known to strand in conjunction with use of military sonars.
3  *Journal of Experimental Biology* **209**:4238-4253.

4  2006    Johnson M., Madsen P.T., Zimmer W.M.X.Z., Aguilar de Soto N., Tyack P.L. Foraging
5  Blainville's beaked whales (*Mesoplodon densirostris*) produce distinct click types matched to
6  different phases of echolocation. *Journal of Experimental Biology* **209**:5038-5050.

7  2006    Madsen P.T., Johnson M., Miller P., Aguilar de Soto N. and Tyack P. 2006. Quantitative
8  measures of airgun pulses impinging on sperm whales using onboard tags and controlled
9  exposures. *Journal of Acoustical Society of America* **120**:2366-2379.

10  2006    Watwood, S. L., Miller, P. J. O., Johnson, M., Madsen, P. T. and Tyack, P. L. Deep-
11  diving foraging behavior of sperm whales (*Physeter macrocephalus*). *J. Animal Ecology* **75**:814-
12  825.

13  2006    Aguilar de Soto, N., Johnson, M., Madsen, P. T., Tyack, P. L., Bocconcelli, A. &
14  Borsani, J. F. Does intense ship noise disrupt foraging in deep-diving Cuvier´s beaked whales
15  (*Ziphius cavirostris*). *Marine Mammal Science*. **22**: 690-699. DOI: 10.1111/j.1748-
16  7692.2006.00044.x

17  2006    Cox, T. M., Ragen, T. J., Read, A. J., Vos, E., Baird, R. W., Balcomb, K., Barlow, J.,
18  Caldwell, J., Cranford, T., Crum, L., D'Amico, A., D'Spain, G., Fernández, A., Finneran, J.,
19  Gentry, R., Gerth, W., Gulland, F., Hildebrand, J., Houser, D., Hullar, T., Jepson, P. D., Ketten,
20  D., MacLeod, C. D., Miller, P., Moore, S., Mountain, D., Palka, D., Ponganis, P., Rommel, S.,
21  Rowles, T., Taylor, B., Tyack, P., Wartzok, D., Gisiner, R., Mead, J. & Benner, L. Why Beaked
22  Whales? Report of Workshop to Understand the Impacts of Anthropogenic Sound. *Journal of*
23  *Cetacean Research and Management* **7**:177-187.

24  2006    Suzuki, R., Buck, J. R. & Tyack, P. L. Information entropy of humpback whale songs.

1  *The Journal of the Acoustical Society of America* **119**:1849-1866.

2  2005    Poole J. H., Tyack P. L., Stoeger-Horwath A. S. Watwood S. Elephants capable of vocal

3  learning. Nature **434**:455-456

4  2005    Zimmer W. M. X., Johnson M., Madsen P. T., Tyack P. L. Echolocation clicks of

5  Cuvier's beaked whales (*Ziphius cavirostris*). Journal of the Acoustical Society of America

6  117:3919-3927

7  2005    Zimmer W.M.X., Madsen P.T., Teloni V., Johnson M.P., Tyack P.L.  Off-axis effects on

8  the multi-pulse structure of sperm whale usual clicks with implications for the sound production.

9  *Journal of Acoustical Society of America* 118: 3337-3345.

10  2005    Parks, S. E. & Tyack, P. L.. Sound production by North Atlantic right whales (*Eubalaena*

11  *glacialis*) in surface active groups. *Journal of the Acoustical Society of America*, 117:3297-3306.

12  2005    Zimmer W., Tyack P.L., Johnson M., Madsen P. 3-Dimensional beam pattern of regular

13  sperm whale clicks confirms bent-horn hypothesis J. Acoust. Soc. Am. 117:1473-1485

14  2005    Madsen P.T., Johnson M., Aguilar DeSoto N., Zimmer W.M.X. and Tyack P.  Biosonar

15  performance of foraging beaked whales (*Mesoplodon densirostris*). J exp. Biol 280:181-194

16  2005    Teloni V., Zimmer W.X.M., Tyack P.L. Sperm whale trumpet sounds. *Bioacoustics* 15:

17  163-174.

18  2004    Fripp D., Owen C., Shapiro A., Quintana E., Buckstaff E., Wells R. S., and P. L. Tyack.

19  Bottlenose dolphin calves model their signature whistles on the whistles of community members

20  they rarely hear. Animal Cognition 8:17-26

21  2004    Suzuki, R, Buck J. R., Tyack P. L.The use of Zipf's law in animal communication

22  analysis. *Animal Behaviour, Available online 11 November 2004,*

23  2004    Miller P. J. O., Johnson M. P. Tyack, P. L. Sperm whale behaviour indicates the use of

24  rapid echolocation click buzzes 'creaks' in prey capture. Proc Roy Soc B 271:2239-2247.

1   2004   Johnson M., Madsen P. T., Zimmer W. M. X., de Soto N. A., Tyack P. L.  Beaked whales

2   echolocate on prey. Proceedings of the Royal Society B [Biology Letters] 271:S383-S386. **DOI:**

3   10.1098/rsbl.2004.0208

4   2004   Miller, P., Shapiro, A., Solow, A., and P. L. Tyack. Call-type matching in vocal

5   exchanges of free-ranging killer whales, *Orcinus orca*. Animal Behaviour 67:1099-1107.

6   2004   Watwood S. L., P. L. Tyack & R. S. Wells. Whistle sharing in paired male bottlenose

7   dolphins, *Tursiops truncatus*. Behavioral Ecology and Sociobiology 55:531-543.

8   2004   Miller, P. J. O., Johnson, M., Tyack, P., and Terray, E. 'Swimming gaits, passive drag,

9   and buoyancy of diving sperm whales (*Physeter macrocephalus*)', J. Experimental Biology,

10  207:1953-1967.

11  2004   Tyack, P; Gordon, J. and D. Thompson. Controlled exposure experiments to determine

12  the effects of noise on large marine mammals. Marine Technology Society Journal, 37(4): 41-53.

13  2004   Nowacek, D., Johnson, M., and P. Tyack. 'North Atlantic right whales (*Eubalaena*

14  *glacialis*) ignore ships but respond to alarm stimuli', Proc. R. Soc. B., 271:227-231.

15  2003   Zimmer W. M.X., M. P. Johnson, A. D'Amico, P. L. Tyack. Combining data from a

16  multi-sensor tag and passive Sonar to determine the diving behavior of a sperm whale (*Physeter*

17  *macrocephalus*). IEEE Journal of Oceanic Engineering 28:13-28.

18  2003   Johnson M. and P. L. Tyack A Digital Acoustic Recording Tag for Measuring the

19  Response of Wild Marine Mammals to Sound. IEEE Journal of Oceanic Engineering 28:3-12.

20  2003   Lynch, J. F., A. E. Newhall, B. Sperry, G. Gawarkiewicz, A. Fredericks, P. Tyack, C. S.

21  Chiu, and P. Abbot. Spatial and Temporal Variations in Acoustic Propagation Characteristics at

22  the New England Shelfbreak Front. IEEE Journal of Oceanic Engineering 28:129-150.

23

24

2003    Tyack, P. L. Dolphins communicate about individual-specific relationships. In: Animal Social Complexity: Intelligence, Culture, and Individualized Societies. (de Waal, F. B. M. and P.L. Tyack, eds.) Harvard University Press, Cambridge MA, pp. 342-367.

2002    Thomas, R.T., Fristrup, K.M. and P.L. Tyack. Linking the sounds of dolphins to their locations and behavior using video and multichannel acoustic recordings. Journal of the Acoustical Society of America,112:1692-1701.

2002    Baird R. W., J. F. Borsani, M. B. Hanson and P. L. Tyack. Diving and night-time behaviour of long-finned pilot whales in the Ligurian Sea. Marine Ecology Progress Series 237:301-305

2002    Miksis, J.L., Tyack, P.L. and J. R. Buck. Captive dolphins, *Tursiops truncatus*, develop signature whistles that match acoustic features of human-made sounds. Journal of the Acoustical Society of America, 112:728-739.

2002    Tyack, P.L. and E.H. Miller. Vocal anatomy, acoustic communication, and echolocation in marine mammals. In: Marine mammal biology: an evolutionary approach. (A.R. Hoelzel, ed), Blackwell Scientific, Oxford, England, pp. 142-184.

2000    Miller, P.J.O., N. Biassoni, A. Samuels, and P.L. Tyack. Whale songs lengthen in response to sonar. *Nature* 405:903.

1    EXHIBIT B—LITERATURE CITED

2

3    Au, W. W. L., M. O. Lammers, et al. (2000). "Characteristics of chorusing sounds of humpback

4    whales wintering in waters off western Maui." Journal of the Acoustical Society of America **108**:

5    2612.

6    Bejder, L. (2005). Linking short and long-term effects of nature-based tourism on cetaceans.

7    Biology. Halifax, Nova Scotia, Dalhousie. **Ph. D.**

8    Buck, J. R. and P. L. Tyack (2003). "An avoidance behavior model for migrating whale

9    populations." J. Acoust. Soc. Am. **113**: 2326.

10    Cook, M. L. H., R. A. Varela, et al. (2006). "Beaked whale auditory evoked potential hearing

11    measurements." Journal of Comparative Physiology A: Neuroethology, Sensory, Neural, and

12    Behavioral Physiology **192**: 489-495.

13    Croll, D. A., C. W. Clark, et al. (2001). "Effect of Anthropogenic Low-frequency Noise on the

14    Foraging Ecology of Balaenoptera Whales." Animal Conservation **4**(1): 13-27.

15    D'Amico, A. (1998). Summary Record, SACLANTCEN Bioacoustics Panel. La Spezia, Italy,

16    Saclant Undersea Research Centre.

17    D'Spain, G., A. D'Amico, et al. (2006). "Properties of the underwater sound fields during some

18    well documented beaked whale mass stranding events." Journal of Cetacean Research and

19    Management **7**(3): 223-238.

20    Evans, D. L. and G. R. England (2001). Joint Interim Report, Bahamas Marine Mammal

21    Stranding, Event of 15-16 March 2000, U.S. Department of Commerce and Secretary of the

22    Navy**:** 59.

23    Fernández, A., P. Castro, et al. (2004). New beaked whale mass stranding in Canary Islands

24    associated with naval military exercises (Majestic Eagle 2004). Advisory Committee on Acoustic

1   Impacts on Marine Mammals, International Workshop, London.

2   Fernandez, A., J. F. Edwards, et al. (2005). "Gas and Fat Embolic Syndrome'' Involving a Mass

3   Stranding of Beaked Whales (Family Ziphiidae) Exposed to Anthropogenic Sonar Signals."

4   Veterinary Pathology **42**: 446-457.

5   Finneran, J. J. and C. E. Schlundt (2004). Effects of Intense Pure Tones of the Behavior of

6   Trained Odontocetes, SSC San Diego**:** 1-20.

7   Frantzis, A. (1998). "Does acoustic testing strand whales?" Nature **392**: 29.

8   Frid, A. and L. Dill (2002). "Human-caused disturbance stimuli as a form of predation risk."

9   Conservation Ecology **6**(1): 11.

10  Johnson, M., P. T. Madsen, et al. (2006). "Foraging Blainville's beaked whales (*Mesoplodon*

11  *densirostris*) produce distinct click types matched to different phases of echolocation." Journal of

12  Experimental Biology **209**: 5038-5050.

13  Johnson, M. P., P. T. Madsen, et al. (2004). "Beaked whales echolocate on prey." Proceedings of

14  the Royal Society of London, B **271**(Supplement 6): S383-S386.

15  Kastelein, R. A., P. Brunskoek, et al. (2002). "Audiogram of a harbour porpoise (*Phocoena*

16  *phocoena*) measured with narrow-band frequency-modulated signals." Journal of the Acoustical

17  Society of America **112**(1): 334-344.

18  Kvadsheim, P., F. Benders, et al. (2007). Herring (sild), killer whales (spekkhogger) and sonar –

19  the 3S-2006 cruise report with preliminary results. Horten, Norway, Forsvarets

20  forskningsinstitutt/Norwegian Defence Research Establishment.

21  Madsen, P. T., M. Johnson, et al. (2005). "Biosonar performance of foraging beaked whales

22  (*Mesoplodon densirostris*)." The Journal of Experimental Biology **208**: 181-194.

23  Madsen, P. T., M. Johnson, et al. (2006). "Quantitative measures of airgun pulses impinging on

24  sperm whales using onboard tags and controlled exposures." Journal of Acoustical Society of

America **120**: 2366-2379.

Miller, P. J. O., N. Biassoni, et al. (2000). "Whale songs lengthen in response to sonar." <u>Nature</u> **405**(6789): 903.

Readhead, M. L. (1997). "Snapping shrimp noise near Gladstone, Queensland." <u>Journal of Acoustical Society of America</u> **101**: 1718-1722.

Schlundt, C. E., J. J. Finneran, et al. (2000). "Temporary shift in masked hearing thresholds of bottlenose dolphins, *Tursiops truncatus*, and white whales, *Delphinapterus leucas*, after exposure to intense tones." <u>Journal of Acoustical Society of America</u> **107**: 3496-3508.

Tyack, P. L. (1981). "Interactions between singing hawaiian humpback whales and conspecifics nearby." <u>Behavioral Ecology and Sociobiology</u> **8**: 105-116.

Urick, R. J. (1983). <u>Principles of underwater sound</u>. Los Altos, CA, Peninsula Publishing.

Versluis, M., B. Schmitz, et al. (2000). "How snapping shrimp snap: through cavitating bubbles." <u>Science</u> **289**(5487): 2114-2117.

Wartzok, D., J. Altmann, et al. (2005). <u>Marine Mammal Populations and Ocean Noise: Determining when noise causes biologically significant effects</u>. Washington, D.C., National Academy Press.

Zimmer, W., M. X., J. M., et al. (2005). "Echolocation clicks of Cuvier's beaked whales (*Ziphius cavirostris*)." <u>Journal of the Acoustical Society of America</u> **117**: 3919-3927.

Zimmer, W., M. X. and P. L. Tyack (2007). "Repetitive shallow dives pose decompression risk in deep-diving beaked whales." <u>Marine Mammal Science</u> **23**: 888-925.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF PETER L. TYACK
Case No. 07-04771 EDL