# Comments on draft SEIS

| | |
|---|---|
| **From:** | "Rose, Carol Ann (O&H)" <RoseC@mar.dfo-mpo.gc.ca> |
| **To:** | eisteam@mindspring.com |
| **Subject:** | Comments on draft SEIS |
| **Date:** | Feb 10, 2006 2:13 PM |

Attention:        Joseph S. Johnson
                  SURTASS LFA Program Manager
                  4100 Fairfax Drive
                  Suite 730
                  Arlington, VA 22203

Re: Draft Supplemental Environmental Impact Statement for the Surveillance
Towed Array Sensor System Low Frequency Active (SURTASS LFA) Sonar

On behalf of Fisheries and Oceans Canada (Maritimes Region), I would like to
thank you for the opportunity to provide information related to the draft
Supplemental EIS (SEIS) for the Surveillance Towed Array Sensor System Low
Frequency Active (SURTASS LFA) sonar.

With respect to Section 2.6.3 of the draft SEIS (Alternative 2) describing
the listing of additional Offshore Biologically Important Areas, we draw
your attention to the Gully Marine Protected Area Regulations enacted under
Canada's Oceans Act in 2004 (Canada Gazette Part II, Vol. 138, No. 10, May
19 2004, pp. 663-694; available online:
http://canadagazette.gc.ca/partII/2004/20040519/pdf/g2-13810.pdf
<http://canadagazette.gc.ca/partII/2004/20040519/pdf/g2-13810.pdf>  and/or
http://canadagazette.gc.ca/partII/2004/20040519/html/sor112-e.html
<http://canadagazette.gc.ca/partII/2004/20040519/html/sor112-e.html> )

The Gully, located off Nova Scotia on Canada's east coast, is the largest
submarine canyon in the western North Atlantic.  The canyon reaches depths
greater than 2500 metres and provides important habitat for a variety of
cetacean, dolphin, fish and seabird species.  In July 2002 the National
Marine Fisheries Service indicated that a significant portion of the Gully
was protected within the North American East Coast OBIA by way of a
straight-line projection of the 200 metre isobath across the canyon mouth
(Response to Comment MIC8, Federal Register, Vol. 67, No. 136, Tuesday, July
16, 2002, pp. 46712-46789).  Please note that the 2004 regulations creating
the Marine Protected Area designate an area beyond the shelf break.

As described on page 3.2-64 of the draft SEIS, the Gully provides important
habitat for Northern bottlenose whales (Hyperoodon ampullatus).  Due to low

numbers of mature individuals (< 250) in the Gully and adjacent canyons (Haldimand and Shortland), the Scotian Shelf population of Northern bottlenose whales was assessed as endangered by the Committee on the Status of Endangered Wildlife in Canada.  The Government of Canada is currently in the final stages of adding this population to the List of Wildlife Species at Risk under Canada's Species at Risk Act.  The recommendation to list this population as endangered was published in December 2005 (Canada Gazette Part I, Vol. 139, No. 50, December 10, 2005, pp. 4037-4054; available online: http://canadagazette.gc.ca/partI/2005/20051210/pdf/g1-13950.pdf <http://canadagazette.gc.ca/partI/2005/20051210/pdf/g1-13950.pdf>  and/or http://canadagazette.gc.ca/partI/2005/20051210/html/regle1-e.html <http://canadagazette.gc.ca/partI/2005/20051210/html/regle1-e.html> )

A supporting hard copy of this letter is also being sent to you. In the meantime, please feel free to contact myself or Tim Hall, Oceans and Coastal Management Division (902 426 4116; halltj@mar.dfo-mpo.gc.ca), for more information on this matter.

Sincerely,

Carol Ann Rose
A/Regional Director
Oceans and Habitat Branch
Fisheries and Oceans Canada (Maritimes Region)
Dartmouth, Nova Scotia, Canada

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*   *Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

Registration
SOR/2004-112   7 May, 2004

OCEANS ACT

**Gully Marine Protected Area Regulations**

P.C. 2004-606   7 May, 2004

Her Excellency the Governor General in Council, on the recommendation of the Minister of Fisheries and Oceans, pursuant to subsection 35(3) and section 52.1 of the *Oceans Act*[a], hereby makes the annexed *Gully Marine Protected Area Regulations*.

### GULLY MARINE PROTECTED AREA REGULATIONS

#### INTERPRETATION

**1.** (1) In these Regulations, all geographical coordinates (latitude and longitude) are expressed in the North America Datum 1983 (NAD83) geodetic reference system.

(2) In Schedules 1 and 2, the lines connecting the points are rhumb lines.

#### DESIGNATION

**2.** The area of the Atlantic Ocean depicted in Schedule 1 — consisting of the seabed, the subsoil to a depth of 15 m and the water column above the seabed — that is bounded by a rhumb line drawn from a point 44°13′N, 59°06′W to a point 43°47′N, 58°35′W, then to a point 43°35′N, 58°35′W, then to a point 43°35′N, 59°08′W, then to a point 43°55′N, 59°08′W, then to a point 44°06′N, 59°20′W (which points are shown as points 1 to 6, respectively, in Schedule 1), and back to the point of origin, is hereby designated as a marine protected area to be known as the Gully Marine Protected Area.

#### MANAGEMENT ZONES

**3.** The Gully Marine Protected Area consists of the following management zones:

(*a*) Zone 1, as depicted in Schedule 2;

(*b*) Zone 2, as depicted in Schedule 2, consisting of the area surrounding Zone 1;

(*c*) Zone 3, as depicted in Schedule 2, consisting of the Gully Marine Protected Area, other than Zones 1 and 2.

#### PROHIBITED ACTIVITIES

**4.** Subject to sections 8 to 10, no person shall

(*a*) disturb, damage or destroy in the Gully Marine Protected Area, or remove from it, any living marine organism or any part of its habitat;

(*b*) disturb, damage or destroy in the Gully Marine Protected Area, or remove from it, any part of the seabed, including the subsoil to a depth of 15 m of the seabed; or

Enregistrement
DORS/2004-112   7 mai 2004

LOI SUR LES OCÉANS

**Règlement sur la zone de protection marine du Gully**

C.P. 2004-606   7 mai 2004

Sur recommandation du ministre des Pêches et des Océans et en vertu du paragraphe 35(3) et de l'article 52.1 de la *Loi sur les océans*[a], Son Excellence la Gouverneure générale en conseil prend le *Règlement sur la zone de protection marine du Gully*, ci-après.

### RÈGLEMENT SUR LA ZONE DE PROTECTION MARINE DU GULLY

#### DISPOSITIONS INTERPRÉTATIVES

**1.** (1) Dans le présent règlement, les coordonnées géographiques — latitude et longitude — sont exprimées selon le Système de référence géodésique de l'Amérique du Nord 1983 (NAD83).

(2) Dans les annexes 1 et 2, les lignes reliant les points entre eux sont des loxodromies.

#### DÉSIGNATION

**2.** Est désignée zone de protection marine et dénommée « zone de protection marine du Gully » la zone de l'océan Atlantique illustrée à l'annexe 1, qui se compose du fond marin, du sous-sol jusqu'à une profondeur de quinze mètres du fond marin et des eaux qui lui sont surjacentes et qui est délimitée par la loxodromie partant du point 44°13′N., 59°06′O., passant par les points 43°47′N., 58°35′O., 43°35′N., 58°35′O., 43°35′N., 59°08′O., 43°55′N., 59°08′O. et 44°06′N., 59°20′O. — les points 1 à 6, respectivement, indiqués à l'annexe 1 — , puis revenant au point de départ.

#### ZONES DE GESTION

**3.** La zone de protection marine du Gully se compose des zones de gestion suivantes :

*a*) la zone 1 illustrée à l'annexe 2;

*b*) la zone 2 illustrée à l'annexe 2, qui comprend l'étendue entourant la zone de gestion 1;

*c*) la zone 3 illustrée à l'annexe 2, qui comprend la zone de protection marine du Gully à l'exclusion des zones de gestion 1 et 2.

#### ACTIVITÉS INTERDITES

**4.** Sous réserve des articles 8 à 10, il est interdit :

*a*) de perturber, d'endommager, de détruire ou d'enlever, dans la zone de protection marine du Gully, tout organisme marin vivant ou toute partie de son habitat;

*b*) de perturber, d'endommager, de détruire ou d'enlever, dans la zone de protection marine du Gully, toute partie du fond marin ou toute partie du sous-sol jusqu'à une profondeur de quinze mètres du fond marin;

---

[a] S.C. 1996, c. 31

[a] L.C. 1996, ch. 31

2004-05-19  *Canada Gazette Part II, Vol. 138, No. 10*    *Gazette du Canada Partie II, Vol. 138, n° 10*    **SOR/DORS/2004-112**

(*c*) carry out any activity — including depositing, discharging or dumping any substance, or causing any substance to be deposited, discharged or dumped — in the Gully Marine Protected Area, in the vicinity of that Area or in any area adjacent to it, that is likely to result in the disturbance, damage, destruction or removal of anything referred to in paragraph (*a*) or (*b*).

### PLAN TO BE SUBMITTED

**5.** Subject to sections 10 and 11, every person who proposes to carry out an activity in the Gully Marine Protected Area must submit to the Minister for approval, not less than 60 days before beginning the proposed activity, a plan that sets out the activity, indicates the management zone in which the activity is proposed to be carried out and includes

(*a*) a statement of the purpose of the activity;

(*b*) a detailed description of the activity;

(*c*) the identity of every ship and aircraft proposed to be used during or in connection with the activity, as well as the name of the captain of each ship and the name of the pilot in command of each aircraft;

(*d*) the proposed period or periods during which the activity will take place;

(*e*) the location of the activity, expressed in latitude and longitude;

(*f*) two copies of all plans and specifications relating to the activity;

(*g*) two copies of a report assessing the environmental impact of the activity on the Gully Marine Protected Area, including a consideration of any cumulative environmental effects that are likely to result from the activity in combination with any other past and current activities undertaken in or affecting that Area and any other anticipated activities that may be undertaken in or may affect that Area;

(*h*) a list of every licence, permit, authorization or consent obtained or applied for in respect of the activity; and

(*i*) the name, address and telephone number and, if applicable, the facsimile number and electronic mail address of the contact person.

**6.** (1) Subject to subsection (2), the Minister shall, within 30 days after receiving a plan submitted in accordance with section 5, approve the plan, subject to the following conditions, as applicable:

(*a*) in the case of scientific research or monitoring activities in Zone 1, the activities

(i) are to be carried out for the purpose of

(A) managing the Gully Marine Protected Area or monitoring the effectiveness of the conservation measures being implemented in that Area, or

(B) investigating incidents that may have an environmental impact on the Gully Marine Protected Area, or

(ii) are to be carried out for a purpose other than the purposes referred to in subparagraph (i) and will not result in any damage or destruction referred to in section 4 in Zone 1 or 2;

(*b*) in the case of scientific research or monitoring activities in Zone 2 or 3, the activities

(i) are to be carried out for the purpose of

(A) managing the Gully Marine Protected Area or monitoring the effectiveness of the conservation measures being implemented in that Area, or

*c*) de mener, dans la zone de protection marine du Gully ou à proximité de celle-ci ou dans une zone adjacente à celle-ci, toute activité — notamment déposer, déverser ou rejeter une substance ou faire déposer, déverser ou rejeter une substance — susceptible de perturber, d'endommager, de détruire ou d'enlever tout élément visé aux alinéas *a*) ou *b*).

### EXIGENCES CONCERNANT LE PLAN

**5.** Sous réserve des articles 10 et 11, quiconque prévoit mener une activité dans la zone de protection marine du Gully soumet à l'approbation du ministre, au moins soixante jours avant la date du commencement de l'activité, un plan qui mentionne l'activité et celle des zones de gestion dans laquelle elle sera menée et qui comporte les renseignements et documents suivants :

*a*) l'objet de l'activité;

*b*) une description détaillée de l'activité;

*c*) l'identification de tous les navires et aéronefs qui seront utilisés pendant l'activité ou en rapport avec celle-ci et le nom de leurs capitaines et commandants de bord respectifs;

*d*) la ou les périodes prévues de l'activité;

*e*) l'emplacement de l'activité, les coordonnées étant précisées en latitude et longitude;

*f*) deux exemplaires des plans et des spécifications concernant l'activité;

*g*) deux exemplaires du rapport portant sur l'évaluation des effets environnementaux de l'activité sur la zone de protection marine du Gully, y compris les effets environnementaux cumulatifs qui sont susceptibles de résulter de l'activité, lorsqu'elle est combinée à d'autres activités terminées, en cours ou prévues dans cette zone et ayant ou pouvant avoir un effet sur celle-ci;

*h*) une liste de tous les permis, licences, autorisations et consentements obtenus ou demandés relativement à l'activité;

*i*) les nom, adresse et numéro de téléphone de la personne-ressource ainsi que, le cas échéant, ses numéro de télécopieur et adresse électronique.

**6.** (1) Sous réserve du paragraphe (2), le ministre approuve le plan soumis conformément à l'article 5 dans les trente jours suivant sa réception si les conditions suivantes sont respectées :

*a*) dans le cas d'activités de recherche scientifique ou de surveillance dans la zone 1 :

(i) elles seront menées :

(A) soit à des fins de gestion de la zone de protection marine du Gully ou de contrôle de l'efficacité des mesures de conservation mises en place dans cette zone,

(B) soit à des fins d'enquête sur les incidents pouvant avoir des effets environnementaux dans la zone de protection marine du Gully,

(ii) elles seront menées à des fins autres que celles visées au sous-alinéa (i) et ne causeront, dans les zones 1 ou 2, aucun endommagement ni aucune destruction interdits par l'article 4;

*b*) dans le cas d'activités de recherche scientifique ou de surveillance dans les zones 2 ou 3 :

(i) elles seront menées :

(A) soit à des fins de gestion de la zone de protection marine du Gully ou de contrôle de l'efficacité des mesures de conservation mises en place dans cette zone,

(B) investigating incidents that may have an environmental impact on the Gully Marine Protected Area, or

(ii) are to be carried out for a purpose other than the purposes referred to in subparagraph (i) and

(A) will not result in any damage or destruction referred to in section 4 in Zone 1 or 2, and

(B) will only result in damage or destruction referred to in section 4 in Zone 3 that is within the natural variation of the ecosystem in which that Zone is located; and

(c) in the case of any other activity in the Gully Marine Protected Area, the activity

(i) will be limited to Zone 3,

(ii) will not result in any disturbance, damage, destruction or removal referred to in section 4 in Zone 1 or 2, and

(iii) will only result in disturbance, damage, destruction or removal referred to in section 4 in Zone 3 that is within the natural variation of the ecosystem in which that Zone is located.

(2) The Minister shall not approve the plan referred to in subsection (1) if the cumulative environmental effects of the proposed activity, in combination with any other past and current activities undertaken in or affecting the Gully Marine Protected Area and any other anticipated activities that may be undertaken in or may affect that Area, are likely to result in disturbance, damage, destruction or removal that exceeds the parameters described in the conditions set out in paragraph (1)(a), (b) or (c), as applicable.

### ACCIDENTS TO BE REPORTED

7. Every accident that results in any disturbance, damage, destruction or removal referred to in section 4 must be reported within two hours to the Canadian Coast Guard by the captain of the ship or the pilot of the aircraft that is involved in the accident or by the person who caused the accident.

### EXCEPTIONS

8. Living marine organisms may be removed from Zone 2 or 3 if they are removed by the holder of a valid commercial fishing licence issued under subsection 7(1) of the *Fisheries Act* in the following circumstances:

(a) the licence is for swordfish, tuna or shark and the holder of the licence, when fishing for a species of fish authorized by the licence, complies with the terms and conditions of the licence;

(b) the licence is for groundfish and the holder of the licence, when fishing for halibut, complies with the terms and conditions of the licence; or

(c) the licence is a valid commercial fishing licence, other than a licence referred to in paragraph (a) or (b), and the holder of the licence, when fishing for a species of fish authorized by the licence,

(i) complies with the terms and conditions of the licence,

(ii) does not cause any damage or destruction referred to in section 4 in Zone 2,

(iii) causes only damage or destruction referred to in section 4 in Zone 3 that is within the natural variation of the ecosystem in which that Zone is located, and

(B) soit à des fins d'enquête sur les incidents pouvant avoir des effets environnementaux dans la zone de protection marine du Gully,

(ii) elles seront menées à des fins autres que celles visées au sous-alinéa (i) et :

(A) dans les zones 1 ou 2, ne causeront aucun endommagement ni aucune destruction interdits par l'article 4,

(B) dans la zone de gestion 3, l'endommagement ou la destruction interdits par l'article 4 qu'elles causeront ne dépasseront pas les limites naturelles de l'écosystème de cette zone;

c) dans le cas d'autres activités menées dans la zone de protection marine du Gully, selon le cas :

(i) elles seront menées exclusivement dans la zone 3,

(ii) elles ne causeront, dans les zones 1 ou 2, aucune perturbation, aucun endommagement, aucune destruction ni aucun enlèvement interdits par l'article 4,

(iii) dans la zone 3, la perturbation, l'endommagement, la destruction ou l'enlèvement interdits par l'article 4 qu'elles causeront ne dépasseront pas les limites naturelles de l'écosystème de cette zone.

(2) Le ministre n'approuve le plan que si les effets cumulatifs environnementaux de l'activité proposée, lorsqu'elle est combinée à d'autres activités terminées, en cours ou prévues dans la zone de protection marine du Gully et ayant ou pouvant avoir un effet sur celle-ci, ne sont susceptibles de causer aucune perturbation, aucun endommagement, aucune destruction ni aucun enlèvement excédant les paramètres établis dans les conditions mentionnées aux alinéas (1)a), b) ou c), selon le cas.

### AVIS D'ACCIDENT

7. En cas d'accident mettant en cause un navire ou un aéronef et entraînant toute perturbation, tout endommagement, toute destruction ou tout enlèvement interdits par l'article 4, le capitaine du navire ou le commandant de bord de l'aéronef, selon le cas, ou la personne à l'origine de l'accident, en avise la Garde côtière canadienne dans les deux heures.

### EXCEPTIONS

8. L'enlèvement d'organismes marins vivants n'est autorisé dans les zones 2 et 3 que s'il est fait par le titulaire d'une licence de pêche commerciale valide délivrée en vertu du paragraphe 7(1) de la *Loi sur les pêches*, dans les cas suivants :

a) la licence vise la pêche à l'espadon, au thon ou au requin et son titulaire se conforme aux conditions de celle-ci lorsqu'il pêche ces espèces de poisson;

b) la licence vise la pêche au poisson de fond et son titulaire se conforme aux conditions de celle-ci lorsqu'il pêche le flétan;

c) la licence vise la pêche commerciale autre que celle mentionnée aux alinéas a) ou b) et son titulaire, lorsqu'il pêche toute espèce de poisson autorisée par celle-ci, respecte les conditions suivantes :

(i) il pêche conformément aux conditions de sa licence,

(ii) dans la zone 2, il ne cause aucun endommagement ni aucune destruction interdits par l'article 4,

(iii) dans la zone 3, il ne cause d'endommagement ou de destruction interdits par l'article 4 que dans la mesure où ils se situent dans les limites naturelles de l'écosystème de cette zone,

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*   *Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

(iv) removes living marine organisms from Zone 2 or 3 only to an extent that is within the natural variation of the ecosystem in which Zone 2 or 3, as the case may be, is located.

**9.** Paragraph 4(*c*) does not apply in respect of an activity carried out in the vicinity of the Gully Marine Protected Area or in any area adjacent to it if the disturbance, damage, destruction or removal referred to in that paragraph

(*a*) is limited to Zone 3; and

(*b*) is within the natural variation of the ecosystem in which Zone 3 is located.

**10.** Sections 4 and 5 do not apply in respect of any movement or other activity of a ship, submarine or aircraft if the movement or other activity is carried out for the purpose of public safety, law enforcement or national security or for the exercise of Canadian sovereignty and

(*a*) the ship, submarine or aircraft is owned or operated by or on behalf of Her Majesty or by a foreign military force acting in cooperation with, or under the command or control of, the Canadian Forces; or

(*b*) the movement or other activity is carried out for the purpose of an emergency response under the direction, command or control of the Canadian Coast Guard.

**11.** Section 5 does not apply in respect of

(*a*) fishing activities carried out in Zone 2 or 3 by the holder of a valid commercial fishing licence, issued under subsection 7(1) of the *Fisheries Act*, if the activities are carried out in a manner that complies with the terms and conditions of the licence;

(*b*) marine scientific research activities that are carried out or sponsored by a foreign government in the Gully Marine Protected Area and in respect of which that government has received the consent of the Minister of Foreign Affairs under paragraph 3(2)(*c*) of the *Coasting Trade Act*, if the activities are carried out in a manner that complies with the terms and conditions of the consent; or

(*c*) the activities of a ship that is exercising international navigational rights in the Gully Marine Protected Area and is not contravening the *Canada Shipping Act* or any requirements of the International Maritime Organization.

### COMING INTO FORCE

**12.** These Regulations come into force on the day on which they are registered.

(iv) dans les zones 2 ou 3, il n'enlève d'organismes marins vivants que dans la mesure où l'enlèvement se situe dans les limites naturelles de l'écosystème de la zone en cause.

**9.** L'alinéa 4*c*) ne s'applique pas aux activités menées à proximité de la zone de protection marine du Gully ou dans une zone adjacente à celle-ci si la perturbation, l'endommagement, la destruction ou l'enlèvement visé à cet alinéa :

*a*) d'une part, se produit exclusivement dans la zone 3;

*b*) d'autre part, se situe dans les limites naturelles de l'écosystème de cette zone.

**10.** Les articles 4 et 5 ne s'appliquent pas aux mouvements ou autres activités effectués dans le but d'assurer la sécurité publique, l'exécution de la loi, la sécurité nationale ou l'exercice de la souveraineté canadienne, par des navires, sous-marins ou aéronefs qui :

*a*) soit appartenant à Sa Majesté, ou sont exploités par elle ou en son nom, ou appartiennent à des forces militaires étrangères agissant en coopération avec les Forces canadiennes ou sous leur commandement, ou sont exploités par elles;

*b*) soit participent à des interventions d'urgence sous la direction ou le commandement de la Garde côtière canadienne.

**11.** L'article 5 ne s'applique pas :

*a*) aux activités de pêche menées dans les zones 2 ou 3 par le titulaire d'une licence de pêche commerciale valide délivrée en vertu du paragraphe 7(1) de la *Loi sur les pêches*, si elles sont menées conformément aux conditions de la licence;

*b*) aux activités menées dans le cadre de recherches océanographiques conduites ou commanditées par un gouvernement étranger dans la zone de protection marine du Gully, si celui-ci a obtenu l'autorisation du ministre des Affaires étrangères aux termes de l'alinéa 3(2)*c*) de la *Loi sur le cabotage* et si les activités sont menées conformément aux conditions de l'autorisation;

*c*) aux activités des navires qui se trouvent dans la zone de protection marine du Gully de par les droits internationaux de navigation et qui respectent les exigences de la *Loi sur la marine marchande du Canada* et de l'Organisation maritime internationale.

### ENTRÉE EN VIGUEUR

**12.** Le présent règlement entre en vigueur à la date de son enregistrement.

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*   *Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

SCHEDULE 1/ANNEXE 1
*(Section 2/article 2)*

GULLY MARINE PROTECTED AREA/ZONE DE PROTECTION MARINE DU GULLY



2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*     *Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

SCHEDULE 2/ANNEXE 2
*(Section 3/article 3)*

MANAGEMENT ZONES/ZONES DE GESTION



2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10     Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

## REGULATORY IMPACT ANALYSIS STATEMENT

*(This statement is not part of the Regulations.)*

### Description

The 1997 *Oceans Act* gives the Governor in Council the authority to designate Marine Protected Areas, by regulation, for any of the following reasons:

(*a*) the conservation and protection of commercial and non-commercial fishery resources and their habitats;

(*b*) the conservation and protection of endangered or threatened species and their habitats;

(*c*) the conservation and protection of unique habitats;

(*d*) the conservation and protection of marine areas of high biodiversity or biological productivity; and

(*e*) the conservation and protection of any other marine resource or habitat as is necessary to fulfil the mandate of the Minister of Fisheries and Oceans.

"The Gully", a deep canyon ecosystem on the edge of the Scotian Shelf near Sable Island, has been the focus of national and regional conservation efforts since the early 1990s. In December 1998, the Minister of Fisheries and Oceans selected "The Gully" as an Area of Interest (AOI) under the Department's national Marine Protected Area Program, following a comprehensive Science Review. This site meets the criteria set out in paragraphs (*a*), (*b*), (*c*), (*d*) and (*e*) above. The present regulatory initiative formally designates "The Gully" as a Marine Protected Area (MPA) pursuant to the *Oceans Act*.

The purpose of this designation is to conserve and protect the natural biological diversity of "The Gully", and to ensure its long-term health. A number of whale species, including the at-risk Scotian Shelf population of the northern bottlenose whale, are attracted to the area by its high productivity and food supply. "The Gully" also contains a diversity of benthic habitats, including the highest known diversity of deep sea coral species in Atlantic Canada.

### Ecological Description

"The Gully" is the largest submarine canyon in the western North Atlantic. The canyon is approximately 65 kilometres long, 15 kilometres wide, and more than 2500 metres deep at its mouth. The geology and shape of "The Gully" are considered unique. It has many near-vertical cliffs and large areas of exposed bedrock. Other submarine canyons in Atlantic Canada are not as large, nor do they extend as far back into the shelf to closely link open ocean and coastal shelf ecosystems. Although "The Gully" is largely defined by the canyon itself, the ecosystem also encompasses an upper trough area, smaller feeder canyons, the shallow banks on either side of the canyon, and parts of the Scotian Slope. Owing to its location, shape, size, geology and physical oceanography, "The Gully" ecosystem contains many diverse habitats and is highly productive.

## RÉSUMÉ DE L'ÉTUDE D'IMPACT DE LA RÉGLEMENTATION

*(Ce résumé ne fait pas partie du règlement.)*

### Description

La *Loi sur les océans*, entrée en vigueur en 1997, donne au gouverneur en conseil le pouvoir de désigner, par règlement, des zones de protection marines (ZPM) pour les raisons suivantes :

*a*) la conservation et la protection des ressources halieutiques commerciales et non commerciales et de leur habitat;

*b*) la conservation et la protection des espèces menacées ou en voie de disparition et de leur habitat;

*c*) la conservation et la protection d'habitats uniques;

*d*) la conservation et la protection de zones marines à forte biodiversité ou à forte productivité biologique;

*e*) la conservation et la protection de toute autre ressource marine ou de tout habitat jugé nécessaire pour permettre au ministre des Pêches et des Océans de s'acquitter de son mandat.

Depuis le début des années 1990, les efforts de conservation déployés à l'échelle régionale et nationale se sont concentrés sur la zone du « Gully », un écosystème de canyon en eau profonde situé à la bordure de la plate-forme néo-écossaise près de l'île de Sable. À la suite d'un examen complet des programmes scientifiques, le ministre des Pêches et des Océans a choisi, en décembre 1998, la zone du « Gully » comme zone d'intérêt en vertu du Programme national des zones de protection marines du ministère. Ce site rencontre les critères mentionnés aux paragraphes *a*), *b*), *c*), *d*) et *e*) ci-dessus. La présente initiative réglementaire désigne formellement le « Gully » comme une ZPM conformément à la *Loi sur les océans*.

Le but de cette désignation est de conserver et de protéger la diversité biologique naturelle du « Gully » et d'assurer sa santé à long terme. Plusieurs espèces de baleines, notamment la baleine à bec commune qui vit dans la région de la plate-forme néo-écossaise, sont attirées par cette zone très productive où elles trouvent de la nourriture en abondance. En outre, la zone du « Gully » contient une diversité d'habitats benthiques, notamment la plus grande diversité connue d'espèces de coraux des grands fonds dans le Canada atlantique.

### Description écologique

La zone du « Gully » est le plus grand canyon sous-marin dans l'ouest de l'Atlantique nord, sa longueur étant d'environ 65 kilomètres, sa largeur, de 15 kilomètres et sa profondeur à l'embouchure, de plus de 2 500 mètres. Sa forme et ses caractéristiques géologiques sont considérées comme uniques. Il compte de nombreuses parois presque verticales et de nombreuses fondations rocheuses apparentes. Aucun autre canyon sous-marin du Canada atlantique n'est aussi grand ni ne s'étend si loin dans la plate-forme, à un point tel que les écosystèmes de l'océan ouvert et de la plate-forme côtière sont étroitement reliés. Bien que l'écosystème du « Gully » soit formé en grande partie par le canyon lui-même, il comprend aussi une dépression dans sa partie supérieure, de plus petits canyons d'alimentation, des bancs peu profonds de chaque côté du canyon et des parties de la plate-forme néo-écossaise. En raison de son emplacement, de sa forme, de sa taille, de ses caractéristiques géologiques et de ses caractéristiques océanographiques physiques, l'écosystème du « Gully » abrite de nombreux habitats diversifiés et est très productif.

Large scale circulation patterns around "The Gully" collect and transport productivity from the surrounding banks to the canyon, providing a year-round source of food. Circulation patterns within the confined canyon create a deep water retention area for marine life. Retention areas are important biologically as they concentrate food and keep eggs, larvae and juvenile fish in preferred conditions. These types of habitats, with high food availability and retention, are sought out by many species for spawning and juvenile rearing. "The Gully" is thought to be the largest such deep water retention area in the western North Atlantic and a key habitat for deep water species.

Large numbers of whales from a variety of species are attracted to "The Gully" by the high food supply, particularly concentrations of zooplankton, lanternfish and squid. Baleen whales feed here during their migrations and deep diving whales feed in the canyon throughout the year. "The Gully" is especially important for the Scotian Shelf population of northern bottlenose whales that makes use of the canyon year-round. Observations of northern bottlenose whales are concentrated in the deeper portions of "The Gully". This whale population was classified as a species of special concern in 1996. In November 2002, the Committee on the Status of Endangered Wildlife in Canada (COSEWIC) changed the population status to endangered. The blue whale, which is listed as endangered by COSEWIC, is also known to frequent "The Gully".

"The Gully" is known to be important for both commercial and non-commercial fish species. The area has a higher diversity of demersal (bottom) fish than adjacent areas of the eastern Scotian Shelf. It is a particularly important area for halibut. "The Gully" also has high concentrations of less well-known fish, including a variety of mesopelagic fishes (mid-size fish inhabiting the water column, such as lanternfish).

"The Gully" is used as an over-wintering area by some fish and invertebrate species. The springtime flow into "The Gully" is twice as strong as the flow out. This provides an important mechanism for distributing species over-wintering in "The Gully" to other areas of the Scotian Shelf.

The variety of depths in "The Gully" support a great diversity of habitats and species. In particular, this area has a high diversity of benthic (bottom) habitat types and the highest known diversity of coral species in Atlantic Canada. Moreover, "The Gully" contains many species types and assemblages that are rare and have limited distribution in the broader region, such as deep sea corals. While these species are not formally listed as endangered or threatened, their vulnerability to human impact is clear.

MPA Boundary and Management Zones

The regulations establish the MPA boundary and three internal management zones in which different activities may be permitted, provided that they do not compromise the conservation objectives of the MPA. The MPA is 2364 square kilometres in size and the outer boundary is defined by six points. The three management zones are defined by a series of points and rhumb lines.

Le régime de circulation à grande échelle autour de la zone du « Gully » permet de recueillir la productivité des bancs environnants et de la transporter jusqu'au canyon, fournissant ainsi une source de nourriture permanente. La circulation dans le canyon enserré crée une zone d'eau profonde qui favorise la vie marine. Les zones de rétention sont importantes sur le plan biologique, parce qu'elles concentrent la nourriture et créent des conditions optimales pour les oeufs, les larves et les juvéniles de poisson. Ces habitats, où la nourriture est abondante et retenue, sont recherchés par un grand nombre d'espèces pour les fraies et l'élevage des juvéniles. On pense que la zone du « Gully » est la plus grande zone de rétention en eau profonde dans le nord ouest de l'Atlantique et qu'elle constitue un habitat clé pour les espèces des grands fonds.

De nombreuses baleines d'une variété d'espèces sont attirées par la zone du « Gully » en raison de la grande quantité de nourriture qu'elles y trouvent, particulièrement des concentrations de zooplancton, de poissons lanternes et de calmars. Les baleines à fanons s'y nourrissent pendant leurs migrations, et les baleines qui vivent en eau profonde s'y nourrissent à longueur d'année. La zone du « Gully » est particulièrement importante pour la baleine à bec commune de la plate-forme néo-écossaise, qui vit dans le canyon pendant toute l'année, surtout dans ses eaux les plus profondes. En 1996, cette baleine a été classée dans la catégorie des espèces préoccupantes. En novembre 2002, elle a été classée dans la catégorie des espèces menacées de disparition par le Comité sur la situation des espèces en péril au Canada (COSEPAC). Le rorqual bleu, également considéré comme menacé de disparition, fréquente aussi la zone du « Gully ».

La zone du « Gully » est considérée comme importante pour les espèces de poisson commerciales et non commerciales et contient une grande diversité de poissons démersaux (de fond), plus que toute autre zone adjacente de la plate-forme néo-écossaise. Elle est particulièrement importante pour le flétan. En outre, on y trouve de grandes concentrations de poissons moins connus, notamment des poissons mésopélagiques (poissons de taille moyenne qui vivent dans la colonne d'eau, par exemple les poissons-lanternes).

Pour certains poissons et invertébrés, le « Gully » est une zone d'hivernage. Au printemps, le débit entrant est deux fois plus élevé que le débit sortant, ce qui permet de transporter les espèces hivernantes vers d'autres zones de la plate-forme néo-écossaise.

Comme sa profondeur varie, la zone du « Gully » peut accueillir une grande diversité d'habitats et d'espèces. On y trouve en particulier de nombreux habitats benthiques et la plus grande diversité connue d'espèces de corail dans le Canada atlantique. On y trouve aussi un grand nombre d'espèces et d'assemblages rares qui ont une aire de répartition limitée dans l'ensemble de la région comme les coraux des grands fonds. Bien que ces espèces ne soient pas formellement classées dans la catégorie des espèces en voie de disparition ou des espèces menacées, il est évident qu'elles sont vulnérables à l'activité humaine.

Limite de la ZPM et zones de gestion

Le règlement établit la limite de la ZPM et des trois zones de gestion internes dans lesquelles différentes activités peuvent être autorisées, à la condition qu'elles ne compromettent pas les objectifs de conservation fixés pour la ZPM. Sa superficie est de 2 364 kilomètres carrés, et sa limite externe est définie par six points. Les trois zones de gestion sont définies par une série de points et de courbes loxodromiques.

2004-05-19    *Canada Gazette Part II, Vol. 138, No. 10*    *Gazette du Canada Partie II, Vol. 138, n° 10*    SOR/DORS/2004-112

Zone 1 encompasses the core canyon area deeper than 600 metres. This zone contains the deep water elements of "The Gully" ecosystem and including the core canyon area important for a number of whale species, including northern bottlenose whales. It also supports a significant biomass of non-commercial species, such as squid and lanternfish, on which northern bottlenose and other whales feed. This Zone is afforded the highest level of protection.

Zone 2 is defined by three different areas: (*a*) between 600 metres and 300 metres along the canyon walls, (*b*) the head of the canyon, including the trough and upper feeder canyons, and (*c*) the deep water area of the abyssal plain. Owing to the complexity of the topography and the gradation in depth, this area contains a high diversity of benthic organisms. Consequently, this Zone is afforded a high level of protection for benthic habitats and other ecosystem elements.

Zone 3 is defined by the shallow banks (shallower than 300 metres) on either side of the canyon. These banks comprise relatively homogenous habitats in comparison to other areas in "The Gully". Owing to the shallow depths, these banks are subject to highly dynamic oceanographic processes and regular natural disturbances, such as storms.

Prohibitions

The regulations prohibit the disturbance, damage, destruction or removal of any living marine organism or any part of its habitat within the MPA. These general prohibitions also apply to the seabed, including the subsoil to a depth of 15 metres, to protect benthic organisms and habitats. In addition, the Regulations prohibit activities, including the depositing, discharging or dumping of substances within the MPA and in areas adjacent to or in the vicinity of the MPA, that contravene the prohibitions listed above. This requirement recognizes that activities occurring outside the boundary have the potential to cause harmful impacts within the MPA.

The Regulations recognize that certain activities, such as science and specific types of fishing, may be allowed to occur within the MPA without compromising the conservation objectives. Moreover, certain activities, such as monitoring and emergency response, may be required to support the management and protection of the MPA, while other activities may be required for specified over-riding purposes, such as those for national security. Activities in the MPA will be managed through the Regulations and "The Gully" MPA Management Plan. Within the Regulations, activities are managed through: (1) the submission and approval of activity plans according to specified conditions, and (2) specific exceptions to the general prohibitions. The MPA Management Plan will provide further guidance on the Regulations and will be used to implement management strategies to meet MPA conservation objectives.

Activity Plan Approvals and Reporting

In order to ensure that activities being undertaken in the MPA are consistent with the conservation objectives, the Regulations require that a plan containing specified information be submitted for the approval of the Minister of Fisheries and Oceans. The submission of plans will be required 60 days in advance

La zone 1 est constituée par la zone centrale du canyon à plus de 600 mètres. Cette zone contient les éléments abyssaux de l'écosystème du « Gully » incluant la zone centrale du canyon qui est importante pour certaines espèces de baleines, notamment la baleine à bec commune. On y trouve aussi une biomasse importante constituée d'espèces non commerciales, telles que les calmars et les poissons-lanternes, dont se nourrissent la baleine à bec commune et d'autres espèces de baleines. Cette zone se voit accorder le degré de protection le plus élevé.

La zone 2 se divise en trois parties : *a*) la zone située entre 300 mètres et 600 mètres le long des parois du canyon, *b*) la tête du canyon, y compris la dépression et les canyons secondaires supérieurs, ainsi que *c*) la zone d'eaux profondes de la plaine abyssale. En raison de la complexité de la topographie et du gradient de profondeur, on trouve dans cette zone une grande diversité d'organismes benthiques. Cette zone se voit donc accorder un haut degré de protection pour les habitats benthiques qui s'y trouvent et autres éléments de l'écosystème.

La troisième zone est constituée des bancs peu profonds (moins de 300 mètres) qui se trouvent de chaque côté du canyon. Ces bancs abritent des habitats relativement homogènes comparativement à d'autres zones du « Gully ». En raison de leur faible profondeur, ils sont sujets à des processus océanographiques très dynamiques et à des perturbations naturelles régulières, telles que les tempêtes.

Interdictions

Le règlement interdit de perturber, d'endommager, de détruire ou d'enlever des organismes marins vivants ou une partie de leur habitat qui se trouvent dans la ZPM. Ces interdictions générales s'appliquent aussi au plancher océanique, notamment à son sous-sol jusqu'à une profondeur de 15 mètres, et vise à protéger les organismes et les habitats benthiques. Le règlement interdit aussi les activités, notamment le dépôt, le rejet ou l'immersion de substances dans la ZPM et dans les zones adjacentes ou environnantes, qui enfreignent les interdictions susmentionnées. Cette exigence vise à reconnaître que les activités qui ont lieu à l'extérieur de la ZPM peuvent avoir des effets nuisibles au sein de celle-ci.

On reconnaît dans le règlement que certaines activités, par exemple la recherche scientifique et certains types de pêches, peuvent être autorisées au sein de la ZPM sans compromettre les objectifs de conservation. En outre, il peut être nécessaire de réaliser certaines activités, par exemple la surveillance et l'intervention en cas d'urgence, en vue d'appuyer la gestion et la protection de la ZPM ou pour des raisons péremptoires, comme par exemple pour assurer la sécurité nationale. L'accès à la ZPM sera géré à l'aide du règlement et du plan de gestion de la ZPM du « Gully ». Le règlement prévoit la gestion des activités par les moyens suivants : (1) la présentation et l'approbation de plans d'activité conformes aux conditions fixées et (2) des exceptions aux mesures d'interdiction générales. Le plan de gestion de la ZPM fournira d'autres orientations sur la réglementation et sera utilisé pour mettre en oeuvre des stratégies de gestion favorisant l'atteinte des objectifs de conservation fixés pour la ZPM.

Approbation des plans d'activité et compte-rendu

Pour faire en sorte que les activités entreprises dans la ZPM soient conformes aux objectifs de conservation, le règlement exige qu'un plan contenant des renseignements particuliers soit présenté, à des fins d'approbation, au ministre des Pêches et des Océans 60 jours avant le début de l'activité. Le ministre

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*   *Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

of the proposed activity. The Minister will approve a plan within 30 days of receiving the submission if the activity does not contravene the protection requirements of the MPA.

In general, scientific research and monitoring will be approved in all zones of the MPA if the activities meet the ecosystem protection requirements. Science and monitoring will also be approved if they contribute to the management of the MPA, or to the evaluation of the effectiveness of the conservation measures being implemented. Additionally, science and monitoring activities will be approved for the purpose of investigating incidents that may have had an environmental impact on the MPA.

For activities other than monitoring and scientific research, plans may be approved for Zone 3 provided that the activities will not result in effects beyond natural variation in the Zone. Also, activities carried out in Zone 3 cannot result in effects that contravene the protection requirements of Zones 1 and 2.

The plan submission process requires an assessment of cumulative environmental effects. In order to receive approval from the Minister, the proposed activity — in combination with other activities in and affecting the MPA — must not contribute to cumulative effects in the MPA.

In order to further safeguard the MPA ecosystem, all accidents, including those resulting from excepted activities, must be reported to the Canadian Coast Guard within two hours of occurrence. Such incidents could include collisions with marine mammals, entanglement of turtles or marine mammals, spills or accidental discharges.

### Exceptions

Exceptions to the general prohibitions and the plan submission requirements are granted in Zones 2 and 3 for the holders of valid commercial fishing licences, issued pursuant to the *Fisheries Act*, directing for halibut (longline), swordfish, tuna and shark. The exceptions only apply when fishing activities are undertaken in compliance with the terms and conditions of the fishing licence. These exceptions have been incorporated in the Regulations based on a determination that the specified fisheries can be undertaken in a manner consistent with the conservation objectives of the MPA, and that fisheries management plans approved by the Department of Fisheries and Oceans (DFO) contain the required conservation measures. Additional fisheries may be considered in Zones 2 and 3 if they would not result in any damage or destruction in Zone 2, and any resulting environmental effects are within the natural variation of Zone 3.

Exceptions to the general prohibitions and plan submission requirements are provided for any movements or activities by a ship, submarine or aircraft operated by, or on behalf of the Government of Canada, if these are carried out for the purposes of public safety, law enforcement, national security, the exercise of Canadian sovereignty or emergency response.

Exceptions to the plan submission requirements are provided for marine scientific research activities when they are carried out or sponsored by foreign governments in compliance with a valid consent issued pursuant to the *Coasting Trade Act*.

approuvera le plan dans les 30 jours suivant sa réception si l'activité ne contrevient pas aux exigences de protection de la ZPM.

En général, les activités de recherche scientifique et de surveillance seront approuvées dans toutes les zones de la ZPM si elles satisfont aux exigences liées à la protection de l'écosystème. Elles seront aussi approuvées si elles contribuent à la gestion de la ZPM ou à l'évaluation de l'efficacité des mesures de conservation mises en oeuvre. En outre, elles seront approuvées lorsqu'elles visent à enquêter sur un incident qui pourrait avoir un impact environnemental sur la ZPM.

Les activités autres que la surveillance et la recherche scientifique pourront être autorisées dans la zone 3 pourvu qu'elles n'aient pas d'effets au-delà de la variation naturelle du milieu. En outre, les activités réalisées dans la zone 3 ne doivent pas contrevenir aux exigences liées à la protection des zones 1 et 2.

Le processus de présentation du plan nécessite une évaluation des effets environnementaux cumulatifs. Pour être approuvée par le ministre, l'activité — lorsqu'elle s'ajoute aux autres activités réalisées au sein de la ZPM et aux activités externes qui touchent la ZPM — ne doit pas entraîner d'effets cumulatifs au sein de la ZPM.

Afin de mieux protéger l'écosystème de la ZPM, tous les accidents, notamment ceux qui résultent des activités autorisées par exception, doivent être déclarés à la Garde côtière canadienne dans les deux heures suivantes. Il peut s'agir par exemple d'une collision avec un mammifère marin, d'un empêtrement de tortues ou de mammifères marins, d'un déversement ou d'un rejet accidentel.

### Exceptions

Des exceptions aux interdictions générales et aux exigences liées à la présentation du plan sont accordées dans les zones 2 et 3 aux titulaires d'un permis de pêche commerciale valide émis conformément à la *Loi sur les pêches* et visant le flétan (palangres), l'espadon, le thon et le requin. Ces exceptions ne s'appliquent que lorsque les activités de pêche sont conformes aux modalités du permis de pêche. Ces exceptions ont été intégrées au règlement à la condition que les activités de pêche soient réalisées conformément aux objectifs de conservation fixés pour la ZPM et que les plans de gestion des pêches approuvés par le ministère des Pêches et des Océans (MPO) contiennent les mesures de conservation requises. D'autres activités de pêche peuvent être envisagées dans les zones 2 et 3 si elles ne causent aucun dommage ou destruction dans la zone 2 et si tous les effets environnementaux résultants sont dans les limites de la variation naturelle de la zone 3.

Des exceptions aux interdictions générales et aux exigences liées à la présentation d'un plan sont prévues pour tous les mouvements ou activités d'un navire, d'un sous-marin ou d'un aéronef exploité par le gouvernement du Canada ou en son nom s'ils sont effectués aux fins de la sécurité publique, de l'application de la Loi, de la sécurité nationale, de l'exercice de la souveraineté du Canada ou d'une intervention en cas d'urgence.

Des exceptions aux exigences liées à la présentation d'un plan sont prévues pour les activités marines de recherche scientifique exécutées ou parrainées par un gouvernement étranger conformément à un consentement valide émis en vertu de la *Loi sur le cabotage*.

Exceptions to the plan submission requirements are provided for ships exercising international navigational rights and abiding by all relevant international and Canadian laws.

Des exceptions aux exigences liées à la présentation d'un plan sont prévues pour les navires exerçant des droits de navigation internationaux et se conformant à toutes les lois canadiennes et internationales pertinentes.

### MPA Management Plan

The MPA Management Plan will elaborate on the Regulations and be used to implement a comprehensive set of conservation and management strategies. The Management Plan will provide the detail required to ensure that the rationale for management decisions, prohibitions, controls and approvals are clearly justified and understood. Additionally, the Management Plan will address matters such as research, monitoring, public education, compliance, surveillance and enforcement. Roles and responsibilities will also be defined for a multi-stakeholder Management Committee established to support the preparation, implementation and maintenance of the Management Plan.

### Plan de gestion de la ZPM

Le plan de gestion de la ZPM précisera le règlement et servira à mettre en oeuvre un ensemble complet de stratégies de conservation et de gestion. Il donnera les renseignements détaillés requis permettant d'élaborer la justification sous-tendant les décisions de gestion, les interdictions, les contrôles et les approbations. De plus, le plan de gestion abordera des questions telles que la recherche, le contrôle, l'éducation du public, la conformité, la surveillance et l'exécution. En outre, il définira les rôles et les responsabilités des membres d'un comité de gestion multipartite qui aura le mandat d'appuyer la préparation, la mise en oeuvre et la mise à jour du plan de gestion.

### Conservation Issues

The deep water ecosystem of "The Gully" supports a range of mammal, fish and benthic organisms, including rare, fragile and at-risk species, all of which are susceptible to impact from human activity. At the present time, shipping, fishing, hydrocarbon exploration and scientific research are the most active sectors in and around "The Gully". These human activities are potential sources of pressure on this unique ecosystem. Primary conservation issues include disturbance to deep sea corals and other benthic communities; noise and the risk of oil pollution from vessel traffic; retention and concentration of contaminants transported from nearby areas; and disturbance or injury to whales as a result of noise, pollution, fishing gear interactions and vessel collisions.

### Questions liées à la conservation

L'écosystème d'eaux profondes du « Gully » abrite une diversité de mammifères, de poissons et d'organismes benthiques, notamment des espèces rares, fragiles et menacées, qui sont toutes susceptibles de subir les effets de l'activité humaine. Actuellement, les activités les plus fréquentes dans et autour de cette zone sont liées à la navigation commerciale, à la pêche, à la prospection des gisements d'hydrocarbures et à la recherche scientifique. Ces activités humaines sont une source potentielle de pression sur cet écosystème unique. Les principales questions relatives à la conservation englobent la perturbation des coraux des grands fonds et d'autres communautés benthiques; le bruit et le risque de pollution par les hydrocarbures causés par le trafic maritime; la rétention et la concentration des contaminants provenant des zones avoisinantes; et la perturbation ou la blessure des baleines en raison du bruit, de la pollution, des engins de pêche et des collisions avec les navires.

Over the last number of years, a range of organizations have been working to understand and protect "The Gully" ecosystem. The area has been a major focus of government, university and private sector science activities, with a number of ongoing science activities aimed at understanding this complex ecosystem. In 1994, a portion of the "The Gully" was designated by DFO as a Whale Sanctuary. The annual Notice to Mariners issued by the Canadian Coast Guard provides voluntary guidelines for vessel operation in the area. As part of the identification of "The Gully" as an AOI under the national MPA Program, DFO also placed a restriction on new and developing fisheries in the area.

Depuis quelques années, divers organismes tentent de comprendre et de protéger l'écosystème du « Gully ». Les travaux de recherche entrepris par le gouvernement, les universités et le secteur privé ont ciblé cette zone importante, et un certain nombre d'activités scientifiques sont en cours en vue de comprendre cet écosystème complexe. En 1994, le MPO a créé un sanctuaire de baleines dans une partie de la zone du « Gully ». Dans l'Avis aux navigateurs annuel, la Garde côtière canadienne propose des lignes directrices volontaires pour la navigation dans cette zone. Lorsqu'il a désigné la zone du « Gully » comme zone d'intérêt dans le cadre du programme national des ZPM, le MPO a aussi imposé une restriction aux pêches nouvelles et émergentes dans cette zone.

The oil and gas industry and its regulator, the Canada-Nova Scotia Offshore Petroleum Board (CNSOPB), have implemented a number of voluntary measures and policy initiatives to reduce impacts on "The Gully" ecosystem. Since 1997, the CNSOPB has not authorized oil and gas activities or issued licences within the AOI boundary. Companies holding nearby licences have developed expanded environmental assessments, enhanced mitigation measures, operational codes of conduct and environmental effects monitoring. These precautionary measures reflect the uncertainty surrounding potential effects of this industry on "The Gully".

L'industrie pétrolière et gazière et l'organisme qui la réglemente, l'Office Canada-Nouvelle-Écosse des hydrocarbures extracôtiers (OCNEHE), ont mis en oeuvre un certain nombre de mesures volontaires et d'initiatives stratégiques pour atténuer les impacts sur l'écosystème du « Gully ». Depuis 1997, l'OCNEHE n'a autorisé aucune activité de prospection pétrolière et gazière et n'a délivré aucun permis pour la zone d'intérêt. Les compagnies qui ont un permis pour les zones avoisinantes ont développé des évaluations environnementales approfondies, des mesures d'atténuation améliorées, des codes de conduite opérationnels et la surveillance des effets environnementaux. Ces mesures préventives témoignent de l'incertitude qui règne au sujet des incidences éventuelles de cette industrie sur la zone du « Gully ».

2004-05-19    *Canada Gazette Part II, Vol. 138, No. 10*    *Gazette du Canada Partie II, Vol. 138, n° 10*    **SOR/DORS/2004-112**

The present level of human activity in "The Gully" remains low in comparison to adjacent areas on the eastern Scotian Shelf. As a result, "The Gully" remains an intact and relatively undisturbed ecosystem that requires legal protection and direct management prior to any increase in human use or introduction of new activities.

### *Alternatives*

Status Quo

The status quo option was considered but rejected. Current management mechanisms are not providing the comprehensive, ecosystem-based and long-term protection that is required for this important area. Although there have been many important efforts by both government and industry to address and minimize impacts, reliance on the status quo will not provide the protection required to consistently control impacts from all activities.

Reporting Area

To ensure protection of the MPA from external activities, DFO initially considered including a reporting area surrounding the MPA in the Regulations. Defined by circulation patterns and the bank origins of productivity, the reporting area extended well beyond the MPA boundary. Under this earlier proposal, plans for all activities within the reporting area would have been submitted to the Minister for approval. This alternative to the present Regulations was rejected owing to the large size of the reporting area, additional costs to industry proponents, administrative burden, and duplication of existing application and approval processes.

Marine Protected Area Designation and Management

An MPA designation will provide for the direct management and legal protection of "The Gully", thereby conserving this unique, diverse and sensitive deep sea canyon ecosystem. Designation will ensure comprehensive, ecosystem-based and long-term management and protection for this exceptional part of Canada.

Although the Regulations will provide the primary tool for protecting the MPA, the environmental provisions of existing legislation, regulations and policies will also fulfil an important role in achieving conservation objectives. Access to the MPA will be controlled, and approved activities will be managed, through relevant provisions of several Acts, including the *Fisheries Act*, the *Coastal Fisheries Protection Act*, the *Coasting Trade Act*, the *Canada Shipping Ac*t, the *Canadian Environmental Assessment Act* and the *Species at Risk Act*.

DFO will use the *Fisheries Act* and fisheries management plans to ensure that fishing activities are undertaken in a manner consistent with conservation objectives of the MPA.

In many cases, MPA designation will serve to reinforce, augment and formalize various interim protection policies and measures that have been used in anticipation of the MPA being designated. These measures include review mechanisms undertaken by the CNSOPB and DFO for offshore oil and gas exploration.

Actuellement le niveau de l'activité humaine dans la zone du « Gully » demeure faible comparativement à celui des zones adjacentes situées dans la partie est de la plate-forme néo-écossaise. C'est pourquoi il faut prévoir une protection juridique et une gestion directe pour cet écosystème intact et relativement peu perturbé avant que l'activité humaine ne s'intensifie ou que de nouvelles activités ne se développent.

### *Solutions envisagées*

Statu quo

On a envisagé le statu quo, mais cette solution a été rejetée. Les mécanismes de gestion actuels ne permettent pas d'assurer la protection complète, écosystémique et à long terme requise pour cette zone importante. Bien que le gouvernement et l'industrie aient déployé bon nombre d'efforts importants pour aborder et minimiser les impacts des activités sur cet écosystème, la solution du statu quo ne permettra pas d'obtenir la protection requise pour les contrôler tous de façon cohérente.

Zone de rapport

Pour protéger la ZPM des activités externes, le MPO avait d'abord envisagé d'intégrer au règlement la création d'une zone de rapport autour de la ZPM. Définie en fonction du régime de circulation et des bancs d'où provient la productivité, cette zone s'étendait bien au-delà de la limite de la ZPM. Selon cette solution envisagée au début, il aurait fallu présenter au ministre, à des fins d'approbation, des plans pour toutes les activités réalisées au sein de la zone de rapport. Cette solution a été rejetée en raison de la vaste étendue de la zone de rapport, des coûts supplémentaires pour les promoteurs de l'industrie, du fardeau administratif et du doublement des processus actuels de demande et d'approbation.

Désignation et gestion de la zone de protection marine

Le fait de désigner la ZPM du « Gully » permettra d'en assurer la gestion directe et la protection juridique, ainsi que de conserver cet écosystème de canyon sous-marin profond, qui est unique, diversifié et vulnérable. Cette mesure assurera la gestion et la protection complètes, écosystémiques et à long terme de cette région exceptionnelle du Canada.

Le règlement constituera le principal outil de protection de la ZPM, mais les dispositions des lois, des règlements et des politiques actuels liés à la protection de l'environnement joueront aussi un rôle important dans l'atteinte des objectifs de conservation. L'accès à la ZPM sera contrôlé, et les activités autorisées seront gérées conformément aux dispositions pertinentes de plusieurs lois, notamment la *Loi sur les pêches*, la *Loi sur la protection des pêcheries côtières*, la *Loi sur le cabotage*, la *Loi sur la marine marchande du Canada*, la *Loi canadienne sur l'évaluation environnementale* et la *Loi sur les espèces en péril*.

Le MPO utilisera la *Loi sur les pêches* et les plans de gestion des pêches pour faire en sorte que les activités de pêche soient exécutées conformément aux objectifs de conservation fixés pour la ZPM.

Dans de nombreux cas, la désignation de la ZPM permettra de renforcer, de compléter et d'officialiser diverses politiques et mesures de protection intérimaires qui avaient été mises en oeuvre en vue de cette désignation. Il s'agit notamment des mécanismes d'examen élaborés par l'OCNEHE et le MPO pour l'exploration des ressources pétrolières et gazières extracôtières.

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*     *Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

Non-regulatory actions will also form an integral part of the conservation and management of "The Gully", particularly when dealing with activities in the vicinity of the MPA. The intergovernmental and multi-stakeholder planning process for the Eastern Scotian Shelf Integrated Management (ESSIM) Initiative will lead to an integrated ocean management plan for the broader area surrounding "The Gully". In addition to improved government coordination and stakeholder involvement in ocean planning, this Initiative will promote greater stewardship and responsible ocean use, both within and outside the MPA.

The MPA will enhance current awareness and stewardship efforts in the shipping industry and will include use of the Annual Notice to Mariners to advise vessels of conservation requirements. Collaborative efforts with industry associations, the Canadian Coast Guard and Transport Canada will be used to develop further measures to minimize the potential for adverse impacts on "The Gully" ecosystem. This may include a future submission to the International Maritime Organization proposing a precautionary designation for the area. In addition, the sensitivities of the MPA will be recognized in the development of regional and national ballast water management practices and controls.

### Benefits and Costs

The primary benefit to Canadians of "The Gully" MPA is the recognition and protection that will be achieved for this important and unique canyon ecosystem. The MPA designation will serve to prevent species loss and allow ecosystem concerns to be addressed in a comprehensive manner. The broad-based umbrella of long-term protection provided by the designation and the Regulations prohibiting damage to the MPA will safeguard its diverse and productive ecosystem.

"The Gully" is both nationally and globally acknowledged as an important and exceptional marine habitat. General public support for "The Gully" MPA has been high as Canadians increasingly recognize the importance of proactive marine conservation and biodiversity protection. This public enthusiasm is exemplified by thousands of support letters written to the Department. The MPA will serve as an important conservation legacy for all Canadians.

Under the *Oceans Act*, the Minister is directed to establish a national system of MPAs. The designation of "The Gully" MPA will be a key contribution to the development of this national system and for meeting commitments under Canada's Oceans Strategy, the federal ocean policy statement. Protected areas are also a key contribution to the Sustainable Development Strategy of the Government of Canada.

Based on available information, the deep water shelf edge portions of the MPA contain the most important habitat for the Scotian Shelf population of northern bottlenose whales. The whales in this population are considered to be at-risk by the Government of Canada. COSEWIC has recently recommended an endangered designation, the highest level of concern under the *Species at Risk Act*. Therefore, the MPA will provide core protection for these important whales and will be a key contribution to meeting responsibilities under the *Species at Risk Act* and the recovery planning process.

Les mesures non réglementaires feront aussi partie intégrante de la stratégie de conservation et de gestion de la zone du « Gully », particulièrement pour ce qui est des activités entreprises dans les zones avoisinantes. Le processus de planification intergouvernemental et multipartite prévu pour l'initiative de gestion intégrée de la partie est de la plate-forme néo-écossaise (GIEPNE) aboutira à l'élaboration d'un plan de gestion intégrée des océans pour le vaste zone entourant le « Gully ». En plus d'améliorer la coordination gouvernementale et l'implication des intervenants dans la planification des océans, cette initiative favorisera une meilleure intendance et une utilisation plus responsable des océans et ce, tant au sein qu'à l'extérieur de la ZPM.

La ZPM permettra d'accroître la sensibilisation et l'intendance au sein de l'industrie du transport maritime et aura recours aux Avis aux navigateurs annuels pour informer ceux-ci des exigences en matière de conservation. Des efforts de collaboration avec des associations de l'industrie, la Garde côtière canadienne et Transports Canada permettront d'élaborer d'autres mesures pour minimiser les effets nuisibles sur l'écosystème du « Gully ». Cela pourrait amener une demande future auprès de l'Organisation maritime internationale pour une désignation préventive de cette zone. En outre, on tiendra compte des vulnérabilités de la ZPM lors de l'élaboration des pratiques, des stratégies et des mesures de contrôle régionales et nationales pour la gestion des eaux de ballast.

### Avantages et coûts

Le principal avantage que représente pour les Canadiens la désignation de la ZPM du « Gully » est que cet important et unique écosystème de canyon sera reconnu et protégé. Cette désignation permettra d'éviter la perte d'espèces et d'aborder globalement les préoccupations écosystémiques. La vaste protection à long terme assurée par cette désignation et l'interdiction d'endommager la ZPM prévue dans le règlement permettront de sauvegarder cet écosystème diversifié et productif.

Le « Gully » est considéré, tant à l'échelle nationale que mondiale, comme un habitat marin important et exceptionnel. Les Canadiens ont appuyé en grand nombre la désignation de la ZPM du « Gully », parce qu'ils reconnaissent de plus en plus l'importance de mettre en oeuvre des mesures proactives aux fins de la conservation et de la protection de la biodiversité marine. Les milliers de lettres d'appui reçues par le ministère témoignent de l'enthousiasme de la population. La ZPM représente pour tous les Canadiens un important héritage en matière de conservation.

En vertu de la *Loi sur les océans*, le ministre doit établir un réseau national de ZPM. La désignation de la ZPM du « Gully » est une contribution clé à ce réseau et au respect des engagements pris en vertu de la Stratégie sur les océans du Canada, l'énoncé de politique sur les océans formulé par le gouvernement fédéral. En outre, les ZPM constituent une contribution clé à la Stratégie de développement durable du gouvernement du Canada.

Selon les données disponibles, les eaux profondes en bordure de la plate-forme qui font partie de la ZPM abritent le principal habitat de la population de baleine à bec commune vivant dans la région de la plate-forme. Le gouvernement du Canada considère cette baleine comme une espèce en péril. Le COSEPAC a récemment recommandé de les classer dans la catégorie des espèces en voie de disparition, soit la catégorie la plus à risque en vertu de la *Loi sur les espèces en péril*. Donc, la ZPM permettra d'assurer une protection élevée à ces importantes baleines et représentera une contribution clé, pour assumer les responsabilités énoncées

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*   *Gazette du Canada Partie II, Vol. 138, nº 10*   SOR/DORS/2004-112

Currently, global scientific knowledge is limited on deep sea and canyon ecosystems and the factors influencing them. As a relatively undisturbed deep sea ecosystem, "The Gully" will serve as an important scientific reference area. The MPA will support important research opportunities and allow for a better understanding of the ecological processes at work in deep sea environments. Research in "The Gully" will provide insight into other shelf edge ecosystems in Atlantic Canada and improve our understanding of their importance to fish, corals and mammals.

Designation of "The Gully" MPA will provide Canada with international recognition in the important field of marine biodiversity protection. Furthermore, the establishment of this MPA will clearly demonstrate Canada's resolve to fulfil its international commitments for ocean management and marine conservation. These include commitments made under the 1982 UN Convention on the Law of the Sea, the 1992 UN Conference on Environment and Development, the 1994 Convention on Biological Diversity, and the 2002 Johannesburg Summit.

Minerals and Hydrocarbons

Natural Resources Canada (NRCan) and the CNSOPB have conducted an assessment of the technical and economic feasibility of mineral and hydrocarbon resource deposits in "The Gully" and surrounding area. Where possible, the potential for developing resources in the area was evaluated on a full cycle basis. Due to the lack of detailed information about this area, qualitative procedures were used in many cases to determine this potential, using established criteria and prospectivity ratings.

Minerals

The NRCan mineral assessment concluded that the highest mineral potential is aggregates (well-sorted sand and gravel deposits), which are in large quantities and suitable for industrial uses. The greatest potential for such deposits exists on the shallow waters of Sable Island Bank, located on the western flank of the MPA. Similar and larger deposits exist elsewhere on the Scotian Shelf, making these resources common and not unique to "The Gully". Nevertheless, there is growing regional demand for aggregates, which may make areas on the Scotian Shelf attractive for either exports to the construction market or for replenishment projects.

There is minimal economic potential for other minerals. Phosphorite deposits may exist in the area, however, extraction is currently technically difficult in this type of environment. There is potential for heavy mineral deposits, such as garnet, in the area. These resources are not expected to be exploitable using existing technology.

The removal of seabed to 15 metres is prohibited under the Regulations and, as such, will result in the loss of future access to mineral resources in this area. The present technological limitations and access to similar or higher quality and quantity of these

dans la *Loi sur les espèces en péril* et le processus de planification du rétablissement.

Actuellement, les connaissances scientifiques mondiales sur les écosystèmes des eaux profondes et des canyons et sur les facteurs qui les modifient sont limitées. Comme le « Gully » est un écosystème abyssal relativement peu perturbé, il représente une zone de référence intéressante pour la recherche scientifique. La ZPM permettra d'appuyer d'importants projets de recherche et de mieux comprendre les processus écologiques à l'oeuvre dans les milieux marins profonds. Les travaux de recherche effectués dans la zone du « Gully » fourniront des données sur les autres écosystèmes des plates-formes du Canada atlantique et accroîtront notre compréhension de leur importance pour les poissons, les coraux et les mammifères.

Grâce à la désignation de la ZPM du « Gully », le Canada se méritera une reconnaissance internationale dans le domaine important de la protection de la biodiversité marine. De plus, la désignation de cette ZPM témoignera de la détermination du Canada à s'acquitter de ses obligations internationales en matière de gestion des océans et de conservation marine. Il s'agit notamment des obligations liées à la Convention des Nations Unies sur le droit de la mer (1982), de la Conférence des Nations Unies sur l'environnement et le développement (1992), de la Convention sur la diversité biologique (1994) et du Sommet de Johannesburg (2002).

Minéraux et hydrocarbures

Ressources naturelles Canada (RNCan) et l'OCNEHE ont évalué la faisabilité technique et économique de la mise en valeur des gisements de minéraux et d'hydrocarbures situés dans la zone du « Gully » et dans les zones avoisinantes. Quand cela était possible, cette évaluation était basée sur le cycle complet. En raison du manque d'informations détaillées sur cette zone, on a eu recours, dans de nombreux cas, à des procédures qualitatives basées sur des critères établis et sur la capacité productive pour déterminer ce potentiel.

Minéraux

Selon l'évaluation des gisements de minéraux faite par RNCan, les agrégats (les dépôts de gravier et de sable bien triés) offrent les meilleures possibilités, parce qu'on en trouve en grandes quantités et qu'ils peuvent servir à des fins industrielles. Ces gisements sont plus susceptibles de se trouver dans les eaux peu profondes du banc de l'île de Sable, situé à l'ouest de la ZPM. On trouve des gisements semblables, mais plus gros, ailleurs sur la plate-forme néo-écossaise. Il s'agit donc de ressources communes qui ne sont pas uniques à la zone du « Gully ». Néanmoins, comme la demande régionale d'agrégats est en hausse, ces zones deviennent intéressantes pour l'exportation vers le marché de la construction ou du remplissage.

Les autres minéraux offrent des possibilités économiques moindres. On pourrait trouver dans la zone des gisements de phosphorites, mais, actuellement, l'extraction de ce minéral est techniquement difficile dans un tel milieu. On pourrait aussi y trouver des gisements de minéraux lourds, tels que le grenat, mais il n'est pas possible d'exploiter ces ressources à l'aide de la technologie actuelle.

Comme le règlement interdit d'enlever le plancher océanique jusqu'à une profondeur de 15 mètres, on perdra l'accès aux ressources minérales de la ZPM. Mais l'impact global du règlement sera minime, parce que les technologies actuelles sont limitées et

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*     *Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

resources elsewhere on the Scotian Shelf minimizes the overall impact of the Regulations. Potential opportunities aside, Canada currently has no management regime or licensing mechanism in place to administer and approve offshore seabed mining.

Hydrocarbons

The Scotian Shelf and slope have become an increasingly important area for petroleum exploration and development. At present, the resources within "The Gully" MPA are not believed to be more significant than other areas of offshore Nova Scotia. The area represents 5% of gas potential on the Scotian Shelf and 0.4% of Canada's estimated undiscovered gas potential. These resources are not considered significant to the nation's supply. However, there are proven reserves in adjacent shelf areas and initial drilling results indicate some potential in nearby deep water areas.

Within "The Gully" MPA, the Primrose field represents the only existing petroleum licence. The Primrose field was discovered in 1973 and has been classified as a significant discovery by the CNSOPB in the mid-1980s. Based on 2001 figures, the estimated recoverable reserves and values, without costs included, of Primrose are calculated at 1.3 million barrels of oil (gross value $36 million) and 122 billion cubic feet of gas (gross value $756 million, condensate value $21 million). To date, the rights to develop this licence have not been exercised.

The highest prospectivity for oil and gas reserves in the MPA is in the shallow portions of Sable Island Bank. The deeper area along the slope and below the mouth of "The Gully" has the next highest prospectivity. The lowest prospectivity is in the deeper portions of the canyon proper. According to an economic overlay by NRCan based on the resource assessment conducted by the CNSOPB in 1998, "The Gully" has a 50% probability of 1.23 trillion cubic feet of recoverable natural gas and 10.5 million barrels of recoverable crude oil. It should be noted that the area assessed by the CNSOPB in 1998 was smaller than the current MPA. As such, it is reasonable to assume that the numbers for resource potential would be larger based on the current boundary.

The regulations do not remove the existing sub-surface rights to hydrocarbons within the MPA boundary. However, the regulations will have an impact on the operational practices of exploratory and production activities, requiring additional levels of protection for the MPA. Petroleum activities in or in the vicinity of the MPA will need to conduct a specific assessment of the impacts on "The Gully" ecosystem and ensure they are in compliance with the MPA Regulations. As such, it is expected that industry costs will be higher for environmental assessments and development activities in and around the MPA.

A number of management measures and policies aimed at protecting "The Gully" are already in effect owing to recognized environmental sensitivities, such as at-risk whales. Since 1997, no petroleum activities have been authorized by the CNSOPB in "The Gully". Since the heightened conservation interest in

qu'il est possible d'avoir accès à de plus grandes quantités de ressources semblables ou de ressources de meilleure qualité dans d'autres zones de la plate-forme néo-écossaise. Même s'il existe des possibilités, le Canada n'a actuellement aucun régime de gestion ou mécanisme d'attribution de permis pour administrer et approuver l'exploitation des ressources minières extracôtières du plancher océanique.

Hydrocarbures

L'intérêt pour la prospection et la mise en valeur des hydrocarbures dans la plate-forme néo-écossaise et son talus s'est intensifié. Actuellement, on ne croit pas qu'il y a plus de ressources dans la ZPM du « Gully » que dans les autres zones de la région extracôtière de la Nouvelle-Écosse. La zone représente 5 p. 100 des ressources potentielles de gaz naturel de la plate-forme néo-écossaise et 0,4 p. 100 des ressources non découvertes estimées du Canada. Ces ressources ne sont pas considérées comme importantes pour l'approvisionnement national. Cependant, il existe des réserves prouvées dans les zones adjacentes de la plate-forme, et les premiers résultats de forage indiquent certaines possibilités dans les eaux profondes situées à proximité.

Dans la ZPM du « Gully », le gisement de Primrose est le seul pour lequel un permis d'exploration a été octroyé. Découvert en 1973, ce gisement a été jugé important par l'OCNEHE au milieu des années 1980. Selon les chiffres de 2001, les réserves récupérables étaient estimées à 1,3 million de barils de pétrole (d'une valeur brute de 36 millions de dollars) et à 122 milliards de pieds cubes de gaz naturel (d'une valeur brute de 756 millions de dollars et d'une valeur de 21 millions de dollars pour le condensat). Les droits d'exploiter ce permis n'ont pas encore été exercés.

Les réserves pétrolières et gazières de la ZPM qui présentent la plus grande capacité productive se trouvent dans les eaux peu profondes du banc de l'île de Sable. Viennent ensuite les réserves situées le long du talus, après l'embouchure du « Gully ». Enfin, celles qui présentent la plus faible capacité productive se trouvent dans les eaux plus profondes du canyon proprement dit. Selon l'analyse économique complémentaire effectuée par RNCan en fonction de l'évaluation des ressources réalisée par l'OCNEHE en 1998, on pourrait trouver dans la zone du « Gully » 1,23 billion de pieds cubes de gaz naturel récupérable et 10,5 millions de barils de pétrole brut récupérable, selon un niveau de probabilité de 50 p. 100. Il est à noter que la zone qui a fait l'objet de cette évaluation par l'OCNEHE en 1998 était plus petite que l'actuelle ZPM. Il est donc raisonnable de supposer que ces valeurs seraient plus grandes si l'on tenait compte des limites actuelles.

Le règlement ne supprime pas les droits actuels d'exploitation du sous-sol au sein de la ZPM. Cependant, il influera sur les méthodes utilisées aux fins de l'exploration et de la production, puisqu'il prévoit une plus grande protection pour la ZPM. Si elle veut être active au sein ou autour de la ZPM, l'industrie pétrolière devra évaluer les impacts de ses activités sur l'écosystème du « Gully » et assurer leur conformité au règlement. On prévoit donc que les coûts pour réaliser les évaluations environnementales et les activités de mise en valeur dans et autour de la ZPM seront plus élevés pour l'industrie.

On a mis en vigueur un certain nombre de mesures et de politiques de gestion pour protéger le « Gully » après avoir repéré certaines vulnérabilités écologiques, par exemple le fait que des baleines soient en voie de disparition. Depuis 1997, l'OCNEHE n'a autorisé aucune activité pétrolière dans la zone du « Gully ».

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*   *Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

the 1990s, "The Gully" has become a key consideration in environmental assessments and industry-led research and environmental effects monitoring for petroleum activities on the eastern Scotian Shelf. Essentially, the MPA will enshrine existing review processes and mechanisms and, in many cases, the Regulations and Management Plan will augment and formalize the various interim protection measures that have been adopted by the petroleum regulators and industry. The Management Plan and supporting research activities will provide further guidance to the petroleum regulators, industry and the public on these requirements and will ensure that they are met consistently. Industry collaboration in the protection of the MPA will provide important opportunities to contribute to regional sustainable development strategies.

Commercial Fisheries

In the past decade, there have been two commercially significant fisheries within "The Gully" MPA. This area is particularly important to halibut fishers using groundfish longline, with catches from the area representing a significant proportion of the total halibut caught on the eastern Scotian Shelf. Vessels are based throughout Nova Scotia, with the community of Sambro taking largest percentage of this catch. The swordfish fishery, along with some tuna and shark fishing, is conducted in the area using pelagic longline. This fishery crosses the mouth of "The Gully" as part of an extensive continuum along the edge and slope of the Scotian Shelf.

Based on a comprehensive fisheries assessment of the area, the economic impact of the Regulations on current fisheries conducted in "The Gully" will be minimal. Fishing for halibut, swordfish, tuna and shark is provided with a regulatory exception within Zones 2 and 3, based on DFO's assessment that the current level of activity poses minimal risk to those parts of "The Gully". As part of the Management Plan, additional joint measures with industry will be put in place to further minimize the impact of fishing on non-target species and habitats in the ecosystem.

Zone 1 does not provide exceptions for any existing fishing activities. The exclusion of pelagic longlining activity in Zone 1 will affect the current practice of fishing along the slope of the Scotian Shelf. Pelagic fishing gear is often in the range of 40 kilometres in length, and is subject to considerable drift, potentially kilometres. To avoid Zone 1, gear will need to be set at some distance and the overall displacement of fishing effort is, therefore, larger than the Zone itself. Swordfish catches are characterized as variable in the area, with landings from "The Gully" comprising significant percentages of the overall catch during some years. However, this fishery can be conducted elsewhere in the region. Potential impacts on the regional stock assessment process due to changes in catch per unit effort rates will have to be addressed.

Given that longline fishing for halibut rarely occurs at depths below 600 metres, only minimal impacts are anticipated from the Zone 1 exclusion. However, there may be alterations to current fishing patterns and berths directly adjacent to Zone 1 as a result of the requirement to avoid gear incursions into the closed area.

Depuis que l'intérêt pour la conservation s'est intensifié dans les années 1990, le « Gully » est devenu un enjeu clé pour les évaluations environnementales, les recherches menées par l'industrie et la surveillance des effets environnementaux dans la partie est de la plate-forme néo-écossaise. Essentiellement, la ZPM permettra de confirmer les processus et les mécanismes d'examen existants et, dans de nombreux cas, le règlement et le plan de gestion renforceront et officialiseront les diverses mesures de protection intérimaires qui ont été mises en oeuvre par les organismes chargés de la réglementation du secteur pétrolier et par l'industrie. Le plan de gestion et les activités de recherche connexes donneront à ces organismes, à l'industrie et au grand public les orientations futures sur ces exigences afin qu'elles soient rencontrées de façon cohérente. La collaboration de l'industrie à la protection de la ZPM fournira des occasions importantes de contribuer aux stratégies régionales de développement durable.

Les pêches commerciales

Au cours de la dernière décennie, deux pêches commerciales importantes ont eu lieu dans la ZPM du « Gully », notamment la pêche au flétan à l'aide d'une palangre pour poisson de fond. Les prises de flétan dans cette zone représentent un pourcentage élevé de la quantité totale de flétan pêché dans la partie est de la plate-forme néo-écossaise. Les bateaux s'installent tout au long de la côte de la Nouvelle-Écosse, et la collectivité de Sambro recueille la plus grande part de ces prises. On pêche aussi l'espadon, le thon et le requin à l'aide d'une palangre pour poissons pélagiques. Cette pêche est pratiquée le long d'un parcours qui suit la bordure et le talus de la plate-forme néo-écossaise et qui traverse l'embouchure du « Gully ».

Selon une évaluation complète des pêches pratiquées dans la zone du « Gully », l'impact économique du règlement sur celles-ci sera minime. Le MPO ayant évalué que le niveau actuel d'activités représente un risque minime pour les zones 2 et 3 du « Gully », la pêche au flétan, à l'espadon, au thon et au requin dans ces zones fait l'objet d'une exception réglementaire. Dans le cadre du plan de gestion, on mettra en place, conjointement avec l'industrie, d'autres mesures afin de réduire davantage l'impact de la pêche sur les espèces et les habitats non visés de l'écosystème.

Aucune exception n'est prévue pour les activités de pêche actuellement pratiquées dans la zone 1. L'interdiction d'utiliser la palangre pour poissons pélagiques dans la zone 1 aura un effet sur la pêche actuellement pratiquée le long du talus de la plate-forme néo-écossaise. Les engins pour la pêche pélagique, fréquemment d'une longueur de 40 kilomètres, peuvent dériver jusqu'à quelques kilomètres. Pour éviter la zone 1, il faudra donc installer l'engin à une certaine distance de cette zone. Ainsi, l'interdiction de pêcher dans la zone 1 s'appliquera au-delà des limites de cette zone. La quantité d'espadon pêché dans la zone est variable, et, certaines années, les prises provenant du « Gully » ont représenté un gros pourcentage des prises totales. Cependant, cette pêche peut être pratiquée ailleurs dans la région. Les répercussions possibles sur le processus régional d'évaluation des stocks découlant de changements dans les taux d'uniformité d'effort devront être examinées.

Comme la pêche à la palangre se déroule rarement à des profondeurs supérieures à 600 mètres, seules des répercussions minimales sont prévues de l'exclusion de la zone 1. Toutefois, il peut y avoir des changements aux tendances actuelles de pêche et au nombre de postes d'amarrage adjacents à la zone 1 par suite d'exigences d'éviter les incursions des engins dans la zone fermée.

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*   *Gazette du Canada Partie II, Vol. 138, n° 10*   SOR/DORS/2004-112

Historically, "The Gully" was a commercially important area for groundfish, including cod and haddock. Fisheries for these species have been under moratorium on the eastern Scotian Shelf (NAFO Area 4VSW) since 1993. In particular, pollock was an important component of the catch in the area for the large trawler fishery in the 1980s and early 1990s. Most of this activity took place in Zone 3 and in some shallow sections of Zone 2. Current groundfish trawl fisheries, including those for pollock, redfish and flounders, are focused elsewhere on the Scotian Shelf. In the event that the groundfish moratorium is reduced or lifted, interest in "The Gully" by the trawl fishery may appear again.

The snow crab fishery currently occurs in several areas adjacent to the MPA boundary. Recognizing that this fishery was encroaching on "The Gully", DFO placed specific restrictions on the fleet through conditions of licence in 2003. All exploratory crab fishing along the shelf edge has been excluded from the original AOI since 2000. Given that this fishery has had nominal activity in the area encompassed by the MPA, its continued exclusion is not considered by DFO to result in a significant impact on the sector. However, it is recognized that the fishery has been expanding in an offshore direction, raising the possibility of some future impacts on the snow crab fleet.

In summary, the regulations do not alter the allocation process for determining the level of resources available to the fishing industry on the eastern Scotian Shelf (4VSW). There is no significant economic impact of the MPA on the overall value and amount of living resources currently removed. However, the displacement of current and future fishing effort in the area may result in additional operational costs to the industry, as well as increased effort in other areas. In terms of benefits, "The Gully" MPA is an important contribution to efforts by DFO and industry to further the development of a sustainable and ecosystem-based approach to fisheries management in the region.

Shipping

The Regulations recognize international navigational rights and do not place added restrictions on shipping. Vessels will be expected to adhere to any regulations, controls and management measures under the *Canada Shipping Act*, other relevant Canadian legislation, and the International Maritime Organization, the principal international authority. Current national and international controls on the discharge of substances from vessels, such as the requirements regarding oil content in water, are consistent with the conservation objectives of the MPA. The requirement under the Regulations to report accidents or incidents to the Canadian Coast Guard within two hours of occurrence is not considered to place undue burden on vessel activity. Similarly, the voluntary precautionary measures currently in place for the Whale Sanctuary in the Notice to Mariners do not result in undue burden on vessel activities.

The current and expected level of commercial vessel traffic is considered low in relation to other parts of the region and will not be affected significantly by the Regulations. Generally, vessels transit between 10-30 kilometres to the north or south of the MPA

Traditionnellement, la zone du « Gully » est importante pour la pêche commerciale du poisson de fond tel que la morue et l'aiglefin. Depuis 1993, un moratoire est imposé à la pêche de ces espèces dans la partie est de la plate-forme néo-écossaise (OPANO, région 4VSW). En particulier, la goberge représentait une part importante des prises faites au chalut dans la région dans les années 1980 et au début des années 1990. La plupart de ces activités de pêche avaient lieu dans la zone 3 et dans certaines eaux peu profondes de la zone 2. Actuellement, la pêche au chalut du poisson de fond, notamment la goberge, le sébaste et le poisson plat, se déroule dans d'autres parties de la plate-forme néo-écossaise. Si le moratoire sur le poisson de fond était modifié ou levé, les chalutiers pourraient retrouver leur intérêt pour la zone du « Gully ».

Actuellement, la pêche au crabe de neiges est pratiquée dans plusieurs zones adjacentes à la ZPM. Reconnaissant que cette pêche empiétait sur le Gully, le MPO a imposé certaines restrictions à la flottille au moyen des conditions de permis en 2003. Toute pêche exploratoire du crabe le long de la plate-forme a été exclue de la zone originale depuis 2000. Compte tenu que cette pêche a traditionnellement été minime dans la zone du Gully, le MPO ne croit pas que le maintien de l'exclusion aura un effet significatif sur ce secteur. Toutefois, on reconnaît que la pêche a pris de l'ampleur vers la haute mer, donnant lieu à la possibilité de répercussions futures sur la flottille de pêche du crabe des neiges.

En résumé, le règlement ne modifie pas le processus d'attribution qui permet de déterminer la quantité des ressources disponibles pour l'industrie de la pêche dans la partie est de la plate-forme néo-écossaise (région 4VSW). La ZPM n'a aucun effet économique important direct sur la valeur et la quantité globales des ressources vivantes actuellement pêchées. Cependant, le déplacement des activités de pêche actuelles et futures pourrait entraîner des coûts opérationnels supplémentaires pour l'industrie, ainsi que des activités supplémentaires dans d'autres zones. Pour ce qui est des avantages, la ZPM du « Gully » représente une importante contribution aux efforts déployés par le MPO et par l'industrie pour favoriser l'adoption d'une approche durable et écosystémique de la gestion des pêches dans la région.

Navigation commerciale

Le règlement reconnaît les droits de navigation internationaux et n'impose aucune restriction supplémentaire à la navigation commerciale. Les navires devront se conformer aux règlements et aux mesures de contrôle et de gestion prévus dans la *Loi sur la marine marchande du Canada*, dans d'autres lois canadiennes pertinentes et par l'Organisation maritime internationale, la principale autorité internationale en cette matière. Les mesures nationales et internationales actuelles relatives au contrôle du rejet de substances en mer par les navires, par exemple les exigences relatives à la quantité de pétrole autorisée dans l'eau, sont conformes aux objectifs de conservation prévus pour la ZPM. On ne pense pas que l'exigence énoncée dans le règlement à l'effet de rapporter à la Garde côtière canadienne les accidents et les incidents dans les deux heures suivantes impose un fardeau indu aux navigateurs, pas plus que les mesures préventives volontaires actuellement prévues pour le sanctuaire de baleines, décrites dans l'Avis aux navigateurs.

Le trafic maritime actuel et prévu est considéré comme faible comparativement à celui d'autres zones de la région et ne sera pas fortement touché par le règlement. En général, les navires passent entre 10 et 30 kilomètres au nord ou au sud de la ZPM afin

2004-05-19   *Canada Gazette Part II, Vol. 138, No. 10*   *Gazette du Canada Partie II, Vol. 138, n° 10*   **SOR/DORS/2004-112**

to avoid navigational hazards associated with Sable Island. Vessel traffic related to offshore oil and gas activities is also limited, and usually addressed through industry codes of conduct or controls put in place by regulators.

d'éviter les dangers que représente l'île de Sable pour la navigation. Le trafic maritime lié aux activités pétrolières et gazières extracôtières est aussi limité et habituellement assujetti aux codes de conduite ou de contrôle mis en place par les organismes de réglementation de l'industrie.

#### Scientific Research

Increased research interest in "The Gully" is expected as a result of the establishment of the MPA. DFO will support scientific research in the MPA to foster better understanding of its ecosystem and to meet management and conservation objectives. The Regulations enable appropriate levels of access to the MPA for science and monitoring. This includes the requirement for research proponents to provide detailed information on planned scientific activities and to consider potential impacts, including cumulative effects, for each management zone. The added costs of the plan submission and approval process will be minimal, and will ensure ecologically responsible behaviour and encourage information sharing. The reporting requirements contained in the Regulations will utilize and augment various existing research planning and approval processes within government, universities and the private sector.

#### Recherche scientifique

À la suite de la désignation de la ZPM du « Gully », on s'attend à un regain d'intérêt pour la réalisation de travaux de recherche scientifique dans cette zone. Le MPO appuiera ces travaux afin d'accroître les connaissances sur l'écosystème de la zone et d'atteindre les objectifs en matière de gestion et de conservation. Le règlement prévoit un accès approprié à la ZPM pour réaliser des activités de recherche scientifique et de surveillance. Il exige notamment que les promoteurs des projets de recherche fournissent des renseignements détaillés sur les activités scientifiques prévues et sur leurs effets éventuels, notamment les effets cumulatifs, sur chaque zone de gestion. Les coûts supplémentaires associés à la présentation et à l'approbation du plan seront minimes; ils favoriseront l'échange d'information ainsi que l'adoption d'un comportement responsable sur le plan écologique. Les rapports prévus dans le règlement seront produits par le biais des processus relatifs à la planification et à l'approbation des travaux de recherche actuellement en place au gouvernement, dans les universités et dans le secteur privé.

#### Government Administration and Management

The general costs to government for the administration and management of the MPA involve: environmental and activity assessments and approvals; scientific research and information management; surveillance, monitoring, enforcement and emergency response; and public consultation, information and stewardship programs.

As the lead authority for the MPA, the majority of costs will be borne by DFO. To date, the Department has invested significant program resources into the MPA planning, consultation and designation process. Ongoing and post-designation resource implications for the Department relate to the development and implementation of the Management Plan and a range of supporting programs and functions. These include: integrated management and planning; fisheries licensing, management, surveillance and enforcement; vessel activity monitoring, pollution surveillance and emergency response; science and ecosystem understanding; and related technical requirements (e.g., revised Notice to Mariners and applicable Canadian Hydrographic Charts).

The MPA is a long-term management responsibility that will require ongoing resource support within DFO. Where possible, departmental management of the MPA will be undertaken through horizontal program delivery consistent with national and regional strategic and business plans. In most cases, costs related to the MPA will be managed within the Department's existing budgetary allotments. However, the resource requirements associated with the MPA may be incorporated into future departmental funding submissions and allocation decisions. For example, costs related to fisheries management and licensing, or fisheries surveillance and emergency response may involve additional funding requirements. Supplementary resources may be obtained through related national priority programs, such as the Species at Risk Program or funding related to marine security and increased area surveillance coverage.

#### Administration et gestion par le gouvernement

Les coûts généraux qui incomberont au gouvernement pour l'administration et la gestion de la ZPM incluent les éléments suivants : évaluation environnementale et évaluation et approbation des activités; recherche scientifique et gestion de l'information; surveillance, contrôle, application et intervention en cas d'urgence; et consultation publique, programmes d'information et d'intendance.

La majorité des coûts sera assumée par le MPO, qui est le ministère responsable de la ZPM. Jusqu'à maintenant, celui-ci a investi des ressources considérables dans les processus de planification, de consultation et de désignation liés à la ZPM. Les ressources requises par le ministère avant et après la désignation sont liées à l'élaboration et à la mise en oeuvre du plan de gestion et à une gamme de programmes et de fonctions connexes, notamment les suivants : planification et gestion intégrées; octroi de permis, gestion, surveillance et exécution de la Loi liés aux pêches; surveillance du trafic maritime et de la pollution et intervention en cas d'urgence; recherche scientifique et écosystémique; et exigences techniques connexes (par exemple la modification des Avis aux navigateurs et des cartes hydrographiques canadiennes pertinentes).

La ZPM représente une responsabilité de gestion à long terme à laquelle le MPO devra continuellement consacrer des ressources. Lorsque cela sera possible, cette gestion sera réalisée par une prestation horizontale des programmes correspondant aux plans stratégiques et aux plans d'activité régionaux et nationaux. Dans la plupart des cas, les coûts associés à la gestion de la ZPM seront imputés aux affectations budgétaires actuelles du ministère. Cependant, ils pourraient aussi être intégrés aux futures demandes de financement et décisions budgétaires faites par le ministère. Ainsi, les coûts associés à la gestion ou à la surveillance des pêches, à l'octroi des permis ou aux interventions en cas d'urgence pourraient nécessiter des fonds supplémentaires, qui pourraient provenir de programmes nationaux prioritaires connexes, par exemple le programme des espèces en péril, ou de fonds associés à la sécurité marine et à la surveillance accrue de la zone.

"The Gully" MPA is a keystone component of the Department's mandate to deliver on the *Oceans Act*, national MPA Policy and Program, Canada's Oceans Strategy, and its Sustainable Development Strategy, among other responsibilities. Efficiencies will also be realized in relation to potential Species at Risk responsibilities in "The Gully".

In the case of other government departments, it is expected that relevant management requirements will be incorporated into existing programs and functions. For example, environmental impact assessment requirements in relation to the MPA will be incorporated into current departmental processes, such as those under the *Canadian Environmental Assessment Act*. Wherever possible, interdepartmental cooperation and partnerships will be encouraged.

The overall value and benefits of "The Gully" MPA justify the management costs to the Government of Canada. The effective protection of this important ecosystem through MPA designation and management contributes to a broad range of national and international commitments and responsibilities.

### Consultation

"The Gully" has been the strong focus of conservation interest since the early 1990s. As a result, there have been a number of opportunities for many of the interests to evaluate conservation issues and protection measures for this area.

During 1997-1998, DFO drafted the Gully Conservation Strategy, which included several broad scale mail-outs and three open meetings to gather viewpoints on the conservation needs of the area. Based on feedback from these efforts, DFO recommended that "The Gully" be investigated further as a potential MPA under the *Oceans Act*.

In the process of conducting the various assessments associated with the MPA designation process, presentations, meetings and discussions were held with all major interests on conservation needs and values. These discussions contributed greatly to the understanding of the concerns and interests of marine user groups, conservation organizations and government departments, all of which were considered in the development of the Regulations and conservation strategies. In addition, multimedia presentations and print materials, along with public displays, have been used to communicate ecological and management issues.

In March 2002, a Gully Working Group was established under the auspices of Scotia-Fundy Fishing Industry Roundtable to review fisheries and conservation issues in "The Gully". With representation from key fishing organizations, this group and the broader Roundtable has provided opportunities to discuss conservation objectives for "The Gully" in relation to commercial fishing industry interests and concerns. Outside this forum, DFO held a number of discussions with various fishing industry companies, associations and individuals.

La désignation de la ZPM du « Gully » est l'une des pierres angulaires du mandat du ministère, qui doit notamment assumer les responsabilités qui lui incombent en vertu de la *Loi sur les océans*, de la politique et du programme nationaux concernant les ZPM, de la Stratégie sur les océans du Canada et de la Stratégie ministérielle pour le développement durable. En outre, la désignation améliorera le rendement du MPO en ce qui a trait à ses responsabilités éventuelles à l'égard des espèces en péril qui vivent dans la zone du « Gully ».

On s'attend à ce que les responsabilités pertinentes en matière de gestion qui incomberont à d'autres ministères gouvernementaux soient intégrées à leurs programmes et fonctions actuelles. Ainsi, l'évaluation des impacts environnementaux requise pour la ZPM sera intégrée aux processus ministériels actuels, par exemple ceux qui sont reliés à la *Loi canadienne sur l'évaluation environnementale*. On encouragera autant que possible la collaboration et le partenariat entre les ministères.

La valeur globale de la ZPM du « Gully » et les avantages qu'elle apportera justifient les coûts de gestion qui incomberont au gouvernement du Canada. Le fait de protéger efficacement cet important écosystème par la désignation et la gestion de la ZPM constitue une contribution à une vaste gamme d'obligations et de responsabilités nationales et internationales.

### Consultations

Depuis le début des années 1990, la conservation de la zone du « Gully » suscite beaucoup d'intérêt. Les parties intéressées ont donc eu maintes occasions d'évaluer les enjeux en matière de conservation et les mesures de protection liés à cette zone.

En 1997-1998, le MPO a rédigé l'ébauche de la Stratégie de conservation du Gully, qui a été assortie d'envois postaux à grande échelle et de trois réunions publiques visant à recueillir les points de vue sur les besoins en matière de conservation de la zone. Compte tenu des commentaires formulés par le biais de ces activités, le MPO a recommandé que la zone du « Gully » fasse l'objet d'autres études en vue de devenir une ZPM aux termes de la *Loi sur les océans*.

Dans le cadre des diverses évaluations effectuées aux fins du processus de désignation de la ZPM, des présentations, des réunions et des discussions sur les besoins et les valeurs en matière de conservation ont eu lieu avec les principales parties intéressées. Ces discussions ont permis de comprendre beaucoup mieux les préoccupations et les intérêts des groupes d'utilisateurs, des organisations de conservation et des ministères gouvernementaux axés sur le milieu marin et ont servi de fondement à l'élaboration du règlement et des stratégies de conservation. De plus, on a eu recours à des présentations multimédias, à des documents imprimés et à des expositions pour communiquer les questions liées à l'écologie et à la gestion.

En mars 2002, un groupe de travail sur la zone du « Gully » a été créé sous les auspices de la table ronde sur les pêches dans la région Scotia-Fundy pour examiner les questions liées à la pêche et à la conservation dans le « Gully ». Les membres de ce groupe, formé de représentants des principales organisations halieutiques, et les membres de la table ronde ont pu discuter des objectifs de conservation prévus pour la zone du « Gully » en les mettant en relation avec les intérêts et les préoccupations de l'industrie de la pêche commerciale. De plus, le MPO a tenu des discussions avec des entreprises de l'industrie de la pêche, des associations de pêcheurs et des particuliers non représentés au sein de ce forum.

2004-05-19  *Canada Gazette Part II, Vol. 138, No. 10*    *Gazette du Canada Partie II, Vol. 138, n° 10*    **SOR/DORS/2004-112**

In addition to the fishing industry, a number of presentations and discussions have been held on "The Gully" MPA initiative with the oil and gas industry and regulators, environmental interest groups, the shipping sector, and the science and academic community.

In Fall 2002, DFO developed and distributed a document describing the regulatory intent for "The Gully" MPA. This regulatory proposal document outlined the proposed MPA and management zone boundaries, and described the scope and intent of the Regulations being developed. The document was distributed broadly on a regional and national basis, including through the multi-stakeholder network of the ESSIM Initiative. This distribution list comprised more than 160 individuals and groups, including offshore industries, academia, government agencies, First Nations, environmental interest groups and other non-government organizations.

To gather further input on the regulatory proposal, DFO gave presentations and held separate meetings with key interests during 2002-2003, including:

- Federal/Provincial ESSIM Working Group
- Natural Resources Canada
- Department of National Defence
- Canada-Nova Scotia Offshore Petroleum Board
- Atlantic Canada Opportunities Agency
- East Coast Interdepartmental Marine Operations Committee
- Canadian Marine Advisory Committee
- Canadian Association of Petroleum Producers
- Shell Canada
- Marathon Oil Canada
- BP Canada
- Scotia-Fundy Fishing Industry Roundtable
- Seafood Producers of Nova Scotia
- Nova Scotia Swordfishermen's Association
- Individual groundfish and pelagic longline licence holders
- Unama'ki Institute of Natural Resources
- Dalhousie University
- World Wildlife Fund Canada
- Canadian Parks and Wilderness Society
- Ecology Action Centre

In order to facilitate ongoing dialogue and implementation of the Management Plan, DFO formed the multi-stakeholder Gully Advisory Committee (GAC) in January 2003. The Advisory Committee comprises a core group of key government and non-government interests in "The Gully" with skills, knowledge and experience relating to the ecology, management, conservation and use of the area. The Advisory Committee has been used as a multi-stakeholder forum for DFO to discuss and receive input on the regulatory proposal and associated conservation strategies. This group will continue to play a major role in the development

De plus, un certain nombre de présentations et de discussions sur la désignation de la ZPM du « Gully » ont eu lieu auprès de l'industrie pétrolière et gazière, des organismes de réglementation de cette industrie, des groupes de défense de l'environnement, du secteur de la navigation maritime, ainsi que de la communauté scientifique et universitaire.

À l'automne 2002, le MPO a rédigé et distribué un document où il énonçait son intention de réglementer la ZPM du « Gully ». Il y décrivait la ZPM proposée et les limites des zones de gestion et y expliquait la portée et l'intention du règlement proposé. Le document a été largement diffusé à l'échelle régionale et nationale, notamment par l'entremise du réseau multipartite de l'Initiative de gestion intégrée de l'est de la plate-forme néo-écossaise (GIEPNE). Il a été communiqué à plus de 160 personnes et groupes, notamment à l'industrie extracôtière, aux universités, aux organismes gouvernementaux, aux Premières nations, aux groupes de défense de l'environnement et à d'autres organisations non gouvernementales.

Au cours de l'exercice 2002-2003, le MPO a donné des présentations et organisé des réunions distinctes avec les principales parties intéressées afin d'obtenir davantage de commentaires sur le projet de réglementation. Des séances particulières ont été tenues avec plusieurs organismes, groupes et individus dont les suivants:

- Groupe de travail fédéral-provincial sur la GIEPNE;
- Ressources naturelles Canada;
- Ministère de la Défense nationale;
- Office Canada-Nouvelle-Écosse des hydrocarbures extracôtiers;
- Agence de promotion économique du Canada atlantique;
- Comité interministériel des opérations maritimes de la côte est;
- Comité consultatif maritime canadien;
- Association canadienne des producteurs pétroliers;
- Shell Canada;
- Marathon Oil Canada;
- BP Canada;
- Table ronde sur les pêches dans la région de Scotia-Fundy;
- Association de fruits de mer de la Nouvelle-Écosse;
- Association des pêcheurs d'espadon de la Nouvelle-Écosse;
- Titulaires individuels de permis de pêche à la palangre de poissons de fond;
- Unama'ki Institute of Natural Resources;
- Université Dalhousie;
- Fonds mondial pour la nature (Canada);
- Société pour la protection des parcs et des sites naturels du Canada;
- Ecology Action Centre.

Afin de favoriser le dialogue continu et la mise en oeuvre du plan de gestion, le MPO a créé, en janvier 2003, le Comité consultatif pluri-intervenants du « Gully » (CCG). Ce comité regroupe des organisations gouvernementales et non gouvernementales citées qui s'intéressent à la zone du « Gully » et qui ont des connaissances, des compétences et une expérience liées à l'écologie, à la gestion, à la conservation et à l'utilisation de cette zone. Le comité consultatif a été pour le MPO un forum multipartite permettant de discuter du projet de réglementation et des stratégies de conservation connexes et d'obtenir des points de vue à