1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
3
   JEAN E. WILLIAMS, Chief
4  KRISTEN L. GUSTAFSON, Senior Trial Attorney
   Wildlife and Marine Resources Section
5  GUILLERMO A. MONTERO, Trial Attorney
   Natural Resources Section
6  Environment & Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
7  Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
   Washington, D.C. 20044
8  (202) 305-0211 (tel.) / (202) 305-0443 (tel.)
   (202) 305-0275 (fax)/ (202) 305-0274 (fax)
9  Kristen.Gustafson@usdoj.gov
   Guillermo.Montero@usdoj.gov
10
11 **Counsel for Federal Defendants**

12            **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
13             **SAN FRANCISCO DIVISION**

14
   NATURAL RESOURCES DEFENSE            )
15 COUNCIL, INC., et al.,               ) Civ. Action No. 07-4771-EDL
                                        )
16        Plaintiffs,                   )
                                        ) DECLARATION OF
17 v.                                   ) GUILLERMO A. MONTERO
                                        )
18 CARLOS GUTIERREZ, SECRETARY          )
   OF THE UNITED STATES                 )
19 DEPARTMENT OF COMMERCE, et al.       )
                                        )
20        Defendants.                   )
                                        ) Judge: Hon. Elizabeth D. Laporte
21                                      ) Ctrm: E
                                        ) Hearing Date: January 16, 2008
22                                      ) Time: 9 a.m.
   _____     )
23
24
25
26
27
28 DECLARATION OF GUILLERMO A. MONTERO
   Case No. 07-4771-EDL

I, Guillermo A. Montero, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a member in good standing of the bar of Massachusetts, and I am employed as a trial attorney with the United States Department of Justice, Environment and Natural Resources Division, Natural Resources Section.  I am one of the attorneys of record assigned to represent the Federal Defendants in this action.  I have personal knowledge of the facts stated herein and, if called upon to testify, I would testify that the facts set forth below are true and correct.

2.      Attached as **Exhibit 1** is a true and correct copy of the Federal Register, Part III, Department of Commerce, National Oceanic and Atmospheric Administration, 50 CFR Part 216, Taking Marine Mammals Incidental to the U.S. Navy Operations of Surveillance Towed Array Sensor System Low Frequency Active ("SURTASS LFA") Sonar; Final Rule (2007).

3.      Attached as **Exhibit 2** is a true and correct copy of the August 15, 2007 Letter of Authorization for the *R/V Cory Chouest* for the period of August 16, 2007, through August 15, 2008.

4.      Attached as **Exhibit 3** is a true and correct copy of the August 15, 2007 Letter of Authorization for the USNS IMPECCABLE for the period of August 16, 2007, through August 15, 2008.

5.      Attached as **Exhibit 4** is a true and correct copy of the October 15, 2007 Notice of Issuance of two Letters of Authorization to take marine mammals by harassment incidental to the U.S. Navy's operation of SURTASS LFA sonar operations, 72 Fed. Reg. 58,289.

6.      Attached as **Exhibit 5** is a true and correct copy of National Marine Fisheries Service's ("NMFS") August 14, 2007 Biological Opinion on the U.S. Navy's proposed use of SURTASS LFA sonar for the period of August 16, 2007 through August 15, 2012.

7.      Attached as **Exhibit 6** is a true and correct copy of NMFS's August 15, 2007 Incidental Take Statement for the Biological Opinion on the effects of NMFS's proposed regulations governing the authorization of take of marine mammals incidental to the Navy's employment of SURTASS LFA sonar for the period of August 16, 2007 through August 15, 2012.

8.      Attached as **Exhibit 7** is a true and correct copy of NMFS's August 17, 2007 Supplemental Biological Opinion on NMFS's proposed issuance of letters of authorization to the

DECLARATION OF GUILLERMO A. MONTERO
Case No. 07-4771-EDL
- 1 -

1   U.S. Navy for the employment of SURTASS LFA sonar from August 16, 2007 through August 15,

2   2008. This Supplemental Biological Opinion corrects factual errors in an August 15, 2007 Biological

3   Opinion, and therefore supercedes the August 15 Opinion.

4          9.     Attached as **Exhibit 8** is a true and correct copy of the August 15, 2007 Record of

5   Decision for SURTASS LFA Sonar, Supplemental Environmental Impact Statement.

6          10.    Attached as **Exhibit 9** is a true and correct copy of Federal Register, Part V,

7   Department of Commerce, National Oceanic and Atmospheric Administration, 50 CFR Part 216,

8   Taking Marine Mammals Incidental to the U.S. Navy Operations of Surveillance Towed Array

9   Sensor System Low Frequency Active ("SURTASS LFA") Sonar; Proposed Rule.

10         11.    Attached as **Exhibit 10** is a true and correct copy of June 29, 2007 Notice of proposed

11  rulemaking for the taking, by harassment, of marine mammals incidental to Navy Operations of

12  SURTASS LFA Sonar – Decision Memorandum.

13         12.    Attached as **Exhibit 11** is a true and correct copy of the Final Supplemental

14  Environmental Impact Statement for SURTASS LFA Sonar, Volume 1 of 2.

15         13.    Attached as **Exhibit 12** is a true and correct copy of the Final Supplemental

16  Environmental Impact Statement for SURTASS LFA Sonar, Volume 2 of 2.

17         14.    Attached as **Exhibit 13** is a true and correct copy of NMFS's September 28, 2006

18  Notice of Receipt of Application; request for comments and information, 71 Fed. Reg. 56965.

19         15.    Attached as **Exhibit 14** is a true and correct copy of the U.S. Navy's May 12, 2006

20  transmittal memorandum to NMFS concerning the Application for Letters of Authorization under

21  Section 101(a)(5)(A) of the MMPA for Activities Associated with the Employment of SURTASS

22  LFA Sonar.

23         16.    Attached as **Exhibit 14.1** is a true and correct copy of the May 2006 Application for

24  Letters of Authorization under Section 101(a)(5)(A) of the MMPA for Activities Associated with the

25  Employment of SURTASS LFA Sonar ("May 2006 Application").

26

27

28  DECLARATION OF GUILLERMO A. MONTERO
    Case No. 07-4771-EDL

1    17.    Attached as **Exhibit 14.2** is a true and correct copy of Appendix A to the May 2006

2    Application: Beaked Whale Research Planning Workshop REVISED SUMMARY REPORT, Sea

3    Mammal Research Unit, St. Andrews University, 23-24 November 2004.

4    18.    Attached as **Exhibit 14.3** is a true and correct copy of Appendix B to the May 2006

5    Application: Recent Advances in Knowledge of Beaked Whales (Summary).

6    19.    Attached as **Exhibit 14.4** is a true and correct copy of Appendix C to the May 2006

7    Application: Marine Mammal Observations in Support of NORLANT 04 and NORLANT 05 in the

8    Northwest Approaches to the UK (Summary of 2004 and 2005 Reports).

9    20.    Attached as **Exhibit 14.5** is a true and correct copy of Appendix D to the May 2006

10    Application: Effects of SURTASS Low Frequency Active Sonar on Fish, Presented at the Acoustical

11    Society of America (ASA) Meeting in Vancouver, Canada.

12    21.    Attached as **Exhibit 15** is a true and correct copy of March 31, 2006 Memorandum to

13    NMFS re: Application for renewals of letters of authorization for the taking of marine mammals

14    incidental to the operation of SURTASS LFA sonar onboard the *R/V Cory Chouest* and USNS

15    IMPECCABLE (T-AGOS 23) under NMFS Final Rule (50 CFR 216 Subpart Q) ("March 31, 2006

16    Renewal Memorandum").

17    22.    Attached as **Exhibit 15.1** is a true and correct copy of Enclosure (1) to the March 31,

18    2006 Renewal Memorandum: North Pacific Ocean Mission Areas and Boundary conditions - *R/V*

19    *Cory Chouest* and USNS IMPECCABLE Combined Planned Mission Areas for 5th Year LOAs.

20    23.    Attached as **Exhibit 15.2** is a true and correct copy of Enclosure (2) to the March 31,

21    2006 Renewal Memorandum: Background for Marine Mammal Density and Stock Estimates for

22    SURTASS LFA sonar 5th Year LOAs.

23    24.    Attached as **Exhibit 15.3** is a true and correct copy of Enclosure (3) to the March 31,

24    2006 Renewal Memorandum: Estimates for potential effects to marine mammal stocks.

25    25.    Attached as **Exhibit 16** is a true and correct copy of March 31, 2006 Memorandum to

26    NMFS re: Incidental take statement for the taking of threatened and endangered species incidental to

27    proposed operations of SURTASS LFA sonar onboard the *R/V Cory Chouest* and USNS

28

1    IMPECCABLE (T-AGOS 23) under NMFS Final Rule (50 CFR 216 Subpart Q) ("March 31, 2006

2    ITS Memorandum").

3          26.     Attached as **Exhibit 16.1** is a true and correct copy of Enclosure (1) to the March 31,

4    2006 ITS Memorandum: Northern Pacific Ocean Mission Areas and Boundary Conditions - R/V

5    *Cory Chouest* and USNS IMPECCABLE Combined Planned Mission Areas for 5th Year LOAs

6          27.     Attached as **Exhibit 16.2** is a true and correct copy of Enclosure (2) to the March 31,

7    2006 ITS Memorandum: Background for sea turtle density and stock estimates for SURTASS LFA

8    5th year LOAs

9          28.     Attached as **Exhibit 17** is a true and correct copy of November 2005 Draft

10    Supplemental Environmental Impact Statement for SURTASS LFA Sonar.

11          29.     Attached as **Exhibit 18** is a true and correct copy of the Federal Register, Part II,

12    Department of Commerce, National Oceanic and Atmospheric Administration, 50 CFR Part 216,

13    Taking Marine Mammals Incidental to the U.S. Navy Operations of Surveillance Towed Array

14    Sensor System Low Frequency Active ("SURTASS LFA") Sonar; Final Rule (2002).

15          30.     Attached as **Exhibit 19.1** is a true and correct copy of the Final Overseas

16    Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

17    Volume 1 of 2 (Cover Sheet).

18          31.     Attached as **Exhibit 19.2** is a true and correct copy of the Final Overseas

19    Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

20    Volume 1 of 2 (Executive Summary).

21          32.     Attached as **Exhibit 19.3** is a true and correct copy of the Final Overseas

22    Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

23    Volume 1 of 2 (Table of Contents).

24          33.     Attached as **Exhibit 19.4** is a true and correct copy of the Final Overseas

25    Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

26    Volume 1 of 2 (Acronyms and Abbreviations).

27

28    DECLARATION OF GUILLERMO A. MONTERO
     Case No. 07-4771-EDL

1    34.    Attached as **Exhibit 19.5** is a true and correct copy of the Final Overseas

2 Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

3 Volume 1 of 2 (Chapter 1: Purpose and Need).

4    35.    Attached as **Exhibit 19.6** is a true and correct copy of the Final Overseas

5 Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

6 Volume 1 of 2 (Chapter 2: Alternatives).

7    36.    Attached as **Exhibit 19.7** is a true and correct copy of the Final Overseas

8 Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

9 Volume 1 of 2 (Chapter 3: Affected Environment).

10    37.    Attached as **Exhibit 19.8** is a true and correct copy of the Final Overseas

11 Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

12 Volume 1 of 2 (Chapter 4: Impacts of the Proposed Action and Alternatives).

13    38.    Attached as **Exhibit 19.9** is a true and correct copy of the Final Overseas

14 Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

15 Volume 1 of 2 (Chapter 5: Mitigation Measures).

16    39.    Attached as **Exhibit 19.10** is a true and correct copy of the Final Overseas

17 Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

18 Volume 1 of 2 (Chapter 6: Relationship of the Proposed Action to Federal, State, and Local Plans,

19 Policies, and Controls).

20    40.    Attached as **Exhibit 19.11** is a true and correct copy of the Final Overseas

21 Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

22 Volume 1 of 2 (Chapter 7: Unavoidable Adverse Effects).

23    41.    Attached as **Exhibit 19.12** is a true and correct copy of the Final Overseas

24 Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

25 Volume 1 of 2 (Chapter 8: Relationship Between Short Term Uses of Man's Environment and the

26 Enhancement of Long-Term Productivity).

27

28

1       42.    Attached as **Exhibit 19.13** is a true and correct copy of the Final Overseas

2   Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

3   Volume 1 of 2 (Chapter 9: Irreversible and Irretrievable Commitments of Resources).

4       43.    Attached as **Exhibit 19.14** is a true and correct copy of the Final Overseas

5   Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

6   Volume 1 of 2 (Chapter 10: Public Review Process and Response to Comments).

7       44.    Attached as **Exhibit 19.15** is a true and correct copy of the Final Overseas

8   Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

9   Volume 1 of 2 (Distribution List).

10      45.    Attached as **Exhibit 19.16** is a true and correct copy of the Final Overseas

11  Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

12  Volume 1 of 2 (Glossary).

13      46.    Attached as **Exhibit 19.17** is a true and correct copy of the Final Overseas

14  Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

15  Volume 1 of 2 (Literature Cited).

16      47.    Attached as **Exhibit 19.18** is a true and correct copy of the Final Overseas

17  Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

18  Volume 1 of 2 (List of Preparers and Reviewers).

19      48.    Attached as **Exhibit 19.19** is a true and correct copy of the Final Overseas

20  Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

21  Volume 1 of 2 (Appendix A: Correspondence).

22      49.    Attached as **Exhibit 19.20** is a true and correct copy of the Final Overseas

23  Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

24  Volume 1 of 2 (Appendix B: Fundamentals of underwater sound).

25      50.    Attached as **Exhibit 19.21** is a true and correct copy of the Final Overseas

26  Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

27

28

1    Volume 1 of 2 (Appendix C: LFS SRP Phase III, U.S. District Court Declarations, and other

2    information).

3         51.    Attached as **Exhibit 19.22** is a true and correct copy of the Final Overseas

4    Environmental Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar,

5    Volume 1 of 2 (Appendix D: Sensitivity analysis of the risk function curve).

6         52.    Attached as **Exhibit 20** is a true and correct copy of the Final Overseas Environmental

7    Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar, Volume 2 of 2.

8         53.    Attached as **Exhibit 21** is a true and correct copy of the Overseas Environmental

9    Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar, Technical Report

10   1: Low Frequency Scientific Research Program Technical Report (Responses for Four Species of

11   Whales to Sounds of SURTASS LFA Sonar Transmissions).

12        54.    Attached as **Exhibit 22** is a true and correct copy of the Overseas Environmental

13   Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar, Technical Report

14   2: Acoustic Modeling Results.

15        55.    Attached as **Exhibit 23** is a true and correct copy of the Overseas Environmental

16   Impact Statement and Environmental Impact Statement for SURTASS LFA Sonar, Technical Report

17   3: Summary Report on the Bioeffects of Low Frequency Water Borne Sound.

18        56.    Attached as **Exhibit 24** is a true and correct copy of Annual Report No. 1: Operation

19   of SURTASS LFA Sonar Onboard the *R/V Cory Chouest* under the NMFS Letter of Authorization of

20   16 August 2002.

21        57.    Attached as **Exhibit 25** is a true and correct copy of Annual Report No. 2: Operation

22   of SURTASS LFA Sonar Onboard the *R/V Cory Chouest* and USNS IMPECCABLE (T-AGOS 23)

23   under the NMFS Letters of Authorization of 16 August 2003.

24        58.    Attached as **Exhibit 26** is a true and correct copy of Annual Report No. 3: Operation

25   of SURTASS LFA Sonar Onboard the *R/V Cory Chouest* and USNS IMPECCABLE (T-AGOS 23)

26   under the NMFS Letters of Authorization of 13 August 2004.

27

28   DECLARATION OF GUILLERMO A. MONTERO
     Case No. 07-4771-EDL

1    59.    Attached as **Exhibit 27** is a true and correct copy of Annual Report No. 4: Operation

2    of SURTASS LFA Sonar Onboard the *R/V Cory Chouest* and USNS IMPECCABLE (T-AGOS 23)

3    under the NMFS Letters of Authorization of 12 August 2005.

4    60.    Attached as **Exhibit 28** is a true and correct copy of Annual Report No. 5: Operation

5    of SURTASS LFA Sonar Onboard the *R/V Cory Chouest* and USNS IMPECCABLE (T-AGOS 23)

6    under the NMFS Letters of Authorization of 15 August 2006.

7    61.    Attached as **Exhibit 29** is a true and correct copy of the Final Comprehensive Report

8    for the Operation of SURTASS LFA Onboard the *R/V Cory Chouest* and the USNS Impeccable

9    (T-AGOS 23), under the NMFS Regulations 50 CFR 216 Subpart Q.

10    62.    Attached as **Exhibit 30** is a true and correct copy of the August 15, 2007 Modification

11    of Mission Intention Letter and Requests for Letters of Authorization and Biological

12    Opinion/Incidental Take Statement for the Taking of Marine Mammals Incidental to the Operation of

13    SURTASS LFA Onboard *R/V Cory Chouest*, USNS IMPECCABLE (T-AGOS 23), and USNS Able

14    (T-AGOS 20).

15    63.    Attached as **Exhibit 31** is a true and correct copy of the July 11, 2007 Modification of

16    Mission Intention Letter and Requests for Letters of Authorization and Biological Opinion/Incidental

17    Take Statement for the Taking of Marine Mammals Incidental to the Operation of SURTASS LFA

18    Onboard *R/V Cory Chouest*, USNS IMPECCABLE (T-AGOS 23), and USNS ABLE (T-AGOS 20).

19    64.    Attached as **Exhibit 32** is a true and correct copy of the March 30, 2007 Draft Mission

20    Intention Letter and Requests for Letters of Authorization and Biological Opinion/Incidental Take

21    Statement for the Taking of Marine Mammals Incidental to the Operation of SURTASS LFA

22    Onboard *R/V Cory Chouest*, USNS IMPECCABLE(T-AGOS 23), and USNS ABLE (T-AGOS 20).

23    65.    Attached as **Exhibit 33** is a true and correct copy of Cox et al. 2006, Understanding

24    the Impacts of Anthropogenic Sound on Beaked Whales.

25    66.    Attached as **Exhibit 34** is a true and correct copy of Croll, et al. 2001, Effect of

26    Anthropogenic Low-Frequency Noise on the Foraging Ecology of *Balaenoptera* Whales.

27

28

67.     Attached as **Exhibit 35** is a true and correct copy of Hildebrand 2005, Impacts of Anthropogenic Sound.

68.     Attached as **Exhibit 36** is a true and correct copy of Crum & Mao 1996, Acoustically Enhanced Bubble Growth at Low Frequencies and its Implications for Human Diver and Marine Mammal Safety.

69.     Attached as **Exhibit 37** is a true and correct copy of Cudahy and Ellison 2002, Resonance White Paper: A Review of the Potential for *In Vivo* Tissue Damage by Exposure to Underwater Sound.

70.     Attached as **Exhibit 38** is a true and correct copy of Department of Commerce (DOC) 2002, Report of the Workshop on Acoustic Resonance as a Source of Tissue Trauma in Cetaceans, April 24 and 25, Silver Spring, MD.

71.     Attached as **Exhibit 39** is a true and correct copy of D'Spain et al. 2006, Properties of the Underwater Sound Fields During Some Well Documented Beaked Whale Mass Stranding Events.

72.     Attached as **Exhibit 40** is a true and correct copy of Hildebrand 2004a, Introduction to Acoustics, Appendix 3, Annex K.

73.     Attached as **Exhibit 41** is a true and correct copy of National Research Council (NRC) 2003, Executive Summary, Ocean Noise and Marine Mammals, Committee on Potential Impacts of Ambient Noise in the Ocean on Marine Mammals.

74.     Attached as **Exhibit 42** is a true and correct copy of Schlundt et al. 2000, Temporary Shift in Masked Hearing Thresholds of Bottlenose Dolphins, *Tursiops truncatus*, and White Whales, *Delphinapterus leucas*, After Exposure to Intense Tones.

75.     Attached as **Exhibit 43** is a true and correct copy of Balcomb & Claridge 2001, A Mass Stranding of Cetaceans Caused by Navel Sonar in the Bahamas.

76.     Attached as **Exhibit 44** is a true and correct copy of Claridge 2006, Fine-Scale Distribution and Habitat Selection of Beaked Whales (Thesis).

1    77.    Attached as **Exhibit 45** is a true and correct copy of Cox et al. 1986a, Frequency

2    Regionalization in the Fish Ear, Presented at: Session JJ Physiological Acoustics VI and

3    Psychological Acoustics VII: Frequency Discrimination and Coding.

4    78.    Attached as **Exhibit 46** is a true and correct copy of Cox et al. 1986b, Anatomical

5    Effects of Intense Tone Stimulation in the Ear of Bony Fishes, Presented at: Session JJ Physiological

6    Acoustics VI and Psychological Acoustics V: Animal Psychophysics and Biochemical Processes.

7    79.    Attached as **Exhibit 47** is a true and correct copy of Cox et al. 1987, Anatomical

8    Effects of Intense Tone Stimulation in the Goldfish Ear: Dependence on Sound-Pressure Level and

9    Frequency, Presented at: Session C Psychological and Physiological Acoustics II: Cochlea, VIII

10    Nerve, and Evoked Responses.

11    80.    Attached as **Exhibit 48** is a true and correct copy of Department of Commerce and

12    Department of the Navy 2001, Joint Interim Report Bahamas Marine Mammal Stranding Event of

13    15-16 March 2000.

14    81.    Attached as **Exhibit 49** is a true and correct copy of Edds-Walton & Finneran 2006,

15    Evaluation of Evidence for Altered Behavior and Auditory Deficits in Fishes Due to

16    Human-Generated Noise Sources.

17    82.    Attached as **Exhibit 50** is a true and correct copy of Engas et al. 1996, Effects of

18    Seismic Shooting on Local Abundance and Catch Rates of Cod (*Gadus morhua*) and Haddock

19    (*Melanogrammus aeglefinus*).

20    83.    Attached as **Exhibit 51** is a true and correct copy of Hastings and Popper 2005,

21    Effects of Sound on Fish.

22    84.    Attached as **Exhibit 52** is a true and correct copy of Hildebrand et al. 2004b,

23    Presentation at the Third Plenary Meeting of the Advisory Committee on Acoustic Impacts on Marine

24    Mammals 27-29 July 2004: Modeling the Bahamas Beaked Whale Stranding of March 2000.

25    85.    Attached as **Exhibit 53** is a true and correct copy of International Whaling

26    Commission (IWC) 2004, Annex K: Report of the Stranding Working Group on Environmental

27    Concerns.

28

1    86.    Attached as **Exhibit 54** is a true and correct copy of Jorgensen et al. 2005,

2    Investigations of Potential Effects of Low Frequency Sonar Signals on Survival, Development and

3    Behaviour of Fish Larvae and Juveniles.

4    87.    Attached as **Exhibit 55** is a true and correct copy of Kvadsheim & Sevaldsen 2005,

5    The Potential Impact of 1-8 kHz Active Sonar on Stocks of Juvenile Fish During Sonar Exercises.

6    88.    Attached as **Exhibit 56** is a true and correct copy of McCauley et al. 2003, High

7    Intensity Anthropogenic Sound Damages Fish Ears.

8    89.    Attached as **Exhibit 57** is a true and correct copy of Popper et al. 2005a, Effects of

9    Exposure to Seismic Airgun Use on Hearing of Three Fish Species.

10   90.    Attached as **Exhibit 58** is a true and correct copy of Popper et al. 2005b, Effects of

11   Surveillance Towed Array Sensor System (SURTASS) Low Frequency Active Sonar on Fish:

12   Contributed Papers.

13   91.    Attached as **Exhibit 59** is a true and correct copy of Popper et al. 2007, The Effects of

14   High-Intensity, Low-Frequency Active Sonar on Rainbow Trout.

15   92.    Attached as **Exhibit 60** is a true and correct copy of Ramcharitar et al. 2004, Form and

16   Function in the Unique Inner Ear of a Teleost: The Silver Perch (*Bairdiella chrysoura*).

17   93.    Attached as **Exhibit 61** is a true and correct copy of Slotte et al. 2004, Acoustic

18   Mapping of Pelagic Fish Distribution and Abundance in Relation to a Seismic Shooting Area off the

19   Norwegian West Coast.

20   94.    Attached as **Exhibit 62** is a true and correct copy of Smith et al. 2004a, Acoustical

21   Stress and Hearing Sensitivity in Fishes: Does the Linear Threshold Shift Hypothesis Hold Water?

22   95.    Attached as **Exhibit 63** is a true and correct copy of Smith et al. 2004b, Noise-Induced

23   Stress Response and Hearing Loss in Goldfish.

24   96.    Attached as **Exhibit 64** is a true and correct copy of Smith et al. 2006, Anatomical and

25   Functional Recovery of the Goldfish (*Carassius auratus*) Ear Following Noise Exposure.

26

27

28   DECLARATION OF GUILLERMO A. MONTERO
Case No. 07-4771-EDL

97.     Attached as **Exhibit 65** is a true and correct copy of Wardle et al. 2001, Effects of Seismic Air Guns on Marine Fish.

98.     Attached as **Exhibit 66** is a true and correct copy of Wysocki & Ladich 2005, Effects of Noise Exposure on Click Detection and the Temporal Resolution Ability of the Goldfish Auditory System.

99.     Attached as **Exhibit 67** is a true and correct copy of Wysocki et al. 2006, Ship Noise and Cortisol Secretion in European Freshwater Fishes.

100.    Attached as **Exhibit 68** is a true and correct copy of Wysocki et al. 2007, Effects of Aquaculture Production Noise on Hearing, Growth, and Disease Resistance of Rainbow Trout *Oncorhynchus mykiss*.

101.    Attached as **Exhibit 69** is a true and correct copy of Fistrup et al. 2003, Variation in Humpback Whale (*Megaptera novaeangliae*) Song Length in Relation to Low-Frequency Sound Broadcasts.

102.    Attached as **Exhibit 70** is a true and correct copy of Miller et al. 2000, Whale Songs Lengthen in Response to Sonar.

103.    Attached as **Exhibit 71** is a true and correct copy of Halvorsen et al. 2006, Effects of High-Intensity Sonar on Fish Presented at the 151st Meeting: Acoustical Society of America 2006.

104.    Attached as **Exhibit 72** is a true and correct copy of Melnick 2001, Human Temporary Threshold Shift (TTS) and Damage Risk.

105.    Attached as **Exhibit 73** is a true and correct copy of Amoster & Ladich 2003, Diversity in Noise-Induced Temporary Hearing Loss in Otophysine Fishes.

//

//

//

//

DECLARATION OF GUILLERMO A. MONTERO
Case No. 07-4771-EDL

1    106.    Attached as **Exhibit 74** is a true and correct copy of H.R. Conf. Rep. No. 354, 108th

2    Cong., 1st Sess. 2003, reprinted at 2004 U.S.C.C.A.N. 1407 (Nov. 7, 2003).

4    Executed this 15th day of November, 2007, in Washington, DC.

6                               /s/ Guillermo A. Montero
                               Guillermo A. Montero

7