RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) Civ. Action No. 07-4771-EDL )  ) |
| Plaintiffs, | ) ) **NOTICE OF MANUAL FILING** |
| v. | ) ) |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) ) ) ) |
| Defendants. | ) ) Judge: Hon. Elizabeth D. Laporte ) Ctrm: E ) Hearing Date: January 16, 2007 ) Time: 2:00 p.m. ) |

NOTICE OF MANUAL FILING
<u>NRDC v. Gutierrez</u>, Case No. 07-4771-EDL

1  Regarding: Exhibits 1-74 to the Declaration of Guillermo A. Montero in Support of
2  Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.
3  Pursuant to Stipulation and Order, signed by the Court on October 9, 2007, permitting the
4  filing and service of exhibits supporting Defendants' Opposition to Plaintiffs' Motion for Preliminary
5  Injunction on compact disc, these exhibits are filed in two forms, each form containing identical
6  content: (1) in the form of one DVD and (2) in the form of two compact discs (in the event that the
7  Court is unable to read the DVD). These exhibits on DVD and compact disks are being maintained
8  in the case file in the Clerk's office. If you are a participant in this case, these exhibits will be served
9  in DVD form shortly. For information on retrieving this filing directly from the Court, please see the
10 Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): <u>Pursuant to Stipulated Request to Permit Plaintiffs and Defendants to
Exceed Page Limit Applicable to Preliminary Injunction Motion and Order (Oct. 9, 2007);
voluminous contents – overall size larger than e-filing system allows.</u>

Dated: November 15, 2007         RONALD J. TENPAS
                                 Acting Assistant Attorney General
                                 United States Department of Justice
                                 Environment & Natural Resources Division

                                 JEAN E. WILLIAMS, Chief
                                 KRISTEN L. GUSTAFSON, Senior Trial Attorney

NOTICE OF MANUAL FILING
<u>NRDC v. Gutierrez</u>, Case No. 07-4771-EDL

- 1 -

Wildlife & Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
Tel. (202) 305-0211/ Tel. (202) 305-0443
Fax (202) 305-0275/ Fax (202) 305-0274
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov


/s/ Kristen L. Gustafson
Kristen L. Gustafson

Counsel for Federal Defendants

NOTICE OF MANUAL FILING
<u>NRDC v. Gutierrez</u>, Case No. 07-4771-EDL

- 2 -