1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   UNITED STATES DEPARTMENT OF JUSTICE

3  JEAN E. WILLIAMS, Chief
   KRISTEN L. GUSTAFSON, Senior Trial Attorney
4  Wildlife and Marine Resources Section
   GUILLERMO MONTERO, Trial Attorney
5  Natural Resources Section
   Environment & Natural Resources Division
6  UNITED STATES DEPARTMENT OF JUSTICE
   Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
7  Washington, D.C. 20044
   (202) 305-0211 (tel.) / (202) 305-0443 (tel.)
8  (202) 305-0275 (fax) / (202) 305-0274 (fax)
   Kristen.Gustafson@usdoj.gov
9  Guillermo.Montero@usdoj.gov

   Counsel for Federal Defendants

10

11                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13

14

15  NATURAL RESOURCES DEFENSE COUNCIL,  )
    INC., et al.,                        )
16                                       )
                                         )
           Plaintiffs,                   ) Civ. Action No. 07-4771-EDL
17                                       )
                                         )
18                                       ) **DECLARATION OF**
    CARLOS M. GUTIERREZ, SECRETARY OF    ) **CHRISTOPHER W. CLARK, PH.D.**
    THE UNITED STATES DEPARTMENT OF      )
19  COMMERCE, et al.                     )
                                         )
20         Federal Defendants.           )
    ─────────────────────────────────── )

21

22

23

24

DECLARATION OF CHRISTOPHER W. CLARK                                    1
Case No. 07-04771 EDL

1     I, Christopher W. Clark declare the following is true and correct to the best of my

2 knowledge:

3     1.  I am the I. P. Johnson Director of the Bioacoustics Research Program at the

4 Cornell Laboratory of Ornithology and the Senior Scientist in the Department of Neurobiology

5 and Behavior at Cornell University, Ithaca, New York.  In 1972, I earned undergraduate degrees

6 in both engineering (B.E.) and biology (B.S.) from the State University of New York (SUNY),

7 Stony Brook, with a major in biomedical engineering.  I also hold advanced degrees in both

8 electrical Engineering (MSEE, 1974) and Biology (Ph.D., 1980) from the SUNY, Stony Brook.

9 My Ph.D. research focused on the acoustic behavior of southern right whales.

10     2.  In 1981, I was awarded a National Institute of Mental Health post-doctoral

11 fellowship at the Rockefeller University, New York, New York.  My research at Rockefeller

12 University concentrated on animal communications.  From 1983 through 1987, I was an

13 assistant professor in the Biology and Animal Communications Department at Rockefeller

14 University.  In 1987, I was selected as the Director of the Bioacoustics Research Program at the

15 Cornell Laboratory of Ornithology[1].

16     3.  My publication history includes more than 70 peer-reviewed papers or book

17 chapters, 16 reports or working papers, and over 100 abstracts and conference proceedings on

18 marine mammal acoustics and underwater sound.  The majority of these publications focus on

19 communication in whales with particular attention on the function and evolution of acoustic

20 behaviors.

21

22 [1]  Despite its name, the Bioacoustics Research Program (BRP) of the Cornell Laboratory of
Ornithology is in fact much broader than just bird acoustics.  BRP develops digital recording

23 equipment, computer software, and algorithms that are used by scientists around the world to
study animal communication and to monitor the health of wildlife populations including

24 cetaceans.  BRP is also pioneering new techniques for censusing and tracking wildlife with
arrays of microphones placed in natural environments around the globe.

1         4.      I have briefed officials (e.g., the Vice President, Admirals, Congressional

2    subcommittees) on such issues as whale dependence on sound, noise in the ocean, and the need

3    to develop responsible, long-term mechanisms for monitoring and assessing marine mammal

4    populations.

5         5.      Since 1985, I have been a member of the U. S. delegation to the International

6    Whaling Commission's Scientific Committee.  I have also been a member of the National

7    Research Council's Committee on Environmental Impacts of Wind Energy Projects since 2005.

8    I was elected as a Fellow of the Acoustical Society of America in 2000.

9         6.      My involvement with the U.S. Navy's Surveillance Towed Array Sensor System

10    (SURTASS) Low Frequency Active (LFA) sonar began in 1995, when I first became concerned

11    about the potential impact of LFA sonar on baleen (e.g., blue, fin, humpback, minke, and right)

12    whales.  For three years (1997 to 2000), I was a Co-Principal Investigator (PI) of the SURTASS

13    LFA's Scientific Research Program (LFS SRP), which investigated the behavioral responses of

14    free-ranging whales to low-frequency sound exposure.  The program consisted of a three-phased

15    experimental program ranging over two years in multiple locations.  The data collected during

16    the experiments have been used in the analyses completed for the Navy's environmental impact

17    statement (EIS) and subsequent supplemental EIS (SEIS).

18         7.      My involvement in the SEIS development and review process has been to advise

19    on the potential impacts of LFA sonar on marine mammals, with a particular emphasis on

20    baleen whales; to advise on the interpretation of results from the three-phased LFS SRP project

21    for which I was a co-PI with Dr. Peter Tyack and Dr. Kurt Fristrup; and to respond to comments

22    on the draft SEIS relative to the potential impacts of LFA sonar on marine mammals, with a

23    particular emphasis on baleen whales.

24

DECLARATION OF CHRISTOPHER W. CLARK                                                    3
Case No. 07-04771 EDL

1    8.    Due to my considerable expertise related to marine mammal acoustics and

2    underwater sound and my experience with SURTASS LFA issues relating to marine mammal

3    impacts, I have been asked to prepare this declaration to address the following specific topics,

4    some of which include topics raised in the Declarations of Dr. Baird, Mr. Calambokidis, Dr.

5    Hoyt, Dr. Parsons, Dr. Bain, Mr. Balcomb, Dr. DeSoto, Dr. Weilgart, and Dr. Vorontsova filed

6    in support of the Plaintiffs' motion for preliminary injunction:

7    •    My involvement in the LFS SRP (acquisition of the scientific data on effects to marine

8    mammals from exposure to the low-frequency sound produced by the SURTASS LFA sonar)

9    and in the development and review of the EIS and SEIS;

10   •    Marine mammal strandings and their association with mid-frequency sonars but lack of

11   association with LFA sonar;

12   •    Reasoning for the 12 nautical mile coastal standoff distance (also called a "coastal

13   exclusion zone") in the preferred alternative (Alternative #2); and

14   •    LFA Sonar training in marine areas of reduced risk.

15                    **Involvement in LFA Scientific Research Program and EIS**

16   9.    Payne and Webb formally introduced the potential impact of human-made

17   underwater sounds on marine mammals in 1971.  In their scientific publication, Payne and

18   Webb identified that a) blue and fin whales produce very intense low-frequency sounds and b)

19   that the collective noises from engine-driven vessels have raised the background ocean-noise

20   level in the same low-frequency region as the whales.  Payne and Webb postulated that the

21   whale sounds were adapted for very long-range communication and that the noise from modern

22   shipping could be reducing the whale's communication range.  The implication was that

23   shipping noise could have a significant impact on an individual whale's chances of finding a

24   mate and on a population's chances of survival.  At that time, the biological function of the

1    whale sounds was not known, the extent of ocean noise variability was only partially

2    understood, and the mechanisms of sound propagation were not well modeled.

3        10.    In the early 1980's, with the increased pressure to develop natural resources

4    along the continental shelf of the United States, great concern was expressed over the potential

5    impacts of oil and gas development and production on marine mammals.  Although there were a

6    few anecdotal accounts of whales avoiding areas of noise, essentially nothing was known about

7    how whales would actually respond to the noises from industrial activities.  A series of research

8    projects were undertaken to specifically investigate the responses of migrating gray whales in

9    California waters and feeding humpback whales in southeastern Alaskan waters to industrial

10   sound.  Gray whales in this context provide an exceptionally sensitive assay by which to

11   measure responses to an underwater sound.

12       11.    I was a co-PI with Dr. Peter Tyack on those research projects.  By working

13   closely with professional engineers and underwater acousticians, we were able to demonstrate,

14   for the first time, that whales respond to industrial noises, and we were able to quantify those

15   responses as a function of the sound received levels to which animals were exposed.

16       12.    The scientific result showed that 50% of the animals responded to the sound

17   source when the exposure level was equal to or greater than 120 decibels (dB) in water (at the

18   reference level of 1 microPascal [µPa][2/]), where the response was measured as a deflection in

19   the normal migratory direction relative to the position of the sound source.  This result assumed

20   that the critical feature of the stimulus was the received sound level and did not take into

21   account other variables (e.g., proximity to the source, proximity to other whales).

22

23   _____

[2/]        In underwater acoustics, dB re 1 µPa is the standard way to reference measured sound
24   levels where the sound or decibel level is referenced to a pressure level of 1 microPascal at one
     meter.

DECLARATION OF CHRISTOPHER W. CLARK                                                      5
Case No. 07-04771 EDL

13.     For a number of years the results distilled from these scientific experiments were the best available scientific evidence upon which to estimate noise impact on marine mammals, particularly the rule of thumb that behavioral (Level B) responses of marine mammals would occur if they were exposed to a received sound level greater than 120 dB re 1 μPa.  At the start of discussions on the potential impact of LFA sonar, this 120 dB threshold served as the exposure level for predicting a behavioral response.  The received sound level from LFA transmissions would be above 120 dB throughout vast areas of the ocean, and the 120 dB sound exposure level predicted the possibility of LFA displacing huge portions of populations from critical habitat or interrupting biologically important activities such a feeding or breeding.  Such initially predicted consequences were unacceptable and formed the basis for my deep concern about potential impacts from LFA sonar, but these concerns were significantly reduced as a result of the SRP.  This same apprehension about the potential impacts of LFA sonar appears to be the primary basis for Plaintiffs' concerns, as well as the concerns expressed by their declarants.  However, none of these declarations provides any new information to contradict the conclusions from the SRP or to improve the scientific basis for monitoring and mitigation protocols.

14.     In 1996, very soon after the Navy announced it would write an EIS for its SURTASS LFA system, the consensus among a broad spectrum of scientists and other vested parties was that the eventual evaluation of LFA's impact should be based on the best available scientific knowledge and not on emotional speculation or intuition.  A series of subsequent meetings with experts were convened to discuss the scientific issues, to decide which groups of animals were at greatest risk, and what scientific research should be conducted.  From these intense but productive meetings, it was decided that baleen whales were most at risk because they are known to produce sounds in the same frequency range as LFA and evidence supports

1    the conclusion that their best hearing sensitivity is in the frequency range of SURTASS LFA

2    sonar.  Furthermore, it was agreed that research should be conducted on a variety of large whale

3    species under a variety of biologically important activities.  Four representative species were

4    selected in three different contexts: blue and fin whales feeding off southern California; gray

5    whales migrating along the central California coast; and humpback whales singing off the island

6    of Hawaiʻi.  The gray whale research offered a mechanism to repeat the experiments from the

7    1980s and to compare gray whale responses to LFA in several different contexts.

8              15.    At the time, the resultant three-phased SRP on low-frequency sound was

9    arguably the largest and most complex field research program ever conducted on baleen whales.

10    The SRP involved more than 20 scientists from six universities and independent research

11    groups using an multi-modal approach that applied multiple data collection methods as a way of

12    following animals and better understanding their behaviors under different acoustic and

13    environmental conditions.  This approach required the coordination and integration of data from

14    aerial surveys; vessel surveys; acoustic surveys; food distribution surveys (to control for local

15    ecological dynamics); observations of individual animals from an independent vessel before,

16    during and after exposure to low-frequency sound; and tagging studies to collect the temporal

17    record of an animal's diving depths throughout the course of an experiment.  Evaluation and

18    interpretation were based on the analyses of months of data at multiple spatial scales (from 100

19    meters to tens of kilometers) and temporal scales (minutes to weeks).  Given the results from

20    the gray whale research off California in the early 1980's, we expected that while we were in

21    the field conducting the research, the responses of the whales to playback of LFA sounds would

22    be obvious.

23              16.    The results of the SRP experiments, however, were surprising.  In the first phase

24    of the SRP in the fall of 1997 off Southern California, we did not observe any immediately

1    obvious reactions when whales were exposed to LFA sounds.  Blue and fin whales did not stop

2    feeding when LFA was operating.  The whales did not evacuate their feeding area during the

3    weeks when the research was being conducted.  This was true even when the sonar system was

4    used at its maximum power level and exposure levels were as high as 155 dB.  The whales'

5    distribution was not explained primarily by whether or not a low-frequency sound source was

6    close or far, or on or off.  Rather it was explained by where food was more abundant.

7    Therefore, not only are some of the assertions in the declarations of Mr. Balcomb ¶8 ("LFA

8    presents a substantial risk of initiating a panic response…"), Mr. Calambokidis ¶7

9    (…"interference or masking these calls could make it harder…" ), and Dr. Weilgart ¶7

10    ("Reverberations or multipaths from the ocean floor can make signals all but continuous, …")

11    inconsistent with the results from the SRP, they also contradict basic scientific knowledge about

12    large baleen whales.  Thus, for example, large whales are not known to panic when confronted

13    by their most lethal predator, the killer whale, so why would they panic in response to a sound

14    that is very similar to the calls of large whales; most of the long, redundant, hierarchically

15    organized songs of the large whales are not in the same frequency range as LFA sonar, so the

16    sonar signals will not interfere with those songs; again, whale songs are beautifully designed to

17    overcome natural ocean reverberation and LFA sonar is intentionally designed not to induce

18    reverberation. There were absolutely no observations of whales reacting as if panicked when

19    blue and fin whales were exposed to LFA sonar off southern California (even when the source

20    level was at LFA's maximum).  Rather, they continued to feed and sing throughout the research

21    period.  In terms of acoustic interference and masking, the frequency band in which LFA sonar

22    operates is at least three octaves higher than blue whale and fin whale songs and calls.  With

23    regard to ocean reverberation from LFA sonar, LFA sonar is specifically designed not to result

24

DECLARATION OF CHRISTOPHER W. CLARK                                                    8
Case No. 07-04771 EDL

1    in much reverberation because that interferes with the process of detection and tracking for

2    which it is designed.

3          17.     In the second phase of the SRP off Central California in the winter of 1997 to

4    1998, gray whales did respond as predicted when the LFA sonar source was operating a mile

5    offshore in the middle of their migratory path.  As in the original 1982 to 1983 experiments,

6    gray whales deflected their migratory paths around the operating sound source, and the amount

7    of displacement was proportional to the estimated received levels to which the whales were

8    exposed.  However, unlike the earlier results, the received level at which 50% of the whales

9    deflected was not 120 dB but closer to 140 dB.  Furthermore, this exposure-response model did

10   not hold true when we moved the LFA sound source another mile off shore, where it was still

11   within the migratory corridor but not in the middle of it.  In this case, the whales showed almost

12   no displacement response whatsoever, even when exposure levels were as high or higher than

13   those experienced when the source was in the middle of the migratory path.  Thus, the context

14   of being just a mile further offshore, and not just received level influenced response.

15         18.     Similarly, the results of the LFS SRP contradict the assertions by Dr. Vorontsova

16   in her declaration at ¶14 ("… influence of the low frequency on the whales' migration path or in

17   their breeding ground poses the risk of serious harm to the population, such as physical injury,

18   stranding, and stopping of feeding and other changes to vital behavior – all of which could drive

19   the western gray whale to extinction.").  As I note above, as part of the SRP, LFA sonar sounds

20   were broadcast to migrating gray whales off central California.  When the source was 1 nautical

21   miles (nmi) offshore, the whales avoided the sound source by diverting around it.  When the

22   source was 2 nmi offshore, the whales barely responded.  They did not panic.  They did not act

23   strangely.  When the source was 1 nmi offshore, they changed their swimming patterns by a few

24   hundreds of meters so as to avoid swimming close to the sound.  This is the same response they

1   have to any sound that is placed in their nearshore migratory path, whether it's pseudo-random

2   noise, drill ship noise, or LFA sonar.  In fact, the greatest observed response from these gray

3   whales during the SRP was to a small boat attempting to get close enough to tag them with a

4   suction cup tag.  Tagging was never successful, as the whales would not let the boat approach

5   closely, even if it meant swimming westward, perpendicular to their migration route.

6          19.     In the third phase of the SRP off the Big Island of Hawai'i in the winter of 1998,

7   the responses of humpback singers (males) were not positively correlated with the received

8   level of the LFA sounds to which they were exposed.  Some singers responded to the LFA

9   source by either swimming away from the source or by ending their song or both.  However,

10  just as many males continued to sing and/or did not move away when exposed to LFA as

11  responded by moving away or ceasing to sing.  Received level did not predict response, and the

12  range of received levels over which the cessation or movement-away response occurred was the

13  same as that for which cessation or movement-away did not occur.  These two forms of

14  response are similar to those observed in response to the sounds from small research vessels or

15  to the playback[3] of natural sounds to singing humpbacks; some singers are skittish and stop

16  singing and/or move away in response to almost any type of event, while others do not.  The

17  durations of the responses we observed off Hawai'i were short lived, and whales that did

18  respond typically returned to normal social activity within tens of minutes.

19         20.     Thus, the results of the third phase of the SRP (and basic scientific knowledge

20  about large whales) once again disprove the claims of Plaintiffs' declarants.  See Balcomb Decl.

21  ¶8 ("LFA presents a substantial risk of initiating a panic response…"), Calambokidis Decl. ¶6

22  ("LFA has been shown to alter the singing behavior of male humpback whales at relatively low

23

24  _____

[3]     The intentional broadcasting of a sound to an animal for the purpose of observing its
response to that sound.  See, for example, Clark and Clark 1980.

1    exposure levels, which could have significant impact on reproductive success of this

2    endangered species [Miller et al. 2000]; and …"deployment of LFA system as authorized poses

3    a significant risk."), and Weilgart Decl. ¶7 ("Reverberations or multipaths from the ocean floor

4    can make signals all but continuous, …").  When singing male humpbacks off the Big Island

5    Hawai'i were exposed to LFA, there were absolutely no observations of panic.  In fact, it was

6    only after a very thorough analysis of singing behavior that we were able to statistically show

7    that some whales responded by either moving away, ceasing to sing, or both; and singers

8    resumed their normal behavior within a few tens of minutes after exposure to LFA sonar.

9    Moreover, the Miller et al. (2000) reference cited by Mr. Calambokidis was based on a very

10   small sample size and was statistically flawed.  Furthermore, that paper failed to make note of

11   the fact that noise from the independent observation vessel, from which their paper's scant data

12   were collected, had a greater impact on cessation of singing and movement away than did the

13   LFA sonar.  A more thorough analysis of the data from that SRP experiment (Fristrup et al.

14   2003[4/]) revealed that song characteristics (i.e., song length) were highly variable and that the

15   occurrence of LFA could only explain a very small portion of that variability.  Finally, with

16   respect to Dr. Weilgart's assertion that reverberation could cause masking, in addition to what I

17   noted above, the system is designed to avoid reverberation because it interferes with the

18   system's operation.  We have large numbers of recordings of LFA and singing humpbacks,

19   from which we know that the songs were not masked by reverberation.

20            21.    These results from the 1997 to 1998 SRP support the conclusion that the

21   received level at which behavioral responses predictably occurs is around 140 dB, not 120 dB as

22   expected based on the earlier gray whale research.  This reduces the scale of potential impact by

23   _____

[4/]    Fristrup, K.M., L.T. Hatch, and C.W. Clark. 2003. Variation in humpback whale

24   (*Megaptera novaeangliae*) song length in relation to low-frequency sound broadcasts.  Journal of
the Acoustical Society of America 113:3,411-3,424.

1   orders of magnitude.  The results showing that responses last for only tens of minutes and

2   involve modest changes in behavior do not mean that animals are not sensitive to LFA sounds.

3   It means that the behavioral response thresholds are higher than those expected based on the

4   best available evidence prior to the SRP.

5   　　　　22.　　This does not mean that all the concerns regarding LFA sonar impacts were

6   alleviated by the SRP or that all the possible responses have been determined.  Rather, it means

7   that the limits of uncertainty were significantly redefined and that the predictions based on no

8   information could be revised based on knowledge gained through the scientific research

9   process.  While we cannot yet define the cumulative impacts or long-term impacts of man-made

10  noise in the ocean, as this will require a concerted effort by all noise producers, the results of the

11  SRP significantly reduced the uncertainty related to the use of one type of sound source on one

12  group of organisms that rely on low-frequency sound for survival.  This was not the final

13  answer, but it represented significant progress toward that end.  These results from the SRP,

14  coupled with continued research, careful oversight through the permit and authorization process

15  and onboard mitigation and monitoring protocols lead me to conclude that the LFA sonar

16  system has been and can be operated responsibly with negligible environmental impact,

17  particularly impact on those animals most at risk; the large, low-frequency specialists, the

18  baleen whales.

19  　　　　23.　　Despite the volume of scientific data obtained and analyses performed by the

20  Navy on the impact of the LFA sonar system on marine mammals, unfounded allegations

21  regarding the effect of low-frequency sonar continue to be made.  Declarations provided by the

22  Plaintiffs state that the deployment of LFA sonar in the North Pacific Ocean will or is likely to

23  cause serious injury to marine mammals, lead to panic, drive populations to extinction and

24  otherwise adversely affect marine mammals on a population scale.  Such opinions by the

1    Plaintiffs' declarants reveal their seriously deficient scientific understandings of sound

2    propagation in the ocean and acoustic communication in large whales.  These are opinions that

3    are not supported by any direct scientific evidence relative to LFA sonar and do not contribute

4    at all to our further understanding of actual impacts.  After five years of LFA training operations

5    under highly controlled conditions, the Plaintiffs' declarations provide nothing new and

6    certainly nothing constructive.

7           24.     Instead, these declarations attempt to counter what is now known (from the SRP

8    and from results of mitigation and monitoring during LFA training) with extrapolation from

9    other sources of anthropogenic noise to responses in marine mammals such as beaked or killer

10   whales.  This correlational evidence does not contradict or dilute the LFS SRP, the results from

11   mitigation and monitoring during LFA training results, or the conclusions presented in the Final

12   Overseas Environmental Impact Statement/EIS (FOEIS/EIS) or SEIS.  Rather, such statements

13   at best only illustrate the broader, more generalized notion that there is general concern over the

14   potential impacts of human-generated noise on marine animals.  This concern was the very

15   basis for conducting the LFS SRP and implementing the monitoring and mitigation protocols

16   for LFA sonar exercises.

17          25.     The scientific basis for evaluating and quantifying LFA sonar impacts has

18   advanced considerably in the last 10 years.  In the first five years, the LFS SRP results, the

19   development of an empirically-based model to predict LFA exposure levels, and the conceptual

20   development of a "risk" model brought the science of noise impacts to an entirely new level.

21   As a result of that research we now had direct knowledge, not educated guesses, of how whales

22   actually responded to LFA sonar in the open ocean.  As a result, the generalized expressions of

23   concern and opinion over noise impact no longer took precedent over empirical results from the

24   scientific research because generalizations were no longer valid and many uncertainties about

1    these issues had been considerably reduced.  Furthermore, during this research process an

2    empirical model, known as the Acoustics Integration Model (AIM), was developed, tested, and

3    validated.  This scientifically-based model allows one to quantify the estimated amount of

4    exposure individuals and populations will receive from LFA sonar under a broad suite of

5    oceanographic and biological scenarios.  Thirdly, as a result of the research effort, a conceptual

6    framework (the "risk continuum") was developed, which addresses the potential for effects on

7    marine animals across a wide range of received levels as experienced over the entire duration of

8    an LFA sonar exercise.

9    **Relationship of LFA and Mid-frequency Sonars to Marine Mammal Strandings**

10        26.    A number of the Plaintiffs' declarations, including those of Dr. Baird, Dr. Bain,

11    Mr. Balcomb, Dr. Parsons, Dr. Wang, and Dr. Whitehead,, erroneously imply that mid-

12    frequency and/or high-frequency marine mammals are at risk from LFA sonar and imply, based

13    largely on some cases in which there may have been an association between mid-frequency

14    (MF) sonar and strandings, that there have been strandings associated with LFA sonar. These

15    arguments ignore differences in the fundamental biology of the two major whale groups, the

16    baleen and toothed whales.

17        27.    The LFA SRP focused on baleen whales because they are extremely well

18    adapted to listen for and produce sounds in the same ranges as LFA sonar.  Baleen whales are

19    low-frequency specialists that have ears adapted to listen for and voices adapted to produce

20    sounds in the frequency range below 1,000 Hz.  For example, blue and fin whales are

21    specialized for very low-frequency sound below 100 Hz and vocalize at frequencies so low that

22    humans cannot hear them without special listening equipment.

23        28.    The acoustic features of these calls are designed to allow the calls to propagate

24    over great distance and allow the broadly distributed whale population to maintain contact and

1  communicate over many tens of thousands of square miles.  Humpback whales sing elaborate

2  songs that span eight octaves from 30 Hz to about 8,000 Hz.  The high frequency portions of

3  their songs, the soprano and alto notes, attenuate into the background noise after a few miles,

4  while the low-frequency portions, especially the bass notes, can be heard many hundreds of

5  miles away.  Right whales spend most of their lives in shallow, coastal waters and produce most

6  of their low-frequency calls in the 50 to 400 Hz range, and they use the vocalizations to

7  maintain contact over several thousands of square miles.

8         29.    Compare these biological understandings of the low-frequency baleen whales

9  with those of the high-frequency toothed whales, in particular the beaked whales.  Toothed

10  whales are not low-frequency specialists either in their ears or in their vocalizations.  They are

11  mid-frequency and/or high-frequency specialists as their ears and/or their vocal systems are

12  adapted for listening to and producing sounds at frequencies of many thousands of hertz (within

13  the mid-frequency range) or many tens of thousands of hertz (within the high-frequency range).

14  Whales that are mid-frequency and/or high-frequency specialists, such as beaked whales, do not

15  hear low-frequency sounds very easily and are at significantly lower risk from exposure to LFA

16  sonar than the baleen whales.  Thus, any association between MFA sonar and strandings or

17  abnormal behaviors of toothed whales is irrelevant to any discussion or analysis of the potential

18  impacts from LFA sonar.

19                         **Coastal Standoff Distance**

20         30.    The preferred alternative Alternative identified in the SEIS, and ultimately

21  chosen in the Record of Decision (ROD), is Alternative 2, which includes a coastal standoff

22  range of 12 nmi.  The SEIS goes to some lengths to explain how the closer offshore range

23  actually confers a benefit by reducing potential risk.  This finding, however, is counter-intuitive,

24

DECLARATION OF CHRISTOPHER W. CLARK                                              15
Case No. 07-04771 EDL

1   and has resulted in a general misunderstanding of the potential beneficial consequences of the

2   12 nmi stand-off range.

3          31.     Intuitively, it would seem to make sense that operating LFA further offshore

4   would have a lower risk of potential impact than operating nearer to shore.  However, closer

5   inspection of the data revealed and careful analysis of the geometry, bathymetry, sound

6   propagation, and animal densities in different marine habitats showed that the potential risk is

7   actually lower when LFA is operated at 12 nmi from shore than when it is operated 25 nmi from

8   shore.

9          32.     There are several reasons why this counter-intuitive result is accurate.  To the

10  extent that the LFA source is operated closer to shore pursuant to the alternative chosen in the

11  ROD and authorized under the Final Rule, the estimated volume of the ocean that is exposed to

12  a received level of 155 dB decreases by 21%.  This is because waters closer to shore are

13  typically shallower; thus, the volume of ocean closer to shore areas is smaller than the volume

14  in deeper waters.  Therefore, simply moving closer to shore imparts a significant reduction in

15  the ocean volume subject to potential risk.  Second, when one analyzes both the various

16  biological (densities of animals) and bathymetric scenarios (water depths), the biological impact

17  of operating as close as 12 nmi rather than at 25 nmi actually decreases or remains the same in

18  the vast majority of scenarios (about 90%).  So again, moving to within 12 nmi of shore actually

19  reduces the potential risk compared to the 25 nmi distance.  Thus, the proposed decision of a

20  standoff distance of 12 nmi results is a more environmentally conservative approach and

21  therefore would be preferred over other alternatives.

22              **LFA Sonar Training in Marine Areas of Reduced Risk**

23         33.     The Navy's preferred SEIS alternative recognizes the importance of selected

24  marine habitats and marine protected areas.  The SEIS includes two types of marine habitats

DECLARATION OF CHRISTOPHER W. CLARK                                          16
Case No. 07-04771 EDL

1  that are considered biologically significant to marine mammals, sea turtles, and fishes and in

2  which the use of LFA sonar would be constrained.  These areas include the coastal region from

3  shore seaward to 12 nmi (22 km; referred to as the standoff distance or coastal exclusion zone)

4  and offshore biologically important areas (OBIAs).  Offshore biologically important areas are

5  defined as those areas of the world's oceans seaward of the geographic standoff distance (12

6  nmi) of a coastline where ESA-listed marine animals and/or marine mammals congregate in

7  high densities and carry out biologically important activities.  These areas include migration

8  corridors, breeding and calving grounds, and feeding grounds.  The OBIAs associated with the

9  SEIS include ten areas in the Atlantic, Pacific, and Southern Oceans that encompass U.S.

10  National Marine Sanctuaries, ESA-designated critical habitat, and areas of persistent high

11  productivity.

12        34.    The identification of an operating area for SURTASS LFA sonar that is

13  particularly devoid of marine life is not a simple matter.  Only a very small percentage of the

14  world's oceans have been adequately surveyed for marine animals, and not surprisingly, most of

15  the surveyed areas are found in close proximity to continental or island boundaries.  The gap in

16  global distribution data for most marine mammals and sea turtles, in particular, is significant.

17  While some assumptions can be made about the probable abundance of marine life in under-

18  surveyed areas based on surrogate data, such as remotely sensed data on primary productivity, it

19  would be irresponsible to conclude that these areas were less valuable biologically or devoid of

20  marine mammals without adequate survey data to support that conclusion.  In point of fact, it

21  has been more the rule than the exception that surveys conducted in areas assumed to be ocean

22  deserts instead have seasonal abundances of marine animals.  Therefore, it would be

23  irresponsible to suggest that an area for which there is little to no data on marine animals is a

24  good candidate for LFA activities.  Instead, it would be more responsible and more feasible to

1    identify areas where marine life is concentrated and then avoid them when possible.  This

2    process is precisely that used for the Navy's SEIS sensitivity/risk analysis and the process that

3    the Navy will complete annually as part of its LOA reapplication.

4         35.    The declaration in which Dr. Hoyt discusses exclusion areas is interesting but

5    does little to improve the situation.  In one statement, he lists areas in which the Navy would not

6    operate (e.g., the Great Barrier Reef off Australia, the Galapagos islands of Ecuador.)

7    Additionally, Dr. Hoyt states that the Mediterranean Sea and the Straits of Gibraltar should be

8    considered as exclusion zones based on killer whales, beaked whales and fin whale populations.

9    This seems like an opportunity to seriously demonstrate the need for an exclusion area based on

10    biological concerns, but I would suggest not confounding the concern over LFA sonar with

11    killer whales and beaked whales, as they are not low-frequency hearing specialists.

12                                         **Conclusion**

13         36.    My declaration is based on over 30 years of real-world experiences observing

14    and listening to individual animals and populations of animals during scientific control-

15    experimental contexts with and without LFA sonar, extensive analyses of large data sets to test

16    various behavioral responses to LFA and other low-frequency anthropogenic sounds, and

17    knowledge of the constraints imposed on the use of the LFA sonar.  This declaration is further

18    based on the broader context of my extensive and ongoing research experiences concerning the

19    potential impacts on marine mammals of loud, underwater sounds associated with oil and gas

20    development and production activities, geophysical exploration, shipping traffic, and

21    oceanographic research.  The U.S. Navy's LFA sonar, in and of itself, though loud and rather

22    similar to some of the sounds produced by the large whales, is not a significant threat to the

23    survival of individual animals or the future growth of their populations.

24

DECLARATION OF CHRISTOPHER W. CLARK                              18
Case No. 07-04771 EDL

1      37.     In summary, on the specific topic of potential impacts of LFA sonar on marine

2    mammals, it is my expert opinion that the LFA operational scenarios as described in the SEIS

3    and as constrained by NMFS' Final Rule, Regulations, and Letters of Authorization will not

4    injure marine mammals or cause behavioral reactions that negatively impact their survival or

5    their populations.

6

7

8

9

10
     Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true
11   and correct to the best of my knowledge, information, and belief.

12

13              Executed this 15th day of November, 2007 in Ithaca, New York

14

15

16   _____

17

18

19

20

21

22

23

24

DECLARATION OF CHRISTOPHER W. CLARK                                                    19
Case No. 07-04771 EDL

EXHIBIT A—CURRICULUM VITA OF CHRISTOPHER W. CLARK

Address: Cornell University, Laboratory of Ornithology

159 Sapsucker Woods Rd.

Ithaca, New York 14850

PH: (607) 254-2408

E-mail:cwc2@cornell.edu

*PRESENT POSITION*

Imogene P. Johnson Director, Bioacoustics Research Program, Cornell Laboratory of

Ornithology,

Senior Scientist Department of Neurobiology and Behavior, Cornell University.

*EDUCATION and EMPLOYMENT*

| | | | |
|---|---|---|---|
| State Univ. of New York, Stony Brook | B.Sc. | 1972 | Biology |
| State Univ. of New York, Stony Brook | B.E. | 1972 | Engineering |
| State Univ. of New York, Stony Brook | M.S. | 1974 | Electrical Engr |
| State Univ. of New York, Stony Brook | Ph.D. | 1980 | Biology |
| The Rockefeller University, NY, NY | Post. Doc. | 1981-83 | Bio/Anim. Comm. |
| The Rockefeller University, NY, NY | Asst. Prof. | 1983-87 | Bio/Anim. Comm |

*PROFESSIONAL SOCIETIES*

Acoustic Society of America Fellow, Animal Behavior Society, AAAS, IEEE

Society for Marine Mammalogy, Sigma Xi, Tau Beta Pi, Explorers' Club

*HONORS AND AWARDS*

Member, Tau Beta Pi, 1969

DECLARATION OF CHRISTOPHER W. CLARK

Case No. 07-04771 EDL

20

1   President, Tau Beta Pi, Stony Brook Chapter, 1971-1972

2   National Fellow, Tau Beta Pi, 1972-1973

3   Biomedical Research Fellowship, 1978, 1979

4   NIMH Postdoctoral Fellow, 1981-1983

5   Fellow, Acoustic Society of America, 2000

6

    *PROFESSIONAL APPOINTMENTS*

7

8   Member, U. S. delegation to the International Whaling Commission's Scientific Committee,
    since 1985

9

10  Member, NRC Committee on Environmental Impacts of Wind Energy Projects, since 2005

11  *RELEVANT RESEARCH*

12  1996 – present   Acoustic monitoring of large whale distributions, behaviors, and movements

13  relative to environmental factors and man-made activities off the British Isles using IUSS assets

14  in the North Atlantic. Joint Nature Conservation Commission, UK and DoD.

15  1997 – 1999     Responses of baleen whales to experimental playback of low-frequency sound

16  from the Navy SURTASS LFA. Three-phased project investigating the behavioral responses of

17  free-ranging whales to controlled exposure of the U.S. Navy's Surface Towed Array

18  Surveillance System (SURTASS) Low-Frequency Active (LFA) sound source.  Data from the

19  research was utilized in the Navy's EIS and SEIS for the LFA system. DoD

20  1999 – present   Design, implement, and distribute the Raven software instrument package for

21  bioacoustics. NSF.

22  1999 – 2001     New directions in the study of low-frequency sound in baleen whales.

23  Conducted multi-modal research using an integrated approach (genetic biopsy, passive acoustic,

24  photo-ID, active acoustic, oceanographic sampling) to investigate relationships between

ecological and environmental factors on whale behavior. ONR

2001- 2004          Marine Mammal Detection and Mitigation System. Design, build and field test a passive acoustic system to detect and identify marine mammals. STTR Phase II in collaboration with Scientific Solutions, inc. ONR.

2002 - Present:   Application of passive acoustic methods for detection of northern right whales off New England and in mid-Atlantic waters: Numbers and Distributions. Collaborative research with Dr. Stormy Mayo and Dr. Moe Brown  integrating physical oceanographic and biological productivity measures; aerial survey, genetic and photo-ID data; and acoustic detections, locations and tracks of right whale within critical habitat. NOAA, Northeast Consortium, MA Division of Marine Fisheries.

*PUBLICATIONS*

The ATOC Consortium. 1998. Ocean Climate Change: Comparison of Acoustic Tomography, Satellite Altimetry and Modeling. Science 281:1327-1332.

Clark, C.W. 1980. A real-time direction finding device for determining the bearing to the underwater sounds of Southern Right Whales, Eubalaena australis. J. Acoust. Soc. Am. 68:508-511.

Clark, C.W. 1982. The acoustic repertoire of the southern right whale:  a quantitative analysis. Anim. Behav. 30:1060-1071.

Clark, C.W. 1983. Acoustic communication and behavior of the southern right whale.  In: Behavior and Communication of Whales. (ed. R.S. Payne), Westview Press:  Boulder, CO. pp. 163-198.

Clark, C.W. 1984. Acoustic communication and behavior of southern right whales, Eubalaena australis.  In:  National Geographic Society Research Reports, vol. 17: 897-908.

1   Clark, C.W. 1988. Singing in the ice. The Living Bird Quarterly. Vol., No. 4:10-16.

2   Clark, C.W. 1989. Call tracks of bowhead whales based on call characteristics as an

3   independent means of determining tracking parameters. Report of the sub-committee on

4   protected species and aboriginal subsistence whaling, Appendix. Rep. int. Whal. Commn.

5   39:111-112.

6   Clark, C.W. 1990. Acoustic behavior of mysticete whales. In: J. Thomas and R. Kastelein

7   (eds.), Sensory Abilities of Cetaceans. Plenum Press. pp. 571-583.

8   Clark, C. W. 1991. Moving With the Heard. Natural History, March, pp. 38-42.

9   Clark, C. W. 1991. Talking Heads, Natural History, March, p. 42.

10  Clark, C.W. 1994. Blue deep voices: Insights from the Navy's Whales ë93 program.

11  Whalewatcher 28 (1):6-11.

12  Clark, C.W. 1995. Application of US Navy underwater hydrophone arrays for scientific

13  research on whales. Annex M, Rep. int. Whal. Commn. 45:210-212.

14  Clark, C.W. 1998. Underwater noise. Pp. 415-419. In: 1998 McGraw-Hill Yearbook of Science

15  and Technology, 464 pp. alternate title "Noise in the Ocean"

16  Clark, C.W., and Altman, N.S. 2006. Acoustic detections of blue whale (*Balaenoptera*

17  *musculus*) and fin whale (*B. physalus*) sounds during a SURTASS LFA exercise.  J. Ocean

18  Engr. 31: 120-128.

19  Clark, C. W., and Clapham, P. J. 2004. Acoustic monitoring on a humpback whale (*Megaptera*

20  *novaeangliae*) feeding ground shows continual singing into late Spring. Proceedings Roy. Soc.

21  Lond., B. 271: 1051-1057.

22  Clark, C.W., and Clark, J.M. 1980. Sound playback experiments with southern right whales

23  (Eubalaena australis). Science 207:663-665.

24  Clark, C.W. and Ellison, W.T. 1988. Numbers and distributions of bowhead whales, Balaena

<u>mysticetus</u>, based on the 1985 acoustic study off Pt. Barrow, Alaska. Rep. int. Whal. Commn. 38:365-370.

Clark, C.W. and Ellison, W.T. 1989. Numbers and distributions of bowhead whales, <u>Balaena</u> <u>mysticetus</u>, based on the 1986 acoustic study off Pt. Barrow, Alaska. Rep. int. Whal. Commn. 39:297-303.

Clark, C.W. and Ellison, W.T. 2000. Calibration and comparison of the acoustic location methods used during the spring migration of the bowhead whale, <u>Balaena mysticetus</u> off Pt. Barrow, Alaska, 1984-1993. J. Acoust. Soc. Am. 107(6):3509-3517.

Clark, C. W., and Ellison, W.T. 2004. Potential use of low-frequency sounds by baleen whales for probing the environment: evidence from models and empirical measurements. Pp. 564-582, in Echolocation in Bats and Dolphins (J. Thomas, C. Moss and M. Vater, eds.).  The University of Chicago Press.

Clark, C.W. and Fristrup, K. 1997. Whales '95: A combined visual and acoustic survey of blue and fin whales off southern California. Rep. int. Whal. Commn. 47:583-600.

Clark, C.W., and Gagnon, G.C. 2002. Low-frequency vocal behaviors of baleen whales in the North Atlantic: Insights from IUSS detections, locations and tracking from 1992 to 1996. J. Underwater Acoust. (USN), 52 (3):609-640.

Clark, C.W., Ellison, W.T., Beeman, K. 1986a. A preliminary account of the acoustic study conducted during the 1985 spring bowhead whale, <u>Balaena mysticetus</u>, migration of Point Barrow, Alaska, Rep. int. Whal. Commn. 36:311-316.

Clark, C.W., Ellison, W.T. and Beeman, K. 1986b. Acoustic tracking of migrating bowhead whales.  Oceans 86, IEEE Oceanic Eng. Soc., New York. pp. 341- 346.

Clark, C.W. and Johnson, J.H. 1984. The sounds of the bowhead whale, <u>Balaena mysticetus</u>, during the spring migrations of 1979 and 1980. Can. J. Zool. 62:1436-1441.

1  Clark, C.W., Borsani, J.F. and Notarbartolo-di-Sciara, G. 2002. Vocal activity of fin whales,
2  Balaenoptera physalus, in the Ligurian Sea. Mar. Mamm. Science 18(1): 281-285.
3  Clark, C.W., Dooling, R.J., and Bunnell, T. 1983. Analysis and synthesis of bird vocalizations:
4  An FFT-based software system. Behav. Res. Methods and Instr. 15:251-253.
5  Clark, C.W., Marler, P. and Beeman, K. 1987. Quantitative analysis of animal vocal phonology:
6  an application to swamp sparrow song.  Ethology. 76:101-115.
7  Clark, C. W., Charif, R., Mitchell, S., and Colby, J. 1996. Distribution and Behavior of the
8  Bowhead Whale, Balaena mysticetus, Based on Analysis of Acoustic Data Collected During the
9  1993 Spring Migration off Point Barrow, Alaska. Rep. int. Whal. Commn. 46: 541-552.
10  Clark, C. W., Calupca, T., Charif, R., Corzilius, B., Fristrup, K. 1998. Autonomous seafloor
11  acoustic recording systems for whale research: application to the census of bowhead whales
12  during the spring migration off Point Barrow, Alaska. IWC 1998.
13  Clark, C.W., Gillespie, D., Nowacek, D.P., and Parks, S.E. 2006. Listening to Their World:
14  Acoustics for Monitoring and Protecting Right Whales in an Urbanized Ocean. In: The Urban
15  Whale (eds. S. Kraus and R. Rolland). Harvard University Press, Cambridge, MA. pp. 333-357.
16  Bass, A.H. and Clark, C.W. 2002. The physical acoustics of underwater sound communication.
17  In Acoustic Communication, edited by Simmons, Andrea M., Fay, Richard R., and Popper,
18  Arthur N. (Springer, New York), pp. 15-64.
19  Bower, J.L. and Clark, C.W. 2005. A field test of the accuracy of a passive acoustic location
20  system. Bioacoustics 15: 1-14.
21  Beeman, K., Clark, C.W., Miller, R. and Bunnell, T. 1985. Acoustic tracking of migrating
22  whales. Horizon 9(2).
23  Charif, R.A., Clapham, P.J. and Clark, C.W.  2001. Acoustic detections of singing humpback
24  whales in deep waters off the British Isles. Mar. Mamm. Science 17(4):751-768.

Charif, R.A., Mellinger, D.K., Dunsmore, K.J., Fristrup, K.M. and Clark, C.W. 2002. Estimated source levels of fin whale (Balaenoptera physalus) vocalizations: adjustments for surface interference. Mar. Mamm. Science 18(1):81-98.

Charif, RA, CW Clark, and KM Fristrup. 2004. Raven 1.2 User's Manual. Cornell Laboratory of Ornithology, Ithaca, NY.

Croll, D. A., Clark, C.W., Calambokidis, J., Ellison, W.T., and Tershy, B.R. 2001.  Effect of anthropogenic low-frequency noise on the foraging ecology of *Balaenoptera* whales.  Animal Conservation 4:13-27.

Croll, D.A., Clark, C.W., Acevedo, A., Tershy, B., Flores, S., Gedamke, J. and Urban, J. 2002. Only male fin whales sing loud songs.  Nature 417:809.

Dooling, R.J., Clark, C.W., Miller, R. and Bunnell, T.  1983.  Program package for the analysis and synthesis of animal vocalizations.  Behav. Res. Methods and Instr. 14:487.

Ellison, W.T., Clark, C.W. and Bishop, G.C. 1987. Potential use of surface reverberation by bowhead whales, Balaena mysticetus, in under-ice navigation: preliminary considerations. Rep. int. Whal. Commn. 37:329-332.

Ellison, W.T., Sonntag, R.M. and Clark, C.W. 1987. Comparison of measured bowhead whale, Balaena mysticetus, migration parameters with results from the tracking algorithm. Rep. int. Whal. Commn. 37:309-312.

Frankel, A.S. and Clark, C.W.  1998. Results of low-frequency m-sequence noise playbacks to humpback whales in Hawai'i. Can. J. Zool. 76(3):521-535.

Frankel, A.S. and Clark, C.W. 2000. Behavioral responses of humpback whales (*Megaptera novaeangliae*) to full-scale ATOC signals. J. Acoust. Soc. Am. 108 (4):1930-1937.

Frankel, A.S. and Clark, C.W. 2002. ATOC and other factors affecting the distribution and abundance of humpback whales (*Megaptera novaeangliae*) off the coast of the north shore of

1  Kauai. Mar. Mamm. Science 18 (3): 644-662.

2  Frankel, A.S., Clark, C.W., Herman, L.M. and Gabriele, C.M. 1995. Spatial distribution, habitat

3  utilization, movements and social interactions of humpback whales, <u>Megaptera novaeangliae</u>,

4  off Hawai'i using acoustic and visual techniques. Can. J. Zool. 73:1134-1146.

5  Fristrup, K. and Clark, C.W. 1997. Combining visual and acoustic survey data to enhance

6  density estimation. Rep. int. Whal. Commn. 47:933-936.

7  Fristrup, K.M., Hatch, L.T. and Clark, C. W.  2003. Variation in humpback whale (<u>Megaptera</u>

8  <u>novaeangliae</u>) song length in relation to low-frequency sound broadcasts. J. Acoust. Soc. Am.,

9  113 (6): 3411-3424.

10  George, J.C., Clark, C.W., Carroll, G.M. and Ellison, W.T. 1989. Observations on the ice-

11  breaking and ice navigation behavior of migrating bowhead whales (<u>Balaena mysticetus</u>) near

12  Point Barrow, Alaska, spring 1985. Arctic. 42:24-30.

13  George, J. C. "Craig", Zeh, J., Suydam, R., and Clark, C. 2004. Abundance and population

14  trend (1978-2001) of the western Arctic bowhead whales surveyed near Barrow, Alaska. Marine

15  Mammal Science 20:755-773.

16  Ko, C., Zeh, J.E., Clark, C.W., Ellison, W.T., Krogman, B.D. and Sonntag R. 1986. Utilization

17  of acoustic location data in determining a minimum number of spring-migrating bowhead

18  whales unaccounted for by the ice-based visual census.  Rep. int. Whal. Commn. 36:325-338.

19  Kraus, S., M. W. Brown, H. Caswell, C. W. Clark, M. Fujiwara, P. K. Hamilton, R. D. Kenney,

20  A. R. Knowlton, S. Landry, C. A. Mayo, W. A. McLellan, M. J. Moore, D. P. Nowacek, D. A.

21  Pabst, A. J. Read and R. M. Rolland. 2005. North Atlantic right whales in crisis. *Science*

22  309:561-562.

23  Ljungblad, D. K. and Clark, C. W. 1998. Unique calls of the pygmy blue whale recorded off the

24  coast of Chili in Dec 1997 and Jan 1998 during the SOWER 1997/98 program

Ljungblad, D. K., Clark, C. W. and Shimada, H. 1998. A comparison of sounds attributed to pygmy blue whales (*Balaenoptera musculus brevicauda*) recorded south of the Madagascar Plateau and those attributed to 'True" blue whales (*Balaenoptera musculus*) recorded off Antarctica. Rep. int. Whal. Commn. 49: 439-442.

McGregor, P.K., Dabelsteen, T., Clark, C.W., Bower, J.L., Tavares, J.P. and Holland, J. 1997. Accuracy of a passive acoustic location system: empirical studies in terrestrial habitats. Ethology Ecology and Evolution, Vol. 9 (3), pp. 269-286.

Mellinger, D .K., Carson, C.D. and Clark, C.W.  2000.  Characteristics of minke whale (Balaenoptera acutorostrata) pulse trains recorded near Puerto Rico. Mar. Mamm. Science, 16(4):739-756.

Mellinger, D. K. and Clark, C. W. 2003.  Blue Whale (*Balaenoptera musculus*) sounds from the North Atlantic.  J. Acoust. Soc. Am. 114:1108-1119.

Mellinger, D.K. and Clark, C.W. 2000.  Recognizing transient low-frequency whale sounds by spectrogram correlation. J. Acoust. Soc. Am. 107:3518-3529.

Mellinger, D.K. and Clark, C.W. in press. Methods for automatic detection of mysticete sounds. Marine and Freshwater Behaviour and Physiology.

Mellinger, D.K. and Clark, C.W.  1993. A method for filtering bioacoustic transients by spectrogram image convolution. Proc. IEEE Oceans '93:122-127.

Parks, S. E. and C. W. Clark. 2006. Acoustic Communication: Social sounds and the potential impacts of noise. In: The Urban Whale (eds. S. Kraus and R. Rolland). Harvard University Press, Cambridge, MA. pp. 310-332.

Potter, J.R., Mellinger, D.K. and Clark, C.W.  1994. Marine mammal call discrimination using artificial neural networks. J. Acoust. Soc. Am. 96:1255-1262.

Risch, D., C. W. Clark, P. J. Corkeron, A. Elepfandt, K. M. Kovacs, C. Lydersen, I. Stirling,

1   and S. M. Van Parijs. 2007. Vocalizations of male bearded seals, Erignathus barbatus:

2   classification and geographical variation. Animal Behaviour 73: 747-762.

3   Samuel, Y., Morreale, S.J., Clark, C.W., Greene, C.H., and Richmond, M.E. 2005. Underwater,

4   low-frequency noise in a coastal sea turtle habitat, J. Acoust. Soc. Am. 117 (3): 1465-1472.

5   Sonntag, R.M., Ellison, W.T., Clark, C.W. , Corbit, D.R. and Krogman, B.D.  1986.  A

6   description of a tracking algorithm and its implications to bowhead whale acoustic location data

7   collected during the spring migration near Point Barrow, Alaska 1984-1985.  Rep. int. Whal.

8   Commn. 36:299-310.

9   Spikes, C.H. and Clark, C.W.  1996.  Whales '95 - Revolutionizing Marine Mammal Monitoring

10  Technology.  Sea Technology.  April 1996. 49-53.

11  Tyack, P. L. and Clark, C.W.  2000. Communication and acoustical behavior in dolphins and

12  whales. Pp. 156-224, in Hearing by Whales and Dolphins. Springer Handbook of Auditory

13  Research (W. W. L. Au, A. N. Popper, and R. R. Fay, eds.). Springer-Verlag, New York, 485

14  pp.

15  Tyack, P.L., Malme, C.I., Clark, C.W. and Bird, J.E. 1990. Reactions of migrating gray whales

16  (Eschrictus robustus) to industrial noise. J. Acoust. Soc. Am. pp.1-88.

17  Urazghildiiev, I., and C. W. Clark. 2006. Acoustic detection of North Atlantic right whale

18  contact calls using the generalized likelihood ratio test.  J. Acoust. Soc. Am. 120 (4):1956-1963.

19  Van Parijs, S. and C.W. Clark. 2006. Long term mating tactics in an aquatic mating pinniped –

20  the bearded seal, Erignathus barbatus. Animal Behavior, 72:1269-1277.

21  Watkins, W.A., Moore, K.E., Clark, C.W. and Dahlheim, M.E. 1986. The sounds of sperm

22  whale calves. In: P.E. Nachtigall and P.W.B. Moore (eds.), Animal Sonar; Processes and

23  Performance. Plenum Press, New York. pp. 99-107.

24  Weisburn, B.A., Mitchell, S.G., Clark, C.W. and Parks, T.W. 1993. Isolating biological acoustic

1    transient signals. Proceedings of the Intl. Conference on Acoustics, Speech, and Signal

2    Processing. 1:269-272.

3    Würsig, B. and Clark, C.W.  1993. Behavior. In: J. Burns, J. Montague, and C.J. Cowles (eds.),

4    The Bowhead Whale. Allen Press. Lawrence, Kansas. pp. 157-193.

5    Zeh, J., Clark, C.W., George, J.C., Withrow, D., Carroll, G.M. and Koski, W.R. 1993. Current

6    Population Size and Dynamics. In: J. Burns, J. Montague, and C.J. Cowles (eds.), The Bowhead

7    Whale. Society for Marine Mammalogy, Special Publication Number 2. Allen Press. Lawrence,

8    Kansas. pp. 409-481.

9
     *ACCEPTED or IN PRESS PAPERS*
10
     Mellinger, D. and C.W. Clark. 2006. MobySound: A reference archive for studying automatic
11
     recognition of marine mammal sounds. Applied Acoustics (accepted).
12
     Urazghildiiev, I., and C. W. Clark. In press. Acoustic detection of North Atlantic right whale
13
     contact calls using spectrogram-based statistics  J. Acoust. Soc. Am.
14
     Urazghildiiev, I., and C. W. Clark. In press. Detection performances of experienced human
15
     operators compared to a likelihood ratio based detector. J. Acoust. Soc. Am.
16

17   *ABSTRACTS*

18   Baumgartner, M.F., D. M. Fratantoni, and C.W. Clark. 2005. Advancing marine mammal

19   ecology research with simultaneous oceanographic and acoustic observations from autonomous

20   underwater vehicles. Sixteenth Biennial Conference on the Biology of Marine Mammals, San

21   Diego, CA. Abstract, p 27.

22   Biedron, I. S., C.W. Clark, and F. Wenzel. 2005. Counter-calling in North Atlantic right whales.

23   Sixteenth Biennial Conference on the Biology of Marine Mammals, San Diego, CA. Abstract,

24   p. 35.

1   Borsani, J.F. and C.W. Clark. 2003 Does shipping noise in the Ligurian Sea compete with fin

2   whale song?  17th Conference of the European Cetacean Society. Gran Canaria. Abstract p.51.

3   Borsani, J.F., C.W. Clark, and L. Tedesco. 2005. Does pile-driving noise withdraw fin whales

4   from their habitat. Sixteenth Biennial Conference on the Biology of Marine Mammals, San

5   Diego, CA. Abstract, p. 40.

6   Calambokidis, J., Chandler, T.E., Costa, D.P., Clark, C.W. and Whitehead, H. 1997. Effects of

7   the ATOC sound source on the distribution of marine mammals observed from aerial surveys

8   off Central California. Abstract: 1997 Marine Mammal Conference.

9   Calupca, T.A., Fowler, T.L., MacCurdy, R.B., Purgue, A.P., Waack, A.M., Clark, C.W. and

10   Fristrup, K.M.  2003. Innovative data acquisition tools for bioacoustic monitoring.  1st

11   Symposium on Acoustic Communication by Animals, College Park, MD, July, 2003.  Abstract.

12   Cholewiak, D.M., S. Cerchio, J.K. Jacobsen, J. Urban-Ramirez, and C.W. Clark. 2005.

13   Variation in humpback whale song in response to neighboring singing males. Sixteenth Biennial

14   Conference on the Biology of Marine Mammals, San Diego, CA. Abstract, p.58.

15   Clark, C.W. 1983. The use of bowhead vocalizations to determine the distribution of whales

16   within the leads (1979 and 1980). Second Conference on the Biology of the Bowhead Whale.

17   Extended Abstract, pp. 8-9.

18   Clark, C.W.  1985. Sleeping in the dark; whoops, whistles, and space cadets. Sixth Biennial

19   Conference on the Biology of Marine Mammals. Nov.  Abstract, p. 7.

20   Clark, C.W. 1986. Note development in swamp sparrow song; a quantitative analysis. XIX

21   International Ornithological Congress. June. Abstract. p. 619.

22   Clark, C.W.  1987. Whale sounds and birdsong development: insights from the application of

23   new computer analysis techniques. Annual Meeting of the Animal Behavior Society. June.

24   Williamstown, MA.

1    Clark, C.W.  1988. A census of bowhead whales from their sounds. Conference and Symposium

2    of the American Cetacean Society. Nov. Monterey, CA.

3    Clark, C.W.  1989. Acoustic Behavior of Mysticete Whales. 5th ITC. Sensory Abilities of

4    Cetaceans Symposium. Aug. Rome, Italy: Abstracts, Vol. I, p. 343.

5    Clark, C.W.  1991. Evidence of low-frequency communication and navigation in mysticete

6    whales.  Sensory Abilities in Aquatic Mammals Conference. Oct. Moscow, USSR.

7    Clark, C.W. 1994. Basic understandings of whale bioacoustics: potential impacts of man-made

8    sounds from oceanographic research. 128th meeting of the Acoustical Society of America,

9    Austin, TX, Nov. Abstract: J. Acoust. Soc. Am. 96 (5), Pt.2, p. 3269.

10   Clark, C.W.  1995. Acoustic behaviors of blue and finback whales:  insights from the Navy's

11   dual uses program. , XXIV International Ethological Conference, Aug.  Honolulu, HI. Abstract,

12   p.35.

13   Clark, C.W.  1995. Acoustic tracking of whales using hydrophone arrays: implications for

14   behavioral studies and population estimates. 129th meeting of the Acoustical Society of

15   America, Washington, D.C., May-June 1995. Abstract: J. Acoust. Soc. Am. 97:3352.

16   Clark, C.W.  1995. Application of hydrophone arrays for whale research.  Proceedings of the

17   Ninth Annual Conference of the European Cetacean Society, February. Lugano, Switzerland. p.

18   7-10.

19   Clark, C.W.  1995. An overview of the ATOC-Marine Mammal Research Program (ATOC-

20   MMRP).  Eleventh Biennial Conference on the Biology of Marine Mammals, December.

21   Orlando, Fl. Abstract. p. 23.

22   Clark, C. W. 1998.  Whale voices from the deep: Temporal patterns and signal structures as

23   adaptations for living in an acoustic medium. Abstract. J. Acoust. Soc. Am., 103 :4.

24   Clark, C.W. 1999. Bowhead Whale vocal communication during the spring migration off Pt.

1    Barrow, Alaska. May. Abstract. Rep. int. Whal. Commn. Grenada.

2    Clark, C.W. 1999. The application of low-frequency passive acoustics for research on

3    mysticetes, with special attention to pelagic surveys. Abstract.IWC, Scotland.

4    Clark, C.W. 2002.  Extended abstract. Application of Passive Acoustic  Methods for Detection,

5    Location and Tracking of Whales.   International workshop on the Application of Passive

6    Acoustics in Fisheries, April.   Boston, MA

7    Clark, C.W. and Bower, J.L.  1992. Intercall intervals and acoustic tracks of bowhead whales

8    off Point Barrow, Alaska, based on passive acoustics.  Abstract: Rep. int. Whal. Commn.

9    42:761.

10   Clark, C.W., R. Charif, P. Loveday and M. Tasker. 2003. Seasonal occurrences of blue, fin,

11   humpback and minke whales in the eastern north Atlantic based on passive acoustic monitoring.

12   17th Conference of the European Cetacean Society. Gran Canaria. Abstract, p37.

13   Clark, C.W. and Ellison, W.T.  1987. Numbers and distributions of bowhead whales based on

14   1985 acoustic studies off Pt. Barrow, Alaska.  Fourth Conference on the Biology of the

15   Bowhead Whale, Balaena mysticetus. March. Anchorage, AK: Extended Abstract, pp. 32-36.

16   Clark, C.W. and Ellison, W.T. 1987. Songs of the bowhead whale, Balaena mysticetus. Seventh

17   Biennial Conference on the Biology of Marine Mammals, Miami, FL, Dec.  Abstracts, p. 11.

18   Clark, C.W. and Ellison, W.T.  1990. Passive acoustic location and tracking methods as applied

19   to spring migrating bowhead whales off Point Barrow, Alaska: a review and update of

20   techniques.  Fifth Conference on the Biology of the Bowhead Whale, Balaena mysticetus. April.

21   Anchorage, AK: Extended Abstracts, pp. 15-18.

22   Clark, C.W. and Ellison, W.T.  1990. Numbers and distributions of bowhead whales off Point

23   Barrow, Alaska during the 1985 and 1986 spring migrations based on passive acoustics. Fifth

24   Conference on the Biology of the Bowhead Whale, Balaena mysticetus. April. Anchorage, AK:

DECLARATION OF CHRISTOPHER W. CLARK                                              33
Case No. 07-04771 EDL

1   Extended Abstracts, pp. 19-22.

2   Clark, C.W. and Ellison, W.T.  1993. Bioacoustics of baleen whales: from infrasonics to

3   complex songs.  126th meeting of the Acoustical Society of America, Denver, CO. Oct.

4   Abstract: J. Acoust. Soc. Am. 94:1830.

5   Clark, C.W. and Ellison, W.T. 1997. Low-frequency signaling behavior in mysticete whales.

6   133rd Meeting of the Acoustical Society of America, State College, PA, June.  Abstract: J.

7   Acoust. Soc. Am. 101:3163.

8   Clark, C.W. and Ellison, W.T. 2000. Comparative analysis of baleen whale songs: predictions

9   from acoustic propagation and implication for mating strategies. Marine Mammal Conference.

10  Nov.-Dec., Vancouver, Canada.

11  Clark, C.W., Hatch, L.T. and Ellison, W.T.  2003. Structure and function of baleen whale

12  sounds with environmental, evolutionary and ecological considerations. 1st Symposium on

13  Acoustic Communication by Animals, College Park, MD, July, 2003.  Abstract.

14  Clark, C.W. and Mellinger, D.K.  1994. Sound production from blue, finback and minke

15  whales: implications for basic research and environmental monitoring.  International School of

16  Ethology, 9th Workshop: Underwater Bioacoustics: Behavioural, Environmental &

17  Evolutionary Perspectives.  Erice-Sicily, Nov.

18  Clark, C.W. and Mellinger, D.K.  1994. Application of Navy IUSS for whale research. 128th

19  meeting of the Acoustical Society of America, Austin, TX, Nov. Abstract: J. Acoust. Soc. Am.

20  96:3315.

21  Clark, C.W. and Mellinger, D.K.  1995.  Simultaneous source panging and bottom geoacoustic

22  inversion using shallow water, broadband dispersion of fin whale calls. 129th meeting of the

23  Acoustical Society of America, Washington, D.C., May-June 1995. Abstract:  J. Acoust. Soc.

24  Am. 97:3353.

1   Clark, C.W. and Fowler, M.. 2001Status of Archival and Analysis Effect of Acoustic

2   Recordings during SOWER and IWC Cruises 1996-2000. Rep. int. Whal. Commn.

3   Clark, C.W. and Fristrup, K.M. 1999. Signal processing techniques for passive acoustic location

4   and tracking of animals. Nov., J. Acoust. Soc. Am., Ohio.

5   Clark, C.W. and Tyack, P. 1983. Effects of underwater noise on migrating gray whales off the

6   coast of California. Fifth Biennial Conference on the Biology of Marine Mammals, Boston,

7   MA, Nov. 1983: Abstract, p. 18.

8   Clark, C.W. and Tyack, P. 1985. Observations on the behavior of the gray whale, <u>Eschrichtius</u>

9   <u>robustus</u>, in the presence of underwater industrial noise. Third Conference on the Biology of the

10  Bowhead Whale. January, 1985: Extended Abstract, pp. 96-100.

11  Clark, C.W. and Tyack, P.L. 1999. Current research on whale response to man-made sound:

12  Measurement Techniques and Methods. Thirteenth Biennial Conference on the Biology of

13  Marine Mammals, Acoust. Soc. Am. Bioacoustics Workshop, Wailea, Maui, Hawaii, HI. Nov,

14  1999.

15  Clark, C.W., Bower, J.B. and Ellison, W.T. 1990a. Acoustic behavior of bowhead whales off

16  Point Barrow, Alaska during the spring migration. : Fifth Conference on the Biology of the

17  Bowhead Whale, <u>Balaena mysticetus</u>. April, 1990. Anchorage, AK: Extended Abstracts, pp.

18  204-208.

19  Clark, C.W., Bower, J.B. and Ellison, W.T. 1990b. Acoustic tracks of migrating bowhead

20  whales, <u>Balaena mysticetus</u>, off Point Barrow, Alaska based on vocal characteristics. Abstract.

21  Rep. int. Whal. Commn. 40:596-597.

22  Clark, C.W., Ellison, W.T. and Beeman, K. 1985. Acoustic locations and distribution of

23  migrating bowhead whales, <u>Balaena mysticetus</u>, off Point Barrow, Alaska in the spring of 1984

24  during good and very good visual censusing conditions. Third Conference on the Biology of the

Bowhead Whale. January, 1985: Extended Abstract, pp. 30-34.

Clark, C.W., Ellison, W.T. and Beeman, K. 1985. Acoustic locations and distribution of migrating bowhead whales, <u>Balaena mysticetus</u>, off Point Barrow, Alaska in the spring of 1984 during poor and unacceptable visual censusing conditions. Third Conference on the Biology of the Bowhead Whale. January, 1985: Extended Abstract, pp. 35-37.

Clark, C.W., Ellison, W.T. and Beeman, K. 1985. Variations in the rates and types of bowhead whale, <u>Balaena mysticetus</u>, vocalizations during the Spring (1984) migration off Point Barrow, Alaska. Third Conference on the Biology of the Bowhead Whale. January, 1985: Extended Abstract, pp. 27-29.

Clark, C.W., Ellison, W.T. and Beeman, K. 1986. Acoustic tracking and distribution of migrating bowhead whales, <u>Balaena mysticetus</u>, off Point Barrow, Alaska in the spring of 1984. Abstract. Rep. int. Whal. Commn. 36:502.

Clark, C.W., Ellison, W.T. and Beeman, K. 1987. Progress report on the analysis of the spring 1985 acoustic data regarding migrating bowhead whales, <u>Balaena mysticetus</u>, near Point Barrow, Alaska. Abstract. Rep. int. Whal. Commn. 37:395.

Clark, C.W., Ellison, W.T. and Hatch, L.T. 2001. Baleen whale vocal behavior: an integrated approach to inferring function.  ICA, Rome, Italy.

Clark, C.W., Ellison, W.T. and Tyack, P.L. 1999.  Acoustic responses of baleen whales to low-frequency, man-made sounds. Nov. J. Acoust. Soc. Am., Ohio.

Clark, C.W., Gagnon, C.J. and Mellinger, D.K.  1993. Whales ë93: the application of the Navy IUSS for low-frequency marine mammal research.  Tenth Biennial Conference on the Biology of Marine Mammals, Galveston, TX. Nov. Abstracts, p. 3.

Clark, C.W., George, J.C. and Graves, A.  2000. Preliminary analysis of acoustic data from the spring 2000 bowhead whale census off Pt. Barrow, Alaska. Abstract: Rep. int. Whal. Commn.

1  Clark, C.W., George, J.C. and Graves, A.  2001. Preliminary analysis of acoustic data from the

2  spring 2001 bowhead whale census off Pt. Barrow, Alaska. Abstract: Rep. int. Whal. Commn.

3  Clark, C.W., Mitchell, S. and Charif, R.  1994.  Distribution and behavior of the bowhead

4  whale, <u>Balaena mysticetus</u>, based on preliminary analysis of acoustic data collected during the

5  1993 spring migration off Point Barrow, Alaska. Abstract: Rep. int. Whal. Comm. 45:449.

6  Clark, C.W., Bower, J.L., Brown, L.M. and Ellison, W.T.  1992. Received levels for bowhead

7  whale sounds recorded off Point Barrow, Alaska in spring 1988: preliminary results. Abstract:

8  Rep. int. Whal. Commn. 42:761

9  Clark, C.W., Croll, D.A., Acevedo, A. and Urban-Ramirez, J. 2000. Multi-modal Surveys of Fin

10  Whales in the Sea of Cortez, Mexico.  J. Acoust. Soc. Am., Newport Beach, CA.

11  Clark, C.W., Brown, L.M., von der Heydt, K., Baggeroer, A. and  Dyer, I.  1990c. Songs of the

12  bowhead whale from the Western Arctic and Spitsbergen stocks. Fifth Conference on the

13  Biology of the Bowhead Whale, <u>Balaena mysticetus</u>, April, 1990. Anchorage, AK: Extended

14  Abstract, pp. 209-212.

15  Clark, C.W., Brown, L.M., von der Heydt, K., Baggeroer, A. and  Dyer, I.  1992. Acoustic

16  detections of bowhead whales from the East Greenland-Spitsbergen stock in spring 1989.

17  Abstract: Rep. int. Whal. Commn. 42:760-761.

18  Clark, C.W., Croll, D.A., Tershy, B., Acevedo, A., Gedamke, J. and Urban-Ramirez, J. 1999.

19  Relationship between fin whale vocal activity, distribution, abundance, and prey distribution in

20  the Sea of Cortez, Mexico.  13th Biennial Conf. on the Biol. of Mar. Mamm. Conf. Abstracts, p.

21  65.

22  Clark, C.W., Gillespie, D., Moscrop, A., Fowler, T., Calupca, T. and Fowler, M. 2000. Acoustic

23  sampling for right whale vocalizations in the Great South Channel using sea-floor Pop-up

24  recorders. NEA Right Whale Consortium Meeting, Oct. 26-27.

1   Clark, C. W., Tasker, M., et al.  1997. Monitoring the occurrence of large whales off North and

2   West Scotland using passive acoustic arrays. Society of Petroleum Engineers/UKOOA

3   European Environmental Conference, Aberdeen Scotland, 15-16 April. 9pp.

4   Clark, C.W., and Gagnon, G.C. Accepted with revision. Low-frequency vocal behaviors of

5   baleen whales in the North Atlantic: Insights from IUSS detections, locations and tracking from

6   1992 to 1996. J. Underwater Acoust. 52 (3) July 2004.

7   Clark, C.W., T. Calupca, and D. Gillespie. 2005. A near real-time acoustic detection and

8   reporting system for endangered species in critical habitats. J. Acoust. Soc. Amer. 117:2525.

9   Clark,C.W., M. Brown, S. Mayo, M. Bessinger, O. Nichols, and R. Kenny. 2003. The seasonal

10  occurrence of Northern right whales, *Eubalaena glacialis*, in a critical habitat: when, why and

11  how many. Fifteenth Biennial Conference on the Biology of Marine Mammals, Greensboro,

12  NC. Abstract. p.

13  Clark, C.W.. T. Calupca, D. Gillespie, K. Von der Heydt and J. Kemp. 2005. Acoustic detection

14  buoys for near-real-time reporting of right whales. North Atlantic Right Whale Consortium

15  Annual Meeting, p. 4.

16  Di Iorio, L., M. Castellote, A.M. Warde, and C.W. Clark. 2005. Broadband sound production by

17  feeding blue whales (*Balaenoptera musculus*). Sixteenth Biennial Conference on the Biology of

18  Marine Mammals, San Diego, CA. Abstract, p. 74.

19  D'Spain, G.L., Kuperman, W.A., Clark, C.W. and Mellinger, D.K.  1995. Simultaneous source

20  ranging and bottom geoacoustic inversion using shallow water, broadband dispersion of fin

21  whale calls. 129th meeting of the Acoustical Society of America, Washington, D.C., May-June.

22  Abstract: J. Acoust. Soc. Am. 97:3353.

23  Dudzinski, K.M., Würsig, B. and Clark, C.W.  1993.  A mobile video/acoustic system for

24  synchronous recording of dolphin vocal and behavioral activities. Tenth Biennial Conference on

the Biology of Marine Mammals.  Galveston, TX. Nov., p. 43.

Ellison, W.T. and Clark, C.W.  1987. Acoustic studies of the bowhead whale off Pt. Barrow, Alaska, in 1985 and 1986: field methods and calibration. Fourth Conference on the Biology of the Bowhead Whale, Balaena mysticetus. Mar. Anchorage, AK: Extended Abstract, pp. 27-31.

Ellison, W.T., Clark, C.W. and Beeman, K. 1985. Objectives and methods for the Acoustic studies conducted during the spring (1984) migration of bowhead whales, Balaena mysticetus, off Point Barrow, Alaska. Third Conference on the Biology of the Bowhead Whale. Jan. Extended Abstract, pp.23-26.

Ellison, W.T., Clark, C.W. and Beeman, K. 1986. Acoustic location techniques and calibration methods used during the spring 1984 and 1985 bowhead whale, Balaena mysticetus, migrations. Abstract. Rep. int. Whal. Commn. 36:502.

Ellison, W.T., Clark, C.W. and Bishop, G.C. 1987. Potential use of acoustic surface reverberation by bowhead whales in under-ice navigation: preliminary considerations. Fourth Conference on the Biology of the Bowhead Whale, Balaena mysticetus. Mar. Anchorage, AK: Extended Abstract, pp. 45-49.

Ellison, W.T., Weixel, K.S. and Clark, C.W.  1993. Variations in received level from man-made low-frequency underwater noise sources as a function of diving animal depth. , 126th meeting of the Acoustical Society of America, Denver, CO, Oct. Abstract: J. Acoust. Soc. Am. 94:1850.

Ellison, W.T., Weixel, K.S. and Clark, C.W. 1999.  An acoustic integration model (AIM) for assessing the impact of underwater noise on marine wildlife.  J. Acoust. Soc. Am., Ohio, Nov. p. 2250.

Frankel, A.S. and Clark, C.W. 1994. A review of the effects of sound on Cetaceans.  Meeting of the Acoustical Society of America, Austin, TX.  Abstract: J. Acout. Soc. Am. 15pp.

Frankel, A.S. and Clark, C.W.  1995.  Using combined acoustic tracking and visual observation

techniques to study humpback whales. 129th meeting of the Acoustical Society of America, Washington, D.C., May-June 1995. Abstract:  J. Acoust. Soc. Am. 97:3353.

Frankel, A.S. and Clark, C.W.  1996. Preliminary results of a scaled playback experiment of ATOC-like signals to humpback whales.  131st Meeting of the Acoustical Society of America, Indianapolis, IN. May.

Frankel, A.S. and Clark, C.W. 1999. Humpback whales, Megaptera noveangliae, responses to ATOC transmissions in Hawai'i. 13th Biennial Conference on the Biology of Marine mammals. Wailea, HI, p. 60.

Frankel, A.S., Clark, C.W., Herman, L.M., Gabriele, C.M., Freeman, T.R. and Hoffhine, M.A. 1993. Variation in unit structure of humpback whale song.  Tenth Biennial Conference on the Biology of Marine Mammals. Galveston, TX. Nov. Abstract. p. 49.

Gagnon, C.J. and Clark, C.W.  1993. The use of US Navy IUSS passive sonar to monitor the movement of blue whales. Tenth Biennial Conference on the Biology of Marine Mammals, Galveston, TX. Nov. Abstract. p. 50.

George, J.C., Clark, C.W. and Suydam, R.  1993. Preliminary results of the spring 1993 census of Bowhead whales, Balaena mysticetus, off Point Barrow, AK. : Tenth Biennial Conference on the Biology of Marine Mammals, Galveston, TX. Abstracts, p.52.

George, J.C., Clark, C.W. Carroll, G.M. and Ellison, W.T. 1989.  Observations on the ice-breaking and ice navigation behavior of migrating bowhead whales (Balaena mysticetus) near Point Barrow, Alaska, spring 1985. Arctic, 42:24-30.

Jensen, N., S.M. Van Parijs, and C.W. Clark. 2005. Effects of ice cover on bearded seal vocal patterns over 16 years. Sixteenth Biennial Conference on the Biology of Marine Mammals, San Diego, CA. Abstract, p. 141.

Knowlton, A.R., Clark, C.W. and Kraus, S.D. 1991. Sounds recorded in the presence of Sei

1   whales, <u>Balaenoptera borealis</u>. Ninth Biennial Conference on the Biology of Marine Mammals.

2   Chicago, IL. Dec. Abstract. p. 40.

3   Ljungblad, D.K., Clark, C.W. and Shimada, H. 1997.  Sounds attributed to pygmy blue whales

4   recorded south of Madagascar December 1996.  Rept. Int. Whal. Comm., Cambridge, UK.

5   Extended Abstract.

6   Mellinger, D.K. and Clark, C.W.  1993. Bioacoustic transient detection by image convolution.

7   126th meeting of the Acoustical Society of America, Denver, CO, Oct. Abstract: J. Acoust. Soc.

8   Am. 93:2358.

9   Mellinger, D.K. and Clark, C.W.  1993. Methods for the automatic detection of mysticete calls.

10  Tenth Biennial Conference on the Biology of Marine Mammals, Galveston, TX. Nov.  Abstract.

11  p. 76.

12  Mellinger, D.K. and Clark, C.W.  1993. A perceptual gain control technique for bioacoustic

13  transient detection. Paper presented at Audio Engr. Soc. 95th Conv.

14  Mellinger, D.K. and Clark, C.W.  1994. A publicly-accessible database for marine mammal call

15  classification research.  128th meeting of the Acoustical Society of America, Austin, TX, Nov.

16  Abstract:  J. Acoust. Soc. of Am. 96:3298.

17  Mellinger, D.K. and Clark, C.W.  1994. Measuring regular whale call intervals with the

18  summed autocorrelation. 128th meeting of the Acoustical Society of America, Austin, TX, Nov.

19  Abstract: J. Acoust. Soc. Am.  95:2881.

20  Mellinger, D.K. and Clark, C.W.  1995. Characteristics of fin and blue whale vocalizations

21  recorded from IUSS in the north and west Atlantic.  Eleventh Biennial Conference on the

22  Biology of Marine Mammals, Dec. Orlando, FL. Abstract. p. 76.

23

24

1   Mellinger, D.K. and Clark, C.W.  1996.  Geographical and seasonal variation in blue and

2   finback whale vocalizations. 131st Meeting of the Acoustical Society of America, Indianapolis,

3   IN. May. Abstract: J. Acoust. Soc. Am. 99:2534.

4   Mellinger, D.K., and Clark, C.W. 2003 Accepted with revision. Blue whale (*Balaenoptera*

5   *musculus*) sounds from the North Atlantic. J. Acoust. Soc. Am.

6   Mills, H.G., Charif, R.A., Krein, T.P., Clark, C.W., and Fristrup, K.M.  2003. Raven: Software

7   for sound recording and analysis. 1st Symposium on Acoustic Communication by Animals,

8   College Park, MD, July, 2003. Abstract.

9   Nishimura, C.E. and Clark, C.W. 1993. Underwater earthquakes noise levels and its possible

10  effect on marine mammals. 126th meeting of the Acoustical Society of America, Denver, CO,

11  Oct. Abstract: J. Acoust. Soc. Am. 94:1849.

12  Parks, S.E. and C.W. Clark. 2005. Variation in acoustic activity of North Atlantic right whales

13  in three critical habitat ares in 2004. J. Acoust. Soc. Amer. 117:2469.

14  Parks, S.E. and C.W. Clark. 2005. Variation in acoustic activity of North Atlantic right whales

15  in three critical habitat areas. North Atlantic Right Whale Consortium Annual Meeting, p. 17.

16  Parks, S.E., C.W. Clark, and P.L. Tyack. 2005. North Atlantic right whales shift their frequency

17  of calling in response to vessel noise. 2005. Sixteenth Biennial Conference on the Biology of

18  Marine Mammals, San Diego, CA. Abstract, p. 218.

19  Swift,R.J., G.D. Hastie, C.W. Clark andP.M. Thompson. 2003 The underwater acoustic

20  environment of fin whales in the vicinity of an oil and gas development area. 17th Conference of

21  the European Cetacean Society. Gran Canaria. P50.

22  Tyack, P.L. and Clark, C.W.  1997. Long range acoustic propagation of whale vocalizations.

23  Aug. Abstract: International Ethological Congress.

24  Tyack. P.L. and Clark, C.W. 1999. Responses of baleen whales to controlled exposures of low-

frequency sounds from a naval sonar.  Abstract: J.Acoust. Soc. Am., Ohio.

Urazghildiiev I., K. Cortopassi, and C.W. Clark. 2005. Detection of FM signals in the presence

of non-Gaussian noise. J. Acoust. Soc. Amer. 117:2552.

Van Parijs S.M. and C.W. Clark. 2005. Mating tactics in an aquatic mating pinniped, the

bearded seal, over 16 years. Sixteenth Biennial Conference on the Biology of Marine Mammals,

San Diego, CA. Abstract, p. 290.

Weilgart, L.S., Whitehead, H., Carler, S. and Clark, C.W.   1993.  Variations in the vocal

repertoires of Sperm whales (Physeter macrocephalus) with geographic area and year. Tenth

Biennial Conference on the Biology of Marine Mammals.  Galveston, TX. Nov. Abstract. p.

112.

Zeh, J.E., Rafferty, A.E., George, J.C. and Clark, C.W.  1992.  A review of bowhead whale,

Balaena mysticetus, population estimation methods and results, 1978-1986. Abstract: Rep. int.

Whal. Commn. 42:759.


REPORTS AND WORKING PAPERS

Charif, R.A., Mitchell, S. and Clark, C.W. 1995. Canary 1.2 User's Manual. Cornell University

Laboratory of Ornithology, Ithaca, NY.

Charif, R.A. and Clark, C.W.  2000. Acoustic monitoring of large whales off north and west

Britain and Ireland: a two-year study, October 1996-September 1998.  A report to the Joint

Nature Conservation Committee, Aberdeen Sctoland, Oct 2000.

Clark, C.W.  1983. The use of bowhead vocalizations to augment visual censusing estimates on

the number of whales migrating past Point Barrow, Alaska in the spring of 1980. Report to the

North Slope Borough, 29 pp.

Clark, C.W.  1989. Acoustic analysis of bowhead whale, *Balaena mysticetus*, vocalizations

1    from hyrdrophone array data collected during spring 1988.  A Report to the North Slope

2    Borough, Department of Wildlife Management, P.O. Box 69, Barrow, Alaska. 100 pp.

3    Clark, C.W. 1990. Potential impact on and responses of baleen whales to low-frequency

4    transients; seasonal and geographic distributions, biological considerations.  A report to Cornell

5    University, Ithaca, NY. 26 Nov 1990.

6    Clark, C.W.  1995. Update on the Application of US Navy Underwater Hydrophone arrays for

7    Scientific Research on Whales. Working Paper SCWP14 presented during the IWC Scientific

8    Committee, Dublin, Ireland, May 1995.

9    Clark, C.W.  1993.  Whales '93: Quicklook.  Unpublished report for SPAWAR.

10   Clark, C.W. 2006. Application of Passive Acoustic Methods to Detect Migrating Right Whales

11   in New England and Mid-Atlantic Waters. Final report to US Department of Commerce-

12   NOAA-NMFS, Southeast Fisheries Science Center, 75 Virginia Beach Dr., Miami, FL 33149,

13   150 pp.

14   Clark, C.W., Blix, A.S., Holm, A., Lyreholm, T. and Moore, S.E. 1991. Acoustic methods as

15   applied to the problem of stock identity.  Working Paper.  int. Whal. Comm.,

16   Clark, C.W., Ellison, W.T. and Beeman, K.  1988. An Acoustic Study of Bowhead Whales,

17   Balaena mysticetus, during the 1985 Spring Migration. A Report to the North Slope Borough,

18   Department of Wildlife Management, P.O. Box 69, Barrow, Alaska. 143 pp.

19   Clark, C.W., Ellison, W.T. and Beeman, K. 1986. An Acoustic Study of Bowhead Whales,

20   Balaena mysticetus, off Point Barrow, Alaska During the 1984 Spring Migration. A Report to

21   the North Slope Borough, Department of Wildlife Management. Marine Acoustics. 145 pp.

22   Clark, C.W., L.M., VonderHeydt, K., Baggeroer, A., and Dyer, I. 1990b. Songs of the bowhead

23   whale from the Western Arctic and Spitsbergen stocks. : Fifth Conference on the Biology of the

24   Bowhead Whale, Balaena mysticetus. April, 1990. Anchorage, AK: Extended Abstract, pp. 209-

212.

Malme, C.I., Miles, P.I., Clark, C.W., Tyack, P. and Bird, J.E. 1983. Investigations of the potential effects of underwater noise from petroleum industry activities on migrating gray whale behavior. Report No. 5366, report prepared by Bolt, Beranek and Newman Inc., Cambridge, MA, for the Minerals Management Service, Anchorage, AK, 325 pp.

Malme, C.I., Miles, P.I., Clark, C.W., Tyack, P. and Bird, J.E. 1984. Investigations of the potential effects of underwater noise from petroleum industry activities on migrating gray whale behavior - Phase 2: January 1984 Migration. Report No. 5586, report prepared by Bolt, Beranek and Newman Inc., Cambridge, MA, for the Minerals Management Service, Anchorage, AK, 297 pp.

Malme, C.I., Miles, P.I., Clark, C.W., Tyack, P. and Bird, J.E. 1984. Investigations of the potential effects of underwater noise from petroleum industry activities on feeding humpback whale behavior. Report No. 5851, report prepared by Bolt, Beranek and Newman Inc., Cambridge, MA, for the Minerals Management Service, Anchorage, AK, 205 pp.

Würsig, B., Clark, C.W., Dorsey, E.M., Fraker, M.A. and Payne, R.S. 1982. Normal behavior of bowheads, 1980-81. In: W.J. Richardson (ed.), Behavior, disturbance responses and distribution of bowhead whales Balaena mysticetus in the eastern Beaufort Sea, 1980-81, p. 33-144. Report prepared by LGL Ecological Research Associates, Inc., Byran, TX, for the Minerals Management Service, Reston, VA, 456 pp.

*GRADUATE FIELD MEMBERSHIPS*

    Neurobiology and Behavior

    Zoology

*GRADUATE MAJORS*

1   Current (names, expected graduation date, subject area, degree)

2   Danielle Cholewiak (2007, NB&B, Ph.D.) chair

3   Renata deSousa Lima Mobley (2008, Nat.Res., Ph.D.) chair

4   Mya Thompson (2009, NB&B, Ph.D.) chair

5   Ingrid Biedron (2009, NB&B, Ph.D.) chair

6   Completed (names and dates)

7   John Bower (Evergreen College, Ph.D.)

8   Bernard Brennan (NB&B, Ph.D. 2005)

9   Adam Frankel (1995)

10
    *GRADUATE MINORS*
11
    Current (names and expected date and field of degree)
12
    Damian Elias (2007, NB&B, Ph.D.) committee
13
    Lynn Fletcher (2008, NB&B, Ph.D.) committee
14
    Completed (names and dates)
15
16  Andrew Farnsworth (2006)

17  Hamilton Farris (2000)

18  Paul Faure(1999)

19  Karen Fisher (2002)

20  David Haskell (1998)

21  Leila Hatch (2005)

22  Andrea Lee (1997)

23  Jessica McKibben(1998)

24  Matt Weeg (2001)

1   Beth Weisburn(1996)

2   Stacey Benton (1999)

3   David Haskell(1996)

4   Matt Weeg (2000)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24