RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax) / (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

Counsel for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) Civ. Action No. 07-4771-EDL |
| | ) |
| | ) |
| | ) **DECLARATION OF** |
| CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) **ADAM S. FRANKEL, PH.D.** |
| | ) |
| | ) |
| Federal Defendants. | ) |
| | ) |

1    I, ADAM S. FRANKEL, declare that the following is true and correct to the best of my

2    knowledge,

3    1.    I am a Senior Scientist and Program Manager for the Acoustic Integration Model[©]

4    (AIM) with Marine Acoustics, Incorporated, where I have worked full-time since 2000. In my

5    current position, I apply the AIM software to predict the acoustic exposure of aquatic animals.

6    The model creates these predictions by integrating environmental data, underwater acoustic

7    propagation models, and simulated animal or watercraft movements.  This model is currently

8    being used to assess vessel management strategies in Glacier Bay National Park and is being

9    integrated into acoustic monitoring efforts at the Stellwagen Bank National Marine Sanctuary.

10    2.    I am preparing to do acoustic surveys for marine mammals in the Gulf of Mexico,

11    participating in ongoing beaked whale research in the Bahamas, as well as an upcoming gray

12    whale behavioral response study.  I am also currently working with the Stellwagen Bank

13    National Marine Sanctuary to construct ecosystem-scale monitoring methods.  Recently, I have

14    conducted measurements and research on how and why ambient noise levels change in

15    Honokōhau Bay, Hawaiʻi, near an operating harbor and the Kaloko-Honokōhau National

16    Historical Park, which funded the work.  I regularly participate in at-sea marine mammal

17    monitoring and mitigation efforts, using both visual and passive acoustic location methods.  I

18    also assist with the preparation of environmental compliance documents.  My curriculum vita is

19    attached as Exhibit A.

20    3.    I received a Ph.D. in Biological Oceanography from the University of Hawaiʻi at

21    Mānoa in 1994, a M.S. in Zoology from the University of Hawaiʻi at Mānoa in 1987, and a B.S.

22    in Biology from the College of William and Mary in 1984.  My M.S. and Ph.D. research

23    investigated the acoustic communication, social structure, habitat usage patterns, and

24    responsiveness to acoustic stimuli of humpback whales in Hawaiian waters.  I am a founding

1    member of the Hawai'i Marine Mammal Consortium, a non-profit research and conservation

2    organization.

3         4.    I continue to instruct at the biennial Bioacoustical Oceanography Workshops, a

4    training program for new students organized through Cornell University.  I typically lecture on

5    humpback whale biology, the effects of noise on marine animals, acoustical experimental design,

6    passive acoustic monitoring, making calibrated acoustic measurements, and passive acoustic

7    location techniques.

8         5.    Before joining Marine Acoustics, Inc., I was a post-doctoral research associate at

9    Cornell University's Bioacoustics Research Program for six years.  My post-doctoral research

10   included three field projects examining the responses of humpback whales to vessel noise and

11   acoustical oceanographic signals (i.e., the Acoustic Thermometry of Ocean Climate Project or

12   "ATOC").  I also participated in the Navy's Low Frequency Sound (LFS) Scientific Research

13   Program (SRP), which studied the responses of fin, blue, and gray whales to low-frequency

14   active (LFA) sonar.

15        6.    I have served as an Adjunct Professor at North Carolina State University (Marine,

16   Earth, and Atmospheric Sciences Department) and at the University of North Carolina

17   Wilmington (Biology Department), and as a committee member for students at Georgetown

18   University and Texas A&M University.  In these capacities, I have supervised the graduate

19   research of four students on such diverse subjects as dolphin behavior and acoustics, fish

20   acoustic behavior, and temporal patterns of ambient noise including the long-term response of

21   dolphins to this noise.

22        7.    I have been involved in underwater acoustic research since 1984 and have

23   conducted marine mammal research in the waters of Alaska, New Zealand, California, and

24   Hawai'i.

DECLARATION OF ADAM S. FRANKEL                                            3
Case No. 07-04771 EDL

1      8.      My scientific publication record includes nine peer-reviewed articles, three book

2  sections, and one report, as well as more than twenty abstracts for the presentation of papers at

3  scientific meetings and workshops.

4      9.      Due to my expertise related to marine mammal acoustics and underwater sound, I

5  have been asked to prepare this declaration to address:

6  •   The state of knowledge regarding received sound levels by whales during the March

7      2000 Bahamas Stranding Event;

8  •   Beaked whale sightings since the Bahamas Stranding Event, including a response to Mr.

9      Balcomb's Declaration; and

10 •   Specific issues such as whale-finding sonar; predictive modelling; and population-level,

11     cumulative, and synergistic effects on marine mammals in response to the Declarations of

12     Dr. Bain, Dr. Parsons, Dr. Baird, Dr. Weilgart, Dr. Whitehead, and Mr. Calambokidis

13     filed in support of the Plaintiffs' motion for preliminary injunction.

14     10.     My curriculum vita is attached hereto as Exhibit A.  Citations for any literature

15 referenced in my declaration are listed in Exhibit B.

16     **Whale Received Sound Levels During Bahamas Stranding Event of March 2000**

17     11.     In March of 2000, 17 cetaceans[1/] stranded during a 36-hour period primarily in

18 the Northeast and Northwest Providence Channels along the shores of three Bahamian islands,

19 Grand Bahamas, Abaco, and North Eleuthera (DoC and DoN 2001).  These strandings coincided

20 with U.S. Navy exercises in the channels that involved multiple ships and the use of tactical mid-

21 frequency sonar over a 16-hour period.  No low frequency sonar was used during the exercise.

22

23

24

---

[1/]      Cetaceans are the group of marine mammals that includes whales, dolphins, and porpoises.

DECLARATION OF ADAM S. FRANKEL                                                    4
Case No. 07-04771 EDL

1    12.    Five Navy ships operated hull-mounted active sonar in a roughly southeast to

2    northwest direction through the Providence Channels from March 14 to 15, 2000.  Two of the

3    ships operated the tactical mid-range frequency AN/SQS-53C sonar (operating at 2.6 to 3.3

4    kilohertz [kHz], with a source level of 235 dB re 1μPa at 1meter [m] or higher[2/]), while two

5    other ships operated the tactical mid-range frequency AN/SQS-56 sonar (operating at 6.8, 7.5,

6    and 8.2 kHz at a source level of 223 dB re 1μPa at 1m) (DoC and DoN 2001).

7    13.    Four species of cetaceans stranded: Cuvier's beaked whale, Blainville's beaked

8    whale, minke whale, and spotted dolphin.  Two unidentified beaked whale species also stranded.

9    The stranding of the spotted dolphin was later determined not to be associated with the sonar-

10    associated mass stranding[3/] as the animal was found to have a systemic debilitating disease (DoC

11    and DoN 2001).  Of the remaining stranded cetaceans, six died, including five Cuvier's beaked

12    whales and one Blainville's beaked whale.  The ultimate fate of the live stranded whales (minke

13    and beaked whales) is unknown as all returned to sea, some after being refloated by pushing or

14    towing to deeper water (Balcomb and Claridge 2001).

15    14.    Since these Bahamian strandings were so unusual, a comprehensive investigation

16    led by the National Marine Fisheries Service and the Department of the Navy was completed.

17    The investigation team concluded that the cause of the Bahamian strandings was the use of Navy

18    tactical mid-frequency sonars acting in combination with a number of other contributing factors

19    (DoC and DoN 2001).  This conclusion was reached due to the geographical and temporal

20    coincidence of the strandings with naval activities involving mid-frequency sonar, the nature of

21

22

---

[2/]    In underwater acoustics, dB re 1 μPa is the standard way to reference measured sound levels; these units are decibels referenced to a pressure level of 1 microPascal.

23

[3/]    A mass stranding is an event in which two or more animals, often of the same species, come onshore for an unknown reason.  In a mass stranding event, the strandings of multiple animals are spatially and temporally correlated.

24

1    the injuries to the dead-stranded animals, and the absence of any other active acoustic sources in

2    the area of the strandings.

3         15.    In 2004, the Standing Working Group on Environmental Concerns (Annex K) of

4    the International Whaling Commission reported that, "The sound exposure levels modeled

5    (Anonymous 2001) at positions of beaked whale sightings (K. Balcomb and D. Claridge

6    *personal communication* to J. Hildebrand) in the Bahamas do not exceed 160-170 dB re 1 µPa

7    for 10-30 seconds" (IWC 2004).  It is important, however, to understand the limitations of the

8    modeling on which this report is based, and to understand that it does not conclusively establish

9    the actual received sound levels that led to the whales stranding in the Bahamas.

10        16.    The above-quoted sentence (paragraph 15) summarizes the more detailed data on

11   the received levels that Hildebrand et al. (2004) presented to the U.S. Marine Mammal

12   Commission.  Hildebrand presented information on the Bahamas stranding event at the third

13   meeting of the Marine Mammal Commission's Advisory Committee on Acoustic Impacts on

14   Marine Mammals (Hildebrand et al. 2004).  The presentation, which was the result of a

15   collaboration of several scientists, including myself, described the estimated acoustic field

16   produced by the U.S. Navy vessels over a 21-hour period on March 15, 2000.  Dr. David Fromm

17   of the Naval Research Laboratory modeled the acoustic field.  These sound levels ranged from

18   235 dB (or higher) at the vessels' sonar domes (or housings) to less than 140 dB at ranges of tens

19   of kilometers from the acoustic source.

20        17.    Since the positions of the whales when they received the sound energy from the

21   sonar exercises were (and remain) unknown, the collaborative analysis team made the decision to

22   predict what the sound levels would have been at the positions where beaked whales had been

23   sighted between 1997 and 2002 as part of the research of the Bahamas Marine Mammal Survey.

24

1      18.     These sighting data are valid but not necessarily representative of the general

2   distribution of beaked whales in the Northeast and Northwest Providence Channels.  This is

3   because the majority of the surveys were conducted near the shelf break on the northern edge of

4   the Northwest Providence Channel (D. Claridge *personal communication*).

5      19.     Focusing data collection efforts at the shelf break, with little or no search effort in

6   the deeper waters, necessarily produces a nearshore bias in the data, as few data are available on

7   the number of beaked whales sighted in deeper waters.  Therefore, the modeling does not

8   account for the received sound levels that are likely to have been experienced by beaked whales

9   that may have been located in deeper water and closer to the sound source.  For the reasons I

10  discuss in more detail below, the use of this dataset biases the estimate of the whales' received

11  sound levels towards lower levels.

12     20.     Since the locations of the whales during the March event were not and cannot be

13  known, an alternative analysis was conducted to account for this uncertainty.  In this analysis,

14  several model simulations were run in which simulated beaked whales were placed in the New

15  Providence Channel.  In two of the model simulations, whales were placed uniformly throughout

16  the channel.  In two others, the distribution of whales was based on available sighting data.

17     21.     For both distributions of animals, two types of diving behavior were modeled.

18  The first behavior simulated whales that were programmed to move and dive with the best data

19  available at that time, namely beaked whale tagging data provided by Dr. Peter Tyack.  The

20  second behavior simulated the whales diving only into the sound duct[4], in an attempt to discern

21

22

---

[4]      A sound duct is a layer of the ocean where refraction and probably reflection results in
the trapping of sound waves.  A combination of sound speed profiles or boundary conditions
(ocean surface and bottom) trap sound in the layer.  The sound trapped in the layer typically
exhibits cylindrical rather than spherical spreading of sound (10 logR versus 20 logR,
respectively).  What this means is that there is better acoustic propagation (or decreased

1    the effect of differing diving behavior on the acoustic exposure of the animals.  These

2    simulations found that exposure levels as high as 180 dB re 1 μPa were reasonable and this

3    information was also presented to the Marine Mammal Commission (Hildebrand et al. 2004).

4          22.    While the analysis of sound levels and subsequent conclusions in Hildebrand et

5    al. (2004) are reasonable, they do not support a definitive consensus about the received sound

6    levels that lead to the whales stranding in The Bahamas.  The possible levels of sound exposure

7    for the whales that stranded range from the source level of the sonars (>220 dB re 1 μPa) to less

8    than 150 dB.  The actual received sound levels are undoubtedly in between these two values.

9          23.    However, in the Plaintiff's Motion for Preliminary Injunction, page 6, they assert

10   that, "In the Bahamas, the best available evidence indicates that beaked whales are likely to have

11   been exposed to 150-60 dB of sound, for roughly 1 to 2.5 minutes.  Ex. 48 at 120."  This

12   statement is a misinterpretation of David Fromm's quality research.  As referenced above

13   (paragraph 16), Fromm, of the Naval Research Laboratory, modeled the sound field produced by

14   the transit and sonar use of naval vessels through the New Providence Channel.  Known

15   positions of beaked whale sightings were placed on these soundfield maps and those positions

16   did produce estimates of 150 to 160 dB.  However, the known positions are not representative of

17   actual beaked whale distributions, as mentioned above.  The vessels collecting the beaked whale

18   sighting data rarely went into deep water (i.e., closer to the track of the naval vessels) (D.

19   Claridge *personal communication*).  Had the vessels moved further offshore and seen whales

20   there, the estimates of received levels would have been higher.  Simulation of the Bahamas

21   strandings produced predicted received levels as high as 180 dB re 1 μPa (Hildebrand et al.

22   2004).

23

24   transmission loss) in the duct.  The most common types of sound ducts are surface ducts and the
     duct-like Sound Fixing and Ranging (SOFAR) channel**.**

DECLARATION OF ADAM S. FRANKEL                                          8
Case No. 07-04771 EDL

24.     Without knowing the positions and movements of the whales, we will never know with certainty what sound exposure levels the whales received.  The best that we can do is to predict reasonable bounds around the actual sound levels.  The responsiveness of beaked whales to sonar needs to be determined through careful and controlled experimentation, such as the Behavioral Response Study recently initiated in The Bahamas.

**Beaked Whale Sightings Data Since the Bahamas Stranding Event**

25.     Mr. Balcomb, in paragraphs 10 through 11 of his Declaration, asserts that for years following the stranding event of 2000 only one of the 35 photo-identified Cuvier's beaked whales had been re-sighted.  He also states that none of the animals stranded have since been seen in the study area.  Mr. Balcomb further states that the difference in occurrence is remarkable, statistically significant, and represents a sharp and dramatic break in the sighting rates established during former years of surveys.

26.     Examination of the most recent data shows that the one Cuvier's beaked whale has been repeatedly resighted, but none of the other individuals have been resighted.  Additionally, one of the stranded Blainville's beaked whale (*Mesoplodon densirostris)* has since been re-sighted (Claridge 2006).  Since 2001, the sighting rate of Cuvier's beaked whale (*Ziphius cavirostris*) has returned to a level comparable to that which occurred prior to the stranding event (Claridge *personal communication*).  It is unclear whether the continued absence of the previously identified Cuvier's beaked whales is due to death, displacement, or normal movements of individuals.  It is important to note, however, that very little is yet known about this species, so the movements may be a normal behavior.

**Safety of Whale-finding Sonar**

27.     In paragraph 12 of his declaration, Dr. David Bain asserts that, "New technologies have not yet proven as safe and effective as hoped.  For example, whale-finding sonar showed

DECLARATION OF ADAM S. FRANKEL                                                                    9
Case No. 07-04771 EDL

1  promise but it affected the behavior of whales it was intended to protect (Frankel 2005)."  For

2  reference, I will compare the characteristics of the SSI-IMAPS sonar, which is the whale-finding

3  sonar that Dr. Bain referred to in his declaration, and the HF/M3 sonar.  The SSI-IMAPS sonar

4  had a source level of 215 dB re 1 μPa at 1 m, compared to a level of 220 dB re 1 μPa at 1 m for

5  HF/M3.  The SSI-IMAPS frequencies ranged from 21 to 25 kHz while the HF/M3 sonar uses 30

6  to 40 kHz signals.  It is true that the SSI IMAPS whale-finding sonar used in my study was

7  shown to produce a measurable change in cetacean behavior.  However, it is important to also

8  realize that the change in behavior was very small and was not at all noticeable during the field

9  observation.  Only after statistical analysis of hundreds of individuals was the very small course

10  deviation noticeable.  In contrast, the LFS SRP Phase II experiments showed that when a LFA

11  source was placed directly in the migration path of gray whales (the same position as the SSI

12  IMAPS whale-finding sonar ship), the behavioral reaction was clearly evident during field

13  observations.  Such a comparison demonstrates the small size of the effect produced by whale-

14  finding sonar signals.  Even more important to assessing sound effect is the result of the second

15  half of the LFS SRP Phase II.  During this period the LFA source was moved only two

16  kilometers offshore.  Eventually the source was used at a 15 dB higher level than when it was

17  inshore.  The obvious and evident response disappeared, even though the received level at the

18  whales was comparable to the earlier situation.  This study clearly demonstrated the importance

19  of context in how an animal responds to sound.  Given that the response to LFA dropped

20  dramatically in a different context, it is reasonable to predict that the response to whale-finding

21  sonar in different contexts would be less as well.

22      28.     The characteristics of the SSI-IMAPS and HF/M3 sonars are similar, and the

23  IMAPS sonar has been shown to have a barely measurable impact on the behavior of gray

24  whales.  HF/M3 whale-finding sonar has demonstrated its ability to detect whales (Ellison and

1    Stein 1999; Stein et al 2001).  The HF/M3 allows the operator of the SURTASS LFA sonar

2    source to delay or suspend transmissions when whales or other marine mammals are in the

3    vicinity of the LFA sonar ship.  In this manner, the high-frequency whale-finding sonar has

4    proven to be an effective mitigation tool that reduces the potential impacts of SURTASS LFA

5    sonar.

6                                    **Appropriate Use of Predictive Modeling**

7          29.       Dr. Parsons states in paragraph 12 of his declaration that predictive modeling

8    should be used by the Navy to determine areas of likely high cetacean abundance or biodiversity

9    before the Navy uses sonar in such areas.  While I agree that ecological predictive models are

10   useful tools to predict the locations of cetacean concentrations, the state of knowledge regarding

11   cetacean distribution in the western and central Pacific (where LFA currently operates) is quite

12   limited.  Therefore, the current ability to predict cetacean distribution in the central and western

13   Pacific is extremely limited.  It should also be noted that the best predictive models can only

14   identify areas of likely high cetacean abundance on long time-scales (analogous to climate).

15   Predictive models do not yet have the ability to predict short-term distribution (akin to weather).

16   On any given day, an area of predicted high cetacean density could be empty of animals.

17   Therefore, the usefulness of the real-time monitoring and mitigation regime that applies to

18   SURTASS LFA is that it allows operation in most areas while minimizing or removing the

19   impact of LFA operations, even in areas that might have an increased probability of cetacean

20   presence.

21                          **Risk of Population-Level Effects on Island-Associated Species**

22         30.       In paragraph 14 of his declaration, Dr. Baird asserts "… that the Navy may have

23   strongly underestimated the risk of population-level effects on island-associated species."  Dr.

24   Baird goes on to note in paragraph 15 that there is evidence indicating that a number of

DECLARATION OF ADAM S. FRANKEL                                                          11
Case No. 07-04771 EDL

1    odontocete[5/] species have genetic differentiation between groups living around the main islands

2    in the Hawaiian archipelago.

3           31.     It is true that recent studies, such as those cited by Dr. Baird in his declaration,

4    have indicated the potential for island-based populations of cetaceans to be somewhat isolated

5    and develop genetic differentiation from other groups.  However, the analysis of LFA operations

6    has indicated that there is virtually no risk of injury to marine mammals, due to the effectiveness

7    of the three-part monitoring program, and the risk of behavioral disturbance is small enough to

8    have a negligible impact on these populations.  Additionally, such potential disturbance would be

9    intermittent, since the total number of hours of transmission is limited and is typically distributed

10   over several operations and different geographic locations.

11          **Risk Posed by Cumulative Effects of Operating LFA Sonar in the Same Regions**

12          32.     Dr. Weilgart expresses concern in her declaration at paragraph 5 "that the Navy

13   has not adequately addressed the potential for cumulative effects from years of operating the

14   LFA system in the same regions."  The conditions of the Letters of Authorization (LOAs) for the

15   use of SURTASS LFA sonar limit the amount of harassment to 12% per stock annually.  This

16   limit applies to the combined impacts of all operation of all LFA vessels, which inherently limits

17   the amount of operation within an area within a year.  Given that the mitigation and monitoring

18   system has the demonstrated ability to prevent Level A harassment takes (injury), the issue that

19   remains is behavioral response and masking. As a practical matter, the annual limitation on the

20   number of hours that LFA ships can transmit will limit the potential effect of the sonar, and the

21   time between operations will allow any affected individuals to return to baseline behavior before

22   another operation is likely to take place.  The low duty cycle (7.5-10%) means that most of the

23   time the ship is not transmitting, thus any masking that occurs is limited and has less impact than

24
_____
[5/]     Odontocetes are toothed whales, which include dolphins and porpoises.

DECLARATION OF ADAM S. FRANKEL                                                        12
Case No. 07-04771 EDL

1    a continuous noise source.

2    <u>**Risk of Synergistic Effects with Other Environmental Stressors**</u>

3         33.    In paragraph 6 of his declaration, Dr. Whitehead states that, "The Navy's

4    dismissal of any potential for cumulative or synergistic effects with other environmental stressors

5    is without any basis in the literature." The Navy did not dismiss synergistic effects. As the

6    SEIS states, "LFA transmissions are not expected to have synergistic effects on ambient noise

7    levels, masking, or stress when operated with other anthropogenic noise sources. Therefore,

8    there are no synergistic effects from LFA that would lead to injury or lethal takes of marine

9    animals." This conclusion is based in part on the limited number of transmit hours and the low

10    duty cycle when LFA is operating. The NRC report (2003) found that one-time stimuli had

11    lesser impact than continuous stimuli. While LFA pings occur more than once, the duration of

12    operations is limited, unlike other more continous noise sources, such as shipping. Thus, the

13    types of effects Dr. Whitehead mentions were considered in the Navy's analyses, but the results

14    indicated that no synergistic effects or injuries to marine animals are expected with mitigation.

15    <u>**Potential Effects of LFA Sonar on North Pacific Humpback Whales**</u>

16         34.    Mr. Calambokidis expresses concern in his declaration (paragraph 6) about LFA

17    transmissions near the breeding grounds of North Pacific humpback whales due to the

18    demonstrated response of humpback whale singers to LFA transmissions (Miller et al. 2000).

19    (Such concerns were addressed in the Response to Comments section of the FEIS [4.30.30 at 10-

20    72 through 10-73]). Miller et al. (2000) examined the length of songs from six individual

21    humpbacks before, during, and after LFA transmissions and did show a statistically significant

22    increase in song length during the LFA transmission. However, the Miller et al. (2000) study is

23    limited by its small sample size and because it did not consider other variables that may affect

24    song length. A more detailed study using a much larger dataset (N=378 songs) collected during

1    the same LFA transmission experiment found that the longest songs were sung 1 to 2 hours

2    AFTER exposure to LFA transmissions (Fristrup et al. 2003).  The Fristrup et al. (2003) study

3    also included other natural factors that were not considered by Miller et al (2001).  The Fristrup

4    et al. (2003) study found that the change in song length was well within the natural range of

5    variation for song length, that LFA transmission accounted for a very small percentage of the

6    variability in song length, and that changes in song length responded to time of day and density

7    of singers.  Therefore, other factors are much more important in determining song length in

8    humpback whales, and LFA does not produce dramatic changes in acoustic behavior that would

9    lead to biologically significant effects.  The best available data to date support the conclusion

10   that LFA transmissions have a minimal effect on humpback whale song.

11

12

13   Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true

14   and correct to the best of my knowledge, information, and belief.

15

16   Executed this *13* day of ___*November*___ 2007 in ___*Arlington, VA*___

17

18   _____

19

20

21

22

23

24

DECLARATION OF ADAM S. FRANKEL                                                    14
Case No. 07-04771 EDL

1    EXHIBIT A—CURRICULUM VITA OF ADAM S. FRANKEL

2    ACADEMIC AFFILIATIONS

3    12/01 – present:  Adjunct Professor of Marine, Earth and Atmospheric Sciences, North Carolina

4    State University.

5    8/00 – present:  Adjunct Professor of Biology, University of North Carolina, Wilmington.

6    2/00 – present:  Founding member of the Hawai'i Marine Mammal Consortium

7

8    DEGREES RECEIVED

9    December 1994, Doctor of Philosophy, Department of Oceanography, University of Hawai'i at

10   Manoa. Dissertation Title: Acoustic and Visual Tracking reveals distribution, song variability

11   and social roles of humpback whales in Hawaiian waters.

12   December 1987, Master of Science, Department of Zoology, University of Hawai'i at Manoa.

13   Thesis Topic: Sound Playback Experiments with Humpback Whales *Megaptera novaeangliae* in

14   Hawaiian Waters.

15   May 1984, Bachelor of Science, Department of Biology, College of William and Mary.

16

17   RESEARCH EXPERIENCE

18   6/05 – 12/04 Prepared Marine Mammal 'take' estimate reports for Minerals Management

19   Service.  Created marine mammal simulations to estimate the impact of Airgun operations as

20   well as the Explosive Removal of Offshore Structures (EROS). Worked with Columbia

21   University Lamont-Doherty Earth Observatory and Oil Industry personnel to develop a custom

22   configuration of acoustic propagation models that predict airgun signal propagation.  Final

23   reports listed predicted marine mammal takes given existing regulatory thresholds.

24

DECLARATION OF ADAM S. FRANKEL                                                            15
Case No. 07-04771 EDL

1    1/04 – Designed and implemented gray whale observation study to verify the performance of a

2    whale-tracking sonar system.  Secondary objective was to examine for any behavioral responses

3    of whales to the sonar system.

4    1/00 – present        Senior Scientist at Marine Acoustics.  Involved in sound propagation research,

5    bowhead whale census, and the transmission of airborne noise into the water column.  Directed

6    visual and passive acoustic marine mammal surveys.  Program manager for the Acoustic

7    Integration Model.

8    2/00 – 2/00:  Bioacoustic Consultant for North Slope Borough Bowhead Whale Census.

9    12/94 – 1/00:  Post-Doctoral Research Associate at Cornell Bioacoustics Research Program.

10   Main research focus is the effects of low frequency sound on marine mammals, continuing to

11   oversee ATOC project. Lead project in New Zealand on sperm whale passive acoustic tracking.

12   Participated in several other marine mammal bioacoustics research projects.  Participated in Low

13   Frequency Active (LFA) research project on blue, fin and gray whales.

14   9/93 - 12/94: Field director for ATOC marine mammal research program. Directed shore-based

15   acoustic and visual research, boat-based acoustic data collection, preparation of moored

16   hydrophone array system.

17   4/93 - 6/93:  Acoustic Census Technician for North Slope Borough Bowhead Whale Census.

18   2/93 - 3/93:   Research Assistant for University of Hawaii ATOC project, aerial surveys.

19   1/87 - 1/92:   Co-Principal Investigator and Field Director of the University of Hawaii research

20   projects: "Sound playback experiments with Humpback Whales" and "Acoustic Localization of

21   Vocalizing Humpback Whales.

22   6/91 - 7/91:    Research assistant on University of Hawaii/NOAA/Scripps Institute Benthic

23   Ecology cruise: Benthic Impact Experiment.

24

DECLARATION OF ADAM S. FRANKEL                                                                16
Case No. 07-04771 EDL

1    1/85 - 12/86:  Senior research assistant for University of Hawaii research project entitled "Sound

2    playback experiments with Humpback Whales."

3    6/84 - 12/84:  Research assistant for the University of Hawaii research project entitled

4    "Assessment of vessel impact on the humpback whales of Glacier Bay, Alaska."

5

6    PROFESSIONAL EXPERIENCE

7    1/00 – present:  Senior Scientist at Marine Acoustics, Inc.  Prepare and assist in preparation of

8    environmental documentation.

9    12/99-12/99:  Invited lecturer at Marine Mammal Bioacoustics short course, held by the

10    Acoustical Society of America at the Thirteenth Biennial Conference on the Biology of Marine

11    Mammals.

12    6/98 - 6/98:    Instructor at Bioacoustics Workshop to be held at the University of New

13    Hampshire, Burlington.

14    8/97 - 8/97:    Instructor at Bioacoustics Workshop held at University of California, Santa Cruz.

15    8/96 - 12/96:  Part of Instruction team for Bioacoustics course, Cornell University.

16    8/96 - 8/96:    Instructor at Bioacoustics Workshop held at University of California, Santa Cruz.

17    5/95 - 5/95:    Participated in Workshop to develop a research and management plan for the

18    Hawaiian Islands Humpback Whale National Marine Sanctuary.

19    8/91 - 5/93:    Lecturer/Teaching Assistant. Directed laboratory and organized Oceanography 201

20    course.

21    1/93 - 4/93:    Data collection protocol consultant for University of Hawaii ATOC project

22    8/90 - 12/90:  Lecturer at Windward Community College. Taught Microbiology 130.

23    8/88 - 12/88:  Lecturer at Honolulu Community College. Taught Oceanography 201.

24

DECLARATION OF ADAM S. FRANKEL                                                          17
Case No. 07-04771 EDL

8/84 - 7/88:  Teaching assistant for University of Hawaii Departments of Biology and Oceanography. Taught Cellular Biology (Bio 221 and 403) and General Oceanography (Ocean 201) laboratories.

5/85 - 8/85:  Statistical and computer assistant for analysis t on research project entitled "The effects of vessel traffic on the behavior of humpback whales in Hawaii."

STUDENTS SUPERVISED

Suzanne E. Yin, Master's Thesis, Texas A&M University.  Completed 1999.

Genevieve Havilland, Master's Thesis, University of North Carolina, Wilmington.  Completed 2002.

Jennifer Pettis, Master's thesis, Georgetown University, Washington, D.C. Completed 2004.

Anna Barrios, M.S. Thesis, North Carolina State University, Raleigh, N.C., Completed 2004.

PRESENTATION AND PUBLICATIONS

Frankel AS, RH Love, C Monjo, B Newhall, JI Arvelo, jr, WT Ellison. 2006. Physics-based volume clutter from GeoClutter biological distributions.  J. Acoust. Soc. Am.  119(5):3437.

Frankel, AS 2005. Gray whales hear and respond to signals 21 kHz and higher. 16th biennial conference on the biology of marine mammals. San Diego.

Frankel AS, Ellison WT (2004) Acoustic Integration Model (AIM) modeling of Oil Industry Activities to derive marine mammal 'take' estimates. International Marine Environmental Modeling Seminar. Washington, D.C.

Frankel AS, Ellison WT, Buchanan J (2002) Application of the Acoustic Integration Model (AIM) to predict and minimize environmental impacts. IEEE Oceans 2002:1438-1443

1   Frankel, A.S. 2002. Sound Production. in Perrin, Würsig and Theiwissen, eds.  The

2   Encyclopedia of Marine Mammals.  Academic Press, San Diego. pp 1126-1138.

3   Frankel, A.S. and C.W. Clark. 2002. Factors affecting the distribution and abundance of

4   humpback whales (*Megaptera novaeangliae*) off the North Shore of Kaua'i. Mar. Mamm. Sci.

5   18(3):644-662.

6   Frankel, A.S. 2001. Dive Patterns and source Levels of Sperm Whales off New Zealand. 144th

7   meeting of the Acoustical Society of America.

8   Frankel, A.S. submitted. Individual Variation in Structure and Amplitude of Concurrently

9   Recorded Humpback Whale (*Megaptera novaeangliae*) Song Units. Anim. Behav.

10   Frankel, A.S. 2000.  Comparison of Alaskan and Hawaiian humpback whale song at the song-

11   unit level.  140th meeting of the Acoustical Society of America..

12   Frankel, A.S. and C.W. Clark. 2000. Behavioral Responses of Humpback Whales (*Megaptera*

13   *novaeangliae*) to Operational ATOC signals. J. Acoust. Soc. Am. 108(4): 1930-1937.

14   Frankel, A.S. and C.W. Clark. 1998. Results of low-frequency m-sequence noise playbacks to

15   humpback whales, *Megaptera, novaeangliae*, in Hawai'i. Can. J. Zool. 76(3) 521-535.

16   Frankel, A.S. 1996. Effects of scaled ATOC playbacks on the behavior of humpback whales in

17   Hawai'i. Presented at the 132nd Conference of the Acoustical Society of America, Honolulu, HI.,

18   Dec 1996. Abstract. J. Acoust. Soc. Am., Vol. 100 no.4, Pt. 2, Oct. 1996, p.2611.

19   Frankel, A.S., and C. W. Clark. 1996 Preliminary results of a scaled playback experiment of

20   ATOC-like signals to humpback whales; Presented at the 131st Conference of the Acoustical

21   Society of America, Indianapolis, May 1996 J. Acoust. Soc. Am. 99 (4): 2556.

22   Frankel, A.S., J.R. Mobley, and L.M. Herman. 1995. Estimation of auditory response thresholds

23   in humpback whales using biologically meaningful sounds. In Sensory systems of aquatic

24   mammals. Edited by Kastelein, R.A., J.A. Thomas and P.E. Nachtigall. De Spil, Netherlands. pp.

1    55-70.

2    Frankel, A.S., C.W. Clark, L.M. Herman, L.M. and C.M. Gabriele. 1995. Spatial Distribution,

3    Habitat Utilization, and Social Interactions of Humpback Whales, *Megaptera novaeangliae*, off

4    Hawai'i using Acoustic and Visual Techniques. Can. J. Zool. 73(6) 1134-1146.

5    Frankel, A.S., Smultea, M.A., Gabriele, C.M., Kieckhefer, T.R., and Clark, C.W. 1995.

6    Humpback whale behavior and vessel effects from the 1994 Hawai'i shore-based ATOC baseline

7    study. Abstract. Eleventh Biennial Conference on the Biology of Marine Mammals, Dec 1995,

8    Orlando, Fl.

9    Frankel, A.S., and C.W. Clark. 1995. Using combined acoustic tracking and visual observation

10    techniques to study humpback whales. Abstract submitted to Acoustical Society of America for

11    conference 30 May - 3 June 1995, Washington, DC.

12    Frankel, A.S. 1995. The Acoustic Environment of Hawai'i. Workshop to develop a research and

13    management plan for the Hawaiian Islands Humpback Whale National Marine Sanctuary.

14    Frankel, A.S. and C.W. Clark. 1994. The effects of sound on marine mammals. Invited Paper,

15    Acoustical Society of America

16    Frankel, A.S., L.M. Herman and J.R. Mobley. 1993. The responses of humpback whales to

17    playback of natural and artificial sounds in Hawaii. Invited Paper, Acoustical Society of America

18    Frankel, A.S., C.W. Clark, L.M. Herman, C.M. Gabriele, T.R. Freeman and M.A. Hoffhines.

19    1993. Variation in unit structure of humpback whale song. Tenth Biennial Conference on the

20    Biology of Marine Mammals.

21    Frankel, A.S., C.W. Clark, L.M. Herman and C.M. Gabriele. Article submitted to Canadian

22    Journal of Zoology. Spatial Distribution, Habitat Utilization, Movements and Social Interactions

23    of Humpback Whales, *Megaptera novaeangliae*, off Hawai'i using Acoustic and Visual

24    Techniques

1   Frankel, A.S., C.W. Clark, L.M. Herman, C.M. Gabriele, M.A. Hoffhines and T.R. Freeman.

2   1991. The spacing function of humpback whale song. Ninth Biennial Conference on the Biology

3   of Marine Mammals.

4   Frankel, A.S., C.W. Clark, L.M. Herman, C.M. Gabriele, M.A. Hoffhines, T.R. Freeman, and

5   B.K. Patterson. 1989. Acoustic location and tracking of wintering humpback whales (*Megaptera*

6   *novaeangliae*) off South Kohala, Hawaii. Eighth Biennial Conference on the Biology of Marine

7   Mammals.

8   Frankel, A.S. "Acoustic Communication and Natural History of Humpback Whales" L.J. King

9   Memorial Lecture, Rochester Academy of Science. November, 1989.

10  Frankel, A.S. 1987. Sound playback experiments with humpback whales *Megaptera*

11  *novaeangliae* in Hawaiian waters. A Thesis submitted to the Graduate Division of the University

12  of Hawaii in Partial Fulfillment Of The Requirements For the Degree of Master Of Science In

13  Zoology.

14  Frankel, A.S. and L.M. Herman. 1987. Sound playback experiments with humpback whales

15  *Megaptera novaeangliae* in Hawaiian waters. Seventh Biennial Conference on the Biology of

16  Marine Mammals, Presentation.

17  Au, W.W.L., A.S. Frankel, D.A. Helweg and D.H. Cato. 2001.  Against the Humpback Whale

18  Sonar Hypothesis.  IEEE J. Ocean. Eng.  26(2): 295-299.

19  Bauer, G.B., L.M. Herman, B.G. Bays, T. Kieckhefer, B. Taylor, P. Dawson, M. Veghte, and

20  A.S. Frankel. 1985. Effects of Vessel Traffic on the Behavior of Humpback Whales in Hawaii.

21  Sixth Biennial Conference on the Biology of Marine Mammals.

22  Davidson, John, Adam S. Frankel, William Ellison, Steven Summerfelt, Arthur N. Popper,

23  Patricia Mazik and Julie Bebak . in press. Minimizing noise in fiberglass aquaculture tanks:

24  Noise reduction potential of various retrofits.  Aquacultural Engineering.

Genevieve Haviland-Howell, Adam Frankel, Laela Sayigh, Christopher Powell, Alessandro Bocconcelli, and Russell Herman. 2007. Recreational boating traffic: A chronic source of anthropogenic noise in the Wilmington, North Carolina Intracoastal Waterway. Journal of the Acoustical Society of America. 121(1): 151-160.

Helweg, D.A., A.S. Frankel, J.R. Mobley, jr and L.M. Herman. 1992. Humpback whale Song: Our current understanding. *in* Thomas, J.A., R.A. Kastelein and A. Supin, *eds*. Sensory Abilities of Marine Mammals.

Mobley, J.R., Grotefendt, R.A., Forestell, P.H. and Frankel, A.S. 1999. Results of marine mammals in the major Hawaiian Islands (1993-1998): Report to the Acoustic Thermometry of Ocean Climate Marine Mammal Research Program (ATOC MMRP).

Mobley, J.R., Grotefendt, R.A., Forestell, P.H., Spitz, S.S. Brown, E. Bauer, G. and Frankel, A.S. 1999. Population estimate for "Hawaiian" humpback whales: Results of 1993-1998 aerial surveys. Thirteenth Biennial Conference on the Biology of Marine Mammals

Mobley, J.R., L.M. Herman, and A.S. Frankel. 1988. Responses of wintering humpback whales (*Megaptera novaeangliae*) to playback of recordings of winter and summer vocalizations and of synthetic sound. Behavioral Ecology and Sociobiology. 23: 2111-223.

Mobley, J.R., L.M. Herman, and A.S. Frankel. 1986. Sound playback experiments with humpback whales in the Hawaiian wintering grounds. Sea Grant Quarterly. 8(3):1-6.

Mobley, J.R., L.M. Herman, G. Kaufman, A. S. Frankel, F.M. Minogue. 1985. Behavioral Responses of Humpback Whales to Playback. Sixth Biennial Conference on the Biology of Marine Mammals.

Wysocki, L.E., J.W. Davidson, III, M.E. Smith, A.S. Frankel, W.T. Ellison, P.M. Mazik, A.N. Popper, J Bebak. 2007. Effects of aquaculture production noise on hearing, growth, and disease

1  resistance of rainbow trout Oncorhynchus mykiss. Aquaculture.

2  doi:10.1016/j.aquaculture.2007.07.225.

3

4  CONTRACTS, GRANTS AND AWARDS

5  2004       Gray whale tracking study to verify sonar performance and investigate potential

6  whale response to the sonar.

7  2003       Modeling the effects of seismic airgun operation and explosive removal activities in

8  the Gulf of Mexico.  Minerals Management Service

9  2003       Development of the Acoustic Propagation Verification (APV) software tool.  Version

10  2.0, implement impulsive source modeling.   National Marine Fisheries Service

11  2002       Development of the Acoustic Propagation Verification (APV) software tool.

12  National Marine Fisheries Service

13  2002       Development of the Acoustic Integration Model (AIM) for the Effects of Sound on

14  the Marine Environment. Office of Naval Research.

15  2000-2004 Visual and acoustic marine mammal mitigation and survey efforts.  Office of Naval

16  Research.

17  1994-2000 Marine Mammal Research Program of the ATOC Program.  Clark and Munk,

18  principal investigators

19  1992       Effects of Low Frequency Sound on humpback whales. Frankel and Clark, Co-

20  principal investigators.

21  1991       Acoustic Analysis of cetacean vocalizations. Frankel and Driscoll, Co-principal

22  Investigators. Waikoloa Marine Life Fund.

23  1991       Humpbacks off Hawaii: Acoustic Localization. Frankel and Herman, Co-Principal

24  Investigators. Center for Field Research.

1   1990        Humpbacks off Hawaii: Acoustic Localization. Frankel and Herman, Co-Principal

2   Investigators. Center for Field Research.

3                Acoustic Location and Tracking. University of Hawaii Sea Grant program.

4                A Pilot Acoustic Study of the Effects of Vessels upon the Behavior of Humpback

5   Whales in Hawai'i. Whale-Aid Foundation.

6                Acoustic Location Studies of Hawaiian Humpback Whales. Dolphinquest.

7   1989        Humpbacks off Hawaii: Acoustic Localization. Frankel and Herman, Co-Principal

8   Investigators. Center for Field Research.

9                Analysis of Acoustic Localization Data. Lerner-Gray Fund of the American Museum

10  of Natural History.

11  1987-88    Humpbacks off Hawaii: Playback experiments. Frankel and Herman, Co-Principal

12  Investigators. Center for Field Research.

13  1985-87    Sound playback experiments with Hawaiian humpback whales. Seagrant program of

14  the University of Hawaii.

15

16  PROFESSIONAL SOCIETIES

17  The Society for Marine Mammalogy

18  Acoustical Society of America

19  Hawai'i Marine Mammal Consortium

20

21  EXHIBIT B—LITERATURE CITED

22  Balcomb, K., and D. Claridge. 2001. A mass stranding of beaked whales in The Bahamas. Pages

23  14-15 in Abstracts, Fourteenth Biennial Conference on the Biology of Marine Mammals.

24

DECLARATION OF ADAM S. FRANKEL                                                                24
Case No. 07-04771 EDL

1  Claridge, D. E. 2006. Fine-scale distribution and habitat selection of beaked whales. Master's

2  thesis. University of Aberdeen.

3  Claridge, D. 2007. Personal communication of Ms. Diane Claridge, Bahamas Marine Mammal

4  Research Organisation, and Dr. Adam S. Frankel, Marine Acoustics, Inc.

5  DoC and DoN (Department of Commerce and Department of the Navy). 2001. Joint Interim

6  Report on the Bahamas Marine Mammal Stranding Event of 15-16 March 2000.

7  Ellison, W.T., and P.J. Stein. 1999. SURTASS LFA high frequency marine mammal monitoring

8  (HF/M3) sonar: System description and test and evaluation. Contract # N66604-98-D-5725.

9  Prepared for the Department of the Navy.

10  Fristrup, K.M., L.T. Hatch, and C.W. Clark. 2003. Variation in humpback whale (*Megaptera*

11  *novaeangliae*) song length in relation to low-frequency sound broadcasts. Journal of the

12  Acoustical Society of America 113:3,411-3,424.

13  Hildebrand J., K.C. Balcomb III, R. Gisiner. 2004. Modeling the Bahamas Beaked Whale

14  Stranding of March 2000. In: Third Plenary meeting of the U.S. Marine Mammal Commission

15  Advisory Committee on Acoustic Impacts on Marine Mammals.

16  IWC (International Whaling Commission). 2004. 2004 Report of the Scientific Committee,

17  Annex K, Report of the Standing Working Group on Environmental Concerns.

18  Miller, P.J.O., N. Biassoni, A. Samuels, and P.L. Tyack. 2000. Whale songs lengthen in response

19  to sonar. Nature 405:903.

20  Stein, P.J., J. Rudzinsky, M. Birnham, W. Ellison, and J. Johnson. 2001. High frequency marine

21  mammal monitoring active sonar system. MTS 0-9333957-28-9. Paper presented at MTS/IEEE

22  Oceans 2001 conference, Honolulu, Hawaii, November 5-7 2001.

23

24