RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax) / (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

Counsel for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) Civ. Action No. 07-4771-EDL |
| | ) |
| | ) |
| | ) **DECLARATION OF** |
| CARLOS M. GUTIERREZ, SECRETARY OF | ) **ARTHUR N. POPPER, PH.D.** |
| THE UNITED STATES DEPARTMENT OF | ) |
| COMMERCE, et al. | ) |
| | ) |
| Federal Defendants. | ) |

1    I, ARTHUR N. POPPER, declare that the following is true and correct to the best of my

2    knowledge,

3    1.    I am a professor in the Department of Biology at the University of Maryland,

4    College Park.  I also am Interim Associate Dean of the College of Chemical and Life Sciences.

5    Concurrently, I am Co-Director of the Center for Comparative and Evolutionary Biology of

6    Hearing, an internationally known auditory neuroscience research group at the University of

7    Maryland.  I have also served as chair of the Department of Zoology (now Biology) at the

8    University of Maryland (10 years) and as Director of its Neuroscience and Cognitive Science

9    Program (six years).  My curriculum vita is attached to this declaration as Exhibit A.

10    2.    My Laboratory of Aquatic Bioacoustics at the university is primarily involved in

11    the study of hearing mechanisms and capabilities of aquatic organisms (topics of my research for

12    over 40 years).  Most of the research in my laboratory focuses on fishes, although we have done

13    limited studies of other animals including sharks, alligators, birds, and marine mammals.  Our

14    studies focus on hearing including the basic structure and function of the auditory system in

15    fishes and their sensory hair cells, behavioral investigations to determine what fishes can hear,

16    and physiological investigations of the fish ear and brain responses.  Most recently, my

17    laboratory has become extensively involved in research related to the effects of human-generated

18    (anthropogenic) sound on aquatic organisms, including explorations of the behavioral and

19    physiological effects of increased ambient sounds on fishes.  We have published some of the first

20    peer-reviewed research that has specifically addressed issues related to the effects of human-

21    generated sounds on fish (e.g., Popper et al. 2005, 2007).

22    3.    I received an undergraduate degree (B.A.) in Biology from New York University,

23    Bronx, New York in 1964.  I received my Ph.D. in Biology from the City University of New

24    York in 1969.  My Ph.D. research investigated mechanisms of sound detection by fish.  After

1    receiving my doctorate, I accepted a position as assistant professor in the Department of Zoology

2    at the University of Hawai'i in 1969.  Subsequently, I was an associate professor in Hawai'i and

3    then associate and full professor at the Georgetown University School of Medicine, which I

4    joined in 1978.  I joined the faculty at the University of Maryland (College Park) in 1987 as

5    professor and chair of the Department of Zoology.

6         4.    I have published over 178 scientific articles, most of which have been

7    peer-reviewed.  I have edited over 37 books on hearing, including 33 volumes of the Springer

8    *Handbook on Auditory Research* series (28 published, five in press).  I have authored dozens of

9    other publications including reports, conference proceedings, and abstracts.

10         5.    I have been elected a Fellow of the Acoustical Society of America and of the

11   American Association for the Advancement of Science.  I have served as American editor for the

12   journal Bioacoustics and I serve, or have served, on the editorial boards of other journals

13   including *Hearing Research* and *Acta Zoologica*.  Until recently, I co-chaired the journal

14   publications committee of the Association for Research in Otolaryngology and was instrumental

15   in the founding of the journal for that society.

16         6.    I have been involved as a subject matter expert with the development of the

17   environmental impact statements (EIS) for the U.S. Navy's Surveillance Towed Array Sensor

18   System (SURTASS) Low Frequency Active (LFA) sonar.  I authored and reviewed the sections

19   of the Final EIS (FEIS) and Supplemental EIS (SEIS) documents that dealt with fishes and sea

20   turtles.  I also serve as a subject matter expert in studies of fish passage, effects of seismic

21   air-guns, effects of pile driving activities, and other projects for private, state, and federal

22   organizations in the U.S. as well as abroad.  I served on several panels of the National Research

23   Council (NRC) of the National Academies of Sciences that investigated the effects of

24   human-generated sound on marine mammals, and I chaired the NRC panel that reported in 2000.

DECLARATION OF ARTHUR N. POPPER                                                                    3
Case No. 07-04771 EDL

1  Most recently, I have been co-organizer of the first International Conference on the Effects of

2  Sound on Aquatic Organisms that took place in Nyborg, Denmark in August 2007.  I also

3  co-chair the Acoustical Society of America standards working group on the Effects of Human

4  Generated Sound on Fish and Turtles.

5        7.      Owing to my expertise and experience regarding fish hearing and bioacoustics,

6  especially relating to SURTASS LFA, I have been asked to submit this declaration to address

7  issues related to possible noise effects on fish hearing from the use of low frequency sonar and to

8  address specific statements made by Dr. Joseph J. Luczkovich in his October 12, 2007

9  declaration that was filed with this court.  The topics I have been asked to address are:

10  •      My experiments to determine impacts from SURTASS LFA sonar on fishes and fish

11          hearing including masking and extrapolating the results to other fish species;

12  •      My experiments to determine impacts from seismic airguns on fishes and fish hearing;

13  •      A synthesis of impacts to fish and fish hearing as a result of exposure to LFA sonar and

14          seismic airguns;

15  •      Overview of other experiments and papers on impacts to fishes from non-impulsive

16          sound;

17  •      Dr. Luczkovich's Declaration filed in support of Plaintiffs' motion for preliminary

18          injunction.

19        8.      Citations for any literature referenced in my declaration are included as Exhibit B.

20                      **SURTASS LFA Sonar Experiments on Fishes**

21        9.      Over the past several years, my laboratory has been involved in a Navy-funded

22  research project to examine the effects of SURTASS LFA sonar on fish.  I find it important to

23  note that while the Navy provided funds for the project and gave us access to a site at which to

24  do the work, they, in no way whatsoever, were involved in the experimental design, data

DECLARATION OF ARTHUR N. POPPER                  4
Case No. 07-04771 EDL

1    acquisition (other than to provide some hydrophones to record data), or data analysis[1].  The

2    study, the first part of which is published as Popper et al. 2007, was conducted at the Navy sonar

3    test range at Seneca Lake in New York.  This range is unique in that it enabled us to test the

4    effects of an actual SURTASS LFA sound source on fish – something that can be done nowhere

5    else and certainly not in the laboratory due to the size of the sound source and the large amount

6    of power (1,600 volts) needed to produce the sounds from the source.

7        10.    In the LFA experiments, rainbow trout (a "hearing generalist")[2] and channel

8    catfish (a "hearing specialist")[3] were placed in a specially designed test tank that did not alter

9    the sound field to which the fish were exposed.

10       11.    Fish were exposed to sonar sound in Seneca Lake, using a test signal and sound

11   levels that are similar to the in the ocean and exposed to the LFA sonar from a vessel.  The

12   experimental sounds were produced using a single LFA sonar transmitter, which generated

13   signals very similar to the actual sonar signals used by the Navy.  The sounds were measured in

14   the tank using multiple hydrophones (underwater microphones) and found to be about 193 dB re

15   1 μPa[4], a level that is equivalent to a LFA sound at about 200 m from an actual source.  Each

16   fish was exposed to the LFA sound for three 108-second periods, with each period separated by

17   nine minutes (the separation between presentations was to allow the LFA sound source to cool

18   down and to approximate the duty cycle of a signal during an actual LFA test).  In total, each fish

19

20   [1]    In paragraph 6 of his declaration, Dr. Luczkovich points out that the Popper et al. (2007) study was funded by the Navy. However, as pointed out here in my declaration, in the SEIS, and in the Acknowledgements section of the Popper et al. (2007) peer-reviewed publication, the Navy did nothing whatsoever to influence the work done by my colleagues and myself.  Indeed, our point of contact for the funding, Mr. Joseph Johnson, has never visited the experimental site during our experiments or my laboratory at the University of Maryland.

23   [2]    Fish that have no special anatomical structures for increased hearing capacity.

     [3]    Fish that have special anatomical structures that help them hear better than other species.

24   [4]    In underwater acoustics, dB re 1 μPa or decibels referenced to a pressure level of one microPascal, is the standard way to reference measured sound level.

DECLARATION OF ARTHUR N. POPPER                                           5
Case No. 07-04771 EDL

1  was exposed to the LFA sound at 193 dB re 1 µPa for 324 seconds.  After exposure, the fish

2  were taken to shore.  Fish were then tested for hearing capabilities and hearing was compared to

3  hearing in control fish.  Control fish were not exposed to the sound, but were otherwise treated

4  identically to the experimental animals, including placing the controls in the test tank, lowering

5  them to the experimental depth, leaving them at depth for the same time period as the exposed

6  animals, and then bringing them to the surface and to shore precisely as was done for the

7  experimental animals[5/].  After experimental and control animals had their hearing tested, the fish

8  were then used for studies of ear structure.  In addition, an expert fish pathologist, who

9  collaborated with us on this project, examined other control and exposed fish for effects on body

10  tissues.  Additional animals were held for one or more days after they were exposed to sound for

11  examination of any longer-term effects of the sound exposure.

12      12.    There were no short- or long-term effects on ear tissue as a result of the LFA

13  sonar experiments (Popper et al. 2007).  The ears' sensory cells of both species tested were intact

14  both immediately after exposure and up to 96 hours after the end of exposure.  A number of

15  studies have examined the effects of high intensity sound on the sensory hair cells of the ear.

16  These cells transduce (convert) the mechanical energy in the sound field into a signal that is

17  compatible with the nervous system.  Loss of these cells in mammals (including humans) results

18  in permanent hearing loss (e.g., Fletcher and Busnel 1978; Saunders et al. 1991).  Thus, it is

19  _____

[5/]      We also did identical studies with a group of fish we called "baseline control."  These
20  animals were from the same stocks as the experimental and control animals, but they were never
placed into the test tanks or moved to the barge.  The purpose of the baseline controls is to
21  "control for the controls."  By this, we mean that these animals controlled against any effects
from handling that may have occurred in the experimental or control animals.  If there were
22  differences in hearing or other structures between baseline controls and controls, it would mean
that the handling of the fish had an impact on the animals and this would have led to concerns
23  that any effects in experimental animals resulted from handling rather than sound exposure.
However, no differences were found in any results between baseline controls and controls,
24  thereby indicating that any changes in hearing or other tissues in the experimental animals had to
be a result of the exposure to sound.

DECLARATION OF ARTHUR N. POPPER                                    6
Case No. 07-04771 EDL

1    likely that comparable damage to sensory hair cells in fish could also result in hearing loss.

2    However, while there are studies, as discussed below, indicating some damage to sensory hair

3    cells in fish resulting from exposure to very intense and relatively long signals, there has yet to

4    be any study that has examined fish hearing before and after such damage.  Thus, while it may be

5    speculated that fish with damaged and destroyed sensory hair cells would also have hearing loss,

6    to date this is only conjecture.

7        13.    The catfish and some of the specimens of rainbow trout involved in the

8    experiment showed 10 to 20 dB of hearing loss immediately after exposure to the LFA sound

9    when compared to baseline-control and control animals, but hearing appeared to return to, or

10   close to, normal within about 24 to 48 hours for catfish.  Other rainbow trout showed minimal or

11   no hearing loss.  We are not sure why some of the rainbow trout experienced this effect and

12   some did not, although we suspect that it was due to genetic or early developmental effects.  In

13   other words, something may have happened to some of the fish during their early development

14   that made them more susceptible to loud sounds, just as various environmental variables may

15   affect the development of a human embryo.

16       14.    In summary, the sound level to which fish were exposed in the Navy's LFA sonar

17   experiments was 193 dB re 1 μPa received level (RL), a level that is found within about 200

18   meters (m) (656 feet [ft]) of the LFA sonar source array.  Thus, the likelihood of exposure to this

19   or a higher sound level is small, considering all the possible places a fish might be relative to the

20   sound source.  The volume of the ocean ensonified by a single SURTASS LFA sonar source at a

21   received level of 193 dB re 1 μPa or higher is very small compared to the ocean area ensonified

22   by the LFA sonar source at lower sound levels or not ensonified at all.

23       15.    In the LFA sonar sound experiments, the sound that was used represented a

24   "worst-case" exposure.  In effect, the exposures during the experiments were most likely

1    substantially greater than any exposure a fish might encounter in the wild.  In the LFA sonar fish

2    study, each fish received three exposures to a high-level LFA sonar (duration of each exposure

3    was 108 seconds, for a total of 324 seconds).  However, under normal circumstances, the

4    SURTASS LFA sonar source is on a moving ship.  A fish in one location will only receive

5    exposure to the highest sound level for a few seconds (depending on ship speed and whether the

6    fish is moving or not, and its direction of motion and speed).

7           16.    Further, the sound level as the LFA ship approaches and passes a fish is for a

8    much shorter duration than the exposure in our SURTASS LFA sonar experiments at Seneca

9    Lake.  Thus, rather than receiving 108 seconds at 193 dB re 1 μPa as happened at Seneca Lake, a

10   fish in the ocean would be exposed to the maximum for a shorter time.  Exposure at the

11   maximum sound level (193 dB re 1 μPa) in our study occurred for a total of 324 seconds and did

12   not cause damage to fish other than what appeared to be only a temporary, limited hearing loss.

13   It is thus unlikely that a shorter exposure would result in any measurable hearing loss or non-

14   auditory damage to fish unless they were so close to the SURTASS LFA sonar source that they

15   received a maximum output of 215 dB re 1 μPa.  Even then, exposure at maximum output would

16   be for a minimal period of time.  It should be reiterated that 193 dB re 1 μPa had no real adverse

17   effects on the fish tested.

18          17.    While it was not possible to present a higher sound level to the fish in this

19   experiment because that might have damaged the expensive equipment, it is very likely that a

20   shorter exposure than 108 sec to an even higher sound level may not have adversely affected the

21   fish.  In effect, it is likely that fish could be even closer than 200 m (656 ft) to the source array

22   and not be damaged by the sounds.

23

24

DECLARATION OF ARTHUR N. POPPER                                                              8
Case No. 07-04771 EDL

**Seismic Airgun Experiments on Fishes**

18.    My laboratory has also been involved with other research on the impacts on fish and fish hearing of other anthropogenic sound sources, such as seismic airguns.  In Popper et al. 2005a, we presented the results of exposing fish to sounds produced by seismic air guns in the Mackenzie Delta in the Northwest Territories, Canada.  This study used a variety of controls to ensure that the data obtained were accurate and not the result of experimental artifact.  Importantly, this was the first study on effects of anthropogenic sound that examined effects on hearing sensitivity of fish (measured using recordings from the ear and brain).  This airgun study was also the first study that *paired* investigations of the effects of these sounds on hearing and on the tissues of the inner ear.  The effects on tissues were very recently submitted for publication in a peer-reviewed journal.

19.    In the Popper et al. (2005a) study, we examined effects of seismic air guns on three species of fishes endemic to the Mackenzie Delta, including the lake chub, northern pike, and broad whitefish.  None of the fish exposed to the seismic air guns died as a result of the exposure.  We demonstrated that there was some loss of hearing sensitivity (but far from complete loss) in two of the three species, namely the lake chub and northern pike.  Both species with partial hearing loss showed full recovery within 18 hours of exposure to the air guns and returned to normal hearing sensitivity.  The third species, the broad whitefish, showed no hearing loss.

20.    Immediately after exposure to airgun-generated sounds, I examined the external and internal structures of the fish.  I found no damage to the swim bladder, the chamber of air found in the abdominal cavity of most fish species.  The swim bladder has a variety of important functions in fish including hearing and in helping the fish maintain buoyancy at different depths.  A number of investigators who have exposed fish to explosives have demonstrated that intensive

DECLARATION OF ARTHUR N. POPPER                                                                9
Case No. 07-04771 EDL

1    concussive signals may damage the swim bladder and this always leads to death (reviewed in

2    Hastings and Popper 2005).  It has also been suggested, but never demonstrated, that the acoustic

3    signals produced by seismic air guns or other intense sounds can damage the swim bladder.

4    However, our study found no damage to swim bladders in the fishes we exposed to airguns.

5         21.    There was also no apparent bleeding, either externally or internally, when I

6    examined and then dissected the fish and then inspected the swim bladder.  I am not a trained

7    fish pathologist, and my examinations were not as detailed as would be done by one (such as the

8    expert who participated in our SURTASS LFA studies described below).  At the same time, I

9    have been working with fish for over 40 years, have done numerous dissections, and am expert at

10   recognizing general damage to tissues, including bleeding and tissue ruptures.  Subsequent

11   analysis of inner ear tissue in my laboratory using scanning electron microscopy[6/] showed no

12   effect on the sensory cells of the inner ear.  The tissue from exposed animals was identical to that

13   of control and baseline control animals.  This study of the effects on the inner ear has been

14   submitted for publication in a scholarly journal as Song et al. (*In press*).

15   **Synthesis of Impacts to Fishes from LFA Sonar and Seismic Airguns**

16        22.    In both the LFA sonar and seismic airgun experiments, the swim bladders of the

17   fish that were examined were fully intact after exposure to the sounds.  While I personally

18   examined the swim bladders in the seismic airgun experiments, the LFA study involved an

19   expert fish pathologist (to ensure that the non-auditory tissues of the fish sacrificed were

20   prepared and examined properly for histopathology [which is an analysis to determine if there

21   were any effects on cells that could only be seen with a microscope]).  Examination during the

22   LFA study revealed no damage to tissues either at the gross or cellular levels.  This included

23   ---

[6/]    Scanning electron microscopy is a technique I have been using for over 30 years to examine inner ear tissues in fish and is an area on which I, and my colleague Dr. Jiakun Song, are experts and have published many of the papers in the field.

DECLARATION OF ARTHUR N. POPPER    10
Case No. 07-04771 EDL

1  examination of all body organs including brain, gills, kidney, gonads, muscles, blood, and others

2  (see Popper et al. 2007).

3        23.    The LFA sonar and seismic airgun studies were done with only a limited number

4  of fish species.  Extrapolating these results to other fish species must be done with extreme

5  caution.  This caution is based on potential differences among fish species in their very broad

6  diversity, the structure of their auditory system and hearing capabilities, and the very large

7  number (29,000+) of living species.  It would be impossible to test even those species most

8  likely to be exposed to LFA to determine effects.  Instead, one must examine select species and

9  use them as "reference species" (e.g., species that are very similar to, but not the same as, the

10  species of concern).  It is very common to use reference species in animal studies, and a great

11  deal of relevant information can be learned from such species.  Indeed, much of modern

12  molecular biology is done with mice, and zebrafish are becoming one of the most important

13  models to understand molecular genetics.  These data are commonly applied to human health

14  issues.

15        24.    The rainbow trout and channel catfish in the LFA sonar study, and the lake chub,

16  northern pike, and broad whitefish in the seismic airgun study (Popper et al. 2005a) are species

17  that differ considerably from one another in hearing structures and in hearing capabilities.  They

18  are also evolutionarily very different and so represent distinct evolutionary lines of fish.  None of

19  these fish showed any tissue damage from sound exposure.  There was no hearing loss in the

20  broad whitefish, a salmonid.  The lake chub and northern pike recovered hearing from any shift

21  in hearing sensitivity after 18 hours of exposure.  Recent work (Song et al., submitted for

22  publication) found no damage to sensory tissues of the ears, as discussed above.  Although, as

23  discussed below, other species tested at Seneca Lake in the 2006 Halvorsen study, including

24  black perch, hybrid sunfish, and largemouth bass, that are not found in waters likely to be

1    exposed to SURTASS LFA sonar, do provide insights into fishes with different characteristics

2    than found in the five species tested in the LFA and seismic airgun studies.  Those characteristics

3    include a different means of moving gas into the swim bladder, the structure that has been

4    suggested to be the most likely damaged by very high intensity sounds (although none of the fish

5    exposed to the sound signal in our SURTASS LFA sonar or seismic airguns had any damage to

6    the swim bladder).  Thus, while recognizing the need for caution when extrapolating among

7    species, these results support the judgment that SURTASS LFA sonar is likely to have a

8    negligible impact on fish.  The significant point from the SURTASS LFA (Popper et al. 2007)

9    and seismic airgun (Popper et al. 2005a) studies is that neither the LFA sonar sound nor the

10    sound from seismic airguns, despite being very intense, had any effect on body tissues on fishes

11    when examined using the eye (e.g., gross effects).  In each of our studies, no fish died even days

12    after the sound exposure, there was no discernable damage to the body surface (e.g., no bleeding,

13    loss of scales), and the swim bladder was intact in all cases.

14        25.    Animals (and humans) experiencing temporary hearing loss ("temporary

15    threshold shift" or "TTS") are probably at a disadvantage for detection of predators and prey

16    during periods when hearing is impaired.  It is significant, however, that fully half of the rainbow

17    trout in the SURTASS LFA sonar study showed no TTS (Group II of that study) and another

18    salmonid, the broad whitefish, showed no TTS in the Popper et al. (2005a) seismic airgun study,

19    despite much longer exposure to high sound levels than is likely to occur as a result of

20    SURTASS LFA sonar use.  More data are still needed before a clear conclusion can be drawn.

21    The results of the LFA sonar and seismic airgun experiments, however, along with the results

22    from very long exposure of hearing generalists (including rainbow trout) suggest that very few, if

23    any, endangered species that happen to be hearing generalists would have any hearing loss as a

24    result of exposure to SURTASS LFA.  In the long exposure experiments, the hearing generalist

1    fishes were exposed to somewhat lower intensity sounds (like those occurring at greater

2    distances from an LFA ship than 200 m) and showed no TTS, even after nine months of

3    continuous exposure (as reported below).

4        26.    Even without TTS, the presence of intense sounds in the environment can

5    potentially interfere with an animal's ability to hear sounds of relevance.  This effect, known as

6    "auditory masking," could interfere with the animal's ability to detect biologically relevant

7    sounds, such as those produced by prey or predators, thus increasing the likelihood of the animal

8    not finding food or being preyed upon.  An example of masking occurs when it becomes harder

9    for a human to hear another speaker as the noise in the background (the masker) increases (this is

10    sometimes referred to as the "cocktail party effect").

11        27.    The masking effect of the SURTASS LFA signal will be limited for a number of

12    reasons.  The bandwidth[7] of the system is limited since the frequency range of the whole signal,

13    from start to finish, is relatively small (about 100 to 500 Hz).  Moreover, at any one point in

14    time, the bandwidth of the signal (called the instantaneous bandwidth) is about 10 Hz because at

15    any given moment only a very narrow range of frequencies is being emitted.  Within the area in

16    which masking is possible, the effect will be limited because animals that use the frequency

17    range of the SURTASS LFA sonar typically use a broader frequency range of signals.  The

18    potential for a marine animal's signals to be entirely masked by an LFA sonar transmission will

19    only rarely occur.  Finally, the low duty cycle of 7.5 to 10 percent (based on historical LFA

20    operational parameters) means that at least 90 to 92.5 percent of animal signals will not be

21    affected by LFA sonar transmissions during active LFA missions.  Therefore, the majority of the

22    _____

[7]    Bandwidth is the range between the upper and lower frequencies of an acoustical signal

23    or a process.  Thus, the bandwidth is 400 of a signal that has frequencies from 100 Hz to 500 Hz.
The instantaneous bandwidth is the frequency spread at a given time within a signal.  This term

24    is most often used when the frequency range of a signal may change over time.

DECLARATION OF ARTHUR N. POPPER                                              13
Case No. 07-04771 EDL

1    time a fish is exposed to LFA sonar, its ability to hear environmental sounds will not be affected,

2    and its survival will not be impacted by this cause.

3          28.    Based on our current knowledge from the studies to date, effects on hearing are

4    primarily found in fishes that are hearing specialists, although after exposure to the very loud

5    sounds from seismic airguns (Popper et al. 2005a) and SURTASS LFA (Popper et al. 2007) there

6    is temporary hearing loss in some (but not all) generalists.  Hearing generalists (such as cichlids;

7    Smith et al. 2004a) showed no hearing loss as a result of the increased background noise.

8    Indeed, in a paper from my laboratory that has just been published in the highly regarded peer-

9    reviewed journal *Aquaculture* (Wysocki et al. 2007), we showed that continuous (24 hours/day,

10   seven days/week) exposure of rainbow trout (a hearing generalist) for nine months to received

11   sound levels at 150 dB re 1 µPa) caused no effect on hearing sensitivity.  Overall, the results on

12   exposure of fish to longer duration sounds (including papers discussed in the SEIS), while

13   limited to a few species, lead to the suggestion that hearing generalists, including the rainbow

14   trout, a salmonid, are not affected by very long-term exposure to received sound levels as high as

15   170 dB re 1 µPa for extended periods of time.

16         29.    The studies by Popper et al. (2005a, 2007) provide the first direct evidence that

17   while sounds, including seismic airguns and SURTASS LFA sonar, may be of concern, they

18   have not been demonstrated to kill or damage fishes[8/].

19

20   _____

[8/]     In a technical report funded by the Office of Naval Research, Edds-Walton and Finneran
21   (2006) presented a review of the existing studies on the effects of human-generated noise on fish.
     It should be noted, however, that although the authors attempted to review the SURTASS LFA
22   fish experiments detailed in the recently published Popper et al. 2007 article and included in the
     final SURTASS LFA SEIS, their review was based on preliminary experimental results rather
23   than the results from the fully-analyzed dataset that were the basis for our recently published
     paper.  Thus, Edds-Walton and Finneran did not review the complete experimental dataset and
24   thus any conclusions arrived at by the authors regarding LFA sonar were consequently
     incomplete.

1

### Overview of Other Studies on Sound Impacts on Fish

2      30.      In the past four years, a limited number of other peer-reviewed studies on effects

3    of sound on fish have been published.  In all cases, however, the peer-reviewed studies (several

4    of which were in my laboratory) examined effects of long-term exposure to received sound

5    levels that are much lower in intensity than SURTASS LFA sonar (e.g., generally below 180 dB

6    re 1 µPa).  These papers include (but are not limited to) work by Smith et al. 2004a, 2004b, 2006,

7    Wysocki et al. (2007) (all in my laboratory), Amoser and Ladich (2003), Wysocki and Ladich

8    (2005), and Wysocki et al. (2006).  While several of these studies demonstrate some *temporary*

9    hearing loss (commonly referred to as temporary threshold shift [TTS]) in *some* fish species, the

10   effects were only after *extended* exposure to sounds.  In the Smith et al. (2004a, 2004b, 2006)

11   studies, the fish were exposed from 30 minutes to weeks of sound, while in the Wysocki et al.

12   (2007) study, fish were exposed to sound for nine months.  Moreover, the fishes recovered their

13   hearing shortly after the exposure stopped.  Hearing loss only occurred in hearing specialists,

14   which include goldfish and catfish.  All of the species of concern with regard to SURTASS LFA

15   (at least that we know of) are hearing generalists.

16      31.      Recent studies, including one currently being prepared for publication, based on

17   experiments with several other species, such as the black perch, hybrid sunfish, and largemouth

18   bass, have provided even further data and given us more confidence in the finding of our initial

19   LFA sonar experiments.  These studies (Halvorsen et al. 2006, and paper in preparation for

20   publication submission), using LFA sonar at the Seneca Lake site, tested three additional fish

21   species under precisely the same experimental conditions as the previous experiments with

22   rainbow trout and catfish.  These species, like the rainbow trout, are hearing generalists.  None of

23   the fish involved in these studies died as a result of the exposure to LFA sonar nor did they

24   experience any physical damage.  In addition, none of the fish showed any loss in hearing

1    sensitivity.

2        32.    There have been very few studies of the effects of sound on eggs, larvae, or

3    juvenile fishes.  One well-designed study is the recent work by Jørgensen et al. (2005) in Norway

4    (also evaluated in the SEIS) in which eggs and larvae of several fish species were exposed to

5    high intensity signals from 1.5 kHz to 6 kHz.  The investigators found virtually no substantive

6    effect on any of the species tested at different early life stages[9].  As Jørgensen et al. (2005) point

7    out, the one exception where sonar had a substantive effect was very likely due to resonance

8    effects on the swim bladder (Kvadsheim and Sevaldsen 2005), where the resonance of the swim

9    bladder in these small herring was in the range of the sonar used.  It is critical to note, however,

10   that the sonar used in the Jørgensen et al. (2005) study was of far higher frequency than that used

11   in SURTASS LFA.  Therefore, extrapolations from this study to determine the effects of the

12   much lower frequency signals used by SURTASS LFA are problematic.

13       33.    Additional studies on sensory hair cells suggest that intense sound may result in

14   some small amount of damage to the hair cells in the ears of some species.  Cox et al. (1986a,

15   1986b, 1987) exposed goldfish (*Carassius auratus*), a freshwater hearing specialist, to

16   continuous pure tones (single frequencies) at 250 and 500 Hz at 204 and 197 dB re 1 µPa

17   received level (RL), respectively, for two hours.  They found some indications of sensory hair

18   cell damage, but these were not extensive.  Enger (1981) determined that some ciliary bundles

19   (the sensory part of the hair cell) on sensory cells of the cod (*Gadus morhua*) inner ear were

20   damaged when exposed to sounds at several frequencies from 50 to 400 Hz at 180 dB re 1 µPa

21   RL for 1 to 5 hours.  Hastings et al. (1996) showed that some small amount of damage occurred

22   in the lagena of an oscar's (*Astronotus ocellatus*) ear after four hours of continuous pure tone

23

24   [9]    For fishes, life stages refer to the egg, larvae, juvenile, and adult phases of fish
     development.

1    stimulation.  Relatively few sensory cells, however, were damaged and only in one of the ear

2    parts, the lagena, which is a structure that we think is far less involved with hearing than the

3    saccule, another ear region (reviewed in Popper et al. 2003).  Finally, McCauley et al. (2003)

4    reported that some damage to the ears of pink snapper occurred after very extensive exposure to

5    seismic air guns, but all fish survived for more than 50 days following the exposure; while the

6    damage to small regions of the ear were considerable, the actual percentage of the saccule

7    damaged was very small.  The rest of the tissue was no different from that of the control animals.

8    **Response to Declaration of Dr. Joseph J. Luczkovich**

9    34.    I will now address specific point-by-point comments made by Dr. Joseph

10    Luczkovich in his Declaration.  I first wish to point out, however, that Dr. Luczkovich bases the

11    majority of his comments upon the behavior of animals in our test tank and his allegation that I,

12    and the Navy, have attempted to extrapolate this behavior to that of wild animals.  This was

13    never the case, and both the SEIS and the peer-reviewed paper that presents the full experiment

14    (Popper et al. 2007) studiously avoid making such extrapolations since they cannot be

15    scientifically justified.  Indeed, we state this repeatedly in the reports and peer-reviewed

16    publications on our experiments (e.g., see SEIS page 4-19, last paragraph).  We do discuss

17    behavior of wild animals in the Popper et al. (2007) paper but without any specific reference to,

18    or extrapolation from, the behavior of the fish in the experimental test tanks.

19    35.    In paragraphs 4 through 8 of his declaration, Dr. Luczkovich makes a substantial

20    number of comments about the SURTASS LFA sonar experiments on fish that are based upon

21    his review of the SEIS and a 2005 abstract describing this work (Popper et al. 2005b), which

22    included little in terms of methods or data.  Since the time Dr. Luczkovich read these early

23    works, a full report and description of the fish and sonar experiments has been included in the

24    Final LFA SEIS (DoN 2007), and published in the highly prestigious, peer-reviewed *Journal of*

DECLARATION OF ARTHUR N. POPPER                                              17
Case No. 07-04771 EDL

1    *the Acoustical Society of America* (JASA) (Popper et al. 2007).  Portions of this work were also

2    presented by me at scientific meetings, such as the Spring 2007 meeting at Duke University and

3    August 2007 International Conference on Effects of Sound on Aquatic Organism (Nyborg,

4    Denmark).  Since Dr. Luczkovich provided his Declaration in October 2007, three months after

5    the full study was published in JASA and after attending both scientific meetings, he had to be

6    aware of the complete data and findings.  Moreover, Dr. Luczkovich no doubt heard about the

7    publication date of the JASA article at both the Duke and Nyborg meetings.  Thus, many of Dr.

8    Luczkovich's declaration statements are not based on the full knowledge of the subject he would

9    have possessed had he read the full publication of our work.

10        36.    In paragraph 8 of his declaration, Dr. Luczkovich focuses on the behavior of the

11    fish in our experiments.  However, as was very carefully pointed out in the SEIS (4-19), and in

12    talks that Dr. Luczkovich attended at the Duke University and Nyborg meetings, we cannot and

13    will not extrapolate from the behavior of fish in a test tank to that of fish in the wild.  The major

14    focus of observing the fish behavior in our experiments, as pointed out in Popper et al. (2007),

15    was to ensure that animals were not injured or killed during sound exposure and to get a general

16    impression of their reaction to the sounds.  Thus, while Dr. Luczkovich might be correct that

17    farmed fish would *behave* differently than wild fish (paragraph 10), since the experiment was

18    designed to measure the physiological effects of LFA sonar exposure, and not the behavior of

19    fish in the wild, whether the test fish were wild or farmed is irrelevant[10/].

20        37.    The fish involved in the experiment, which were restricted to a test tank to ensure

21    that they were exposed to a precisely calibrated sound field, behaved no differently before and

22

---

23    [10/]    It is worth noting, however, that Dr. Luczkovich is not likely to know anything about the
fish farms from which we got the experimental animals.  Indeed, our fish are from very large

24    ponds in which they were placed when young and, to our knowledge, never again handled until
they were caught for transport to our study site.

DECLARATION OF ARTHUR N. POPPER                                                              18
Case No. 07-04771 EDL

1    after sound exposure.  This is of considerable interest, but it cannot be extrapolated to how fish

2    not so restricted would behave when exposed to the same sound level in the wild.  There were

3    some interesting behaviors during sound exposure, especially by the catfish, but it would be

4    scientifically inappropriate to extrapolate from these behaviors in a test tank to how any species

5    would behave when not in a confined space.  In the case of the rainbow trout, the observed

6    behaviors lasted only a very short time (we have yet to quantify the time) at sound onset, and

7    then they resumed the behaviors we saw before the sound onset.  Many, but not all, channel

8    catfish showed a more discrete behavior during the sound presentation (turning toward the LFA

9    source), but as soon as the sound ended the fish resumed pre-stimulus behavior.

10        38.    Dr. Luczkovich also suggests in paragraph 8 of his declaration that the fish in the

11    test tanks exhibited a "startle" response entailing the involvement of highly specialized nerve

12    cells called Mauthner cells (M-cell).  However, such responses are very fast, are very hard to see

13    with the human eye, and can only be recorded with high-speed movie or video media.  Since we

14    were observing the fish on a TV with a normal (relatively slow) scan rate that had been captured

15    using a standard digital video recorder and cameras, we would never suggest that we observed an

16    M-cell response in any publication or presentation.  (Note: this very point is made in a SEIS

17    footnote (4-15.)  It would have been only by pure chance that the scientific team would have

18    seen M-cell responses (if such even occurred).  Thus, I have no idea why Dr. Luczkovich says

19    we observed such responses.  Indeed, there is also no evidence that fish exhibiting the classic M-

20    cell mediated "startle response" as described by Dr. Luczkovich always move from where they

21    detected the stimulus.  As an analogy, a human startled by a loud sound(s) is very likely to

22    quickly look around or even turn the body to try and see the source of the sound; once the person

23    has identified the source(s), they may very well exhibit no further response.  Thus, it is very

24    possible that fish showing a "startle" response (M-cell mediated or not), quickly decide that a

DECLARATION OF ARTHUR N. POPPER                                                           19
Case No. 07-04771 EDL

1    stimulus is irrelevant and then continue their normal activities.

2        39.    In paragraph 9 of his declaration, Dr. Luczkovich states that the Navy reported in

3    the SEIS that the sounds used in our studies had no marked effect on the behavior of the fish

4    studied.  Although Dr. Luczkovich disagrees, this statement is correct.  The behavior of fish in

5    the test tank was not very significant, and while rainbow trout showed some slight "startle"

6    motions (as defined in the SEIS footnote, page 4-15) at sound onset, their normal swimming

7    patterns did not change in any significant way.  The catfish did indeed line up to face the sound

8    source, and this is of interest.  Indeed, Dr. Luczkovich's suggestion that the fish may have been

9    trying to minimize exposure of the swim bladder to sound is interesting and might be worth

10   future scientific inquiry.

11       40.    In paragraphs 9, 10, and 11 of his declaration, Dr. Luczkovich characterizes the

12   behavior we observed in the test tanks as "avoidance" behavior.  However, there is no scientific

13   basis for saying that the behaviors observed were avoidance behavior.  This suggestion by Dr.

14   Luczkovich is a non-scientific extrapolation.  Dr. Luczkovich acknowledges in his declaration

15   that he has not seen the videos taken during the experimental exposure (these have never been

16   shown publically since we are still working up the data), so it is impossible for him to accurately

17   and scientifically estimate the behavior of the fish and whether they showed an avoidance

18   response.

19       41.    I am well aware of the Engås et al. (1996) study cited by Dr. Luczkovich in

20   paragraph 12 of his declaration, and the changes in catchability of several species during and

21   after a seismic survey with an airgun (a signal that is acoustically very different than SURTASS

22   LFA sonar and often far louder).  However, it should be pointed out, as the SEIS does (4-20),

23   that there were no observations on fish behavior in the Engås et al. (1996) study, and there is no

24   evidence of fish death or any physical effect on fish.  That is, it is possible that fish simply

DECLARATION OF ARTHUR N. POPPER                                                                    20
Case No. 07-04771 EDL

1   changed depth or moved out of the vicinity, making fishing for them harder, but without

2   abandonment of feeding sites or harm to the stock.  Indeed, a later study by Slotte et al. (2004)

3   did show, using fisheries sonar, that fishes moved to greater depths during seismic airgun

4   exposures but, again, this study produced no data that provide any information about the actual

5   physical effects on fish.  Moreover, as pointed out in the SEIS (4-20), work by Wardle et al.

6   (2001) observed the behavior of several reef fish species in response to exposure to seismic

7   airguns.  These authors found little or no reaction to the sounds from the seismic devices, other

8   than a reaction to the visual stimulus of the airguns being in the area.  Fish were not damaged in

9   any way that could be observed by TV monitors, and Wardle et al. (2001) noted that there was

10  no reason to think that fish left the reef during the seismic airgun experiments.  I note that Dr.

11  Luckzovich did not cite these references in his declaration, although they were provided in the

12  SEIS.

13          42.     Dr. Luczkovich finds the species selected for study to be cause for concern in

14  paragraph 7 of his declaration.  However, as explained below, these species were selected for

15  very logical and scientifically sound reasons.  In particular, the rainbow trout is an ideal

16  reference species for endangered salmonids, the species of most concern.  The ear of rainbow

17  trout is virtually identical to that of endangered salmonids that live both in fresh and salt water

18  (and/or are able to spend part of their lives in both).  I, and not the Navy, chose to use these

19  species.

20          43.     As explained above, it would be impossible to test even those species most likely

21  to be exposed to LFA to determine effects.  Instead, one must examine select species and use

22  them as "reference species" (e.g., species that are very similar to, but not the same as, the species

23  of concern).

24

DECLARATION OF ARTHUR N. POPPER                                                    21
Case No. 07-04771 EDL

44.     The rainbow trout and the channel catfish are excellent reference species for fish that do not hear well (trout) and those that do hear well (catfish).  The LFA sonar fish experiments published to date have focused on addressing the Court's concerns regarding the potential impact of LFA sonar on the listed salmonids on the Pacific coast of the U.S. from the order Salmoniformes.  Since the rainbow trout (a hearing generalist) is of the same taxonomic genus as the Endangered Species Act (ESA)-listed salmonid species on the Pacific coast, it is closely related to the endangered Pacific salmonids, and their major characteristics such as ear structure, hearing capabilities, etc. are very similar to those of endangered salmonids.  Thus, rainbow trout can be used as the reference species to determine the potential effects on other salmonid species and, more generally, on other fish species that are hearing generalists.

45.     Channel catfish were selected to be the reference species for hearing specialists for this experiment.  While the catfish used in the Seneca Lake studies may not be typical of any species likely to be exposed to SURTASS LFA, using this species does provide us with critical data on effects on fishes with adaptations to make them hear better.  Catfish therefore give us important insights into hearing specialists in general.

46.     The fact that rainbow trout is a freshwater fish is irrelevant.  The nature of the water habitat (fresh or marine) has no bearing on the hearing apparatus and hearing capabilities, nor would it have any possible impact on any potential effect of the sonar on the fish.  We did not use marine species for several good reasons.  First, the experimental facility at Seneca Lake is fresh water.  Bringing a marine species into this environment would have added considerable complexity to the experiments, plus the potential of killing the test fish if they happened to get out of the apparatus into the fresh water of Seneca Lake.  Second, it would not have been environmentally appropriate to use non-endemic (non-native) species in our studies, since such fish would have been potentially invasive (i.e., the fish could have been inadvertently released

1   into the lake by accident, and harmed the ecology of the lake).  Thus, for these experiments, we

2   were limited to species that are normally found in Seneca Lake.  Finally, the Pacific salmonids of

3   greatest concern for the operation of SURTASS LFA are endangered under the ESA.  While it

4   may have been possible to obtain farm-raised specimens of the endangered species, it would

5   have been logistically difficult to get the animals to Seneca Lake, because shipment would have

6   been prohibitively expensive, many of the fish would have died in transit, and it would have been

7   difficult to maintain the fishes in the large numbers needed for the experiment.

8       47.    I have reviewed the work mentioned by Dr. Luczkovich in paragraph 5 of his

9   declaration regarding the effects of dolphin sounds on silver perch.  I am indeed familiar with

10  this fish species as I am co-author on a paper generated by my laboratory that examined hearing

11  and ear structure in this species (Ramcharitar et al. 2004).  It is critical to note that the responses

12  of the silver perch described by Dr. Luczkovich are to sounds that are well above the range of

13  sounds generated by SURTASS LFA sonar (100 to 500 Hz), and therefore, would not be masked

14  by the sonar.  It is also important to note that the silver perch is an in-shore marine species that

15  lives in coastal areas that are shallower than those in which the Navy might use LFA sonar.

### Conclusion

17      48.    Over the past several years, I have been investigating the effects of intense sounds

18  on fish.  All of this work has been, or will be, published in peer-reviewed scientific literature.

19  The results to date provide insight into potential effects of both seismic airguns and SURTASS

20  LFA sonar on several different fish species.  While more work needs to be done with airguns, the

21  data to date suggest that only exposure to the most intense signals, and for relatively extended

22  periods of time, will result in temporary hearing loss in some, but not all, fish species and that

23  there is no apparent effect on the structure of the ear or non-auditory tissues.  The work with

24  SURTASS LFA sonar, in my view, shows that while there may be a small effect on some

DECLARATION OF ARTHUR N. POPPER                                                    23
Case No. 07-04771 EDL

1    samples of rainbow trout, other rainbow trout show no TTS, and no TTS occurred in any other

2    tested hearing generalist (publications in preparation).  There are effects on a hearing specialist, a

3    catfish, but there is relatively rapid recovery with no effects on the ear or non-auditory tissues

4    (publication in preparation).  Most significantly, the exposure to SURTASS LFA sonar needed to

5    elicit any temporary hearing loss far exceeds any likely exposure of fish in the wild.  Thus, it is a

6    reasonable conclusion that SURTASS LFA sonar will not in any way affect the physiology or

7    structure of any fish more than a few hundred meters from a LFA source, if there is any effect at

8    all.

9

10

11

     Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true

12    and correct to the best of my knowledge, information, and belief.

13

14              Executed this 9th day of  November,  2007 in  Rockville, MD

15

16

17    _____

18

19

20

21

22

23

24

DECLARATION OF ARTHUR N. POPPER                                                             24
Case No. 07-04771 EDL

1    EXHIBIT A: CURRICULUM VITA OF ARTHUR N. POPPER, PH.D.

2

3    Title:   Professor, Department of Biology

4         Co-Director, Center for Comparative and Evolutionary Biology of Hearing

5    Address: Department of Biology

6            University of Maryland

7            College Park, MD 20742

8    University Phone:     301-405-1940

9    Fax:                 301-314-9358

10   E-Mail:       apopper@umd.edu

11   Web Site:             www.life.umd.edu/biology/popperlab

12

13   RESEARCH INTERESTS

14   Marine bio-acoustics (the study of acoustic behavior by aquatic organisms). In particular,

15   research emphasis asks questions about: (1) Structure, function, and evolution of the vertebrate

16   auditory system, with an emphasis on auditory mechanisms in fishes; and (2) Effects of

17   human-generated (anthropogenic) sound on aquatic organisms, including effects of high intensity

18   sources and longer-term but lower level increases in background sound. Studies in both areas

19   involve morphological, physiological, and behavioral approaches to help understand hearing

20   mechanisms and capabilities.

21

22   PROFESSIONAL EXPERIENCE

23   2006 - present:Interim Associate Dean, College of Chemical and Life Sciences, University of

24   Maryland

1  2004 - present: Adjunct Scientist, Mote Marine Laboratory, Sarasota, FL

2  1999 - present: Co - Director, Center for Comparative and Evolutionary Biology of Hearing,

3  University of Maryland

4  1998 - 2003:   Director, Neuroscience and Cognitive Sciences (NACS) Graduate Program,

5  University of Maryland

6  1997 - present:         Affiliate Professor, Department of Psychology, University of Maryland

7  1996 - present:         Research Scholar, Edgerton Research Laboratory, New England

8  Aquarium

9  1987 - present:         Professor, Department of Biology (formerly Zoology), University of

10  Maryland

11  1987 - 1997:   Chair, Department of Zoology, University of Maryland, College Park, MD

12  1989 - 1992:   Associate Director, Center for Neurosciences, University of Maryland (Acting

13  Director, 9/90 - 8/91)

14  1983 - 1987:   Professor, Department of Anatomy and Cell Biology, Georgetown University

15  Schools of Medicine and Dentistry

16  1978 - 1983:   Associate Professor, Department of Anatomy, Georgetown University,

17  Washington, DC

18  1973 - 1978:   Associate Professor, Department of Zoology, University of Hawaii

19  1972 - 1978:   Associate Zoologist, Laboratory of Sensory Sciences, University of Hawaii

20  1975 - 1976:   Postdoctoral Scholar, Kresge Hearing Research Institute and Visiting Associate

21  Research Scholar, Division of Biological Sciences, University of Michigan, Ann Arbor, MI

22  1969 - 1972:   Assistant Professor, Department of Zoology, University of Hawaii, Honolulu,

23  Hawaii

24  1966 - 1969:   Teaching Assistant, Queens College and City College of the City University of

DECLARATION OF ARTHUR N. POPPER                                                     26
Case No. 07-04771 EDL

1  New York

2  1966 - 1969:   Department of Animal Behavior, American Museum of Natural History, New

3  York; Doctoral research on auditory mechanisms and acoustic behavior of fishes.

4

5  EDUCATION

6  B.A. (Biology), 1964, New York University, Bronx, NY

7  Ph.D. (Biology), 1969, City University of New York

8

9  COURSES TAUGHT

10  University of Hawaii

11  Vertebrate Zoology (comparative anatomy) (undergraduate)

12  Ethology (undergraduate)

13  Evolution (undergraduate/graduate)

14  Animal Behavior (graduate)

15  Seminar in Sensory Biology

16  Seminar in Animal Communications

17

18  Georgetown University

19  Dental Neurobiology (organized course and was course director for 2 years)

20  Medical Neurobiology (course director)

21  Seminar in Computer Programming

22  Seminar in Grant Writing

23

24  University of Maryland

Neural Basis of Behavior (seminar)

Neuroethology (undergraduate and graduate)

Principles of Biology (Freshman Biology)

Ethics in Scientific Research

Vertebrate Form and Function


AWARDS AND HONORS

NIH Predoctoral Fellowship

NIH Research Career Development Award (1978-1983)

Fellow, American Association for the Advancement of Science (1983)

Outstanding Administrator, special recognition award from Maryland Association of Higher

Education (1991)

Fellow, Acoustical Society of America (1994)

Outstanding Faculty Research, College of Life Sciences, University of Maryland (1996)

Distinguished Scholar-Teacher, University of Maryland (1999-2000)

Federal Highway Administration 2005 Environmental Excellence Award - for Excellence in

Ecosystems, Habitat, and Wildlife: Fisheries-Hydroacoustics Mitigation for San Francisco Bay

Bridges/Bioacoustics Workgroup

(htp://www.fhwa.dot.gov/environment/eea2005/ecosystems.htm)


MEMBERSHIP IN LEARNED AND PROFESSIONAL SOCIETIES

Acoustical Society of America (Fellow)

American Association for the Advancement of Science (Fellow)

American Fisheries Society

1    Association for Research in Otolaryngology

2    International Society for Neuroethology

3    Society for Neuroscience

4

5    CURRENT GRANT SUPPORT

6    Chief of Naval Operations (Marine Acoustics Inc.): "Effects of high intensity sound,"

7    10/03-3/07. Total Award $672,000.

8    Chief of Naval Operations (N45): "Effects of mid-frequency sonar on fishes," 4/1//06-3/31/08.

9    Total Award, $1,290,401.

10   Pacific Northwest Labs: "Predicting and mitigating hydroacoustic impacts on fish from pile

11   installations," 4/1/06-3/31/08. Total Award, $150,000.

12   National Science Foundation: "Acquisition of Analytical Spectrometers for the Creation of a

13   Regional Electron Microscopy Facility for Research and Education," 9/1/06-8/31/07, Total

14   award $500,000 (L. Salamanca-Riba, PI, Arthur Popper Co-PI).

15   National Science Foundation: "EESE: Maryland Initiative on Research Ethics," 9/1/06-8/31/09,

16   Total award $198,344 (S. Greer PI, Arthur Popper and Robert Dooling Co-PI's).

17   National Institute on Deafness and Other Communication Disorders: "Core Center," 10/03-9/08,

18   Total award $2,350,000 (Robert Dooling PI, Arthur Popper Co-PI).

19   National Institute on Deafness and Other Communication Disorders: Training Grant

20   "Comparative and Evolutionary Biology of Hearing," 1994-1999, 1999-2004, 2004-2009 (1 T32

21   DC 00046). Total current Award $1,680,000.

22   Office of Naval Research: "International Conference on the Effects of Noise on Marine

23   Animals," 11/06/06 - 6/30/08, Total Award $24,992.

24   Office of Naval Research Global: "International Conference on the Effects of Noise on Marine

1  Animals," 11/16/06 - 8/16/08, Total Award $15,000.

2  National Science Foundation: International conference on the Effects of Noise on Aquatic

3  Animals,"12/15/06 - 8/30/08, Total Award, $24,992.

4  National Science Foundation: "Working group on the effects of sound on fish and turtles,"

5  2/1/07-1/31/09, Total Award, $40,000 (via Mote Marine Laboratory)

6

7  PAST GRANT SUPPORT

8  Army Corps of Engineers (Normandeau Associates): "Evaluating the Effects of Underwater

9  Noise on the Hearing Sensitivity of Hatchery Chinook Salmon Smolts Barged from the Snake

10  River Basin," 4/1/05-3/31/05, Total Award $114,250.

11  The Conservation Fund: "Effects of aquaculture sounds on fishes, "7/04-12/05. Total award

12  $50,000

13  National Institute on Deafness and Other Communicative Disorders: "Mechanisms of Ultrasound

14  Detection," 2/99-7/05 (1 R01 DC03936). Total Award $1,340,000.

15  National Institute on Deafness and Other Communication Disorders: "Hearing in Zebrafish,"

16  5/2002-4/2004 (DC-05481). Total Award $75,000 (Robert Dooling Co-PI).

17  Public Service Environmental Group "The Auditory System of Sciaenid Fishes," 7/00-6/02.

18  Total Award $104,747.

19  Maryland Higher Education Commission: "Enrichment of High School Biology Programs in

20  Maryland," 1990-2000 (Dwight D. Eisenhower Mathematics and Science Education Act, P.L.

21  100-297) (90-03-214 214). Total award over 10 years $1,090,994; current year: $99,500.

22  National Institute on Aging: "Development and Aging in the Auditory System," 1998-1999

23  (AG015681). Total Award $74,000.

24  National Science Foundation: "Mechanisms of Hearing by Clupeid Fishes," 1996-1999

1    (IBN9631354). Total Award $170,000.

2    National Institute on Deafness and Other Communication Disorders: Training grant

3    "Comparative and Evolutionary Biology of Hearing," 1994-1999 (1 T32 DC 00046). Total

4    Award $250,000.

5    Office of Naval Research: "Sound Localization by Fish: Mechanisms and Models" 1994-1997

6    (N-00014-94-10410). Total Award $340,506.

7    Battelle Pacific Northwest Laboratories: The Structure of the Octavolateralis System in

8    Salmonids: Ontogeny@, 1996-1997. Total Award $79,994.

9    Office of Naval Research: Workshop on Hearing and Acoustic Behavior of Cetaceans,

10   1995-1996 (N00014-96-1-0130). Total Award $2,250.

11   National Aeronautics and Space Administration: "Evolution of Gravity Receptors in the Ear,"

12   1992-1996 (NAG 2-787). Total Award $155,000.

13   Office of Naval Research: "Effects of Sounds on Hair Cell Receptor Systems of Fish."

14   1992-1994 (N-00014-92-J-1889). Total Award $167,332.

15   Office of Naval Research: "Acoustic Transduction in Fish, 1987 1994 (supported since 1980) (N

16   00014 92-J-1114). Total Award $113,610.

17   Office of Naval Research: "US-Russian Workshop on Sensory Biology," 1993-1994. Total

18   Award $28,000.

19   National Science Foundation: "US-Russian Workshop on Sensory Biology," 1993-1994. Total

20   Award $32,000.

21   Office of Naval Research: "Workshop on Recent Advances in Studies of Fish Hearing,

22   1991-1993. Total Award $20,000.

23   National Science Foundation: "Research Experience for Undergraduates in Neurobiology and

24   Behavior," 1991-1994. Total Award $149,000.

DECLARATION OF ARTHUR N. POPPER                                                    31
Case No. 07-04771 EDL

National Institute of Neurological and Communicative Disorders and Stroke: "Processing of Acoustic Information," 1970 1992. Total Award $1.2 million (7 competing renewals).

National Institute of Neurological and Communicative Disorders and Stroke: "Sensory Hair Cell Development in the Ear," 1984 1987  (RO1 NS 21646). Total Award $209,003.

Office of Naval Research: "Acoustic Transduction in Fish, 1980 1986. Total Award $223,253.

Office of Naval Research: "Electron Microscopic Examination of Biological Tissue, Multi User Equipment Grant, 1984 1985. Total Award $122,000

National Science Foundation: "Conference on Sensory Biology of Aquatic Animals, 1984 1986. Total Award $10,000.

Office of Naval Research: "Conference on Sensory Biology of Aquatic Animals," 1984 1986 (N 0014 84 G 0107). Total Award $14,999.

National Institutes of Health, Division of Research Resources: "Access to the Prophet Computing System,@ 1980 1987.

National Science Foundation: "Ultrastructure and Development of the Ear, 1982 1985. Total Award $95,000.

National Science Foundation: "Ultrastructure of the Ear in Fishes, 1980 1982. Total Award $87,356.

National Science Foundation: "Multi user Equipment Grant for the Study of Sensory and Other Systems,@ 1980 1981 (P. Andrews, Co P.I.). Total Award $90,000.

National Science Foundation:  "Conference on Hearing and Sound Communication in Fishes, 1980 1981 (with R. R. Fay and W. N. Tavolga). Total Award $10,000.

National Institute of Neurological and Communicative Disorders and Stroke:  "Physiological Determinations of Inner Ear Function, Research Career Development Award, 1978 1983. Total Award $197,155.

1  National Science Foundation: "Ultrastructure of the Ear in Fishes," 1977 1980. Total Award
2  $93,400.

3  Deafness Research Foundation: "Hair Cell Orientation in the Ear," 1977 1979. Total Award
4  $9,500.

5  Office of Naval Research: "Sound Localization by the Bottlenose Porpoise," 1974 1977. Total
6  Award $123,200.

7

8  EXTERNAL RESPONSIBILITIES

9  Past Responsibilities

10  Editorial Board, Experimental Biology, 1985-1989

11  Committee on Low-Frequency Sound and Marine Mammals, National Research Council,
12  1992-1994

13  Acoustical Society of America, Animal Bio-Acoustics Technical Specialty Group, 1991-1998

14  Advisor, Committee on Hearing, Bioacoustics, and Biomechanics of the National Research
15  Council, 1985-1995

16  External Reviewer, Department of Zoology, The Ohio State University, 1995

17  Program Committee, Association for Research in Otolaryngology, 1993-1996

18  Newsletter Editor, International Society for Neuroethology, 1996-1998

19  Chair, Ad Hoc Committee on Publications of Association for Research in Otolaryngology to
20  look into development of society journal, 1998-1999

21  Editorial Board, Hearing Research, 1994-1999

22  Editorial Board, Acta Zoologica, 1982-2000

23  Chair, National Research Council Committee to Review Results of ATOC's Marine Mammal
24  Research Program, 1995-2000

1  External Reviewer, Department of Biology, Rutgers University (Camden campus), 2000

2  Secretary, International Society for Neuroethology, 1998-2001

3  National Research Council Committee on Assessing Ambient Noise in the Ocean with Regard to

4  Impacts on Marine Mammals, 2001-2003

5  Council Delegate from Section on Biological Sciences (G) of American Association for the

6  Advancement of Science, 2001-2004

7  American Editor, Bioacoustics, 1987-2005

8  Consulting Editor, McGraw-Hill Encyclopedia in Science with responsibility for developing

9  neuroscience articles, 1998-2005

10  Co-Chair, Publications Committee, Association for Research in Otolaryngology, 1999-2007

11  Chair, Long Range Planning Committee, International Society for Neuroethology, 2001-2007

12  *Current*

13  Editor, Springer Handbook of Auditory Research, 1989-present

14  Member, Fisheries Hydroacoustics Working Group (California Department of Transportation),

15  2004-present

16  Editorial Board, Bioacoustics, 2005-present

17  Member, Study Group on Effects of Sound in the Marine Environment (SEGSME), ICES, 2005 -

18  present

19  Co-Chair, Working Group S3/WG92 on "Effects of Sound on Fish and Turtles" of the Standards

20  Committee S3 of the Acoustical Society of America, 2005-present

21  Member, Committee on Animal Bioacoustics, Acoustical Society of America, 2006-2009

22  Ad Hoc reviewer for Animal Behaviour; Copeia; Hearing Research; Journal of Comparative

23  Neurology; Journal of Comparative Physiology; Journal of Experimental Biology; Journal of

24  Experimental Zoology; Journal of Morphology; Journal of the Acoustical Society of America;

1  Science; Trends in Neuroscience, NIH, NSF, and many others.

2

3  STUDENTS SUPERVISED (PAST FIVE YEARS SHOWN; 40 STUDENTS TOTAL OVER

4  30 YEARS)

5  University of Maryland

6  *Completed*

7  Dennis Higgs, Postdoctoral, 1999-2003, "Ultrasound detection in fish"

8  Dennis Plachta, Postdoctoral, 2000-2002, "Physiology of inner ear responses"

9  Kirstan Poling, Postdoctoral, 2001-2003, "Hearing by zebrafish"

10  John Ramcharitar, Ph.D. program, 1998-2003, "Structure-function relationships in the auditory

11  system of Sciaenid fish"

12  Allison Coffin, Ph.D. program, 2000-2005, "Evolution of sensory hair cells"

13  Michael Smith, Postdoctoral, 2002-2005, "Impact of anthropogenic sound on the auditory

14  system"

15  Eric Boger, Ph.D. program, 2003-2006 "Molecular biology of myosin XV" (co-mentored with

16  NIH colleague Dr. Thomas Friedman)

17

18  *Current*

19  Xiaohong Deng, Ph.D. program (NACS), 2000-, "Inner ear function in deep sea fishes"

20  Lale Evsen, Ph.D. program (NACS), 2004-, "to be decided" (co-mentored with NIH colleague)

21      Jin Liang, Ph.D. program (NACS), 2004-, "to be decided" (co-mentored with NIH

22  colleague)

23  Michaela Meyer, Ph.D. program 1999-, A central processing of acoustic signals"

24  Diane Montey, Ph.D. program 2006-, Effects of anthropogenic sound on fish"

1   Diane Miller, Ph.D. program, 2004-, "to be decided"

2   Michele Halvorsen, Postdoctoral, 2003-, "Ultrasound detection by fish"

3   Lidia Wysocki, Postdoctoral, 2004-, "Effects of anthropogenic sound on fishes"

4   David Zeddies, Postdoctoral, 2003-, "Biomechanical aspects of ultrasound detection"

5   Jennifer Hill, Postdoctoral 2006-, "Development of sensory hair cells in fish"

6

7   PUBLICATIONS (PAST 10 YEARS [81 OF 178])

8

9   1.      Popper, A.N., Hawkins, H.L., and Dolphin, W. (1997). Editorial: Workshop on cetacean

10  acoustics.  Bioacoustics 8:1-2.

11  2.      Popper, A.N., Hawkins, H.L., and Gisiner, R.C. (1997). Questions in cetacean

12  bioacoustics: Some suggestions for future research. Bioacoustics 8:163-181.

13  3.      Popper, A.N. (1997). Animal bioacoustics - An overview. In Handbook of Acoustics (ed.

14  M. Crocker). John Wiley and Sons, New York, pp. 1783-1788.

15  4.      Popper, A.N., and Edds-Walton, P.L. (1997). Bioacoustics of marine vertebrates. In

16  Handbook of Acoustics (ed. M. Crocker). John Wiley and Sons, New York, pp. 1831-1836.

17  5.      Fay, R.R., and Popper, A.N. (1997). Evolution of vertebrate sensory systems. Brain

18  Behav. Evol. 50:187-188.

19  6.      Popper, A.N., and Fay, R.R. (1997). Evolution of the ear and hearing: Issues and

20  questions. Brain Behav. Evol. 50:213-221.

21  7.      Carlson, T.J., and Popper, A.N. (editors) (1997).  Using sound to modify fish behavior at

22  power production and water control facilities.  A workshop held December 12 13, 1995,

23  Portland, OR. Published by Bonneville Power Administration, Portland, OR, Project Number

24  92-071-01, 362 pp.

8.      Mann, D.A., Lu, Z., and Popper, A.N. (1997). A clupeid fish can detect ultrasound. Nature 389:341.

9.      Lu, Z., Song, J., and Popper, A.N. (1998).  Encoding of acoustic directional information by saccular afferents of the sleeper goby, Dormitator latifrons. J. Comp. Physiol. A 182:805 815.

10.     Popper, A.N., and Carlson, T.J.  (1998). Application of the use of sound to control fish behavior. Trans. Am. Fish. Soc. 127:673-707.

11.     Mann, D.A., Lu, Z., Hastings, M.C., and Popper, A.N. (1998). Detection of ultrasonic tones and simulated dolphin echolocation clicks by a teleost fish, the American shad (Alosa sapidissima). J. Acoust. Soc. Am. 104:562-568.

12.     Lu, Z., and Popper, A.N. (1998). Morphological polarizations of sensory hair cells in the three otolith organs of a teleost fish: Fluorescent labeling of ciliary bundles. Hear. Res. 126:47-57.

13.     Fay, R.R., and Popper, A.N. (1999). Hearing in fishes and amphibians: An introduction. In: Comparative Hearing: Fish and Amphibians (eds. R.R. Fay and A.N. Popper). Springer-Verlag, New York, pp. 1-14.

14.     Popper, A.N., and Fay, R.R. (1999). The auditory periphery in fishes. In: Comparative Hearing: Fish and Amphibians (eds. R.R. Fay and A.N. Popper). Springer-Verlag, New York, pp. 43-100.

15.     Zelick, R., Mann, D., and Popper, A.N. (1999). Acoustic communication in fishes and frogs. In: Comparative Hearing: Fish and Amphibians (eds. R.R. Fay and A.N. Popper). Springer-Verlag, New York, pp. 363-411.

16.     Wilkins, H.R., Presson, J.C., and Popper, A.N. (1999). Proliferation of vertebrate inner ear supporting cells. J. Neurobiol. 39:527-535.

17.     Popper, A.N. (1999). Feasibility study on the use of sound to deter fish from the vicinity

1   of the Salem Generating Station circulating water intake structure. PSE&G Renewal Application,

2   Appendix G, Exhibit G-7. Public Service Electric & Gas Company. Salem Permit Program. 44

3   South Clinton Ave., Station Plaza, First Floor-MC/104, Trenton, NJ 08609.

4   18.    Edds-Walton, P., and Popper, A.N. (2000). Dendritic arbors on the saccule and lagena in

5   the ear of the goldfish, Carassius auratus. Hear. Res. 141:229-242.

6   19.    Lanford, P.J., Platt, C., and Popper, A.N. (2000). Structure and function in the saccule of

7   the goldfish (Carassius auratus): A model of diversity in the non-amniote ear. Hear. Res.

8   143:1-13.

9   20.    Popper, A.N., DeFerrari, H.A., Dolphin, W.F., Edds-Walton, P.L., Greve, G. M.,

10  McFadden, D., Rhines, P.B., Ridgway, S.H., Seyfarth, R.M., Smith, S.L., and Tyack, P.L.

11  (2000). Marine Mammals and Low Frequency Sound: Progress Since 1994. National Academy

12  Press, Washington, DC.

13  21.    Popper, A.N., and Lu, Z. (2000). Structure-function relationships in fish otolith organs.

14  Fish. Res. 46:15-25.

15  22.    Dooling, R.J., and Popper, A.N. (2000). Hearing by birds and reptiles: An overview. In:

16  Comparative Hearing: Reptiles and Birds (eds. R.J. Dooling, R.R. Fay, and A.N.

17  Popper)Springer-Verlag, New York, pp. 1-12.

18  23.    Popper, A.N. (2000). Hair cell heterogeneity and ultrasonic hearing: Recent advances in

19  understanding fish hearing. Phil. Trans. R. Soc. Lond. B Biol. Sci. 355:1277-1280.

20  24.    Fay, R.R., and Popper, A.N. (2000). Evolution of hearing in vertebrates: The inner ears

21  and processing. Hear. Res. 149:1-10.

22  25.    Popper, A.N., Higgs, D., Mann, D., and Tavolga, W.N. (2001). Ultrasound detection by

23  fish: Hearing capabilities and structural basis. In: Physiology and Psychophysical Bases of

24  Auditory Function: Proceedings of the 12th International Symposium on Hearing (eds. D.J.

1  Breebaart, A.J.M.  Houtsma, A. Kohlrausch, V.F. Prijs, and R. Schoonhoven). Shaker Publishing

2  S.V., Maastricht, The Netherlands, pp. 430-436.

3  26.    Popper, A.N., and Webster, D.B. (2001). Ear (vertebrate). In: McGraw Hill Encyclopedia

4  of Science & Technology, 9th Edition. McGraw-Hill, New York.

5  27.    Ladich, F., and Popper, A.N. (2001) Comparison of the inner ear ultrastructure between

6  teleost fishes using different channels for communication. Hear. Res. 154:62-72.

7  28.    Wilkins, H., Presson, J.C., Popper, A.N., Ryals, B., and Dooling, R. (2001) Hair cell

8  death in a hearing-deficient canary. J. Assoc. Res. Otolaryngol. 2:79-86.

9  29.    Popper, A.N., Salmon, M., and Horch, K.W. (2001). Acoustic detection and

10  communication by decapod crustaceans. J. Comp. Physiol. A 187:83-89.

11  doi.org/10.1007/s003590100184.

12  30.    Mann, D.A., Higgs, D.M., Tavolga, W.N., Souza, M.J., and Popper, A.N. (2001).

13  Ultrasound detection by clupeiform fishes. J. Acoust. Soc. Am. 109:3048-3054.

14  31.    Lu, Z., and Popper, A.N. (2001). Neural response directionality correlates of hair cell

15  orientation in a teleost fish. J. Comp. Physiol. A 187:453-465

16  32.    Popper, A.N., and Higgs, D.M.  (2001). Fish hearing, lateral lines. In: Encyclopedia of

17  Ocean Sciences. Academic Press, London, pp. 922-928.

18  33.    Ramcharitar, J., Higgs, D.M., and Popper, A.N. (2001). Sciaenid inner ears: A study in

19  diversity. Brain Behav. Evol. 58:152-162.

20  34.    Higgs, D.M., Souza, M.J., Wilkins, H.R., Presson, J.C., and Popper, A.N. (2002). Age-

21  and size-related changes in the inner ear and hearing ability of the adult zebrafish (Danio rerio).

22  J. Assn. Res. Otolaryngol. 3:174-184. DOI: 10.1007/s10162002003

23  35.    Popper, A.N. (2002). An overview of the applied use of sound in fisheries and fish

24  biology. Bioacoustics 12:303-306.

36.     Popper, A.N. (2002). Structure-function relationships in the ears of fishes. Bioacoustics 12:115-118.

37.     Popper, A.N., Balletto, J., Strait, K., Winchell, F., Wells, A.W., and Vaskis, M. (2002). Preliminary evidence for the use of sound to decrease losses of aquatic organisms at a power plant cooling water intake. Bioacoustics 12:306-308.

38.     Plachta, D.T.T., and Popper, A.N. (2002). Neuronal and behavioral responses of American shad, Alosa sapidissima to ultrasound stimuli. Bioacoustics 12:191-193.

39.     Meyer, M., Plachta, D.T.T., Popper, A.N., and Bleckmann, H. (2002). In vitro whole brain preparation of fish for the electrophysiological analysis of sensory pathways. Bioacoustics 12:328-330.

40.     Coffin, A.B., Higgs, D.M., Presson, J.C., and Popper, A.N. (2002). Distribution of unconventional myosins in the zebrafish ear. Bioacoustics 12:140-143.

41.     Mann, D.A., Higgs, D.M., Tavolga, W.N., and Popper, A.N. (2002). Ultrasound detection by clupeiforme fishes. Bioacoustics 12:188-191.

42.     Higgs, D.M., Brittan-Powell, E.F., Soares, D., Souza, M.J., Carr, C.E., Dooling, R.J., and Popper, A.N. (2002). Amphibious auditory responses of the American alligator (Alligator mississipiensis). J. Comp. Physiol. A 188:217-223. doi 10.1007/s00359-002-0296-8.

43.     McCauley, R.D., Fewtrell, J., and Popper, A.N. (2003). High intensity anthropogenic sound damages fish ears. J. Acoust. Soc. Am. 113:638-642. doi:10.1121/1.1527962.

44.     Higgs, D.M., Rollo, A.K., Souza, M.J., and Popper, A.N. (2003). Development of form and function in peripheral auditory structures of the zebrafish (Danio rerio). J. Acoust. Soc. Am. 113:1145-1154.

45.     Plachta, D.T.T., and Popper, A.N. (2003). Evasive responses of American shad (Alosa sapidissima) to ultrasonic stimuli. Acoust. Res. Lett. Online, 4:25-30. doi:10.1121/1.1558376.

46.    Popper, A.N., Fay, R.R., Platt, C., and Sand, O. (2003). Sound detection mechanisms and capabilities of teleost fishes. In: Sensory Processing in Aquatic Environments (eds. S.P. Collin and N.J. Marshall). Springer-Verlag, New York, pp. 3-38.

47.    Popper, A.N. (2003). Effects of anthropogenic sound on fishes. Fisheries, 28:24-31.

48.    Frisk, G., Bradley, D. Caldwell, J, D'Spain, G., Gordon, J., Hastings, M., Ketten, D., Miller, J, Nelson, D. L, Popper, A. N., and Wartzok, D. (2003). Ocean Noise and Marine Mammals. National Academy Press, Washington, DC.

49.    Higgs, D.M., Plachta, D.T.T., Rollo, A.K., Singheiser, M., Hastings, M.C., and Popper, A.N. (2004). Development of ultrasound detection in American shad (Alosa sapidissima). J. Exp. Biol. 207:155-163.

50.    Smith, M.E., Kane, A.S., and Popper, A.N. (2004). Noise-induced stress response and hearing loss in goldfish (Carassius auratus). J. Exp. Biol. 207:427-435.

51.    Platt, C., Jørgensen, J.M., and Popper, A.N. (2004). The inner ear of the lungfish, Protopterus. J. Comp. Neurol., 471:277-278.

52.    Coffin, A., Kelley, M., Manley, G.A., and Popper, A.N. (2004). Evolution of sensory hair cells. In: Evolution of the Vertebrate Auditory System (eds. G.A. Manley, A.N. Popper, and R.R. Fay). Springer-Verlag, New York, 55-94.

53.    Ladich, F., and Popper, A.N. (2004). Parallel evolution in fish hearing organs. In: Evolution of the Vertebrate Auditory System (eds. G.A. Manley, A.N. Popper, and R.R. Fay). Springer-Verlag, New York, 95-127.

54.    Lombarte, A., and Popper, A.N. (2004). Quantitative changes in the otolithic organs of the inner ear during the settlement period in European hake (Merluccius merluccius). Marine Ecol. Prog. Ser., 267:233-240.

55.    Popper, A.N., Plachta, D.T.T., Mann, D.A., and Higgs, D. (2004). The response of

1    clupeid fishes to ultrasound: a review. ICES J. Mar. Sci., 61:1057-1061.

2    56.    Popper, A.N., Fewtrell, J., Smith, M.E., and McCauley, R.D. (2004). Anthropogenic

3    sound: Effects on the behavior and physiology of fishes. Marine Technology Soc. J. 37(4):35-40.

4    57.    Wartzog, D., Popper, A.N., Gordon, J., and Merrill, J. (2004). Factors affecting the

5    responses of marine mammals to acoustic disturbance. Marine Technology Soc. J. 37(4):6-15.

6    58.    Ramcharitar, J.U., Deng, X., Ketten, D., and Popper, A.N. (2004). Form and function in

7    the unique inner ear of a teleost fish: The silver perch (Bairdiella chrysoura). J. Comp. Neurol.,

8    475:531-539.

9    59.    Popper, A. N. and Dooling, R. J. (2004). Animal Bioacoustics. In Bass, H. E., and

10    Cavanaugh, W. J. (eds.). ASA at 75. Acoustical Society of America: Melville, NY., pp. 52-62.

11    60.    Plachta, D.T.T., Song, J., Halvorsen, M.B., and Popper, A.N. (2004). Neuronal encoding

12    of ultrasonic sound by a fish. J. Neurophysiol., 91:2590-2597. Doi:10.1152/jn.01200.2003.

13    61.    Ramcharitar, J. U., and Popper, A. N. (2004). Masked auditory thresholds in sciaenid

14    fishes: a comparative study.  J. Acoust. Soc. Am., 116:1687-1691.

15    62.    Smith, M.E., Kane, A.S., and Popper, A.N. (2004). Acoustical stress and hearing

16    sensitivity in fishes: Does the linear threshold shift hypothesis hold water? J. Exp. Biol.

17    207:3591-3602.

18    63.    Mann, D. A, Popper, A. N. and Wilson, B. (2005). Pacific herring hearing does not

19    include ultrasound. Biology Letters, 1:158-161  doi:10.1098/rsbl.2004.0241

20    64.    Hastings, M. C. and Popper, A. N. (2005). Effects of sound on fish. California

21    Department of Transportation Contract 43A0139 Task Order, 1.

22    http://www4.trb.org/trb/crp.nsf/reference/boilerplate/Attachments/$file/EffectsOfSoundOnFish1-

23    28-05(FINAL).pdf

24    65.    Popper, A. N., Ramcharitar, J., and Campana, S. E. (2005). Why otoliths? Insights from

1    inner ear physiology and fisheries biology. Marine and Freshwater Research, 56:497-504.

2    66.    Fay, R. R. and Popper, A. N. (2005). Introduction to sound source localization. In: Sound

3    Source Localization (Eds. A. N. Popper and R. R. Fay), Springer Science+Business Media, New

4    York, pp. 1-5.

5    67.    Popper, A. N., Smith, M. E., Cott, P. A., Hanna, B. W., MacGillivray, A, O, Austin, M.

6    E, Mann, D. A. (2005).  Effects of exposure to seismic airgun use on hearing of three fish

7    species. J. Acoust. Soc. Am., 117:3958-3971.

8    68.    Buran, B. N., Deng, X., and Popper, A. N. (2005). Structural variation in the inner ears of

9    four deep-sea elopomorph fishes. J. Morphol. 265:215-225.

10    69.    Ramcharitar, J., Higgs, D. and Popper, A. N. (2006). Audition in Sciaenid fishes with

11    different swim bladder-inner ear configurations. J. Acoust. Soc. Am. 119:439-443.

12    70.    Song, J., Matieu, A., Soper, R. F., and Popper, A. N. (2006). Structure of the inner ear of

13    bluefin tuna (Thunnus thynnus). J. Fish. Biol., 68:1767-1781.

14    71.    Ramcharitar, J., Gannon, D. P., and Popper, A. N. (2006). Bioacoustics of the family

15    Sciaenidae (croakers and drumfishes). Tran. Am. Fish. Soc., 135: 1409-1431.

16    72.    Kwak, S., Vemarajou, S., Moorman, S. J, Zeddies, D., Popper, A. N., and Riley, B. B.

17    (2006). Zebrafish pax5 regulates development of the utricular macula and vestibular function.

18    Develop. Dynamics 235:3026-3038.

19    73.    Smith, M. E., Coffin, A. B., Miller, D. L., and Popper, A. N. (2006). Anatomical and

20    functional recovery of the goldfish (Carassius auratus) ear following noise exposure. J. Exp.

21    Biol., 209:4193-4202.

22    74.    Popper, A. N., Carlson, T. J., Hawkins, A. D., Southall, B. L., and Gentry, R. L (2006).

23    Interim Criteria for Injury of Fish Exposed to Pile Driving Operations: A White Paper

24    http://www.wsdot.wa.gov/NR/rdonlyres/84A6313A-9297-42C9-BFA6-750A691E1DB3/0/BA_P

1   ileDrivingInterimCriteria.pdf

2   75.     Coffin, A. B., Dabdoud, A., Kelley, M. W., and Popper, A. N. (2007). Myosin VI and

3   VIIa distribution among inner ear epithelia in diverse fishes. Hear. Res., 224:15-26.

4   76.     Mann, D. A., Cott, P. A., Hanna, B. W., and Popper, A. N. (2007). Hearing in eight

5   species of northern Canadian freshwater fishes: implications for seismic surveys. J. Fish. Biol.,

6   70:109-120.

7   77.     Davidson, J.W., Frankel, A.S, Ellison, W., Summerfelt, S.T., Popper, A.N., Mazik, P.,

8   and Bebak, J. (2007). Minimizing noise in fiberglass aquaculture tanks: Noise reduction potential

9   of various retrofits. Aquacultural Engineering, 37, 125-131.

10  78.     Popper, A. N., Halvorsen, M. B., Kane, E., Miller, D. D., Smith, M. E., Stein, P., and

11  Wysocki, L. E. (2007). The effects of high-intensity, low-frequency active sonar on rainbow

12  trout. J. Acoust. Soc. Am., 122:623-635.

13  79.     Wysocki, L. E., Davidson III, J. W., Smith, M. E., Frankel, A. S., Ellison, W. T., Mazik,

14  P. M., Popper, A. N.,Bebak, J. (2007). Effects of aquaculture production noise on hearing,

15  growth, and disease resistance of rainbow trout *Oncorhynchus mykiss*. Aquaculture, 272: 687-

16  697.

17  80.     Oxman, D. S. Barnett-Johnson, R., Smith, M. E., Coffin, A. B., Miller, D. D., Josephson,

18  R., Popper, A. N. (in press). The effect of vaterite deposition on otolith morphology, sound

19  reception and inner ear sensory epithelia in hatchery-reared chinook salmon (*Oncorhynchus*

20  *tshawytscha*). Canad. J. Fish. Aquatic Sci.

21  81.     Popper, A. N. and Schilt, C. R. (2008). Hearing and acoustic behavior (basic and applied). In:

22  Webb, J. F., Fay, R. R., and Popper, A. N. (eds) (2008). *Fish Bioacousitcs*. Springer Science+Business

23  Media, LLC, New York, in press.

24

BOOKS (PAST 10 YEARS; 36 PUBLISHED IN TOTAL)

Volume 9: Rubel, E., Popper, A.N., and Fay, R.R. (eds.). (1998). Development of the Auditory System, Springer-Verlag. New York.

Volume 10: Hoy, R., Popper, A.N., and Fay,. R.R. (eds.). (1998). Comparative Hearing: Insects, Springer-Verlag, New York.

Volume 11: Fay, R.R., and Popper, A.N. (eds.). (1999). Comparative Hearing: Fishes and Amphibians. Springer-Verlag, New York.

Volume 12: Au, W., Popper, A.N., and Fay, R.R. (eds.). (2000). Hearing by Whales and Dolphins, Springer-Verlag, New York.

Volume 13: Dooling, R.J., Fay, R.R., and Popper, A.N. (eds.). (2000). Comparative Hearing: Reptiles and Birds, Springer-Verlag, New York.

Volume 14: Keats, B., Fay, R.R., and Popper, A.N. (eds.). (2002). Genetics and Auditory Disorders, Springer-Verlag, New York.

Volume 15: Oertel, D., Fay, R.R., and Popper, A.N. (eds.). (2002). Integrative Functions in the Mammalian Auditory Pathway, Springer-Verlag, New York.

Volume 16: Megela Simmons, A., Popper, A.N., and Fay, R.R. (eds.). (2002). Acoustic Communications, Springer-Verlag, New York.

Volume 17:  Bacon, S., Fay, R.R., and Popper, A.N. (eds.). (2004). Compression: From Cochlea to Cochlear Implants, Springer-Verlag, New York.

Volume 18: Greenberg, S., Ainsworth, W., Popper, A.N., and Fay, R.R. (eds.). (2004). Speech Processing in the Auditory System, Springer-Verlag, New York.

Volume 19: Highstein, S. M, Fay, R.R., and Popper, A.N. (eds.). (2004). The Vestibular System, Springer-Verlag, New York.

Volume 20: Zeng, F.-G., Popper, A.N., and Fay, R.R. (eds.). (2004). Auditory Prostheses,

1    Springer-Verlag, New York.

2    Volume 21: Bullock, T. H., Hopkins, C, D., Popper, A. N., and Fay, R. R. (eds). (2005).

3    Electroreception, Springer, New York, in press.

4    Volume 22 Manley, G.A., Popper, A.N., and Fay, R.R. (eds.). (2004). Evolution of the

5    Vertebrate Auditory System, Springer, New York.

6    Volume 23: Parks, T. N., Rubel, E. W, Fay, R. R., and Popper, A. N. (eds.). (2004).

7    Development and Plasticity of the Central Auditory System. Springer, New York.

8    Volume 24: Plack, C. J., Oxenham, A. J, Fay, R. R., and Popper, A. N. (eds.). (2005). Pitch:

9    Neural Coding and Perception, Springer, New York.

10   Volume 25: Popper, A. N. and Fay, R. R. (eds.). (2005). Sound Source Localization, Springer,

11   New York.

12   Volume 26: Kelley, M. W., Wu, D. K., Popper, A. N., and Fay, R. R. (eds.). (2005).

13   Development of the Inner Ear. Springer, New York.

14   Volume 27: Eatock, R-A., Fay, R. R., and Popper, A. N. (eds.). (2006). Vertebrate Hair Cells.

15   Springer, New York.

16   Volume 28: Narins, P. M., Feng, A. S., Fay, R. R. and Popper, A. N. (eds.). (2007). Hearing and

17   Sound Communication in Amphibians. Springer, New York.

18   Volume 29: Yost, W. A., Popper, A. N., and Fay, R. R. (eds) (2007). Auditory Perception of

19   Sound Sources. Springer Science+Business Media, LLC, New York, in press.

20   Volume 30: Manley, G. A., Fay, R. R., and Popper, A. N. (eds) (2007). Active Processes and

21   Otoacoustic Emissions in Hearing. Springer Science+Business Media, LLC, New York, in press.

22   Volume 31: Schacht, J., Popper, A. N., and Fay, R. R. (eds). (2007). Auditory Trauma,

23   Protection, and Repair. Springer Science+Business Media, LLC, New York, in press.

24   Volume 32: Webb, J. F., Fay, R. R., and Popper, A. N. (eds). (2008). Fish Bioacousitcs. Springer

Science+Business Media, LLC, New York, in press.

Volume 33: Salvi, R. J., Popper, A. N., and Fay, R. R. (eds). (2008). Hair Cell Regeneration, Repair, and Protection. Springer Science+Business Media, LLC, New York, in press.

CONFERENCES AND SYMPOSIA ORGANIZED

Workshop on "Comparative Animal Communications," May, 1976, Ann Arbor, Michigan (with W. Stebbins).

Conference on "Comparative Studies of Hearing in Vertebrates," November 1978, Honolulu Hawaii, at meeting of Acoustical Societies of America and Japan (with R. R. Fay).

Conference on "Hearing and Sound Communication in Fishes," June, 1980, Sarasota, Florida (with W.N. Tavolga and R.R. Fay).

Workshop on "Comparative Hearing," February 1985, St. Petersburg Beach, Florida, at meeting of Association for Research in Otolaryngology (with R. Turner).

Conference on "Sensory Biology of Aquatic Animals," June 1985, Sarasota, Florida (with J. Atema, R.R. Fay and W.N. Tavolga).

Conference on "Comparative Evolutionary Biology of Hearing," May, 1990, Sarasota, Florida (with R.R. Fay and D.B. Webster).

Symposium on Animal Bioacoustics, May 1991 meeting of Acoustical Society of America, Baltimore, MD.

Workshop on "Recent Advances in Understanding of Fish Hearing," October, 1991, Airlie House, Warrenton, VA.

Symposium on "Evolution of Hearing" for February 1992 meeting of Association for Research in Otolaryngology, St. Petersburg Beach, FL. (with R.R. Fay and D.B. Webster).

Symposium on "Interactions Between the Auditory and Mauthner Cell Systems" for August

1   1992 meeting of the International Congress of Neuroethology, Montreal, Canada (with R.

2   Eaton).

3   Workshop on AUsing sound to modify fish behavior at power production and water control

4   facilities@ December 12 13, 1995, Portland, OR. (with T. Carlson).

5   Workshop on ACetacean Acoustics@ 1996 meeting of the Association for Research in

6   Otolaryngology, St. Petersburg Beach, FL. Feb. 8, 1996 (with H. Hawkins and W. Dolphin).

7   Karger Workshop, 1996 meeting of J.B. Johnston Club (Society for Neurosciences): AEvolution

8   of Sensory Systems,@ November 21, 1996 (with R.R. Fay).

9   Animal Behavior Society, organizer of 1997 annual meeting at University of Maryland, College

10  Park.

11  Fish Bioacoustics: Sensory Biology, Behavior, and Practical Applications, Chicago, IL, May

12  30-June 2, 2001 (with R. R. Fay and J. Webb).

13  "International Conference on Acoustic Communication by Animals," College Park, MD, July

14  27-30, 2003.

15  "Workshop on Setting Standards for Sound Exposure of Fish," multiple meetings 2005-2007

16  funded by National Marine Fisheries Service and other organizations and done in conjunction

17  with Acoustical Society of America.

18  "Fish Bioacoustics: A tribute to Arthur Myrberg," symposium at the joint meeting of the

19  Acoustical Society America and the Acoustical Society of Japan, November 29, 2006, Honolulu,

20  HI.

21  International Conference on "Effects of Sound on Aquatic Organisms," Nyborg, Denmark,

22  August 13-17, 2007.

23

24  ABSTRACTS AND PRESENTATIONS (PAST 2 YEARS; 12 OF 99)

1   Popper, A. N., Halvorsen, M. C., Miller, D., Smith, M. E., Song, J., Wysocki, L. E., Hastings, M.

2   C., Kane, A. S., and Stein, P. (2005). Effects of surveillance towed array sensor system

3   (SURTASS) low frequency active sonar on fish. J. Acoust. Soc. Am. 117:2440.

4   Wysocki, L. E., Smith, M. E., Popper, A. N., Davidson, J., Frankel, A., Ellison, W., Ford, F., and

5   Bebak-Williams, J. (2006) Effects of environmental noise on hearing capabilities of fish. Abst.

6   Assoc. Res. Otolaryngol. 29

7   Smith, M. E., Coffin, A. B., Miller, D. L., and Popper, A. N. (2006). Anatomical and functional

8   recovery of the goldfish saccule following noise exposure. Abst. Assoc. Res. Otolaryngol. 29

9   Oxman, D., Barnet-Johnson, R., Smith, M. E., Coffin, A. B., Miller, D. L., Josephson, R. and

10  Popper, A. N. (2006). Otolith crystal type affects hearing sensitivity in chinook salmon. Abst.

11  Assn. Res. Otolaryngol. 29

12  Popper, A. N. and Fay, R. R. (2006). Anthropogenic sound - Introduction and review of the

13  ambient and anthropogenic environment. J. Acoust. Soc. Am. 119:3282.

14  Halvorsen, M. B., Wysocki, L. E., and Popper, A. N. (2006). Effects of high-intensity sonar on

15  fish.  J. Acoust. Soc. Am. 119:3283.

16  Mann, D. A, Cott, P. Hanna, B., MacGillivary, A., Austin, M., Smith, M., and Popper, A. N.

17  (2006). Effects of riverine seismic air-gun exposure on fish hearing. J. Acoust. Soc. Am.

18  119:3283.

19  Smith, M. E., Wysocki, L. E.  and Popper, A. N. (2006). Effects of background sound on fish. J.

20  Acoust. Soc. Am. 119:3283.

21  Fay, R. R., and Popper, A. N. (2006). Working group on "The effects of sound on fish and

22  turtles: An update. J. Acoust. Soc. Am. 119:3284.

23  Popper, A.N., Fay, R. R., and Tavolga, W. N. (2006). A history of fish bioacoustic studies. J.

24  Acoust. Soc. Am. 120:3055.

1   Wysociki, L. E., and Popper, A. N. (2006). The influence of ambient temperature and thermal

2   acclimation on hearing in an eurythermal hearing specialist. J. Acoustic. Soc. Am. 120:3056.

3   Meyer, M., Popper, A. N., and Fay, R. R. (2006). Investigating hearing in sturgeon: Getting

4   closer to the origin of hearing in vertebrates. J. Acoust. Soc. Am. 120: 3057.

5

6   INVITED PRESENTATIONS (PAST 2 YEARS; 9 OF 74 TOTAL)

7   "A fish-ear view of vertebrate hearing," Invited keynote talk at 4th Annual Eastern Auditory

8   Retreat, July 15, 2005.

9   "What do we know about pile driving and fish?" invited talk at 2005 International Conference on

10  Ecology and Transportation, San Diego, CA, August 30, 2005.

11  "Auditory mechanisms of fishes," Distinguished Lecture, Hatfield Marine Laboratory, Oregon

12  State University, Newport, OR, June 26, 2006.

13  "Anthropogenic sound in the marine environment," invited lecture at 2006 course in Animal

14  Bioacoustics, Kerteminde, Denmark, August 27, 2006.

15  "Effects of seismic air-guns on fish," invited lecture at International workshop on "Impacts of

16  Seismic Survey Activities on Whales and Other Marine Biota," Dessau, Germany, September

17  6-7, 2006.

18  "Effects of high intensity sonar on fish," Keynote talk at conference on "Effects of

19  Mid-Frequency Sonar on Marine Fishes," at Duke University, April 19-20, 2007.

20  "Effects of Active Sonar on Fish," invited lecture, Washington DC Chapter of the Acoustical Society of

21  America, November 14, 2007.

22  "Fish hearing: From evolution to application," invited seminar, Dept. of Hearing and Speech Science,

23  University of Maryland, November 20, 2007.

24

"Effects of human-generated sound on fish," invited lecture, Shanghai Fisheries University, Shanghai, China, November 30, 2007.

Additional invited research seminars at various colleges and universities include City College of New York, Lehigh University, University of Tennessee, University of California at Berkeley, University of California at Santa Barbara, San Francisco State University, University of Maryland (Dept. of Psychology), University of Maryland at Baltimore County, Georgetown University (Dept. of Biology), SUNY (Downstate Medical Center), George Washington University, Hawaii Institute of Marine Biology, University of Chicago, Harvard University, Indiana University, Oregon State University, Georgetown University, University of Washington, University of Southern Denmark, and University of South Florida.

RECENT PUBLIC SERVICE AND CONSULTING

Montgomery County Noise Control Advisory Board, member, 1993-1995; chair, 1995-1998.

Review and analysis of use of sound for controlling behavior of salmon for Office of Technology Assessment, U. S. Congress (1994).

"Do fish hear with an ear?" Keynote address, Thirty-Fifth Connecticut Junior Science and Humanities Symposium, University of Connecticut, Storrs, CT, March 21, 1994.

"Hearing in fish and humans." Invited talk, Jewish Community Center of Greater Washington science and technology class, Rockville, MD, October 17, 1994,

Review and analysis of use of fish sensory response and prospects for developing behavioral guidance technologies for Office of Technology Assessment, US Congress, 1995.

Guest Lecturer to 21st Century Biology Class, Sidwell Friends School, Washington, DC, November 28, 2000.

1   New England Aquarium, Science Advisory Panel for "Sounds of the Sea" exhibit, 1997-2000.

2   Review and analysis of SURTASS LFA for U.S. Navy, 1999-2000.

3   Review of "A Marine Seismic Surveys: Analysis and Propagation of Air-gun Signals; and

4   Effects of Air-Gun Exposure on Humpback Whales, Sea Turtles, Fishes and Squid" for

5   Australian Petroleum Production and Exploration Association, 1999-2000.

6   Advisory Panel, Events-Based-Science-II project, Montgomery County Public Schools,

7   1995-2000.

8   Reviewer, Connecticut State high school science assessment exam, 1994-present.

9

10   RECENT NEWS & QUOTES

11   http://news.nationalgeographic.com/news/2005/11/1103_051103_whale_sonar.html

12   http://news.nationalgeographic.com/news/2005/11/1107_051107_croaker.html

13

14   COURSES TAUGHT AT UNIVERSITY OF MARYLAND

15   Semester      Course Number      Course Name  Number of Students

16   Spring, 1988   Zool. 608     Seminar in Sensory Biology   10

17   Spring, 1989   Zool. 328V

18   Zool. 708     Neuroethology (with Dr. Ottinger)   25

19   Spring, 1991   Zool.328V     Neuroethology (with Dr. Ottinger)   25

20   Fall, 1991     Biol. 105     Principles of Biology 1 (with Dr. Olek)    400

21   Spring, 1992   Biol. 105     Principles of Biology 1 (with Dr. McMillan) 350

22   Fall, 1992     Biol. 105     Principles of Biology 1 (with Dr. Benson)   400

23   Spring, 1993   Zool. 328V

24   Zool. 708     Neuroethology (with Dr. Ottinger)   20

| | | | | |
|---|---|---|---|---|
| 1 | Fall, 1993 | Biol. 105 | Principles of Biology 1 (with Dr. Benson) | 420 |
| 2 | Spring, 1994 | Biol. 105 | Principles of Biology 1 (with Dr. Benson) | 400 |
| 3 | Fall, 1994 | Biol. 105 | Principles of Biology 1 (with Dr. Ades) | 440 |
| 4 | Spring 1995 | Zool. 608B | Bioethics Seminar (with Dr. Dooling) | 10 |
| 5 | Fall, 1995 | Biol. 105 | Principles of Biology I (with Dr. Presson) | 400 |
| 6 | Spring 1996 | Zool. 328F | Vertebrate Structure and Function (with Dr. Infantino) | 40 |
| 7 | | Zool. 708 | Ethics in Biological Research (with Dr. Dooling) | 10 |
| 8 | Spring, 1997 | Zool. 328F | Vertebrate Form and Function (with Dr. Infantino) | 35 |
| 9 | | Zool. 600 | Ethics in Scientific Research (with Dr. Dooling) | 10 |
| 10 | 1997-1998 | | Sabbatical | |
| 11 | Fall, 1998 | Biol. 105 | Principles of Biology I (with Dr. Jarvis) | 325 |
| 12 | Spring, 1999 | Zool. 328F | Vertebrate Structure and Function (with Dr. Infantino) | 40 |
| 13 | Fall, 1999 | Biol. 105 | Principles of Biology | 340 |
| 14 | Spring, 2000 | Zool. 328F | Vertebrate Form and Function (with Dr. Infantino) | 60 |
| 15 | | Zool. 600 | Ethics in Scientific Research | 10 |
| 16 | Fall, 2000 | BSCI 105 | Principles of Biology | 350 |
| 17 | Spring, 2001 | BSCI 34 | Vertebrate Form and Function (with Dr. Infantino) | 60 |
| 18 | | BIOL. 600 | Ethics in Scientific Research (with Dr. Dooling) | 20 |
| 19 | Fall, 2001 | BIOL. 608W | Scientific Writing | 10 |
| 20 | Spring, 2002 | BIOL. 600 | Ethics in Scientific Research (with Dr. Dooling) | 15 |
| 21 | Spring 2003 | BSCI 105 | Principles of Biology | 350 |
| 22 | | BIOL. 600 | Ethics in Scientific Research (with Dr. Dooling) | 15 |
| 23 | Spring 2004 | BSCI 105 | Principles of Biology (with Dr. Ades) | 350 |
| 24 | | BIOL. 600 | Ethics in Scientific Research (with Dr. Dooling) | 15 |

1  Spring 2005    BSCI 105        Principles of Biology (with Dr. O'Connor)    350

2          BIOL. 600        Ethics in Scientific Research (with Dr. Dooling)      15

3  Spring 2006    BSCI 207        Diversity and Integrative Biology of Life (with Dr. Kent)    150

4          BIOL 600        Ethics in Scientific Research (with Dr. Dooling)      15

5  Spring 2007    BIOL 600        Ethics in Scientific Research (with Dr. Dooling)      15

6

7  EXHIBIT B: CITED LITERATURE

8  Amoser, S., and F. Ladich. 2003. Diversity in noise-induced temporary hearing loss in

9  otophysine fishes. Journal of the Acoustical Society of America 113 (4):2,170-2,179.

10  Cox, M., P.H. Rogers, A.N. Popper, and W.M. Saidel. 1986a. Frequency regionalization in the

11  fish ear.  Journal of the Acoustical Society of America Supplement. 1, 79: S80.

12  Cox, M., P.H. Rogers, A.N. Popper, and W.M. Saidel. 1986b. Anatomical effects of intense tone

13  simulation in the ear of bony fish. Journal of the Acoustical Society of America Supplement 1,

14  80: S75.

15  Cox, M., P.H. Rogers, A.N. Popper, W.M. Saidel, and R.R. Fay. 1987. Anatomical effects of

16  intense tone simulation in the goldfish ear:  dependence on sound pressure level and frequency.

17  Journal of the Acoustical Society of America Supplement 1, 81: S7.

18  DoN (Department of the Navy). 2007. Final supplemental environmental impact statement for

19  surveillance towed array sensor system low frequency active (SURTASS) sonar, Volume I.

20  Washington, D.C.: Chief of Naval Operations.

21  Edds-Walton, P.L., and J.J. Finneran. 2006. Evaluation of evidence for altered behavior and

22  auditory deficits in fishes due to human-generated noise sources. Technical Report 1939. San

23  Diego, California: Department of the Navy, SPAWAR Systems Center.

24  Engås, A., S. Løkkeborg, E. Ona., and A. V. Soldal, 1996. Effects of seismic shooting on local

abundance and catch rates of cod (Gadus morhua) and haddock (Melanogrammus aeglefinus). Canadian Journal of Fisheries and Aquatic Sciences 53:2,238-2,249.

Enger, P.S. 1981. Frequency discrimination in teleosts-central or peripheral? In Tavolga, W.N., A.N. Popper, and R.R. Fay (eds.). Hearing and sound communications in fish. Springer-Verlag, New York.

Fletcher, J. L., and R. G. Busnel. 1978. Effects of Noise on Wildlife. Academic Press, New York.

Halvorsen, M.B., L.E. Wysocki, and A.N. Popper. 2006. Effects of high-intensity sonar on fish. Journal of the Acoustical Society of America 119:3,283.

Hastings, M.C., A.N. Popper, J.J. Finneran, and P.J. Lanford. 1996. Effects of low-frequency underwater sound on hair cells of the inner ear and lateral line of the teleost fish Astronotus ocellatus. Journal of the Acoustical Society of America 99(3):1,759-1,766.

Hastings, M. C. and A.N. Popper. 2005. Effects of sound on fish. California Department of Transportation Contract 43A0139 Task Order, 1. http://www4.trb.org/trb/crp.nsf/reference/boilerplate/ Attachments/$file/EffectsOfSoundOnFish1-28-05(FINAL).pdf.

Jørgensen, R., K.K. Olsen, I.-B. Falk-Petersen, and P. Kanapthippilai. 2005. Investigations of potential effects of low frequency sonar signals on survival, development and behaviour of fish larvae and juveniles. Tromsø, Norway: The Norwegian College of Fishery Science, University of Tromsø. Prepared for Norwegian Defence Research Establishment, Department of Marine Systems.

Kvaldsheim, P.H., and E.M. Sevaldsen. 2005. The potential impact of 1-8 KHz active sonar on stocks of juvenile fish during sonar exercises. FFI/RAPPORT-2005/01027. Kjeller, Norway: Norwegian Defence Research Establishment.

1  McCauley, R. D., J. Fewtrell, and A.N. Popper. 2003. High intensity anthropogenic sound

2  damages fish ears. Journal of the Acoustical Society of America 113: 638-642.

3  Popper, A.N., R.R. Fay, C. Platt, and O. Sand. 2003. Sound detection mechanisms and

4  capabilities of teleost fishes. Pages 3-38 in S.P. Collin and N.J. Marshall (eds). Sensory

5  Processing in Aquatic Environments. New York: Springer-Verlag..

6  Popper, A.N., M.E. Smith, P.A. Cott, B.W. Hanna, A.O. MacGillivray, M.E. Austin, and D.A.

7  Mann. 2005a. Effects of exposure to seismic airgun use on hearing of three fish species. Journal

8  of the Acoustical Society of America 117:3,958-3,971.

9  Popper, A.N., M.B. Halvorsen, D. Miller, M.E. Smith, J. Song, L.E. Wysocki, M.C. Hastings,

10  A.S. Kane, and P.Stein. 2005b. Effects of surveillance towed array sensor system (SURTASS)

11  low frequency active sonar on fish. Journal of the Acoustical Society of America 117:2,440.

12  Popper, A. N., M. B. Halvorsen, E. Kane, D.D. Miller, M.E. Smith, P. Stein, and L.E. Wysocki.

13  2007. The effects of high-intensity, low-frequency active sonar on rainbow trout. Journal of the

14  Acoustical Society of America 122:623-635

15  Ramcharitar, J.U., X. Deng, D. Ketten, and A.N. Popper. 2004. Form and function in the unique

16  inner ear of a teleost fish: The silver perch (*Bairdiella chrysoura*). Journal of Comparative

17  Neurology 475(4):531-539.

18  Saunders, J. C., Y.E. Cohen, and Y.M. Szymko. 1991. The structural and functional

19  consequences of acoustic injury in the cochlea and peripheral auditory system: A five year

20  update. Journal of the Acoustical Society of America 90:147-155.

21  Slotte, A., Kansen, K., Dalen, J., and Ona, E. 2004. Acoustic mapping of pelagic fish distribution

22  and abundance in relation to a seismic shooting area off the Norwegian west coast. Fishery

23  Research 67:143-150.

24  Smith, M.E., A.S. Kane, and A.N. Popper. 2004a. Noise-induced stress response and hearing loss

1  in goldfish (*Carassius auratus*). Journal of Experimental Biology 207:427-435.

2  Song, J., D.A. Mann, P.A. Cott, B.W. Hanna, and A.N. Popper. Submitted. Ear structure in seven

3  species of northern Canadian freshwater fishes, including effects of seismic exposure on ear

4  tissues in select species.

5  Wardle, C.S., T.J. Carter, G.G. Urquhart, A.D.F. Johnstone, A.M. Ziolkowski, G. Hampson, and

6  D. Mackie. 2001. Effects of seismic air guns on marine fish. Continental Shelf Research

7  21:1,005-1,027.

8  Wysocki L.E., and F. Ladich. 2005. Effects of noise exposure on click detection and the

9  temporal resolution ability of the goldfish auditory system. Hearing Research 201(1-2):27-36.

10  Wysocki, L. E., J.P. Dittami, and F. Ladich. 2006. Ship noise and cortisol secretion in European

11  freshwater fishes. Biological Conservation 128(4):501-508.

12  Wysocki, L. E., J.W. Davidson III, M.E. Smith, A.S. Frankel, W.T. Ellison, P.M. Mazik, A.N.

13  Popper, and J. Bebak. 2007. Effects of aquaculture production noise on hearing, growth, and

14  disease resistance of rainbow trout *Oncorhynchus mykiss*. Aquaculture, 272: 687-697.