RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | Civ. Action No. 07-4771-EDL |
| Plaintiffs, | MOTION TO ENLARGE TIME IN WHICH TO FILE FEDERAL DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | |
| Defendants. | Judge: Hon. Elizabeth D. Laporte<br>Ctrm: E<br>Hearing Date: January 16, 2007<br>Time: 2 p.m. |

Mtn to Enlarge Deadline for Defendants' Opposition Brief
NRDC v. Gutierrez, Case No. 07-4771-EDL

1    Pursuant to Local Rule 6-3, Federal Defendants hereby request that the Court modify the
2 briefing schedule for the Plaintiffs' motion for a preliminary injunction such as to allow Defendants
3 to complete the filing of their opposition to the Plaintiffs' motion no later than 11 pm EST on
4 November 15, 2007.

5    In support of this motion, Federal Defendants state as follows:

6    (1)    On October 12, 2007, Plaintiffs filed a motion for preliminary injunction in the above
7 captioned case;

8    (2)    On November 8, 2007, Plaintiffs and Defendants ("Parties"), filed a Stipulation to
9 Permit Plaintiffs and Defendants to Exceed the Page Limit and Modify Briefing Schedule Applicable
10 to Defendants' Opposition to Preliminary Injunction Motion and Plaintiffs' Reply;

11    (3)    On November 9, 2007, this Court issued an Order approving the Parties' Stipulation;

12    (4)    Pursuant to that Stipulation, Federal Defendants' brief in opposition to Plaintiffs'
13 motion for preliminary injunction was due no later than 5pm EST, November 15, 2007.  In addition,
14 Federal Defendants were required to delivery service copies of the exhibits pertaining to that brief to
15 Sarah Schindler, Bryan Jacobson, and Michael Jasny no later than November 15, 2007;

16    (5)    Federal Defendants have completed service of the exhibits, but were unable to
17 complete the filing of their opposition brief prior to 5 pm on November 15 due to delays in executing
18 several corresponding declarations and technical difficulties experienced while formatting the brief;

19    (6)    Federal Defendants ultimately filed the opposition brief and a number of the
20 supporting declarations at approximately 8:30 pm EST, but continue to have difficulty with the four
21 remaining declarations due to the file size and because the files appear to be password protected;

22    (7)    Federal Defendants therefore request an enlargement of time until 11 pm EST (5
23 hours) in which to complete the filing;

24    (8)    Defendants submit that the Plaintiffs will not be significantly prejudiced by this
25 enlargement because the opposition brief has already been filed and served via the Electronic Case
26 Filing System.

Mtn to Enlarge Deadline for Defendants' Opposition Brief
NRDC v. Gutierrez, Case No. 07-4771-EDL

- 1 -

(9) Counsel for Federal Defendants attempted to contact counsel for the Plaintiffs by telephone prior to filing this motion to determine whether a stipulation was possible, but were unable to reach Plaintiffs' counsel.

Dated: November 15, 2007

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
KRISTEN GUSTAFSON, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

By:   /s/ Guillermo A. Montero
GUILLERMO MONTERO, Trial Attorney
MA Bar #660903
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
Tel. (202) 305-0443/ Fax (202) 305-0274
Guillermo.Montero@usdoj.gov

Counsel for Federal Defendants

Mtn to Enlarge Deadline for Defendants' Opposition Brief
NRDC v. Gutierrez, Case No. 07-4771-EDL

- 2 -