**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) <br> ) Civ. Action No. 07-4771-EDL <br> ) |
| Plaintiffs, | ) [PROPOSED] ORDER GRANTING <br> ) MOTION TO ENLARGE |
| v. | ) TIME IN WHICH TO FILE <br> ) FEDERAL DEFENDANTS' |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) BRIEF IN OPPOSITION TO PLAINTIFFS' <br> ) MOTION FOR PRELIMINARY INJUNCTION <br> ) |
| Defendants. | ) Judge: Hon. Elizabeth D. Laporte <br> ) Ctrm: E <br> ) Hearing Date: January 16, 2007 <br> ) Time: 2 p.m. <br> ) |

Having reviewed Federal Defendants' motion for an enlargement of 5 hours in which to file their opposition to Plaintiffs' motion for a preliminary injunction, and being fully advised,

IT IS HEREBY ORDERED that the deadline for Federal Defendants' brief and supporting documents in opposition to Plaintiffs' motion for preliminary injunction shall be enlarged by 5 hours (until 11 pm EST) on November 15, 2007.

Dated: _____, 2007      By: _____
                                                                                    Honorable Elizabeth D. Laporte
                                                                                    United States Magistrate Judge

Proposed Order, No. 07-cv-4771-EDL