RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | Civ. Action No. 07-4771-EDL |
| Plaintiffs, | DECLARATION OF GUILLERMO A. MONTERO |
| v. | |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | |
| Defendants. | |

Declaration of Guillermo A. Montero
NRDC v. Gutierrez, Case No. 07-4771-EDL

I, Guillermo A. Montero, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the bar of Massachusetts, and I am employed as a trial attorney with the United States Department of Justice, Environment and Natural Resources Division, Natural Resources Section. I am one of the attorneys of record assigned to represent the Federal Defendants in this action. I have personal knowledge of the facts stated herein and, if called upon to testify, I would testify that the facts set forth below are true and correct.

2. On October 12, 2007, Plaintiffs filed a motion for preliminary injunction in the above captioned case.

3. On November 8, 2007, Plaintiffs and Defendants ("Parties"), filed a Stipulation to Permit Plaintiffs and Defendants to Exceed the Page Limit and Modify Briefing Schedule Applicable to Defendants' Opposition to Preliminary Injunction Motion and Plaintiffs' Reply;

4. On November 9, 2007, this Court issued an Order approving the Parties' Stipulation;

5. Pursuant to that Stipulation, Federal Defendants' brief in opposition to Plaintiffs' motion for preliminary injunction was due no later than 5pm EST, November 15, 2007. In addition, Federal Defendants were required to delivery service copies of the exhibits pertaining to that brief to Sarah Schindler, Bryan Jacobson, and Michael Jasny no later than November 15, 2007;

6. Federal Defendants have completed service of the exhibits, but were unable to complete the filing of their opposition brief before 5 pm EST due to delays in executing several corresponding declarations and technical difficulties experienced while formatting the brief. Specifically, various declarants had limited availability as a result of their travel schedules and/or competing obligations, and their declarations could not be executed as a result until the afternoon of November 15, 2007. In addition, several of the declarations appear to be password protected, and will need to be scanned before they can be filed via the Electronic Case Filing System (ECF). Finally, counsel for Defendants experienced numerous technical difficulties while formatting Defendants' opposition brief and converting it into a format compatible with the ECF System.

Declaration of Guillermo A. Montero
NRDC v. Gutierrez, Case No. 07-4771-EDL

- 1 -

1  7. Federal Defendants were able to complete filing of the brief and a number of the supporting declarations by 8:30 pm EST, but continue to have difficulty with the four remaining declarations.

8. Federal Defendants believe that they will require an enlargement of time until 11 pm EST (5 hours) in order to complete the filing;

9. Federal Defendants believe that the Plaintiffs will not be significantly prejudiced by this enlargement because the opposition brief has already been filed and served via the ECF System.

10. Counsel for Federal Defendants attempted to contact counsel for the Plaintiffs by telephone prior to filing this motion to determine whether a stipulation was possible, but were unable to reach Plaintiffs' counsel.

Executed this 15th day of November, 2007, in Washington, DC.

          /s/ Guillermo A. Montero
          Guillermo A. Montero

Declaration of Guillermo A. Montero
<u>NRDC v. Gutierrez</u>, Case No. 07-4771-EDL

- 2 -