RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) Civ. Action No. 07-4771-EDL |
| Plaintiffs, | ) |
| v. | ) FEDERAL DEFENDANTS' ) NOTICE OF ERRATA |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) |
| Defendants. | ) Judge: Hon. Elizabeth D. Laporte ) Ctrm: E ) Hearing Date: January 16, 2008 ) Time: 9 a.m. |

Federal Defendants' Notice of Errata., No. 07-4771

Federal Defendants hereby give notice that *Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction*, filed on November 15, 2007, contained a typographical error. Specifically, the sentence that appears at page 28, lines 15-17 of the Defendants' brief, inadvertently omits a reference to a prior discussion in the brief. That sentence should state as follows:

- "The 12nm and 25nm alternatives were then examined in comparative form, using the generic analytical methodology described at pages 14-15, supra, to determine the difference in potential impacts to marine mammals at each distance."

A corrected version of page 28 is submitted herewith as Exhibit A.

Respectfully submitted this 19th day of November, 2007.

        RONALD J. TENPAS
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        JEAN E. WILLIAMS, Chief

By:  /s/ Kristen L. Gustafson
      KRISTEN GUSTAFSON, Trial Attorney
      United States Department of Justice
      Environment & Natural Resources Division
      Wildlife & Marine Resources Section

By:  /s/ Guillermo A. Montero
      GUILLERMO MONTERO, Trial Attorney
      MA Bar #660903
      United States Department of Justice
      Environment & Natural Resources Division
      Natural Resources Section
      Ben Franklin Station, P.O. Box 663
      Washington, D.C. 20044-663
      Tel. (202) 305-0443/ Fax (202) 305-0274
      Guillermo.Montero@usdoj.gov

      Attorneys for Federal Defendants