*Exhibit A*

*Exhibit A*

**FILED**

OCT 2 9 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE COUNCIL, et al.

Plaintiffs,

v.

DONALD L. EVANS, et al.

Defendants.

No. C-02-3805 EDL

ORDER RE: CLASSIFIED INFORMATION

Upon consideration of Defendants' Motion to Submit Classified Evidence *In Camera* and *Ex Parte*, Plaintiffs' Opposition thereto, and Defendants Reply to Plaintiffs' Opposition, it is hereby

ORDERED that Defendants' Motion for Leave to Submit Classified Evidence *In Camera* and *Ex Parte* is GRANTED as to Joseph Johnson's declaration dated September 27, 2002; and it is further

ORDERED that the Defendants shall deposit the classified evidence with the Federal Bureau of Investigation located in the Courthouse, where it shall be stored in an appropriate safe. An individual with appropriate security clearance shall hand-carry the documents to the Court for review and return them to the authorized safe at the end of each day; and it is further

ORDERED that the Defendants shall submit an unclassified version of the classified document, with the classified information redacted, for filing with the clerk's office, and they shall serve Plaintiffs' counsel with a copy of the redacted version.

At the conclusion of the proceedings, this original classified information shall be returned to the Department of Justice or the originating agency, or placed under court seal for safekeeping by the Department of Justice Security Officer. See 28 C.F.R. § 17.17(c)(8).

1 | This Order shall dispose of docket number 17.
2 |
3 | IT IS SO ORDERED.
4 |
5 | Dated: October 29, 2002
6 |
7 |                                          ELIZABETH D. LAPORTE
  |                                          United States Magistrate Judge
8 | copies mailed to
  | counsel of record

United States District Court
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Natural Resources Defense Council, et al.,

        Plaintiffs,

v.

Donald L. Evans, et al.,

        Defendants.

Case Number: C-02-3805 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew B. Sabey
Robin S. Stafford
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105-2482

Joel R. Reynolds
Andrew E. Wetzler
**Natural Resources Defense Council, Inc.**
6310 San Vicente Blvd., Suite 250
Los Angeles, CA 90048

Jean Williams
Kristen L. Gustafson
Ann D. Navarro
Maureen Rudolph
**United States Department of Justice**
**Environent & Natural Resources Division**
Benjamin Franklin Station - P.O. Box 7369 and 663
Washington, D.C. 20530

Dated: October 29, 2002

Richard W. Wieking, Clerk

By: *Wilma Hewlin Kelly*
Deputy Clerk