1  ROBERT L. FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
   Email: RFalk@mofo.com
5  Email: RStafford@mofo.com
   Email: SSchindler@mofo.com
6
   JOEL R. REYNOLDS (SBN 85276)
7  CARA A. HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
   1314 Second Street
8  Santa Monica, CA 90401
   Telephone: (310) 434-2300
9  Facsimile: (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR
11 ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN
   SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES
   SOCIETY; JEAN-MICHEL COUSTEAU

12

13                            UNITED STATES DISTRICT COURT

14                           NORTHERN DISTRICT OF CALIFORNIA

15 NATURAL RESOURCES DEFENSE COUNCIL,          Civil Action No. CV-07-4771-EDL
   INC.; INTERNATIONAL FUND FOR ANIMAL
16 WELFARE; THE HUMANE SOCIETY OF THE
   UNITED STATES; CETACEAN SOCIETY            **[PROPOSED] ORDER
17 INTERNATIONAL; LEAGUE FOR COASTAL           GRANTING DEFENDANTS'
   PROTECTION; OCEAN FUTURES SOCIETY;          MOTION FOR LEAVE TO
18 JEAN-MICHEL COUSTEAU                        SUBMIT CLASSIFIED
                                               DECLARATION FOR *EX PARTE*
                   Plaintiffs,                 AND *IN CAMERA* REVIEW**
19      v.

20 CARLOS M. GUTIERREZ, SECRETARY OF THE
   UNITED STATES DEPARTMENT OF
21 COMMERCE; NATIONAL MARINE FISHERIES         Judge:   Hon. Elizabeth Laporte
   SERVICE; WILLIAM HOGARTH, ASSISTANT         Ctrm:    E
22 ADMINISTRATOR FOR FISHERIES OF THE          Hearing Date: December 11, 2007
   NATIONAL OCEANOGRAPHIC AND                  Time:    9 a.m.
   ATMOSPHERIC ADMINISTRATION; VICE
23 ADMIRAL CONRAD C. LAUTENBACHER, JR.,
   ADMINISTRATOR OF THE NATIONAL
24 OCEANOGRAPHIC AND ATMOSPHERIC
   ADMINISTRATION; UNITED STATES
25 DEPARTMENT OF THE NAVY; DONALD C.
   WINTER, SECRETARY OF THE UNITED
26 STATES DEPARTMENT OF THE NAVY;
   ADMIRAL MIKE MULLEN, CHIEF OF NAVAL
27 OPERATIONS
                   Defendants.
28

1     Upon consideration of Defendants' Motion for Leave to Submit Classified Declaration for

2  *Ex Parte* and *In Camera* Review, filed on November 6, 2007, it is hereby

3     ORDERED that Defendants' Motion is GRANTED; and it is further

4     ORDERED that the proposed classified declarations shall be handled in accordance with

5  the procedures set forth in 28 C.F.R. § 17; and it is further

6     ORDERED that Defendants shall deposit the classified declarations with the Department

7  of Justice Regional Security Office, located at 450 Golden Gate Ave., San Francisco, CA on the

8  9th floor, where it shall be stored in an appropriate secured facility.  Upon request, an individual

9  with the Department of Justice's Security Office and with an appropriate security clearance shall

10  hand-carry the classified declarations to the Court, remain present during the Court's ex parte and

11  in camera review, and return the classified declarations to the secured safe at the conclusion of the

12  Court's review; and it is further

13     ORDERED that Defendants shall submit an unclassified version of any classified

14  documents, with the classified information redacted, for filing with the clerk's office, and they

15  shall serve Plaintiffs' counsel with a copy of the redacted version.

16     SO ORDERED.

17

18  Dated:  _____, 2007.          By:_____
                                              Honorable Elizabeth D. Laporte
19                                            United States Magistrate Judge