**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. <br><br> Defendants. | Civ. Action No. 07-4771-EDL <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO ENLARGE TIME IN WHICH TO FILE FEDERAL DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> Judge: Hon. Elizabeth D. Laporte <br> Ctrm: E <br> Hearing Date: January 16, 2007 <br> Time: 2 p.m. |

Having reviewed Federal Defendants' motion for an enlargement of 5 hours in which to file their opposition to Plaintiffs' motion for a preliminary injunction, and being fully advised,

IT IS HEREBY ORDERED that the deadline for Federal Defendants' brief and supporting documents in opposition to Plaintiffs' motion for preliminary injunction shall be enlarged by 5 hours (until 11 pm EST) on November 15, 2007.

Dated: __November 20__, 2007     By: _____
                                        Hon. Elizabeth D. Laporte
                                        United States Magistrate Judge

*IT IS SO ORDERED* — Judge Elizabeth D. Laporte

Proposed Order, No. 07-cv-4771-EDL