1  ROBERT L. FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
   Email: RFalk@mofo.com
5  Email: RStafford@mofo.com
   Email: SSchindler@mofo.com
6
   JOEL R. REYNOLDS (SBN 85276)
7  CARA A. HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
   1314 Second Street
8  Santa Monica, CA 90401
   Telephone: (310) 434-2300
9  Facsimile: (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR
11 ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN
   SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES
   SOCIETY; JEAN-MICHEL COUSTEAU
12

13                         UNITED STATES DISTRICT COURT

14                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**PROOFS OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Judge: Hon. Elizabeth Laporte<br>Ctrm: E<br>Hearing Date: January 16, 2008<br>Time: 2 p.m. |

PROOF OF SERVICE -- Case No. CV-07-4771-EDL
sf-2428772

# ATTACHMENT LIST of
# PROOFS OF SERVICE

*Natural Resources Defense Council, et al. v. Gutierrez, et al.*
USDC, Northern District of California Case No. CV-07-4771-EDL

*Attachment 1:*
    **PARTY**: Carlos M Gutierrez - Secretary of the US Department of Commerce

Jorge Alarcon, Supervisor/Authorized to accept service.
1401 Constitution Avenue NW
Washington, D.C. 20230

*Attachment 2:*
    **PARTY**: William Hogarth - Assistant Administrator for Fisheries of the National Oceanographic and Atmospheric Administration

Dontres Banks, Authorized to accept service.
1315 East West Highway
Silver Spring, MD 20910

*Attachment 3:*
    **PARTY**: Vice Admiral Conrad C. Lautenbacher, Jr. - Administrator of the National Oceanographic and Atmospheric Administration

Jorge Alarcon, Supervisor/Authorized to accept service.
1401 Constitution Avenue NW
Washington, D.C. 20230

*Attachment 4:*
    **PARTY**: United States Department of the Navy

Glenda McRavin, Assistant General Counsel/Authorized to accept service
720 Kenyon Street, SE
Building 36, Room 233
Washington, DC 20374

*Attachment 5:*
    **PARTY**: Donald C. Winter, Secretary of the United States Department of the Navy

Glenda McRavin, Assistant General Counsel/Authorized to accept service
720 Kenyon Street, SE
Building 36, Room 233
Washington, DC 20374

*Attachment 6:*
    **PARTY**: Admiral Mike Mullen - Chief of Naval Operations

Glenda McRavin, Assistant General Counsel/Authorized to accept service
720 Kenyon Street, SE
Building 36, Room 233
Washington, DC 20374

ATTACHMENT LIST of
PROOFS OF SERVICE

*Natural Resources Defense Council, et al. v. Gutierrez, et al.*
USDC, Northern District of California Case No. CV-07-4771-EDL

*Attachment 7:*

   **PARTY**:  United States Attorney's Office & Office of the Attorney General U.S. Dept. of Justice

Willo T. Lee, General Clerk/Authorized to accept service
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

*Attachment 8:*

   **PARTY**:  United States Department of Justice
      Environmental & Natural Resources Division
      Wildlife & Marine Resources Section

   Pamela Hamilton, Clerk/Authorized to accept service
   United States Department of Justice
   Environmental & Natural Resources Division
   601 D Street, NW, Room 3032
   Washington, D.C.  20530

*Attachment 9:*

   **PARTY**:  United States Department of Justice
      Environmental & Natural Resources Division
      Natural Resources Section

   Pamela Hamilton, Clerk/Authorized to accept service
   United States Department of Justice
   Environmental & Natural Resources Division
   601 D Street, NW, Room 3032
   Washington, D.C.  20530

*Attachment 10:*

   **PARTY**:  National Marine Fisheries Service *(please see process server's Affidavit of Reasonable Diligence)*

   1315 East West Highway
   Silver Spring, MD 20910

| Attorney or Party without Attorney: <br> MORRISON & FOERSTER, LLP <br> 425 MARKET STREET <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-268-7000    FAX No: 415-276-7182 <br> Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | | | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | | | | |
| Defendant: CARLOS M. GUTIERREZ, et al. | | | | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C 07 4771 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Plaintiff's Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Public Notice; Ecf Registration Information Handout; Clerk's Notice; Reassignment Order; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02--38-5-Edl And 07-4771-Sba.

3. a. Party served:        CARLOS M. GUTIERREZ
   b. Person served:       JORGE ALARCON, SUPERVISOR/AUTHORIZED TO ACCEPT

4. Address where the party was served:   1401 CONSTITUTION AVENUE, NW
                                         WASHINGTON DC, DC 20230

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRANDON A. SNESKO                          d. *The Fee for Service was:*
   
   First Legal Support Services              e. I am: (3) registered California process server
   ATTORNEY SERVICES                                (i)   Independent Contractor
   1511 BEVERLY BOULEVARD                           (ii)  Registration No.:
   Los Angeles, CA 90026                            (iii) County:              WASHINGTON, DC
   (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Oct. 17, 2007

Judicial Council Form POS-010                    PROOF OF SERVICE                          (BRANDON A. SNESKO)
Rule 982.9.(a)&(b) Rev January 1, 2007           SUMMONS & COMPLAINT                       6378065.morfo-sf.92383

Attachment 1

| Attorney or Party without Attorney:<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-7000     FAX No: 415-276-7182 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | | | | |
| Defendant: CARLOS M. GUTIERREZ, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4771 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Plaintiff's Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Public Notice; Ecf Registration Information Handout; Clerk's Notice; Reassignment Order; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02--38-5-Edl And 07-4771-Sba.

3. a. Party served: WILLIAM HOGARTH - ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION
   b. Person served: DONTRES BANKS, AUTHORIZED AGENT

4. Address where the party was served: 1315 EAST WEST HIGHWAY
   SILVER SPRING, MD 14636

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Oct. 19, 2007 (2) at: 11:15AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY SNESKO                  d. *The Fee for Service was:*
                                   e. I am: Not a Registered California Process Server

   **First Legal Support Services**
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Oct. 19, 2007

   (TONY SNESKO)

   Judicial Council Form POS-010        PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT        6378066.morfo-sf.92817

**Attachment 2**

| Attorney or Party without Attorney:<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-7000   FAX No: 415-276-7182 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | | | | |
| Defendant: CARLOS M. GUTIERREZ, et al. | | | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4771 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Plaintiff's Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Public Notice; Ecf Registration Information Handout; Clerk's Notice; Reassignment Order; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02--38-5-Edl And 07-4771-Sba.

3. a. Party served: VICE ADMIRAL CONRAD C. LAUTENBACHER, JR. - ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION
   b. Person served: JORGE ALARCON, SUPERVISOR/AUTHORIZED TO ACCEPT

4. Address where the party was served: 1401 CONSTITUTION AVENUE, NW
   WASHINGTON DC, DC 20230

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. BRANDON A. SNESKO
   
   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197
   
   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:
      (iii) County:   WASHINGTON, DC

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Fri, Oct. 19, 2007
   
   (BRANDON A. SNESKO)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6378067.morfo-sf.92836

**Attachment 3**

| Attorney or Party without Attorney: <br> MORRISON & FOERSTER, LLP <br> 425 MARKET STREET <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-268-7000    FAX No: 415-276-7182 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | |
| Defendant: CARLOS M. GUTIERREZ, et al. | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 4771 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Plaintiff's Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Public Notice; Ecf Registration Information Handout; Clerk's Notice; Reassignment Order; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02--38-5-Edl And 07-4771-Sba.

3. a. Party served:      UNITED STATES DEPARTMENT OF THE NAVY
   b. Person served:     GLENDA MCRAVIN, ASSISTANT GENERAL COUNSEL/AUTHORIZED TO ACCEPT

4. Address where the party was served:    720 KENYON STREET, SE
                                           BUILDING 36, ROOM 233
                                           WASHINGTON DC, DC 20374

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNITED STATES DEPARTMENT OF THE NAVY
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY SNESKO
                                                             d. *The Fee for Service was:*
                                                             e. I am: Not a Registered California Process Server

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Oct. 19, 2007

   Judicial Council Form POS-010                PROOF OF SERVICE                    (TONY SNESKO)
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                 6378068.morfo-sf.92838

**Attachment 4**

| *Attorney or Party without Attorney:*<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-268-7000   *FAX No:* 415-276-7182 | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | | | | |
| *Plaintiff:* NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | | | | |
| *Defendant:* CARLOS M. GUTIERREZ, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07 4771 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Plaintiff's Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Public Notice; Ecf Registration Information Handout; Clerk's Notice; Reassignment Order; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02--38-5-Edl And 07-4771-Sba.

3. a. Party served: DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY
   b. Person served: GLENDA MCRAVIN, ASSISTANT GENERAL COUNSEL/AUTHORIZED TO ACCEPT

4. Address where the party was served: 720 KENYON STREET, SE
   BUILDING 36, ROOM 233
   WASHINGTON DC, DC 20374

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. TONY SNESKO

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Oct. 19, 2007

   *Judicial Council Form POS-010*         PROOF OF SERVICE         (TONY SNESKO)
   *Rule 982.9.(a)&(b) Rev January 1, 2007*   SUMMONS & COMPLAINT        6378069.morfo-sf.92840

**Attachment 5**

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-268-7000  *FAX No:* 415-276-7182<br>*Ref. No. or File No.:* | *For Court Use Only* |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.
*Defendant:* CARLOS M. GUTIERREZ, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07 4771 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Plaintiff's Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Public Notice; Ecf Registration Information Handout; Clerk's Notice; Reassignment Order; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02--38-5-Edl And 07-4771-Sba.

3. a. *Party served:* ADMIRAL MIKE MULLEN - CHIEF OF NAVAL OPERATIONS
   b. *Person served:* GLENDA MCRAVIN, ASSISTANT GENERAL COUNSEL/AUTHORIZED TO ACCEPT

4. *Address where the party was served:* 720 KENYON STREET, SE
   BUILDING 36, ROOM 233
   WASHINGTON DC, DC 20374

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY SNESKO
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Oct. 19, 2007

   *Judicial Council Form POS-010*          PROOF OF SERVICE                    (TONY SNESKO)
   *Rule 982.9.(a)&(b) Rev January 1, 2007*  SUMMONS & COMPLAINT                            6378070.morfo-sf.92842

**Attachment 6**

| Attorney or Party without Attorney: MORRISON & FOERSTER, LLP 425 MARKET STREET SAN FRANCISCO, CA 94105 Telephone No: 415-268-7000  FAX No: 415-276-7182 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | | | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | | | | |
| Defendant: CARLOS M. GUTIERREZ, et al. | | | | |
| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 4771 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Plaintiff's Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Public Notice; Ecf Registration Information Handout; Clerk's Notice; Reassignment Order; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02--38-5-Edl And 07-4771-Sba.

3. a. Party served: UNITED STATES ATTORNEY'S OFFICE & OFFICE OF THE ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE
   b. Person served: WILLO T. LEE, GENERAL CLERK 2/AUTHORIZED TO ACCEPT

4. Address where the party was served: 950 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20530

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 1:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNITED STATES ATTORNEY'S OFFICE & OFFICE OF THE ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE
   Under CCP 416.50 (public entity)

7. Person Who Served Papers:
   a. BRANDON A. SNESKO

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.:
       (iii) County:  WASHINGTON, DC

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*
   Date: Fri, Oct. 19, 2007

   (BRANDON A. SNESKO)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6378071.morfo-sf.92844

Attachment 7

| Attorney or Party without Attorney:<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-7000     FAX No: 415-276-7182 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | | | | |
| Defendant: CARLOS M. GUTIERREZ, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4771 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Plaintiff's Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Public Notice; Ecf Registration Information Handout; Clerk's Notice; Reassignment Order; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02--38-5-Edl And 07-4771-Sba.

3. a. Party served: UNITED STATES DEPARTMENT OF JUSTICE ENVIRONMENTAL & NATURAL RESOURCES DIVISION, WILDLIFE & MARINE RESOURCES SECTION
   b. Person served: PAMELA HAMILTON, CLERK/AUTHORIZED TO ACCEPT

4. Address where the party was served: 601 "D" STREET, NW
   ROOM 3032
   WASHINGTON, DC 20530

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 1:02PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNITED STATES DEPARTMENT OF JUSTICE ENVIRONMENTAL & NATURAL RESOURCES DIVISION, WILDLIFE & MARINE RESOURCES SECTION
   Under CCP 416.50 (public entity)

7. Person Who Served Papers:            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRANDON A. SNESKO                 d. The Fee for Service was:
   
   First Legal Support Services         e. I am: (3) registered California process server
   ATTORNEY SERVICES                        (i) Independent Contractor
   1511 BEVERLY BOULEVARD                   (ii) Registration No.:
   Los Angeles, CA 90026                    (iii) County:       WASHINGTON, DC
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Oct. 19, 2007

   Judicial Council Form POS-010        PROOF OF SERVICE                (BRANDON A. SNESKO)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT          6378074.morfo-sf.92847

**Attachment 8**

| Attorney or Party without Attorney:<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-7000  FAX No: 415-276-7182 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | |
| Defendant: CARLOS M. GUTIERREZ, et al. | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4771 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Plaintiff's Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Public Notice; Ecf Registration Information Handout; Clerk's Notice; Reassignment Order; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02--38-5-Edl And 07-4771-Sba.

3. a. Party served: UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENTAL & NATURAL RESOURCES DIVISION, NATURAL RESOURCES SECTION
   b. Person served: PAMELA HAMILTON, CLERK/AUTHORIZED TO ACCEPT

4. Address where the party was served: 601 "D" STREET, NW
   ROOM 3529
   WASHINGTON, DC 20530

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 11, 2007 (2) at: 1:02PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENTAL & NATURAL RESOURCES DIVISION, NATURAL RESOURCES SECTION
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*
   a. BRANDON A. SNESKO

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:
      (iii) County:  WASHINGTON, DC

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Oct. 19, 2007

   _____
   (BRANDON A. SNESKO)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6378077.morfo-sf 92855

**Attachment 9**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ROBERT R. FALK<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-7000   FAX No: 415-276-7182 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>NATURAL RESOURCES |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.<br>Defendant: CARLOS M. GUTIERREZ, et al. | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4771 SBA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02-03805-Edl And 07-4771-Sba; Reassignment Order; Clerk's Notice; Ecf Registration Information Handout; Public Notice; Waiver Of Service Of Summons; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Contents Of Joint Case Management Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Plaintiff's Certification Of Interested Entities Or Persons; Certificate Of Service(2).

3. a. Party served:    NATIONAL MARINE FISHERIES

4. Address where the party was served:    1315 EAST WEST HIGHWAY
   SILVER SPRING, MD 20910

5. I served the party:
   b. **by substituted service.** On: Wed., Nov. 07, 2007 at: 4:05PM by leaving the copies with or in the presence of:
   BRAD MAYLOR, HEAD OF SECURITY
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: NATIONAL MARINE FISHERIES
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY SNESKO
   
   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197
   
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Nov. 08, 2007
   
   (TONY SNESKO)

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT | 6382898.morfo-sf.96495 |

**Attachment 10**

| Attorney or Party without Attorney:<br>ROBERT R. FALK<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105 | | For Court Use Only |
|---|---|---|
| Telephone No: 415-268-7000   FAX: No: 415-276-7182 | Ref. No or File No.:<br>NATURAL RESOURCES | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | | |
| Defendant: CARLOS M. GUTIERREZ, et al. | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4771 SBA |
|---|---|---|---|---|

1. I, TONY SNESKO, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NATIONAL MARINE FISHERIES as follows:

2. **Documents:** Summons In A Civil Case; Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02-03805-Edl And 07-4771-Sba; Reassignment Order; Clerk's Notice; Ecf Registration Information Handout; Public Notice; Waiver Of Service Of Summons; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Contents Of Joint Case Management Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Plaintiff's Certification Of Interested Entities Or Persons; Certificate Of Service(2)..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 11/07/07 | 4:00pm | Business | PER SECURITY, ACCESS TO SUBJECT BUSINESS IS DENIED. SECURITY REFUSED TO ESCORT ME TO SUBJECT BUSINESS AND ALSO WOULD NOT CALL TO REQUEST AN AUTHORIZED AGENT COME TO THE LOBBY TO ACCEPT THE DOCUMENTS. I ASKED IF I COULD SEE THE HEAD OF SECURITY. PER THE HEAD OF SECURITY, ACCESS IS STILL DENIED. Attempt made by: TONY SNESKO. Attempt at: 1315 EAST WEST HIGHWAY SILVER SPRING MD 20910. |
| Wed | 11/07/07 | 4:05pm | Business | Substituted Service on: NATIONAL MARINE FISHERIES Business - 1315 EAST WEST HIGHWAY SILVER SPRING, MD. 20910 by leaving a copy of the document(s) with: BRAD MAYLOR, HEAD OF SECURITY. Served by: TONY SNESKO |
| Thu | 11/08/07 | | | Mailed copy of Documents to: NATIONAL MARINE FISHERIES |

3. *Person Executing*
   a. TONY SNESKO
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:*
   e. *I am:* (3) Not a Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

✝ Date: Thu, Nov. 08, 2007       **AFFIDAVIT OF REASONABLE DILIGENCE**       (TONY SNESKO)

| Attorney or Party without Attorney:<br>ROBERT R. FALK<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-7000   FAX No: 415-276-7182 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.:<br>NATURAL RESOURCES | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al. | | | | |
| Defendant: CARLOS M. GUTIERREZ, et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4771 SBA |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act; Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02-03805-Edl And 07-4771-Sba; Reassignment Order; Clerk's Notice; Ecf Registration Information Handout; Public Notice; Waiver Of Service Of Summons; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Contents Of Joint Case Management Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Plaintiff's Certification Of Interested Entities Or Persons; Certificate Of Service(2).

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Thu., Nov. 08, 2007
   b. Place of Mailing:        SAN FRANCISCO, CA 94103
   c. Addressed as follows:    NATIONAL MARINE FISHERIES
                               1315 EAST WEST HIGHWAY
                               SILVER SPRING, MD 20910

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Nov. 08, 2007 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                          d. *The Fee* for Service was:
   b. FIRST LEGAL SUPPORT SERVICES                          e. I am: Not a Registered California Process Server
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Nov. 08, 2007

   Judicial Council Form POS-010                    PROOF OF SERVICE                    (AARON DANIEL)
   Rule 982.9.(a)&(b) Rev January 1, 2007                 By Mail                      6382898.morfo-sf.96495