RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Defendants**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | Civ. Action No. 07-4771-EDL |
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO SUBMIT CLASSIFIED DECLARATION FOR *EX PARTE* AND *IN CAMERA* REVIEW |
| v. | |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | |
| Defendants. | Judge: Hon. Elizabeth D. Laporte<br>Ctrm: E<br>Hearing Date: December 11, 2007<br>Time: 9 a.m. |

[Proposed] Order granting Mtn for leave to submit classified decl for ex parte, in camera review
NRDC v. Gutierrez, Case No. 07-4771-EDL

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Leave to Submit Classified Declaration for Ex Parte and In Camera Review ("Motion") and all relevant briefs, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that the proposed Classified Declaration shall be handled in accordance with the procedures set forth in 28 C.F.R. § 17, including the following:

(1) Classified information is not to be disclosed or introduced into evidence without the prior approval of either the originating agency, the Attorney General, or the President. See 28 C.F.R. § 17.17(c)(2).

(2) Attendance at any proceeding where classified information will be disclosed is to be limited to those persons with appropriate authorization to access this information, whose duties require knowledge or possession of the classified information to be disclosed. See 28 C.F.R. § 17.17(c)(3).

(3) Aside from the Judge herself, access to classified information disclosed in this action is to be limited to those Court employees who have been determined eligible for such access by the Department of Justice Security Officer and who have been fully advised of all pertinent safeguarding requirements and their liability in the event of unauthorized disclosure. See 28 C.F.R. §§ 17.17(c)(3) and (c)(10); 28 C.F.R. § 17.46(c).

(4) Classified documents are to be appropriately handled and stored in a manner consistent with Department of Justice security directives. See 28 C.F.R. §§ 17.17(c)(4) & (7).

(5) In the event that the Court wishes to hear any testimony or oral argument which the government believes would include classified information, this testimony or argument is to be recorded and transcribed pursuant to the instructions of the Department of Justice Security Officer. See 28 C.F.R. § 17.17(c)(7).

[Proposed] Order granting Mtn for leave to submit classified decl for ex parte, in camera review
NRDC v. Gutierrez, Case No. 07-4771-EDL

- 1 -

1  (6) Any notes or other documents prepared by the Court or its personnel that contain classified information are to be prepared, handled, and stored consistent with the directives of the Department of Justice Security Officer, <u>see</u> 28 C.F.R. § 17.17(c)(7), and retrieved at the close of the proceedings by the Department of Justice Security Officer for safeguarding or destruction.  See 28 C.F.R. § 17.17(c)(9).

(7) At the conclusion of the proceedings, all original classified information shall be returned to the Department of Justice or the originating agency, or placed under court seal for safekeeping by the Department of Justice Security Officer.  <u>See</u> 28 C.F.R. § 17.17(c)(8); and it is further

ORDERED that the Defendants shall deposit the classified declaration with the Department of Justice Regional Security Office, located at 450 Golden Gate Ave., San Francisco, CA, on the 9th floor, where it shall be stored in an appropriate secured facility.  Upon request, an individual with the Department of Justice's Security Office and with an appropriate security clearance shall hand-carry the Classified Declaration to the Court, remain present during the Court's <u>ex parte</u> and <u>in camera</u> review, and return the classified Declaration to the secured safe at the conclusion of the Court's review.

SO ORDERED.

Dated:  November 29, 2007
_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge



[~~Proposed~~] Order granting Mtn for leave to submit classified decl for <u>ex parte</u>, <u>in camera</u> review
<u>NRDC v. Gutierrez</u>, Case No. 07-4771-EDL

- 2 -