1  ROBERT FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
5  Email: RFalk@mofo.com
   Email: RStafford@mofo.com
6  Email: SSchindler@mofo.com

7  JOEL R. REYNOLDS (SBN 85276)
   CARA HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
8  1314 Second Street
   Santa Monica, California 90401
9  Telephone: (310) 434-2300
   Facsimile: (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL,
11 INC.; THE HUMANE SOCIETY OF THE UNITED
   STATES; INTERNATIONAL FUND FOR ANIMAL
12 WELFARE; CETACEAN SOCIETY
   INTERNATIONAL; LEAGUE FOR COASTAL
13 PROTECTION; OCEAN FUTURES SOCIETY;
   JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. 07-4771-EDL<br><br><br><br>**SUPPLEMENTAL DECLARATION OF SARAH SCHINDLER** |

1  I, Sarah Schindler, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

2  1.  I am an attorney with Morrison and Foerster in San Francisco, California, and an attorney for Plaintiffs in the present case. I am duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California. I am submitting this Declaration in support of Plaintiffs' Motion for Preliminary Injunction. The statements contained in this Declaration are true and correct to the best of my knowledge and, in the case of my opinions, I believe them to be true. If called as a witness, I could and would testify to the statements contained herein.

3  2.  True and correct copies of exhibits cited in Plaintiffs' Reply Memorandum are attached to this Declaration as Exhibits 1 through 6.

**Exhibit 1** is a true and correct copy of the Court's Order on Preliminary Injunction in *NRDC v. Winter*, 07-56157 (9th Cir. Nov. 13, 2007).

**Exhibit 2** is a true and correct copy of a Statement by Dr. William T. Hogarth, Assistant Adm'r for Fisheries, NOAA, Before the Subcomm. on Readiness, H. Armed Servs. Comm. (Mar. 13, 2003), *available at* http://www.house.gov/hasc/openingstatementsandpressreleases/108thcongress/03-03-13hogarth.html.

**Exhibit 3** is a true and correct copy of a Statement by Dr. Rebecca Lent, Deputy Assistant Adm'r for Regulatory Programs, NOAA, Before the Subcomm. on Readiness & Mgmt. Support, S. Comm. on Armed Servs. (Apr. 1, 2003), *available at* http://www.armed-services.senate.gov/e_witnesslist.cfm?id=683.

**Exhibit 4** is a true and correct copy of portions of U.S. Fish and Wildlife Service and NMFS, Final ESA Section 7 Consultation Handbook (1998), *available at* http://www.fws.gov/endangered/consultations/s7hndbk/s7hndbk.htm.

**Exhibit 5** is a true and correct copy of portions of the Application for Letters of Authorization Under Section 101(a)(5)(A) of the Marine Mammal Protection Act for Activities

1  Associated with the Employment of Surveillance Towed Array Sensor System Low Frequency
2  Active (SURTASS LFA) Sonar, U.S. Department of the Navy (May 2006).
3      **Exhibit 6** is a true and correct copy of the National Marine Fisheries Service
4  Endangered Species Act – Section 7 Consultation Supplemental Biological Opinion (Aug. 16,
5  2002).

7      I hereby declare under penalty of perjury that the foregoing is true and correct.
8  Executed this 30th day of November, 2007.

10      /s/ Sarah Schindler
11      Sarah Schindler

13      I hereby attest that I have on file all holograph signatures for any signatures indicated by
14  a "conformed" signature (/s/) within this e-filed document.

15  Dated: November 30, 2007        MORRISON & FOERSTER LLP

16                                By: */s/ Robin Stafford*
                                      Robin S. Stafford
17                                Attorneys for Plaintiffs Natural Resources
18                                Defense Council , et al.