# *Exhibit 5*

*Exhibit 5*

# Application for Letters of Authorization Under Section 101 (a)(5)(A) of the Marine Mammal Protection Act for Activities Associated with the Employment of Surveillance Towed Array Sensor System Low Frequency Active (SURTASS LFA) Sonar

**Department of the Navy**

**Chief of Naval Operations**

**May 2006**

species of fish that have been studied. Nevertheless, the 180-dB criterion is maintained for the analyses presented in the Draft SEIS, with emphasis that this value is *highly conservative* and protective of fish. Therefore, it is unlikely that prey availability (for mysticetes, odontocetes, and pinnipeds) would be altered for more than a few hours. Given the geographic restrictions and mitigation measures incorporated into all SURTASS LFA sonar employments, and the fact that operations would not occur close to offshore biologically important areas during biologically important seasons for marine mammals (e.g., recognized feeding grounds), the potential for significant indirect effects is negligible.

### 7.2   Summary of Effects on Stocks Under the Current Rule

In the Annual Reports, the Navy provides a post-operational assessment of any incidental harassments that have occurred within the LFA mitigation and buffer zones and estimates of the percentages of marine mammal stocks possibly harassed incidentally using predictive modeling based on dates/times/location of operations, system characteristics, oceanographic/environmental conditions, and animal demographics.  As of May 2005, three annual reports have been submitted to NMFS (DON, 2003a; 2004a; 2005a). Table 7-1 summarizes these operations by LOA.

Tables 7-2 through 7-8 provide post-operational risk estimates for marine mammal stocks as reported in the first three Annual Reports (DON, 2003a; 2004a; 2005a). The durations of each mission were based on actual transmission times, and oceanographic environmental conditions were based on the date/time/location of the actual operations. Animal density and stock/abundance estimates were updated based on current literature reviews of the operational areas. ESA-listed species are shown in bold italics. These analyses demonstrate that the estimated percent risk for exposure of 180 dB or greater received levels (RL) with mitigation was zero and the estimated percent risk for exposure of 120 to 180 dB RL with mitigation was minimal.

Table 7-1 Summary of SURTASS LFA sonar operations.

|  | Mission Number | Site[1] | Season | Length of Mission (days) | Active Transmission Time (hours) | Mitigation Protocol Suspensions/ delays |
|---|---|---|---|---|---|---|
| **LOA 1** | | | | | | |
| R/V *Cory Chouest* | 1 | 2 | Winter | 1.6 | 3.8 | 0 |
| R/V *Cory Chouest* | 2 | 2 | Winter | 5.9 | 14.4 | 0 |
| R/V *Cory Chouest* | 3 | 2 | Spring | 0.7 | 1.6 | 0 |
| R/V *Cory Chouest* | 4 | 4 | Spring | 13.2 | 31.7 | 0 |
| R/V *Cory Chouest* | 5 | 4 | Summer | 2.7 | 6.5 | 0 |
| R/V *Cory Chouest* | 6 | 4 | Summer | 1.7 | 4.1 | 2 |
| R/V *Cory Chouest* | 7 | 4 | Summer | 8.4 | 20.1 | 1 |
| **LOA 2** | | | | | | |
| R/V *Cory Chouest* | 1 | 3 | Fall | 7.3 | 17.4 | |
| R/V *Cory Chouest* | 2 | 3 | Winter | 17.0 | 40.7 | 2 |
| R/V *Cory Chouest* | 3 | 3 | Winter | 4.9 | 11.7 | 1 |
| R/V *Cory Chouest* | 4 | 3 | Spring | 3.6 | 8.7 | 2 |
| R/V *Cory Chouest* | 5 | 3 | Spring | 13.4 | 32.2 | 2 |
| USNS IMPECCABLE | 1 | 2 | Spring | 8.2 | 19.7 | 1 |
| USNS IMPECCABLE | 2 | 1 | Spring | 3.5 | 8.4 | 2 |
| USNS IMPECCABLE | 3 | 1 | Spring | 9.0 | 21.5 | 2 |
| USNS IMPECCABLE | 4 | 2 | Summer | 3.1 | 7.4 | 0 |
| USNS IMPECCABLE | 5 | 3 | Summer | 2.5 | 6.0 | 0 |
| **LOA No. 3** | | | | | | |
| R/V *Cory Chouest* | 1 | 4 | Summer | 0.8 | 1.8 | 0 |
| R/V *Cory Chouest* | 2 | 4 | Summer | 8.9 | 21.5 | 11 |
| R/V *Cory Chouest* | 3 | 7 | Summer | 3.4 | 8.1 | 1 |
| USNS IMPECCABLE | 1 | 2 | Winter | 7.5 | 18.1 | 0 |
| USNS IMPECCABLE | 2 | 2 | Winter | 1.9 | 4.6 | 1 |

[1]See Figure 7-1

48



Figure 7-1  SURTASS LFA Sonar Western Pacific Operational Areas

LOA Application Under MMPA for SURTASS LFA

Table 7-2.    ANNUAL REPORT 1: Post-operational estimates of marine mammal stocks potentially affected for Site 2.

| Site 2 | Animal | # Animals in Area | # Animals Stock | % Risk (w/mit) 120-180 dB | % Risk (w/mit) ≥ 180 dB |
|---|---|---|---|---|---|
| | **North Philippine Sea (1 Mission)** | | | | |
| | Minke whale | 1080 | 25000 | 0.12 | 0.00 |
| | Bryde's whale | 180 | 22000 | 0.03 | 0.00 |
| | *Sperm whale* | 300 | 102112 | 0.01 | 0.00 |
| | Kogia | 30 | 3000 | 0.03 | 0.00 |
| | Ginko-toothed beaked whale | 240 | 10000 | 0.07 | 0.00 |
| | Hubb's beaked whale | 0 | 10000 | 0.00 | 0.00 |
| | Cuvier's beaked whale | 360 | 10000 | 0.10 | 0.00 |
| | Blainvill'e beaked whale | 240 | 10000 | 0.07 | 0.00 |
| | Killer whale | 30 | 8500 | 0.01 | 0.00 |
| | Pygmy killer whale | 30 | 15000 | 0.01 | 0.00 |
| | False killer whale | 870 | 16668 | 0.16 | 0.00 |
| | Short-finned pilot whale | 4590 | 53608 | 0.26 | 0.00 |
| | Bottlenose dolphin | 4380 | 168791 | 0.10 | 0.00 |
| | Risso's dolphin | 3180 | 83289 | 0.14 | 0.00 |
| | Pantropical dolphin | 4110 | 438064 | 0.03 | 0.00 |
| | Striped dolphin | 9870 | 570038 | 0.06 | 0.00 |

Table 7-3.    ANNUAL REPORT 2: Post-operational estimates of marine mammal stocks potentially affected for Site 2.

| Site 2 | Animal | # Animals in Area | # Animals Stock | % Risk (w/mit) 120-180 dB | % Risk (w/mit) ≥ 180 dB |
|---|---|---|---|---|---|
| | **North Philippine Sea (2 Missions)** | | | | |
| | Minke whale | 1080 | 25000 | 0.27 | 0.00 |
| | Bryde's whale | 180 | 22000 | 0.05 | 0.00 |
| | *Sperm whale* | 300 | 102112 | 0.02 | 0.00 |
| | Kogia | 930 | 166553 | 0.03 | 0.00 |
| | Ginkgo-toothed beaked whale | 240 | 10000 | 0.15 | 0.00 |
| | Blainville's beaked whale | 240 | 10000 | 0.15 | 0.00 |
| | Cuvier's beaked whale | 360 | 10000 | 0.22 | 0.00 |
| | Killer whale | 120 | 12256 | 0.07 | 0.00 |
| | Pygmy killer whale | 630 | 30214 | 0.14 | 0.00 |
| | False killer whale | 870 | 16668 | 0.34 | 0.00 |
| | Short-finned pilot whale | 4590 | 53608 | 0.56 | 0.00 |
| | Bottlenosed dolphin | 4380 | 168791 | 0.20 | 0.00 |
| | Risso's dolphin | 3180 | 83289 | 0.30 | 0.00 |
| | Pantropical spotted dolphin | 4110 | 438064 | 0.07 | 0.00 |
| | Striped dolphin | 9870 | 570038 | 0.12 | 0.00 |

Table 7-4.    ANNUAL REPORT 2: Post-operational estimates of marine mammal stocks potentially affected for Site 3

| Site 3 | Animal | # Animals in Area | # Animals Stock | % Risk (w/mit) 120-180 dB | % Risk (w/mit) ≥ 180 dB |
|---|---|---|---|---|---|
| | **West Philippine Sea (1 Mission)** | | | | |
| | *Fin whale* | 60 | 9250 | 0.06 | 0.00 |
| | Bryde's whale | 180 | 22000 | 0.08 | 0.00 |
| | Minke whale | 540 | 25000 | 0.20 | 0.00 |
| | *Humpback whale (winter only)* | 0 | 394 | 0.00 | 0.00 |
| | *Sperm whale* | 300 | 102112 | 0.02 | 0.00 |
| | Kogia | 510 | 166553 | 0.02 | 0.00 |
| | Ginkgo-toothed beaked whale | 240 | 10000 | 0.15 | 0.00 |
| | Cuvier's beaked whale | 360 | 10000 | 0.29 | 0.00 |
| | Blainville's beaked whale | 240 | 10000 | 0.19 | 0.00 |
| | False killer whale | 870 | 16668 | 0.49 | 0.00 |
| | Pygmy killer whale | 630 | 30214 | 0.20 | 0.00 |
| | Melon-headed whale | 630 | 36770 | 0.16 | 0.00 |
| | Short-finned pilot whale | 2280 | 53608 | 0.40 | 0.00 |
| | Spinner dolphin | 2070 | 219032 | 0.10 | 0.00 |
| | Fraser's dolphin | 4110 | 219032 | 0.19 | 0.00 |
| | Common dolphin | 3180 | 83289 | 0.40 | 0.00 |
| | Bottlenose dolphin | 4380 | 168791 | 0.29 | 0.00 |
| | Pantropical spotted dolphin | 4110 | 438064 | 0.24 | 0.00 |
| | Rough-toothed dolphin | 510 | 145900 | 0.04 | 0.00 |
| | Striped dolphin | 4920 | 570038 | 0.09 | 0.00 |
| | Risso's dolphin | 3180 | 83289 | 0.42 | 0.00 |
| | Pacific white-sided dolphin | 3180 | 83289 | 0.40 | 0.00 |

Table 7-5.  ANNUAL REPORT 2: Post-operational estimates of marine mammal stocks potentially affected for Site 4.

| | Guam (4 Missions) | | | | |
|---|---|---|---|---|---|
| Site 4 | Animal | # Animals in Area | # Animals Stock | % Risk (w/mit) 120-180 dB | % Risk (w/mit) ≥ 180 dB |
| | *Blue whale* | *60* | *4048* | *0.25* | *0.00* |
| | *Fin whale* | 60 | 1898 | 0.56 | 0.00 |
| | Bryde's whale | 270 | 5765 | 0.88 | 0.00 |
| | *Humpback whale (winter only)* | 0 | 4005 | 0.00 | 0.00 |
| | Minke whale | 60 | 25000 | 0.05 | 0.00 |
| | *Sperm whale* | 300 | 39200 | 0.12 | 0.00 |
| | Cuvier's beaked whale | 360 | 90725 | 0.06 | 0.00 |
| | Blainville's beaked whale | 240 | 8032 | 0.47 | 0.00 |
| | Kogia | 510 | 166553 | 0.05 | 0.00 |
| | Spinner dolphin | 13290 | 1015059 | 0.36 | 0.00 |
| | Spotted dolphin | 12210 | 2195353 | 0.16 | 0.00 |
| | Striped dolphin | 480 | 1820958 | 0.01 | 0.00 |
| | Bottlenose dolphin | 3090 | 299434 | 0.31 | 0.00 |
| | Rough-toothed dolphin | 510 | 145729 | 0.10 | 0.00 |
| | Risso's dolphin | 210 | 258084 | 0.02 | 0.00 |
| | False killer whale | 510 | 35132 | 0.34 | 0.00 |
| | Melon-headed whale | 630 | 36770 | 0.40 | 0.00 |
| | Short-finned pilot whale | 7110 | 89334 | 1.85 | 0.00 |

Table 7-6.   ANNUAL REPORT 3: Post-operational estimates of marine mammal stocks potentially affected for Site 1.

| | East of Japan 2 Missions | | | | |
|---|---|---|---|---|---|
| Site 1 | Animal | # Animals in Area | # Animals Stock | % Affected 120-180 dB | % Affected (w/mit) ≥ 180 dB |
| | *Blue whale* | 60 | 9250 | 0.14 | 0.00 |
| | *Fin whale* | 60 | 9250 | 0.14 | 0.00 |
| | *Sei whale* | 180 | 37000 | 0.10 | 0.00 |
| | Bryde's whale | 180 | 22000 | 0.17 | 0.00 |
| | Minke whale | 1080 | 25000 | 0.94 | 0.00 |
| | *N. Pacific right whale* | 3 | 922 | 0.07 | 0.00 |
| | *Sperm whale* | 300 | 102112 | 0.05 | 0.00 |
| | Kogia | 930 | 350553 | 0.05 | 0.00 |
| | Ginkgo-toothed beaked whale | 150 | 22799 | 0.13 | 0.00 |
| | Cuvier's beaked whale | 1620 | 90725 | 0.35 | 0.00 |
| | Baird's beaked whale | 87 | 8000 | 0.14 | 0.00 |
| | Hubbs' beaked whale | 150 | 22799 | 0.13 | 0.00 |
| | False killer whale | 1080 | 16668 | 1.58 | 0.00 |
| | Pygmy killer whale | 630 | 30214 | 0.51 | 0.00 |
| | Melon-headed whale | 60 | 15000 | 0.19 | 0.00 |
| | Short-finned pilot whale | 3840 | 53608 | 1.67 | 0.00 |
| | Spinner dolphin | 150 | 1015059 | 0.00 | 0.00 |
| | Fraser's dolphin | 1200 | 220789 | 0.15 | 0.00 |
| | Common dolphin | 22830 | 3286163 | 0.19 | 0.00 |
| | Bottlenose dolphin | 5130 | 168791 | 0.86 | 0.00 |
| | Pantropical spotted dolphin | 7770 | 438064 | 0.48 | 0.00 |
| | Rough-toothed dolphin | 1770 | 145729 | 0.33 | 0.00 |
| | Striped dolphin | 3330 | 570038 | 0.15 | 0.00 |
| | Risso's dolphin | 2910 | 83289 | 0.99 | 0.00 |
| | Pacific white-sided dolphin | 2460 | 67769 | 0.99 | 0.00 |

Table 7-7.   ANNUAL REPORT 3: Post-operational estimates of marine mammal stocks potentially affected for Site 2.

| Site 2 | Animal | # Animals in Area | # Animals Stock | % Affected 120-180 dB | % Affected (w/mit) ≥ 180 dB |
|---|---|---|---|---|---|
| | \multicolumn{5}{c|}{**North Philippine Sea 2 Missions**} |

| Site 2 | Animal | # Animals in Area | # Animals Stock | % Affected 120-180 dB | % Affected (w/mit) ≥ 180 dB |
|---|---|---|---|---|---|
| | Minke whale | 1080 | 25000 | 0.70 | 0.00 |
| | Bryde's whale | 180 | 22000 | 0.14 | 0.00 |
| | *N. Pacific right whale* | 3 | 922 | 0.05 | 0.00 |
| | *Sperm whale* | 300 | 102112 | 0.04 | 0.00 |
| | Kogia | 930 | 166553 | 0.07 | 0.00 |
| | Ginkgo-toothed beaked whale | 150 | 22799 | 0.11 | 0.00 |
| | Blainville's beaked whale | 150 | 8032 | 0.30 | 0.00 |
| | Cuvier's beaked whale | 1620 | 90725 | 0.29 | 0.00 |
| | Killer whale | 120 | 12256 | 0.17 | 0.00 |
| | Pygmy killer whale | 630 | 30241 | 0.37 | 0.00 |
| | False killer whale | 870 | 16668 | 0.92 | 0.00 |
| | Short-finned pilot whale | 4590 | 53608 | 1.50 | 0.00 |
| | Bottlenose dolphin | 4380 | 168791 | 0.55 | 0.00 |
| | Risso's dolphin | 3180 | 83289 | 0.80 | 0.00 |
| | Pantropical spotted dolphin | 4110 | 438064 | 0.18 | 0.00 |
| | Striped dolphin | 9870 | 570038 | 0.33 | 0.00 |
| | Melon-headed | 360 | 36770 | 0.17 | 0.00 |
| | Common dolphin | 16860 | 3286163 | 0.10 | 0.00 |
| | Spinner dolphin | 150 | 1015059 | 0.00 | 0.00 |
| | Rough-toothed dolphin | 1770 | 145729 | 0.23 | 0.00 |
| | Fraser's dolphin | 1200 | 220789 | 0.10 | 0.00 |
| | Pacific white-sided dolphin | 3570 | 67769 | 0.99 | 0.00 |

Table 7-8.   ANNUAL REPORT 3: Post-operational estimates of marine mammal stocks potentially affected for Site 3.

| Site 3 | Animal | # Animals in Area | # Animals Stock | % Affected 120-180 dB | % Affected (w/mit) ≥ 180 dB |
|---|---|---|---|---|---|
| | **West Philippine Sea** <br> **5 Missions** | | | | |
| | *Fin whale* | 60 | 9250 | 0.53 | 0.00 |
| | Bryde's whale | 180 | 22000 | 0.67 | 0.00 |
| | Minke whale | 540 | 25000 | 1.75 | 0.00 |
| | *Humpback whale (winter only)* | 0 | 394 | 3.27 | 0.00 |
| | *Sperm whale* | 300 | 102112 | 0.19 | 0.00 |
| | Kogia | 510 | 350553 | 0.09 | 0.00 |
| | Ginkgo-toothed beaked whale | 150 | 22799 | 0.44 | 0.00 |
| | Cuvier's beaked whale | 90 | 90725 | 0.07 | 0.00 |
| | Blainville's beaked whale | 150 | 8032 | 1.27 | 0.00 |
| | False killer whale | 870 | 16668 | 4.22 | 0.00 |
| | Pygmy killer whale | 630 | 30241 | 1.69 | 0.00 |
| | Melon-headed whale | 4290 | 36770 | 9.46 | 0.00 |
| | Short-finned pilot whale | 2280 | 53608 | 3.46 | 0.00 |
| | Spinner dolphin | 150 | 1015059 | 0.01 | 0.00 |
| | Fraser's dolphin | 1200 | 220789 | 0.49 | 0.00 |
| | Common dolphin | 16860 | 3286163 | 0.46 | 0.00 |
| | Bottlenose dolphin | 4380 | 168791 | 2.45 | 0.00 |
| | Pantropical spotted dolphin | 4110 | 438064 | 0.84 | 0.00 |
| | Rough-toothed dolphin | 1770 | 145729 | 1.10 | 0.00 |
| | Striped dolphin | 4920 | 570038 | 0.77 | 0.00 |
| | Risso's dolphin | 3180 | 83289 | 3.60 | 0.00 |
| | Pacific white-sided dolphin | 7350 | 100757 | 9.72 | 0.00 |