# Exhibit 6
## (Part 1 of 2)

# Exhibit 6
## (Part 1 of 2)

08/19/02    07:03    MARINE MAMMAL DIV NMFS → 92025144231    NO.547    P04



**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
Silver Spring, MD 20910

---

**Memorandum For:**    The Record

**From:**    Donald Knowles
Director, Office of Protected Resources

**Subject:**    Biological opinion on the proposed letter of authorization to authorize the
Navy to take marine mammals incidental to its employment of
Surveillance Towed Array Sensor System Low Frequency Active Sonar
for the period August 16, 2002, through August 15, 2003

This document constitutes the National Marine Fisheries Service's (NMFS) biological opinion on
the effects of the National Marine Fisheries Service's Marine Mammal Conservation Division
(F/PR2) proposal to issue a letter of authorization to authorize the Navy to take marine mammals
incidental to its employment of Surveillance Towed Array Sensor System Low Frequency Active
Sonar for the period August 16, 2002, through August 15, 2003. This biological opinion has been
prepared in accordance with section 7 of the Endangered Species Act (ESA) of 1973, as amended
(16 U.S.C. 1531 et seq.). This biological opinion is based on information provided in the
application for the proposed letter of authorization, the U.S. Navy's July 16, 2002, request for a
letter of authorization, published and unpublished scientific information on the biology and
ecology of threatened and endangered species in the Pacific Ocean and other sources of
information. A complete administrative record of this consultation is on file with NMFS' Office
of Protected Resources, Endangered Species Division, Silver Spring, Maryland Consultation No.
F/FPR/2000/00483]

This Opinion concludes that the proposed letter of authorization is not likely to jeopardize
threatened or endangered species in the action area. Critical habitat that has been designated for
these species was not likely to be adversely affected by the proposed action, so the proposed
action is not likely to destroy or adversely modify that critical habitat. The Opinion includes an
incidental take statement with reasonable and prudent measures and terms and conditions, as
required by regulation.




Printed on Recycled Paper

# NATIONAL MARINE FISHERIES SERVICE
## ENDANGERED SPECIES ACT - SECTION 7 CONSULTATION
### SUPPLEMENTAL BIOLOGICAL OPINION

**Agencies:**              United States Navy
                           National Marine Fisheries Service

**Activity:**              Proposed letter of authorization to authorize the Navy to take
                           marine mammals incidental to its employment of Surveillance
                           Towed Array Sensor System Low Frequency Active Sonar for
                           the period August 16, 2002, through August 15, 2003.

**Consultation Conducted By:**   National Marine Fisheries Service

**Date Issued:**           *Aug 16, 2002*

**Approved by:**           *David Cottley*

This document constitutes the National Marine Fisheries Service's (NMFS) biological opinion
on NMFS' proposed issuance of a letter of authorization. This biological opinion is related to
NMFS' May 30, 2002, biological opinion on the U.S. Navy's proposed use of SURTASS LFA
sonar and NMFS' proposal to issue regulations to authorize the Navy to take marine mammals
incidental to its employment of SURTASS LFA sonar: the May 30, 2002, biological opinion
considered the potential effects of SURTASS LFA sonar on threatened and endangered species
globally while this biological opinion considers the effects of SURTASS LFA sonar within a
specific region of the North Pacific Ocean. This biological opinion has been prepared in
accordance with section 7 of the Endangered Species Act (ESA) of 1973, as amended (16 U.S.C.
1531 et seq.). A complete administrative record of this consultation is on file with NMFS' Office
of Protected Resources, Endangered Species Division, Silver Spring, Maryland [Consultation
No. F/FPR/2000/00483].

This Biological Opinion is related to NMFS' May 30, 2002, Opinion on SURTASS LFA. The
May, 30, 2002, Opinion assessed the effects of SURTASS LFA as a global program that would
occur over a 5-year period whereas this Opinion assesses the effects of SURTASS LFA within
specific regions of the Pacific Ocean over a single 12-month period. This Opinion relies on the
May 30, 2002, Opinion for most of its detailed analyses and regularly refers readers to that
Opinion for more detailed information on specific issues.

This Biological Opinion is based on information provided in the January 2001 Final Overseas
Environmental Impact Statement and Environmental Impact Statement for Surveillance Towed
Array Sensor System Low Frequency Active (SURTASS LFA) Sonar (Navy 2001), the October
1999 Biological Assessment for the Employment of the Surveillance Towed Array Sensor
System Low Frequency Active (SURTASS LFA) Sonar (Navy 1999); a February 1999 report on

08/19/02    07:03    MARINE MAMMAL DIV NMFS → 92025144231    NO.547    P06

Marine Vertebrates and Low Frequency Sound: Technical Report for LFA EIS prepared by the
Marine Mammal and Seabird Ecology Group of the University of California, Santa Cruz,
Institute of Marine Sciences (Croll *et al.* 1999); NMFS' May 30, 2002, biological opinion on the
U.S. Navy's proposed use of SURTASS LFA sonar and NMFS' proposal to issue regulations to
authorize the Navy to take marine mammals incidental to its employment of SURTASS LFA
sonar various documents NMFS' Marine Mammal Conservation Division prepared in support of
proposed and final regulatory amendments that would authorize the U.S. Navy to take small
numbers of marine mammals incidental to the employment of SURTASS LFA; and other
published and unpublished scientific and technical information.

## CONSULTATION HISTORY

On May 18, 1998, the U.S. Navy sent a letter to NMFS requesting a list of the threatened,
endangered, proposed, and candidate species and designated and proposed critical habitat. On
January 27, 1999, NMFS responded to this request by providing the Navy with a list of species
and designated critical habitat. That letter highlighted the potential effects of the proposed action
on threatened and endangered large whales, Steller sea lions, and sea turtles. That letter did not
include any species of salmon in the list of species that could be potentially affected by the
proposed SURTASS LFA sonar.

On August 12, 1999, the Navy submitted an application for a small take authorization under
section 101(a)(5)(A) of the Marine Mammal Protection Act for the taking of marine mammals
incidental to operation of the SURTASS LFA sonar for a period of time not to exceed 5 years,
beginning in Fiscal Year 2000.

The Navy submitted a request for formal consultation pursuant to section 7 of the ESA on
October 4, 1999. On October 22, 1999, NMFS published an Advance Notice of Proposed
Rulemaking on the U.S. Navy application and invited interested persons to submit comments,
information, and suggestions concerning the application and the structure and content of
regulations (64 FR 57026).

On January 22, 2001, representatives of NMFS met with the U.S. Navy to discuss their proposed
SURTASS LFA project and their desire to complete section 7 consultation on the project. The
Navy proposed to begin using the SURTASS LFA sonar by June of 2002, depending upon
completion of the NEPA process and issuance of a Record of Decision supporting deployment.
Attendees agreed to group the Navy's proposal with NMFS' proposal to modify its existing
regulations to authorize the Navy to take marine mammals incidental to its employment of
SURTASS LFA sonar in a single biological opinion rather than prepare separate biological
opinions on both actions.

On January 30, 2001, representatives of NMFS met with the U.S. Navy to discuss the schedule
and procedures for the section 7 consultation on the proposed SURTASS LFA project. The group
also discussed the action area that would be included in the section 7 consultation.

On March 19, 2001, NMFS published a proposed rule to authorize the U.S. Navy to take small numbers of marine mammals incidental to operation of SURTASS LFA sonar and requested comments, information, and suggestions concerning the request and the regulations proposed to govern the take (66 FR 15375).

On April 16, 2001, NMFS published a notice of public hearings and extended the deadline for public comments. On May 15, 2001, NMFS extended the deadline for public comments a second time. Between April and May 2001, representatives of NMFS held public hearings on a proposed small take authorization in Los Angeles, California, Honolulu, Hawaii, and Silver Spring, Maryland.

On May 30, 2002, NMFS issued its final biological opinion on the U.S. Navy's proposed use of SURTASS LFA sonar and NMFS' proposal to issue regulations to authorize the Navy to take marine mammals incidental to its employment of SURTASS LFA sonar.

On July 16, 2002, the U.S. Navy updated its application for a letter of authorization to taking marine mammals incidental to the operation of SURTASS LFA sonar under the final regulations published in the Federal Register on July 16, 2002.

On August 7, 2002, NMFS' Marine Mammal Conservation Division provided NMFS' Endangered Species Division with copies of a proposed letter of authorization that would cover the employment of SURTASS LFA sonar from August 16, 2002, through August 15, 2003, and asked the Endangered Species Division to reconsider the conclusions its May 30, 2002, biological opinion on SURTASS LFA and issue an incidental take statement for that action.

## DESCRIPTION OF THE PROPOSED ACTION

This biological opinion considers the National Marine Fisheries Service's Marine Mammal Conservation Division proposal to issue a letter of authorization to the U.S. Navy to take marine mammals incidental to the operation of the Surveillance Towed Array Sensor System Low Frequency Active (SURTASS LFA) sonar on a vessel in the North Pacific Ocean during routine training and testing as well as during military operations. The letter of authorization would be valid from August 16, 2002, through August 15, 2003.

The following summarizes the proposed operations of the SURTASS LFA sonar system between August 16, 2002, through August 15, 2003. For a more detailed description of the SURTASS LFA sonar system, its typical operations, and mitigative measures that will be associated with the system's operations, readers should refer to NMFS' May 30, 2002, biological opinion. The R/V *Cory Chouest*, which will operate the SURTASS LFA sonar system would operate in the North Pacific Ocean in the Pacific Subarctic Gyre (west), Kuroshio Current, North Pacific Tropical Gyre West, North Pacific Tropical Gyre East, and Archipelagic Deep Basins Provinces (see NMFS' final regulations for a complete description of these oceanic provinces, 50 CFR 216.180(a)). The Navy proposes to employ the SURTASS LFA sonar system on six missions (or

equivalent shorter missions) over a 12-month period with a total transmission time not to exceed 432 hours.

As discussed in the May 30, 2002, biological opinion on SURTASS LFA, NMFS' final regulations, and the Navy's NEPA documents, a nominal SURTASS LFA sonar deployment schedule for a single vessel would consist of about 270 days/year at sea. At-sea missions would consist of one or two 9-day exercise segments that would occur over a 30-day period. Active sonar operations could be conducted up to 20 hrs during an exercise day, although the system would actually transmit for a maximum of about 4 hrs/day (not to exceed 432 hrs of active transmission time per year for based on a maximum duty cycle of 20 percent). The remaining 12 days of the missions would consist of transiting or repositioning the vessel. In a nominal year there could be a maximum of 9 missions, six of which would involve the employment of SURTASS·LFA sonar in the active mode and three of which would employ the system only in the passive mode (that is, use of the SURTASS component). Between missions, ships would spend a total of about 95 days in port for maintenance and repair.

**Mitigation Measures**
Based on the SURTASS LFA Sonar Final EIS, the Navy proposes to use an active monitoring program and geographic restrictions to avoid potential, adverse effects of SURTASS LFA sonar on marine mammals. In its rule making under the Marine Mammal Protection Act (MMPA), NMFS has also required the Navy to implement additional interim operational procedures. The Navy proposes to detect animals within an area they call the "LFA mitigation zone" (the area within the 180-dB isopleth of the SURTASS LFA sonar source sound field) before and during low frequency transmissions. NMFS has also added an additional 1-kilometer (km) buffer zone beyond the LFA mitigation zone.

Monitoring will (a) commence at least 30 minutes before the first SURTASS LFA sonar transmission; (b) continue between pings; and (c) continue for at least 15 minutes after completion of a SURTASS LFA sonar transmission exercise or, if marine mammals are showing abnormal behavior patterns, for a period of time until those behavior patterns return to normal or until conditions prevent continued observations. Monitoring will consist of visual monitoring, the passive (low frequency) SURTASS array; and the High Frequency Marine Mammal Monitoring (HF/M3) sonar (see the Description of the Proposed Action of NMFS' May 30, 2002, Biological Opinion on SURTASS LFA for more details on this monitoring program).

**Geographic Restrictions**
The SURTASS LFA sonar system would be operated in a manner that would not cause sonar sound fields to exceed 180 dB (re 1 $mPa_{rms}$) within 12 nautical miles (22 kilometers) of any coastline, including offshore islands, or designated offshore areas that are biologically important for marine mammals outside the 12 nautical mile (22 kilometer) zone during seasons specified for a particular area. When the system is operated off of the Hawaiian Islands Humpback Whale National Marine Sanctuary, received levels will not exceed 180 dB from November 1 through May 1. When in the vicinity of known recreational and commercial dive sites, SURTASS LFA sonar will be operated to ensure that the sound field at these sites would not exceed 145 dB.

**Action Area**

The action area for this biological opinion encompasses portions of the Pacific Ocean, specifically the Pacific Trade Wind Biome – Archipelagic Deep Basin (Province 64), North Pacific Tropical Gyre West (Province 56), North Pacific Tropical Gyre East (Province 60) – and the Pacific Westerly Winds Biome – Kuroshio Current (Province 53), Pacific Subarctic Gyres (West Province 52; for further discussion of these provinces, see 50 CFR 216.180(a)). The proposed action may occur in any marine waters within these areas that are (1) more than 12 nautical miles (22 kilometers) from shore and (2) are not within one of the offshore biologically important areas listed in Table 1, subject to the 145-dB and 180-dB restrictions delineated above.

**Status of the Species and Critical Habitat and Environmental Baseline**

NMFS has determined that the actions being considered in this biological opinion may affect the following species and critical habitat, under NMFS' jurisdiction, that are protected under the Endangered Species Act of 1973 (16 U.S.C. 1531 et seq.; ESA):

| | | |
|---|---|---|
| Steller sea lion (western population) | *Eumetopias jubatus* | Endangered |
| Hawaiian monk seal | *Monachus schausinslandi* | Endangered |
| Blue whale | *Balaenoptera musculus* | Endangered |
| Fin whale | *Balaenoptera physalus* | Endangered |
| Gray whale (Western Pacific population) | *Eschrichtius robustus* | Endangered |
| Humpback whale | *Megaptera novaeangliae* | Endangered |
| Right whale | *Eubalaena glacialis* (and *australis*) | Endangered |
| Sei whale | *Balaenoptera borealis* | Endangered |
| Sperm whale | *Physeter macrocephalus* | Endangered |
| Green sea turtle | *Chelonia mydas* | Threatened |
| | | Endangered |
| Hawksbill sea turtle | *Eretmochelys imbricata* | Endangered |
| Kemp's ridley sea turtle | *Lepidochelys kempii* | Endangered |
| Leatherback sea turtle | *Dermochelys coriacea* | Endangered |
| Loggerhead sea turtle | *Caretta caretta* | Threatened |
| Oliver ridley sea turtle | *Lepidochelys olivacea* | Threatened |
| | | Endangered |
| Chinook salmon (Puget Sound) | *Oncorhynchus tshawytscha* | Threatened |
| Chinook salmon (Lower Columbia River) | | Threatened |
| Chinook salmon (Upper Columbia River Spring) | | Endangered |
| Chinook salmon (Upper Willamette River) | | Threatened |
| Chinook salmon (Central Valley spring) | | Threatened |
| Chinook salmon (Sacramento River winter) | | Endangered |
| Chinook salmon (Snake River spring/summer) | | Threatened |
| Chinook salmon (Snake River fall) | | Threatened |
| Chum salmon (Columbia River) | *Oncorhynchus keta* | Threatened |
| Chum salmon (Hood Canal summer run) | | Threatened |
| Coho salmon (Central California Coast) | *Oncorhynchus kisutch* | Threatened |

Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA

| | | |
|---|---|---|
| Coho salmon (Oregon Coast) | | Threatened |
| Coho salmon (Southern Oregon Northern Coastal California) | | Threatened |
| Sockeye salmon (Ozette Lake) | *Oncorhynchus nerka* | Endangered |
| Sockeye salmon (Snake River) | | Endangered |
| Steelhead (Upper Columbia River) | *Oncorhynchus mykiss* | Endangered |
| Steelhead (Middle Columbia River) | | Threatened |
| Steelhead (Lower Columbia River) | | Threatened |
| Steelhead (Upper Willamette River) | | Threatened |
| Steelhead (Snake River Basin) | | Threatened |
| Steelhead (Northern California) | | Threatened |
| Steelhead (California Central Valley) | | Threatened |
| Steelhead (Central California Coastal) | | Threatened |
| Steelhead (South Central California) | | Threatened |
| Steelhead (Southern California) | | Threatened |

Based on the best scientific and commercial data available, LFA sonar transmissions may affect, but are not likely to adversely affect, critical habitat that has been designated for Steller sea lions and Hawaiian monk seals because LFA sonar transmissions will remain far enough from shore to limit sound levels to below 180 dB within 12 nm (22 km) of land and the 200-m (656-ft) isobath of the North American east coast. Critical habitat for Steller sea lions and Hawaiian monk seals consists of coastal waters where received levels from LFA sonar transmissions are not likely to displace the sea lions or monk seals from the designated areas. Further, received levels from LFA sonar transmissions should not disrupt food chains or the ecology of those designated areas and, therefore, are not likely to affect the value of the critical habitat.

For these reasons, NMFS concludes that the proposed issuance of the letter of authorization for Navy's employment of SURTASS LFA sonar is not likely to adversely affect this critical habitat. Therefore, critical habitat will not be considered further in this biological opinion.

The narratives that follow summarize the distribution and status of the species that may be affected by the proposed operation of the SURTASS LFA sonar system and the impact of activities that form the environmental baseline for the action area on those species. For more detailed descriptions of the biology, ecology, status and trends, and global threats to these species, readers should refer to NMFS' May 30, 2002, biological opinion on SURTASS LFA.

*Environmental Baseline*
By regulation, environmental baselines for biological opinions include the past and present impacts of all state, Federal or private actions and other human activities in the action area, the anticipated impacts of all proposed Federal projects in the action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process (50 CFR §402.02). The environmental baseline for this biological opinion includes the effects of a wide variety of natural phenomena and human activities that affect the survival and recovery of threatened and endangered species in the action area.



The natural phenomena include changes in oceanic temperature regimes and ambient noises in the ocean environment which vary both in location and season. The North Pacific Ocean is dominated in the winter by an atmospheric phenomenon called the Aleutian Low. The Aleutian Low is a semi-permanent low pressure area that develops late in the year, dominates the winter, and begins to break down during the spring to be replaced by an extensive high pressure system during the summer (Beamish 1993). It can produce changes in atmospheric temperature, storm tracks, ice cover, and wind direction in the BSAI, and GOA (Wyllie-Echeverria and Wooster 1998). Short-term El Niño Southern Oscillation events intensify the Aleutian Low Pressure cell, which enhances wind forcing and precipitation in the North Pacific. This increases the advection of warm water into the northern region of the North Pacific Ocean, increases sea surface temperatures in the portions of the Bering Sea, Aleutian Islands, and Gulf of Alaska and can trigger a series of oceanographic events that increase ocean productivity. These events cause the marine ecosystems of the portions of the North Pacific Ocean to oscillate between "warm" climatic regimes and "cold" climatic regimes.

Ambient noise levels are higher in the northern hemisphere, where sources of anthropogenic sounds are more pervasive. However, even in relatively quiet regions in the southern hemisphere, ambient noise levels will commonly vary by 20 dB and will vary by 30 dB with lower frequency because of biological sources and sea surface noise (Cato and McCauley 2001). There are numerous ambient sources of noise that are comparable in frequency to SURTASS LFA sonar:

- *Wind and waves* are common and interrelated sources of ambient noise in all of the world's oceans. All other factors being equal, ambient noise levels tend to increase with increasing wind speed and wave height (Richardson *et al.* 1995). Noise generated by surface wave activity and biological sounds is the primary contributor over the frequency range from 300 Hz to 5 kHz. The wind-generated noise level decreases smoothly with increasing acoustic frequency (i.e., there are no spikes at any given frequency).

- *Precipitation*. At some frequencies, rain and hail will increase ambient noise levels. Significant noise is produced by rainsqualls over a range of frequencies from 500 Hz to 15 kHz. Large storms with heavy precipitation can generate noise at frequencies as low as 100 Hz and significantly affect ambient noise levels at a considerable distance from a storm's center. Lightning strikes associated with storms are loud, explosive events that deliver an average of 100 kilojoules per meter (kJ/m) of energy (Considine 1995). Hill (1985) estimated the source level for cloud-to-water pulse to be 260.5 dB. It has been estimated that over the earth's oceans the frequency of lightning averages about 10 flashes per second, or 314 million strikes per year (Kraght 1995).

- *Seismic Phenomena*. In the Pacific Ocean, about 10,000 natural, seismic phenomena like earthquakes, underwater volcanic eruptions, and landslides occur each year (Fox *et al.* 2001). These phenomena produce sounds with source levels exceeding 210 dB.

- *Biological noises* are sounds created by animals in the sea and may contribute

significantly to ambient noise in many areas of the oceans (Curtis *et al.* 1999). Because of the habits, distribution, and acoustic characteristics of these sound producers, certain areas of the oceans are louder than others. Only three groups of marine animals are known to make sounds: crustaceans (such as snapping shrimp), true fish, and marine mammals (Urick 1983). The most widespread, broadband noises from animal sources (in shallow water) are those produced by croakers (representative of a variety of fish classified as drumfish) (100 Hz to 10 kHz) and snapping shrimp (500 Hz to 20 kHz). Sound-producing fishes and crustaceans are restricted almost entirely to bays, reefs, and other coastal waters, although there are some pelagic, sound-producing fish. In oceanic waters, whales and other marine mammals are principal contributors to biological noise. For example, dolphins produce whistles associated with certain behaviors, and the baleen whales are noted for their low frequency vocalizations.

Anthropogenic noises that could affect ambient noise arise from the following general types of activities in and near the sea, any combination of which can contribute to the total noise at any one place and time. These noises include transportation, dredging, construction; oil, gas, and mineral exploration in offshore areas; geophysical (seismic) surveys; sonars; explosions; and ocean research activities (Richardson *et al.* 1995).

- *Surface shipping* is the most widespread source of anthropogenic, low frequency (0 to 1,000 Hz) noise in the oceans (Simmonds and Hutchinson 1996). The Navy estimated that the 60,000 vessels of the world's merchant fleet annually emit low frequency sound into the world's oceans for the equivalent of 21.9 million days, assuming that 80 percent of the merchant ships at sea at any one time (U.S. Navy 2001). The radiated noise spectrum of merchant ships ranges from 20 to 500 Hz and peaks at approximately 60 Hz. Ross (1976) has estimated that between 1950 and 1975 shipping had caused a rise in ambient ocean noise levels of 10 dB. He predicted that this would increase by another 5 dB by the beginning of the 21st century. NRC (1997) estimated that the background ocean noise level at 100 Hz has been increasing by about 1.5 dB per decade since the advent of propeller-driven ships.

  Michel *et al.* (2001) suggested an association between long-term exposure to low frequency sounds from shipping and an increased incidence of marine mammal mortalities caused by collisions with shipping. At lower frequencies, the dominant source of this noise is the cumulative effect of ships that are too far away to be heard individually, but because of their great number, contribute substantially to the average noise background.

- *Seismic survey airguns* have source levels reaching and exceeding 250 dB (Richardson *et al.* 1995b), with a "shot" every 15 seconds, or 240 shots per hour, 24 hours per day. Each airgun shot of a few milliseconds contains less acoustic energy than a single, 60-second SURTASS LFA sonar ping. Seismic survey airguns operate seven days a week. For example, a seismic survey vessel normally works for at least two weeks straight, producing almost 81,000 shots.

Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA

• *North Pacific Acoustic Laboratory (NPAL) sound source.* The U.S. Navy's Office of Naval Research funds a sound source originating north of the Kauai, Hawaii, which introduces low frequency sound into the Pacific Ocean to study the feasibility and value of large-scale acoustic thermometry; the behavior of long-range underwater sound transmissions; and possible long-term effects from sound transmissions on marine life, particularly marine mammals. Typical NPAL schedules consist of 20-minute transmissions every four hours (six total over the course of a day), every fourth day, with each transmission preceded by a 5-minute ramp-up period. Average duty cycle of 2 percent. Duty cycles could be increased to 8 percent, during short-term testing or short-term long-range acoustic propagation studies. Increases to an 8 percent duty cycle would not occur during the peak humpback season, January through April. NPAL transmissions are scheduled to continue until 2006.

NPAL transmissions have a center frequency of 75 Hertz (Hz) and a bandwidth of approximately 35 Hz (i.e., sound transmissions are in the frequency band of 57.5-92.5 Hz). At 1 meter (3.3 feet) from the source, the sound intensity would be about 195 dB re: 1 μPa.

NMFS' 2001 biological opinion on the NPAL project concluded that NPAL transmissions might produce temporary alterations in communications or behavior of humpback whales and sperm whales. Studies associated with the NPAL project identified behavioral responses that included longer dive times by humpback whales during NPAL transmissions and sperm whales moving away from the NPAL sound source when it was operating. Although the biological significance of these responses to these species remains unknown, the responses were not expected to affect the reproductive or survival capabilities of these species. The biological opinion also concluded that blue, fin, sei, and right whales could experience short-term masking of communication due to NPAL transmissions. NPAL transmissions had a low probability of affecting Hawaiian monk seals, which are occasionally found around Kauai.

*Fisheries*

*Drift-net fisheries.* Foreign high-seas driftnet fishing in the north Pacific Ocean for squid, tuna and billfish ended with a United Nations moratorium in December, 1992. Except for observer data collected in 1990-1991, there is virtually no information on the incidental take of threatened and endangered species by the driftnet fisheries prior to the moratorium. The high seas squid driftnet fishery in the North Pacific was observed in Japan, Korea, and Taiwan, while the large-mesh fisheries targeting tuna and billfish were observed in the Japanese fleet (1990-91) and the Taiwanese fleet (1990). A combination of observer data and fleet effort statistics indicate that 4,373 turtles, mostly loggerheads and leatherback turtles, were entangled by the combined fleets of Japan, Korea and Taiwan during June, 1990 through May, 1991, when all fleets were monitored. Of these incidental entanglements, an estimated 1,011 turtles were killed (77 percent survival rate).

*Longline fisheries.* Numerous longline fisheries occur in the Pacific Ocean that historically have had significant impacts on threatened and endangered species. One of these, the Japanese tuna longliners in the Western Pacific Ocean and South China Sea has been estimated to capture 21,200 sea turtles, including green, leatherback turtle, loggerhead, olive ridley and hawksbill sea turtles each year. These interactions kill about 12,300 of these sea turtles each year.

*Other fisheries.* Other fisheries include coastal fisheries off Japan, coastal setnet and gillnet fisheries off Taiwan, foreign and U.S. purse seine fisheries for tuna in the eastern tropical Pacific Ocean, and multi-gear fisheries in the North Pacific Ocean (Bering Sea, Aleutian Islands, and Gulf of Alaska). Several of these fisheries have been implicated in the declining trend of several threatened and endangered species (for example, Steller sea lions, which will be discussed in the following section).

## Impact of the Environmental Baseline on Listed Species

**Steller Sea Lion.** Steller sea lions are distributed around the rim of the North Pacific Ocean from the Channel Islands off Southern California to northern Hokkaido, Japan. In the Bering Sea, the northernmost major rookery is on Walrus Island in the Pribilof Island group. The northernmost major haulout is on Hall Island off the northwestern tip of St. Matthew Island. Their distribution also extends northward from the western end of the Aleutian chain to sites along the eastern shore of the Kamchatka Peninsula. Their distribution is probably centered in the Gulf of Alaska and the Aleutian Islands (NMFS 1992).

*Population status and trends.* Numbers of Steller sea lions declined dramatically throughout much of the species' range, beginning in the mid- to late 1970s (Braham *et al.* 1980, Merrick *et al.* 1987, NMFS 1992, NMFS 1995). For two decades prior to the decline, the estimated total population was 250,000 to 300,000 animals (Kenyon and Rice 1961, Loughlin *et al.* 1984). The population estimate declined by 50-60% to about 116,000 animals by 1989 (NMFS 1992), and by an additional 15% by 1994 (Sease personal communication).

During this interval, the eastern population has remained stable or increased by several percent per year, in Southeast Alaska (Sease and Loughlin 1999), in British Columbia, Canada, and in Oregon. Approximately 60% of Steller sea lions belong to the western population, 40% to the eastern population. Counts in Russian territories have also declined and are currently estimated to be about one-third of historic levels (NMFS 1992).

*Impact of activities in the Environmental Baseline on the western population of Steller sea lions.* A large number of human activities have contributed to the current status of the western population of Steller sea lions. These include commercial and subsistence harvests of Steller sea lions, that have been more significant historically. In the past decade, numerous Federal and State fisheries off Alaska have been investigated for their impacts on Steller sea lions; these include groundfish fisheries (including fisheries for Atka mackerel, walleye pollock, and Pacific cod) in the Bering Sea, Aleutian Islands, and Gulf of Alaska that appear to remove large volumes of prey from the foraging grounds of the Steller sea lions.

At the same time, portions of the North Pacific Ocean have undergone major changes in temperatures that have probably contributed to a shift in the trophic structure of the fish community in the Aleutian Islands, Bering Sea, and Gulf of Alaska. This shift may explain the shift from marine systems dominated by herring and capelin to systems dominated by pollack and flatfish. At the same time, the Bering Sea, Aleutian Islands, and Gulf of Alaska ecosystems have experienced the development and expansion of major fisheries for essential sea lion prey.

In the face of all these changes and influencing factors, the western population of Steller sea lions has not been able to maintain itself. The available evidence suggests that a significant part of the problem is lack of available prey. Studies of animals collected in the Gulf of Alaska in 1975-1978 and 1985-1986 indicate that animals in the latter collection were smaller, took longer to reach reproductive maturity, produced fewer offspring, tended to be older, and exhibited signs of anemia. In addition, survival of juvenile animals appeared to have dropped in both the eastern Aleutian Islands (Ugamak Island; Merrick *et al.* 1987) and the Gulf of Alaska (Marmot Island; Chumbley *et al.* 1997).

**Hawaiian Monk Seal.** The Hawaiian monk seal is found primarily on the Leeward Chain of the Hawaiian Islands, especially Nihoa, Necker, French Frigate Shoals, Pearl and Hermes Reef, Kure Atoll, Laysan, and Lisianski. Sightings on the main Hawaiian Islands have become more common in the past 15 years and a birth was recorded on Kauai and Oahu in 1988 and 1991 respectively (Kenyon 1981, Riedmann 1990). Midway was an important breeding rookery, but is no longer used (Reeves *et al.* 1992). Hawaiian monk seals breed primarily at Laysan Island, Lisianski Island, and Pearl and Hermes Reefs (Tomich 1986). Monk seals are increasingly sighted in the main Hawaiian Islands. Additional sightings have occurred on at least three occasions at the remote Pacific location of Johnston Island (excluding nine adult males translocated from Laysan Island in 1984) over the past 30 years.

*Population status and trends.* Consistent declines in the monk seal population have been recorded since surveys commenced in the late 1950s. Counts of Hawaiian monk seals made since the late 1950s and 1980s at the atolls, islands, and reefs where they haul out on the northwest Hawaiian Islands showed a 50% population decline (NMFS 1991). NMFS (2000) estimates the current monk seal population to be between 1,300 and 1,400 individuals. Data collected at five major haul-outs recorded a 23 percent decline in the number of births in 1990 from the average annual levels recorded between 1983 and 1989 (NMFS 1991).

*Impact of activities in the Environmental Baseline on Hawaiian monk seals.* The main threats have been commercial and subsistence hunting, intentional harassment, competition with commercial fisheries, entanglement in fishing gear, habitat destruction on breeding beaches, pollution, and unintentional human disturbance (Kenyon 1981; Riedman 1990; Reeves *et al.* 1992). Hawaiian monk seals have been protected from most adverse effects of human activities throughout most of their distribution, but the population is only recovering slowly (Reeves *et al.* 1992).

**Blue whale.** In the North Pacific Ocean, blue whales are found along the coastal shelves of North

America and South America (Rice 1974, Donovan 1984, Clarke 1980). In Hawaiian waters, acoustic monitoring has resulted in blue whales being recorded off Oahu and the Midway Islands (Barlow *et al.* 1994b, Northrop *et al.* 1971, Thompson and Friedl 1982), although sightings or strandings in Hawaiian waters have not been reported. Nishiwaki (1966) notes the occurrence of blue whales among the Aleutian Islands and in the Gulf of Alaska. However, as of 1987, there have been no blue whale sightings in these waters (Leatherwood *et al.* 1982; Stewart *et al.* 1987; Forney and Brownell 1996). No distributional information exists for the western region of the North Pacific.

The Costa Rica Dome is a stationary eddy in the eastern tropical Pacific that appears to be important for blue whales based on the high levels of prey (euphausiids) available in the Dome, the aggregation of juvenile whales, and the number of blue whales that appear to reside there (Reilly and Thayer 1990). Blue whales have been sighted in the Dome area throughout all seasons, but there is a peak in occurrence from June through November.

*Population status and trends.* The global population of blue whales has been estimated to range from 11,200 to 13,000 animals (Maser *et al.* 1981; U. S. Department of Commerce 1983) which is a fraction of pre-whaling populations estimates of 200,000 animals. A lot of uncertainty surrounds estimates of blue whale abundance in the North Pacific Ocean. Barlow (1994) estimated the North Pacific population of blue whales at between 1,400 to 1,900. Barlow and Calambokidis (1995) estimated the abundance of blue whales off California at 2,200 individuals. Wade and Gerrodette (1993) and Barlow *et al.* (1997) estimated there were a minimum of 3,300 blue whales in the North Pacific Ocean in the 1990s.

*Impact of activities in the Environmental Baseline on blue whales.* Blue whales do not appear to be injured or killed in fisheries, although interactions between blue whales and fisheries may go undetected because the whales are not observed after they swim away with a portion of the net. However, fishers report that large blue and fin whales usually swim through their nets without entangling and with very little damage to the net (Barlow *et al.* 1997). In 1980, 1986, 1987, and 1993, ship strikes have been implicated in the deaths of blue whales off California (Barlow *et al.* 1997). In addition, several photo-identified blue whales from California waters were observed with large scars on their dorsal areas that may have been caused by ship strikes. Studies have shown that blue whales respond to approaching ships in a variety of ways, depending on the behavior of the animals at the time of approach, and speed and direction of the approaching vessel. The number of blue whales struck and killed by ships is unknown because the whales do not always strand or examinations of blue whales that have stranded did not identify the traumas that could have been caused by ship collisions.

Blue whales do not appear to be disturbed by noise from seismic exploration. When noise pulses from air guns were produced off Oregon, blue whales continued vocalizing at the same rate as before the pulses, suggesting that at least their vocalization behavior was undisturbed by the noise (McDonald *et al.* 1993).

**Fin whale.** Fin whales were reported as occurring immediately offshore throughout the North

Pacific from central Baja California to Japan and as far north as the Chukchi Sea (Rice 1974). Data indicate that some whales remain year-round at high latitudes (Clark and Charif 1998) and other areas such as the Gulf of California (J. Urban, UABCS, La Paz, BCS. Mexico, pers. comm.), migrating only short distances of 100-200 km (53.9-107.9 nm) (Agler *et al.* 1993). In the Gulf of Alaska, fin whales appear to congregate in the waters around Kodiak Island and south of Prince William Sound. In recent years, small numbers of fin whales have been observed south of the Aleutian Islands (Forney and Brownell 1996), in the Gulf of Alaska (including Shelikof Strait), and in the southeastern Bering Sea (Leatherwood *et al.* 1986). Fin whale concentrations in the northern areas of the North Pacific and Bering Sea generally form along frontal boundaries, or mixing zones between coastal and oceanic waters, which themselves correspond roughly to the 200-m isobath (which is the shelf edge; Nasu 1974).

Acoustic data collected from 1995 to 1999 from hydrophone arrays show fin whales vocalizing in Alaskan waters during all seasons, with a peak in occurrence in midwinter. Fin whales are rare in Hawaiian waters, but may occur within 200 nm (370 km) of Hawaii during winter months, when some of the fin whales disperse throughout the lowest latitudes of their distribution (Balcomb 1987). Acoustic recordings (Thompson and Friedl 1982) suggest that fin whales migrate into Hawaiian waters (the U.S. exclusive economic zone (EEZ) surrounding the Hawaiian Archipelago) primarily during the fall and winter. More recently, McDonald and Fox (1999) reported an average of 0.027 calling fin whales per $1000^2$ km (grouped in 8 hour periods) based on passive acoustic recording within about 16 km of the north shore of Oahu. A single fin whale sighting occurred approximately 37 km (20 nm) north of Kauai in 1994 (Mobley *et al.* 1996). Two confirmed sightings and one stranding comprise the records for fin whales in this region (not including whaling records; Nitta 1987).

*Population status and trends.* The current best estimate places this population at about 2,200 fin whales in the Pacific Ocean with a minimum estimate of about 1,800 (Waring *et al.* 1999).

*Impact of activities in the Environmental Baseline on fin whales.* In the North Pacific, there are no reports of fin whale deaths caused by fishery-related activities (Hill *et al.* 1997), although conflicts between fin whales and drift gillnet fisheries may occur (Barlow *et al.* 1997). Because of their size, strength, and distribution, it is difficult to assess potential interactions between fin whales and fisheries; for example, fishermen have reported that large blue and fin whales usually swim through their nets without entangling and with very little damage to the net (Barlow *et al.* 1997).

**Gray whale** (western Pacific population). The western Pacific population of gray whales is distributed between the west central Sea of Okhotsk (from summer to fall) and the South China Sea (winter). Gray whales are the most coastal of the baleen whales and the western Pacific population is no exception: whales in this population generally forage in shallow, nearshore waters throughout the year except when crossing open-water passages. Feeding grounds off northeastern Sakhalin Island, Russia appear to be important for this species during the summer. Their migratory route from these feeding grounds to winter rearing areas include regions off the eastern shore of Sakhalin Island in the Okhotsk Sea (Andrews 1914, Brownell and Chun 1977).

In addition, gray whale have been occasionally sighted off the Pacific coast of southern Japan between 1959 and 1997 (Kato and Tokuhiro 1997, Omura 1984).

Historical records indicate that the western population of gray whales occurred as far south as the Yellow Sea, East China Sea, and South China Sea (Henderson 1972, 1984, 1990; Wang 1978, 1984; Omura 1988, Kato and Kasuya in press), so calving may occur in these areas. In addition, Omura (1974) suggested that an alternative or additional calving and mating area was in the Seto Inland Sea off southern Japan, although this suggestion has not been supported by empirical observation.

*Population status and trends.* The western Pacific population of gray whales was thought to be extinct as recently as 1972 (Bowen 1974), but is known to survive today as a small remnant population (Berzin 1974, Brownell and Chun 1977, Weller *et al.* 1999). The current population size of western gray whales is unknown, but suspected to be approximately 100 (Weller *et al.* 1999).

*Impact of activities in the Environmental Baseline on gray whales.* Current threats to the western gray whale population include continued mortality from an undetermined level of hunting (Brownell 1999, Brownell and Kasuya 1999), and incidental catches in the extensive coastal net fisheries off southern China (Zhou and Wang 1994). Present and planned large-scale offshore gas and oil development in the South China Sea, and within 20 km of the only known feeding ground for western gray whales off northeast Sakhalin Island in the Okhotsk Sea, is of particular concern (Brownell *et al.* 1997, Würsig *et al.* 1999, 2000, Weller *et al.* 2000). Activities related to oil and gas exploration, including high-intensity geophysical seismic surveying, drilling operations, increased ship and air traffic, and oil spills, all pose potential threats to gray whales. Disturbance from underwater industrial noise may displace these gray whales from critical feeding, migratory, and breeding habitat (Bryant *et al.* 1984, Richardson *et al.* 1995).

Despite international agreements that prohibit harvests of these whales, at least one western gray whale was illegally killed off Hokkaido, Japan, in 1996 (Baker *et al.* 2002, Brownell 1999, Brownell and Kasuya 1999). Baker *et al.* (2002) report the sale of meat from seven gray whales, whose genetics apparently match the published sequence from Washington State, in Japan in 1999. Based on the results of their investigations, Baker *et al.* (2002) suggested that illegal hunting along the coast of Japan could be one of the factors inhibiting the recovery of this critically endangered population.

**Humpback whale.** NMFS recognizes four populations of humpback whales in the North Pacific basin, based on genetic and photo-identification studies: two Eastern North Pacific populations, one Central North Pacific population and one Western Pacific population (Hill and DeMaster 1998). Humpback whales typically migrate between tropical/sub-tropical and temperate/polar latitudes. The whales occupy tropical areas during winter months when they are breeding and calving, and polar areas during the spring, summer, and fall (Caldwell and Caldwell 1983). Humpback whales occur off all eight Hawaiian Islands. The whales are generally found in shallow water shoreward of the 182 m (600-ft) depth contour (Herman and Antinoja 1977),

14

although Frankel *et al.* (1989) reported some vocalizing individuals up to 20 km (10.8 nm) off South Kohala on the west coast of the Big Island, over bottom depths of 1400 m (4593 ft). Cow and calf pairs appear to prefer very shallow water less than 18 m (60 ft) (Glockner and Venus 1983).

*Population status and trends.* An estimated 394 humpback whales constitute the western North Pacific population (Calambokidis *et al.* 1997). Waite *et al.* (1999) identified 127 individual humpback whales in the Kodiak Island region between 1991 and 1994 and estimated there were 651 whales in this region (95% CI: 356-1,523). Waite *et al.* (1999) also estimated that 200 humpback whales regularly feed in Prince William Sound. Subsequently, based on mark-recapture analysis of photo-identification studies, several investigators concluded that the central North Pacific population consists of at least 4,000 humpback whales (Calambokidis *et al.* 1997, Ferrero *et al.* 2000). Other than these estimates of the size of the humpback whale population, the available information is not sufficient to determine population trends. In the BSAI, the humpback whale population was dramatically reduced by commercial whaling (see the discussion of commercial whaling in the Environmental Baseline chapter). The humpback whale population is believed to have increased since whaling ceased, although the rate of increase is unknown.

Studies based on resighting individuals through photographs estimate 6,010 animals (S.E. = 474) for the entire North Pacific (Calambokidis *et al.* 1997). The Central North Pacific population of humpback whales winters in the waters of the main Hawaiian Islands and feeds on the summer grounds of Southeast Alaska and Prince William Sound. A population estimate of 1,407 whales was derived using capture-recapture methodology (95% CI: 1,113 - 1,701) for data collected in 1980-83 (Baker and Herman 1987). Cerchio (1998) estimated that about 4,000 animals visit Hawaii annually.

*Impact of activities in the Environmental Baseline on humpback whales.* In the 1990s, no more than 3 humpback whales were reported to have been killed each year in U.S. waters by commercial fishing operations in the Atlantic and Pacific Oceans. No information is available on the number of humpback whales that have been killed or seriously injured by interactions with fishing fleets outside of U.S. waters in the North Pacific Ocean. Similarly, many humpback whales are killed by ship strikes along both coasts of the U.S. On the Pacific coast, a humpback whale is killed about every other year by ship strikes (Barlow *et al.* 1997). Almost no information is available on the number of humpback whales killed or seriously injured by ship strikes outside of U.S. waters.

Humpback whales seem to respond to moving sound sources, such as whale-watching vessels, fishing vessels, recreational vessels, and low-flying aircraft (Beach and Weinrich 1989, Clapham *et al.* 1993, Atkins and Swartz 1989). Their responses to noise are variable and have been correlated with the size, composition, and behavior of the whales when the noises occurred (Herman *et al.* 1980, Watkins *et al.* 1981, Krieger and Wing 1986). Several investigators have suggested that noise may have caused humpback whales to avoid or leave feeding or nursery areas (Jurasz and Jurasz 1979b, Dean *et al.* 1985), while others have suggested that humpback whales may become habituated to vessel traffic and its associated noise. Still other researchers



suggest that humpback whales may become more vulnerable to vessel strikes once they habituate to vessel traffic (Swingle *et al.* 1993; Wiley *et al.* 1995). In Hawaii, regulations prohibit boats from approaching within 91 m of adult whales and within 274 m in areas protected for mothers with a calf. Likewise, in Alaska, the number of cruise ships entering Glacier Bay has been limited to reduce possible disturbance.

**Right Whale.** Right whales in the North Atlantic, North Pacific, and the southern hemisphere of both oceans are currently listed under the ESA as one species: right whales (which includes *E. glacialis, E. japonica,* and *E. australis*). For the purposes of ESA Section 7(a)(2) consultations, NMFS recognizes three major species of right whales: North Pacific, North Atlantic, and Southern Hemisphere. The action that is being considered in this biological opinion would only affect the Pacific population (*E. japonica*).

Very little is known of the size and distribution of right whales in the North Pacific and very few of these animals have been seen in the past 20 years. In 1996, a group of 3 to 4 right whales (which may have included a calf) were observed in the middle shelf of the Bering Sea, west of Bristol Bay and east of the Pribilof Islands (Goddard and Rugh 1998). In June 1998, a lone whale was observed on historic whaling grounds near Albatross Bank off Kodiak Island, Alaska (Waite and Hobbs 1999). Surveys conducted in July of 1997-2000 in Bristol Bay reported observations of lone animals or small groups of right whales in the same area as the 1996 sighting (Hill and DeMaster 1998, Perryman *et al.* 1999). Historical whaling records (Maury 1852, Townsend 1935, Scarff 1986) indicate the right whale ranged across the North Pacific above 35°N lat. They summered in the North Pacific Ocean and southern Bering Sea from April or May to September, with a peak in sightings in coastal waters of Alaska in June and July (Maury 1852, Townsend 1935, Omura 1958, Klumov 1962, Omura *et al.* 1969). Their summer range extended north of the Bering Strait (Omura *et al.* 1969). However, they were particularly abundant in the Gulf of Alaska from 145° to 151°W (Berzin and Rovnin 1966), and apparently concentrated in the Gulf of Alaska, especially south of Kodiak Islands and in the Eastern Aleutian Islands and southern Bering Sea shelf waters (Braham and Rice 1984).

The winter distribution patterns of right whales in the Pacific are virtually unknown, although some right whales have been sighted as far south as 27°N in the eastern North Pacific. They have also been sighted in Hawaii (Herman *et al.* 1980), California (Scarff 1986), Washington and British Columbia.

*Population status and trends.* Current population estimates range from a low of 100-200 (Braham and Rice 1984) to a high of 220-500 (Berzin and Yablokov 1978 [in Berzin and Vladimirov 1981]), but Hill and DeMaster (1998) argue that it is not possible to reliably estimate the population size or trends of right whales in the North Pacific. As a result, no population projections are available for the Pacific population of this species.

*Impact of activities in the Environmental Baseline on right whales.* Before whaling began in the North Pacific Ocean, right whales were considered common or abundant in the North Pacific (Webb 1988). By 1900, observations of right whales in the North Pacific had become so rare it

was impossible to know their population status or trend. Scarff (1986) concluded that entanglement in fishing gear, noise, or continued hunting by countries who are not members of the International Whaling Commission were not serious threats to right whales. However, Scarff (1986) argued that right whales in the North Pacific are particularly vulnerable to ship strikes and marine pollution because of their habit of feeding at, or near, the water surface. Nevertheless, so little is known about the population ecology of these whales in the North Pacific, we cannot assess the impact of human activities on this species.

**Sei Whale.** Sei whales are distributed in all of the world's oceans, except the Arctic Ocean. The IWC's Scientific Committee groups all of the sei whales in the entire North Pacific Ocean into one population (Donovan 1991). However, some mark-recapture, catch distribution, and morphological research indicated that more than one population exists; one between 175°W and 155°W longitude, and another east of 155° W longitude (Masaki 1976, 1977). During the winter, sei whales are found from 20°B23° N and during the summer from 35°B50° N (Masaki 1976, 1977). Horwood (1987) reported that 75B85% of the total North Pacific population of sei whales resides east of 180° longitude. In the North Pacific Ocean, sei whales have been reported primarily south of the Aleutian Islands, in Shelikof Strait and waters surrounding Kodiak Island, in the Gulf of Alaska, and inside waters of southeast Alaska (Nasu 1974, Leatherwood *et al.* 1982). Sei whales have been occasionally reported from the Bering Sea and in low numbers on the central Bering Sea shelf (Hill and DeMaster 1998). Masaki (1977) reported sei whales concentrating in the northern and western Bering Sea from July through September, although other researchers question these observations because no other surveys have ever reported sei whales in the northern and western Bering Sea. Horwood (1987) evaluated the Japanese sighting data and concluded that sei whales rarely occur in the Bering Sea.

*Population status and trends.* Sei whale abundance prior to commercial whaling in the North Pacific has been estimated at 42,000 sei whales (Tillman 1977). Japanese and Soviet catches of sei whales in the North Pacific and Bering Sea increased from 260 whales in 1962 to over 4,500 in 1968 and 1969, after which the sei whale population declined rapidly (Mizroch *et al.* 1984). When commercial whaling for sei whales ended in 1974, the population of sei whales in the North Pacific had been reduced to between 7,260 and 12,620 animals (Tillman 1977). Current abundance or trends are not known for fin whales in the North Pacific.

*Impact of activities in the Environmental Baseline on sei whales.* From 1910 to 1975, approximately 74,215 sei whales were caught in the entire North Pacific Ocean (Horwood 1987, Perry *et al.* 1999). From the early 1900s, Japanese whaling operations consisted of a large proportion of sei whales: 300-600 sei whales were killed per year from 1911 to 1955. The sei whale catch peaked in 1959, when 1,340 sei whales were killed. In 1971, after a decade of high sei whale catch numbers, sei whales were scarce in Japanese waters. In the eastern north Pacific, the sei whale population appeared to number about 40,000 animals until whaling began in 1963; by 1974, the sei whale population had been reduced to about 8,000 animals (Tillman 1977). No recent reports indicate sei whales are being killed or seriously injured as a result of fishing activities in any eastern North Pacific fishery (Perry *et al.* 1999). However, Barlow *et al.* (1997) note that a conflict may exist in the offshore drift gillnet fishery.

**Sperm whale.** Sperm whales are distributed in all of the world's oceans. Several authors have recommended three or more populations of sperm whales in the North Pacific for management purposes (Kasuya 1991, Bannister and Mitchell 1980). However, the IWC's Scientific Committee designated two sperm whale populations in the North Pacific: a western and eastern population (Donovan 1991). The line separating these populations has been debated since their acceptance by the IWC's Scientific Committee. For assessment purposes, NMFS recognizes three discrete population "centers" of sperm whales: (1) Alaska, (2) California, Oregon, and Washington, and (3) Hawaii. Sperm whales are found throughout the North Pacific and are distributed broadly from tropical and temperate waters to the Bering Sea as far north as Cape Navarin. Mature female and immature sperm whales of both sexes are found in more temperate and tropical waters from the equator to around 45°N throughout the year. These groups of adult females and immature sperm whales are rarely found at latitudes higher than 50°N and 50°S (Reeves and Whitehead 1997). Sexually mature males join these groups throughout the winter. During the summer, mature male sperm whales are thought to move north into the Aleutian Islands, Gulf of Alaska, and the Bering Sea. Sperm whales are rarely found in waters less than 300 m in depth. They are often concentrated around oceanic islands in areas of upwelling, and along the outer continental shelf and mid-ocean waters. Because they inhabit deeper pelagic waters, their distribution does not include the broad continental shelf of the Eastern Bering Sea and these whales generally remain offshore in the eastern Aleutian Islands, Gulf of Alaska, and the Bering Sea.

Sperm whales have been sighted in the Kauai Channel, the Alenuihaha Channel between Maui and the island of Hawaii, and off the island of Hawaii (Lee 1993; Mobley, et al.1999, Forney et al., 2000) ).  Additionally, the sounds of sperm whales have been recorded throughout the year off Oahu (Thompson and Friedl 1982).

*Population status and trends.* A 1997 survey to investigate sperm whale population structure and abundance in the eastern temperate North Pacific area did not detect a seasonal distribution pattern between the U. S. EEZ off California and areas farther west, out to Hawaii (Forney et al., 2000). A 1997 survey, which combined visual and acoustic line-transect methods, resulted in estimates of 24,000 (coefficient of variance = 0.46) sperm whales based on visual sightings, and 39,200 sperm whales (coefficient of variance = 0.60) based on acoustic detections and visual group size estimates (Forney et al., 2000). An analysis for the eastern tropical Pacific estimates abundance at 22,700 sperm whales (95% confidence interval = 14,800-34,000; Forney et al. 2000). Current estimates for population abundance, status, and trends for the Alaska population of sperm whales are not available (Hill and DeMaster 1999).

*Impact of activities in the Environmental Baseline on sperm whales.* In U.S. waters in the Pacific, sperm whales are known to have been incidentally taken only in drift gillnet operations, which killed or seriously injured an average of 9 sperm whales per year from 1991-1995 (Barlow et al. 1997). Interactions between longline fisheries and sperm whales in the Gulf of Alaska have been reported over the past decade (Rice 1989, Hill and DeMaster 1999). Observers aboard Alaskan sablefish and halibut longline vessels have documented sperm whales feeding on fish caught in longline gear in the Gulf of Alaska. During 1997, the first entanglement of a sperm

whale in Alaska's longline fishery was recorded, although the animal was not seriously injured (Hill and DeMaster 1998). The available evidence does not indicate sperm whales are being killed or seriously injured as a result of these interactions, although the nature and extent of interactions between sperm whales and long-line gear is not yet clear. In 2000, the Japanese Whaling Association announced that it proposed to kill 10 sperm whales in the Pacific Ocean for research purposes, which was the first time sperm whales have been taken since the international ban on commercial whaling took effect in 1987. Despite protests from the U.S. government and members of the IWC, the Japanese government plans to conduct this "research." The implications of this action for the status and trend of sperm whales is uncertain.

**Green Sea Turtle.** Green turtles are a circumglobal and highly migratory species that nest mainly in tropical and subtropical regions. The east Pacific green is also the second-most sighted turtle in the east Pacific during tuna fishing cruises; they are frequent along a north-south band from 15 N to 5 S along 90 W, and between the Galapagos Islands and Central American Coast (NMFS and USFWS 1998a). Their nonbreeding range is generally tropical, and can extend approximately 500-800 miles from shore in certain regions (Eckert 1993). They appear to prefer waters that usually remain around 20 C in the coldest month; for example, during warm spells (e.g., El Niño), green turtles may be found considerably north of their normal distribution. Stinson (1984) found green turtles to appear most frequently in U.S. coastal waters with temperatures exceeding 18 C.

*Population status and trends.* The primary green turtle nesting grounds in the eastern Pacific are located in Michoacán, Mexico, and the Galapagos Islands, Ecuador (NMFS and USFWS 1998a). The nesting population at the two main nesting beaches in Michoacán (Colola, responsible for 70% of total green turtle nesting in Michoacán (Delgado and Alverado 1999) and Maruata) decreased from 5,585 females in 1982 to 940 in 1984. Despite long-term protection of females and their eggs at these sites since 1990, the population continues to decline, and it is believed that the effects of human activities (including incidental take in various coastal fisheries as well as illegal directed take at forage areas) continue to prevent the populations from recovering (P. Dutton, NMFS, personal communication, 1999).

In the western Pacific, the only major (>2,000 nesting females) populations of green turtles occur in Australia and Malaysia. Pulau Redang, a coral fringed island located approximately 45 kilometers off the coast of Terengganu, Malaysia contains one of the largest green turtle rookeries in peninsular Malaysia, and a 1 nautical mile no-fishing zone has been established around the island to prevent interactions between fishing gear and internesting females (Liew and Chan 1994). Smaller colonies occur in the insular Pacific islands of Polynesia, Micronesia, and Malaysia (Wetherall et al. 1993). In Taiwan, Cheng and Chen (1996) report that between 1992 and 1994, green turtles were found nesting on 9 of 11 beaches on Wan-Am Island (Peng-Hu Archipelago). The numbers, however, were small, between 8 and 14 females nested during each of these 3 years. In Japan, the Ogasawara Islands, located approximately 1,000 km south of Tokyo, serve as the northern edge of green turtles rookeries. In the late 1800s, when Japan first colonized the islands, the government encouraged a sea turtle fishery.

In Hawaii, green turtles nest on six small sand islands at French Frigate Shoals, a long atoll situated in the middle of the Hawaiian Archipelago (Balazs 1995). Unlike any other regional sea turtle populations, green turtles in Hawaii are genetically distinct and geographically isolated. Ninety percent of the nesting and breeding activity of the Hawaiian green turtle occurs at the French Frigate Shoals, where 200-700 females are estimated to nest annually (NMFS and USFWS 1998a). Important resident areas have been identified and are being monitored along the coastlines of Oahu, Molokai, Maui, Lanai, Hawaii, and at large nesting areas in the reefs surrounding the French Frigate Shoals, Lisianski Island, and Pearl and Hermes Reef (Balazs 1982; Balazs et al. 1987). Since the establishment of the ESA in 1973, and following years of exploitation, the nesting population of Hawaiian green turtles has shown a gradual but definite increase (Balazs 1996).

**Hawksbill Sea Turtle.** Hawksbill turtles are small turtles, with straight carapace lengths less than 95 cm (only Kemp's ridley turtles are smaller). Hawksbill turtles occur in the Atlantic, Pacific, and Indian Oceans, the Red Sea, including waters around Australia, from California south to Peru, Japan, the British Isles, northwestern Africa, Madagascar, from Massachusetts to southern Brazil (Ernst and Barbour 1989).

*Population status and trends.* Of the 65 geopolitical units worldwide, where estimates of relative hawksbill nesting density exists, 38 of them have hawksbill populations that are suspected or known to be in decline and an additional 18 have experienced well-substantiated declines (NMFS and USFWS 1995). The largest remaining nesting concentrations occur on remote oceanic islands off Australia (Torres Strait) and the Indian Ocean (Seychelles).

**Leatherback Sea Turtle.** Leatherback sea turtles are widely distributed throughout the oceans of the world, and are found throughout waters of the Atlantic, Pacific, Caribbean, and the Gulf of Mexico (Ernst and Barbour 1972). In the Pacific Ocean, they range as far north as Alaska and the Bering Sea and as far south as Chile and New Zealand. In Alaska, leatherback turtles are found as far north as 60.34 N, 145.38W and as far west as the Aleutian Islands (Hodge 1979, Stinson 1984). Leatherback turtles have been found in the Bering Sea along the coast of Russia (Bannikov et al. 1971). Leatherback turtles are uncommon in the insular Pacific Ocean, but individual leatherback turtles are sometimes encountered in deep water and prominent archipelagoes. To a large extent, the oceanic distribution of leatherback turtles may reflect the distribution and abundance of their macroplanktonic prey, which includes medusae, siphonophores, and salpae in temperate and boreal latitudes (NMFS and USFWS 1996).

*Population status and trends.* Globally, leatherback turtle populations have been decimated worldwide. The global leatherback turtle population was estimated to number approximately 115,000 adult females in 1980 (Pritchard 1982), but only 34,500 in 1995 (Spotila et al. 1996). The Pacific population appears to be in a critical state of decline. The East Pacific leatherback population was estimated to be over 91,000 adults in 1980 (Spotila 1996), but is now estimated to number less than 3,000 total adult and subadult animals (Spotila 2000). Leatherback turtles have experienced major declines at all major Pacific basin rookeries. At Mexiquillo, Michoacan, Mexico, Sarti et al. (1996) reported an average annual decline in nesting of about 23% between

1984 and 1996. The total number of females nesting on the Pacific coast of Mexico during the 1995-1996 season was estimated at fewer than 1,000. Less than 700 females are estimated for Central America (Spotila 2000). In the western Pacific, the decline is equally severe. Current nestings at Terengganu, Malaysia represent 1% of the levels recorded in the 1950s (Chan and Liew 1996).

**Loggerhead Sea Turtle.** Loggerhead turtles are a cosmopolitan species, found in temperate and subtropical waters and inhabiting pelagic waters, continental shelves, bays, estuaries and lagoons. The species is divided into five populations: the Atlantic Ocean, Pacific Ocean, Indian Ocean, Caribbean Sea and Mediterranean Sea populations. These populations are further divided into nesting aggregations. In the Pacific Ocean, loggerhead turtles are represented by a northwestern Pacific nesting aggregation (located in Japan) and a smaller southwestern nesting aggregation that occurs in Australia (Great Barrier Reef and Queensland), New Caledonia, New Zealand, Indonesia, and Papua New Guinea.

*Population status and trends.* The only major nesting site for ridleys is a single stretch of beach near Rancho Nuevo, Tamaulipas, Mexico (Carr 1963). Estimates on the adult population reached a low of 1,050 in 1985, and increased to 3,000 individuals in 1997. First-time nesting adults increased from 6 percent to 28 percent from 1981 to 1989, and from 23 percent to 41 percent from 1990 to 1994, indicating that the ridley population may be in the early stages of exponential growth (TEWG 1998).

**Olive Ridley Sea Turtle.** Olive ridley turtles occur in the tropical waters of the Pacific and Indian Oceans from Micronesia, Japan, India, and Arabia south to northern Australia and southern Africa. In the Atlantic Ocean off the western coast of Africa and the coasts of northern Brazil, French Guiana, Surinam, Guyana, and Venezuela in South America, and occasionally in the Caribbean Sea as far north as Puerto Rico. In the eastern Pacific Ocean, olive ridley turtles are found from the Galapagos Islands north to California. While olive ridley turtles have a generally tropical to subtropical range, individual turtles have been reported as far as the Gulf of Alaska (Hodge and Wing, 2000).

*Population status and trends.* In the western Pacific, information on the size of olive ridley nesting aggregations are limited although they do not appear to be recovering (with the exception of the nesting aggregation at Orissa, India). There are a few sightings of olive ridleys from Japan, but no report of egg-laying. Similarly, there are no nesting records from China, Korea, the Philippines, Taiwan, Viet Nam, or Kampuchea and nesting records in Indonesia are not sufficient to assess population trends (Eckert 1993, Suwelo 1999). In Thailand, olive ridleys occur along the southwest coast, on the Surin and Similan islands, and in the Andaman Sea. On Phra Thong Island, on the west coast of Thailand, the number of nesting turtles have declined markedly from 1979 to 1990.

*Impact of Activities in the Environmental Baseline on listed sea turtles.* All listed sea turtle populations affected by the proposed action have been impacted by human-induced factors such as commercial fisheries, direct harvest of turtles, and modification or degradation of the turtle's

21

breeding and marine habitats. Nesting beach habitat impacts have resulted in the loss of eggs and hatchlings as well as the deterrence of nesting females resulting in decreased nesting success. In the marine environment, a significant anthropogenic impact has been the incidental capture and mortality of subadult and adult sea turtles in various commercial fisheries throughout the action area. Mortalities resulting from the effects of marine pollution have also had an important effect on the status and trend of sea turtles in the Pacific Ocean, although those effects have been much less significant than the effect of fisheries. Increased mortality at the egg and early life history stages has impacted the species' ability to maintain or increase its numbers by limiting the number of individuals that survive to sexual maturity. In addition, the mortality of adult females reduces the future reproductive potential in these species, which reduces their ability to recover from perturbations and can accelerate their decline.

The age at sexual maturity of loggerhead sea turtles may be as high as 35 years, while green sea turtles may not reach maturity until 30-60 years (in Crouse 1999). In the face of current levels of mortality and extent of habitat degradation, nesting aggregations of green, leatherback, and loggerhead turtles have declined to levels that place them at a very high risk of extinction within the foreseeable future. Of the sea turtles considered in this Opinion, only olive ridley turtle nesting aggregations seem to be somewhat stable or increasing slightly.

**Chinook Salmon** (Puget Sound, Lower Columbia River, Upper Willamette River, Central Valley Spring-run, and California Coastal, Upper Columbia River spring-run, Snake River spring/summer-run, Snake River fall-run, and Sacramento River winter-run chinook salmon). Chinook salmon distribute in the North Pacific Ocean north of about 40° North latitude where they may remain for 1 to 6 years, although 2 to 4 years are more common. Although salmon generally occur near the surface (within 8 to 10 meters of the surface), chinook salmon have been caught at depths up to 110 meters.

*Impact of Activities in the Environmental Baseline on listed chinook salmon.* Natural variations in freshwater and marine environments have substantial effects on the abundance of salmon populations. Of the various natural phenomena that affect most populations of Pacific salmon, changes in ocean productivity are generally considered most important. Recent evidence suggests that the survival of Pacific salmon in the marine environment fluctuates in response to long-term cycles of climatic conditions and ocean productivity (20–30 years); these fluctuations cause salmon survival to be either above-average or below-average (Cramer 1999). These long-term, climactic fluctuations have been referred to as the Pacific Decadal Oscillation. For many years, ocean conditions and resulting productivity appear to have produced below-average marine survival rates for Pacific salmon, which has reduced the size of salmon populations throughout the Pacific Northwest.

Chinook salmon are exposed to high rates of natural predation, particularly during freshwater rearing and migration stages. Ocean predation probably contributes to significant natural mortality, although the levels of predation are largely unknown. In general, chinook are prey for pelagic fishes, birds, and marine mammals, including harbor seals, sea lions, and killer whales. There have been recent concerns that increasing size of tern, seal, and sea lion populations in the

Pacific Northwest has dramatically reduced the survival of adult and juvenile salmon in the Columbia River estuary.

**Chum Salmon** (Columbia River and Hood Canal summer run chum salmon). Chum salmon spend two to five years in feeding areas in the northeast Pacific Ocean, which is a greater proportion of their life history than other Pacific salmonids. Chum salmon distribute throughout the North Pacific Ocean and Bering Sea, although North American chum salmon (as opposed to chum salmon originating in Asia), rarely occur west of 175° E longitude (Johnson *et al.* 1997). North American chum salmon migrate north along the coast in a narrow coastal band that broadens in southeastern Alaska, although some data suggest that Puget Sound chum, including Hood Canal summer run chum, may not make extended migrations into northern British Columbian and Alaskan waters, but instead may travel directly offshore into the north Pacific Ocean (Johnson *et al.* 1997).

*Impact of Activities in the Environmental Baseline on listed chum salmon.* Natural variations in freshwater and marine environments have substantial effects on the abundance of salmon populations. Of the various natural phenomena that affect most populations of Pacific salmon, changes in ocean productivity are generally considered most important. Recent evidence suggests that the survival of Pacific salmon in the marine environment fluctuates in response to long-term cycles of climatic conditions and ocean productivity (20–30 years); these fluctuations cause salmon survival to be either above-average or below-average (Cramer 1999). These long-term, climactic fluctuations have been referred to as the Pacific Decadal Oscillation. For many years, ocean conditions and resulting productivity appear to have produced below-average marine survival rates for Pacific salmon, which has reduced the size of salmon populations throughout the Pacific Northwest.

**Coho Salmon** (Central California Coast, Oregon Coast, and Southern Oregon Northern Coastal California). Coho salmon occur naturally in most major river basins around the North Pacific Ocean from central California to northern Japan (Laufle *et al.* 1986). After entering the ocean, immature coho salmon initially remain in near-shore waters close to the parent stream. Most coho salmon adults are 3-year-olds, having spent approximately 18 months in freshwater and 18 months in salt water. North American coho salmon will migrate north along the coast in a narrow coastal band that broadens in southeastern Alaska. During this migration, juvenile coho salmon tend to occur in both coastal and offshore waters. During spring and summer, coho salmon will forage in waters between 46° N, the Gulf of Alaska, and along Alaska's Aleutian Islands.

*Impact of Activities in the Environmental Baseline on listed coho salmon.* Natural variations in freshwater and marine environments have substantial effects on the abundance of salmon populations. Of the various natural phenomena that affect most populations of Pacific salmon, changes in ocean productivity are generally considered most important. Recent evidence suggests that the survival of Pacific salmon in the marine environment fluctuates in response to long-term cycles of climatic conditions and ocean productivity (20–30 years); these fluctuations cause salmon survival to be either above-average or below-average (Cramer 1999). These long-term, climactic fluctuations have been referred to as the Pacific Decadal Oscillation. For many years,



ocean conditions and resulting productivity appear to have produced below-average marine survival rates for Pacific salmon, which has reduced the size of salmon populations throughout the Pacific Northwest.

**Snake River Sockeye Salmon.** Snake River sockeye salmon are one of three populations of sockeye salmon remaining in the Columbia River basin. This species includes sockeye populations from the Snake River Basin, Idaho, although the only remaining populations of this species occur in the Stanley River Basin of Idaho.

*Population status and trends.* Historically, the largest numbers of Snake River sockeye salmon returned to headwaters of the Payette River, where 75,000 were taken in one year by a single fishing operation on Big Payette Lake (Bevan *et al.* 1994). During the early 1880s, returns of Snake River sockeye salmon to the headwaters of the Grande Ronde River in Oregon were estimated between 24,000 and 30,000 at a minimum. By 1985, the number of adults arriving at Redfish Lake, Idaho, had fallen below 20 animals. Between 1990 and 1998, only 16 "wild" Snake River sockeye salmon returned to Redfish Lake or the nearby Sawtooth Hatchery (including one in 1998 and none in 1999). Since 1991, all returning adults Snake River sockeye salmon have been spawned in a hatchery to prevent the species' extinction. Given the extremely low sockeye salmon population size, this species' likelihood of surviving in the wild remains fairly low. Snake River sockeye will remain below the threshold escapement level of 150 fish (which applies only to naturally-produced spawners) until natural production is sufficiently re-established. This species' likelihood of recovering in the wild (which only applies to spawners at least two generations removed from captive broodstock) is even less certain.

**Steelhead** (Upper Columbia River, Middle Columbia River, Lower Columbia River, Upper Willamette River, Snake River Basin, Northern California, California Central Valley, Central California Coastal, South Central California, and Southern California). The ocean distributions for listed steelhead are not known in detail, but steelhead are caught only rarely in ocean salmon fisheries. The total catch of steelhead in Canadian fisheries is low and consideration of the likely population composition suggests that the catch of listed steelhead is less than 10 per year from the five steelhead ESUs combined (NMFS 1999a). Steelhead typically reside in marine waters for two or three years before migrating to their natal streams to spawn as four- or five-year olds (August 9, 1996, 61 FR 41542).

*Impact of activities in the Environmental Baseline on listed steelhead.* Natural phenomena and human activities in the marine environment have not been reported to have had significant adverse effects on steelhead, although ocean conditions probably affect steelhead. in the same way they affect other species of Pacific salmon. For the most part, the factors contributing to the decline of these species have been primarily human alteration of their freshwater habitat through agricultural practices, especially grazing, and water diversions and withdrawals. In addition, hydropower development has impacted the species by preventing these steelhead from migrating to habitat above dams, and by killing them in large numbers when they try to migrate through the Columbia River hydroelectric system.

## EFFECTS OF THE PROPOSED ACTION

As discussed previously, this biological opinion assesses the effects of the Navy's proposed employment of the SURTASS LFA sonar on threatened and endangered species in the action area. This includes the Navy's proposal to incorporate mitigative measures to avoid potential, adverse effects of SURTASS LFA sonar transmissions on threatened or endangered species. In the Description of the Action section of this Opinion, NMFS summarized the Navy activities that would be authorized by NMFS' proposed letter of authorization for the take of cetaceans incidental to the operation of SURTASS LFA sonar in the Pacific Ocean.

In this section of a biological opinion, NMFS assesses the probable direct and indirect effects of the SURTASS LFA sonar operations and of interrelated, and interdependent actions on threatened and endangered species and designated critical habitat. The purpose of this assessment is to determine if it is reasonable to expect that the Navy's SURTASS LFA sonar will have direct or indirect effects on threatened and endangered species that appreciably reduce their likelihood of surviving and recovering in the wild (which is the jeopardy standard established by 50 CFR 402.02). This assessment also determines if it is reasonable to expect the Navy's SURTASS LFA sonar will result in the destruction or adverse modification of critical habitat.

NMFS generally approaches these analyses by first evaluating the available evidence to identify the direct and indirect physical, chemical, and biotic effects of a proposed action on individual members of listed species or aspects of a species' environment. Once these effects have been identified, NMFS then evaluates the available evidence to identify a species' probable responses (including behavioral responses) to those effects to determine if those effects could reasonably be expected to reduce a species' reproduction, numbers, or distribution (for example, by changing birth, death, immigration, or emigration rates; increasing the age at which individuals reach sexual maturity; decreasing the age at which individuals stop reproducing; among others). NMFS then uses the evidence available to determine if these reductions, if there are any, could reasonably be expected to reduce a species' likelihood of surviving and recovering in the wild. If NMFS concludes that an action could reasonably be expected to reduce a species' likelihood of surviving and recovering in the wild, NMFS' final task is determining whether that reduction is likely to be "appreciable."

### Approach to the Assessment

This assessment treats SURTASS LFA sonar as a potential "pollutant" in the ocean environment, then analyzes the potential effects of this "pollutant" on listed species using a generalized assessment model patterned after the models toxicologists and others use to assess risks posed by terrestrial, aquatic, and atmospheric pollutants (Lipton *et al.* 1993, U.S. EPA 1996; also see the more complete discussion of the assessment approach that is presented in the *Effects of the Action* section [pages 101 to 107] of NMFS' May 30, 2002, biological opinion on SURTASS LFA). The first step of our assessment approach examined the likelihood of species or critical habitat being exposed to SURTASS LFA sonar, including an assessment of the intensity, duration, and frequency of any exposure. For species or critical habitat that were likely to be

exposed to SURTASS LFA sonar, the second step of our approach assessed probable ecological responses of listed species to SURTASS LFA sonar or, alternatively, the potential effects of differing levels of low-frequency sound on listed species based on their susceptibility to sound pressure levels and frequencies associated with the SURTASS LFA sound source and their potential responses to those levels. For species or critical habitat that were likely to be exposed to SURTASS LFA sonar and, if exposed, were susceptible to SURTASS LFA sonar, the third step of our approach estimated the probable risks posed by SURTASS LFA sonar based on the exposure estimates and susceptibilities to reach conclusions about the potential effects of SURTASS LFA sonar on species and critical habitat.

In particular, we evaluated the available evidence to determine if LFA sonar was likely to (1) physically injure marine species in a way that would have acute or chronic effects or (2) elicit behavioral responses that would have longer-term, chronic effects on the viability of populations of a species (as discussed previously, we initially screened for indirect effects resulting from the disruption of food chains or interactions between species, but our searches produced no evidence of these phenomena). Our assessment focused on the potential effects of LFA sonar on individual animals as well as on populations of listed species and, through those populations, the species as they were listed.

The analyses that follow are organized into two main sections. The first section examines the potential effects of SURTASS LFA sonar on the marine environment generally. The second section is organized by species and considers their likelihood of being exposed to LFA sonar, their probable responses upon exposure, and our analysis of the risks LFA sonar might pose to those species using the jeopardy standard as our measure. All of these analyses summarize information that was presented in NMFS May 30, 2002, biological opinion on SURTASS LFA, we will frequently refer readers to that opinion for more thorough discussions of the information we present here.

The primary sources of information that we used in this opinion were reviews conducted by the National Research Council (NRC 1994, 1996, 2000) and Richardson *et al.* (1995) on marine mammals and noise, the Navy's Low Frequency Sound Scientific Research Program (which was developed to address questions associated with SURTASS LFA sonar), Marine Mammal Research Program (which was developed to address questions associated with the Advanced Research Projects Agency's Acoustic Thermometry of Ocean Climate project, which also uses low frequency sound), several models the Navy developed for its Environmental Impact Statement on SURTASS LFA sonar, and numerous scientific papers (Croll *et al.* 1999 and 2001; Frankel and Clark 1998; Richardson *et al.* 1995; Tyack 2000; Whitlow *et al.* 1997). During our review of the information, we distinguished between low-frequency, mid-frequency, and high-frequency sonars because different sonars have been associated with different environmental effects.

For this biological opinion, NMFS repeated the literature searches that we conducted for the May 30, 2002, biological opinion on SURTASS LFA. Although these searches produced numerous new articles in sources like newspapers and magazines, these sources contained no new data or

inferences resulting from empirical study or simulation modeling that had not already been considered in NMFS' May 30, 2002, biological opinion.

NMFS also used the results of the acoustic models and risk continuum analyses that the Navy used for its NEPA documents on SURTASS LFA sonar (see U.S. Navy 2001a, 2001b, 2001c) as well as additional simulations the Navy conducted to support its request for a letter of authorization (see Table 1, and Appendix 1). The Navy's analyses estimated the risk posed by SURTASS LFA sonar by treating the risk of biologically significant behavior to received levels (single ping equivalents in decibels) using probability distribution functions. The results of these analyses appear as continuous functions that are analogous to stressor-response curves: at one end of these curves, low received levels would not be expected to elicit a response in the species; at the other end of these curves, high received levels would be expected to elicit much more serious responses.

### Effects of the R/V *Cory Chouest*

Operation of the R/V *Cory Chouest* could pose potential risk to listed species and their critical habitat through discharges, ship strikes, and the generation of engine and propeller noise. Operation of the vessels supporting SURTASS LFA will result only in discharges incidental to normal operations of a vessel. The International Convention for the Prevention of Pollution from Ships (MARPOL 73/78) prohibits certain discharges of oil, garbage, and other substances from vessels. The Convention is implemented by the Act to Prevent Pollution from Ships (APPS; 33 U.S.C. 1901 et seq.), which establishes requirements for the operation of U.S. Navy vessels. The vessels supporting the SURTASS LFA sonar system will operate in compliance with these requirements. The sonar system itself will not result in the discharge of any pollutants regulated under APPS.

In addition, the R/V *Cory Chouest* will operate at speeds of approximately 3 knots (3.5 miles per hour) during SURTASS LFA sonar operations and about 10 knots (11.6 miles per hour) during transit. Because of these slow speeds, the R/V *Cory Chouest* should produce far less engine and propeller noise than commercial and recreational vessels.

Furthermore, during SURTASS LFA sonar operations the tripartite monitoring mitigation would be expected to virtually eliminate the risk of ship strikes. Therefore, ship strikes are unlikely. Consequently, the operation of the R/V *Cory Chouest* is expected to pose negligible threats to listed species or critical habitats.

### Effects of the SURTASS LFA Sonar

This section of the Opinion begins with an assessment of the potential exposure of listed species and critical habitat to sound pressure levels associated with SURTASS LFA sonar, including estimates of the intensity, duration, and frequency of any exposure. For listed species or critical habitat that are likely to be exposed to LFA sonar, the second step of our approach assesses the sensitivities of listed species to SURTASS LFA sonar or, alternatively, the potential effects of differing levels of low-frequency sound on listed species. For species or critical habitat that are likely to be exposed to LFA sonar and, if exposed, were sensitive to the sonar, the third step of

our approach estimated the probable risks posed by SURTASS LFA sonar based on exposure estimates and sensitivities to reach conclusions about the potential effects of SURTASS LFA sonar on species and critical habitat.

As discussed in the *Description of the Action* section of this Opinion, the LFA sonar system consists of up to 18 low-frequency acoustic-transmitting projectors that are suspended from a cable beneath a ship. The source level of an individual projector in the LFA sonar array is approximately 215 dB, and the sound field of the array can never have a sound pressure level higher than that of an individual projector. The typical LFA sonar signal is not a constant tone, but is a transmission of various signal types that vary in frequency and duration (including continuous wave and frequency-modulated signals). The Navy refers to a complete sequence of sound transmissions as a "ping" which can range from between 6 and 100 seconds, with no more than 10 seconds at any single frequency. The time between pings will typically range from 6 to 15 minutes. The Navy can control the average duty cycle (the ratio of sound "on" time to total time) for the system but the duty cannot exceed 20 percent; the Navy anticipates a typical duty cycle between 10 and 15 percent.

This biological opinion assumes that the propagation of signals transmitted by the R/V *Cory Chouest* through the Pacific Ocean would be affected by surface ducts, sound channels, convergence zones, and bottom interactions. For more complete discussion of sound propagation in marine environments, readers should refer to Richardson *et al.* (1995), Appendix B of the Navy's EIS on SURTASS LFA (Navy 2001), and the Effects of the Action section of NMFS' May 30, 2002, biological opinion on SURTASS LFA sonar.

*Intensity*
Sound transmissions are usually measured in terms of sound pressure levels, which are denoted as decibels and which have a reference pressure value of 1 microPascal (µPa). The logarithmic nature of the decibel (dB) scale means that each 10 dB increase is a ten-fold increase in power (e.g., 20 dB is a 100-fold increase, 30 dB is a 1,000-fold increase). Humans perceive a 10 dB increase in noise as a doubling of sound level, or a 10 dB decrease in noise as a halving of sound level.

Inside the LFA mitigation zone during a ping, a marine mammal could be exposed to sound levels at or above 180 dB and could experience permanent threshold shifts or other injury. However, the LFA mitigation zone was established and designed to prevent marine mammal or sea turtles from being exposed to these energy levels. Given the size of the LFA mitigation zone (extending to approximately 0.75 to 1.00 km [0.40 to 0.56 nm] from the transmitter) and the additional 1-km buffer zone, the detection probabilities associated with the High Frequency Marine Mammal Monitoring sonar (above 95 percent probability of detecting small dolphins at about 750 m [0.4 nm]. whale calves at 1,000 m [0.56 nm] and large whales at more than 1,500 m [0.81 nm]), and the depth of the transmitters, a marine mammal would have a high probability of being detected within the LFA mitigation zone and, as a result, a low probability of being exposed to sound pressure levels greater than 180 dB.



For an animal to be exposed to LFA sonar transmissions at sound pressure levels greater than 180 dB, the animal would have to occur in the same 4-kilometer-wide water column as the transmitter, would have to enter the LFA mitigation zone without being detected, and would have to remain in the LFA mitigation zone when the LFA transmitter was operating. Based on the available information, we believe the probability of all of these events occurring, although possible, is extremely improbable.

Further, SURTASS LFA will be operated to ensure that sonar sound fields do not exceed 180 dB (re 1 $\mu Pa_{rms}$) within 12 nautical miles (22 kilometers) of any coastline, including offshore islands, or designated offshore areas that are biologically important for marine mammals outside the 12 nautical mile (22 kilometer) zone during seasons specified for a particular area. When in the vicinity of known recreational and commercial dive sites, SURTASS LFA sonar would be operated to ensure that the sound field at these sites would not exceed 145 dB, adding an additional level of protection for marine mammals located in dive sites (as mentioned in the *Description of the Proposed Action* section of this opinion, the Navy will operate LFA sonar in the Hawaiian Islands Humpback Whale National Marine Sanctuary in a manner that prevents received levels from exceeding 180 dB from November through May 1).

These constraints prevent threatened and endangered species of whales from being exposed to SURTASS LFA sonar at sound pressure levels exceeding 180 dB in areas that are critical to their ecology, critical to large portions of their populations, or both. For example, these constraints would prevent humpback whales from being exposed to SURTASS LFA signals exceeding 180 dB in their wintering grounds in Hawaii, summer feeding grounds in the Gulf of Alaska and Glacier Bay; and blue, fin, humpback, bowhead, and sperm whales from being exposed to SURTASS LFA signals at those sound pressure levels in critical feeding grounds in the Arctic and Antarctic areas.

The Navy's acoustic modeling also provides insights into potential exposure of marine mammals to SURTASS LFA sonar (see Final EIS, Subchapter 4.2.1) to exposure levels below 180 dB, which may result in significant changes in biologically important behavior. Specifically, the Navy developed the Acoustic Integration Model (AIM) to simulate acoustic exposures during a hypothetical SURTASS LFA sonar operation by simulating different "acoustic modeling sites." The result of these simulations projected the percentage of marine mammal populations that could be affected by SURTASS LFA sonar under different scenarios. These sites were chosen to represent conditions that would allow the Navy to model the highest potential for effects from the use of SURTASS LFA sonar and, as a result, probably represent worst case scenarios. These scenarios included areas close to land (where biological densities are higher), best sound propagation conditions for the area (which would not always occur), and season of highest marine mammal density (areas the Navy would routinely avoid because of the potential for excessive shutdowns).

Because the Navy is currently proposing to employ SURTASS LFA sonar only on the R/V *Cory Chouest* during the next 12 months, the percentages of marine mammal stocks depicted as examples in Table 4 (see also Table 4.2-11 and 4.2-12 of the Final EIS and section 4.2 of the EIS

for a more extensive explanation of the computations) overestimate the risk of exposure because they are based on 24 missions, not the 6 missions that are expected to occur with one vessel. Considering that SURTASS LFA sonar missions are more likely to occur in the open ocean rather than in coastal waters, and that the LOA process will identify areas based on biologically-sensitive seasons, NMFS believes the actual percentages of taking by harassment incidental to SURTASS LFA sonar are significantly lower than the results shown in Table 4.

*Duration*
At-sea missions of the SURTASS LFA sonar system would nominally consist of two 9-day exercise segments over a 30-day period. Active sonar operations could be conducted up to 20 hrs during an exercise day, although the system would actually transmit for a maximum of about 4 hours per day. The duration of a typical SURTASS LFA ping would range from 6 to 100 seconds, with no more than 10 seconds at a single frequency; intervals between pings would range from 6 to 15 minutes. Pings would consist of various signal types that vary in frequency (between 100 and 330 Hz) and duration (including continuous wave and frequency-modulated signals). When the system is turned off, no additional energy would enter the ocean's environment. Each SURTASS LFA sonar system, with a maximum duty cycle of 20 percent, could actively transmit for 432 hours per year.

The duration of an animal's exposure to SURTASS LFA signals will depend on their proximity to the transmitter and their location in the water column. Nevertheless, because of the length of individual pings, individual animals would be exposed to SURTASS LFA transmissions for periods ranging from 6 to 100 seconds if the animals were swimming in a convergence zone.

*Frequency*
Individual animals or groups of animals have a low statistical probability of being exposed to SURTASS LFA sonar signals on several, separate occasions. However, the number of times an animal would be exposed to sound pressure levels associated with SURTASS LFA transmissions will depend on the deployment schedule of the two vessels.

There are no published data on marine mammals regarding responses to repeated exposure to low frequency sound. Evidence from studies of repeated exposure to other impulsive sounds suggest that the risk threshold is lowered by 5 dB per ten-fold increase in the number of pulses per exposure if the number of pulses per exposure is less than 100 (Richardson *et al.* 1995, citing Kryter 1985). These findings are consistent with qualitative statements by Crocker (1997).

The Navy represented the probability of risk, using stressor-response functions generated by mathematical simulation. These functions, which are represented as cumulative probability distributions or cumulative distribution functions, have values near zero at very low exposures, and values near one for very high exposures. From this distribution function, received levels of 150 dB have a 2.5 percent likelihood of significantly changing behavior that is biologically important to marine mammals. Received levels corresponding to a 50 percent risk on this curve is 165 dB. However, at 180 dB, the risk of significant change in a biologically important behavior is 95 percent.



One of the Navy's simulations assumed that a marine mammal was exposed to a total of ten SURTASS LFA sonar transmissions, or pings, at received levels between 150-159 dB. The simulation showed that the animal was exposed to two pings at 150 dB received level, none at 151 dB received level, three pings at 152 dB received level, etc. To arrive at a total single-ping equivalent for the entire exposure, the Navy first calculated the intensity level for each ping (i.e., $1 \times 10^{15}$ μPa for each of the two 150 dB received level exposures, $1.58 \times 10^{15}$ μPa for each of three 152 dB received level exposures, etc.). These intensity values were then squared and added together; the estimates concluded that these different pings resulted in a total single ping equivalent of 160.47 dB (see Navy 2001, 4.2.3.1. "Effects of Repeated Exposure"). In this example, the risk function would predict a 24.48 percent probability of significant change in behavior that is biologically important to an animal.

### Mitigative Measures to Minimize the Likelihood of Exposure

The Navy proposes to use a monitoring program to avoid potentially exposing marine mammals to LFA transmissions at high decibel levels. As discussed in the Description of the Proposed Action, this monitoring program includes visual, passive acoustic, and active acoustic monitoring of a 180 dB mitigation zone and an additional 1 km buffer zone. The effectiveness of visual monitoring is limited to daylight hours, and its effectiveness declines during high sea states. The percentage of animals that will pass unseen is difficult to determine, but for minke whales, Schweder *et al.* (1992) estimated that visual survey crews did not detect about half of the animals in a strip width. Palka (1996) and Barlow (1988) estimated that visual survey teams did not detect about 25 percent of the harbor porpoises in a strip width.

The effectiveness of passive acoustic detection is considered to be higher than visual monitoring. Thomas *et al.* (1986) and Clark and Fristrup (1997) concluded that the effective strip width and detection rates for passive acoustic monitoring is greater than that for visual, but the percentage of animals that will be undetected by the methods is unknown. This would increase the detection rate of gray, humpback, fin, blue, and minke whales, and some of the beaked whale and dolphin species.

The HF/M3 sonar is the final measure the Navy proposes to use to detect animals within 1 to 2 kilometers of the projectors. Recent testing of the HF/M3 sonar demonstrated a probability of single-ping detection above 95 percent within the LFA mitigation zone for most marine mammals (see the Navy's Final EIS, Navy 2001, section 2.3.2.2). If any of these monitoring methods detects animals within this zone, the projectors would be shut down until the animal(s) move out of the mitigation zone. Combined with the visual monitoring and passive acoustic monitoring protocols, this should minimize the risk of marine mammals being exposed to sound pressure levels in excess of 180 dB.

### Responses of Listed Species to LFA Sonar Transmissions

NMFS' May 30, 2002, biological opinion on SURTASS LFA examined the potential adverse effects of LFA sonar transmissions. Specifically, that Opinion evaluated the available evidence to determine if SURTASS LFA sonar could reasonably be expected to (1) physically injure marine species in a way that would have acute or chronic effects or (2) elicit behavioral responses that

would have longer-term, chronic effects on the viability of populations of a species (this included possible indirect effects resulting from the disruption of food chains or interactions between species, but our searches produced no evidence of these phenomena). Those analyses considered potential injuries, resonance effects, stranding, masking, and biologically-important behavioral responses resulting from exposure to SURTASS LFA sonar.

Those analyses concluded that unless an animal is within the 180-dB LFA mitigation zone during a ping, animals were not likely to be injured physically or anatomically, including tissue damage. Further, the Opinion concluded that, because of the mitigation measures proposed with the operation of the SURTASS LFA sonar system, the likelihood of a marine mammal being exposed to these sound pressure levels was very low (see May 30, 2002, Biological Opinion, pages 128 and 129). The Opinion reached similar conclusions about potential stranding, resonance effects, and masking (see May 30, 2002, Biological Opinion, pages 129 through 131; 131 and 132; and 137, respectively, for more detailed discussions of the information supporting these conclusions).

NMFS' May 30, 2002, Opinion concluded that the proposed action was likely to produce short-term changes in the behavior of differing percentages of specific whale populations. However, the best scientific and commercial data available, although limited, did not lead to a conclusion that these short-term effects would have long-term, adverse consequences for the biology or ecology of the individual whales exposed to the LFA signal. More importantly, the best scientific and commercial data available suggests that the effects of the proposed SURTASS LFA sonar system may have short-term, adverse effects on individual whales, but is not likely to adversely affect the population dynamics of endangered whales in ways that would reduce their reproduction, numbers, or distribution (see May 30, 2002, Biological Opinion, pages 132 through 138 for more detailed discussions of the information supporting these conclusions). No data have become available that would cause NMFS to revise or amend these conclusions.

**Potential Risks of the Proposed Letter of Authorization to Listed Species**
In this analysis we consider potential injury, resonance effects, stranding, masking, and biologically-important behavioral responses measures of the effects of exposure to SURTASS LFA sonar (readers are referred to the May 30, 2002, biological opinion for a more complete presentation of information related to the potential exposure of listed species to LFA transmissions and their probable responses if exposed). Specifically, we evaluate the available evidence to determine if SURTASS LFA sonar can be expected to (1) physically injure marine species in a way that would have acute or chronic effects or (2) elicit behavioral responses that would have longer-term, chronic effects on the viability of populations of a species. Estimates of the percentage of marine mammals potentially exposed to LFA sonar transmissions were produced by the Navy's acoustic integration model runs (see Table 1).

*Steller sea lions.* Based on the Navy's simulations, the endangered western population of Steller sea lions is not likely to be exposed to LFA transmissions in the Pacific subarctic gyres, west province. Nevertheless, for the purposes of this biological opinion, we interpret this result to indicate that a percentage of Steller sea lions have a probability of being exposed to LFA sonar