# Exhibit 6
## (Part 2 of 2)

# Exhibit 6
## (Part 2 of 2)



transmissions but the percentage is very small (that is, a few, individual animals). If exposed, these animals would receive levels ranging from slightly less than 160 dB to less than 120 dB with a unimodal distribution centered midway between 150 and 145 dB tapering quickly to 130 dB.

Nevertheless, data from studies of the effects of low frequency sounds on elephant seals (*Mirounga* spp.), which are considered more sensitive to low frequency sounds than other pinnipeds (Croll *et al.* 1999, Kastak 1996, LeBoeuf and Peterson 1969), suggest that elephant seals did not experience short-term changes in behavior in response to low frequency sounds. Based on the Steller sea lion's limited sensitivity to low frequency sound (Croll *et al.* 1999, Richardson 1995), we would not expect received levels of LFA transmissions to reduce the reproduction, numbers, or distribution of this sea lion; as a result, these transmissions would not be expected to appreciably reduce this sea lions likelihood of surviving and recovering in the wild.

*Hawaiian monk seals.* Based on the Navy's simulations, endangered Hawaiian monk seals are not likely to be exposed to LFA sonar transmissions in the North Tropical Pacific subarctic gyre, east province at received levels greater than 120 dB. Nevertheless, for the purposes of this biological opinion, we interpret this result to indicate that a percentage of Hawaiian monk seals have a probability of being exposed to LFA sonar transmissions but the percentage is very small (that is, a few, individual animals). If exposed, these animals would receive levels ranging from slightly less than 160 dB to less than 120 dB with a unimodal distribution centered midway between 150 and 145 dB tapering quickly to 130 dB.

Hawaiian monk seals have their most sensitive hearing at 12 to 28 kHz; their high frequency sensitivity drops off sharply above 30 kHz (Thomas *et al.* 1990b). Below 8 kHz, Hawaiian monk seals have less sensitive hearing than other pinnipeds. Based on the monk seal's limited sensitivity to low frequency sound (Croll *et al.* 1999, Richardson 1995), we would not expect received levels of LFA sonar transmissions to reduce the reproduction, numbers, or distribution of this monk seal; as a result, these transmissions would not be expected to appreciably reduce this monk seal's likelihood of surviving and recovering in the wild.

*Whales.* As discussed previously, endangered whales, particularly baleen whales, have the greatest probability of being detected by the monitoring systems associated with the LFA sonar systems, which gives them the lowest probability of being exposed to signals at received levels approximating 180 dB. We assume that whales are very sensitive to low-frequency sounds. Despite the limited number of studies, the available evidence suggests that the risk of injury, masking, stranding, resonance effects, or behavioral effects in blue whales and other baleen whales is very low. For example, the information available on bowhead whales, which have very sensitive hearing and are extremely sensitive to noise, suggests that bowhead whales will alter their migratory pathways to avoid industrial sound sources and may reduce their calling rates (Richardson *et al.* 1995), although these reactions varied by season and ambient sound levels. Beyond these short-term avoidance reactions, these studies provide no evidence of responses that might imply reduced health in individual whales that were exposed to industrial sound sources.

Table 1. Estimates of the number of marine mammals potentially exposed to SURTASS LFA sonar associated with the proposed Letter of Authorization. These estimates were produced by the U.S. Navy's Acoustic Integration Model. Model runs assumed 8-day missions with 20 hours of transmissions per day in each site, that the source would be located at depths of 120 meters (400 feet), with a 250 Hz nominal frequency with 10 Hz spacing, and a pulse repetition interval of 12 minutes (see Appendix 1).

| Site | Site 1-02 | | Site 2-02 | | Site 3-02 | | Site 4-02 | | Site 5-02 | | Site 1-03 | | Site 2-03 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provinces | 53, 56 | | 53, 55 | | 64 | | 53, 56 | | 53 | | 52 | | 80 | |
| Season | Spring | | Summer | | Summer | | Fall | | Fall/Winter | | Spring | | Summer | |
| T/E Species | % Risk | Num ber | % Risk | Num ber | % Risk | Num ber | % Risk | Num ber | % Risk | Num ber | % Risk | Num ber | % Risk | Num ber |
| Steller sea lion | - | - | - | - | - | - | - | - | - | - | 0.0 | 0.0 | - | - |
| Hawaiian monk seal | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Blue whale | - | - | - | - | - | - | - | - | - | - | 0.25 | 128 | - | - |
| Fin whale | - | - | - | - | - | - | - | - | 0.01 | 76 | 0.25 | 128 | 0.36 | 34 |
| Humpback whale | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Right whale | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sei whale | - | - | - | - | - | - | - | - | - | - | 0.21 | 512 | - | - |
| Sperm whale | 0.08 | 595 | 0.01 | 386 | 0.04 | 443 | 0.07 | 499 | - | - | 0.01 | 165 | 0.70 | 1119 |

% Risk = the percentage of the animals that were estimated to occur in an area that could be exposed to LFA sonar transmissions at received levels between 120 and 160 dB
Number = the number of animals that were estimated to occur in an area

*Blue whales.* The letter of authorization would allow the Navy to take marine mammals while operating LFA sonar in the Pacific subarctic gyre, west province (Oceanographic Region 52), which encompasses part of the range of the endangered blue whale population. The simulations the Navy conducted to support their request for a letter of authorization suggest that blue whales are not likely to be exposed to LFA sonar transmissions between 50° and 55° North latitude, but a small percentage (0.25 percent) of the blue whales in the province could be exposed to LFA sonar transmissions between 45° and 50° North latitude (if, as the Navy's models assumed, 128 blue whales occupied the province, then one whale could be exposed to LFA sonar transmissions). None of these whales would be exposed to received levels greater than 180 dB, but they could all be exposed to received levels between 120 and 180 dB, which could elicit behavioral responses that could constitute "harassment."

*Fin whales.* The letter of authorization would allow the Navy to take marine mammals while operating SURTASS LFA sonar in the Pacific subarctic gyre, west province (Oceanographic Region 52), Kuroshio Current province (Oceanographic Region 53), and the North Tropical Pacific subarctic gyre, east province (Oceanographic Region 60) which encompass part of the range of the endangered fin whale population.

In the Pacific subarctic gyre, west province, the simulations the Navy conducted to support their request for a letter of authorization suggest that fin whales are not likely to be exposed to LFA transmissions between 50° and 55° North latitude, but a small percentage (0.25 percent) of the fin whales in the province could be exposed to LFA sonar transmissions between 45° and 50° North latitude (if, as the Navy's models assumed, 128 fin whales occupied the province, then one whale could be exposed to LFA sonar transmissions). None of these whales would be exposed to received levels greater than 180 dB, but they could all be exposed to received levels between 120 and 180 dB, which could elicit behavioral responses that could constitute "harassment."

In the Kuroshio Current province, the Navy's simulations suggest that a small percentage (0.01 percent) of the fin whales in the province could be exposed to LFA sonar transmissions (if, as the Navy's models assumed, 76 fin whales occupied the province, then one whale could be exposed to LFA sonar transmissions). None of these whales would be exposed to received levels greater than 180 dB, but they could all be exposed to received levels between 120 and 180 dB, which could elicit behavioral responses that could constitute "harassment."

In the North Tropical Pacific subarctic gyre, east province, the Navy's simulations suggest that a small percentage (0.36 percent) of the fin whales in the province could be exposed to LFA sonar transmissions (if, as the Navy's models assumed, 34 fin whales occupied the province, then one whale could be exposed to LFA sonar transmissions). None of these whales would be exposed to received levels greater than 180 dB, but they could all be exposed to received levels between 120 and 180 dB, which could elicit behavioral responses that could constitute "harassment."

*Gray whales.* The letter of authorization would allow the Navy to take marine mammals while operating LFA sonar in the Pacific subarctic gyre, west province (Oceanographic Region 52) and

the Kuroshio Current province (Oceanographic Region 53), which encompass part of the distribution of the endangered western population of gray whales. Although the Navy did not simulate potential exposure of this population of gray whales to LFA transmissions between August 2002 and August 2003, the simulations conducted for the LFA environmental impact statement suggested that about 5 percent of the western Pacific gray whale population has a chance of being exposed to LFA transmissions. Most of this exposure would occurs south of Japan.

Because of their coastal, migratory habit and the mitigative measures associated with the proposed action, this population of gray whales is not likely to be exposed to sound pressure levels greater than 180 dB. In the north Pacific Ocean, received levels for gray whales (model runs for the eastern Pacific population of gray whales, which are not listed) ranged from slightly less than 150 dB to less than 120 dB with a unimodal distribution peaking at slightly less than 145 dB, quickly tapering to 130 dB. The best scientific and commercial data available suggest that LFA sonar transmissions could elicit short-term effects on individual whales, but are not likely to adversely affect the population dynamics of these endangered whales in ways that would reduce their reproduction, numbers, or distribution.

*Humpback whales.* The letter of authorization would allow the Navy to take marine mammals while operating SURTASS LFA sonar in the North Tropical Pacific subarctic gyre, east province (Oceanographic Region 60). This province encompasses the range of the endangered humpback whale, which could expose them to low frequency sounds from SURTASS LFA. Based on the Navy's simulations, endangered humpback whales are not likely to be exposed to LFA sonar transmissions in the North Tropical Pacific subarctic gyre, east province at received levels greater than 120 dB. Nevertheless, for the purposes of this biological opinion, we interpret this result to indicate that a percentage of humpback whales have a probability of being exposed to LFA sonar transmissions but the percentage is very small. If exposed, these animals would receive levels ranging from slightly less than 160 dB to less than 120 dB with a unimodal distribution centered midway between 150 and 145 dB tapering quickly to 130 dB.

*Right whales.* The letter of authorization would allow the Navy to take marine mammals while operating SURTASS LFA sonar in the Pacific subarctic gyre, west province (Oceanographic Region 52), which encompasses part of the range of the endangered right whale population. Although the Navy's simulations suggest that right whales would not be exposed to LFA sonar transmissions at received levels greater than 120 dB, the uncertainty surrounding the distribution of right whales in the Pacific Ocean increase the risk of incorrectly assuming that right whales would not be exposed when, in fact, expose is likely.

Simulations the Navy produced for the EIS on SURTASS LFA estimated that about 4 percent of the right whales in the eastern north Pacific have a chance of being exposed to LFA sonar transmissions, despite the coastal distribution of these whales. Their received levels ranged from about 148 dB to less than 120 dB with a unimodal distribution centered at slightly less than 145 dB (which quickly tapered off to 130 dB). In the face of great uncertainty about the distribution of these whales in the Pacific Ocean, and to reduce the likelihood of incorrectly concluding that



right whales would not be exposed, we will assume that about 4 percent of the Pacific right whales could be exposed to LFA transmissions over the next 12 months.

*Sei whales.* The letter of authorization would allow the Navy to take marine mammals while operating SURTASS LFA sonar in the Pacific subarctic gyre, west province (Oceanographic Region 52), which encompasses part of the range of the endangered sei whale population. The simulations the Navy conducted to support their request for a letter of authorization suggest that sei whales are not likely to be exposed to LFA sonar transmissions between 50° and 55° North latitude, but a small percentage (0.21 percent) of the sei whales in the province could be exposed to LFA sonar transmissions between 45° and 50° North latitude (if, as the Navy's models assumed, 128 sei whales occupied the province, then one whale could be exposed to LFA sonar transmissions). None of these whales could be exposed to received levels greater than 180 dB, but they could all be exposed to received levels between 120 and 180 dB, which could elicit behavioral responses that could constitute "harassment."

*Sperm whales.* The letter of authorization would allow the Navy to take marine mammals while operating SURTASS LFA sonar in the Pacific subarctic gyre, west province (Oceanographic Region 52), Kuroshio Current province (Oceanographic Region 53), the North Tropical Pacific subarctic gyre, west province (Oceanographic Region 56), the North Tropical Pacific subarctic gyre, east province (Oceanographic Region 60), and the Archipelagic Deep Basins province (Oceanographic Region 64), which encompass part of the range of the endangered sperm whale population.

In the Pacific subarctic gyre, west province, the Navy's simulations suggest that a small percentage (0.01 percent) of the sperm whales in the province could be exposed to LFA sonar transmissions between 45° and 50° North latitude (if, as the Navy's models assumed, 165 sperm whales occupied the province, then one whale could be exposed to LFA sonar transmissions). None of these whales would be exposed to received levels greater than 180 dB, but they could all be exposed to received levels between 120 and 180 dB.

In the Kuroshio Current and the North Tropical Pacific subarctic gyre, west provinces, the Navy's simulations suggest that a small percentage (0.08, 0.01, 0.04, and 0.07 percent, depending on the season of operation) of the sperm whales in the province could be exposed to LFA sonar transmissions (if, as the Navy's models assumed, between 386 and 499 sperm whales occupied these provinces, then one whale could be exposed to LFA sonar transmissions). None of these whales would be exposed to received levels greater than 180 dB, but they could all be exposed to received levels between 120 and 180 dB.

In the North Tropical Pacific subarctic gyre, east province, the Navy's simulations suggest that a small percentage (0.70 percent) of the sperm whales in the province could be exposed to LFA sonar transmissions (if, as the Navy's models assumed, 1,119 sperm whales occupied the province, then 7 or 8 sperm whales could be exposed to LFA sonar transmissions). None of these whales would be exposed to received levels greater than 180 dB, but they could all be exposed to received levels between 120 and 180 dB.

If exposed to LFA sonar transmissions, the evidence available suggests that sperm whales, like other toothed whales, are not very sensitive to low-frequency sounds. Despite the limited number of studies, the available evidence suggests that the risk of injury, masking, stranding, resonance effects, or behavioral effects in sperm whales is very low. The best scientific and commercial data available suggests that LFA sonar transmissions is not likely to elicit short-term effects on sperm whales that are not known to have long-term, adverse consequences for the biology or ecology of the individual whales exposed to the LFA signal. Therefore SURTASS LFA sonar is not likely to have short-term, adverse effects on individual whales and is not likely to adversely affect the population dynamics of sperm whales in ways that would reduce their reproduction, numbers, or distribution.

In summary, the best scientific and commercial data available suggest that, at received levels below 180 dB, LFA sonar transmissions could elicit short-term effects on whales, particularly the baleen whales, that are not known to have long-term, adverse consequences for the biology or ecology of the individual whales exposed to the LFA signal. More importantly, the best scientific and commercial data available suggest that SURTASS LFA sonar may have short-term, adverse effects on individual whales, but is not likely to adversely affect the population dynamics of endangered whales in ways that would reduce their reproduction, numbers, or distribution. As a result, these transmissions would not be expected to appreciably reduce these endangered whales' likelihood of surviving and recovering in the wild.

*Sea Turtles* (Green sea turtle, Hawksbill sea turtle, Leatherback sea turtle, Loggerhead sea turtle, Oliver ridley sea turtle). The Navy did not simulate potential exposure of sea turtles to LFA sonar transmissions. Because of their ecology, only the juvenile and adult stages of sea turtles could be potentially exposed to LFA sonar transmissions. We assume that the monitoring protocols associated with SURTASS LFA would be more effective with larger sea turtles, like adult leatherback and loggerhead turtles, than with species like olive ridley, Kemp's ridley, smaller leatherback, hawksbill, green, and some loggerhead turtles; the monitoring protocols may not detect some individual members of these species at all, which would increase their risk of exposure to sound pressure levels associated with SURTASS LFA within the mitigation zone (that is, higher than 180 dB) if they encountered the R/V/ *Cory Chouest* during a ping.

Although the probability of an interaction between SURTASS LFA sonar and individuals of any of these sea turtles is statistically small (the Navy's analyses concluded that the possible number of times a leatherback sea turtle could be in the vicinity of a SURTASS LFA vessel would be less than three out of 18,000 animals per year per vessel; with the monitoring protocols, the Navy concluded that this number would approach zero), this probability could increase if SURTASS LFA vessels were deployed in tropical and subtropical regions, such as with the proposed action. Because the proposed action includes tropical and subtropical deployments, we assume that sea turtles have a small (but unknown) probability of being exposed to LFA sonar transmissions. Except for leatherback sea turtles, this exposure is not likely to occur in the Pacific subarctic gyres, west province.

Although sea turtles can hear low frequency sounds they have an insensitive ear. Specifically, the minimum sound turtles can hear (hearing threshold) is about 132 to 140 dB (Gentry, pers. comm., Ridgway *et al.* 1960, Barthol *et al.* 1999). Information on their behavioral response to these decibel levels is limited. However, green sea turtles were observed to avoid passing through a sound barrier created by an array of air guns with a broadband spectrum of 20-1,000 Hz; received levels were 141 to 150 dB (O'Hara and Wilcox 1990). The probability that a sea turtle would be within an ensonified area that would elicit a similar or other behavioral response is low because most of the turtles make shallow dives (984 ft [300 m] dive observed for the olive ridley sea turtle). As for the leatherback sea turtles, which can dive to depths of 3,280 ft (1000 m), the opportunity for a behavioral response is also considered to be low because 95% of their dives are less than 656 ft (200 m) deep, which would minimize their exposure to the SURTASS LFA sonar 180-dB sound field. Based on these limited sensitivities, we would not expect received levels of SURTASS LFA transmissions to reduce the reproduction, numbers, or distribution of sea turtles; as a result, these transmissions would not be expected to appreciably reduce these turtles likelihood of surviving and recovering in the wild.

*Salmon.* The Navy did not simulate potential exposure of Atlantic or Pacific salmon to SURTASS LFA transmissions. Because of their ecology, only the marine life stages of these salmon could be potentially exposed to SURTASS LFA transmissions depending on deployments. In the Atlantic Ocean, listed salmon have a risk of being exposed to deployments in the Gulf of Maine, in marine waters off Newfoundland, and in the southern portion of the Labrador Sea (because of operational restrictions, they would not be exposed throughout the entire Labrador Sea). In the Pacific Ocean listed salmon have a risk being exposed to deployments north of about 401 North latitude. Although salmon generally occur near the surface (within 8 to 10 meters of the surface), sockeye salmon have been caught at depths up to 61 meters while chinook salmon have been caught at depths up to 110 meters. Since the HF/M3 sonar is patterned after technology commercial and sports-fishing industries use to locate fish, we will assume that the sonar would locate schooling species like Pacific salmon, which would minimize their likelihood of being exposed to sound pressure levels in excess of 180 dB.

Nevertheless, Pacific salmon have a small probability of being exposed to SURTASS LFA transmissions, particularly in the Pacific subarctic gyres, west province. Based on their limited sensitivity to low frequency sound (Croll *et al.* 1999), we would not expect received levels of SURTASS LFA transmissions to reduce the reproduction, numbers, or distribution of these salmon; as a result, these transmissions would not be expected to appreciably reduce these salmon's likelihood of surviving and recovering in the wild.

### Effects of the HF/M3 Sonar

The source level required for the HF/M3 sonar to effectively detect marine mammals (and possibly sea turtles) out to the 180-dB LFA mitigation zone under the most adverse oceanographic conditions (low echo return and high ambient noise) is on the order of 220 dB. The Navy designed the HF/M3 sonar to be as benign as possible within the marine environment in order to minimize potential effects to marine mammals and sea turtles (see NMFS May 30, 2002, biological opinion for a complete discussion of these features).



of the agency action is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement.

The measures described below, which are non-discretionary, must be implemented by NMFS' Marine Mammal Conservation Division so they become binding conditions of any permit issued to the U.S. Navy, as appropriate, in order for the exemption in section 7(o)(2) to apply. NMFS' Marine Mammal Conservation Division has a continuing duty to regulate the activity covered by this Incidental Take Statement. If NMFS' Marine Mammal Conservation Division (1) fails to require the U.S. Navy to adhere to the terms and conditions of the Incidental Take Statement through enforceable terms that are added to the permit or grant document, and/or (2) fails to retain oversight to ensure compliance with these terms and conditions, the protective coverage of section 7(o)(2) may lapse.

**Amount or Extent of Take Anticipated**

The effects analysis contained in this Biological Opinion concluded that a small number of individual Steller sea lions, Hawaiian monk seals, blue whales, fin whales, western Pacific gray whales, humpback whales, right whales, sei whales, sperm whales, sea turtles, and listed salmon could be exposed to the proposed operations of the SURTASS LFA sonar system in the Pacific Ocean. Any animals that would be exposed to LFA sonar transmissions would occur in the Pacific Trade Wind Biome – Archipelagic Deep Basin (Province 64), North Pacific Tropical Gyre West (Province 56), North Pacific Tropical Gyre East (Province 60) – and the Pacific Westerly Winds Biome – Kuroshio Current (Province 53), Pacific Subarctic Gyres (West Province 52; for further discussion of these provinces, see 50 CFR 216.180(a)).

Any threatened or endangered species that might be exposed to LFA sonar transmissions may elicit behavioral responses that might be considered "harassment." NMFS does not expect any threatened or endangered species to be injured or killed as a result of exposure to LFA sonar transmissions (refer to the *Effects of the Action* section of this Biological Opinion and the May 30, 2002, Biological Opinion on SURTASS LFA for further discussion). Nevertheless, the amount of take resulting from LFA sonar transmissions is difficult to estimate because the number and location of marine mammals and other listed species that may be exposed to LFA sonar transmissions cannot be predicted accurately.

The section 7 regulations require NMFS to estimate the number of individuals that may be taken by proposed actions or the extent of land or marine area that may be affected by an action, if we cannot assign numerical limits for animals that could be incidentally taken during the course of an action (Federal Register 51, June 3, 1986, page 19953). In this biological opinion, we were able to estimate the "numbers" of certain marine mammals that might be taken during the employment of SURTASS LFA sonar (in terms of percentage of populations of listed marine mammals that might be exposed to LFA sonar transmissions and estimates of the number of individuals in those populations, see Table 1).

a.      *Steller sea lions, blue whales, fin whales, humpback whales, right whales, sei whales,*
        *sperm whales.* Based on the Navy's Acoustic Integration Model simulations, small
        percentages of populations of these different species may be taken, in the form of
        harassment, as specified in Table 1. Take will have been exceeded if individual animals
        are harmed, injured, or killed as result of exposure to LFA sonar transmissions, or if the
        number of animals "taken" exceeds the estimates for each species.

However, for listed species that were not modeled (for example, Hawaiian monk seals, western
Pacific gray whales, sea turtles, and listed salmon), we could not assign numerical limits for take
estimates. Rather than specifying an amount of take for these species, this incidental take
statement specifies the extent of take. These take estimates are as follows:

b.      *Hawaiian monk seals, western Pacific gray whales, sea turtles, and listed salmon.*
        Although the Navy's did not conduct Acoustic Integration Model simulations for these
        species, small percentages of populations of these different species may be taken, in the
        form of harassment. The extent of take will be limited to the LFA mitigation zone and
        the additional buffer zone required by the letter of authorization. Take will have been
        exceeded if (i) individual members of these species are harmed, injured, or killed within
        this area as result of exposure to LFA sonar transmissions, (ii) individual members of
        these species  exhibit biologically-significant responses to LFA sonar transmissions
        within the buffer zone, or (iii) individual members of these species enter the LFA
        mitigation zone during an LFA sonar transmission and  exhibit biologically-significant
        responses following a transmission.

## Effect of the Take

In the accompanying biological opinion, NMFS determined that this level of anticipated take is
not likely to result in jeopardy to the species. The proposed action would not likely result in
destruction or adverse modification of critical habitat. Studies of marine mammals and LFA
sonar transmissions have shown behavioral responses by blue whales, fin whales, gray whales,
and humpback whales to LFA sonar transmissions. Although the biological significance of the
behavioral responses is not known, one or more behavioral patterns that are essential to an
individual animal's life history or to the animal's contribution to a population could be disrupted.
For the proposed action, behavioral responses that result from LFA sonar transmissions and any
associated disruptions are expected to be temporary and would not affect the reproduction,
survival, or recovery of these species.

## *Reasonable and Prudent Measures*

The National Marine Fisheries Service believes the following reasonable and prudent measures
are necessary and appropriate to minimize the impacts of incidental take on threatened and
endangered species:

1.      The authorization shall be valid for a period August 16, 2002 through August 15, 2003.

Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA

Table 1. Estimates of the number of marine mammals potentially exposed to SURTASS LFA sonar associated with the proposed Letter of Authorization. These estimates were produced by the U.S. Navy's Acoustic Integration Model. Model runs assumed 5-day missions with 20 hours of transmissions per day in each site, that the source would be located at depths of 120 meters (400 feet), with a 250 Hz nominal frequency with 10 Hz spacing, and a pulse repetition interval of 12 minutes (see Appendix 1).

| Site | Site 1-02 | | Site 2-02 | | Site 3-02 | | Site 4-02 | | Site 5-02 | | Site 1-03 | | Site 2-03 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provinces | 53, 55 | | 53, 55 | | 64 | | 53, 55 | | 53 | | 52 | | 60 | |
| Season | Spring | | Summer | | Summer | | Fall | | Fall/Winter | | Spring | | Summer | |
| T/E Species | % Risk | Number | % Risk | Number | % Risk | Number | % Risk | Number | % Risk | Number | % Risk | Number | % Risk | Number |
| Steller sea lion | - | - | - | - | - | - | - | - | - | - | 0.0 | 0.0 | - | - |
| Hawaiian monk seal | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Blue whale | - | - | - | - | - | - | - | - | - | - | - | 128 | - | - |
| Fin whale | - | - | - | - | - | - | - | - | 0.01 | 76 | 0.25 | 128 | 0.36 | 34 |
| Humpback whale | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Right whale | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sei whale | - | - | - | - | - | - | - | - | - | - | 0.21 | 512 | - | - |
| Sperm whale | 0.08 | 595 | 0.01 | 386 | 0.04 | 443 | 0.07 | 499 | - | - | 0.01 | 165 | 0.70 | 1119 |

% Risk = the percentage of the animals that were estimated to occur in an area that could be exposed to LFA sonar transmissions at received levels between 120 and 180 dB
Number = the number of animals that were estimated to occur in an area

43

2.  The authorization shall be valid only for the unintentional taking of the species of marine mammals identified in 50 CFR 216.180(b) and condition 3(b) of the Authorization governing the taking of these animals incidental to the activity specified below and shall be valid only for takings consistent with the terms and conditions set out in 50 CFR 216.182 and the terms of NMFS' Letter of Authorization

3.  The Marine Mammal Conservation Division shall require the U.S. Navy to implement a program to mitigate the potential effects of LFA sonar transmissions on threatened or endangered species as specified in the final regulations for the Taking of Marine Mammals Incidental to Operation of the Surveillance Towed Array Sensor System Low Frequency Active Sonar (50 CFR 216 Subpart Q).

4.  The Marine Mammal Conservation Division shall require the U.S. Navy to implement a program to monitor potential interactions between LFA sonar transmissions and threatened or endangered species.

*Terms and Conditions*

In order to be exempt from the prohibitions of section 9 of the Endangered Species Act of 1973, as amended, NMFS' Marine Mammal Conservation Division and the U.S. Navy must comply with the following terms and conditions, which implement the reasonable and prudent measures described above and outline reporting and monitoring requirements, as required by the section 7 regulations (50 CFR 402.14(i))

1.  The authorization shall be valid only for the activities associated with the operation of the Surveillance Towed Array Sensor System Low Frequency Active Sonar onboard the research vessel (R/V) *Cory Chouest*. The signals transmitted by the SURTASS LFA source must be between 100 and 330 Hertz (Hz) with a source level for each projector no more than 215 dB (re: 1 micro Pascal (μPa) at 1 meter (m)) and a maximum duty cycle of 20 percent.

2.  The U.S. Navy shall be required to (a) establish shut-down criteria for the SURTASS LFA sonar whenever a marine mammal is detected within the 1-km (0.54-nm) buffer zone beyond the SURTASS LFA safety zone (180-dB sound field), (b) not to broadcast the SURTASS LFA sonar signal at a frequency greater than 330 Hz to minimize the possibility of resonance, and (c) plan its missions to ensure no greater than 12 percent of any marine mammal stock is incidentally harassed during the effective period of the letter of authorization.

3.  If a marine mammal is detected within the area subjected to a sound pressure level of 180-dB or greater (safety zone) or within the 1 km (0.5 nm) buffer zone extending beyond the 180-dB safety zone, SURTASS LFA sonar transmissions shall be

44

immediately delayed or suspended. Transmissions shall not resume earlier than 15 minutes after:

    a.    All marine mammals have left the area of the safety and buffer zones; and

    b.    There is no further detection of any marine mammal within the safety and buffer zones as determined by the visual and/or passive or active acoustic monitoring.

4.    The High Frequency Marine Mammal Monitoring (HF/M3) sonar source described in § 216.185 shall be ramped-up slowly to operating levels over a period of no less than 5 minutes. The HF/M3 source level shall not be increased if a marine mammal is detected during ramp-up. Ramp-up may continue once marine mammals are no longer detected. HF/M3 sonar shall be ramped-up:

    a,    At least 30 minutes prior to any SURTASS LFA sonar transmissions;

    b.    Prior to any SURTASS LFA sonar calibrations or testing that are not part of regular SURTASS LFA sonar transmissions described in condition 6(c)(1); and

    c.    Anytime after the HF/M3 source has been powered down for more than 2 minutes.

5.    The SURTASS LFA sonar shall not be operated such that the SURTASS LFA sonar sound field exceeds 180 dB (re 1 microPascal (rms)):

    a.    At a distance of 12 nautical miles (nm) (22 kilometers (km)) from any coastline, including offshore islands;

    b.    Within any offshore area that has been designated as biologically important for marine mammals that exists outside the 12 nm (22 km) zone, during the biologically important season for that particular area;

    c.    Within the offshore boundaries that extend beyond 12 nm (22 km) of the Monterey Bay, Gulf of the Farallones, and Cordell Bank National Marine Sanctuaries.

6.    The U.S. Navy shall deliver an annual report within 120 days of completing the activities authorized in the Letter of Authorization. This report must include numbers and locations of threatened and endangered species sightings, and all information required by the Letter of Authorization, including the results, if any, of coordination with coastal marine mammal stranding networks. The annual reports shall be submitted to the following NMFS offices: (1) Chief, Marine Mammal Conservation Division, 1315 East-West Highway, Room 13635, Silver Spring, Maryland; and (2) Chief, Endangered Species Division, 1315 East-West Highway, Room 13635, Silver Spring, Maryland.

7.    The Navy shall collect specific data on any apparent avoidance reactions of threatened or endangered species in response to exposure to LFA sonar transmissions, including the distance from the LFA sonar transmission, conditions of the exposure (location coordinates, depth of the species, time of day, ocean conditions, the animal's behavior before and after the exposure, and estimates of the received levels that elicited the

before and after the exposure, and estimates of the received levels that elicited the response). These data must be reported in the annual reports described in condition 1 (above).

8    If the Navy's monitoring programs identify any threatened or endangered species that demonstrate acute effects in response to exposure to LFA sonar transmissions, such as injury or death, the Navy shall immediately initiate the source shut-down procedure for the sonar system.

9.    The U.S. Navy shall carry out all mitigation, monitoring and reporting requirements contained in the Letter of Authorization issued under section 101(a)(5)(A) of the Marine Mammal Protection Act.

10.    If dead or injured marine mammals are observed during the aerial surveys or other studies and monitoring, the U.S. Navy shall contact marine mammal stranding networks immediately (if available and as appropriate). The U.S. Navy shall coordinate with marine mammal stranding networks to help determine any potential relationship of any stranding to LFA sonar transmissions and to detect long-term trends in stranding.

NMFS does not have an estimate of the number of threatened or endangered species that would be "taken" (through harassment) by the proposed action. However, the numbers are expected to consist of a small number of individual animals. The reasonable and prudent measures, with their implementing terms and conditions, are designed to minimize the impact of incidental take that might otherwise result from the proposed action. If, during the course of the action, this level of incidental take is exceeded, such incidental take represents new information requiring reinitiation of consultation and review of the reasonable and prudent measures provided. NMFS' Marine Mammal Conservation Division and U.S. Navy must immediately provide an explanation, in wiritng, of the causes of any take and discuss possible modifications to the reasonable and prudent measures with NMFS' Endangered Species Division.

## Reinitiation Statement

This concludes formal consultation on the Marine Mammal Conservation Division's proposed letter of authorization for the U.S. Navy to employ the Surveillance Towed Array Sensor System Low Frequency Active Sonar in regions of the North Pacific Ocean pursuant to the provisions of section 10 of the Endangered Species Act and Marine Mammal Protection Act. As provided in 50 CFR 402.16, reinitiation of formal consultation is required where discretionary Federal agency involvement or control over the action has been retained (or is authorized by law) and if: (1) the amount or extent of incidental take is exceeded; (2) new information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion; (3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this opinion; or (4) a new species is listed or critical habitat designated that may be affected by the action. In instances

08/19/02    07:22    MARINE MAMMAL DIV NMFS → 92025144231    NO.548    P16

**Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA**

where the amount or extent of incidental take is exceeded, section 7 consultation must be reinitiated immediately.



## LITERATURE CITED

Adler-Fenchel, H.S. 1980. Acoustically derived estimate of the size distribution for a sample of sperm whales (*Physeter catodon*) in the Western North Atlantic. Canadian Journal of Fisheries and Aquatic Sciences 37:2358-2361.

Advanced Research Projects Agency, and NOAA, National Marine Fisheries Service. 1995. Final Environmental Impact Statement/Environmental Impact Report for the Kauai Acoustic Thermometry of Ocean Climate Project and its associated Marine Mammal Research Program, Vols. I and II. Advanced Research Projects Agency, Arlington, Virginia; NOAA, National Marine Fisheries Service, Silver Spring, Maryland.

Agler, B.A., R.L. Schooley, S.E. Frohock, S.K. Katona, and I.E. Seipt. 1993. Reproduction of photographically identified fin whales, *Balaenoptera physalus*, from the Gulf of Maine. Journal of Mammology 74:577-587.

Aguayo L.A. 1974. Baleen whales off continental Chile. Pages 209-217. In: W.E. Schevill (editor) The whale problem: a status report. Harvard University Press, Cambridge, Massachusetts.

Aguilar, A., and C. Lockyer. 1987. Growth, physical maturity, and mortality of fin whales (*Balaenoptera physalus*) inhabiting the temperate waters of the northeast Atlantic. Canadian Journal of Zoology 65:253-264.

Allen, K.R. 1980. Conservation and management of whales. University of Washington Press; Seattle, Washington.

Anadromous Atlantic Salmon Biological Review Team [Biological Review Team]. 1999. Review of the status of anadromous Atlantic salmon (*Salmo salar*) under the U.S. Endangered Species Act. U.S. Departments of Commerce and the Interior. Silver Spring, Maryland and Washington, D.C.

Andrews, R.C. 1916. The sei whale (*Balaenoptera borealis* Lesson). Memoir of the American Museum of Natural History New Series 1(6):291-388.

Atkins, N. and S.L. Swartz (editors). 1989. Proceedings of the workshop to review and evaluate whale watching programs and management needs. November 14-16, 1988, Monterey, California. Center for Marine Conservation, Washington, D.C.

Au, W.W.L., P. Nachtigall, and J.L. Pawloski. 1997. Acoustic effects of the ATOC signal (75 Hz, 195 dB) on dolphins and whales. Journal of the Acoustical Society of America 101:2973-2977.

Backus, R.H. and W.E. Schevill. 1966. Physeter clicks. p.510-528 In: K.S. Norris (editor) Whales, Dolphins, and Porpoises. University of California Press; Berkeley, California.

Baillie, J. and G. Groombridge (eds.). 1996. 1996 IUCN red list of threatened animals. International Union for the Conservation of Nature; Gland, Switzerland.

Baker, C.S. 1985. The behavioral ecology and populations structure of the Humpback Whale (Megaptera novaeangliae) in the central and eastern Pacific. Unpublished Dissertation for the University of Hawaii at Manoa. University Microfilms.

Baker, C.S. and L.M. Herman. 1981. Migration and local movement of humpback whales through Hawaiian waters. Canadian Journal of Zoology 59:460-469.

Baker, C.S and L.M. Herman. 1987. Alternative population estimates of humpback whales (Megaptera novaeangliae) in Hawaiian waters. Canadian Journal of Zoology. 65:2818-2821.

Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA

Balcomb, K.C. 1987. The whales of Hawaii, including all species of marine mammals in Hawaiian and adjacent waters. Marine Mammal Fund Publication; San Francisco, California.

Bannister, J.L. and E. Mitchell. 1980. North Pacific sperm whale stock identity: distributional evidence from Maury and Townsend charts. Reports of the International Whaling Commission Special Issue No. 2: 219-223

Baretta, L. and G.L. Hunt, Jr. 1994. Changes in the numbers of cetaceans near the Pribilof Islands, Bering Sea, between 1975-78 and 1987-89. Arctic 47: 321-326.

Barlow, J. 1995. The abundance of cetaceans in California waters. Part I: Ship surveys in summer and fall 1991. Fishery Bulletin 93: 1-14.

Barlow, J., R.L. Brownell, D.P. DeMaster, K.A. Forney, M.S. Lowry, S. Osmek, T.J. Ragen, R.R. Reeves, and R.J. Small. 1995. U.S. Pacific marine mammal stock assessments 1995. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-SWFSC-219.

Barlow, J., K.A. Forney, P.S. Hill, R.L. Brownell Jr., J.V. Carretta, D.P. DeMaster, F. Julian, M.S. Lowry, T. Ragen, and R.R. Reeves. 1997. U.S. Pacific Marine Mammal Stock Assessments: 1996. NOAA Technical Memorandum NOAA-TM-NMFS-SWFSC-248.

Barthol, S.M., J. Musick, and M.L. Lenhardt. 1999. Auditory evoked potentials of the loggerhead sea turtle (Caretta caretta). Copeia 1999(3): 836-840.

Bartholomew, G.A. 1970. A model for the evolution of pinniped polygyny. Evolution 24:546-559.

Bauer, G.B. 1986. The behavior of humpback whales in Hawaii and modification of behavior induced by human interventions. Unpublished doctoral dissertation; University of Hawaii, Honolulu.

Beach, D.W., and M.T. Weinrich. 1989. Watching the whales: Is an educational adventure for humans turning out to be another threat for endangered species? Oceanus 32(1):84-88.

Beamish P. and E. Mitchell. 1971. Ultrasonic sounds recorded in the presence of a blue whale (Balaenoptera musculus). Deep-Sea Research 18: 803-809.

Berzin, A.A. 1971. "Kashalot [The sperm whale]". Izdat. "Pischevaya Promyshelennost." Moscow. English translation, 1972, Israel Program for Scientific Translations, Jerusalem.

Berzin, A.A., and A.A. Rovnin. 1966. The distribution and migrations of whales in the northeastern part of the Pacific, Chukchi and Bering Seas. Izvestia TINRO 58:179-207.

Berzin, A.A. and V.L. Vladimirov. 1981. Changes in abundance of whalebone whales in the Pacific and Antarctic since the cessation of their exploitation. Reports of the International Whaling Commission 31:495-498.

Blaylock, R.A., J.W. Hain, L.J. Hansen, D.L. Palka, and G.T. Waring. 1995. U.S. Atlantic and Gulf of Mexico Marine Mammal Stock Assessments. NOAA Technical Memorandum NMFS-SEFSC-363. Miami, Florida.

Bowles, A.E., M. Smultea, B. Wursig, D.P. DeMaster, D. Palka. 1994. Abundance of marine mammals exposed to transmissions from the Heard Island Feasibility Test. Journal of the Acoustical Society of America 96(4):2469-2482.

Braham, H.W., R.D. Everitt, and D.J. Rugh. 1980. Northern sea lion decline in the eastern Aleutian Islands. Journal of Wildlife Management 44: 25-33.

Braham, H.W., and D.W. Rice. 1984. The right whale, Balaena glacialis. Marine Fisheries Review 46(4):38-44.

**Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA**

Brodie, P.F. 1981. Energetic and behavioral considerations with respect to marine mammals and disturbance from underwater noise. Pages 287-290. In: N.M. Peterson (ed.), The questions of sound from icebreaker operations: The proceedings of a workshop. Arctic Pilot Project; Calgary, Alberta.

Brownell Jr., R.L., P.B. Best, and J.H. Prescott (eds.). 1986. Right whales: Past and Present Status. Reports of the International Whaling Commission Special Issue No. 10. Cambridge, England.

Burgner, R. L. 1991. Life history of sockeye salmon (Oncorhynchus nerka). Pages 3-116. In C. Groot and L. Margolis (editors). Pacific salmon life histories. University of British Columbia Press; Vancouver, British Columbia.

Bryant, P. J., C. M. Lafferty and S. K. Lafferty. 1984. Reoccupation of Laguna Guerrero Negro, Baja California, Mexico, by gray whales. Pages 375-387. In: M.L. Jones *et al.* (editors). The gray whale *Eschrichtius robustus*. Academic Press, Orlando, Florida.

Buck, J.R., and P.L. Tyack. 2000. Response of gray whales to low-frequency sound. Journal of the Acoustical Society of America 107 (5): 2744.

Calambokidis, J., T.E. Chandler, D.P. Costa, C.W. Clark, and H. Whitehead. 1998. Effects of the ATOC sound source on the distribution of marine mammals observed from aerial surveys off central California. WMMSC, Monaco. Jan. 1998.

Calambokidis, J., G.H. Steiger, J.M. Straley, L.M. Herman, S. Cerchio, D.R. Salden, M. Yamaguchi, F. Sato, J. Urbán, J. Jacobsen, O.V. Ziegesar, K.C. Balcomb, C.M. Gabriele, M.E. Dalheim, N. Higashi, S. Uchida, J.K.B. Ford, Y. Miyamura, P.L. Guevara, S.A. Mizroch, L. Schlender, and K. Rasumssen. 1997. Abundance and population structure of humpback whales in the North Pacific basin. National Marine Fisheries Services, Southwest Fisheries Science Center; La Jolla, California.

Caldwell, D.K. and M.C. Caldwell. 1983. Whales and Dolphins. The Audubon Society Field Guide to North American Fishes, Whales and Dolphins. Alfred A. Knopf, Inc.; New York, New York.

Calkins, D.G. 1983. Marine mammals of lower Cook Inlet and the potential for impact from outer continental shelf oil and gas exploration, development, and transport. NOAA Outer Continental Shelf Environmental Assessment Program, Environmental Assessment of the Alaskan Continental Shelf. Final Report of the Principal Investigators 20:171-263.

Calkins, D.G., and K.W. Pitcher. 1982. Population assessment, ecology and trophic relationships of Steller sea lions in the Gulf of Alaska. U.S. Department of Commerce, NOAA Outer Continental Shelf Environmental Assessment Program Final Report 19 (1983): 445-546.

Carder, D.A. and S.H. Ridgway. 1990. Auditory brainstem response in a neonatal sperm whale Physeter spp. Journal of the Acoustical Society of America Supplement 1:88.

Carretta, J.V., and K.A. Forney. 1993. Report on two aerial surveys for marine mammals in California coastal waters utilizing a NOAA DeHavilland Twin Otter aircraft: March 9- April 7, 1991 and February 8-April 6, 1992. NOAA Technical Memorandum NMFS-SWFSC-185; La Jolla, California.

Cato, D.H. and R.C. McCauley. 2001. Ocean ambient noise from anthropogenic and natural sources in the context of marine mammal acoustics. Journal of the Acoustical Society of America 110: 2751.

Cetacean and Turtle Assessment Program (CETAP). 1982. A characterization of marine mammals and turtles in the mid- and north Atlantic areas of the US outer continental shelf. Cetacean and Turtle Assessment Program, University of Rhode Island. Final Report, Contract No. AA51-CT8-48. Bureau of Land Management, Washington, D.C.

Charif, R.A., D.K. Mellinger, K.J. Dunsmore, and C.W. Clark. Submitted. Source levels and depths of fin whale (Balaenoptera physalus) vocalizations from the eastern North Pacific.

Cherfas, J. 1989. The Hunting of the Whale. Viking Penguin Inc.; New York, New York.

Chittleborough, R.G. 1965. Dynamics of two populations of humpback whale, *Megaptera Novaeangliae* (Borowski). Australian Journal of Marine and Freshwater Research 16:33-128.

Chumbley, K.J. Sease, M. Strick, and R. Towell. 1997. Field studies of Steller sea lions (*Eumetopias jubatus*) at Marmot Island, Alaska 1979 through 1994. NOAA Technical Memorandum NMFS-AFSC-77. Alaska Fisheries Science Center; Seattle, Washington.

Clark, C.W. and K.M. Firstrup. 2001. Baleen whale responses to low-frequency human-made underwater sounds. Journal of the Acoustical Society of America 110: 2751.

Clapham, P.J. 1994. Maturational changes in patterns of association among male and female humpback whales. Journal of Zoology 71: 440-443.

Clapham, P.J. 1996. The social and reproductive biology of humpback whales: an ecological perspective. Mammal Review 26: 27-49.

Clapham, P.J., and R.L. Brownell, Jr. 1996. Potential for interspecific competition in baleen whales. Reports of the International Whaling Commission 46:361-367.

Clapham, P.J. and C.A. Mayo. 1987. Reproduction and recruitment of individually identified humpback whales, Megaptera novaeangliae, observed in Massachusetts Bay, 1979-1985. Canadian Journal of Zoology 65(12):2853-2863.

Clapham, P. J., L.S. Baraff, C.A. Carlson, M.A. Christian, D.K. Mattila, C.A. Mayo, M.A. Murphy, and S. Pittman.1993. Seasonal occurrence and annual return of humpback whales, *Megaptera novaeangliae*, in the southern Gulf of Maine. Canadian Journal of Zoology 71:440-443.

Clark, C.W. and R. Charif. 1998. Monitoring the occurrence of large whales off North and West Scotland using passive acoustic arrays. Society of Petroleum Engineers. SPE/UKOOA European Environmental Conference, Aberdeen, Scotland. April 1997.

Clark, C.W., C.J. Gagnon and D.K. Mellinger. 1993. Whales '93: Application of the Navy IUSS for low-frequency marine mammal research. Invited paper, abstract published in Tenth Biennial conference on the Biology of Marine Mammals abstracts, 11-15 November 1993, Galveston, Texas. (Abstract)

Clark, C.W. and K.M. Fristrup. 1997. Whales >95: A combined visual and acoustic survey of blue and fin whales off southern California. Reports of the International Whaling Commission 47: 583-600.

Clark, C.W., Tyack P., Ellison W.T. 1998. Low-frequency sound scientific research program. Phase I: Responses of blue and fin whales to SURTASS LFA, southern California Bight. Quick Look Report. Marine Acoustics Inc.; Washington, D.C.

Clarke, R. 1956. Sperm whales of the Azores. Discovery Reports 28, 237-298.

Clarke, M.R. 1976. Observation on sperm whale diving. Journal of the Marine Biology Association UK 56: 809-810.

Clarke, M.R. 1979. The head of the sperm whale. Scientific American 240(1): 106-117.

**Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA**

Conner, R.C. and R.S. Smolker. 1985. Habituated dolphins (Tursiops sp.) in western Australia. J. Mam. 66(2):398-400.

Cranford, T.W. 1992. Directional Asymmetry in the Odontocete Forehead. Am Zool 32(5): 140A.

Croll, D.A., B.R. Tershy, A. Acevedo, and P. Levin. 1999. Marine vertebrates and low frequency sound. Unpublished technical report for the U.S. Navy's Environmental Impact Statement on Low Frequency Active Sonar. Marine Mammal and Seabird Ecology Group, Institute of Marine Sciences, University of California, Santa Cruz; Santa Cruz, California.

Crum, L.A. and Y. Mao. 1996. Acoustically enhanced bubble growth at low frequencies and implication for human diver and marine mammal safety. Journal of the Acoustical Society of America 99: 2898-2907.

Cudahy, E., and W.T. Ellison. 2001. A review of the potential for in vivo tissue damage by exposure to underwater sound. Unpublished report prepared for National Marine Fisheries Service, Office of Protected Resources. Silver Spring, Maryland.

Cummings, W.C. and J.F. Fish JF. 1972. Alpha Helix whale cruise, phase 1 (13-23 Oct 1971): bioacoustics of cetaceans. In: Alpha Helix Research program (1970-1971). pp 23-24. Scripps Institution of Oceanography, La Jolla, USA.

Cummings, W.C. and P.O. Thompson. 1971. Underwater sounds from the blue whale *Balaenoptera musculus*. Journal of the Acoustical Society of America50(4):1193-1198.

Cummings, W.C. and P.O. Thompson. 1977. Long 20-Hz sounds from blue whales in the northeast Pacific. Abstracts of the Second Conference on the Biology of Marine Mammals, San Diego, USA, December 1977.

Cummings, W.C. and P.O. Thompson. 1994. Characteristics and seasons of blue and finback whale sounds along the U.S. west coast as recorded at SOSUS stations. Journal of the Acoustical Society of America 95: 2853.

Curtis, K.R., B.M. Howe, and J.A. Mercer. 1999. Low-frequency ambient sound in the North Pacific: long time series observations. Journal of the Acoustical Society of America 106: 3189-3200.

D'Vincent, C.G., R.M. Nilson, R.E. Hanna. 1985. Vocalization and coordinated feeding behavior of the humpback whale in southeastern Alaska. Scientific Reports of the Whales Research Institute 36: 41-47.

Davis, R, G. Scott, B. Würsig, G. Fargion, W. Evans, L. Hansen, R. Benson, K. Mullin, T. Leming, N. May, B. Mate, J. Norris, T. Jefferson, D. Peake, S.K. Lynn, T. Sparks, C. Schroeder. 1995. Distribution and abundance of marine mammals in the north-central and western Gulf of Mexico; draft final report. Volume II: Technical Report. OCS Study No. MMS95. Prepared by the Texas Institute of Oceanography and the National Marine Fisheries Service for the U. S. Minerals Management Service, New Orleans, Louisiana.

Dill, H.R., and W.A. Bryan. 1912. Report on an expedition to Laysan Island in 1911. U.S. Department of Agriculture Biological Survey Bulletin 42:1-30.

Dolphin, W.F. 1987. Ventilation and dive patterns of humpback whales Megaptera novaeangliae, on their Alaskan feeding grounds. Canadian Journal of Zoology 65(1):83-90.

Donovan, G. P. 1984. Blue whales off Peru, December 1982, with special reference to pygmy blue whales. Reports of the International Whaling Commission 34: 473-476.

Donovan, G.P. 1991. A review of IWC stock boundaries. Reports of the International Whaling Commission, Special Issue 13:39- 68.

**Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA**

Edds, P.L. 1982. Vocalizations of the blue whale Balaenoptera musculus, in the St. Lawrence River. Journal of Mammalogy 63(2):345-347.

Edds, P. L. 1988. Characteristics of finback Balaenoptera physalus vocalizations in the St. Lawrence Estuary. Bioacoustics 1: 131-149.

Edds, P.L. and J.A.F. MacFarlane. 1987. Occurrence and general behavior of balaenopterid cetaceans summering in the St. Lawrence Estuary, Canada. Canadian Journal of Zoology 65(6):1363-1376.

Edds-Walton, P.L. 1997. Acoustic communication signals of mysticete whales. Bioacoustics 8: 47-60.

Erbe, C. 2000. Detection of whale calls in noise: Performance comparison between a beluga whale, human listeners and a neural network. Journal of the Acoustical Society of America108:297-303.

Ferrero, R.C., D.P. DeMaster, P.S. Hill and M. Muto. 2000. Draft Alaska marine mammal stock assessments. National Marine Mammal Laboratory, Seattle, WA.

Fiedler P., S. Reilly, R. Hewitt, D. Demer, V. Philbrick, S. Smith, W. Armstrong, D. Croll, B. Tershy. Mate B 1998. Blue whale habitat and prey in the Channel Islands. Deep-Sea Res II 45: 1781-1801.

Finley, K.J. 1982. The estuarine habit of the beluga or white whale Delphinapterus leucas. Cetus 4(2):4-5.

Forney, K.A., and R.L. Brownell, Jr. 1996. Preliminary report of the 1994 Aleutian Island marine mammal survey. paper SC/48/011 presented to the IWC Scientific Committee, June 1996 (unpublished). Available SW Fisheries Science Center, La Jolla, CA.

Forney, K. A., M. M. Muto, and J. Baker. 1999. U.S. Pacific Marine Mammal Stock Assessment: 1999. U.S. Dep. Commer., NOAA Technical Memorandum NOAA-TM-NMFS-SWFC-282, 62pp.

Forney, K. A., J. Barlow, M. M. Muto, M. Lowry, J. Baker, G. Cameron, J. Mobley, C. Stinchcomb, and J. V. Carretta. 2000. U.S. Pacific Marine Mammal Stock Assessments: 2000 DRAFT. NOAA Technical Memorandum.

Fox, G.A. 1991. Practical causal inference for ecoepidemiologists. Journal of Toxicology and Environmental Health 33: 359-379.

Frankel, A.S. 1994. Acoustic and visual tracking reveals distribution, song variability and social roles of humpback whales in Hawaiian waters. Unpublished doctoral dissertation, University of Hawaii. University Microfilms, Inc.

Frankel, A. S. and C. W. Clark. 1998. Results of low-frequency playback of M-sequence noise to humpback whales, Megaptera novaeangliae, in Hawaii. Canadian Journal of Zoology 76:521-535.

Frankel, A. S., and C.W. Clark. 2000. Behavioral responses of humpback whales (Megaptera novaeangliae) to full-scale ATOC signals. Journal of the Acoustical Society of America 108(4).

Frankel, A. S., C. W. Clark, L. M. Herman, C. M. Gabriele, M. A. Hoffhines, T. R. Freeman, and B. K. Patterson. 1989. Acoustic Location and tracking of wintering humpback whales (Megaptera novaeangliae) off South Kohala, Hawaii. In Proceedings of the Eighth Biennial Conference on the Biology of Marine Mammals

Frankel, A.S., J. Mobley, L. Herman. 1995. Estimation of auditory response thresholds in humpback whales using biologically meaningful sounds. Pages 55-70. In: R.A. Kastelein, J.A. Thomas, P.E. Nachtigall (editors) Sensory Systems of Aquatic Mammals. De Spil Publication, Woerden, Netherlands.

Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA

Frost, K.J. and L.F. Lowry. 1988. Effects of industrial activities on ringed seals in Alaska, as indicated by aerial surveys. p. 15-25. In: W.M. Sackinger *et al.* (editors), Port and Ocean engineering under Arctic conditions, Vol II. Geophysical Institute of the University of Alaska; Fairbanks, Alaska.

Gagnon, C. J. and C. W. Clark. 1993. The use of U.S. Navy IUSS passive sonar to monitor the movement of blue whales. Abstracts of the 10th Biennial Conference on the Biology of Marine Mammals, Galveston, Texas. November 1993.

Gambell, R. 1985. Sei whale *Balaenoptera borealis* (Lesson, 1828), Pages 193-240. In: S.H. Ridgway and R. Harrison (editors). Handbook of marine mammals. Vol. 3: The sirenians and baleen whales. Adacemic Press; London, United Kingdom.

Gaskin, D. E. 1972. Whales, dolphins, and seals; with special reference to the New Zealand region.

Gambell, R. 1976. World whale stocks. Mammal Review 6 (1): 41-53.

Gard, R. 1974. Aerial census of gray whales in Baja California lagoons, 1970 and 1973, with notes on behavior, mortality and conservation. California Fish and Game 60(3): 132-143.

Gentry, R.L. 1970. Social behavior of the Steller sea lion. Unpublished doctoral thesis, University of California, Santa Cruz, California.

Gentry, R. 2001. Personal communication B conversation and email dated February 26, 2001 to Mi Ae Kim.

Gilpatrick, J., W. Perryman, L. Lynn, and M.A. DeAngelis. 1997. Geographic populations of blue whales (*Balaenoptera musculus*) in the North Pacific Ocean investigated from whaling records and aerial photogrammetry. Paper SC/47/NP4 presented to the IWC Scientific Committee, May 1995 (unpublished).

Glockner, D. A. and S. Venus. 1983. Determining the sex of humpback whales (*Megaptera novaeangliae*) in their natural environment. Pages 447-464. In: R.S. Payne (editor). Communication and behavior of whales. AAAS Selected Symposia Series. Westview Press; Boulder, Colorado.

Glockner-Ferrari, D. A., and M. J. Ferrari. 1990. Reproduction in the humpback whale (*Megaptera novaeangliae*) in Hawaiian waters 1975-1988: The life history, reproductive rates and behavior of known individuals identified through surface and underwater photography. Pages 161-170. In: P.S. Hammond, S.A. Mizroch and G.P. Donovan (editors) Individual Recognition of Cetaceans: Use of Photo-Identification and other Techniques to estimate population parameters. International Whaling Commission, Cambridge.

Goddard, P.C. and D.J. Rugh. 1998. A group of right whales seen in the Bering Sea in July 1996. Marine Mammal Science 14(2):344-349.

Goold, J.C. and S.E. Jones. 1995. Time and frequency domain characteristics of sperm whale clicks. Journal of the Acoustical Society of America 98: 1279-1291.

Gordon, J.C.D. 1987. Behaviour and ecology of sperm whales off Sri Lanka. Ph.D. dissertation, University of Cambridge. Cambridge, England.

Gosho, M.E., D.W. Rice, and J.M. Breiwick. 1984. Sperm whale interactions with longline vessels in Alaska waters during 1997. Unpublished report available Alaska Fisheries Science Center; Seattle, Washington.

Hain, J.H.W., M.J. Ratnaswamy, R.D. Kenney, and H.E. Winn. 1992. The fin whale, *Balaenoptera physalus*, in waters of the northeastern United States continental shelf. Reports of the International Whaling Commission 42: 653-669.

**Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA**

Hamilton, P.K., M.K. Marx, and S.D. Kraus. 1998. Scarification analysis of North Atlantic right whales (*Eubalaena glacialis*) as a method of assessing human impacts. Final report to the Northeast Fisheries Science Center, NMFS, Contract No. 4EANF-6-0004.

Hamilton, P.K., and C.A. Mayo. 1990. Population characteristics of right whales (*Eubalaena glacialis*) observed in Cape Cod and Massachusetts Bays, 1978-1986. Reports of the International Whaling Commission, Special Issue 12: 203-208.

Hamilton, P.K., G.S. Stone, and S.M. Martin. 1997. Note on a deep humpback whale (*Megaptera novaeangliae*) dive near Bermuda. Bulletin of Marine Science 61:491-494.

Herman, L. M. and R. C. Antinoja. 1977. Humpback whales in Hawaiian waters: Population and pod characteristics. Scientific Reports of the Whales Research Institute (Tokyo) 29:59-85.

Herman, L. M., C. S. Baker, P. H. Forestell and R. C. Antinoja. 1980. Right whale *Balaena glacialis* - sightings near Hawaii: a clue to the wintering grounds? 2:271-275.

Hill, P.S., D.P. DeMaster, and R.J. Small. 1997. Alaska stock assessments, 1996. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC. Alaska Fisheries Science Center, Seattle, Washington.

Hill, P.S., and D.P. DeMaster. 1998. Draft Alaska marine mammal stock assessments 1998. National Marine Mammal Laboratory, Seattle, Washington.

Horwood, J. 1987. The sei whale: population biology, ecology and management. Croom Helm; Beckenham, Kent, United Kingdom.

International Whaling Commission [IWC]. 1998. Report of the workshop on the comprehensive assessment of right whales: a worldwide comparison. International Whaling Commission special workshop held 19-25 March 1998, in Cape Town, South Africa. SC/50/REP 4.

Jefferson T.A., S. Leatherwood, M.A. Webber. 1993. FAO Species Identification Guide. Marine Mammals of the World. Food and Agriculture Organization; Rome, Italy.

Jekel, J.F., D.L. Katz, and J.G. Elmore. 2001. Epidemiology, biostatistics, and preventive medicine, Second edition. W.B. Saunders Company, Philadelphia, Pennsylvania.

Johnson, O.W. W.S. Grant, R.G. Kope. K. Neely, F.W. Waknitz, and R.S. Waples. 1997. Status review of chum salmon from Washington, Oregon, and California. U.S. Department of Commerce, National Marine Fisheries Service. NOAA Technical Memorandum NMFS-NWFSC-32. Seattle, Washington.

Jurasz, C.M. and V. Jurasz. 1979. Feeding modes of the humpback whale, Megaptera novaeangliae, in southeast Alaska. Scientific Report of the Whales Research Institute of Tokyo 31:69-83.

Kastak, D., R.J. Schusterman, B.L. Southall, and C. Reichmuth. 2000. Underwater temporary threshold shift induced by octave-band noise in three species of pinniped. Journal of the Acoustical Society of America 106(2):1142-1148.

Kasuya, T. 1991. Density dependent growth in North Pacific sperm whales. Marine Mammal Science 7(3):230-257.

Kawamura, A. 1982. Food habits and prey distributions of three rorqual species in the North Pacific Ocean. Scientific Report of the Whales Research Institute 34:59-91.

Kawamura, A. 1980. A review of food of balaenopterid whales. Scientific Report of the Whales Research Institute 32:155-197.

Ketten, D.R. 1997. Structure and function in whale ears. Bioacoustics 8: 103-135.

Ketten, D.R. 1994. Functional analyses of whale ears: adaptations for underwater hearing. IEEE Proc Underwat Acoustics 1: 264-270.

Ketten, D.R. 1998. Marine mammal auditory systems: a summary of audiometric and anatomical data and its implications for underwater acoustic impacts. NOAA Technical Memorandum NMFS: NOAA-TM-NMFS-SWFSC-256.

Kingsley, M.C.S. 1986. Distribution and abundance of seals in the Beaufort Sea, Amundsen Gulf, and Prince Albert sound, 1984. Envir. Stud. Revolv. Funds Rep. No. 025, Department of Fisheries and Oceans; Winnipeg, Alberta, Canada

Klumov, S.K. 1962. The right whales in the Pacific Ocean. In P.I. Usachev (ed.), Biological Marine Studies. Trudy Institute of Okeanography 58:202-297.

Katona, S.K., and J.A. Beard. 1990. Population size, migrations, and feeding aggregations of the humpback whale (Megaptera novaeangliae) in the Western North Atlantic Ocean. Reports of the International Whaling Commission, Special Issue 12: 295-306.

Kenney, R.D. 1992. Western North Atlantic Right Whales: Abundance and Trends from Great South Channel Aerial Surveys. Report of a workshop held on April 14-15, 1992. NOAA National Marine Fisheries Service Northeast Fisheries Science Center; Silver Spring, Maryland.

Kenney, R.D., H.E. Winn, and M.C. Macula. 1995. Cetaceans in the Great South Channel, 1979-1989: right whale (Eubalaena glacialis). Continental Shelf Research 15: 385-414.

Kenyon, K.W. 1962. History of the Steller sea lion at the Pribilof Islands, Alaska. Journal of Mammalogy 43:68-75.

Kenyon, K.W., and D.W. Rice. 1961. Abundance and distribution of the Steller sea lion. Journal of Mammalogy 42:223-234.

Knowlton, A.R., S.D. Kraus, and R.D. Kenney. 1994. Reproduction in North Atlantic right whales (Eubalaena glacialis). Canadian Journal of Zoology 72: 1297-1305.

Kraus, S.D. 1990. Rates and potential causes of mortality in North Atlantic right whales (Eubalaena glacialis). Marine Mammal Science 6(4):278-291.

Kraus, S.D. 1997. Right whale status in the North Atlantic. Pages 31-36 In: Knowlton, A.R., S.D. Kraus, D.F. Meck, and M L. Mooney-Seus (editors). Shipping/Right whale workshop. New England Aquarium Aquatic Forum Series Report 97-3. New England Aquarium, Boston, Massachusetts. 247 pp.

Kraus, S.D., and R.D. Kenney. 1991. Information on right whales (Eubalaena glacialis) in three proposed critical habitats in U.S. waters of the Western North Atlantic Ocean. Final report to the U.S. Marine Mammal Commission in fulfillment of Contracts T-75133740 and T-75133753.

Krieger, K. J. and B. L. Wing. 1986. Hydroacoustic monitoring of prey to determine humpback whale movements. NOAA Technical Memorandum NMFS F/NWC-98. NOAA National Marine Fisheries Service, Auke Bay, Alaska. National Technical Information Service PB86-204054.

Landis, C.J. 1965. Research: A new high pressure research animal? Undersea Technology 6:21.

**Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA**

Landis, W. G., G.B. Matthews, R.A. Matthews, A. Sergeant. 1994. Application of Multivariate Techniques to Endpoint Determination, Selection and Evaluation in Ecological Risk Assessment. Environmental toxicology and chemistry 13: 1917.

Landis, W. G., R. A. Matthews, and G. B. Matthews. 1997. Design and analysis of multispecies toxicity tests for pesticide registration. Ecological Applications 7:1111.

Leatherwood, S. L., D. K. Caldwell, and H. E. Winn. 1976. Whales, dolphins, and porpoises of the western North Atlantic: a guide to their identification. NOAA Technical Report, National Marine Fisheries Service, Circular 396.

Leatherwood, S., R.R. Reeves, W.F. Perrin, and W.E. Evans. 1982. Whales, dolphins, and porpoises of the eastern North Pacific and adjacent arctic waters: a guide to their identification. NOAA Technical Report National Marine Fisheries Service Circular 444.

Leatherwood, S., A.E. Bowles, and R.R. Reeves. 1986. Aerial surveys of marine mammals in the southeastern Bering Sea. U.S. Department of Commerce, NOAA, OCSEAP Final Report 42 (1986):147-490.

Leatherwood, S., R. R. Reeves, W. F. Perrin, and W. E. Evans. 1988. Whales, dolphins and porpoises of the eastern North Pacific and adjacent Arctic waters. Dover Publication, New York, NY. p. 245.

Lenhardt, M.L. 1994. Auditory behavior of the loggerhead sea turtle (Caretta caretta). Page 89. In: K.A. Bjorndahl, A.B. Bolten, D.A. Johnson, and P.J. Eliazar (compilers), Proceedings of the 14th Annual Symposium on Sea Turtle Biology and Conservation. NOAA Technical Memorandum NMFS-SEFC-351.

Levenson, C. 1974. Source level and bistatic target strength of the sperm whale (Physeter catodon) measured from an oceanographic aircraft. Journal of the Acoustical Society of America 55: 1100-1103.

LGL Ltd. 1998. Marine Mammal and acoustical monitoring of BP exploration (Alaska) open-water seismic program in the Alaskan Beaufort Sea, 1997. Unpublished LGL report, TA2150-3, page 5-89. Available NMFS Office of Protected Resources, Silver Spring Maryland.

Lipton, J., H. Galbraith, J. Burger, D. Wartenberg. 1993. A paradigm for ecological risk assessment. Environmental Management 17: 1-5.

Ljungblad DK, Clark CW, Shimada H (in press) Sounds attributed to pygmy blue whales (Balaenoptera musculus brevicauda) recorded south of the Madagascar Plateau in December 1996 as compared to sounds attributed to A"true" blue whales (Balaenoptera musculus) recorded off Antarctica in January 1997.

Lockyer, C. 1984. Review of baleen whale (Mysticeti) reproduction and implications for management. Reports of the International Whaling Commission, Special Issue 6: 27-50.

Lockyer, C. 1978. The history and behavior of a solitary wild, but sociable bottlenose dolphin (Tursiops truncatus) on the west coast of England and Wales. Journal of Natural History 12:513-528.

Lockyer, C. 1981. Growth and energy budgets of large baleen whales from the Southern Hemisphere. Mammals in the Seas. Vol. 3. Food and Agricultural Organization Fisheries Series 5: 379-487.

Loughlin, T.R., D.J. Rugh, and C.H. Fiscus. 1984. Northern sea lion distribution and abundance: 1956-80. Journal of Wildlife Management 48: 729-740.

Lowell, R.B. J.M. Culp, and M.G. Dube. 2000. A weight of evidence approach to northern river risk assessment: integrating the effects of multiple stressors. Environmental Toxicology and Chemistry 19: 1182-1190.

MacArthur, R.A., R.H. Johnson and V. Geist. 1979. Factors influencing heart rate in free-ranging bighorn sheep: A physiological approach to the study of wildlife harassment. Canadian Journal of Zoology 57(10):2010-2021.

Mackintosh, N.A. 1942. The southern stocks of whalebone whales. Discovery Reports 22:197-300.

Mackintosh, N.A. 1965. The stocks of whales. Fishing News (Books) Ltd., London.

Mackintosh, N.A. and J.F.G. Wheeler. 1929. Southern blue and fin whales. Discovery Reports 1: 257-540.

Malme, C.I., P.R. Miles, P. Tyack, C.W. Clark, and J.E. Bird. 1985. Investigation of the potential effects of underwater noise from petroleum industry activities on feeding humpback whale behavior. Report No. 5851, Unpublished report prepared by Bolt, Beranek and Newman Inc., Cambridge, USA, for U.S. Minerals Management Service, Alaska OCS Office, Anchorage, Alaska.

Malme, C.I., P.R. Miles, C.W. Clark, P. Tyack, J.E. Bird. 1983. Investigations of the potential effects of underwater noise from petroleum industry activities on migrating gray whale behavior; final report for the period of 7 June 1982-31 July 1983. Report No. 5366, prepared by Bolt, Beranek and Newman Inc., Cambridge, USA, for U.S. Minerals Management Service, Alaska OCS Office; Anchorage, Alaska.

Malme, C.I., P.R. Miles, C.W. Clark, P. Tyack, and J. E. Bird. 1984. Investigations of the potential effects of underwater noise from petroleum industry activities on migrating gray whale behavior/Phase II: January 1984 migration. BBN Rep. 586. Rep. from Bolt, Beranek, & Newman, Inc. Cambridge, MA, for U.S. Minerals Management Serv., Anchorage, AK. Var. pag. NTIS PB 86-218377.

Mangels, K.F., and T. Gerrodette. 1994. Report of cetacean sightings during a marine mammal survey in the eastern Pacific Ocean and the Gulf of California aboard the NOAA ships AMacArthur" and ADavid Starr Jordan" July 28-November 6, 1993. NOAA Technical Memorandum NMFS- SWFSC-221.

Masaki, Y. 1977. The separation of the stock units of sei whales in the North Pacific. Reports of the International Whaling Commission Special Issue No. 1: 71-79.

Masaki, Y. 1976. Biological studies on the North Pacific sei whale. Bull. Far Seas Fish. Res. Lab. (Shimizu) 14:1-104.

Maser, C., B. R. Mate, J. F. Franklin, and C. T. Dyrness. 1981. Natural history of Oregon coast mammals. US Department of Agriculture, For. Ser. Gen. Tech. Rep. PNW-133. Portland, OR.

Maser C, Mate BR, Franklin JF, Dyrness CT (1981) Natural history of Oregon coast mammals. U. S. Department of Agriculture, For. Ser. Gen. Tech. Rep. PNW-133, Portland, USA.

Mate, B.R., R. Gisiner, J. Mobley. 1998. Local and migratory movements of humpback whales tracked by satellite telemetry. Canadian Journal of Zoology 76(5): 863-868.

Mate BR, Nieukirk SL, Mesecar RS, Martin TJ (1992) Application of remote sensing for tracking large cetaceans: Atlantic right whales. Report Contract No. 14-12-0001-30411, U. S. Minerals Management Service.

Maury, M.F. 1852. Whale chart of the world, (The wind and current charts), Series F, Washington, D.C.

Maybaum, H.L. 1989. Effects of 3.3 kHz sonar system on humpback whales Megaptera novaeangliae, in Hawaiian waters. Eos.71(2):92.

Mayo, C.A., and M. K. Marx. 1990. Surface foraging behavior of the North Atlantic right whale (Eubalaena glacialis) and associated zooplankton characteristics. Canadian Journal of Zoology 68: 2214-2220.

McCarty, L. S., and M. Power. 1997. Environmental Risk Assessment Within a Decision-Making Framework. Environmental Toxicology and Chemistry 16:122.

McDonald, M.A., J.A. Hildebrand, and S.C. Webb. 1995. Blue and fin whales observed on a seafloor array in the northeast Pacific. Journal of the Acoustical Society of America 98: 712-721.

McDonald, M.A. and Fox, C.G. 1999. Passive acoustic methods applied to fin whale population density estimation. Journal of the Acoustical Society of America 105(5): 2643-2651

McDonald M.A., J.A. Hildebrand, S.C. Webb. 1995. Blue and fin whales observed on a seafloor array in the northeast Pacific. Journal of the Acoustical Society of America 98: 712-721.

Meredith, G.N. and R.R. Campbell. 1988. Status of the fin whale, Balaenoptera physalus, in Canada. Canadian Field-Naturalist 102: 351-368.

Merrick, R.L., M.K. Chumbley, and G.V. Byrd. 1997. Diet diversity of Steller sea lions (Eumetopias jubatus) and their population decline in Alaska: a potential relationship. Canadian Journal of Fisheries and Aquatic Sciences 54:1342-1348.

Merrick, R.L., and A.E. York. 1994. A viability analysis for the southwest Alaskan Steller sea lion population, 1985-94. Draft report prepared by the National Marine Mammal Laboratory; Seattle, Washington.

Mill, J.S. 1865. A system of logic ratiocinative and inductive: being a connected view of the principles of evidence and the methods of scientific investigation. Sixth Edition. Longmans and Company; London, United Kingdom.

Miller, P.J.O., N. Biassoni, A. Samuels and P.L. Tyack. 2000. Whales songs lengthen in response to sonar. Nature 405, 903

Mizroch, S.A., D.W. Rice, and J.M. Breiwick. 1984. The blue whale, Balaenoptera musculus. Marine Fisheries Review 46(4):15-19.

Mizroch, S.A., D.W. Rice, and J.M. Breiwick. 1984a. The fin whale, Balaenoptera physalus. Marine Fisheries Review 46(4):20-24.

Mizue, K. 1951. Food of whales (in the adjacent waters of Japan). Sci. Rep. Whales Res. Inst. 5:81-90.

Mobley, J. R., L. M. Herman, A. S. Frankel. 1988. Responses of wintering Humpback whales (Megaptera novaeangliae) to playback of recordings of winter and summer vocalizations and of synthetic sounds. Behavioural Ecology and Sociobiology 23: 211-223

Mobley, J. R., M. Smultea, T. Norris, and D. Weller. 1996. Fin whale sighting north of Kauai, Hawaii. Pacific Science 50: 230-233.

Mobley, J. R., R. A. Grotefendt, P. H. Forestell, and A. S. Frankel. 1999a. Results of Aerial Surveys of Marine Mammals in the Major Hawaiian Islands (1993-1998): Report to the Acoustic Thermometry of Ocean Climate Marine Mammal Research Program. Cornell University Bioacoustics Research Program, Ithaca, New York.

Mobley, J. R., R. A. Grotefendt, P. H. Forestell, S. S. Spitz, E. Brown, G. B. Bauer, and A. S. Frankel. 1999b. Population estimate for Hawaiian humpback whales: results of 1993-198 aerial surveys. 13th Biennial Conf. on Biol. of Mar. Mam., Wailea, Hawaii. Nov 28 B Dec 3, 1999.

Mohl, et al. 2000. Sperm Whale Clicks: Directionality and source level revisted. Journal of the Acoustical Society of America 107 (1), January 2000, pp. 638 -645.

Mullins, J., H. Whitehead, and L.S. Weilgart. 1988. Behavior and vocalizations of two single sperm whales, Physeter macrocephalus off Nova Scotia. Canadian Journal of Fisheries and Aquatic Sciences 45(10):1736-1743.

Murison, L. D., and D. E. Gaskin. 1989. The distribution of right whales and zooplankton in the Bay of Fundy, Canada. Canadian Journal of Zoology 67:1411-1420.

Myrberg, A.A., Jr. 1978. Ocean noise and behavior of marine animals: Relationships and implications. Pages 169-208. In: J.L. Fletcher and R.G. Busnel (eds.) Effects of Noise on Wildlife. Academic Press; New York, New York.

Nasu, K. 1974. Movement of baleen whales in relation to hydrographic conditions in the northern part of the North Pacific Ocean and the Bering Sea. Pp. 345-361 in D.W. Hood and E.J. Kelley (editors) Oceanography of the Bering Sea. Institute of Marine Science, University of Alaska, Fairbanks.

National Marine Fisheries Service [NMFS]. 1991. Final recovery plan for the humpback whale (Megaptera novaeangliae). Prepared by the Humpback Whale Recovery Team for the National Marine Fisheries Service, Silver Spring, Maryland.

National Marine Fisheries Service [NMFS]. 1991. Final recovery plan for the northern right whale (Eubalaena glacialis). Prepared by the Right Whale Recovery Team for the National Marine Fisheries Service; Silver Spring, Maryland.

National Marine Fisheries Service [NMFS]. 1992. Recovery plan for the Steller sea lion (Eumetopias jubatus). Prepared by the Steller Sea Lion Recovery Team for the National Marine Fisheries Service; Silver Spring, Maryland.

National Marine Fisheries Service [NMFS]. 1995. Status review of the United States Steller sea lion, Eumetopias jubatus, population. U.S. Department of Commerce, NOAA National Marine Fisheries Service, Mammal Laboratory; Seattle, Washington.

National Marine Fisheries Service [NMFS]. 1998. Recovery plan for the blue whale (Balaenoptera musculus). Prepared by R.R. Reeves, P.J. Clapham, R.L. Brownell, Jr., and G.K. Silber for the National Marine Fisheries Service, Silver Spring, Maryland.

National Marine Fisheries Service [NMFS]. 1998. Draft recovery plan for the fin whale Balaenoptera physalus and sei whale Balaenoptera borealis. Prepared by R.R. Reeves, G.K. Silber, and P. Michael Payne for the National Marine Fisheries Service, Silver Spring, Maryland.

National Marine Fisheries Service [NMFS]. 2001. Final biological opinion on the U.S. Navy's North Pacific Acoustic Laboratory Sound Source. Office of Protected Resources, Endangered Species Division, Silver Spring, Maryland.

National Marine Fisheries Service [NMFS]. 2002. Final biological opinion on the U.S. Navy's Surveillance Towed Array Sensor System Low Frequency Active Sonar (SURTASS LFA). Office of Protected Resources, Endangered Species Division, Silver Spring, Maryland.

National Marine Fisheries Service and U.S. Fish and Wildlife Service [NMFS and USFWS]. 1998a. Recovery plan for U.S. Pacific populations of the east Pacific green turtle (Chelonia mydas). U.S. Department of Commerce, NOAA National Marine Fisheries Service, Silver Spring, Maryland.

National Marine Fisheries Service and U.S. Fish and Wildlife Service [NMFS and USFWS]. 1998b. Recovery plan for U.S. Pacific populations of the hawksbill turtle (Eretmochelys imbricata). U.S. Department of Commerce, NOAA National Marine Fisheries Service, Silver Spring, Maryland.

National Marine Fisheries Service and U.S. Fish and Wildlife Service [NMFS and USFWS]. 1998c. Recovery plan for U.S. Pacific populations of the leatherback turtle (Dermochelys coriacea). U.S. Department of Commerce, NOAA National Marine Fisheries Service, Silver Spring, Maryland.

National Marine Fisheries Service and U.S. Fish and Wildlife Service [NMFS and USFWS]. 1998d. Recovery plan for U.S. Pacific populations of the loggerhead turtle (Caretta caretta). U.S. Department of Commerce, NOAA National Marine Fisheries Service, Silver Spring, Maryland.

National Marine Fisheries Service and U.S. Fish and Wildlife Service [NMFS and USFWS]. 1998e. Recovery plan for U.S. Pacific populations of the olive ridley turtle (Lepidochelys olivacea). U.S. Department of Commerce, NOAA National Marine Fisheries Service, Silver Spring, Maryland.

National Marine Fisheries Service [NMFS]. 2000. Status review for smalltooth sawfish (Pristis pectinata). Unpublished report from the National Marine Fisheries Service, Silver Spring, Maryland.

National Research Council [NRC]. 1994. Low-Frequency Sound and Marine Mammals, Current Knowledge and Research Needs. National Academy Press; Washington, D.C.

National Research Council [NRC]. 1996a. The Bering Sea ecosystem. National Academy Press; Washington, D.C.

National Research Council [NRC]. 1996b. Marine mammals and low frequency sound: Progress since 1994 - an interim report. National Academy Press; Washington, D.C.

National Research Council [NRC]. 2000. Marine mammals and low frequency sound: Progress since 1994. National Academy Press; Washington, D.C.

Nemoto, T. 1978. Humpback whales observed within the continental shelf waters of the Bering Sea. Scientific Reports of the Whales Research Institute Tokyo 39:245-247.

Nemoto T. 1964. School of baleen whales in the feeding areas. Scientific Reports of the Whales Research Institute 18: 89-110.

Nemoto, T. 1970. Feeding pattern of baleen whales in the oceans. Pp. 241-252 in Steele, J.H. (ed.), Marine Food Chains. University of California Press, Berkeley, California.

Nemoto, T. 1957. Foods of baleen whales in the northern Pacific. Scientific Reports of the Whales Research Institute 12:33-89.

Nemoto, T., and A. Kawamura. 1977. Characteristics of food habits and distribution of baleen whales with special reference to the abundance of North Pacific sei and Bryde's whales. Reports of the International Whaling Commission, Special Issue 1:80-87.

Newman, M. C., D. R. Ownby, L. C. A. Mezin, D. C. Powell, T. R. L. Christensen, S. B. Lerberg, and B. A. Anderson. 2000. Applying Species-Sensitivity Distributions in Ecological Risk Assessment: Assumptions of Distribution Type and Sufficient Numbers of Species. Environmental Toxicology and Chemistry 19:508.

Nikulin, P.G. 1946. Distribution of cetaceans in seas surrounding the Chukchi Peninsula. Trudy Inst. Okeanol. Akad. Sci. USSR 22:255-257.

Nishiwaki, M. 1966. Distribution and migration of the larger cetaceans in the North Pacific as shown by Japanese whaling results. Pp. 171-191 in Norris, K.S., (ed.), Whales, Dolphins and Porpoises. University of California Press, Berkeley.

Nishiwaki, M. 1952. On the age determination of Mystacoceti, chiefly blue and fin whales. Scientific Reports of the Whales Research Institute 7: 87-119.

Norris KS, Harvey GW (1972) A theory for the function of the spermaceti organ of the sperm whale (Physeter catodon L.). In: Galler SR, Schmidt-Koenig K, Jacobs GJ, Belleville RE (eds) Animal Orientation and Navigation. pp 397-417. NASA Special Publications, Washington.

Norton, S. B., D. J. Rodier, J. H. Gentile, W. H. Van Der Schalie, and W. P. Wood. 1992. The Framework for Ecological Risk Assessment at the EPA. Environmental Toxicology and Chemistry 11:1663.

Ohsumi, S., and S. Wada. 1974. Status of whale stocks in the North Pacific, 1972. Reports of the International Whaling Commission 24:114-126.

Omura, H., S. Ohsumi, T. Nemota, k. Nasu, and T. Kasuya. 1969. Black-right whales in the North Pacific. Scientific Reports of the Whales Research Institute 21:1-87.

Omura, H. 1958. North Pacific right whales. Scientific Reports of the Whales Research Institute 13:1-52.

Parrish, F. A., M.P. Craig, K. Abernathy, G.J. Marshall and B.M. Buhleier. Hawaiian Monk Seals (Monachus Shauinslandi) Foraging in Deepwater Coral Beds, Another Endangered Species Using Old Growth ATrees?" (May 23, 2000) (unpublished manuscript, on file with the NMFS).

Patterson, B. and G. R. Hamilton. 1964. Repetitive 20 cycle per second biological hydroacoustic signals at Bermuda. In: Tavolga, W.N. (ed.) Marine bioacoustics.

Payne, R. and D. Webb. 1971. Orientation by means of long range acoustic signaling in baleen whales. Annals of the New York Academy of Sciences 188:0110-141.

Payne R.S. 1970. Songs of the humpback whale. Catalog No. ST-620. Capital Records, Hollywood, California

Perez, M.A. 1990. Review of marine mammal population and prey information for Bering Sea ecosystem studies. U.S. Department of Commerce, NOAA Technical Memorandum NMFS F/NWC-186.

Perry, S.L., D.P. DeMaster, and G.K. Silber. 1999. The great whales: history and status of six species listed as endangered under the U.S. Endangered Species Act of 1973. Marine Fisheries Review 61: 1-74.

Piatt, J. F., D. A. Methven, A. E. Burger, R. L. McLagan, V. Mercer and E. Creelman. 1989. Baleen whales and their prey in a coastal environment. Canadian Journal of Zoology 67:1523-1530.

Piatt, J. F. and D. A. Methven. 1992. Threshold foraging behavior of baleen whales. Marine Ecology Progress Series 84:205-210.

Pike G.C., MacAskie I.B. 1969. Marine mammals of British Columbia. Bulletin of the Fisheries Research Board of Canada 171: 1-54.

Pike, G.C., and B.E. Maxwell. 1958. The abundance and distribution of the northern sea lion (Eumetopias jubata) on the coast of British Columbia. Journal of the Fisheries Research Board of Canada 15:5-17.

Pitcher, K.W., and D.G. Calkins. 1981. Reproductive biology of Steller sea lions in the Gulf of Alaska. Journal of Mammalogy 62:599-605.

Pryor, K. 1990. Non-acoustic communication in small cetaceans: glance, touch, position, gesture, and bubbles. In: J.A. Thomas and R.A. Kastelein (eds.), Sensory Abilities in Cetaceans – Laboratory and Field Evidence. p.537-544. NATO ASI Series, Plenum Press, New York.

Poulter, T.C. and D.G. DelCarlo. 1971. Echoranging signals: sonar of the Steller sea lion Eumetopias jubata. Journal of Auditory Research 11: 43-52.

Ray, G. C., E. Mitchell, D. Wartzok, V. Koxicki, and R. Maiefski. 1978. Radio tracking of a fin whale (Balaenoptera physalus). Science 202: 521-524.

Reeves, R. R. 1977. The problem of gray whale (Eschrichtius robustus) harassment at the breeding lagoons and during migration. U.S. Marine Mammal Commission Report MMC-76/06. Bethesda, Maryland.

Reeves, R. R., B. S. Stewart, and S. Leatherwood. 1992. The Sierra Club handbook of seals and sirenians. Sierra Club Books; San Francisco, California.

Reeves, R.R. and Whitehead, H. 1997. Status of the sperm whale, Physeter macrocephalus, in Canada. Canadian Field-Naturalist 111(2): 293-307

Reilly, S. B. and V. G. Thayer. 1990. Blue whale (Balaenoptera musculus) distribution in the eastern tropical Pacific. Marine Mammal Science 6: 265-277.

Rice, D.W. 1977. Synopsis of biological data on the sei whale and Bryde's whale in the eastern North Pacific. Reports of the International Whaling Commission, Special Issue No. 1:92-97.

Rice, D. W. 1978. Blue whale. In: D. Haley (editor) Marine mammals of the Eastern North Pacific and Arctic waters.

Rice, D. W. 1989. Sperm whale, Physeter macrocephalus (Linneaus, 1758). In: S.H. Ridgway and R. Harrison (editors). Handbook of marine mammals. Vol. 4. River dolphins and the larger toothed whales.

Rice, D.W. 1974. Whales and whale research in the eastern North Pacific . Pp. 170-195. In W.E. Schevill, (editor). The Whale Problem: A Status Report. Harvard University Press, Cambridge, Massachusetts.

Richardson W.J., R.A. Davis, C.R. Evans, P. Norton. 1985. Distribution of bowheads and industrial activity, 1980-84. In: Richardson WJ (ed) Behavior, disturbance responses and distribution of bowhead whales Balaena mysticetus in the eastern Beaufort Sea. 1980-84. OCS Study MMS 85-0034. Rep, from LGL Ecol. Res. Assoc., Inc., Bryan, USA, for U. S. Minerals Management Service, Reston, Virginia.

Richardson W.J., C.R. Greene Jr., C.I. Malme, and D.H. Thomson. 1995. Marine Mammals and Noise. Academic Press; San Diego, California.

Richardson, W. J., B. Wursig and C.R. Greene, Jr. 1990. Reactions of bowhead whales, Balaena mysticetus, to drilling and dredging noise in the Canadian Beaufort Sea. Marine Environmental Research 29(2):135-160.

Richardson, W.J., C.R. Greene, Jr., W.R. Koski and M.A. Smultea. 1991a. Acoustic effects of oil production activities on bowhead and white whales visible during spring migration near Pt. Barrow, Alaska – 1990 phase. OCS Study MMS 91-0037; LGL Rep. TA848-5. Unpublished eport prepared by LGL Ltd., for U.S. Minerals Management Service, Herndon, Virginia. NTIS PB92-170430.

Richardson, W. J., C. R. Greene, Jr., C. I. Malme and D. H. Thompson. 1991. Effects of noise on marine mammals. OCS Study MMS-90-0093; LGL Rep. TA834-1. Unpublished report prepared by LGL Ecological Research Associates, Inc. for U.S. Minerals Management Service, Atlantic OCS Reg., Herndon, Virginia. NTIS PB91-168914.

Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA

Rivers, J.A. 1997. Blue whale, Balaenoptera musculus, vocalizations from the waters off central California. Marine Mammal Science 13: 186-195.

Ridgway, S.H., E.G. Wever, J.G. McCormick, J. Palin, and J.H. Anderson. 1969. Hearing in the giant sea turtle. Journal of the Acoustical Society of America 59, Supplement 1.S46.

Ridgway, S.H., E.G. Wever, J.G. McCormick, J. Palin, and J.H. Anderson. 1960. Hearing in the giant sea turtle, Chelonia mydas. Proceedings of the National Academy of Sciences 64(3):884-890.

Rivers J.A. 1997. Blue whale, Balaenoptera musculus, vocalizations from the waters off central California. Marine Mammal Science 13: 186-195.

Ruud, J.T. 1956. The blue whale. Scientific American 195: 46-50.

Salden, D. R. 1988. Humpback whale encounter rates offshore of Maui, Hawaii. Journal of Wildlife Management 52: 301-304.

Salden, D. R. 1987. An observation of apparent feeding by a sub-adult humpback whale off Maui. Eighth Biennial Conference on the Biology of Marine Mammals. Pacific Grove, California.

Sandgren, F.E. 1970. Breeding and maternal behavior of the Steller sea lion (Eumetopias jubatus) in Alaska. The Zoological Institute, University of Stockholm, Swedish Museum of Natural History.

Scarff, J.E. 1986. Historic and present distribution of the right whale (Eubalaena glacialis) in the eastern North Pacific south of 50°N and east of 180°W. Pp. 43-63. In Brownell Jr., R.L., P.B. Best, and J.H. Prescott (eds.), Right Whales: Past and Present Status. Reports of the International Whaling Commission; Special Issue No. 10. Cambridge, United Kingdom.

Schoenherr, J.R. 1991. Blue whales feeding on high concentrations of euphausiids in around Monterey Submarine Canyon. Canadian Journal of Zoology 69: 583-594.

Sease, J.L., and T.R. Loughlin. 1999. Aerial and land-based surveys of Steller sea lions (Eumetopias jubatus) in Alaska, June and July 1997 and 1998. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC, Alaska Fisheries Science Center, Seattle, Washington.

Sergeant, D. E. 1977. Stocks of fin whales, Balaenoptera physalus, in the North Atlantic Ocean. Reports of the International Whaling Commission 27: 460-473.

Shallenberger, E. E. 1978. Activities possibly affecting the welfare of humpback whales. p. 81-85 In: K.S. Norris and R.R. Reeves (eds.), Report on a workshop on problems related to humpback whales (Megaptera novaeangliae) in Hawaii. Unpublished report prepared by Sea Life Inc., for the U.S. Marine Mammal Commission, Bethesda, Maryland. MMC-77/03. NTIS PB-280794

Shane, S.H., R.S. Wells, and B. Wursig. 1986. Ecology, behavior and social organization of the bottlenose dolphin: A review. Marine Mammal Science 2(1):34-63.

Sharpe F.A., L.M. Dill. 1997. The behavior of Pacific herring schools in response to artificial humpback whale bubbles. Canadian Journal of Zoology 75: 725-730

Silber, G. K. 1986. The relationship of social vocalizations to surface behavior and aggression in the Hawaiian humpback whale (Megaptera novaeangliae). Canadian Journal of Zoology 64:2075-2080.

Biological Opinion on August 2002 Letter of Authorization for SURTASS LFA

Sleptsov, M.M. 1955. Biology of whales and the whaling fishory in Far Eastern seas. >Pishch. Prom.', Moscow [In Russian] (Transl. with comments and conclusions only by Fish. Res. Board Can., Transl. Ser. 118, 6 pp.)

Slijper E. 1962. Whales. Basic Books; New York, New York.

Smultea, M.A. 1989. Habitat utilization patterns of humpback whales off West Hawaii. Unpublished report prepared for the Marine Mammal Commission, Contract No. T6223925-9. Bethesda, Maryland.

Spaulding, G.C. 1964. Comparative feeding habits of the fur seal, sea lion, and harbour seal on the British Columbia coast. Fisheries Research Board of Canada, Bulletin No. 146.

Spero, D. 1981. Vocalizations and associated behavior of northern right whales *Eubalaena glacialis*. Abstracts of the Fourth Biennial Conference on the Biology of Marine Mammals, San Francisco, USA, December 1981.

St. Aubin, D.J. and J.R. Geraci. 1988. Capture and handling stress suppresses circulating levels of thyroxine (T4) and Triiodothyronine (T3) in beluga whales Delphinapterus leucas. Physiological Zoology 61(2): 170-175.

Strong, C.S. 1990. Ventilation patterns and behavior of balaenopterid whales in the Gulf of California, Mexico. Unpublished master's thesis, San Francisco State University, California.

Swingle, W. M., S. G. Barco, and T. D. Pitchford.1993. Appearance of juvenile humpback whales feeding in the nearshore waters of Virginia. Marine Mammal Science 9: 309-315.

Tarasevich, M.N. 1968. Pishchevye svyazi kasholotov v severnoi chasti Tikhogo Okeana. [Food connections of the sperm whales of the Northern Pacific.] [In Russian.] Zool. Zhur. 47:595-601. (Transl. by K. Coyle, univ. Alaska, Fairbanks, 1982, 11 pp.)

Taub, F. B. 1997. Are ecological studies relevant to pesticide registration decisions? Ecological Applications 7:1083.

Tershy, B.R., G. A. Acevedo, D. Breese, C.S. Strong. 1993. Diet and feeding behavior of fin and Bryde's whales in the central Gulf of California, Mexico. Rev Inv Cient 1 (No Esp SOMEMMA 1): 31-38.

Thomas, J. A., R. A. Kastelein and F. T. Awbrey. 1990. Behavior and blood catecholamines of captive belugas during playbacks of noise from an oil drilling platform. Zoo Biology 9(5): 393-402.

Thomas, J.A., P. Moore, R. Withrow and M. Stoermer. 1990b. Underwater audiogram of a Hawaiian monk seal (Monachus schauinslandi). Journal of the Acoustical Society of America 87(1): 417-420.

Thompson T. J., H. E. Winn, and P. J. Perkins. 1979. Mysticete sounds. Pages 403-431. In: H.E. Winn and B.L. Olla (editors). Behavior of Marine Animals. Vol. 3. Cetaceans. Plenum Press; New York, New York.

Thompson P.O., W.C. Cummings, S.J. Ha. 1986. Sounds, source levels, and associated behavior of humpback whales, southeast Alaska. Journal of the Acoustical Society of America 80: 735-740.

Thompson, P.O., L.T. Findley, and O. Vidal. 1992. 20-Hz pulses and other vocalizations of fin whales, Balaenoptera physalus, in the Gulf of California, Mexico. Journal of the Acoustical Society of America 92: 3051-3057.

Thompson P.O., L.T. Findley, O. Vidal, W.C. Cummings. 1996. Underwater sounds of blue whales, Balaenoptera physalus, in the Gulf of California, Mexico. Marine Mammal Science 288-293.

Thompson, P.O. and W.A. Friedl. 1982. A long term study of low frequency sounds from several species of whales off Oahu, Hawaii. Cetology 45: 1-19.

Thomson, C.A. and J.R. Geraci. 1986. Cortisol, aldosterone, and leucocytes in the stress response of bottlenose dolphins, Tursiops truncatus. Canadian Journal of Fisheries and Aquatic Sciences 43(5): 1010-1016

Tillman, M.F. 1977. Estimates of population size for the North Pacific sei whale. Reports of the International Whaling Commission Special Issue No. 1:98-106.

Todd S., P. Stevick, J. Lien, F. Marques, D. Ketten. 1996. Behavioural effects of exposure to underwater explosions in humpback whales Megaptera novaeangliae. Canadian Journal of Zoology 74: 1661-1672.

Tomich, P.Q. 1986. Mammals in Hawaii. A synopsis and notational bibliography. Second edition. Bishop Museum Press; Honolulu, Hawaii.

Tomilin, A. G. 1957. Cetacea. In: Heptner, V. G. (ed.). Mammals of the USSR and adjacent countries. Vol. 9. Israel Program for Scientific Translations, Jerusalem, 1967.

T nnessen, J.N. and O. Johnsen 1982. The history of modern whaling. University of California Press; Berkeley, California.

Townsend, C.H. 1935. The distribution of certain whales as shown by logbook records of American whaleships. Zoologica (N.Y.) 19:1-50.

Turl, C.W. 1980. Literature review on: I. Underwater noise from offshore oil operations and II. Underwater hearing and sound productions of marine mammals. Naval Ocean Systems Center Report, San Diego, California.

Tyack, P. 1981. Interactions between singing Hawaiian humpback whales and conspecifics nearby. Behavioural Ecology and Sociobiology 8: 105-116.

Tyack, P.L. 2000. Functional aspects of cetacean communication. Pages 270-307. In: J. Mann, R.C. Connor, P.L. Tyack, and H. Whitehead (eds.) Cetacean societies: field studies of dolphins and whales. The University of Chicago Press; Chicago, Illinois.

Tyack P. and H. Whitehead. 1983. Male competition in large groups of wintering humpback whales. Behaviour 83: 132-154.

Tyack, P.L. and C.W. Clark. 1997. Long range acoustic propagation of whale vocalizations. In: Taborsky M, Taborsky B (eds) Advances in Ethology, 32. pp 28. Contributions to the XXV International Ethological Conference, Vienna.

U.S. Department of Commerce. 1983. Draft management plan and environmental impact statement for the proposed Hawaii Humpback Whale National Marine Sanctuary. NOAA, Office of Ocean and Coastal Resource management, Sanctuary Programs Division, and Hawaii Department of Planning and Economic Development, Washington, D.C.

U.S. Department of the Navy [Navy]. 1999a. Biological Assessment for the Employment of the Surveillance Towed Array Sensor System Low Frequency Action (SURTASS LFA) Sonar. Washington, D.C.

U.S. Department of the Navy [Navy]. 1999b. Overseas Environmental Impact Statement and Environmental Impact Statement for Surveillance Towed Array Sensor System Low Frequency Action (SURTASS LFA) Sonar. Technical Report 1: Low Frequency Sound Scientific Research Program Technical Report (Responses of four species of whales to sounds of SURTASS LFA sonar transmissions). Department of the Navy, Chief of Naval Operations; Washington, D.C.



U.S. Department of the Navy [Navy]. 2001a. Final Overseas Environmental Impact Statement and Environmental Impact Statement for Surveillance Towed Array Sensor System Low Frequency Action (SURTASS LFA) Sonar. Department of the Navy, Chief of Naval Operations; Washington, D.C.

U.S. Department of the Navy [Navy]. 2001b. Overseas Environmental Impact Statement and Environmental Impact Statement for Surveillance Towed Array Sensor System Low Frequency Action (SURTASS LFA) Sonar. Technical Report 2: Acoustic Modeling Results. Department of the Navy, Chief of Naval Operations; Washington, D.C.

U.S. Environmental Protection Agency [EPA]. 1998. Guidelines for ecological risk assessment. Federal Register 63(93); 26846-26924.

Wade, P.R., and T. Gerrodette. 1993. Estimates of cetacean abundance and distribution in the Eastern Tropical Pacific. Reports of the International Whaling Commission 43:477-493.

Waite, J.M. and R. C. Hobbs. 1999. Small cetacean aerial survey of Prince William Sound and the western Gulf of Alaska in 1998 and preliminary abundance harbor porpoise estimates for the southeast Alaska and the Gulf of Alaska stocks. Annual Report 1998, NOAA National Marine Fisheries Service; Silver Spring, Maryland.

Watkins, W.A. 1986. Whale reactions to human activities in Cape Cod waters. Marine Mammal Science 2(4): 251-262.

Watkins, W.A., M.A. Dahr, K.M. Fristrup and T.J. Howald  1993. Sperm whales tagged with transponders and tracked underwater by sonar. Marine Mammal Science 9(1):55-67.

Watkins, W.A., K.E. Moore, and P. Tyack. 1985. Codas shared by Caribbean sperm whales. In: Abstracts of the Sixth Biennial Conference on the Biology of Marine Mammals, November 1985; Vancouver, British Columbia.

Watkins, W.A., K.E. Moore, and P. Tyack. 1985. Sperm whale acoustic behaviors in the southeast Caribbean. Cetology 49:1-15.

Watkins, W.A., P. Tyack, K.E. Moore, and J.E. Bird. 1987. The 20 Hz signals of finback whales (Balaenoptera physalus). Journal of the Acoustical Society of America 82(6): 1901-1912.

Watkins, W.A. 1981. Activities and underwater sounds of fin whales. Scientific Reports of the International Whaling Commission 33: 83-117.

Watkins, W.A. and W.E. Schevill. 1977. Spatial distribution of Physeter catodon (sperm whales) underwater. Deep-Sea Res. 24:693-699.

Watkins, W.A. and Wartzok, D. 1985. Sensory biophysics of marine mammals. Marine Mammal Science 1(3): 219-260.

Watkins, W.A. and W.E. Schevill. 1975. Sperm whales (Physter catodon) react to pingers. Deep-Sea Research 22: 123-129.

Watkins W.A., W.E. Schevill. 1972. Sound source location by arrival-times on a non-rigid three-dimensional hydrophone array. Deep-Sea Research 19: 691-706.

Watkins, W. A. 1977. Acoustic behavior of sperm whales. Oceanus. 2:50-58.

Watkins, W.A. 1980. Acoustics and the behavior of sperm whales. Pages 283-290. In: R.G. Busnel and J.F. Fish (editors). Animal Sonar Systems. Plenum Press; New York, New York.



Watkins, W. A., P. Tyack, K. E. Moore, and J. E. Bird. 1987. The 20-Hz signals of finback whales (Balaenoptera physalus). Journal of the Acoustical Society of America 82(6): 1901-1912.

Watkins, W. A., K. E. Moore, D. Wartzok, and J. H. Johnson. 1981. Radio tracking of finback (Balaenoptera physalus) and humpback (Megaptera novaeangliae) whales in Prince William Sound, Alaska. Deep-Sea Research 28A(6): 577-588.

Weilgart, L.S. and H. Whitehead. 1988. Distinctive vocalizations from mature male sperm whales (Physeter macrocephalus). Canadian Journal of Zoology 66:1931-1937.

Weilgart, L. and H. Whitehead. 1997. Group-specific dialects and geographical variation in coda repertoire in South Pacific sperm whales. Behavioural Ecology and Sociobiology 40: 277-285.

Wentsel, R. S. 1994. Risk assessment and environmental policy. Environmental Toxicology and Chemistry 13:1381.

Wetherall, J.A. 1983. Assessment of the stock of green turtles at East Island, French Frigate Shoals. Southwest Fisheries Center, Honolulu Laboratory, National Marine Fisheries Service, NOAA. Administrative Report H-83-8.

Whitehead, H. 1982. Populations of humpback whales in the northwest Atlantic. Reports of the International Whaling Commission 32:345-353.

Whitehead, H. 1996. Babysitting, dive synchrony, and indications of alloparental care in sperm whales. Behavioural Ecology and Sociobiology 38: 237-244.

Whitehead, H., J. Gordon, E. A. Mathews and K. R. Richard. 1990. Obtaining skin samples from living sperm whales. Marine Mammal Science 6(4):316-326.

Wiley, D.N., R.A. Asmutis, T.D. Pitchford, and D.P. Gannon.1995. Stranding and mortality of humpback whales, Megaptera novaeangliae, in the mid-Atlantic and southeast United States, 1985-1992. Fishery Bulletin, U.S. 93:196-205.

Winn, H.E., C.A. Price, and P.W. Sorensen. 1986. The distributional biology of the right whale (Eubalaena glacialis) in the western North Atlantic. Reports of the International Whaling Commission Special Issue No. 10:129-138.

Winn, H.E, P.J. Perkins, L. Winn. 1970. Sounds and behavior of the northern bottlenosed whale. Pages 53-59. In: Proceedings of the 7th Annual Conference on the Biology, Sonar and Diving of Mammals. Stanford Research Institute; Menlo Park, California.

Winn H.E., J.D. Goodyear, R.D. Kenney, R.O. Petricig. 1994. Dive patterns of tagged right whales in the Great South Channel. Continental Shelf Research 15: 593-611.

Wolman, A.A. and C.M. Jurasz. 1977. Humpback whales in Hawaii: Vessel census, 1976. Marine Fisheries Review 39(7):1-5.

Wu, C. and J. Schaum. 2000. Exposure assessment of Trichloroethylene. Environmental health perspectives. Supplements. 108: 359-364.

Yochem, P. K. and S. Leatherwood. 1985. Blue whale Balaenoptera musculus (Linnaeus, 1758). In: S.H Ridgway and R. Harrison (editors) Handbook of marine mammals. Volume 3. The sirenians and baleen whales. Academic Press, Inc.; London, United Kingdom.

York, AE. 1994. The population dynamics of northern sea lions 1975-85. Marine Mammal Science 10:38-51.