1  ROBERT L. FALK (SBN 142007)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
5  Email: RFalk@mofo.com
   Email: RStafford@mofo.com
6  Email: SSchindler@mofo.com

7  JOEL R. REYNOLDS (SBN 85276)
   CARA A. HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
8  1314 Second Street
   Santa Monica, California 90401
9  Telephone: (310) 434-2300
   Facsimile: (310) 434-2399

10 Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND
11 FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES;
   CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
12 PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 NATURAL RESOURCES DEFENSE COUNCIL,          Civil Action No. CV-07-4771-EDL
   INC.; INTERNATIONAL FUND FOR ANIMAL
16 WELFARE; THE HUMANE SOCIETY OF THE
   UNITED STATES; CETACEAN SOCIETY
17 INTERNATIONAL; LEAGUE FOR COASTAL           **DECLARATION OF BRENDA J.
   PROTECTION; OCEAN FUTURES SOCIETY;          FULLER REGARDING
18 JEAN-MICHEL COUSTEAU                         DELAYED FILING DUE TO
                                                ECF TECHNICAL FAILURE**
19              Plaintiffs,
           v.                                   **(Pursuant to General Order No.
20 CARLOS M. GUTIERREZ, SECRETARY OF THE       45 § VI.E.)**
   UNITED STATES DEPARTMENT OF
21 COMMERCE; NATIONAL MARINE FISHERIES         **Judge:** Hon. Elizabeth Laporte
   SERVICE; WILLIAM HOGARTH, ASSISTANT         **Ctrm:** E
22 ADMINISTRATOR FOR FISHERIES OF THE          **Hearing Date:** January 16, 2008
   NATIONAL OCEANOGRAPHIC AND                  **Time:** 2:00 p.m.
23 ATMOSPHERIC ADMINISTRATION; VICE
   ADMIRAL CONRAD C. LAUTENBACHER, JR.,
24 ADMINISTRATOR OF THE NATIONAL
   OCEANOGRAPHIC AND ATMOSPHERIC
25 ADMINISTRATION; UNITED STATES
   DEPARTMENT OF THE NAVY; DONALD C.
26 WINTER, SECRETARY OF THE UNITED STATES
   DEPARTMENT OF THE NAVY; ADMIRAL MIKE
27 MULLEN, CHIEF OF NAVAL OPERATIONS

              Defendants.
28

DECLARATION OF BRENDAY J. FULLER REGARDING DELAYED FILING DUE TO ECF TECHNICAL FAILURE
Case No. CV-07-4771-EDL
sf-2431497

I, Brenda J. Fuller, hereby declare as follows:

1. I am a legal secretary with the law firm of Morrison & Foerster LLP, counsel for Plaintiffs Natural Resources Defense Council, Inc., International Fund For Animal Welfare, The Humane Society of the United States, Cetacean Society International, League for Coastal Protection, Ocean Futures Society, and Jean-Michel Cousteau in the above-referenced action. I make this declaration based on personal knowledge. If called as a witness, I would testify as follows.

2. On Friday, November 30, 2007 at approximately 9:35 p.m. I attempted to access the ECF website to electronically file the following documents as required by the Court's Order of November 9, 2007 granting the Stipulated Request To Permit Plaintiffs And Defendants To Exceed Page Limit And Modify Briefing Schedule Applicable To Defendants' Opposition To Preliminary Injunction Motion And Plaintiffs' Reply:

- Reply Memorandum in Support of Plaintiffs' Motion For Preliminary Injunction;
- Supplemental Declaration of Sarah Schindler.

I attempted to gain access at least two times after 12:00 noon separated by at least one hour on November 30, 2007. Each time I attempted access, the Court's website was unavailable.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on December 3, 2007, in San Francisco, California.

By: ___*/s/ **Brenda J. Fuller**___

Brenda J. Fuller

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DECLARATION OF BRENDAY J. FULLER REGARDING DELAYED FILING DUE TO ECF TECHNICAL FAILURE
Case No. CV-07-4771-EDL
sf-2431497

1

| | | |
|---|---|---|
| 1 | Dated: December 3, 2007 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  */s/ Robin Stafford* <br>         Robin S. Stafford |
| 4 | | Attorneys for Plaintiffs Natural Resources Defense Council, et al. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

sf-2431497

2