ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR
ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN
SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES
SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS<br><br>Defendants. | Civil Action No. CV-07-4771-EDL<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br><br>**Judge:    Hon. Elizabeth Laporte**<br>**Ctrm:     E**<br>**Hearing Date:  January 16, 2008**<br>**Time:      2 p.m.** |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ROBERT R. FALK<br>MORRISON & FOERSTER, LLP<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-7000        FAX No: 415-276-7182 | | | | |

Attorney for: Plaintiff

Ref. No. or File No.:
NATURAL RESOURCES

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.

Defendant: CARLOS M. GUTIERREZ, ect., et al.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4771 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case;  Civil Cover Sheet;  Complaint For Declaratory And Injunctive Relief For Violation Of The Marine Mammal Protection Act, National Environmental Policy Act, Endangered Species Act, And Administrative Procedure Act;  Order Granting Joint Administrative Motion To Consider Whether Cases Should Be Related Under Local Rules 3-12 And 7-11 And Relating Civil Actions No. Cv-02-03805-Edl And 07-4771-Sba;  Reassignment Order;  Clerk's Notice;  Ecf Registration Information Handout;  Public Notice;  Waiver Of Service Of Summons;  Notice Of Lawsuit And Request For Waiver Of Service Of Summons;  Certificate Of Service(2);  Plaintiff's Certification Of Interested Entities Or Persons;  Order Setting Initial Case Management Conference And Adr Deadlines;  Judge Armstrong's Standing Orders;  Contents Of Joint Case Management Statement;  Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction;  Notice Of Lawsuit And Request For Waiver Of Service Of Summons;  Waiver Of Service Of Summons.

3. a. Party served:                       UNITED STATES ATTORNEY'S OFFICE
   b. Person served:                      DIANE LACKEY, AUTHORIZED TO ACCEPT

4. Address where the party was served:    450 GOLDEN GATE AVENUE
                                          11TH FLOOR
                                          SAN FRANCISCO, CA 94102

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Dec. 06, 2007 (2) at: 9:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNITED STATES ATTORNEY'S OFFICE
   Under CCP 416.50 (public entity)

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   d. *The Fee for Service was:*

   e.  I am: (3)  registered California process server
       (i)   Independent Contractor
       (ii)  *Registration No.:*      190
       (iii) *County:*                Marin

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon, Dec. 10, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(DOUG SCHROEDER)
6387988.morfo-sf.101906