ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
SARAH SCHINDLER (SBN 236414)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: SSchindler@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.;
INTERNATIONAL FUND FOR ANIMAL WELFARE;
THE HUMANE SOCIETY OF THE UNITED STATES;
CETACEAN SOCIETY INTERNATIONAL; LEAGUE
FOR COASTAL PROTECTION; OCEAN FUTURES
SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU, <br><br>Plaintiffs, <br><br>v. <br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS, <br><br>Defendants. | Civil Action No. 07-4771-EDL <br><br>**STIPULATION EXTENDING TERMS OF PRIOR STIPULATED LFA OPERATION AGREEMENT PENDING RESOLUTION OF PLAINTIFFS' PRELIMINARY INJUNCTION MOTION** <br><br>**Judge:   Hon. Elizabeth D. Laporte** <br>**Ctrm:    E** |

1    Plaintiffs Natural Resources Defense Council, Inc., The Humane Society Of The United

2 States, Cetacean Society International, League For Coastal Protection, Ocean Futures Society,

3 International Fund for Animal Welfare, and Jean-Michel Cousteau (collectively, "Plaintiffs") and

4 defendants Carlos M. Gutierrez, Secretary of the United States Department of Commerce,

5 National Marine Fisheries Service ("NMFS"), William Hogarth, Assistant Administrator for

6 Fisheries of the National Oceanographic and Atmospheric Administration ("NOAA"), Vice

7 Admiral Conrad C. Lautenbacher, Jr., Administrator of NOAA, United States Department of the

8 Navy, Donald C. Winter, Secretary of the United States Department of the Navy, and Admiral

9 Mike Mullen, Chief of Naval Operations (collectively "Defendants"), through their respective

10 counsel of record, enter into the following stipulation with reference to the following facts.

11    WHEREAS,

12    A.    On October 5, 2007, Plaintiffs and Defendants ("Parties") filed a Stipulation and

13 Proposed Order Setting Briefing Schedule and Hearing on Preliminary Injunction Motion and

14 Stipulated Consent to Proceed Before a United States Magistrate Judge.  Therein, the Parties

15 stipulated that, "[b]eginning immediately, *and until the time that the Court issues its decision on*

16 *a Preliminary Injunction, but no later than January 8, 2008*, Defendants shall operate

17 Surveillance Towed Array Sensor System ("SURTASS") Low Frequency Active Sonar ("LFA")

18 under the constraints specified in the 2003 permanent injunction, as amended in 2005, with the

19 exception that they may operate the LFA sonar system within the coastal exclusion zones set forth

20 in that injunction only when necessary to continue tracking an existing underwater contact

21 detected outside the exclusion zone or when operationally necessary to detect a new underwater

22 contact that would place the LFA sonar system within the coastal exclusion zone to maximize

23 opportunities for detection. This exception will not apply to any routine testing or training

24 activities. Under no circumstances will Defendants operate the LFA sonar system closer than the

25 12nm coastal exclusion zone specified in the new Final Rule."  (Emphasis added.)

26    B.    On October 9, 2007, this Court issued an Order approving the Parties' Stipulation,

27 and set the hearing on Plaintiffs' Motion for Preliminary Injunction for December 18, 2007;

28

STIPULATION EXTENDING TERMS OF PRIOR STIPULATED  LFA OPERATION AGREEMENT PENDING
RESOLUTION OF PLAINTIFFS' PRELIMINARY INJUNCTION MOTION
Case No.07-4771-EDL
sf-2437232

1

1       C.    On November 8, 2007, Parties filed a Stipulation to Permit Plaintiffs and

2   Defendants to Exceed the Page Limit and Modify Briefing Schedule Applicable to Defendants'

3   Opposition to Preliminary Injunction Motion and Plaintiffs' Reply;

4       D.    On November 9, 2007, this Court issued an Order approving the Parties'

5   Stipulation, and continued the hearing on Plaintiffs' Motion for Preliminary Injunction to

6   January 16, 2008 at 2:00 p.m.;

7       Based on the foregoing, Plaintiffs and Defendants, through their counsel of record,

8   stipulate as follows:

9       1.    Beginning immediately, and until the time that the Court issues its decision on a

10  Preliminary Injunction, but no later than February 6, 2008, Defendants shall operate Surveillance

11  Towed Array Sensor System ("SURTASS") Low Frequency Active Sonar ("LFA") under the

12  constraints specified in the 2003 permanent injunction, as amended in 2005, with the exception

13  that they may operate the LFA sonar system within the coastal exclusion zones set forth in that

14  injunction only when necessary to continue tracking an existing underwater contact detected

15  outside the exclusion zone or when operationally necessary to detect a new underwater contact

16  that would place the LFA sonar system within the coastal exclusion zone to maximize

17  opportunities for detection.  This exception will not apply to any routine testing or training

18  activities.  Under no circumstances will Defendants operate the LFA sonar system closer than the

19  12nm coastal exclusion zone specified in the new Final Rule.

20      2.    The agreement set forth in this Stipulation is intended solely to avoid unnecessary

21  emergency litigation and to ensure that the Court has sufficient time to render a decision on the

22  motion for a Preliminary Injunction.  This agreement does not constitute an admission of any

23  kind, and the Parties agree that it has no bearing on the Court's balancing of the harms in deciding

24  whether injunctive relief should issue.

25

26

27

28

STIPULATION EXTENDING TERMS OF PRIOR STIPULATED  LFA OPERATION AGREEMENT PENDING
RESOLUTION OF PLAINTIFFS' PRELIMINARY INJUNCTION MOTION
Case No. C-07-4771-EDL
sf-2437232

2

1  Dated:  December 19, 2007                    MORRISON & FOERSTER LLP
                                               ROBERT L. FALK
2                                              ROBIN S. STAFFORD
                                               SARAH B. SCHINDLER
3
                                               NATURAL RESOURCES DEFENSE COUNCIL, INC.
4                                              JOEL R. REYNOLDS
                                               CARA A. HOROWITZ
5

6
                                               By:_____/s/ Robin S. Stafford_____
7                                                        Robin S. Stafford

8                                              Attorneys for Plaintiffs
                                               NATURAL RESOURCES DEFENSE COUNCIL,
9                                              INC.; INTERNATIONAL FUND FOR ANIMAL
                                               WELFARE; THE HUMANE SOCIETY OF THE
10                                             UNITED STATES; CETACEAN SOCIETY
                                               INTERNATIONAL; LEAGUE FOR COASTAL
11                                             PROTECTION; OCEAN FUTURES SOCIETY;
                                               JEAN-MICHEL COUSTEAU
12

13  Dated:  December 19, 2007                    UNITED STATES DEPARTMENT OF JUSTICE
                                               GUILLERMO A. MONTERO
14                                             KRISTEN L. GUSTAFSON

15

16                                             By:_____/s/ Guillermo A. Montero_____
                                                        Guillermo A. Montero
17
                                               Attorneys for Defendants
18                                             CARLOS M. GUTIERREZ, SECRETARY OF THE
                                               UNITED STATES DEPARTMENT OF
19                                             COMMERCE; NATIONAL MARINE FISHERIES
                                               SERVICE; WILLIAM HOGARTH, ASSISTANT
20                                             ADMINISTRATOR FOR FISHERIES OF THE
                                               NATIONAL OCEANOGRAPHIC AND
21                                             ATMOSPHERIC ADMINISTRATION; VICE
                                               ADMIRAL CONRAD C. LAUTENBACHER, JR.,
22                                             ADMINISTRATOR OF THE NATIONAL
                                               OCEANOGRAPHIC AND ATMOSPHERIC
23                                             ADMINISTRATION; UNITED STATES
                                               DEPARTMENT OF THE NAVY; DONALD C.
24                                             WINTER, SECRETARY OF THE UNITED
                                               STATES DEPARTMENT OF THE NAVY;
25                                             ADMIRAL MIKE MULLEN, CHIEF OF NAVAL
                                               OPERATIONS
26

27

28