UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**         **Date:** January 16, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**    C-07-04771 EDL

**Title:**    NATURAL RESOURCES DEFENSE COUNCIL, INC., et al v. CARLOS GUTIERREZ, et al

**Attorneys:**    Plaintiffs: Maria Chedid, Joel Reynolds
Defendants: Kristen L. Gustafson, Guillermo A. Montero

**Deputy Clerk:**    Lili M. Harrell      **Court Reporter:**    Juanita Gonzalez

**PROCEEDINGS:**                                        **RULINGS:**

Plaintiffs' Motion for Preliminary Injunction [14]      Submitted

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:** [ ] Plaintiff [ ] Defendant [X] Court

**Case Continued to:**

Notes:

cc: