1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
3
   JEAN E. WILLIAMS, Chief
4  KRISTEN L. GUSTAFSON, Senior Trial Attorney
   Wildlife and Marine Resources Section
5  GUILLERMO A. MONTERO, Trial Attorney
   Natural Resources Section
6  Environment & Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
7  Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
   Washington, D.C. 20044
8  (202) 305-0211 (tel.) / (202) 305-0443 (tel.)
   (202) 305-0275 (fax)/ (202) 305-0274 (fax)
9  Kristen.Gustafson@usdoj.gov
   Guillermo.Montero@usdoj.gov
10
   **Counsel for Federal Defendants**
11

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13                **SAN FRANCISCO DIVISION**

14

15  NATURAL RESOURCES DEFENSE          )
    COUNCIL, INC., et al.,             )    Civ. Action No. 07-4771-EDL
16                                     )
            Plaintiffs,                )
17                                     )    DEFENDANTS' RESPONSE TO
    v.                                 )    PLAINTIFFS' OBJECTION RE:
18                                     )    DEMONSTRATIVE EXHIBIT
    CARLOS GUTIERREZ, SECRETARY        )    INTRODUCED DURING PRELIMINARY
19  OF THE UNITED STATES               )    INJUNCTION HEARING
    DEPARTMENT OF COMMERCE, et al.     )
20                                     )
            Defendants.                )
21                                     )
    _____   )
22

23

24

25

26

27

28

1

2    Federal Defendants, by and through their undersigned counsel, hereby submit this response to

3    the Plaintiffs' objection to evidence, which has been styled "Plaintiffs' Response to Defendants'

4    Demonstrative Exhibit Introduced During Preliminary Injunction Hearing" (Dkt. #85) (hereinafter

5    "objection").

6                                              **ARGUMENT**

7    Plaintiffs' objection to the Demonstrative Exhibit ("Exhibit") submitted during the January

8    16, 2008 preliminary injunction hearing has no merit, and provides no support for the Plaintiffs'

9    request that the Exhibit be disregarded.

10    First, the objection asserts that the Exhibit "distorts the factual record and the parties'

11    arguments." Objection at 1:14-15. This is incorrect. Even a cursory review reveals that the Exhibit

12    does not provide any characterization whatsoever of the Plaintiffs' assertions of injury or the

13    Defendants' responsive evidence. Rather, the left column of the Exhibit quotes each of the assertions

14    of injury made in the Plaintiffs' briefs, while the right column provides citations to the Defendants'

15    declarations and/or exhibits that rebut each of the Plaintiffs' assertions. Significantly, the right

16    column does not paraphrase or otherwise interpret the referenced evidence, but instead leaves it to the

17    Court to examine those declarations and exhibits and draw its own conclusions.

18    Second, the objection asserts that the Exhibit is improper because it omits the underlying

19    factual support cited in the Plaintiffs papers, thereby "prevent[ing] fair consideration of the relevant

20    merit of the parties' contentions." Objection at 1:16-17 and 2:1-2. This argument is also incorrect.

21    The left column of the Exhibit not only quotes the Plaintiffs' assertions of harm, but also provides

22    citations (by page and line number) to each of the briefs from which those assertions are quoted.

23    Once again, the Exhibit leaves it to the Court to examine the Plaintiffs' briefs as well as any

24    evidentiary support that the Plaintiffs may have cited therein. Contrary to the Plaintiffs' assertions,

25    the Exhibit not only allows, but streamlines the Court's consideration of the relevant merit of the

26    parties' contentions.

27

28    DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION RE:
DEMONSTRATIVE EXHIBIT INTRODUCED DURING PRELIM. INJ. HEARING
Case No. 07-4771-EDL

1       Last, Plaintiffs argue that the Exhibit is improper because the Defendants were required to

2 provide citations to each item of responsive evidence in their Opposition brief.  Objection at 2:3-9.

3 This argument is unpersuasive.  The Defendants' introduction of an Exhibit that merely identifies

4 evidence to rebut the Plaintiffs' assertions of injury was appropriate.  That we opted to submit the

5 Exhibit in paper form rather than have counsel recite its contents from the lectern should make no

6 difference.  Moreover, it is undisputed that all of the materials referenced in the Exhibit were filed

7 with the Defendants' Opposition brief.  The Exhibit itself provides no additional evidence, but rather

8 serves only as a reference tool for navigating the material that had previously been placed before the

9 Court.

10       At bottom, the Exhibit merely provides a "roadmap" that this Court may use to streamline its

11 identification and consideration of the parties' various and voluminous declarations and exhibits.  It

12 does not mischaracterize the Plaintiffs' assertions, nor does it prevent fair consideration of the

13 Plaintiffs' evidence.

**CONCLUSION**

15       For the foregoing reasons, the Plaintiffs' objection to the Defendants' Demonstrative Exhibit

16 has no merit.  Defendants' respectfully submit that the Court should utilize the Exhibit to facilitate

17 the identification and examination of evidence responsive to the Plaintiffs' assertions of injury.

Dated: January 25, 2008          RONALD J. TENPAS
                          Acting Assistant Attorney General
                          United States Department of Justice
                          Environment & Natural Resources Division

                          JEAN E. WILLIAMS,  Chief
                          KRISTEN GUSTAFSON, Trial Attorney
                          United States Department of Justice
                          Environment & Natural Resources Division
                          Wildlife & Marine Resources Section

              By:      */s/ Guillermo A. Montero*
                        GUILLERMO MONTERO, Trial Attorney
                        MA Bar #660903
                        United States Department of Justice
                        Environment & Natural Resources Division

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
Tel. (202) 305-0443/ Fax (202) 305-0274
Guillermo.Montero@usdoj.gov

Counsel for Federal Defendants

1

2                                    **CERTIFICATE OF SERVICE**

3

4        I hereby certify that on January 25, 2008, I filed the foregoing document using the Electronic

5   Case Filing System, which will cause electronic notices of filing and service copies to be served upon

6   counsel of record for the parties.

7

8
                                              */s/ Guillermo A. Montero*
9                                             Guillermo A. Montero

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28