IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. ET AL,<br><br>     Plaintiff,<br><br>  v.<br><br> GUTIERREZ ET AL,<br><br>     Defendant. | No. C-07-04771 EDL<br><br>**ORDER REQUIRING FURTHER INFORMATION** |

The SEIS states: "The Navy is currently evaluating the proposal to make Davidson Seamount an OBIA and will provide a response prior to the termination of the current NMFS Rule authorizing SURTASS LFA operations." SEIS at 10-114. The parties gave no indication at the hearing whether this issue had been resolved. Accordingly, no later than February 1, 2008, the parties shall confirm or correct the Court's understanding that Davidson Seamount was not designated as an OBIA and provide a citation from the record, if any exists, showing where the Navy responded to the proposal to designate Davidson Seamount as an OBIA.

**IT IS SO ORDERED.**

Dated: January 25, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge