1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
3
   JEAN E. WILLIAMS, Chief
4  KRISTEN L. GUSTAFSON, Senior Trial Attorney
   Wildlife and Marine Resources Section
5  GUILLERMO A. MONTERO, Trial Attorney
   Natural Resources Section
6  Environment & Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
7  Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
   Washington, D.C. 20044
8  (202) 305-0211 (tel.) / (202) 305-0443 (tel.)
   (202) 305-0275 (fax)/ (202) 305-0274 (fax)
9  Kristen.Gustafson@usdoj.gov
   Guillermo.Montero@usdoj.gov
10
   **Counsel for Federal Defendants**
11

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13                 **SAN FRANCISCO DIVISION**

14

15  NATURAL RESOURCES DEFENSE           )
    COUNCIL, INC., et al.,              )    Civ. Action No. 07-4771-EDL
16                                      )
            Plaintiffs,                 )
17                                      )    RESPONSE TO ORDER REQUIRING
    v.                                  )    FURTHER INFORMATION
18                                      )
    CARLOS GUTIERREZ, SECRETARY         )
19  OF THE UNITED STATES                )
    DEPARTMENT OF COMMERCE, et al.      )
20                                      )
            Defendants.                 )
21                                      )
    _____)
22

23

24

25

26

27

28  RESPONSE TO ORDER REQUIRING FURTHER INFORMATION
    Case No. 07-4771-EDL

1

2

Federal Defendants, by and through their undersigned counsel, hereby submit this response to the Court's January 25, 2008 Order Requiring Further Information (Dkt. #87).

3

4

5

6

7

8

As the Court observed, the Supplemental Environmental Impact Statement ("SEIS") stated that the Federal Defendants were evaluating the proposal to make Davidson Seamount an OBIA, and that Defendants would "provide a response prior to the termination of the [2002 NMFS Rule] authorizing SURTASS LFA operations."  See Dkt. #87 (quoting SEIS at 10-114).  The Court requests a citation to the record that indicates where the Navy responded to the comment concerning potential designation of the Davidson Seamount.

9

10

11

12

A response to this comment appears in the Record of Decision ("ROD") for the SEIS.  See Defs' Prelim. Inj. Exhibit 8 at 56-57.  For the Court's convenience, that response is reproduced below:

13

14

15

16

17

18

19

20

21

22

> In its comments on the Final SEIS (RTC 4.7.1), NOAA [National Marine Sanctuaries Program] requested that the Navy consider adding Davidson Seamount to the list of OBIAs because it [is] an important feeding ground for sperm whales along the California Coast and is close to the OBIA established for the Monterey Bay National Marine Sanctuary.  Under the current and proposed regulations, the Navy must provide annual applications to NMFS for LOAs for each ship's operations for the upcoming year.  These annual applications to NMFS for SURTASS LFA sonar LOA renewals use a sensitivity / risk assessment process to assess potential impacts to marine mammals.  This process is discussed above and in the SEIS p. 4-37 to 4-51.  If in the future the Navy's applications include the Davidson Seamount, the above analytical process using the current literature available on marine mammal seasonal abundances and densities will be utilized to determine the potential for SURTASS LFA operations to affect marine mammal stocks.  The Navy will operate SURTASS LFA sonar under all mitigation requirements of the Final SEIS, the Final Rule, and this document.  Therefore, the Navy has determined that Davidson Seamount has adequate protection under the current and proposed regulations.

23

Id.

24

25

In addition to the ROD, the National Marine Fisheries Service's ("NMFS") Final Rule Decision Memorandum (Exhibit A),[1]/ and Final SEIS Adoption Memorandum (Exhibit B), reflect

26

27

_____

[1]/  Citations to "Exhibit __" refer to exhibits to the Declaration of Guillermo A. Montero, filed concurrently herewith.

28

1   NMFS's determination not to designate the Davidson Seamount as an OBIA.  Both documents were

2   considered in the course of NMFS's decision-making process and, accordingly, both form part of the

3   administrative record for the 2007 Final Rule.  The relevant excerpt from the Final Rule Decision

4   Memorandum states:

> Proposals by the NMS Program to the Navy as part of its sanctuaries consultation,
> included recommendations for new OBIA designations for the Northwestern Hawaiian
> Islands (NWHI) and Davidson Seamount. . . . Davidson Seamount was recommended by
> the [NOAA National Marine Sanctuaries Program] based on a statement that sperm
> whales are around the seamount. The top of the Seamount is 4000 ft below the water
> surface and we have no information that this seamount is any different than the thousands
> of others across the Pacific. More recently, we were informed that the NMSP intends to
> propose to expand the Monterey Bay NMS to include Davidson Seamount. If this occurs,
> we will change the coordinates of the Monterey Bay NMS OBIA in these regulations.

11  See Exhibit A at 5.  The relevant excerpt from the Final SEIS Adoption Memorandum states as

12  follows:

> After a thorough analysis of the Davidson Seamount, the Navy consulted with NMFS
> Office of Protected Resources, and decided that the Davidson Seamount, at this time, does
> not fit the requirements of an OBIA (as set by the Final Rule, § 216.191) due to a lack of
> data regarding the importance of the grounds as a feeding habitat.

16  See Exhibit B at 11.  Thus, the record documents indicate that the Davidson Seamount was not

17  designated as an OBIA.

18

19  Dated: January 31, 2008                    RONALD J. TENPAS
20                                             Acting Assistant Attorney General
                                               United States Department of Justice
21                                             Environment & Natural Resources Division

22                                             JEAN E. WILLIAMS,  Chief
                                               KRISTEN GUSTAFSON, Trial Attorney
23                                             United States Department of Justice
                                               Environment & Natural Resources Division
24                                             Wildlife & Marine Resources Section

25                             By:    /s/ Guillermo A. Montero
                                               GUILLERMO MONTERO, Trial Attorney
26                                             MA Bar #660903
                                               United States Department of Justice
27                                             Environment & Natural Resources Division
                                               Natural Resources Section

28  RESPONSE TO ORDER REQUIRING FURTHER INFORMATION
    Case No. 07-4771-EDL
                                          - 3 -

1

Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
2
Tel. (202) 305-0443/ Fax (202) 305-0274
Guillermo.Montero@usdoj.gov
3

Counsel for Federal Defendants
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONSE TO ORDER REQUIRING FURTHER INFORMATION
Case No. 07-4771-EDL

1

2

## **CERTIFICATE OF SERVICE**

3

4      I hereby certify that on January 31, 2008, I filed the foregoing document using the Electronic

5   Case Filing System, which will cause electronic notices of filing and service copies to be served upon

6   counsel of record for the parties.

7

8

                                        */s/ Guillermo A. Montero*
9                                       Guillermo A. Montero

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONSE TO ORDER REQUIRING FURTHER INFORMATION
Case No. 07-4771-EDL