RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. <br><br> Defendants. | Civ. Action No. 07-4771-EDL <br><br> DECLARATION OF GUILLERMO A. MONTERO IN SUPPORT OF RESPONSE TO ORDER REQUIRING FURTHER INFORMATION |

DECLARATION OF GUILLERMO A. MONTERO IN SUPPORT OF
RESPONSE TO ORDER REQUIRING FURTHER INFORMATION
Case No. 07-4771-EDL

I, Guillermo A. Montero, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the bar of Massachusetts, and I am employed as a trial attorney with the United States Department of Justice, Environment and Natural Resources Division, Natural Resources Section. I am one of the attorneys of record assigned to represent the Federal Defendants in this action. I have personal knowledge of the facts stated herein and, if called upon to testify, I would testify that the facts set forth below are true and correct.

2. Attached as **Exhibit A** is a true and correct copy of the August 14, 2007 Final Rulemaking for the Taking, by Harassment, of Marine Mammals Incidental to Navy Operations of Surveillance Towed Array Sensor System Low Frequency Active (SURTASS LFA) Sonar — Decision Memorandum ("Final Rule Decision Memorandum").

3. Attached as **Exhibit B** is a true and correct copy of the August 14, 2007 Adoption of the Department of the Navy's Final Supplemental Environmental Impact Statement on Surveillance Towed Array Sensory System Low Frequency Active (SURTASS LFA) Sonar — Decision Memorandum ("Final SEIS Adoption Memorandum").

Executed this 30th day of January, 2008, in Washington, DC.

　　　　　　　　　　　　　　　　　　　　  /s/ Guillermo A. Montero
　　　　　　　　　　　　　　　　　　　　 Guillermo A. Montero

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I filed the foregoing document using the Electronic Case Filing System, which will cause electronic notices of filing and service copies to be served upon counsel of record for the parties.

                                          */s/ Guillermo A. Montero*
                                          Guillermo A. Montero