RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | Civ. Action No. 07-4771-EDL |
| Plaintiffs, | STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO ANSWER |
| v. | PLAINTIFFS' COMPLAINT |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | [PROPOSED] ORDER |
| Defendants. | Judge: Hon. Elizabeth D. Laporte |

Stipulation and [Proposed] Order Permitting Extension of Time to Answer
NRDC v. Gutierrez, Case No. 07-4771-EDL

1   WHEREAS, Plaintiffs filed the above captioned case on September 17, 2007;

2   WHEREAS, Plaintiffs served the United States Attorney's Office for the Northern District of
3   California with the Summons and Complaint on December 6, 2007;

4   WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants' answer to
5   Plaintiffs' Complaint would be due on February 4, 2008;

6   WHEREAS, Defendants aver that, due to the intervening holidays, preparation for the January
7   16, 2008 preliminary injunction hearing in this case, and heavy workloads in government counsels'
8   other cases, a one month extension of time to March 4, 2008, is necessary for Defendants to answer
9   Plaintiffs' Complaint;

10  WHEREAS, Plaintiffs do not oppose a one month extension of Defendants' time to answer;

11  Subject to the approval of the Court, the parties hereby stipulate as follows:

12  1.   Defendants' time to answer Plaintiffs' Complaint shall be enlarged to March 4, 2008.

13  //
14  //
15  //
16  //
17  //

Dated: February 1, 2008

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife & Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
Tel. (202) 305-0211/ Tel. (202) 305-0443
Fax (202) 305-0275/ Fax (202) 305-0274
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

Stipulation and [Proposed] Order Permitting Extension of Time to Answer
NRDC v. Gutierrez, Case No. 07-4771-EDL

- 1 -

|   |   |   |
|---|---|---|
|   | By: | /s/Kristen L. Gustafson |
|   |   | Kristen L. Gustafson |

Counsel for Federal Defendants

Dated: February 1, 2008

MORRISON & FOERSTER LLP
ROBERT L. FALK
ROBIN S. STAFFORD
SARAH B. SCHINDLER
425 Market Street
San Francisco, CA 94105-2482
Tel. (415) 268-7000
Fax (415) 268-7522

NATURAL RESOURCES DEFENSE COUNCIL, INC.
JOEL R. REYNOLDS
CARA A. HOROWITZ
1314 Second Street
Santa Monica, CA 90401
Tel. (310) 434-2300
Fax (310) 434-2399

By: /s/ Sarah B. Schindler
Sarah B. Schindler

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.;
INTERNATIONAL FUND FOR ANIMAL WELFARE;
THE HUMANE SOCIETY OF THE UNITED
STATES; CETACEAN SOCIETY INTERNATIONAL;
LEAGUE FOR COASTAL PROTECTION; OCEAN
FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008.    By: _____
   Honorable Elizabeth D. Laporte
   United States Magistrate Judge

Stipulation and [Proposed] Order Permitting Extension of Time to Answer
NRDC v. Gutierrez, Case No. 07-4771-EDL