RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. <br><br> Defendants. | Civ. Action No. 07-4771-EDL <br><br> NOTICE OF LODGING: RESPONSE TO COURT'S REQUEST FOR GRAPHICS AT PRELIMINARY INJUNCTION HEARING |

NOTICE OF LODGING
Case No. 07-4771-EDL

PLEASE TAKE NOTICE that Federal Defendants hereby lodge with the Clerk two graphics in .pdf format via the Court's Electronic Case Filing System.  These graphics are submitted in response to the Court's instructions during the Hearing held on January 16, 2008, concerning the Plaintiffs' Motion for Preliminary Injunction (Dkt. #84), as well as instructions received from the Court via telephone on January 28, 2008.

The first graphic plots the approximate location of the Offshore Biologically Important Areas that the National Marine Fisheries Service has designated to date under the 2002 and 2007 Final Rules.

The second graphic illustrates the scope of the operating area authorized by the August 15, 2007 Letters of Authorization ("LOA"), as compared to the scope of operations authorized under the 2005 amended permanent injunction issued in Natural Resources Defense Counsel v. Evans, Case No. CV-02-03805-EDL.  The only distinction between the two scenarios is that the brown lines, which depict the 12 nm coastal exclusion zone authorized under the LOAs, replace the adjacent portions of the red boundary lines, which represent the coastal exclusion zone in effect under the terms of the permanent injunction.  Where no brown lines appear adjacent to the red boundary lines, the parameters of the operating area under the LOAs are identical to those authorized under the injunction.

Respectfully submitted this 1st day of February, 2008:

>                               RONALD J. TENPAS
>                               Acting Assistant Attorney General
>                               United States Department of Justice
>                               Environment & Natural Resources Division
>
>                               JEAN E. WILLIAMS, Chief
>                               KRISTEN GUSTAFSON, Trial Attorney
>                               United States Department of Justice
>                               Environment & Natural Resources Division
>                               Wildlife & Marine Resources Section
>
>                 By:     */s/ Guillermo A. Montero*
>                               GUILLERMO MONTERO, Trial Attorney

NOTICE OF LODGING
Case No. 07-4771-EDL

- 1 -

MA Bar #660903
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
Tel. (202) 305-0443/ Fax (202) 305-0274
Guillermo.Montero@usdoj.gov

Counsel for Federal Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, I filed the foregoing document using the Electronic Case Filing System, which will cause electronic notices of filing and service copies to be served upon counsel of record for the parties.

                                                       */s/ Guillermo A. Montero*
                                                      Guillermo A. Montero