RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | Civ. Action No. 07-4771-EDL |
| Plaintiffs, | STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO ANSWER |
| v. | PLAINTIFFS' COMPLAINT |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | [~~PROPOSED~~] ORDER |
| Defendants. | Judge: Hon. Elizabeth D. Laporte |

Stipulation and [Proposed] Order Permitting Extension of Time to Answer
NRDC v. Gutierrez, Case No. 07-4771-EDL

1    WHEREAS, Plaintiffs filed the above captioned case on September 17, 2007;

2    WHEREAS, Plaintiffs served the United States Attorney's Office for the Northern District of
3    California with the Summons and Complaint on December 6, 2007;

4    WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants' answer to
5    Plaintiffs' Complaint would be due on February 4, 2008;

6    WHEREAS, Defendants aver that, due to the intervening holidays, preparation for the January
7    16, 2008 preliminary injunction hearing in this case, and heavy workloads in government counsels'
8    other cases, a one month extension of time to March 4, 2008, is necessary for Defendants to answer
9    Plaintiffs' Complaint;

10   WHEREAS, Plaintiffs do not oppose a one month extension of Defendants' time to answer;

11   Subject to the approval of the Court, the parties hereby stipulate as follows:

12   1.   Defendants' time to answer Plaintiffs' Complaint shall be enlarged to March 4, 2008.

13   //
14   //
15   //
16   //
17   //

18
Dated: February 1, 2008                RONALD J. TENPAS
19                                      Acting Assistant Attorney General
                                        United States Department of Justice
20                                      Environment & Natural Resources Division

21                                      JEAN E. WILLIAMS, Chief
                                        KRISTEN L. GUSTAFSON, Senior Trial Attorney
22                                      Wildlife & Marine Resources Section
                                        GUILLERMO A. MONTERO, Trial Attorney
23                                      Natural Resources Section
                                        United States Department of Justice
24                                      Environment & Natural Resources Division
                                        Ben Franklin Station, P.O. Box 663
25                                      Washington, D.C. 20044-663
                                        Tel. (202) 305-0211/ Tel. (202) 305-0443
26                                      Fax (202) 305-0275/ Fax (202) 305-0274
                                        Kristen.Gustafson@usdoj.gov
27                                      Guillermo.Montero@usdoj.gov

28
Stipulation and [Proposed] Order Permitting Extension of Time to Answer
 NRDC v. Gutierrez, Case No. 07-4771-EDL

- 1 -

|   |                            |       |                                          |
|---|----------------------------|-------|------------------------------------------|
| 1 |                            |       |                                          |
| 2 |                            | By:   | /s/Kristen L. Gustafson                  |
|   |                            |       | Kristen L. Gustafson                     |
| 3 |                            |       |                                          |
|   |                            |       | Counsel for Federal Defendants           |
| 4 |                            |       |                                          |

Dated: February 1, 2008

MORRISON & FOERSTER LLP
ROBERT L. FALK
ROBIN S. STAFFORD
SARAH B. SCHINDLER
425 Market Street
San Francisco, CA 94105-2482
Tel. (415) 268-7000
Fax (415) 268-7522

NATURAL RESOURCES DEFENSE COUNCIL, INC.
JOEL R. REYNOLDS
CARA A. HOROWITZ
1314 Second Street
Santa Monica, CA 90401
Tel. (310) 434-2300
Fax (310) 434-2399

By: /s/ Sarah B. Schindler
Sarah B. Schindler

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.;
INTERNATIONAL FUND FOR ANIMAL WELFARE;
THE HUMANE SOCIETY OF THE UNITED
STATES; CETACEAN SOCIETY INTERNATIONAL;
LEAGUE FOR COASTAL PROTECTION; OCEAN
FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __February 1_____, 2008.   By: _____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Stipulation and [Proposed] Order Permitting Extension of Time to Answer
NRDC v. Gutierrez, Case No. 07-4771-EDL
- 2 -