IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, et al.,<br><br>Defendants. | No. C-07-04771 EDL<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

This matter is REFERRED to Magistrate Judge Joseph C. Spero for purposes of conducting a settlement conference. Counsel will be notified of the date, time and place of the conference.

**IT IS SO ORDERED.**

Dated: February 6, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge