| | |
|---|---|
| 1 | ROBERT L. FALK (SBN 142007) |
|   | ROBIN S. STAFFORD (SBN 200950) |
| 2 | SARAH SCHINDLER (SBN 236414) |
|   | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
|   | San Francisco, California 94105-2482 |
| 4 | Telephone: (415) 268-7000 |
|   | Facsimile: (415) 268-7522 |
| 5 | Email: RFalk@mofo.com |
|   | Email: RStafford@mofo.com |
|   | Email: SSchindler@mofo.com |
| 6 | |
| 7 | JOEL R. REYNOLDS (SBN 85276) |
|   | CARA A. HOROWITZ (SBN 220701) |
|   | NATURAL RESOURCES DEFENSE COUNCIL, INC. |
| 8 | 1314 Second Street |
|   | Santa Monica, CA 90401 |
|   | Telephone: (310) 434-2300 |
| 9 | Facsimile: (310) 434-2399 |
| 10 | Attorneys for Plaintiffs |
|    | NATURAL RESOURCES DEFENSE COUNCIL, INC.; |
| 11 | INTERNATIONAL FUND FOR ANIMAL WELFARE; |
|    | THE HUMANE SOCIETY OF THE UNITED STATES; |
|    | CETACEAN SOCIETY INTERNATIONAL; LEAGUE |
| 12 | FOR COASTAL PROTECTION; OCEAN FUTURES |
|    | SOCIETY; JEAN-MICHEL COUSTEAU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MIKE MULLEN, CHIEF OF NAVAL OPERATIONS, <br><br> Defendants. | Civil Action No. 07-4771-EDL <br><br> **JOINT STATEMENT AND PROPOSED ORDER** <br><br> **Judge:** Hon. Elizabeth D. Laporte <br> **Ctrm:** E |

1    Pursuant to the Court's February 6, 2008 Opinion and Order Granting in Part Plaintiffs'
2    Motion for Preliminary Injunction ("Order"), Plaintiffs Natural Resources Defense Council, Inc.,
3    International Fund for Animal Welfare, The Humane Society of The United States, Cetacean Society
4    International, League for Coastal Protection, Ocean Futures Society, and Jean-Michel Cousteau
5    (collectively, "Plaintiffs") and Defendants Carlos M. Gutierrez, Secretary of the United States
6    Department of Commerce; National Marine Fisheries Service ("NMFS"); William Hogarth, Assistant
7    Administrator for Fisheries of the National Oceanographic and Atmospheric Administration
8    ("NOAA"); Vice Admiral Conrad C. Lautenbacher, Jr., Administrator of NOAA; United States
9    Department of the Navy ("Navy"); Donald C. Winter, Secretary of the Navy; and Admiral Mike
10   Mullen, Chief of Naval Operations (collectively, "Defendants") submit this Joint Statement and
11   Proposed Order.
12       On February 6, 2008, the Court issued two orders. The first granted in part and denied in part
13   the Plaintiffs' motion for preliminary injunction. The second referred this matter to the Honorable
14   Joseph C. Spero for a conference to negotiate the scope of the preliminary injunction consistent with
15   the findings and instructions in the Order. Shortly after the orders issued, Judge Spero contacted the
16   parties regarding scheduling of the conference. Based on Judge Spero's availability and the
17   availability of the parties, the conference has been set for March 26, 2008.
18       In light of these developments, the Parties have met and conferred about whether it would
19   be desirable to continue the case management conference currently scheduled for February 19,
20   2008 to another date.
21       Plaintiffs are amenable to continuing the case management conference, but believe that there
22   are pressing issues to address with the Court – including setting dates for the completion of the
23   administrative record and a briefing schedule for summary judgment proceedings – that are not tied
24   to the scope of the preliminary injunction and should not wait until the settlement conference is
25   concluded. Plaintiffs believe that waiting until April for the Court to establish a firm deadline for
26   completion of the administrative record and to set dates leading to an expeditious summary judgment
27   hearing is inadvisable and risks substantial delay.
28

JOINT STATEMENT AND [Proposed] ORDER        1
No. C 07-4771-EDL

sf-2467835

1    Indeed, in the first phase of this litigation, the Court assured expeditious completion of the
2    administrative records by issuing a case management order setting dates for the certification of the
3    record and for summary judgment proceedings on November 20, 2002, just twenty days after its
4    October 31, 2002 order granting preliminary injunction.  By contrast, under Defendants' proposal, the
5    parties will not even have the opportunity to *discuss* these issues with the Court until nearly two
6    months after the February 6, 2008 order.
7    Thus, Plaintiffs believe that efficiency and sound judicial management are best served by
8    setting another case management conference for March 4, 2008 to discuss these and other issues
9    unrelated to the scope of preliminary injunction, with a joint statement in compliance with the
10   Court's standing order due a week prior.
11   Defendants request that the Court vacate the February 19, 2008 case management conference
12   to address the process of finalizing the preliminary injunction and reschedule the case management
13   conference for a date after March 26, 2008, at which time the Parties may address scheduling issues.
14   Defendants submit that deferring the case management conference until after the March 26, 2008
15   mediation will not result in unnecessary delay as the Defendant agencies are already in the process of
16   compiling their respective administrative records.  Moreover, deferring the case management
17   conference will further judicial economy and the convenience of the parties, by allowing the Court
18   and the parties to address both the finalization of the preliminary injunction and any outstanding
19   scheduling matters on the same day.  In addition, Defendants believe that the parties' time at this
20   stage of the litigation would be better spent preparing for the conference with Judge Spero and that
21   the outcome of that conference could be instructive in informing the parties' respective positions at
22   the case management conference.  Indeed, holding the case management conference after the parties
23   have met with Judge Spero to negotiate the terms of the preliminary injunction would be consistent
24   with the sequence of events in the prior SURTASS LFA litigation.  Finally, should the Court decide
25   to schedule the case management conference before March 26, Defendants respectfully request that
26   the Court permit counsel to participate telephonically.  Travel for the case management conference
27   would require counsel for Defendants to be away from the office for two to three days during a
28

JOINT STATEMENT AND [Proposed] ORDER          2
No.  C 07-4771-EDL

sf-2467835

1  period when the Navy and NMFS are preparing for mediation with Judge Spero.  In addition,

2  Defendants' Answer is due on March 4, 2008.

3

4  Dated: February 14, 2008

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

JEAN E. WILLIAMS,  Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife & Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
Tel. (202) 305-0211/ Tel. (202) 305-0443
Fax (202) 305-0275/ Fax (202) 305-0274
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov


By:  /s/_____
     Kristen L. Gustafson

     Counsel for Federal Defendants

**JOINT STATEMENT AND [Proposed] ORDER**          3
No.  C 07-4771-EDL

sf-2467835

| | | |
|---|---|---|
| 1 | Dated: February 14, 2008 | MORRISON & FOERSTER LLP |
| | | ROBERT L. FALK |
| 2 | | ROBIN S. STAFFORD |
| | | SARAH B. SCHINDLER |
| 3 | | 425 Market Street |
| | | San Francisco, CA 94105-2482 |
| 4 | | Tel. (415) 268-7000 |
| | | Fax (415) 268-7522 |

NATURAL RESOURCES DEFENSE COUNCIL, INC.
JOEL R. REYNOLDS
CARA A. HOROWITZ
1314 Second Street
Santa Monica, CA 90401
Tel. (310) 434-2300
Fax (310) 434-2399

By:  /s/_____
     Robin S. Stafford

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

[PROPOSED] ORDER

The case management conference scheduled for February 19, 2008 at 2:00 pm is hereby [vacated / continued until March 4, 2008].

Dated: _____, 2008.    By: _____
                                        Honorable Elizabeth D. Laporte
                                        United States Magistrate Judge

**JOINT STATEMENT AND [Proposed] ORDER**
No. C 07-4771-EDL

4

sf-2467835