IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br>GUTIERREZ ET AL,<br><br>    Defendant.<br>_____/ | No. C-07-04771 EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND PERMITTING TELEPHONIC APPEARANCE** |

Pursuant to the Court's February 6, 2008 Order, the parties filed a joint case management conference statement on February 14, 2008.  Both parties seek a continuance of the February 19, 2008 Case Management Conference, but disagree on a new date.  Accordingly, the Case Management Conference is continued to March 4, 2008 at 2:00 p.m.  A joint case management conference statement addressing issues that are unrelated to the scope of the preliminary injunction shall be filed no later than February 26, 2008.  Counsel may appear by telephone at the Case Management Conference.  Counsel wishing to appear by telephone may contact the Court's courtroom deputy at 415-522-3694 no later than March 3, 2008 with a number for the Court to call on March 4, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 15, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge