**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: March 4, 2008

Case No: **C-07-04771 EDL**

Case Name: **NATURAL RESOURCES DEFENSE COUNCIL, INC. ET AL v. CARLOS GUTIERREZ ET AL**

    Attorneys:    Pltf:    Maria Chedid, Sara Schindler
                   Defts:  Kristen Gustafson, Guillermo Montero
                           Bob Smith, Deborah Ben David
                           (phone)

Deputy Clerk: Lili M. Harrell          Reporter: Jim Yeomans
                                            (Time: 2:06pm -2:31pm)

**PROCEEDINGS:**
    Case Management Conference - Held

**ORDERED AFTER HEARING:**
- Index of the Administrative Record shall be submitted **5/2/08**
- Administrative Record shall be submitted **5/6/08**
- Plaintiffs' opening brief shall be filed **8/5/08**
- Defendants' opposition and cross-motion shall be filed **9/7/08**
- Plaintiffs' reply and opposition shall be filed **10/9/08**
- Defendants' reply brief shall be filed **10/24/08**
- **Hearing set for 11/21/08 at 9:00am**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   for

**Notes:**

cc: