IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, et al., <br><br> Defendants. | No. C-07-04771 EDL <br><br> **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court held a case management conference on March 4, 2008. After discussions with counsel, the Court orders the following:

1) The Index of the Administrative Record shall be provided to Plaintiffs no later than May 2, 2008.

2) The Administrative Record shall be filed no later than May 9, 2008. Defendants may submit the Administrative Record to chambers in electronic form, but the parties shall meet and confer regarding key documents that should also be provided in paper form. No later than May 30, 2008, the parties shall submit a joint list of key documents to be produced in paper form, after which the Court will notify Defendants which documents it requires.

3) Plaintiffs shall file their opening summary judgment brief no later than August 5, 2008.

4) Defendants shall file their opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment (in one brief) no later than September 7, 2008.

5) Plaintiffs shall file their reply and opposition to Defendants' motion for summary judgment (in one brief) no later than October 9, 2008.

6) Defendants shall file their reply brief no later than October 24, 2008.

7) The Court will hold a hearing on November 21, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 6, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

2