RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) Civ. Action No. 07-4771-EDL (JCS) ) |
| Plaintiffs, | ) MOTION TO PERMIT DEFENDANTS ) TO POSSESS AND USE AN |
| v. | ) ELECTRONIC DEVICE IN THE ) COURTHOUSE |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) ) ) ) |
| Defendants. | ) ) Judge: Hon. Joseph C. Spero ) Ctrm: A ) Settlement Conference Date: March 26, 2008 ) Time: 9:30 AM ) |

Motion to Permit Defendants to Possess and Use an Electronic Device
NRDC v. Gutierrez, Case No. 07-4771-EDL (JCS)

Pursuant to General Order 58 Regulating Possession and Use of Electronic Devices in the Courthouse, Defendants hereby request the Court's permission to bring a projector to the Settlement Conference before Magistrate Judge Spero scheduled in the above-captioned case for Wednesday, March 26, 2008, at 9:30 AM. Defendants also intend to bring laptop computers to the Settlement Conference; however, it is Defendants' understanding that no prior authorization is required for laptops under General Order 58.

Dated: March 20, 2008

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife & Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
Tel. (202) 305-0211/ Tel. (202) 305-0443
Fax (202) 305-0275/ Fax (202) 305-0274
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

By:    /s/Kristen L. Gustafson
       Kristen L. Gustafson

       Counsel for Federal Defendants

Motion to Permit Defendants to Possess and Use an Electronic Device
NRDC v. Gutierrez, Case No. 07-4771-EDL (JCS)

- 1 -