RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | Civ. Action No. 07-4771-EDL (JCS) |
| Plaintiffs, | [PROPOSED] ORDER TO PERMIT DEFENDANTS TO POSSESS AND USE AN ELECTRONIC DEVICE IN THE COURTHOUSE |
| v. | |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | |
| Defendants. | Judge: Hon. Joseph C. Spero<br>Ctrm: A<br>Settlement Conference Date: March 26, 2008<br>Time: 9:30 AM |

[Proposed] Order to Permit Defendants to Possess and Use an Electronic Device
NRDC v. Gutierrez, Case No. 07-4771-EDL (JCS)

1  Having considered the Motion to Permit Defendants to Possess and Use an Electronic Device
2  in the Courthouse pursuant to General Order 58,
3      IT IS HEREBY ORDERED that Defendants may bring a projector, in addition to their laptop
4  computers, to the March 26, 2008 Settlement Conference in the above-captioned case.

Dated: March ___, 2008        By: _____
                                                  Honorable Joseph C. Spero
                                                  United States Magistrate Judge