1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment and Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
3
   JEAN E. WILLIAMS, Chief
4  KRISTEN L. GUSTAFSON, Senior Trial Attorney
   Wildlife and Marine Resources Section
5  GUILLERMO A. MONTERO, Trial Attorney
   Natural Resources Section
6  Environment & Natural Resources Division
   **UNITED STATES DEPARTMENT OF JUSTICE**
7  Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
   Washington, D.C. 20044
8  (202) 305-0211 (tel.) / (202) 305-0443 (tel.)
   (202) 305-0275 (fax)/ (202) 305-0274 (fax)
9  Kristen.Gustafson@usdoj.gov
   Guillermo.Montero@usdoj.gov
10
   **Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) Civ. Action No. 07-4771-EDL (JCS) |
| Plaintiffs, | ) [PROPOSED] ORDER TO PERMIT ) DEFENDANTS TO POSSESS AND USE |
| v. | ) AN ELECTRONIC DEVICE IN THE ) COURTHOUSE |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) |
| Defendants. | ) Judge: Hon. Joseph C. Spero ) Ctrm: A ) Settlement Conference Date: March 26, 2008 ) Time: 9:30 AM |

[Proposed] Order to Permit Defendants to Possess and Use an Electronic Device
NRDC v. Gutierrez, Case No. 07-4771-EDL (JCS)

1  Having considered the Motion to Permit Defendants to Possess and Use an Electronic Device
2  in the Courthouse pursuant to General Order 58,
3  IT IS HEREBY ORDERED that Defendants may bring a projector, in addition to their laptop
4  computers, to the March 26, 2008 Settlement Conference in the above-captioned case.

Dated: March 21, 2008          By: _____
                                   Honorable
                                   United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Joseph C. Spero*

[Proposed] Order to Permit Defendants to Possess and Use an Electronic Device
NRDC v. Gutierrez, Case No. 07-4771-EDL (JCS)

- 1 -