RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) <br> ) Civ. Action No. 07-4771-EDL <br> ) |
| Plaintiffs, | ) STIPULATED REQUEST TO AMEND <br> ) INTERIM PRELIMINARY INJUNCTIVE <br> ) RELIEF AND STAY SCHEDULE |
| v. | ) |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) [PROPOSED] ORDER <br> ) <br> ) |
| Defendants. | ) <br> ) Judge: Hon. Elizabeth D. Laporte <br> ) <br> ) |
|  | ) |

Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
NRDC v. Gutierrez, Case No. 07-4771-EDL

1    Pursuant to the Court's February 6, 2008 Opinion and Order Granting in Part Plaintiffs'

2  Motion for Preliminary Injunction ("Opinion and Order") and Order Referring Case for Settlement

3  Conference, and pursuant to Magistrate Judge Spero's February 15, 2008 Settlement Conference

4  Order, the parties, Defendants United States Navy ("Navy") and National Marine Fisheries Service

5  ("NMFS") and the Natural Resources Defense Council, Inc. ("NRDC") on behalf of itself and other

6  Plaintiffs, attended a settlement conference on March 26, 2008 before Magistrate Judge Spero to meet

7  and confer on the precise terms of a preliminary injunction consistent with the Court's Opinion and

8  Order.  The parties were unable to address the full scope of a preliminary injunction at the settlement

9  conference, but they were able to reach agreement on terms applicable to (1) the Navy's Western

10  Pacific Operating Area and (2) a process for trying to reach agreement with respect to the two

11  additional areas where the Navy has identified a need to operate during the potential pendency of the

12  preliminary injunction.  Accordingly, the parties stipulate as follows:

13    1.    Neither party waives any right of appeal from the February 6, 2008 Opinion and

14        Order,

15  from the Order entering this Stipulation, or from any other subsequent orders that the Court may issue

16  by entering into the meet and confer process or by submitting this Stipulation.

17    2.    The parties agree that all negotiations leading up to this Stipulation are confidential

18  and that the further negotiations described in paragraph 6 below shall also be confidential.

19    3.    The parties agree that this Stipulation shall remain in effect until the earlier of:  (a) a

20  modification by the Court, either as the Court elects or pursuant to a noticed motion or stipulation by

21  the parties, that this Stipulation has been superseded by subsequent relevant events or authority,

22  including but not limited to the outcome of further negotiations described in paragraph 6 below; (b)

23  the issuance of a mandate by a higher court which overturns this Court's Opinion and Order and

24  vacates the injunction; or (c) a final judgment on the merits by the Court.

25    4.    For the Western Pacific Operating Area, the parties ask the Court to continue the terms

26  of their Stipulated LFA Operation Agreement, filed in this case on October 5, 2007, and adopted by

27  the Court as interim relief in its February 6 Opinion and Order, with the following amendment:  In

28
Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
NRDC v. Gutierrez, Case No. 07-4771-EDL
- 1 -

1    addition to the terms specified in the Stipulated LFA Operation Agreement, the Navy may operate

2    Surveillance Towed Array Sensor System Low Frequency Active ("SURTASS LFA") sonar for

3    testing, training, and military operations in such a manner that received sound pressure levels shall

4    not exceed 180 dB at a distance less than 18 nautical miles (nm) from (a) the islands of the Luzon

5    Strait, which include the Bashi Channel; and (b) the eastern coastlines of the islands of the Ryukyu

6    Island Chain between the island of Kyushu, Japan and Taiwan.  The following illustrative

7    attachments are provided:  Attachment 1 (large-scale graphic depicting all revised standoff

8    distances); Attachment 2 (small-scale graphic depicting revised standoff distances for the Ryukyu

9    Island Chain); Attachment 3 (small-scale graphic depicting revised standoff distances for the Luzon

10   Strait); and Attachment 4 (geographic coordinates for all revised standoff distances).  Except as

11   amended herein, the parties agree that all terms of the Stipulated LFA Operation Agreement remain

12   in full force and effect.  In particular, this expansion of the Navy's ability to operate SURTASS LFA

13   sonar is not intended as an alteration to the exception identified in paragraph (1) of the Stipulated

14   LFA Operation Agreement, which permits the operation of the SURTASS LFA sonar system in

15   accordance with the 12 nm coastal exclusion zone identified in NMFS's August 16, 2007 Final Rule

16   when necessary to continue tracking an existing underwater contact or when operationally necessary

17   to detect a new underwater contact to maximize opportunities for detection.

18        5.    The parties agree that if the Navy wishes to seek an alteration to the agreed upon

19   operating areas described in paragraph 4, the parties shall engage in a meet and confer process with

20   the assistance of a court-designated mediator.  This meet and confer process shall be subject to the

21   Opinion and Order and any subsequent relevant opinions, orders, or other applicable authority.  If the

22   meet and confer process does not yield an agreement, any party may apply to the Court for resolution

23   of the dispute.

24        6.    As indicated above, the parties were unable to address the full scope of a preliminary

25   injunction at the March 26 settlement conference, and therefore stipulate to the following process to

26   address the two additional areas where the Navy has identified a need to operate during the potential

27   pendency of preliminary injunctive relief:

28

1    •    April 9, 2008 – Defendants shall send a letter to Plaintiffs by no later than 5:00

2    pm (PDT) containing the contents of the Navy's application for 2008-2009 Letters of Authorization

3    in its entirety.  The letter shall also be faxed to Magistrate Judge Spero's chambers at 415-522-3636.

4    •    May 13, 2008 – Plaintiffs shall send a response to Defendants' April 9 letter to

5    Defendants by no later than 5:00 pm (PDT).  The response shall include a settlement proposal and

6    shall also be faxed to Magistrate Judge Spero's chambers at 415-522-3636.

7    •    May 23, 2008 – Defendants shall send a reply to Plaintiffs' May 13 response

8    and settlement proposal to Plaintiffs by no later than 5:00 pm (PDT).  This reply shall also be faxed to

9    Magistrate Judge Spero's chambers at 415-522-3636.

10    •    May 27, 2008 – Settlement Conference with Magistrate Judge Spero.

11    •    September 1, 2008 – Defendants shall send a letter to Plaintiffs by no later than

12    5:00 pm (PDT) containing the anticipated contents of the Navy's application for 2009-2010 Letters of

13    Authorization.  The letter shall also be faxed to Magistrate Judge Spero's chambers at 415-522-3636.

14    •    October 7, 2008 – Plaintiffs shall send a response to Defendants' September 1

15    letter to Defendants by no later than 5:00 pm (PDT).  The response shall include a settlement

16    proposal and shall also be faxed to Magistrate Judge Spero's chambers at 415-522-3636.

17    •    October 21, 2008 – Defendants shall send a reply to Plaintiffs' October 7

18    response and settlement proposal to Plaintiffs by no later than 5:00 pm (PDT).  This reply shall also

19    be faxed to Magistrate Judge Spero's chambers at 415-522-3636.

20    •    October 23, 2008 – Settlement Conference with Magistrate Judge Spero.

21        7.    The parties anticipate that the scope of the preliminary injunction resulting from the

22    process described immediately above will be limited to the specific geographic areas named in a

23    confidential memorandum that the parties will file with Magistrate Judge Spero and discussed during

24    the parties' three settlement conferences – the first of which was conducted on March 26, 2008, and

25    the second two scheduled for May 27, 2008, and October 23, 2008.

26        8.    In order to permit the parties to engage in the negotiations described in paragraph 6

27

28

1  above, the parties stipulate to a seven-month extension of the schedule for all events set forth in the

2  Court's March 6, 2008 Order Following Case Management Conference, including deadlines for

3  submission of administrative record indices, filing of administrative records, filing of briefs, and the

4  hearing.  If, however, agreement between the parties with respect to the terms of the preliminary

5  injunction is not reached at the May 27, 2008 settlement conference, then the parties agree to

6  negotiate a new schedule for all such events.

7      9.      The parties further ask that the Court, at its earliest convenience, set a case

8  management conference for June 2008, to follow the May 27, 2008 settlement conference with

9  Magistrate Judge Spero.  The case management conference will, if necessary, address any further

10  scheduling requirements.

11

12

13  Dated: April 9, 2008              RONALD J. TENPAS
14                                     Acting Assistant Attorney General
                                       United States Department of Justice
15                                     Environment & Natural Resources Division

16                                     JEAN E. WILLIAMS,  Chief
                                       KRISTEN L. GUSTAFSON, Senior Trial Attorney
17                                     Wildlife & Marine Resources Section
                                       GUILLERMO A. MONTERO, Trial Attorney
18                                     Natural Resources Section
                                       United States Department of Justice
19                                     Environment & Natural Resources Division
                                       Ben Franklin Station, P.O. Box 663
20                                     Washington, D.C. 20044-663
                                       Tel. (202) 305-0211/ Tel. (202) 305-0443
21                                     Fax (202) 305-0275/ Fax (202) 305-0274
                                       Kristen.Gustafson@usdoj.gov
22                                     Guillermo.Montero@usdoj.gov

23                              By:    /s/   Kristen L. Gustafson
24                                     Kristen L. Gustafson

25                                     Counsel for Federal Defendants

26  Dated: April 9, 2008              MORRISON & FOERSTER LLP
                                       ROBERT L. FALK
27                                     ROBIN S. STAFFORD

28
Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
NRDC v. Gutierrez, Case No. 07-4771-EDL
                              - 4 -

425 Market Street
San Francisco, CA 94105-2482
Tel. (415) 268-7000
Fax (415) 268-7522

NATURAL RESOURCES DEFENSE COUNCIL, INC.
JOEL R. REYNOLDS
CARA A. HOROWITZ
1314 Second Street
Santa Monica, CA 90401
Tel. (310) 434-2300
Fax (310) 434-2399

By:     /s/   Robin S. Stafford
        Robin S. Stafford

        Attorneys for Plaintiffs
        NATURAL RESOURCES DEFENSE COUNCIL, INC.;
        INTERNATIONAL FUND FOR ANIMAL WELFARE;
        THE HUMANE SOCIETY OF THE UNITED
        STATES; CETACEAN SOCIETY INTERNATIONAL;
        LEAGUE FOR COASTAL PROTECTION; OCEAN
        FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____, 2008.    By: _____
                                            Honorable Elizabeth D. Laporte
                                            United States Magistrate Judge

Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
NRDC v. Gutierrez, Case No. 07-4771-EDL
                                        - 5 -