## Attachment 1: Revised Standoff Distances for the Ryukyu Island Chain and the Luzon Strait



DO NOT USE FOR NAVIGATION

●——● = Coastal Standoff Range    ├——┤ = 200 nm

NRDC v. Gutierrez, Case No. 07-04771-EDL:  Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule

# Attachment 2: Revised Standoff Distances for the Ryukyu Island Chain



*DO NOT USE FOR NAVIGATION*        ●——● = Coastal Standoff Range    ├———┤ = 100 nm

## Attachment 3: Revised Standoff Distances for the Luzon Strait



## Attachment 4:  Geographic Coordinates for Revised Standoff Distances

| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---|---|---|---|---|---|
| Ryukyu Island Chain | | | | | |
| R001 | 24 29.5 N | 122 40.3 E | R014 | 27 59.1 N | 130 01.8 E |
| R002 | 24 15.0 N | 122 39.1 E | R015 | 28 05.7 N | 130 16.3 E |
| R003 | 23 42.3 N | 123 49.3 E | R016 | 28 18.5 N | 130 22.4 E |
| R004 | 24.22.6 N | 124 51.2 E | R017 | 28 32.9 N | 130 21.5 E |
| R005 | 24 25.9 N | 125 28.4 E | R018 | 28 49.1 N | 129 46.2 E |
| R006 | 24 29.8 N | 125 42.7 E | R019 | 28 52.4 N | 129 31.0 E |
| R007 | 25 44.4 N | 126 57.6 E | R020 | 28 54.8 N | 129 26.9 E |
| R008 | 25 35.7 N | 127 35.4 E | R021 | 29 15.2 N | 129 53.1 E |
| R009 | 26 03.2 N | 128 13.1 E | R022 | 29 39.3 N | 130 11.9 E |
| R010 | 26 37.6 N | 128 37.5 E | R023 | 29 57.1 N | 130 39.4 E |
| R011 | 27 06.0 N | 128 50.8 E | R024 | 30 09.4 N | 131 13.8 E |
| R012 | 27 27.3 N | 129 12.5 E | R025 | 30 40.0 N | 131 25.9 E |
| R013 | 27 57.2 N | 129 39.6 E | R026 | 30 50.2 N | 131 25.0 E |

| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---|---|---|---|---|---|
| Luzon Strait (including Bashi Channel) | | | | | |
| L001 | 17 09.8 N | 123 32.3 E | L010 | 21 05.5 N | 121 35.7 E |
| L002 | 18 39.6 N | 123 18.9 E | L011 | 20 47.3 N | 121 28.6 E |
| L003 | 19 09.5 N | 122 31.0 E | L012 | 20 14.3 N | 121 27.8 E |
| L004 | 19 32.2 N | 122 18.3 E | L013 | 20 04.1 N | 121 37.6 E |
| L005 | 19 55.8 N | 122 29.3 E | L014 | 20 00.0 N | 121 50.8 E |
| L006 | 21 15.4 N | 122 15.1 E | L015 | 19 50.7 N | 121 51.2 E |
| L007 | 21 23.0 N | 122 06.7 E | L016 | 19 37.9 N | 121 12.1 E |
| L008 | 21 25.3 N | 121 55.0 E | L017 | 18 39.1 N | 119 58.1 E |
| L009 | 21 20.6 N | 121 42.2 E | | | |

| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---|---|---|---|---|---|
| Taiwan | | | | | |
| T001 | 22 04.9 N | 119 53.0 E | T006 | 21 43.5 N | 121 49.9 E |
| T002 | 21 33.1 N | 120 22.2 E | T007 | 21 55.6 N | 121 55.5 E |
| T003 | 21 28.3 N | 120 31.6 E | T008 | 22 38.6 N | 122 01.9 E |
| T004 | 21 26.6 N | 120 56.6 E | T009 | 23 26.6 N | 122 03.2 E |
| T005 | 21 39.1 N | 121 39.6 E | T010 | 24 07.2 N | 122 13.8 E |