RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) Civ. Action No. 07-4771-EDL |
| Plaintiffs, | ) STIPULATED REQUEST TO AMEND INTERIM PRELIMINARY INJUNCTIVE |
| v. | ) RELIEF AND STAY SCHEDULE |
| CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al. | ) [~~PROPOSE~~D] ORDER |
| Defendants. | ) Judge: Hon. Elizabeth D. Laporte |

Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
<u>NRDC v. Gutierrez</u>, Case No. 07-4771-EDL

1    Pursuant to the Court's February 6, 2008 Opinion and Order Granting in Part Plaintiffs'
2 Motion for Preliminary Injunction ("Opinion and Order") and Order Referring Case for Settlement
3 Conference, and pursuant to Magistrate Judge Spero's February 15, 2008 Settlement Conference
4 Order, the parties, Defendants United States Navy ("Navy") and National Marine Fisheries Service
5 ("NMFS") and the Natural Resources Defense Council, Inc. ("NRDC") on behalf of itself and other
6 Plaintiffs, attended a settlement conference on March 26, 2008 before Magistrate Judge Spero to meet
7 and confer on the precise terms of a preliminary injunction consistent with the Court's Opinion and
8 Order. The parties were unable to address the full scope of a preliminary injunction at the settlement
9 conference, but they were able to reach agreement on terms applicable to (1) the Navy's Western
10 Pacific Operating Area and (2) a process for trying to reach agreement with respect to the two
11 additional areas where the Navy has identified a need to operate during the potential pendency of the
12 preliminary injunction. Accordingly, the parties stipulate as follows:

13    1.   Neither party waives any right of appeal from the February 6, 2008 Opinion and
14         Order,
15 from the Order entering this Stipulation, or from any other subsequent orders that the Court may issue
16 by entering into the meet and confer process or by submitting this Stipulation.

17    2.   The parties agree that all negotiations leading up to this Stipulation are confidential
18 and that the further negotiations described in paragraph 6 below shall also be confidential.

19    3.   The parties agree that this Stipulation shall remain in effect until the earlier of: (a) a
20 modification by the Court, either as the Court elects or pursuant to a noticed motion or stipulation by
21 the parties, that this Stipulation has been superseded by subsequent relevant events or authority,
22 including but not limited to the outcome of further negotiations described in paragraph 6 below; (b)
23 the issuance of a mandate by a higher court which overturns this Court's Opinion and Order and
24 vacates the injunction; or (c) a final judgment on the merits by the Court.

25    4.   For the Western Pacific Operating Area, the parties ask the Court to continue the terms
26 of their Stipulated LFA Operation Agreement, filed in this case on October 5, 2007, and adopted by
27 the Court as interim relief in its February 6 Opinion and Order, with the following amendment: In

28 Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
NRDC v. Gutierrez, Case No. 07-4771-EDL

- 1 -

addition to the terms specified in the Stipulated LFA Operation Agreement, the Navy may operate Surveillance Towed Array Sensor System Low Frequency Active ("SURTASS LFA") sonar for testing, training, and military operations in such a manner that received sound pressure levels shall not exceed 180 dB at a distance less than 18 nautical miles (nm) from (a) the islands of the Luzon Strait, which include the Bashi Channel; and (b) the eastern coastlines of the islands of the Ryukyu Island Chain between the island of Kyushu, Japan and Taiwan.  The following illustrative attachments are provided:  Attachment 1 (large-scale graphic depicting all revised standoff distances); Attachment 2 (small-scale graphic depicting revised standoff distances for the Ryukyu Island Chain); Attachment 3 (small-scale graphic depicting revised standoff distances for the Luzon Strait); and Attachment 4 (geographic coordinates for all revised standoff distances).  Except as amended herein, the parties agree that all terms of the Stipulated LFA Operation Agreement remain in full force and effect.  In particular, this expansion of the Navy's ability to operate SURTASS LFA sonar is not intended as an alteration to the exception identified in paragraph (1) of the Stipulated LFA Operation Agreement, which permits the operation of the SURTASS LFA sonar system in accordance with the 12 nm coastal exclusion zone identified in NMFS's August 16, 2007 Final Rule when necessary to continue tracking an existing underwater contact or when operationally necessary to detect a new underwater contact to maximize opportunities for detection.

5.      The parties agree that if the Navy wishes to seek an alteration to the agreed upon operating areas described in paragraph 4, the parties shall engage in a meet and confer process with the assistance of a court-designated mediator.  This meet and confer process shall be subject to the Opinion and Order and any subsequent relevant opinions, orders, or other applicable authority.  If the meet and confer process does not yield an agreement, any party may apply to the Court for resolution of the dispute.

6.      As indicated above, the parties were unable to address the full scope of a preliminary injunction at the March 26 settlement conference, and therefore stipulate to the following process to address the two additional areas where the Navy has identified a need to operate during the potential pendency of preliminary injunctive relief:

Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
NRDC v. Gutierrez, Case No. 07-4771-EDL

- 2 -

1        • April 9, 2008 – Defendants shall send a letter to Plaintiffs by no later than 5:00
2 pm (PDT) containing the contents of the Navy's application for 2008-2009 Letters of Authorization
3 in its entirety. The letter shall also be faxed to Magistrate Judge Spero's chambers at 415-522-3636.
4        • May 13, 2008 – Plaintiffs shall send a response to Defendants' April 9 letter to
5 Defendants by no later than 5:00 pm (PDT). The response shall include a settlement proposal and
6 shall also be faxed to Magistrate Judge Spero's chambers at 415-522-3636.
7        • May 23, 2008 – Defendants shall send a reply to Plaintiffs' May 13 response
8 and settlement proposal to Plaintiffs by no later than 5:00 pm (PDT). This reply shall also be faxed to
9 Magistrate Judge Spero's chambers at 415-522-3636.
10        • May 27, 2008 – Settlement Conference with Magistrate Judge Spero.
11        • September 1, 2008 – Defendants shall send a letter to Plaintiffs by no later than
12 5:00 pm (PDT) containing the anticipated contents of the Navy's application for 2009-2010 Letters of
13 Authorization. The letter shall also be faxed to Magistrate Judge Spero's chambers at 415-522-3636.
14        • October 7, 2008 – Plaintiffs shall send a response to Defendants' September 1
15 letter to Defendants by no later than 5:00 pm (PDT). The response shall include a settlement
16 proposal and shall also be faxed to Magistrate Judge Spero's chambers at 415-522-3636.
17        • October 21, 2008 – Defendants shall send a reply to Plaintiffs' October 7
18 response and settlement proposal to Plaintiffs by no later than 5:00 pm (PDT). This reply shall also
19 be faxed to Magistrate Judge Spero's chambers at 415-522-3636.
20        • October 23, 2008 – Settlement Conference with Magistrate Judge Spero.
21    7.    The parties anticipate that the scope of the preliminary injunction resulting from the
22 process described immediately above will be limited to the specific geographic areas named in a
23 confidential memorandum that the parties will file with Magistrate Judge Spero and discussed during
24 the parties' three settlement conferences – the first of which was conducted on March 26, 2008, and
25 the second two scheduled for May 27, 2008, and October 23, 2008.
26    8.    In order to permit the parties to engage in the negotiations described in paragraph 6

28 Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
NRDC v. Gutierrez, Case No. 07-4771-EDL
- 3 -

1  above, the parties stipulate to a seven-month extension of the schedule for all events set forth in the
2  Court's March 6, 2008 Order Following Case Management Conference, including deadlines for
3  submission of administrative record indices, filing of administrative records, filing of briefs, and the
4  hearing.  If, however, agreement between the parties with respect to the terms of the preliminary
5  injunction is not reached at the May 27, 2008 settlement conference, then the parties agree to
6  negotiate a new schedule for all such events.

7     9.   The parties further ask that the Court, at its earliest convenience, set a case
8  management conference for June 2008, to follow the May 27, 2008 settlement conference with
9  Magistrate Judge Spero.  The case management conference will, if necessary, address any further
10 scheduling requirements.

Dated: April 9, 2008

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife & Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
Tel. (202) 305-0211/ Tel. (202) 305-0443
Fax (202) 305-0275/ Fax (202) 305-0274
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov


By:   /s/  Kristen L. Gustafson
Kristen L. Gustafson

Counsel for Federal Defendants

Dated: April 9, 2008

MORRISON & FOERSTER LLP
ROBERT L. FALK
ROBIN S. STAFFORD

Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
NRDC v. Gutierrez, Case No. 07-4771-EDL

- 4 -

```
                                425 Market Street
                                San Francisco, CA 94105-2482
                                Tel. (415) 268-7000
                                Fax (415) 268-7522

                                NATURAL RESOURCES DEFENSE COUNCIL, INC.
                                JOEL R. REYNOLDS
                                CARA A. HOROWITZ
                                1314 Second Street
                                Santa Monica, CA 90401
                                Tel. (310) 434-2300
                                Fax (310) 434-2399


                     By:    /s/   Robin S. Stafford
                            Robin S. Stafford

                            Attorneys for Plaintiffs
                            NATURAL RESOURCES DEFENSE COUNCIL, INC.;
                            INTERNATIONAL FUND FOR ANIMAL WELFARE;
                            THE HUMANE SOCIETY OF THE UNITED
                            STATES; CETACEAN SOCIETY INTERNATIONAL;
                            LEAGUE FOR COASTAL PROTECTION; OCEAN
                            FUTURES SOCIETY; JEAN-MICHEL COUSTEAU
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.
A case management conference is scheduled for June 10, 2008 at 2:00 p.m. The parties shall file a joint case management conference statement no later than June 3, 2008.

Dated: __April 14_____, 2008.    By: _____
                                           Honorable Elizabeth D. Laporte
                                           United States Magistrate Judge

*IT IS SO ORDERED* /s/ Elizabeth D. Laporte — Judge Elizabeth D. Laporte

Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule
NRDC v. Gutierrez, Case No. 07-4771-EDL

- 5 -



Attachment 1: Revised Standoff Distances for the Ryukyu Island Chain and the Luzon Strait

NRDC v. Gutierrez, Case No. 07-04771-EDL: Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule



Attachment 2: Revised Standoff Distances for the Ryukyu Island Chain

NRDC v. Gutierrez, Case No. 07-04771-EDL: Stipulation and [Proposed] Order Amending Interim Relief and Staying Schedule



Attachment 3: Revised Standoff Distances for the Luzon Strait

*DO NOT USE FOR NAVIGATION*

Revised 4-8-08

### Attachment 4: Geographic Coordinates for Revised Standoff Distances

| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---|---|---|---|---|---|
| | | Ryukyu Island Chain | | | |
| R001 | 24 29.5 N | 122 40.3 E | R014 | 27 59.1 N | 130 01.8 E |
| R002 | 24 15.0 N | 122 39.1 E | R015 | 28 05.7 N | 130 16.3 E |
| R003 | 23 42.3 N | 123 49.3 E | R016 | 28 18.5 N | 130 22.4 E |
| R004 | 24.22.6 N | 124 51.2 E | R017 | 28 32.9 N | 130 21.5 E |
| R005 | 24 25.9 N | 125 28.4 E | R018 | 28 49.1 N | 129 46.2 E |
| R006 | 24 29.8 N | 125 42.7 E | R019 | 28 52.4 N | 129 31.0 E |
| R007 | 25 44.4 N | 126 57.6 E | R020 | 28 54.8 N | 129 26.9 E |
| R008 | 25 35.7 N | 127 35.4 E | R021 | 29 15.2 N | 129 53.1 E |
| R009 | 26 03.2 N | 128 13.1 E | R022 | 29 39.3 N | 130 11.9 E |
| R010 | 26 37.6 N | 128 37.5 E | R023 | 29 57.1 N | 130 39.4 E |
| R011 | 27 06.0 N | 128 50.8 E | R024 | 30 09.4 N | 131 13.8 E |
| R012 | 27 27.3 N | 129 12.5 E | R025 | 30 40.0 N | 131 25.9 E |
| R013 | 27 57.2 N | 129 39.6 E | R026 | 30 50.2 N | 131 25.0 E |

| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---|---|---|---|---|---|
| | | Luzon Strait (including Bashi Channel) | | | |
| L001 | 17 09.8 N | 123 32.3 E | L010 | 21 05.5 N | 121 35.7 E |
| L002 | 18 39.6 N | 123 18.9 E | L011 | 20 47.3 N | 121 28.6 E |
| L003 | 19 09.5 N | 122 31.0 E | L012 | 20 14.3 N | 121 27.8 E |
| L004 | 19 32.2 N | 122 18.3 E | L013 | 20 04.1 N | 121 37.6 E |
| L005 | 19 55.8 N | 122 29.3 E | L014 | 20 00.0 N | 121 50.8 E |
| L006 | 21 15.4 N | 122 15.1 E | L015 | 19 50.7 N | 121 51.2 E |
| L007 | 21 23.0 N | 122 06.7 E | L016 | 19 37.9 N | 121 12.1 E |
| L008 | 21 25.3 N | 121 55.0 E | L017 | 18 39.1 N | 119 58.1 E |
| L009 | 21 20.6 N | 121 42.2 E | | | |

| Posit # | Latitude | Longitude | Posit # | Latitude | Longitude |
|---|---|---|---|---|---|
| | | Taiwan | | | |
| T001 | 22 04.9 N | 119 53.0 E | T006 | 21 43.5 N | 121 49.9 E |
| T002 | 21 33.1 N | 120 22.2 E | T007 | 21 55.6 N | 121 55.5 E |
| T003 | 21 28.3 N | 120 31.6 E | T008 | 22 38.6 N | 122 01.9 E |
| T004 | 21 26.6 N | 120 56.6 E | T009 | 23 26.6 N | 122 03.2 E |
| T005 | 21 39.1 N | 121 39.6 E | T010 | 24 07.2 N | 122 13.8 E |