United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL, <br><br> Plaintiff(s), <br><br> v. <br><br> CARLOS GUTIERREZ, ET AL., <br><br> Defendant(s). | No. 07-04771 EDL (JCS) <br><br> **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **May 27, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Any supplemental confidential settlement conference statements shall be lodged with the Court by May 20, 2008.

All other provisions of this Court's February 15, 2008, "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: May 16, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge