**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, INC., et al.,

    Plaintiffs,                                       No. 07-04771 EDL

    v.                                               CLERK'S NOTICE

CARLOS M. GUTIERREZ, et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for 2:00 p.m. on June 10, 2008 has been **reset to 11:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than June 3, 2008.

Dated: May 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy