# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 07-04771JCS**

**CASE NAME:** NATURAL RESOURCES DEFENSE COUNCIL, INC. ET AL v. GUTIERREZ ET AL

**MAGISTRATE JUDGE JOSEPH C. SPERO**

**COURTROOM DEPUTY:** Frank Justiliano

**DATE:** 5/27/08   **TIME:** 4.5 hours   **COURT REPORTER:** None

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Cara Horowitz, Jennifer Jeffers, Robin Baird, Megan Jennings, Joel Reynolds, Michael Jasny, Jamon Bollock | Deborah Ben-David, Robert Smith, Adam Frankel, Capt Jeffrey Luster, Comd. Daniel Eldredge, Capt. Jeff Currer, Clayton Spikes, Christopher Clark, Joseph Johnson, Kristen Gustafson |

(X) FurtherSettlement Conf. - Held.

**ORDERED AFTER HEARING:**

**Case settled in principal.   Parties to draft stipulation.**

**cc:**   **Chambers; Karen**, CRD - Judge Laporte