ROBERT L. FALK (SBN 142007)
ROBIN S. STAFFORD (SBN 200950)
JAMON L. BOLLOCK (SBN 221513)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: RFalk@mofo.com
Email: RStafford@mofo.com
Email: JBollock@mofo.com

JOEL R. REYNOLDS (SBN 85276)
CARA A. HOROWITZ (SBN 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.;
INTERNATIONAL FUND FOR ANIMAL WELFARE;
THE HUMANE SOCIETY OF THE UNITED STATES;
CETACEAN SOCIETY INTERNATIONAL; LEAGUE
FOR COASTAL PROTECTION; OCEAN FUTURES
SOCIETY; JEAN-MICHEL COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU, <br><br>Plaintiffs, <br><br>v. <br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; JAMES BALSIGER, ACTING ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL GARY ROUGHEAD, CHIEF OF NAVAL OPERATIONS, <br><br>Defendants. | Civil Action No. 07-4771-EDL <br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br>Date:   June 10, 2008 <br>Time:  11:00 a.m. <br>Ctrm:  E <br>Judge: Hon. Elizabeth D. Laporte |

1  Pursuant to Local Rule 16-9, the Court's Standing Order Re: Case Management
2  Conference, the Court's February 6, 2008 Opinion and Order Granting in Part Plaintiffs' Motion
3  for Preliminary Injunction, and the Court's April 14, 2008 Order re: Stipulated Request to Amend
4  Interim Preliminary Injunctive Relief and Stay Schedule, Plaintiffs Natural Resources Defense
5  Council, Inc.; International Fund for Animal Welfare; The Humane Society of The United States;
6  Cetacean Society International; League for Coastal Protection; Ocean Futures Society; and Jean-
7  Michel Cousteau (collectively "Plaintiffs") and Defendants Carlos M. Gutierrez, Secretary of the
8  United States Department of Commerce; National Marine Fisheries Service ("NMFS"); James
9  Balsiger, Acting Assistant Administrator for Fisheries of the National Oceanographic and
10 Atmospheric Administration ("NOAA")[1]; Vice Admiral Conrad C. Lautenbacher, Jr.,
11 Administrator of NOAA; United States Department of the Navy ("Navy"); Donald C. Winter,
12 Secretary of the Navy; and Admiral Gary Roughead, Chief of Naval Operations[2] (collectively
13 "Defendants") jointly submit this Case Management Statement and Proposed Order and request
14 that the Court adopt it as its Case Management Order in this case.

15 **I.   DESCRIPTION OF CASE**
16 Plaintiffs' action seeks relief under the Marine Mammal Protection Act, the National
17 Environmental Policy Act, the Endangered Species Act, and the Administrative Procedure Act.
18 More detailed descriptions of the action have been presented to the Court in briefing by Plaintiffs
19 and Defendants (collectively the "Parties") on Plaintiffs' motion for preliminary injunction.
20 All Parties have been served. Neither Plaintiffs nor Defendants anticipate the joinder of
21 any other party.

22 **II.   CONSENT TO MAGISTRATE JUDGE**
23 Both Parties have consented to the jurisdiction of the Court for trial. The Parties' consent
24 is without prejudice to any defense or legal argument that may be available to them.
25

---

[1] In his official capacity, James Balsiger is automatically substituted as Defendant in place of William Hogarth who has retired, pursuant to Fed. R. Civ. P. 25(d)(1).

[2] In his official capacity, Admiral Gary Roughead is automatically substituted as Defendant in place of Admiral Michael Mullen, pursuant to Fed. R. Civ. P. 25(d)(1).

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**   1
No. C 07-4771-EDL
sf-2522659

### III. ALTERNATIVE DISPUTE RESOLUTION

On February 6, 2008, the Court issued two orders. The first granted in part and denied in part the Plaintiffs' motion for preliminary injunction ("Order"). The second referred this matter to the Honorable Joseph C. Spero for a conference to negotiate the scope of the preliminary injunction consistent with the findings and instructions in the Order.

Pursuant to Judge Spero's February 15, 2008 Notice of Settlement Conference and Settlement Conference Order, the Parties participated in a settlement conference on March 26, 2008. On April 9, 2008, the Parties filed a Stipulated Request to Amend Interim Preliminary Injunctive Relief and Stay Schedule, which the Court approved on April 14, 2008 in its Order re: Stipulated Request to Amend Interim Preliminary Injunctive Relief and Stay Schedule.

Pursuant to the Court's April 14 Order, the Parties participated in a second settlement conference on May 27, 2008. At the May 27 settlement conference, the Parties agreed in principle to settle the case, as reflected in Judge Spero's May 27, 2008 Civil Minute Order. The Parties are currently in the process of memorializing the agreement reached at the May 27 settlement conference. Any final settlement remains subject to the review and approval of Plaintiffs and the appropriate supervisory officials at the Department of Justice, the Navy, and NOAA.

### IV. ADMINISTRATIVE RECORD, DISCOVERY, AND MOTIONS

Because the Parties have reached an agreement in principle to settle this case, the Parties also agree that compilation of an administrative record, discovery, and further motions are not appropriate at this time.

### V. SCHEDULING

Because the Parties have agreed in principle to settle this case, the Parties request that the Court take the Case Management Conference scheduled for June 10, 2008 off calendar while the Parties negotiate a stipulation regarding the terms of the settlement and Defendants undertake their necessary review and approval processes. If the Parties are unable to reach an agreement through the meet and confer process, the Parties will request that the Court reschedule the Case Management Conference.

**VI.     MOTIONS**

Because the Parties have reached an agreement in principle to settle this case, the Parties do not anticipate any further motions at this time. The Parties reserve the right to file motions on the issue of attorneys' fees, if necessary.

**VII.    SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civil Local Rule 16-12, each of the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," discussed the available dispute resolution options provided by the Court and private entities, and has considered whether this case might benefit from any of the available dispute resolution options.

Respectfully submitted,

Dated: June 3, 2008

MORRISON & FOERSTER LLP
NATURAL RESOURCES DEFENSE COUNCIL, INC.

By:      /s/ Robin S. Stafford
            Robin S. Stafford

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; and JEAN-MICHEL COUSTEAU

Dated: June 3, 2008

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife & Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division

By:      /s/ Kristen L. Gustafson
            Kristen L. Gustafson
            Counsel for Federal Defendants

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**      3
No.  C 07-4771-EDL
sf-2522659