IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br>GUTIERREZ ET AL,<br><br>    Defendant.<br>_____/ | No. C-07-04771 EDL<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On June 3, 2008, the parties filed a joint case management conference statement informing the Court that the parties had agreed in principle to settle this matter. Accordingly, the Court vacates the June 10, 2008 case management conference. The parties shall file a joint status report no later than September 10, 2008. The parties may request a case management conference at any time.

**IT IS SO ORDERED.**

Dated: June 4, 2008

                                                          _____
                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge