ROBERT L. FALK (SBN 142007)
RFalk@mofo.com
ROBIN STAFFORD (SBN 200950)
RStafford@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JOEL R. REYNOLDS (SBN 85276)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399

Attorneys for Plaintiffs
NATURAL RESOURCES DEFENSE COUNCIL, INC.;
INTERNATIONAL FUND FOR ANIMAL WELFARE; THE
HUMANE SOCIETY OF THE UNITED STATES; CETACEAN
SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL
PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL
COUSTEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; JAMES BALSIGER, ACTING ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL GARY ROUGHEAD, CHIEF OF NAVAL OPERATIONS,<br><br>Defendants. | **Civil Action No. 07-4771-EDL**<br><br>**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[PROPOSED] ORDER**<br><br>**Judge:  Hon. Elizabeth D. Laporte**<br>**Ctrm:   E** |

1    WHEREAS, Plaintiffs filed a complaint in the above captioned case on September 17, 2007 ("Complaint");

2    WHEREAS, the parties have entered into a Stipulated Settlement Agreement in this action, dated August 8, 2008 ("Stipulation"), which Stipulation has been approved and entered as an order of this Court on August 12, 2008 (Doc. No. 114) ("Order"); and

3    WHEREAS paragraph 11 of that Stipulation and Order provides that, "[u]pon notification of approval of [the] Stipulation by the Court, Plaintiffs shall, within no more than 15 days, submit a request that the Court dismiss the Complaint with prejudice";

THE PARTIES THEREFORE STIPULATE AS FOLLOWS:

1.    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation and Order, it is hereby stipulated and agreed, by and between the undersigned counsel of record for Plaintiffs and Defendants, that this action be, and hereby is, dismissed in its entirety, with prejudice as to all claims of Plaintiffs.

2.    Pursuant to paragraph 11 of the Stipulation and Order, notwithstanding the dismissal of Plaintiffs' Complaint, the parties agree that the Court shall retain jurisdiction for the purpose of resolving attorneys' fees and cost reimbursement issues under the Equal Access to Justice Act in the event that the parties do not reach a negotiated resolution thereof, to oversee compliance with the terms of the Stipulation, and to resolve any future disputes concerning the interpretation or implementation of the Stipulation or motions to modify its terms.

Dated: August 27, 2008

MORRISON & FOERSTER LLP
ROBERT L. FALK
ROBIN STAFFORD
425 Market Street
San Francisco, CA 94105-2482
Tel. (415) 268-7000
Fax  (415) 268-7522

NATURAL RESOURCES DEFENSE COUNCIL, INC.
JOEL R. REYNOLDS
1314 Second Street
Santa Monica, CA 90401
Tel. (310) 434-2300
Fax (310) 434-2399

STIPULATED VOLUNTARY DISMISSAL AND [PROPOSED] ORDER
NO. 07-4771-EDL
sf-2562658

2

By: /s/
    ROBIN S. STAFFORD

Attorneys for Plaintiffs

NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; and JEAN-MICHEL COUSTEAU

Dated: August 27, 2008

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife & Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-663
Tel. (202) 305-0211/Tel. (202) 305-0443
Fax (202) 305-0275/Fax (202) 305-0274

FRANK R. JIMENEZ, General Counsel
ROBERT J. SMITH, Attorney, Department of the Navy
DEBORAH BEN-DAVID
Attorney, NOAA Office of General Counsel

By: /s/
    KRISTEN L. GUSTAFSON

Counsel for Federal Defendants

STIPULATED VOLUNTARY DISMISSAL AND [PROPOSED] ORDER
NO. 07-4771-EDL
sf-2562658

3

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/s/) within this e-filed document.

3                                    By:  /s/ _____
                                          ROBIN S. STAFFORD
4
                                          Attorneys for Plaintiffs
5

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9  Dated: _____, 2008.    By: _____
                                            Honorable Elizabeth D. Laporte
10                                          United States Magistrate Judge

STIPULATED VOLUNTARY DISMISSAL AND [PROPOSED] ORDER
NO. 07-4771-EDL                                                                    4
sf-2562658