RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**

JEAN E. WILLIAMS, Chief
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
GUILLERMO A. MONTERO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
**UNITED STATES DEPARTMENT OF JUSTICE**
Benjamin Franklin Station - P.O. Box 7369/ P.O. Box 663
Washington, D.C. 20044
(202) 305-0211 (tel.) / (202) 305-0443 (tel.)
(202) 305-0275 (fax)/ (202) 305-0274 (fax)
Kristen.Gustafson@usdoj.gov
Guillermo.Montero@usdoj.gov

**Counsel for Federal Defendants**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, et al.<br><br>  Defendants.<br>_____ | Civ. Action No. 07-4771-EDL<br><br>STIPULATED ENLARGEMENT OF BRIEFING SCHEDULE AND CONTINUANCE OF HEARING DATE FOR PLAINTIFFS' MOTION FOR FEES AND COSTS;<br><br>[~~PROPOSED~~] ORDER<br><br><br>Judge: Hon. Elizabeth D. Laporte<br>Ctrm: E<br>Hearing Date: December 9, 2008<br>Time: 9 a.m. |

WHEREAS, on August 8, 2008, Defendants United States Navy ("Navy") and National Marine Fisheries Service ("NMFS") and Plaintiffs the Natural Resources Defense Council, Inc., et al. filed a Stipulated Settlement Agreement ("Stipulation") which provided for the dismissal with prejudice of the above-captioned lawsuit;

WHEREAS, the Court entered an Order approving the Stipulation on August 12, 2008 ("Order");

WHEREAS, the Stipulation and Order provided that Defendants would pay Plaintiffs a reasonable amount for their costs of litigation, including reasonable attorneys' fees, while preserving the right to contest specific fees or expenses, including hourly rates, and further provided that the Parties would employ good faith efforts to reach an expeditious negotiated resolution of the amount of such costs and fees;

WHEREAS, the Stipulation and Order provided that the Court would retain jurisdiction of the case for purposes of resolving attorneys' fees and cost reimbursement issues under the Equal Access to Justice Act ("EAJA") in the event the Parties are not able to reach a negotiated resolution thereof;

WHEREAS, the Stipulation and Order further provided that Plaintiffs are to have up to 120 days following the filing of an initial EAJA application to file any supplementary or modified applications, related pleadings to advance the adjudication of the application, and/or supporting materials they deem appropriate; and Defendants may not argue that any supplementary or modified applications, related pleadings and/or supporting materials filed within the 120 days following the filing of an initial EAJA application are untimely, should have been filed with the initial EAJA application or, except as provided in the Stipulation, are otherwise out of order;

WHEREAS, Plaintiffs filed their Motion for Fees and Costs ("Motion") on September 26, 2008;

WHEREAS, by Order dated October 2, 2008, the Court set a briefing and hearing schedule for Plaintiffs' Motion whereby Defendants' opposition shall be served and filed no later than

November 18, 2008; Plaintiffs' reply shall be served and filed no later than November 25, 2008; and a hearing on the Motion shall be held on December 9, 2008;

WHEREAS, although the Parties are in the process of negotiating a resolution to Plaintiffs' Motion, Defendants' resources have been diverted in part by concurrent settlement negotiations in a separate case involving the Navy's use of Mid-Frequency Active Sonar, <u>Natural Resources Defense Council, Inc. v. Winter</u>, Case No. 05-CV-7513-FMC (C.D. Cal.);

WHEREAS, a continuance of the hearing date and an enlargement of the briefing dates in the above-captioned case will allow the Parties to continue their efforts to reach an expeditious negotiated resolution of Plaintiffs' Motion without need for further litigation;

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Defendants shall file an opposition to the Motion no later than December 18, ~~2009~~ 2008;

2. Plaintiffs shall file a reply in support of their Motion no later than January 6, 2009;

3. The hearing for Plaintiffs' Motion shall be continued until January 20, 2009, ~~or a date~~ at 2:00 p.m. thereafter at the Court's convenience.

4. Nothing herein shall prejudice or modify Plaintiffs' rights to file, within one-hundred twenty (120) days of September 26, 2008, any supplementary or modified EAJA applications, related pleadings to advance the adjudication of the application, and/or supporting materials they deem appropriate, provided that Plaintiffs give Defendants written notice of their intent to exercise such rights at least fourteen (14) days in advance of December 18, 2008, in which event all dates set forth in the above stipulated schedule shall be deemed tolled for the number of days between the date of such notice and the date on which Plaintiffs submit their supplementary filing to the Court.

Dated: November 5, 2008	RONALD J. TENPAS
	Acting Assistant Attorney General
	United States Department of Justice
	Environment & Natural Resources Division

	JEAN E. WILLIAMS, Chief
	KRISTEN L. GUSTAFSON, Senior Trial Attorney
	Wildlife & Marine Resources Section
	GUILLERMO A. MONTERO, Trial Attorney
	Natural Resources Section
	United States Department of Justice
	Environment & Natural Resources Division
	Ben Franklin Station, P.O. Box 663
	Washington, D.C. 20044-663
	Tel. (202) 305-0211/ Tel. (202) 305-0443
	Fax (202) 305-0275/ Fax (202) 305-0274
	Kristen.Gustafson@usdoj.gov
	Guillermo.Montero@usdoj.gov


	By:	 /s/ Guillermo A. Montero
		Guillermo A. Montero

		Counsel for Federal Defendants


Dated: November 5, 2008	MORRISON & FOERSTER LLP
	ROBERT L. FALK
	ROBIN S. STAFFORD

	NATURAL RESOURCES DEFENSE COUNCIL, INC.
	JOEL R. REYNOLDS


	By:	 /s/ Robin S. Stafford
		Robin S. Stafford

		Attorneys for Plaintiffs
		NATURAL RESOURCES DEFENSE COUNCIL, INC.;
		INTERNATIONAL FUND FOR ANIMAL WELFARE;
		THE HUMANE SOCIETY OF THE UNITED
		STATES; CETACEAN SOCIETY INTERNATIONAL;
		LEAGUE FOR COASTAL PROTECTION; OCEAN
		FUTURES SOCIETY; JEAN-MICHEL COUSTEAU

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __November 6__, 2008.    By: _____
                                    Honorable
                                    United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte